# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-458

**Effective date of
registration:**

February 18, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803 |
| **Previous or Alternative Title:** | Group Registration / Unpublished Photos - 375 photographs |
| **Nature of Work:** | photographs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |

## Author

| | |
|---|---|
| ■  **Author:** | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | THE WAVE DESIGN PTE. LTD. |
| | 10A Trengganu Street, Singapore 058464 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd. |
| **Date:** | February 18, 2011 |

Registration #:  VAU001055458
Service Request #:  1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-459

**Effective date of registration:**

February 18, 2011

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958; setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

---

Registration #:  VAU001055459

Service Request #: 1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

VAu 1-057-927

**Effective date of
registration:**

December 30, 2010

---

## Title

Title of Work: The Wave Pte. Ltd. unpublished setat-182

Nature of Work: photograph

## Completion/Publication

Year of Completion: 2005

## Author

■        Author: The Wave Pte. Ltd.

Author Created: photograph

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                                  Pseudonymous: No

## Copyright claimant

Copyright Claimant: The Wave Pte. Ltd.

36 Sago Street, Singapore, 059027

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lek Kar Yin

Date: December 29, 2010

Registration #:  VAU001057927

Service Request #: 1-543670416



Jennison & Schultz, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-060-180

**Effective date of
registration:**

December 30, 2010

---

## Title

Title of Work: The Wave Design Pte. Ltd. unpublished setaiO183; 0184

Nature of Work: photographs

## Completion/Publication

Year of Completion: 2005

## Author

■         Author: The Wave Design Pte. Ltd.

Author Created: Photograph

Work made for hire: Yes

Anonymous: No                 Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Leo Kar Yin

Date: December 29, 2010

Registration #:   VAU001060180
Service Request #:   1-543670205



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-060-182

**Effective date of registration:**

December 30, 2010

---

## Title

Title of Work: Wave-s unpublished setai959

Nature of Work: photograph

## Completion/Publication

Year of Completion: 2004

## Author

■ Author: Wave-s

Author Created: Photograph

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No    Pseudonymous: No

## Copyright claimant

Copyright Claimant: WAVE-S

46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin

Date: December 29, 2010

---

**Registration #:**  VAU001060182

**Service Request #:**  1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 324

**EFFECTIVE DATE OF REGISTRATION**

12     28     2010
Month   Day    Year

SE CONTINUATION SHEET.

---

**1**

Title of This Work ▼

Wave-s Photographs 2001

**NATURE OF THIS WORK ▼** See Instructions

Photographs

Previous or Alternative Titles ▼

Group Registration / Published Photos - 67 photographs

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the
contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Wave-s (employer for hire of Musano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for
hire" check
"Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No   If the answer to either
of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed
instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No   If the answer to either
of these questions is
Pseudonymous?  ☐ Yes  ☐ No   "Yes," see detailed
instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was
Completed      2001

This information
must be given
in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month  Mar. 26 – Sep. 17   Day         Year  2001
Nation  Singapore

Complete this information
ONLY if this work
has been published.

---

**4**

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a
brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

12 28 2010

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☒ Yes  (TU SIEDE / 9? 653997692)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Jennison & Shultz, P.C.

Account Number ▼  080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703) 415-1640

Fax number  (703) 415-0788

Email  john@JennisonLaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ WAVE-S

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address

Name ▼  Jennison & Shultz, PC

Number/Street/Apt ▼  2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼  Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 324**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

Month **12** Day **28** Year **2010**

CONTINUATION SHEET RECEIVED

Page **3** of **10** pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 750 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional) description of individual photographs.
- Use the boxes to number each line in Part B consecutively, if you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE·S

Name of Copyright Claimant _____ WAVE·S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see year column), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph _____ phuket001
Date of First Publication ___ 26 _ March _ 2001 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ phuket002
Date of First Publication ___ 26 _ March _ 2001 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ phuket003
Date of First Publication ___ 26 _ March _ 2001 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ phuket004
Date of First Publication ___ 26 _ March _ 2001 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ phuket005
Date of First Publication ___ 26 _ March _ 2001 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

**B**

| Title of Photograph | phuket006 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | phuket007 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket008 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket009 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket010 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket011 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket012 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket013 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket014 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

| Title of Photograph | phuket015 | | | |
| Date of First Publication | 26 [Month] | March [Day] | 2001 [Year] | Nation of First Publication | Singapore |
| Description of Photograph | [system] | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ phuket016
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket017
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket018
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket019
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket020
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket021
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket022
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket023
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket024
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ phuket025
Date of First Publication ___ 26 ___ March ___ 2001 ___ Nation of First Publication ___ Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | phuket026 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket027 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket028 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket029 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket030 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket031 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket032 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket033 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket034 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket035 |
| Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | phuket036 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket037 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket038 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket039 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket040 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket041 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu001 |
| Date of First Publication | 17 (Month) September (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu002 |
| Date of First Publication | 17 (Month) September (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu003 |
| Date of First Publication | 17 (Month) September (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | lalu004 |
| Date of First Publication | 17 (Month) September (Day) 2001 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu005 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu006 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu007 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu008 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu009 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu010 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu011 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu012 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu013 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu014 |
| Date of First Publication | 17 September 2001 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu015 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu016 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu017 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu018 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu019 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu020 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu021 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu022 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu023 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu024 |
| Date of First Publication | 17 September 2001 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu025 |
| Date of First Publication | 17  September  2001 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | lalu026 |
| Date of First Publication | 17  September  2001 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph (Option)

Title of Photograph ▼

Date of First Publication _____ (Month) _____ (Day) _____ (Year)    Nation of First Publication _____

Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1 – 432 – 325**

**EFFECTIVE DATE OF REGISTRATION**

12    28    2010
Month    Day    Year

---

**SEE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Date of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2002  Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July  Day 20-Dec. 2  Year 2002
Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-28-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☒ Yes  CORRESPONDENCE  (JH-Schel/ SR*1-5404004134)    **FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼    **Account Number** ▼

Jennison & Shultz, P.C.    080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number    ( 703 ) 415-1640    Fax number    ( 703 ) 415-0788

Email  John@JennisonLaw.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    **WAVE-S**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼

X _____

---

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/ZIP** ▼
Arlington, VA 22202-3604

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–325

EFFECTIVE DATE OF REGISTRATION

CONTINUATION SHEET RECEIVED

Month __12__  Day __28__  Year __2010__

Page __3__ of __21__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   **WAVE-S**

Name of Copyright Claimant   **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| Title of Photograph | lalu027 | |
| Date of First Publication   20 (Month)   July (Day)   2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu028 | |
| Date of First Publication   20 (Month)   July (Day)   2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu029 | |
| Date of First Publication   20 (Month)   July (Day)   2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu030 | |
| Date of First Publication   20 (Month)   July (Day)   2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu031 | |
| Date of First Publication   20 (Month)   July (Day)   2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

**B**

Title of Photograph _____ lalu032
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu033
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu034
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu035
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu036
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu037
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu038
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu039
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu040
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ lalu041
Date of First Publication ___ 20 _____ July _____ 2002 _____ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604