**B**

| Number | | |
|---|---|---|
| | Title of Photograph | lalu042 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu043 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu044 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu045 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu046 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu047 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu048 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu049 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu050 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu051 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu052 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu053 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu054 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu055 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu056 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu057 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu058 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu059 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu060 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | lalu061 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: lalu062
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu063
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu064
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu065
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu066
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu067
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu068
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu069
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu070
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu071
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: lalu072
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu073
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu074
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu075
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu076
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu077
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu078
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu079
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu080
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu081
Date of First Publication: 20 July 2002
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Number
Title of Photograph: lalu082
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu083
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu084
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu085
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu086
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu087
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu088
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu089
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu090
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: lalu091
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| lalu092 | 20 July 2002 | Singapore |
| lalu093 | 20 July 2002 | Singapore |
| lalu094 | 20 July 2002 | Singapore |
| lalu095 | 20 July 2002 | Singapore |
| lalu096 | 20 July 2002 | Singapore |
| lalu097 | 20 July 2002 | Singapore |
| lalu098 | 20 July 2002 | Singapore |
| lalu099 | 20 July 2002 | Singapore |
| lalu100 | 20 July 2002 | Singapore |
| lalu101 | 20 July 2002 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | lalu102 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | lalu103 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu104 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu105 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu106 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu107 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu108 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu109 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu110 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | lalu111 |
| Date of First Publication | 20 July 2002 — Nation of First Publication: Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**B**

Title of Photograph: lalu112
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu113
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu114
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu115
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu116
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu117
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu118
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu119
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu120
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu121
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu122 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu123 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu124 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu125 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu126 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu127 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu128 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu129 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu130 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu131 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | lalu132 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu133 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu134 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu135 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu136 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu137 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu138 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu139 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu140 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | lalu141 | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu142 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu143 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu144 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu145 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu146 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu147 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu148 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu149 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu150 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | lalu151 |
| Date of First Publication | 20 July 2002 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shutz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| lalu152 | 20 July 2002 | Singapore |
| lalu153 | 20 July 2002 | Singapore |
| lalu154 | 20 July 2002 | Singapore |
| lalu155 | 20 July 2002 | Singapore |
| lalu156 | 20 July 2002 | Singapore |
| lalu157 | 20 July 2002 | Singapore |
| lalu158 | 20 July 2002 | Singapore |
| muscat001 | 16 July 2002 | Singapore |
| muscat002 | 16 July 2002 | Singapore |
| muscat003 | 16 July 2002 | Singapore |

**B** Registration for Group of Published Photographs (continued)

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: muscat004
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat005
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat006
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat007
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat008
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat009
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat010
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat011
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat012
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat013
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: muscat014
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat015
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat016
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat017
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat018
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat019
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat020
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat021
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat022
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat023
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: muscat024
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat025
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat026
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat027
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat028
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat029
Date of First Publication: 16 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub001
Date of First Publication: 12 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub002
Date of First Publication: 12 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub003
Date of First Publication: 12 July 2002
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub004
Date of First Publication: 12 July 2002
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | legianclub005 | 12 July 2002 | Singapore |
| | legianclub006 | 12 July 2002 | Singapore |
| | legianclub007 | 12 July 2002 | Singapore |
| | legianclub008 | 12 July 2002 | Singapore |
| | legianclub009 | 12 July 2002 | Singapore |
| | legianclub010 | 12 July 2002 | Singapore |
| | legianclub011 | 12 July 2002 | Singapore |
| | legianclub012 | 12 July 2002 | Singapore |
| | legianclub013 | 12 July 2002 | Singapore |
| | legianclub014 | 12 July 2002 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C** Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: legianclub015
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian001
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian002
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian003
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian004
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian005
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian006
Date of First Publication: 12 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: phuket042
Date of First Publication: 2 December 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:    Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:    Nation of First Publication:
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

EFFECTIVE DATE OF REGISTRATION

12 / 30 / 2010

---

**1. Title of This Work:** The Wave Design Pte. Ltd. Photographs 2007(A)

**Nature of This Work:** Photographs

**Previous or Alternative Titles:** Group Registration / Published Photos - 388 photographs

**2. Name of Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Work made for hire? ☒ Yes

Domiciled in: Singapore

Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

Nature of Authorship: Photograph

**3a. Year in Which Creation of This Work Was Completed:** 2007

**3b. Date and Nation of First Publication of This Particular Work:**
Feb. 7, July 6, 2007
Singapore

**4. Copyright Claimant(s):** THE WAVE DESIGN PTE LTD., 10A Trengganu Street, Singapore 058464

FORM VA

EXAMINED BY
CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

Jennison & Shultz, P.C.                        080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   (703) 415-1640           Fax number   (703) 415-0788
Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of THE WAVE DESIGN PTE LTD
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                    Date   28 December 2010

Handwritten signature (X) ▼
X

**9**
Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

11  30  2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 11

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A  IDENTIFICATION OF AUTHOR AND CLAIMANT:

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B  COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:

Title of Photograph: chiangmai076
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai077
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai078
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai079
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai080
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph: