**B**

| Title of Photograph | chiangmai081 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai082 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai083 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai084 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai085 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai086 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai087 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai088 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai089 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai090 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Jamison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai091
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai092
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai093
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai094
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai095
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai096
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai097
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai098
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai099
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai100
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai101
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai102
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai103
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai104
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai105
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai106
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai107
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai108
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai109
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai110
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Address: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai111
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai112
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai113
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai114
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai115
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai116
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai117
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai118
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai119
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai120
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai121
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai122
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai123
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai124
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai125
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai126
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai127
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai128
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai129
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai130
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai131
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai132
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai133
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai134
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai135
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai136
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai137
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai138
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai139
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai140
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jameson & Shain, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai141
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai142
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai143
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai144
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai145
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai146
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai147
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai148
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai149
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai150
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-1604

**B**

| | | |
|---|---|---|
| Title of Photograph | chiangmai151 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai152 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai153 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai154 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai155 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai156 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai157 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai158 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai159 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai160 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Jenifer & Stultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai161
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai162
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai163
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai164
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai165
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai166
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai167
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai168
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai169
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai170
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai171
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai172
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai173
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai174
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai175
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai176
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai177
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai178
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai179
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai180
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Jenison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai181
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai182
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai183
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai184
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai185
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai186
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai187
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai188
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai189
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai190
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai191
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai192
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai193
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai194
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai195
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai196
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai197
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai198
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai199
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai200
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | chiangmai201 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai202 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai203 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai204 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai205 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai206 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai207 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai208 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai209 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai210 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip: Arlington, VA 22202-3604

B

Title of Photograph: chiangmai211
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai212
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai213
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai214
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai215
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai216
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai217
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai218
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai219
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai220
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Jenison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

C

| | | |
|---|---|---|
| Title of Photograph | chiangmai221 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai222 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai223 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai224 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai225 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai226 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai227 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai228 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai229 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai230 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

Name: Mitchell & Shultz, PC
Number / Street / Apt:
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip:
Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai231 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai232 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai233 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai234 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai235 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai236 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai237 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai238 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | bkk001 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | bkk002 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | bkk003 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk004 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk005 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk006 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk007 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk008 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk009 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk010 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk011 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | bkk012 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604