**B**

Title of Photograph: bkk013
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk014
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk015
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk016
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: bkk017
Date of First Publication: 7 February 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai070
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai071
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai072
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai073
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai074
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-327**

EFFECTIVE DATE OF REGISTRATION

12 / 30 / 2010

---

**1. Title of This Work:** The Wave Design Pte. Ltd. Photographs 2007 (B)

**Nature of This Work:** Photographs

**Previous or Alternative Titles:** Group Registration / Published Photos - 32 photographs

---

**2. Name of Author:** The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

Domiciled in: Singapore

---

**3.** Year completed: 2007
Date of First Publication: November 28, 2007
Nation: Singapore

---

**4. Copyright Claimant(s):**
THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464




EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                            Account Number ▼
Jennison & Shultz, P.C.                                            080519

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number    ( 703 ) 415-1640                    Fax number ( 703 ) 415-0788
Email   john@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ authorized agent of   THE WAVE DESIGN PTE LTD
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                        Date  28 December 2010

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-327

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description of individual photographs).
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**EFFECTIVE DATE OF REGISTRATION**

12 / 20 / 2012

**CONTINUATION SHEET RECEIVED**

Page 3 of 6

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — IDENTIFICATION OF AUTHOR AND CLAIMANT

Name of Author: **THE WAVE DESIGN PTE. LTD.**

Name of Copyright Claimant: **THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464**

## B — COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS

Title of Photograph: saujana001
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana002
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana003
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana004
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana005
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

**B**

Title of Photograph: saujana006
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana007
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana008
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana009
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana010
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana011
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana012
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana013
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana014
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana015
Date of First Publication: 28 November 2007
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip: Arlington, VA 22202-1604

**B**

Title of Photograph: saujana016
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana017
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana018
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana019
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana020
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana021
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana022
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana023
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana024
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana025
Date of First Publication: 28 November 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | saujana026 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana027 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana028 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana029 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana030 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana031 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | saujana032 | | |
|---|---|---|---|
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | | | |
|---|---|---|---|
| Date of First Publication | | Nation of First Publication | |
| Description of Photograph | | | |

| Title of Photograph | | | |
|---|---|---|---|
| Date of First Publication | | Nation of First Publication | |
| Description of Photograph | | | |

| Title of Photograph | | | |
|---|---|---|---|
| Date of First Publication | | Nation of First Publication | |
| Description of Photograph | | | |

**C**

Tranbson & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
VA 1-432-328

EFFECTIVE DATE OF REGISTRATION
12  29  2010

## 1. Title of This Work
Wave-s Photographs 2003

**Nature of This Work:** Photographs

**Previous or Alternative Titles:**
Group Registration / Published Photos - 139 photographs

## 2. Name of Author
a. Wave-s (employer for hire of Masano Kawana)

Was this contribution to the work a "work made for hire"? ☒ Yes

Author's Nationality or Domicile: Domiciled in Singapore

Nature of Authorship: ☒ Photograph

## 3.
a. Year in Which Creation of This Work Was Completed: 2003

b. Date and Nation of First Publication of This Particular Work: March 18 - Nov. 4, 2003, Singapore

## 4. Copyright Claimant(s)
WAVE-S,
4b South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY _____                                                    FORM VA

CHECKED BY

CORRESPONDENCE                                                        FOR
☒ Yes (JuSieke / SR# 1-543095055)                                     COPYRIGHT
                                                                      OFFICE
                                                                      USE
                                                                      ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

                                                                      a

                                                                      See instructions
                                                                      before completing
                                                                      this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

                                                                      b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

Jennison & Shultz, P.C.                          080519                **7**
                                                                      a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.                                                b
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640    Fax number ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

                           ☐ author
                           ☐ other copyright claimant
check only one ▶           ☐ owner of exclusive right(s)
                           ☒ authorized agent of    WAVE-S                           **8**
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                            Date  28 December 2010

Handwritten signature (X) ▼

X _____

| Certificate | Name ▼ | YOU MUST: |
| will be | Jennison & Shultz, PC | • Complete all necessary spaces |
| mailed in | | • Sign your application in space 8 |
| window | Number/Street/Apt ▼ | SEND ALL ELEMENTS |
| envelope | 2001 Jefferson Davis Hwy.; Suite 1102 | IN THE SAME PACKAGE: |
| to this | | 1. Application form |
| address: | City/State/ZIP ▼ | 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | Arlington, VA 22202-3604 | 3. Deposit material |
| | | MAIL TO: |
| | | Library of Congress |
| | | Copyright Office |
| | | 101 Independence Avenue SE |
| | | Washington, DC 20559-6000 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
*for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGI  VA 1-432-328

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**EFFECTIVE DATE OF REGISTRATION**

12 / 29 / 2010
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

Page 3 of 17 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE-S**

Name of Copyright Claimant: **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: muscat030
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat031
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat032
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat033
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat034
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

**B**

Number

Title of Photograph: muscat035
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat036
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat037
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat038
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat039
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat040
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat041
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat042
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat043
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

Number

Title of Photograph: muscat044
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph: _(Optional)_

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559-6000

**B**

Title of Photograph: muscat045
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat046
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat047
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat048
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat049
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat050
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat051
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat052
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat053
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat054
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | muscat055 | **B** |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat056 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat057 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat058 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat059 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat060 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat061 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat062 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat063 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat064 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

SEND TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat065 | | | | **B** |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat066 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat067 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat068 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat069 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat070 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat071 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat072 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat073 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat074 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: muscat075
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat076
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat077
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat078
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat079
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat080
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat081
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat082
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat083
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat084
Date of First Publication: 18 March 2003   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat085 | | | | **B** |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |
| Title of Photograph | muscat086 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat087 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat088 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat089 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat090 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat091 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat092 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat093 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | muscat094 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name▼**
Jennison & Shultz, PC

**Number/Street/Apt▼**
2001 Jefferson Davis Hwy., Suite 1102

**City/State/Zip▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | |
|---|---|---|---|
| Title of Photograph | muscat095 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat096 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat097 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat098 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat099 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat100 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat101 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat102 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat103 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | muscat104 | | |
| Date of First Publication | 18 March 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: muscat105
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat106
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat107
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat108
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat109
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat110
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat111
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat112
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat113
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat114
Date of First Publication: 18 March 2003
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | muscat115 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat116 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat117 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat118 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat119 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat120 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat121 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat122 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat123 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat124 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**Name:** Jennison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | muscat125 | **B** |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat126 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat127 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat128 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat129 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat130 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat131 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat132 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat133 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | muscat134 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604