**B**

| | | |
|---|---|---|
| Title of Photograph | muscat135 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat136 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat137 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat138 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat139 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat140 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat141 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat142 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat143 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat144 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   muscat145
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   muscat146
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   muscat147
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   muscat148
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   lalu159
Date of First Publication   30   October   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   legian007
Date of First Publication   4   November   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   legian008
Date of First Publication   4   November   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   legian009
Date of First Publication   4   November   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   legian010
Date of First Publication   4   November   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   legian011
Date of First Publication   4   November   2003   Nation of First Publication   Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | legian012 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian013 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian014 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian015 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian016 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian017 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian018 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian019 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian020 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian021 |
| Date of First Publication | 4   November   2003 |
| | Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jamison & Shultz, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy ; Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

Title of Photograph  legian022
Date of First Publication  4  November  2003  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian023
Date of First Publication  4  November  2003  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian024
Date of First Publication  4  November  2003  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  legian025
Date of First Publication  4  November  2003  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-432-328

EFFECTIVE DATE OF REGISTRATION

12    14    2010

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
Wave-s  Photographs 2004

NATURE OF THIS WORK ▼ See Instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 462 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**   Wave-s

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☑ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   Name of Author ▼

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a**   Year in Which Creation of This Work Was Completed
2004

**b**   Date and Nation of First Publication of This Particular Work
Month March 12   Day Oct 20   Year 2004
Singapore

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED
12-14-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼
Jennison & Shultz, P.C.          080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   ( 703 ) 415-1640          Fax number   ( 703 ) 415-0788
Email   John@JennisonLaw.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of          **WAVE-S**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin          Date   28 December 2010

Handwritten signature (X) ▼

**8**

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 329

EFFECTIVE DATE OF REGISTRATION

12    14    2010

CONTINUATION SHEET RECEIVED

3    44

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and claimant of the copyright claimed in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    WAVE-S

Name of Copyright Claimant    WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**B**
Registration for Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the lines.

| | Title of Photograph | leela001 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela002 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela003 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela004 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela005 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B**

| | |
|---|---|
| Title of Photograph | leela006 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela007 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela008 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela009 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela010 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela011 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela012 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela013 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela014 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela015 |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jemison & Shultz, PC |
| Street / Address | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

Title of Photograph **Icela016**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela017**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela018**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela019**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela020**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela021**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela022**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela023**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela024**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **Icela025**
Date of First Publication **12** **March** **2004** Nation of First Publication **Singapore**
Description of Photograph

**C**

Name
**Jamison & Shims, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy ; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| | Title of Photograph | leela026 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela035 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jameson & Ehrde, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / Town / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | leela036 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela037 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela038 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela039 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela040 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela041 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela042 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela043 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela044 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela045 |
| Date of First Publication | 12   March   2004   Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jacobson & Shuss, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy, Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

| Title of Photograph | leela046 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela047 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela048 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela049 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela050 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela051 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela052 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela053 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela054 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela055 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph* leela056
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela057
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela058
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela059
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela060
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela061
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela062
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela063
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela064
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph* leela065
Date of First Publication 12 March 2004 Nation of First Publication Singapore
Description of Photograph

**C**

Name
Jamison & Bafus, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph: leela066
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela067
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela068
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela069
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela070
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela071
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela072
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela073
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela074
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela075
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Jefferson & Bhatia, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | leela076 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela077 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela078 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela079 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela080 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela081 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela082 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela083 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela084 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela085 | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

| | |
|---|---|
| Name | Jennifon & Shole, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

Title of Photograph: leela086
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela087
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela088
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela089
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela090
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela091
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela092
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela093
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela094
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela095
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jamieson & Shults, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela096 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela097 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela098 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela099 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela100 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela101 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela102 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela103 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela104 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | | leela105 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: leela106
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela107
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela108
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela109
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela110
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela111
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela112
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela113
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela114
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela115
Date of First Publication: 12 March 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jameson & Shultz PC

Number / Street / Apt: 2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | leela116 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela117 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela118 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela119 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela120 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela121 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela122 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela123 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela124 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela125 |
| Date of First Publication | 12  March  2004  Nation of First Publication  Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela126
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela127
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela128
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela129
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela130
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela131
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela132
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela133
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela134
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela135
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Harrison & Egbert PC

2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604



**B**

| Title of Photograph | leela136 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela137 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela138 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela139 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela140 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela141 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela142 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela143 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela144 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

| Title of Photograph | leela145 | | | |
|---|---|---|---|---|
| Date of First Publication | 12 | March | 2004 | Nation of First Publication  Singapore |
| Description of Photograph | | | | |

**C**

Name
Jamison & Budd, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604