| | Title of Photograph | leela146 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela147 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela148 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela149 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela150 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela151 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela152 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela153 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela154 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | leela155 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

Kerry V
Jamison & Smith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela156 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela157 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela158 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela159 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela160 | | | | |
| Date of First Publication | 11 | June | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai001 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai002 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai003 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai004 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai005 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2011 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai006 | | | **B** |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai007 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai008 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai009 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai010 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai011 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai012 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai013 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai014 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai015 | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

**C**

Name ▼
Jonathan R. Shute, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/Town/State ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai016 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai017 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai018 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai019 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai020 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai021 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai022 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai023 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai024 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai025 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: setai026
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai027
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai028
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai029
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai030
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai031
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai032
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai033
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai034
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai035
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Bandas & Shatz, PC
2001 Jefferson Davis Hwy - Suite 1102
Arlington VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai036 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai037 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai038 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai039 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai040 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai041 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub001 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub002 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub003 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub004 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Bannon & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub005
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub006
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub007
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub008
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub009
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub010
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub011
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub012
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub013
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub014
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Name: Harrison & Shahe PC
Number / Street / Apt: 2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | chediclub015 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub016 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub017 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub018 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub019 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub020 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub021 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub022 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub023 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

| Title of Photograph | chediclub024 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 |
| Nation of First Publication | Singapore | | |
| Description of Photograph | | | |

**C**

Name ▼
Temlock & Shute, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub025 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub026 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub027 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub028 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub029 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub030 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub031 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub032 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub033 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub034 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jemison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/Town/Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub035 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub036 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub037 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub038 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub039 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub040 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub041 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub042 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub043 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

| Title of Photograph | chediclub044 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | (Select) | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub045 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub046 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub047 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub048 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub049 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub050 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub051 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub052 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub053 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub054 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Coleman & Sudol, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ____ chediclub055
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub056
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub057
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub058
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub059
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub060
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub061
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub062
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub063
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph ____ chediclub064
Date of First Publication ___ 12 _____ August _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

**C**

Name ▼
Ironison & Shlitz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chediclub065
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub066
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub067
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub068
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub069
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub070
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub071
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub072
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub073
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ chediclub074
Date of First Publication ___ 12 ___ August ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Name ▼
Jemison & Stiltz, PC
Number / Street / Apt ▼
2101 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chediclub075
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub076
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub077
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub078
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub079
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub080
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub081
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub082
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub083
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub084
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Kamison & Smith, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub085 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub086 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub087 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub088 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub089 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub090 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub091 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub092 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub093 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub094 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Harrison & Smith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub095 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub096 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub097 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub098 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub099 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub100 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub101 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub102 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub103 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | chediclub104 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jenkins & Shille, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / ZIP ▼
Arlington VA 22202-3604

**B**

| Title of Photograph | chediclub105 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub106 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub107 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub108 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub109 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub110 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub111 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub112 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub113 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chediclub114 | | |
|---|---|---|---|
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name
Jennison & Shultz PC

Number/Street/Apt #
2001 Jefferson Davis Hwy., Suite 1102

City/Town/Zip
Arlington, VA 22202-3604

**B**

Title of Photograph          chediclub115
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub116
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub117
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub118
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub119
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub120
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub121
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub122
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub123
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph          chediclub124
Date of First Publication     12      August      2004      Nation of First Publication      Singapore
Description of Photograph

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | chediclub125 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub126 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub127 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub128 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub129 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub130 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub131 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub132 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub133 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chediclub134 | |
| Date of First Publication | 12   August   2004 | Nation of First Publication   Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jernigan & Shaw , PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / Town / City ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub135
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub136
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub137
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub138
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub139
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub017
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub018
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub019
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub020
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub021
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Jamison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legianclub022 | | | | **B** |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian026 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian027 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian028 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian029 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian030 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian031 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian032 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian033 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian034 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name ▼
Isantom & Shultz, PO

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**