**B**

| Number | | |
|---|---|---|
| Title of Photograph | legian035 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | legian036 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian037 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian038 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian039 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian040 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian041 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian042 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian043 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

| Title of Photograph | legian044 |
|---|---|
| Date of First Publication | 12 August 2004 — Nation of First Publication: Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian045
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian046
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian047
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian048
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian049
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian050
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian051
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian052
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian053
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian054
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Injosun & Stultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: legian055
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian056
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian057
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian058
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian059
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian060
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian061
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian062
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian063
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian064
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jamison & Shultz, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: legian065
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub140
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai001
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai003
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai004
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai005
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai006
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai007
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai008
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604



| | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chiangmai009 | 20 October 2004 | Singapore |
| | chiangmai010 | 20 October 2004 | Singapore |
| | chiangmai011 | 20 October 2004 | Singapore |
| | chiangmai002 | 20 October 2004 | Singapore |
| | chiangmai013 | 20 October 2004 | Singapore |
| | chiangmai014 | 20 October 2004 | Singapore |
| | chiangmai015 | 20 October 2004 | Singapore |
| | chiangmai016 | 20 October 2004 | Singapore |
| | chiangmai017 | 20 October 2004 | Singapore |
| | chiangmai018 | 20 October 2004 | Singapore |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai019 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai020 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai021 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai022 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai023 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai024 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai025 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai026 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai027 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai028 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai029 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai030 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai031 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai032 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai033 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai034 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai035 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai036 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai037 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai038 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

Name: Jenison & Shultz, PC
2001 Jefferson Davis Hwy.; Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai039
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai040
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai041
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai042
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai043
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai044
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai045
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai046
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai047
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai048
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Address: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai049
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai050
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai051
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai052
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai053
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai054
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai055
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai056
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai057
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai058
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai059
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai060
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai061
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai062
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai063
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai064
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai065
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai066
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai067
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai068
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | chiangmai069 | | | |
| | Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| Title of Photograph | chiangmai070 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai071 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai072 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai073 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai074 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai075 | | |
|---|---|---|---|
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-432-330

**EFFECTIVE DATE OF REGISTRATION**

12 / 29 / 2010

---

**1. Title of This Work:** The Wave Design Pte. Ltd. Photographs 2006

**Nature of This Work:** Photographs

**Previous or Alternative Titles:** Group Registration / Published Photos - 362 photographs

---

**2. Name of Author:** The Wave Design Pte. Ltd.

Work made for hire: Yes

Domiciled in: Singapore

Nature of Authorship: Photograph

---

**3.a.** Year in Which Creation of This Work Was Completed: 2006

**3.b.** Date and Nation of First Publication: 9/23–12/12/2006, Singapore

---

**4. Copyright Claimant(s):**
THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

APPLICATION RECEIVED: 12/29/2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                            Account Number ▼
Jennison & Shultz, P.C.                                           080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703) 415-1640       Fax number  (703) 415-0788
Email  John@JennisonLaw.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  THE WAVE DESIGN PTE LTD

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                                Date  28 December 2010

Handwritten signature (X) ▼
X  [signature]

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

EFFECTIVE DATE OF REGISTRATION

11 / 29 / 2010

CONTINUATION SHEET RECEIVED

Page 3 of 39

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Author and Claimant
Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **THE WAVE DESIGN PTE. LTD**

Name of Copyright Claimant: **THE WAVE DESIGN PTE. LTD ; 10A Trengganu Street, Singapore 058464**

## B  Copyright Registration for a Group of Published Photographs
To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: milan001
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan002
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan003
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan004
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan005
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

| | | |
|---|---|---|
| Title of Photograph | milan006 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan007 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan008 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan009 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan010 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan011 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan012 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan013 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan014 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | milan015 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan016
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan017
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan018
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan019
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan020
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan021
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan022
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan023
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan024
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan025
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | milan026 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan027 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan028 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan029 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan030 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan031 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan032 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan033 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan034 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | milan035 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name
Jamison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph: milan036
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan037
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan038
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan039
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan040
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan041
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan042
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan043
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan044
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan045
Date of First Publication: 23 August 2006    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt #: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: milan046
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan047
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan048
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan049
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan050
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan051
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan052
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan053
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan054
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan055
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Smith, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604