**B**

Title of Photograph: milan056
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan057
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan058
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan059
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan060
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan061
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan062
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan063
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan064
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan065
Date of First Publication: 23 August 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number / Street / Apt:
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip:
Arlington, VA 22202-3604

B

| | | |
|---|---|---|
| Title of Photograph | milan066 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan067 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan068 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan069 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan070 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan071 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan072 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | milan073 | |
| Date of First Publication | 23 August 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | seraiclub001 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | seraiclub002 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

C

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: seraiclub003
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub004
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub005
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub006
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub007
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub008
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub009
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub010
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub011
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub012
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub013 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub014 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub015 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub016 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub017 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub018 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub019 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub020 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub021 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | seraiclub022 | | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

Name: Jamison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | seraiclub023 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub024 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub025 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub026 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub027 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub028 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub029 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub030 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub031 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | seraiclub032 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | seraiclub033 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub034 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub035 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub036 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub037 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub038 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub039 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub040 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub041 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seraiclub042 | |
| Date of First Publication: 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | |

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: seraiclub043
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph: Orient

Title of Photograph: seraiclub044
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub045
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub046
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub047
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub048
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub049
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub050
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub051
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: seraiclub052
Date of First Publication: 4 September 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkins & Shultz, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | legian066 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian067 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian068 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian069 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian070 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian071 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian072 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian073 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian074 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian075 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Name: Jenkison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | legian076 | **B** |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian077 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian078 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian079 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian080 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian081 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian082 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian083 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian084 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |
| Title of Photograph | legian085 | |
| Date of First Publication | 4 October 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jenison & Shultz PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian086
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian087
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian088
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian089
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian090
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian091
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian092
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian093
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian094
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian095
Date of First Publication: 4 October 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian096
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian097
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian098
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian099
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian100
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian101
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian102
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian103
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian104
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian105
Date of First Publication: 4 October 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian106 | | | B |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian107 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian108 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian109 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian110 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian111 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian112 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian113 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian114 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | legian115 | | | |
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

Name: Jeanison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

C

**B**

| Title of Photograph | legian116 | | |
|---|---|---|---|
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | legian117 | | |
|---|---|---|---|
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | legian118 | | |
|---|---|---|---|
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | legian119 | | |
|---|---|---|---|
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | legian120 | | |
|---|---|---|---|
| Date of First Publication | 4 October 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | setai393 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | setai394 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | setai395 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | setai396 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | setai397 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |

Description of Photograph

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

Title of Photograph  setai398
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai399
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai400
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai401
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai402
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai403
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai404
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai405
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai406
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai407
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

B

Title of Photograph: setai408
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai409
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai410
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai411
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai412
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai413
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai414
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai415
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai416
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai417
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

C

Name: Jennison & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: setai418
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai419
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai420
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai421
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai422
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai423
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai424
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai425
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai426
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai427
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: setai428
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino001
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino002
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino003
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino004
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino005
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino006
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino007
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino008
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino009
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jamison & Shultz, PC
Number / Street / Apt:
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip:
Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino010 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino011 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino012 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino013 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino014 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino015 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino016 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino017 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino018 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |
| Title of Photograph | mendocino019 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

**B**

Name: Jamison & Smith, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**