**B**

Title of Photograph      mendocino020
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino021
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino022
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino023
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino024
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino025
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino026
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino027
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino028
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

Title of Photograph      mendocino029
Date of First Publication    12      December      2006      Nation of First Publication      Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino030
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino031
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino032
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino033
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino034
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino035
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino036
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino037
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino038
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino039
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamieson & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino040
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino041
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino042
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino043
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino044
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino045
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino046
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino047
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino048
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino049
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jamison & Smith, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph mendocino050
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino051
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino052
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino053
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino054
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino055
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino056
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino057
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino058
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino059
Date of First Publication 12 December 2006  Nation of First Publication Singapore
Description of Photograph

Name ▼
Jamison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

**C**

| Number | Title of Photograph | mendocino060 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino061 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino062 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino063 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino064 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino065 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino066 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino067 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino068 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| Number | Title of Photograph | mendocino069 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

Name ▼
Jamison & Rhuiz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph mendocino070
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino071
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino072
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino073
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino074
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino075
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino076
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino077
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino078
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino079
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

**C**

Jenkins & Smith PC

2001 Jefferson Davis Hwy , Suite 1102

Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | mendocino080 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino081 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino082 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino083 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino084 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino085 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino086 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino087 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino088 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino089 |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

Name ▼
Harrison & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington VA 22202-3604

**B**

Title of Photograph    mendocino090
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino091
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino092
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino093
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino094
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino095
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino096
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino097
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino098
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino099
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Jameson & Binitz, PC
2001 Jefferson Davis Hwy : Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino100
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino101
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino102
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino103
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino104
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino105
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino106
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino107
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino108
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino109
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Fennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph mendocino110
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino111
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino112
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino113
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino114
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino115
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino116
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino117
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino118
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph mendocino119
Date of First Publication 12 December 2006 Nation of First Publication Singapore
Description of Photograph

Fairbanks & Shuffler, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | mendocino120 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino121 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino122 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino123 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino124 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino125 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino126 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino127 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino128 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino129 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication Singapore |
| Description of Photograph | | |

Jennison & Shultz PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    mendocino130
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino131
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino132
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino133
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino134
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino135
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino136
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino137
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino138
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino139
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Jamison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino140
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino141
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino142
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino143
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino144
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino145
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino146
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**UNITED STATES COPYRIGHT OFFICE**

**VA 1-432-331**

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

The Wave Pte. Ltd. Photographs 2005 (A)

**NATURE OF THIS WORK ▼ See Instructions**

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

**a** The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☑ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed 2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Jan. 18 - June 15    Day _____    Year 2005
Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12 30 2010
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes (Corresp. Ser. 1-543173181)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼
Jennison & Shultz, P.C.                                080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number  ( 703 ) 415-1640                    Fax number  ( 703 ) 415-0788

Email  John@Jennlaw.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of   THE WAVE PTE LTD
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                              Date  28 December 2010

Handwritten signature (X) ▼
X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



*for Group Registration of Published Photographs*


VA 1 – 432 – 331

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**EFFECTIVE DATE OF REGISTRATION**

*12*      *30*      *2010*
(Month)   (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

Page _3_ of _36_ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ THE WAVE PTE. LTD. _____

Name of Copyright Claimant _____ THE WAVE PTE. LTD.; 36 Sago Street, Singapore 059027 _____

**B**
Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year *(see instructions)*, give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Title of Photograph | andaman001 | |
| Date of First Publication | 15 June 2005 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | andaman002 | |
| Date of First Publication | 15 June 2005 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | andaman003 | |
| Date of First Publication | 15 June 2005 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | andaman004 | |
| Date of First Publication | 15 June 2005 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | andaman005 | |
| Date of First Publication | 15 June 2005 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

**B**

Number | Title of Photograph | andaman006
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

Number | Title of Photograph | andaman007
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman008
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman009
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman010
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman011
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman012
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman013
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman014
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | andaman015
Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph andaman016
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman017
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman018
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman019
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman020
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman021
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman022
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman023
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman024
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

Title of Photograph andaman025
Date of First Publication 15 June 2005 Nation of First Publication Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | andaman026 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman027 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman028 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman029 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman030 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman031 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman032 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman033 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman034 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | andaman035 |
| Date of First Publication | 15 June 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman036 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman037 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman038 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman039 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman040 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman041 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman042 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman043 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman044 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman045 | | | |
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication   Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |

Title of Photograph    andaman046

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman047

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman048

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman049

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman050

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman051

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman052

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman053

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman054

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

| | |
|---|---|
| Number | |

Title of Photograph    andaman055

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman056 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman057 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman058 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman059 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman060 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman061 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman062 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman063 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman064 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | andaman065 | |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ andaman066 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai001 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai002 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai003 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai004 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai005 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai006 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai007 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai008 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ datai009 ___

Date of First Publication __ 15 ___ June ___ 2005 ___    Nation of First Publication ___ Singapore ___

Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604