**B**

| | | |
|---|---|---|
| Title of Photograph | muscat214 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat215 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat216 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat217 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat218 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat219 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat220 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat221 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat222 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat223 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | muscat224 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat225 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat226 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat227 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat228 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat229 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat230 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat231 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat232 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat233 |
| Date of First Publication | 6 July 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Tennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |

Title of Photograph ___ muscat234 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat235 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat236 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat237 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat238 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat239 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat240 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat241 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat242 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ muscat243 ___
Date of First Publication __6__ ___July___ __2005__ Nation of First Publication ___Singapore___
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

**C**

Name ▼
Jamison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat244 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat245 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat246 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat247 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat248 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat249 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat250 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat251 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | muscat252 | | | |
| Date of First Publication | 6 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

| | | | | |
|--|--|--|--|--|
| Title of Photograph | namhai001 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication Singapore |
| Description of Photograph | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Title of Photograph ___ namhai002
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai003
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai004
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai005
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai006
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai007
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai008
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai009
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai010
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Title of Photograph ___ namhai011
Date of First Publication __ 14 _____ July _____ 2005 _____ Nation of First Publication _____ Singapore
                              (Month)    (Day)    (Year)
Description of Photograph __ (Optional)

Name ▼
Jamison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    namhai012
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai013
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai014
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai015
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai016
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai017
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai018
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai019
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai020
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    namhai021
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Jenkins & Stultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai022
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai023
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai024
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai025
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai026
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai027
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai028
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai029
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai030
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai031
Date of First Publication __ 14 ____ July ____ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph   namhai032
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai033
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai034
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai035
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai036
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai037
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai038
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai039
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai040
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai041
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

**C**

Name   Jennison & Shultz, PC
Number / Street / Apt   2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip   Arlington, VA 22202-3604

**B**

Title of Photograph    namhai042
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai043
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai044
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai045
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai046
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai047
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai048
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai049
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai050
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Title of Photograph    namhai051
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
                         (Month) (Day) (Year)
Description of Photograph    (Option)

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai052 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai053 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai054 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai055 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai056 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai057 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai058 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai059 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai060 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | namhai061 | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai062 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai063 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai064 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai065 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai066 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai067 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai068 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai069 |
| Date of First Publication | 14 July 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | carcosa001 |
| Date of First Publication | 16 September 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | carcosa002 |
| Date of First Publication | 16 September 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | carcosa003 |
| Date of First Publication | 16 September 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai185 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai186 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai187 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai188 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai189 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai190 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai191 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai192 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai193 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name | Jamison & Shultz, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

| | Title of Photograph | setai194 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai195 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai196 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai197 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai198 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai199 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai200 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai201 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai202 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | Title of Photograph | setai203 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai204 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai205 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai206 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai207 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai208 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai209 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai210 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai211 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai212 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai213 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | setai214 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai215 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai216 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai217 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai218 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai219 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai220 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai221 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai222 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai223 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Name ▼
Jennimon & Stahr, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai224 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai225 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai226 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai227 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai228 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai229 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai230 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai231 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai232 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai233 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name
Jennison & Smiths, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

Title of Photograph    setai234
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

**B**

Title of Photograph    setai235
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai236
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai237
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai238
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai239
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai240
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai241
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai242
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai243
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    setai244

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai245

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai246

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai247

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai248

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai249

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai250

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai251

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai252

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    setai253

Date of First Publication    8    October    2005    Nation of First Publication    Singapore

Description of Photograph

---

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph setai254
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai255
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai256
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai257
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai258
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai259
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai260
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai261
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai262
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

Title of Photograph setai263
Date of First Publication 8 October 2005    Nation of First Publication Singapore
Description of Photograph

**C**

Name
Jennison & Shultz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai264 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai265 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai266 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai267 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai268 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai269 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai270 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai271 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai272 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai273 |
| Date of First Publication | 8 October 2005 |
| | Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  setai274
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai275
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai276
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai277
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai278
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai279
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai280
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai281
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai282
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setai283
Date of First Publication  8    October    2005    Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jamison & Shultz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | setai284 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | setai285 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai286 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | setai287 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | setai288 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | setai289 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | setai290 | |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | carcosa004 | |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | carcosa005 | |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | carcosa006 | |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | carcosa007 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa008 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa009 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa010 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa011 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa012 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa013 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa014 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa015 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | carcosa016 | |
|---|---|---|---|
| | Date of First Publication | 16 September 2005 | Nation of First Publication Singapore |
| | Description of Photograph | | |

**C**

Name ▼
Jamison & Blutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**Number**

Title of Photograph ___ carcosa017
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa018
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa019
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa020
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa021
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa022
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ carcosa023
Date of First Publication __ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ setai291
Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ setai292
Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**Number**

Title of Photograph ___ setai293
Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Jameson & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai294

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai295

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai296

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai297

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai298

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai299

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai300

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai301

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai302

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

Title of Photograph ___ setai303

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___ (Optional)

**C**

Certificate
will be mailed in
window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai304 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai305 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai306 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai307 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai308 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai309 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai310 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai311 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai312 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

| | |
|---|---|
| Title of Photograph | setai313 |

Date of First Publication __8__ __October__ __2005__    Nation of First Publication    Singapore

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604