# EXHIBIT 2







VA 1432-331

