# EXHIBIT 3











about.com
VA 1-432-327
The Wave Design Pte. Ltd. Photographs 2007 (B)
saujana015













