# EXHIBIT 4





hotelplanner.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai148











