# EXHIBIT 5



reservetravel.com

VA 1-432-328
Wave–S Photographs 2003
muscat041

reservetravel.com

VA 1-432-325
Wave–S Photographs 2002
muscat001





reservetravel.com
VA 1-432-327
The Wave Design Pte. Ltd.
Photographs 2007 (B)
saujana015



reservetravel.com
VA 1-432-328
Wave-S Photographs 2003
muscato4-1

reservetravel.com
VA 1-432-328
Wave-S Photographs 2003
muscat0140



reservetravel.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187

reservetravel.com
VA 1-432-329
Wave-S Photographs 2004
setai004



reservetravel.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
legian107





reservetravel.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187

VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187

reservetravel.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187