# EXHIBIT 6

aVIP
LUXURY RENTALS

Call Us: (561) 504-4444

Home   Properties   The Setai   About   Contact Us   Search

## THE SETAI

The Setai is one of the most luxurious hotels in south beach. VIP Luxury Rentals will let you stay at this outstanding and unique hotel for a discounted rate. You will enjoy all the following amenities for about half the price.

The Setai awaits you.

**THE SETAI'S POOLS**
Three magnificent azure pools, each maintained at a separate temperature. From the more moderate 75-degrees, ideal for aquatic activity, to 85 and 95-degree waters.

**SPA**
The Spa at The Setai, an exclusive world-class spa offering innovative treatments including facials, massages, and nail services, to help you feel relaxed and rejuvenated
In-room massage and spa services upon request

**FITNESS CENTER**
Fully equipped fitness center
Complimentary access for in-house guests
Open 7 am to 9 pm
Personal trainers, ask at the front desk

**RESTAURANT**
The Restaurant\u2013 International and Asian cuisine
The Grill – features dishes that are ingredient-driven, rustic and extravagant purely because of the uncompromising way the ingredients are grown or reared

### Properties
- Apogee
- Bentley Bay
- Mansions
- One Bal Harbour
- The Setai
- The W Hotel

VA 1-432-331