# EXHIBIT 8













delta.com

VA 1-432-330

The Wave Design Pte. Ltd. Photographs 2006

setai394

delta.com

VA 1-432-330

The Wave Design Pte. Ltd. Photographs 2006

setai404





