# EXHIBIT 11

Chicago - Hotels - Setai - Miami - Miami - Mozilla Firefox

File Edit View History Bookmarks Tools Help

Search - WNYC | Chicago - Hotels - Setai - Miami - Miami

www.jetsetreport.com/hotels.php?articleId=129&cityID=v&CityName=Chicago#

travelocity

1-432-332

## Setai - Miami Suite Gluttony at Miami's premier condo-hotel

Setai - Miami

2001 Collins Avenue Miami Beach, FL 33139 USA (305) 520 6000

Book Now

WEBSITE

REVIEWED BY

Ann Vine
EDITORIAL REVIEW AUTHOR

**Who's Going:**
Dan Macmillan, Samantha Rosen, Gisele Bundchen with Tom Brady, Jay-z with Beyonce, Leonardo DiCaprio

**Reason to Stay:**
All-Suite Hotel, Resort Pool Area, Designer Interior

**Hotel Type:**
All-Suite Beach Resort

PREFERRED ROOM:
One-Bedroom Suite – Tower

SPECIAL FEATURES:
Resort Setting, Trendy Clientele, Be-Seen Lobby

AMENITIES:
Restaurant, Lounge, Bar, Outdoor Bar, Swimming Pool, Beach

The sexiest travel romance you'll ever read

Available now on Amazon.com

CAPRI CARMEL CHICAGO COURCHEVEL DUBAI