# EXHIBIT 12

















