# EXHIBIT 13





frommers.com
VA 1-432-328
Wave-S Photographs 2003
legian009







