# EXHIBIT 14







kayak.com_vfm
VA 1-432-325
Wave-S Photographs 2002
muscato018



VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai117

