# EXHIBIT 15





VAu 1-055-458

