# EXHIBIT 16

Hotel - Mozilla Firefox

File Edit View History Bookmarks Tools Help

Hotel | The Setai | VIP Luxury Rentals Miami Beach | Miami Beach Luxury Retreats - Setai Res...

www.luxuryrentalsmiamibeach.com/tehsetai-miami-beach-13

| | |
|---|---|
| DINNING | • The Restaurant, Asian cuisine<br>• The Grill<br>• The bar & Courtyard<br>• Pool Bar |
| SPA | Yes |
| POOL | 3 |
| FITNESS CENTER | Yes |
| PARKING | Valet |
| CONCIERGE SERVICE | Yes |
| ADDITIONAL FEATURES | • Pet friendly<br>• Butler Service |

The Setai's Photo Gallery **View All (10) Photos** Large Photos

VA 1-432-332

VA 1-432-332

Select Language

Powered by Google Translate

BBB ACCREDITED BUSINESS Click for Review

IATAN

Find us on Google+

Our Properties
Hotels
Mansions
Condos
W Hotel Miami Beach
Setai Miami Rentals
One Bal Harbour
St. Regis Hotel
Four Seasons Brickell

Services
List your property
Request a quote
About us
Contact us
Blog
Sitemap
Short Term Vacation Rentals
Penthouse Vacation Rentals

Our staff speaks the following languages:
Español
Italiano
Português
العربية
Français
English

Feedback

Copyright © 2008 - 2012 Luxury Rentals Miami Beach
Luxury Rentals Miami Beach 301 W 41st St. Suite 402 Miami Beach FL 33140
Privacy Policy



