# EXHIBIT 17











