# EXHIBIT 19







