# EXHIBIT 20



