# EXHIBIT 21







