






Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 2:19 AM
Miami Beach
www.orbitz.com/shop/hotelsearch?hsv.location=&hsv.stars=&hsv.mnScore=1.0&hsv.mxScore=5.0&hsv.amens=&hsv.chains=&hsv.page=1&hotel.hname=the setai&s
Google
Web Search
#905
'Twins' Sequel 'Triplets' in the Works for Arnold, D...
Lottery
Mega Millions
Add to Wish List
ORBITZ
NO FEES
Welcome to Orbitz Sign in | Register
My Trips | My Account | Traveler Update | Customer Support | Go
Quick Search | Vacation Packages | Hotels | Flights | Cars | Cruises | Activities | Deals
Like Orbitz on Facebook Like 383k
Back to search results
The Setai ★★★★★
2001 Collins Ave, Miami Beach, FL 33139
Like Send
Nightly rates from
$725
Continue Booking
Hotel Overview
Guest Reviews (1)
Reviewer score 4.0 out of 5 1 reviews
Almost a Perfect Hotel
"Hated the little hairdryers in the room For the price of the room, larger, more powerful dryers..."
See full review
Leslie | Apr 9, 2010
Change search
Check-in
4/23/12
Mon, Apr 23, 2012
Check-out
4/24/12
Tue, Apr 24, 2012
Search
Change location, rooms, guests
Need help?
1-866-672-4895
(toll free)
Hotel Map
Map data ©2012 Google
Review this hotel
Print hotel details
orbitz.com
VA 1-432-329
Wave-S Photographs 2004
setai004
**Eco-certified by Luxury Eco Certification Standard (LECS)** The Setai is pleased to host a series of events in celebration of Winter Music Conference and Ultra Music Festival 2012. Presented annually in Miami Beach, Winter Music Conference is notorious for unveiling exciting, brand new music from some of the worlds top DJs, artists and record labels. Please note events will be taking place in The Courtyard on the evenings of March 16 and 17, as well as March 22-24, with music concluding at approximately 1am each evening. We thank you in advance for your understanding and look forward to welcoming you to enjoy the music, drinks and unique open air atmosphere of The Setai. The Setai is pleased to host a series of events this October during Fall Fashion Week October 19 through 22. Please note the events will take place until approximately 1am each evening in The Courtyard. The Setai South Beach Situated peacefully along the gentle Atlantic Ocean, The Setai, South Beach presents a refreshing balance between the thriving South Beach scene and a serene tropical hideaway. Instilled with Asian traditions of simplicity and elegance, The Setai embodies intuitive luxury and distinctive concepts emblematic of a renowned GHM Hotel. The body and mind are recharged with The Spa at The Setai where private spa suites present an array of treatments featuring ancient healing traditions. Distinct dining experiences also await, with fresh Mediterranean cuisine amid sun and sea, and authentic Asian fare showcased al fresco or in an open theater kitchen. No desire will go unfulfilled with a paradise of Zen-like tranquility, three exquisite pools, private beach and Pool Concierge. A melding of inspiration and setting, The Setai embraces in its serenity while presenting elegant backdrops for whatever the day or night may bring. Less
The Setai Rooms
ALL
Description not provided
Grande Ste 2Bdrm 3552SQF 330SQM
Grande Ste 2Bdrm 3552SQF 330SQM Spa and media/ balcony /Dlx king/ sauna jacuzzi/ kitchen/ 2 living rms /dining
Studio Suite ocean view
Studio Suite ocean view
Oceanvw 2Bdrm Ste, balcny
Oceanvw 2Br Ste balcony 1405SQF 131SQM Dlx king and 1qn kitchen lvng rm jacuzzi sitting area/ Located in Tower building
Studio Ste courtyard view 585SQF
http://www.tnetnoc.com/hotelimages/892/78892/2631759-The-Setai-Hotel-Exterior-4.jpg
thtub in bdrm or bthrm. Htl bldg
[+]
Site Feedback

Firefox File Edit View History Bookmarks Tools Window Help Related Links Sat 2:23 AM

Miami Beach

www.orbitz.com/shop/hotelsearch?hsv.location=&hsv.stars=&hsv.mnScore=1.0&hsv.mxScore=5.0&hsv.amens=&hsv.chains=&hsv.page=1&hotel.hname=the setai&s

ORBITZ

Welcome to Orbitz Sign in | Register

My Trips | My Account | Traveler Update | Customer Support | Go

Quick Search | Vacation Packages | Hotels | Flights | Cars | Cruises | Activities | Deals    Like Orbitz on Facebook Like 383k

Back to search results

## The Setai ★★★★★

2001 Collins Ave, Miami Beach, FL 33139 Like Send

Nightly rates from **$725** Continue Booking

Hotel Overview | Guest Reviews (1)

