# EXHIBIT 22



fivestaralliance.com
VA 1-432-325
Wave-S Photographs 2002
muscat018



http://www.fivestaralliance.com/luxury-hotels/hue/the-nam-hai/gallery/15087_3_thenamhai

FIVE STAR
ALLIANCE

SEARCH & BOOK THE WORLD'S BEST HOTELS

Search by Hotel Name or Location

Find a Hotel    World's Best Hotels    Insider Articles    Luxury Travel Deals    Find a Villa    Why Book with Us

FIVE STAR MEETINGS
Plan your next meeting with confidence

NEED ASSISTANCE? 1(888)-5STAR-11

START NOW!

MY RESERVATIONS

Home > Asia > Vietnam > Hue

The Nam Hai Dien Ban District, Quang Nam Province, Vietnam

fivestaralliance.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai117

Photo Gallery

JUST THE RIGHT AMOUNT of WRONG

The Nam Hai

Style: Classic Luxury
Rooms: 60
Rating: ★★★★★

Overview

Designed with serenity in mind, Vietnamese culture and hospitality take center stage at The Nam Hai. All 100 villas at The Nam Hai front the beach and enjoy private gardens with outdoor showers and the finest appointments. In the pool villas, individual butler service assures every wish is fulfilled. The resort features one of the top spas in Asia, two gourmet restaurants and a wide range of recreational facilities including tennis, a health club, three swimming pools, a kids club and an 18-hole golf course designed by Colin Montgomerie nearby.

CHECK AVAILABILITY & RATES

05/22/2012    05/24/2012    1 Adults    5+ ROOMS    GO

Location & Map    Highlights    Amenities

RELATED ARTICLES

Fall's Spectator Sport
It's that time of year again. The hordes of rubber-necking... Read more >>

Dazzle in December
Taj Mirage? Taj Exotica Maldives Ready to Dazzle and Resorts has created a ... Read more >>

CHECK RATES
05/22/2012    Easily compare rates at available luxury hotels

CLICK HERE TO RESERVE

More Photos

NEARBY HOTELS
Hue, Vietnam

Furama Danang Resort and Spa
Fusion Maia Da Nang
Imperial Hotel Hue
La Residence Hotel and Spa
Pilgrimage Village
The Nam Hai

[+] See complete list
[+] Map all recommendations
[+] See more recommendations

Sign up for our newsletter and be entered to WIN A FREE LUXURY HOTEL STAY
SIGN UP NOW!

FIVE STAR MEETINGS
made easy

Plan your next meeting with confidence

fivestaralliance.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai188

fivestaralliance.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai208



fivestaralliance.com
VA 1-432-328
Wave-S Photographs 2003
muscat140





fivestaralliance.com
------------------
VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai104



fivestaralliance.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
muscat173



fivestaralliance.com
VA 1-758-524
Wave-S Photographs 2004
setai1344