# EXHIBIT 23



