# EXHIBIT 24

Case 7:13-cv-09239-CS-VR   Document 1-37   Filed 12/31/13   Page 2 of 3

Chedi Phuket Thailand - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

reefrainforest.com/p_beach_resort_chedi_phuket_thailand_5_111.html

# Reef & Rainforest

Email | Contact

Welcome
Scuba Diving
Wildlife & Wilderness
Current Specials
Group Trips
Photo Expeditions
Unique Encounters
Terms & Conditions
Company
Newsletter

## Destinations
Andaman Islands
Antarctica
Arctic
Australia
Belize
Botswana
British Columbia
Caribbean
Costa Rica
Ecuador & Galapagos
Egypt & Red Sea
Fiji
French Polynesia
Hawaii
Honduras
Indonesia
Malawi
Malaysia
Maldives
Mexico
Micronesia
Mozambique
Namibia
Papua New Guinea
Philippines
Solomon Islands
South Africa
Tanzania
Thailand
Vanuatu

Links
CST 1021532-40

designed by ScubaVision in 2004

# Thailand



Send Inquiry

### General Information
- Thailand

### Liveaboards  Overview
- Diva Andaman
- Nautica
- Raja Laut
- The Junk
- White Manta

### Beach Resorts & Hotels  Overview
- Chedi Phuket
- Myanmar Andaman Resort
- Rayavadee Premier Resort

### Hotels  Overview
- Chedi Chiang Mai
- Mandarin Oriental
- Peninsula Bangkok
- Shangri-La Bangkok

## Chedi Phuket
Pansea Bay - Phuket



### OVERVIEW
The Chedi is located at Phuket's finest shore at the secluded Pansea Bay, next to the aquamarine waters of the Andaman Sea. The resort is nestled in the tropical gardens, in harmony with the environment, and local design and culture.

### ACCOMMODATION
There are 110 luxurious cottages with a direct access to the white sand beach and stunning views over the turquoise waters. The timeless rustic-looking cottages have thatched roofs, and are decorated with panels of woven palm fronds and locally produced traditional fabrics and artwork. The interior of the cottages and the comfortable furniture are crafted of local timbers.

All the One Bedroom Cottages (89) and the Two Bedroom Family Cottages (21) have private verandahs with spacious sundecks. The interiors feature teak floors and bedrooms leading to spacious dressing areas. The one-bedroom cottages include a king-size bed and a sofa bed and can accommodate up to two adults or two adults with one child.

The two-bedroom cottages feature a master bedroom with a king-size bed and a sofa bed and a connecting room with twin beds. They are suitable for four adults or two adults with up to three children. All rooms are air-conditioned and feature mini bars, satellite television, hairdryers, telephones, safes, and coffee and tea making facilities.



### FACILITIES
Relax on the Chedi's dramatic large black swimming pool, or play in the waves of the warm Andaman Sea. Scuba diving is wonderful here - arrange a daytrip or two beforehand. Other watersports available include snorkeling, windsurfing, and yachting. Guests wanting flood-lit tennis courts and world-class golf is just thirty minutes away.

The resort's spa offers traditional Thai beauty treatments. For children, there is a playroom and baby sitting available. The resort has two restaurants, two bars, all serving wonderful meals including Thai and Asian specialties, beach barbecues and tempting fresh seafood.

Send Inquiry

### Newsletter Subscription
Our newsletter keeps you up to date with all the latest news and special offers from Reef & Rainforest.

First Name
Last Name
ZIP-Code
Email Address

**SUBSCRIBE**

If you would like to unsubscribe from our newsletter, please write your

**Beach Resorts & Hotels**

VA 1-432-324

# Reef Rainforest

✉ Email  👤 Contact

- Welcome
- Scuba Diving
- Wildlife & Wilderness
- Current Specials
- Group Trips
- Photo Expeditions
- Unique Encounters
- Terms & Conditions
- Company
- Newsletter

## Destinations

- Andaman Islands
- Antarctica
- Arctic
- Australia
- Belize
- Botswana
- British Columbia
- Caribbean
- Costa Rica
- Ecuador & Galapagos
- Egypt & Red Sea
- Fiji
- French Polynesia
- Hawaii
- Honduras
- Indonesia
- Malawi
- Malaysia
- Maldives
- Mexico
- Micronesia
- Mozambique
- Namibia
- Papua New Guinea
- Philippines
- Solomon Islands
- South Africa
- Tanzania
- **Thailand**
- Vanuatu

Links
CST 1021532-40
designed by ScubaVision in 2004

# Chedi Chiang Mai

Chiang Mai, Thailand

# Thailand

Like | Share 0 | Tweet 0 | Follow

✉ Send Inquiry

### General Information
- Thailand

### Liveaboards                              Overview
- Diva Andaman
- Nautica
- Raja Laut
- The Junk
- White Manta

### Beach Resorts & Hotels                   Overview
- Chedi Phuket
- Myanmar Andaman Resort
- Rayavadee Premier Resort

### Hotels                                    Overview
- Chedi Chiang Mai
- Mandarin Oriental
- Peninsula Bangkok
- Shangri-La Bangkok

### Newsletter Subscription

Our newsletter keeps you up to date with all the latest news and special offers from Reef & Rainforest.

First Name
Last Name
ZIP-Code
Email Address

SUBSCRIBE

If you would like to unsubscribe from our newsletter please write your



## OVERVIEW

The Chedi, Chiang Mai is an elegant retreat offering all the pleasures of resort living in the heart of a historical city. Strategically located on the banks of the renowned Mae Ping River in central Chiang Mai, each of the resort's 84 exquisite rooms and suites boasts private courtyards, open balconies and breathtaking views. The Chedi's nostalgic appeal, stylish amenities and discreet service are geared to discerning guests with a penchant for gracious hospitality.

## ACCOMMODATION

The Chedi, Chiang Mai features 52 exquisitely appointed Deluxe Rooms and 32 Chedi Club Suites. Contemporary-Asian in design, with stylish furnishings, muted tones, the allure of teak and terrazzo convey an air of urban reticence, while sizeable balconies offer views of the Mae Ping River and mountain range.

### Deluxe Room
Private courtyard entrances lead into spacious bedrooms with attached open plan bathrooms. Graceful fittings, Asian art pieces and floorings of teak and terrazzo convey an air of urban reticence, while sizeable balconies offer views of the Mae Ping River and mountain range.

### Chedi Club Suite
The Club Suites are twice the size of the Deluxe Rooms with large sitting areas for lounging and indoor dining. Generous open balconies allow for exclusive al fresco entertaining.

## DINING

Dining at The Chedi, Chiang Mai is a sheer pleasure with a choice of delightful venues to suit every occasion. Cuisine is authentic and of the freshest ingredients, while service remains attentive yet unobtrusive. Supplementary menus tailored for our younger guests are also available.

### The Restaurant
Traditional Northern Thai specialties, Pacific Rim cuisine and innovative Asian culinary creations are complemented with an extensive wine list, to present a truly diversified dining experience in this split-level Colonial house, which also serve afternoon tea. Private dining rooms elegantly set within are ideal for special occasions and grander affairs.

### The Terrace Bar and Lounge
Located on the 2nd floor of the resort's main wing, The Terrace Bar and Lounge offers refreshments, cocktails and delicious snacks. With cosy day beds, a premium wine list, and a cigar menu, the relaxed ambience of this charming venue is ideal for pre- and post-dinner gatherings.

### The Bar
The Chedi's second bar is located on the ground floor of The Restaurant and presents a



VA 1-432-329