# EXHIBIT 25

setai.com
VAU 1-055-459
The Wave Design Pte. Ltd.
Unpublished Photographs 2005 (D)
setai804-setai958; setai960-setai1179
setai1096

THE SETAI
UNIT HOTELS & RESORTS

facebook    Search

☐ The Setai Official Hotel's...

Browse Notes
☐ Friends' Notes
☐ Pages' Notes
☐ My Notes
☐ My Drafts
☐ Notes About Me
Jump to a Friend or Page

Get Notes via RSS
Report

**Why not join us for dinner tonight at The Grill at The Setai!**
by The Setai Official Hotel on Wednesday, March 2, 2011 at 11:37pm.

Set amid an elegant atmosphere of warm wood, brick and pearl, The Grill at The Setai presents European-inspired small plates expertly prepared by Executive Chef David Werly.

A fusion of innovation and tradition, The Grill features an ingredient-driven menu focused on the finest sourced and seasonal products available. Dishes are served tapas-style in an alluring, intimate atmosphere, complemented by creative cocktails and thoughtfully selected wines by The Setai's well-versed sommelier.

Presenting an alternative to the signature Asian cuisine of The Restaurant, The Grill menu features a selection of seafood and charcuterie, all served with a modern twist. Offers include Stone Crab Claws, Terrine de Foie Gras with Sauternes Gelly and Apricot Puree, Oyster Beignet with Jerusalem Artichoke Mousseline and Caviar, Black Truffle Risotto, The Kaffir Lime Parfait with Mango, Kiwi Salad and Whirl Chocolate crust.

Located just beyond The Bar, The Grill is where peace and energy meet to create sophisticated evenings of sights, sounds and flavors.

To Download The Grill's menu, click here

Open for Dinner every Wednesday through Sunday from 7pm to 11pm and midnight on the weekends. Reservations (305) 520-6400

Like · Comment · Share
👍 2 people like this.
Write a comment...

Facebook © 2012 · English (US)

Sponsored    See All

Can You Beat Level 1?
The world's best war game is here! Destroy your enemies and expand your empire!

Victor Dezerian played War Commander.

Grand Orient Casino
Make your FORTUNE in the Grand Orient Casino!

Pay Now - 4,000 people played this.

Trade Binary Options
ip2.optionnalix.com
"I've earned $5,000 on my first week trading with no past experience" Kurt, business owner

Lead Your Troops!
Strategy game on Facebook. Wasteland Empires - play now!

Amraaz Azmi played Wasteland Empires.

Adults Vacation Package
fantastic-vistas.com
Our adult vacations cater for gentlemen who want to enjoy their Fantastic Holidays.

Win with Shell and Visa!
shell.com.sg
VISA
2,500,000
WELCOME REWARDS
Stand to win Grand Prize of 100,000 Shell EscapePoints when you spend SGD150 on Shell fuel!

Looking for new shoes?
zalora.sg
ZALORA
Find your shoes at Zalora. Enjoy shopping with free delivery and return!

💬 Chat (Offline)

setai.com
VA 1-432-329
Wave-5 Photographs 2004
setai026





setai.com
VAu 1-432-331
The Wave Pte. Ltd. Photographs 2005 (A)
setai104



THE SETAI
SOUTH BEACH, MIAMI
BY GHM

HOTEL RESERVATIONS ▼

SPECIALS & EVENTS

THE EXPERIENCE

THE LIFE

THE BEACH

Photo Gallery • Newsletter Sign-up • Travel Partners • Press • Contact    83 F / 28C

### Welcome to The Setai

Arrive at a place that embraces you in its serenity. That whispers with an unmistakable imprint of grace and timelessness.
That is a meeting of inspiration and location. The Setai awaits you.

**To see our Special Offers please click here**

The Setai • 2001 Collins Avenue, Miami, Florida 33139 • Phone (305) 520.6000 • Email Us • Privacy • Site Map • Careers

GHM
A STYLE TO REMEMBER

LEADING
HOTELS

©2012 The Setai - A hospitality website by 360FriedOn™

setai.com
VA 1-432-332
The Wave Design Pte. Ltd. Photographs 2005 (B)
setai212



setai.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2006
setai393

setai.com
VA 1-432-329
Wave-S Photographs 2004
setai004

setai.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai347