# EXHIBIT 26











