# EXHIBIT 27



lhw.com
VA 1-432-325
Wave-S Photographs 2002
muscat001



lhw.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai116





lhw.com
VA 1-432-329
Wave~S Photographs 2004
setai004

THE LEADING HOTELS
OF THE WORLD

The Setai South Beach

Home > Hotels > United States > Miami Beach > The Setai South Beach > Gallery

Hotels    Destinations    Experiences    Leading Offers    Join Leaders Club Rewards

## Gallery

### Overview

There is no word for it in English -- because nothing quite like it has ever before existed. Bearing the unmistakable imprint of legendary hotelier Adrian Zecha, The Setai is an intimate oceanfront resort in the heart of South Beach. Set amid tropical gardens and sparkling pools at the edge of the Atlantic Ocean, The Setai introduces the Asian traditions of simplicity and elegance to South Beach. 131 rooms in total with 86 studio suites and 45 suites, an intimate private spa, three pools and remarkable restaurants and bars. It is located on Collins Ave at 20th street near Miami Beach's thriving cultural district, as well as the nightlife, fine dining, shopping and other South Beach attractions.

** Non-Smoking Hotel **







lhw.com

VA 1-432-332

The Wave Design Pte. Ltd.
Photographs 2005 (8)
setai329