# EXHIBIT 28

roadsideamerica.com

VAu 1-432-331
The Wave Pte. Ltd. Photographs 2005 (A)
setai104













