# EXHIBIT 29



VA 1-432-330



