# EXHIBIT 30



Hotel Exterior in Miami, Florida

Photo Credit: Courtesy of The Setai

The Setai is a luxury South Beach vacation getaway, offering five star service, a sandy beach, and individually decorated guest rooms and suites.

The hotel is comprised of the Art Deco Building and the Tower. Authentic jade pieces from antique markets of China decorate the rooms.

### South Beach Spa

The unique Florida spa at The Setai draws its inspiration from the Pacific Rim. Each spa suite has ocean and pool views, a private bath and steam room.

Plan a romantic vacation where you can enjoy comfortable day beds, towels, water, magazines and iPods.

### The Suites



Countdown to Winter
Receive 15% Off Two or More Nights
BOOK NOW
Eden Roc MIAMI BEACH

### More Vacation Ideas


National Hotel Miami Beach


TownHouse Hotel: Elegant Roof-top Terrace Lounge in South Beach


The Betsy: Spectacular Roof-top Spa in South Beach



### Insider Deals & Ideas Newsletter

Enter Your [VA 1-432-329]
SUBSCRIBE
Follow


Spacious Suites with a View at the Tides South Beach

Oceanview Rooms at SLS Hotel South Beach on Collins Avenue

# Luxury South Beach Getaway at The Setai

By VacationIdea Travel Editors on November 12, 2013

South Beach Vacation Ideas » | Best of Florida | Best Florida Beaches

Oceanfront Suite at the Setai

Photo Credit: Courtesy of The Setai

The Setai is a luxury South Beach vacation getaway, offering five star service, a sandy beach, and individually decorated guest rooms and suites.

The hotel is comprised of the Art Deco Building and the Tower. Authentic jade pieces from antique markets of China decorate the rooms.

**Countdown to Winter**
Receive 15% Off Two or More Nights
BOOK NOW

## South Beach Vacation Ideas

1. Oceanview Rooms at SLS Hotel South Beach on Collins Avenue
3. Spacious Suites South Beach

VA 1-432-331

**Insider Deals & Ideas Newsletter**
Enter Your Email
SUBSCRIBE

**More Vacation Ideas**
51k Follow

National Hotel Miami Beach

TownHouse Hotel: Elegant Roof-top

# Luxury South Beach Getaway at The Setai

By VacationIdea Travel Editors on November 12, 2013

South Beach Vacation Ideas » | Best of Florida | Best Florida Beaches



Photo Credit: Courtesy of The Setai

The Setai is a luxury South Beach vacation getaway, offering five star service, a sandy beach, and individually decorated guest rooms and suites.

The hotel is comprised of the Art Deco Building and the Tower. Authentic jade pieces from antique markets of China decorate the rooms.



Countdown to Winter
Receive 15% Off Two or More Nights
BOOK NOW

## South Beach Vacation Ideas



1. Oceanview Rooms at SLS Hotel South Beach on Collins Avenue
3. Spacious Beach... at the Tides South

VA 1-432-332

## Insider Deals & Ideas Newsletter
Enter Your Email
SUBSCRIBE

## More Vacation Ideas



National Hotel Miami Beach
TownHouse Hotel: Elegant Rooftop