# EXHIBIT 31









room77.com travelnow
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai247

Room 77 hotel search

↑ Return to search results

The Nam Hai
★★★★ ★★★★ (★★★★) 562 reviews
Hamlet 1, Dien Ban,, VN

Sign In · Sign Up · FAQs · Support · Mobile Apps · Say Hello

$550  *$635 total nightly

Get Deal

06/06/2013 - 06/08/2013 - 1 room, 2 guests (Enter different dates)

Lowest Rates from 5 sellers

| | Room Type | Rate Features | Avg Per Night | Total Cost 1 room for 2 nights | |
|---|---|---|---|---|---|
| Expedia Affiliate Network [+] All Room Types | 1 Bedroom Villa | | $550 + $170 taxes/fees | $1,270 | Book |
| Expedia [+] All Room Types | 1 Bedroom Villa | | $550 + $170 taxes/fees | $1,270 | Go |
| Hotels.com [+] All Room Types | 1 Bedroom Villa | | $550 + $170 taxes/fees | $1,270 | Go |
| getaroom [+] All Room Types | 1 Bedroom Villa | | $550 + $170 taxes/fees | $1,270 | Book |
| Room77 [+] All Room Types | Advance Purchase Rate - One Bedroom Oceanview Villa With King Or - Hollywood Twin Beds 80sqm. | | $468 | $936 + tax | Book |

## Hotel Description

**Location.**
The Nam Hai is located on the beach in Dien Ban, close to Tra Que Vegetable Village, Cua Dai Beach, and Phuoc Lam Pagoda. Chuc Thanh Pagoda is also a point of interest near this luxury hotel.



room77.com.travelnow
VA 1-432-327
The Wave Design Pte. Ltd.
Photographs 2007 (B)
saujana022

Room 77 hotel search

Sign In · Sign Up · FAQs · Support · Mobile App · Say Hello

↑ Return to search results

The Saujana Hotel Kuala Lumpur
★★★★ No reviews
Jalan Lapangan, Shah Alam, 40150, MY

Get Deal

## Lowest Rates from 4 sellers

06/06/2013 - 06/08/2013 · 1 room, 2 guests (Enter different dates)

| Room Type | Rate Features | Avg Per Night | Total Cost 1 room for 2 nights | |
|---|---|---|---|---|
| **Booking.com** | | | | |
| Superior Double or Twin Room - Non-refundable | | $81 + $25 taxes/fees | $188 | Go |
| [+] All Room Types | | | | |
| **Expedia Affiliate Network** | | | | |
| Deluxe room | | $110 + $35 taxes/fees | $255 | Go |
| [+] All Room Types | | | | |
| **Expedia** | | | | |
| Deluxe room | | $110 + $35 taxes/fees | $255 | Book |
| [+] All Room Types | | | | |
| **Hotels.com** | | | | |
| Deluxe room | | $110 + $35 taxes/fees | $255 | Go |
| [+] All Room Types | | | | |

## Hotel Description

**Location.**
The Saujana Hotel Kuala Lumpur is a business-friendly Shah Alam resort in the suburbs and close to Saujana Golf and Country Club, Glenmarie Golf and Country Club, and Kelana Jaya Lake Park. Additional points of interest include Subang Parade and Empire Shopping Gallery.

**Resort Features.**
Dining options at The Saujana Hotel Kuala Lumpur include 8 restaurants. A bar/lounge is open for drinks. Room service is available 24 hours a day. The



VA 1-432-328
Wave-S Photographs 2003
muscat041

room77.com.travelnow











room77.com
VA 1-432-329
Wave-S Photographs 2004
setai003

room77.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai350

Room 77

← RETURN TO SEARCH RESULTS FOR MIAMI BEACH, FL, UNITED STATES  04/18/2012–04/19/2012 2 GUESTS, 1 ROOMS

The Setai
★★★★★
2001 Collins Ave
Miami Beach, FL 33139 United States
4.5 average · 232 reviews

Note: It is the hotel's responsibility to ensure the accuracy of the photos displayed. Room 77 is not responsible for any inaccuracies in the photos.

HOTEL OVERVIEW   ROOMS & RATES   FLOOR MAP & VIEWS   MAP & LOCATION   AMENITIES

$725   Get Deal

**FULL DESCRIPTION**

**Location.**
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.

**Hotel Features.**
The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms, limo/town car service, and audio-visual equipment. Complimentary wireless and wired high-speed Internet access is available in public areas. The property offers a round-trip airport shuttle (surcharge). Business services, wedding services, and tour/ticket assistance are available. Guest parking is available for a surcharge. Other property amenities at this Art Deco property include a concierge desk, multilingual staff, and gift shops/newsstands. This is a smoke-free property.

**Guestrooms.**
130 air-conditioned guestrooms at The Setai feature minibars and CD players. Accommodations offer beach, city, or ocean views. Beds come with premium bedding. All rooms include separate sitting areas and desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers, makeup/shaving mirrors, designer toiletries, and bathrobes. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and safes, guestrooms offer cordless phones with voice mail. Flat-panel televisions have cable channels. Rooms also include slippers and blackout drapes/curtains. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown

**Booking Options**

| | | |
|---|---|---|
| Room 77 | Pkg: Great Affordable ... | $725 |
| Orbitz.com | Best Available Rate | $725 | Go Now |
| CheapTickets.com | Best Available Rate | $725 | Go Now |

Book   Go Now   Go Now

See all rooms & rates »

**Location**

Guest Room