# EXHIBIT 32

















expedia.com
- - - - - - - - - - - -
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai388



expedia.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai350