# EXHIBIT 33

Case 7:13-cv-09239-CS-VR    Document 1-46    Filed 12/31/13    Page 2 of 11









Case 7:13-cv-09239-CS-VR   Document 1-46   Filed 12/31/13   Page 6 of 11