Reviewer score 4.0 out of 5 1 reviews

**Almost a Perfect Hotel**

"Hated the little hairdryers in the room For the price of the room, larger, more powerful dryers..."
See full review

Leslie | Apr 9, 2010

Change search
Check-in 4/23/12 Mon, Apr 23, 2012
Check-out 4/24/12 Tue, Apr 24

**Eco-certified by Luxury Eco Certification Standard (LECS)** The Setai is pleased to host a series of events in celebration of Winter Music Conference and Ultra Music Festival 2012. Presented annually in Miami Beach, Winter Music Conference is notorious for unveiling exciting, brand new music from some of the worlds top DJs, artists and record labels. Please note events will be taking place in The Courtyard on the evenings of March 16 and 17, as well as March 22-24, with music concluding at approximately 1am each evening. We thank you in advance for your understanding and look forward to welcoming you to enjoy the music, drinks and unique open air atmosphere of The Setai. The Setai is pleased to host a series of events this October during Fall Fashion Week October 19 through 22. Please note the events will take place until approximately 1am each evening in The Courtyard. The Setai South Beach Situated peacefully along the gentle Atlantic Ocean, The Setai, South Beach presents a refreshing balance between the thriving South Beach scene and a serene tropical hideaway. Instilled with Asian traditions of simplicity and elegance, The Setai embodies intuitive luxury and distinctive concepts emblematic of a renowned GHM Hotel. The body and mind are recharged with The Spa at The Setai where private spa suites present an array of treatments featuring ancient healing traditions. Distinct dining experiences also await, with fresh Mediterranean cuisine amid sun and sea, and authentic Asian fare showcased al fresco or in an open theater kitchen. No desire will go unfulfilled with a paradise of Zen-like tranquility, three exquisite pools, private beach and Pool Concierge. A melding of inspiration and setting, The Setai embraces in its serenity while presenting elegant backdrops for whatever the day or night may bring. Less

### The Setai Rooms

**ALL**
Description not provided

**Grande Ste 2Bdrm 3552SQF 330SQM**
Grande Ste 2Bdrm 3552SQF 330SQM Spa and media/ balcony /Dlx king/ sauna jacuzzi/ kitchen/ 2 living rms /dining

**Studio Suite ocean view**
Studio Suite ocean view

**Oceanvw 2Bdrm Ste, balcny**
Oceanvw 2Br Ste balcony 1405SQF 131SQM Dlx king and 1qn kitchen lvng rm jacuzzi sitting area/ Located in Tower building

**Studio Ste courtyard view 585SQF**
Studio Ste courtyard view 585SQF 55SQM Dlx king/ teak and granite flrs. Sitting area/ bthtub in bdrm or bthrm. Htl bldg

www.orbitz.com – Hotel virtual tour

www.orbitz.com/shop/hotelVirtualTour?hotel.hid=78892&pageView=virtualTour

ORBITZ    Close window

## Hotel virtual tour

Arrive    00:06/00:38

VIDEOS | PHOTOS

Photoflicks Express Video

orbitz.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
setai394

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 2:20 AM
Miami Beach
www.orbitz.com/shop/hotelsearch?hsv.location=&hsv.stars=&hsv.mnScore=1.0&hsv.mxScore=5.0&hsv.amens=&hsv.chains=&hsv.page=1&hotel.hname=the setai&s
ORBITZ
Welcome to Orbitz Sign in | Register
My Trips | My Account | Traveler Update | Customer Support | Go
Quick Search | Vacation Packages | Hotels | Flights | Cars | Cruises | Activities | Deals
Like Orbitz on Facebook Like 383k
Back to search results
The Setai ★★★★★
2001 Collins Ave, Miami Beach, FL 33139
Nightly rates from $725
Continue Booking
Hotel Overview
Guest Reviews (1)
Reviewer score 4.0 out of 5 1 reviews
Almost a Perfect Hotel
"Hated the little hairdryers in the room For the price of the room, larger, more powerful dryers..."
See full review
Leslie | Apr 9, 2010
Change search
Check-in 4/23/12 Mon, Apr 23, 2012
Check-out 4/24/12 Tue, Apr 24, 2012
Search
Change location, rooms, guests
Need help?
1-866-672-4895
Hotel Map
Map data ©2012 Google
Review this hotel
Print hotel details
**Eco-certified by Luxury Eco Certification Standard (LECS)** The Setai is pleased to host a series of events in celebration of Winter Music Conference and Ultra Music Festival 2012. Presented annually in Miami Beach, Winter Music Conference is notorious for unveiling exciting, brand new music from some of the worlds top DJs, artists and record labels. Please note events will be taking place in The Courtyard on the evenings of March 16 and 17, as well as March 22-24, with music concluding at approximately 1am each evening. We thank you in advance for your understanding and look forward to welcoming you to enjoy the music, drinks and unique open air atmosphere of The Setai. The Setai is pleased to host a series of events this October during Fall Fashion Week October 19 through 22. Please note the events will take place until approximately 1am each evening in The Courtyard. The Setai South Beach Situated peacefully along the gentle Atlantic Ocean, The Setai, South Beach presents a refreshing balance between the thriving South Beach scene and a serene tropical hideaway. Instilled with Asian traditions of simplicity and elegance, The Setai embodies intuitive luxury and distinctive concepts emblematic of a renowned GHM Hotel. The body and mind are recharged with The Spa at The Setai where private spa suites present an array of treatments featuring ancient healing traditions. Distinct dining experiences also await, with fresh Mediterranean cuisine amid sun and sea, and authentic Asian fare showcased al fresco or in an open theater kitchen. No desire will go unfulfilled with a paradise of Zen-like tranquility, three exquisite pools, private beach and Pool Concierge. A melding of inspiration and setting. The Setai embraces in its serenity while presenting elegant backdrops for whatever the day or night may bring.Less
The Setai Rooms
ALL
Description not provided
Grande Ste 2Bdrm 3552SQF 330SQM
Grande Ste 2Bdrm 3552SQF 330SQM Spa and media/ balcony /Dlx king/ sauna jacuzzi/ kitchen/ 2 living rms /dining
Studio Suite ocean view
Studio Suite ocean view
Oceanvw 2Bdrm Ste, balcny
Oceanvw 2Br Ste balcony 1405SQF 131SQM Dlx king and 1qn kitchen lvng rm jacuzzi sitting area/ Located in Tower building
Studio Ste courtyard view 585SQF
area/ bthtub in bdrm or bthrm. Htl bldg
http://www.tnetnoc.com/hotelimages/892/78892/2631759-The-Setai-Pool-50.jpg
Site Feedback
orbitz.com
VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai104

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 2:20 AM
Miami Beach
www.orbitz.com/shop/hotelsearch?hsv.location=&hsv.stars=&hsv.mnScore=1.0&hsv.mxScore=5.0&hsv.amens=&hsv.chains=&hsv.page=1&hotel.hname=the setai&s
Google
Web Search
'Twins' Sequel 'Triplets' in the Works for Arnold, D...
Lottery
Mega Millions
Add to Wish List
ORBITZ
NO FEES
Welcome to Orbitz Sign in | Register
My Trips | My Account | Traveler Update | Customer Support | Go
Quick Search | Vacation Packages | Hotels | Flights | Cars | Cruises | Activities | Deals
Like Orbitz on Facebook Like 383k
Back to search results
The Setai ★★★★★
2001 Collins Ave, Miami Beach, FL 33139
Like Send
Nightly rates from
$725
Continue Booking
Hotel Overview
Guest Reviews (1)
Reviewer score 4.0 out of 5 1 reviews
Almost a Perfect Hotel
"Hated the little hairdryers in the room For the price of the room, larger, more powerful dryers..."
See full review
Leslie | Apr 9, 2010
Change search
Check-in
4/23/12
Mon, Apr 23, 2012
Check-out
4/24/12
Tue, Apr 24, 2012
Search
Change location, rooms, guests
Need help?
1-866-672-4895
(toll free)
Hotel Map
Map data ©2012 Google
Review this hotel
Print hotel details
**Eco-certified by Luxury Eco Certification Standard (LECS)** The Setai is pleased to host a series of events in celebration of Winter Music Conference and Ultra Music Festival 2012. Presented annually in Miami Beach, Winter Music Conference is notorious for unveiling exciting, brand new music from some of the worlds top DJs, artists and record labels. Please note events will be taking place in The Courtyard on the evenings of March 16 and 17, as well as March 22-24, with music concluding at approximately 1am each evening. We thank you in advance for your understanding and look forward to welcoming you to enjoy the music, drinks and unique open air atmosphere of The Setai. The Setai is pleased to host a series of events this October during Fall Fashion Week October 19 through 22. Please note the events will take place until approximately 1am each evening in The Courtyard. The Setai South Beach Situated peacefully along the gentle Atlantic Ocean, The Setai, South Beach presents a refreshing balance between the thriving South Beach scene and a serene tropical hideaway. Instilled with Asian traditions of simplicity and elegance, The Setai embodies intuitive luxury and distinctive concepts emblematic of a renowned GHM Hotel. The body and mind are recharged with The Spa at The Setai where private spa suites present an array of treatments featuring ancient healing traditions. Distinct dining experiences also await, with fresh Mediterranean cuisine amid sun and sea, and authentic Asian fare showcased al fresco or in an open theater kitchen. No desire will go unfulfilled with a paradise of Zen-like tranquility, three exquisite pools, private beach and Pool Concierge. A melding of inspiration and setting, The Setai embraces in its serenity while presenting elegant backdrops for whatever the day or night may bring. Less
The Setai Rooms
ALL
Description not provided
Grande Ste 2Bdrm 3552SQF 330SQM
Grande Ste 2Bdrm 3552SQF 330SQM Spa and media/ balcony /Dlx king/ sauna jacuzzi/ kitchen/ 2 living rms /dining
Studio Suite ocean view
Studio Suite ocean view
Oceanvw 2Bdrm Ste, balcny
Oceanvw 2Br Ste balcony 1405SQF 131SQM Dlx king and 1qn kitchen lvng rm jacuzzi sitting area/ Located in Tower building
Studio Ste courtyard view 585SQF
area/ bthtub in bdrm or bthrm. Htl bldg
http://www.tnetnoc.com/hotelimages/892/78892/2631759-The-Setai-Beach-1.jpg
[+]
Site Feedback
orbitz.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 2:23 AM
Miami Beach
www.orbitz.com/shop/hotelsearch?hsv.location=&hsv.stars=&hsv.mnScore=1.0&hsv.mxScore=5.0&hsv.amens=&hsv.chains=&hsv.page=1&hotel.hname=the setai&s
'Twins' Sequel 'Triplets' in the Works for Arnold, D...
Lottery
Mega Millions
Add to Wish List
ORBITZ
Welcome to Orbitz Sign in | Register
My Trips | My Account | Traveler Update | Customer Support | Go
Quick Search
Vacation Packages
Hotels
Flights
Cars
Cruises
Activities
Deals
Like Orbitz on Facebook Like 383k
Back to search results
The Setai ★★★★★
2001 Collins Ave, Miami Beach, FL 33139
Like Send
Nightly rates from
$725
Continue Booking
Hotel Overview
Guest Reviews (1)
Reviewer score 4.0 out of 5 1 reviews
Almost a Perfect Hotel
"Hated the little hairdryers in the room For the price of the room, larger, more powerful dryers..."
See full review
Leslie | Apr 9, 2010
Change search
Check-in
4/23/12
Mon, Apr 23, 2012
Check-out
4/24/12
**Eco-certified by Luxury Eco Certification Standard (LECS)** The Setai is pleased to host a series of events in celebration of Winter Music Conference and Ultra Music Festival 2012. Presented annually in Miami Beach, Winter Music Conference is notorious for unveiling exciting, brand new music from some of the worlds top DJs, artists and record labels. Please note events will be taking place in The Courtyard on the evenings of March 16 and 17, as well as March 22-24, with music concluding at approximately 1am each evening. We thank you in advance for your understanding and look forward to welcoming you to enjoy the music, drinks and unique open air atmosphere of The Setai. The Setai is pleased to host a series of events this October during Fall Fashion Week October 19 through 22. Please note the events will take place until approximately 1am each evening in The Courtyard. The Setai South Beach Situated peacefully along the gentle Atlantic Ocean, The Setai, South Beach presents a refreshing balance between the thriving South Beach scene and a serene tropical hideaway. Instilled with Asian traditions of simplicity and elegance, The Setai embodies intuitive luxury and distinctive concepts emblematic of a renowned GHM Hotel. The body and mind are recharged with The Spa at The Setai where private spa suites present an array of treatments featuring ancient healing traditions. Distinct dining experiences also await, with fresh Mediterranean cuisine amid sun and sea, and authentic Asian fare showcased al fresco or in an open theater kitchen. No desire will go unfulfilled with a paradise of Zen-like tranquility, three exquisite pools, private beach and Pool Concierge. A melding of inspiration and setting, The Setai embraces in its serenity while presenting elegant backdrops for whatever the day or night may bring. Less
The Setai Rooms
ALL
Description not provided
Grande Ste 2Bdrm 3552SQF 330SQM
Grande Ste 2Bdrm 3552SQF 330SQM Spa and media/ balcony /Dlx king/ sauna jacuzzi/ kitchen/ 2 living rms /dining
Studio Suite ocean view
Studio Suite ocean view
Oceanvw 2Bdrm Ste, balcny
Oceanvw 2Br Ste balcony 1405SQF 131SQM Dlx king and 1qn kitchen lvng rm jacuzzi sitting area/ Located in Tower building
Studio Ste courtyard view 585SQF
Studio Ste courtyard view 585SQF 55SQM Dlx king/ teak and granite flrs. Sitting area/ bthtub in bdrm or bthrm. Htl bldg
orbitz.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai342
www.orbitz.com – Hotel virtual tour
www.orbitz.com/shop/hotelVirtualTour?hotel.hid=78892&pageView=virtualTour
Close window
Hotel virtual tour
Rejuvenate
00:14/00:38
VIDEOS
PHOTOS
Photoflicks
Express
Video