# EXHIBIT 34

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 11:32 PM
The Lalu Sun Moon Lake – Reservation Counter.com
setai – Search results for setai ...
The Lalu Sun Moon Lake – Rese...
www.reservationcounter.com/hotels/show/205797/the-lalu-sun-moon-lake/?check-in=04%2F19%2F2012&check-out=04%2F20%2F2012#photos-tab
Google
Web Search
#180,202
Texas State player gets surprise proposal
MSN
Amazon
Add to Wish List
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Lalu Sun Moon Lake
142 Jung Hing Road, Yuchi, 555, TW
Recommend
Send
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Lalu Sun Moon Lake Photos
Arrival Date
04/19/2012
Rooms:
Adults:
Submit a Review
The Lalu Sun Moon Lake
Home | View My Reservation | Privacy Policy | Hotel Deals | Help/FAQ | Contact Us | Terms of Use
Copyright © 2011 - ReservationCounter.com - All Rights Reserved
ReservationCounter.com is not responsible for content on external websites.
reservationcounter.com
VA 1-432-324
Wave-S Photographs 2001
lalu016

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 10:53 PM
The Chedi Muscat - Reservation Counter.com
setai - Search results for setai ...
The Chedi Muscat - Reservatio...
www.reservationcounter.com/hotels/show/211947/the-chedi-muscat/?destination=Muscat, OM&check-in=2012-04-19&check-out=2012-04-20&hotel-name=che
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Chedi Muscat
North Ghubra 32, Way No. 3215, Muscat, 133, OM
Hotel Description
Amenities
Map and Directions
Photos
The Chedi Muscat Photos
The Chedi Muscat
Submit a Review
Serai Superior Room - Non-Refundable
Sale: Advance Purchase Special - non-refundable
Room Details
$397.40
Avg. Nightly Rate
Sun Mon Tue Wed Thu Fri Sat
Serai Superior Room
$467.53
reservationcounter.com
VA 1-432-325
Wave-S Photographs 2002
muscat001

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 11:00 PM
The Nam Hai - Reservation Counter.com
setai - Search results for setai ...
The Nam Hai - Reservation Cou...
www.reservationcounter.com/hotels/show/252041/the-nam-hai/?destination=Hoi An, VN&check-in=2012-04-19&check-out=2012-04-20&hotel-name=nam hai&#
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Nam Hai
Hamlet 1, Dien Ban, VN
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Nam Hai Photos
04/19/2012 - 04/20/2012
Submit a Review
The Nam Hai
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
1 Bedroom Villa
Sale: Early Booking Bonus - Save 15% on your hotel stay
Room Details
$552.50
Avg. Nightly Rate
Sun Mon Tue Wed Thu Fri Sat
reservationcounter.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai117

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 11:23 PM
The Club at The Saujana - Reservation Counter.com
setai - Search results for setai ...
The Club at The Saujana - Rese...
www.reservationcounter.com/hotels/show/273507/the-club-at-the-saujana/?destination=Kuala Lumpur, MY&destination-id=7A986669-110A-4F80-94C4-438D24
Rescuers scour rubble for survivors after tornado...
Deion Sanders Law...
Amazon
Add to Wish List
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Club at The Saujana
Jalan Lapangan Terbang Saas, Shah Alam, 40150, MY
Recommend
Send
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Club at The Saujana Photos
04/19/2012 - 04/20/2012
Submit a Review
The Club at The Saujana
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
Club room - Non-Refundable
Sale: Early Booking Bonus – Save 25% on Your Hotel Stay
Room Details
Sun Mon Tue Wed Thu Fri Sat
$162.25
Avg. Nightly Rate
Book Now
$162.25
reservationcounter.com
VA 1-432-327
The Wave Design Pte. Ltd.
Photographs 2007 (B)
saujana015

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 10:52 PM
The Chedi Muscat – Reservation Counter.com
setai – Search results for setai ...
The Chedi Muscat – Reservatio...
www.reservationcounter.com/hotels/show/211947/the-chedi-muscat/?destination=Muscat, OM&check-in=2012-04-19&check-out=2012-04-20&hotel-name=chec
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Chedi Muscat
North Ghubra 32, Way No. 3215, Muscat, 133, OM
Recommend
Send
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Chedi Muscat Hotel Description
Location.
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos Sports Complex. Regional points of interest also include Qasr Al Alam Royal Palace.
Hotel Features.
This Muscat hotel has a private beach. Dining options at The Chedi Muscat include a restaurant and a coffee shop/café. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. The hotel serves a complimentary buffet breakfast. Recreational amenities include 3 outdoor swimming pools. Also located on site are outdoor tennis courts, a health club, a spa tub,
04/19/2012 - 04/20/2012
Refine Search
Like
Be the first of your friends to like this.
Submit a Review
Click to Submit a Review for this Hotel
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
Serai Superior Room - Non-Refundable
Sale: Advance Purchase Special - non-refundable
Room Details
Sun Mon Tue Wed Thu Fri Sat
APR 19
$397.40
$397.40
Avg. Nightly Rate
Book Now
Serai Superior Room
Room Details
Sun Mon Tue Wed Thu Fri Sat
APR 19
$467.53
$467.53
Avg. Nightly Rate
Book Now
Chedi Deluxe - Non-Refundable
Sale: Advance Purchase Special - non-refundable
Room Details
Sun Mon Tue Wed Thu Fri Sat
APR 19
$518.83
$518.83
Avg. Nightly Rate
Book Now
reservationcounter.com
VA 1-432-328
Wave-S Photographs 2003
muscat124

The Setai – Reservation Counter.com
www.reservationcounter.com/hotels/show/195620/the-setai/?check-in=04%2F19%2F2012&check-out=04%2F20%2F2012
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Setai
2001 Collins Ave, Miami Beach, FL, 33139, US
Hotel Description
Amenities
Map and Directions
Photos
The Setai Hotel Description
Location.
The Setai is located near the beach in Miami Beach's South Beach neighborhood and close to Miami Beach Convention Center, Lummus Park Beach, and Jungle Island. Nearby points of interest also include Lincoln Road Mall and Art Deco Welcome Center.
Hotel Features.
This Miami Beach hotel has a private beach. The Setai's restaurant serves breakfast, lunch, and dinner. Recreational amenities include an outdoor pool, a children's pool, a health club, a fitness facility, and a steam room. The property's full-service health spa has massage/treatment rooms. This
04/19/2012 - 04/20/2012
Refine Search
Submit a Review
Click to Submit a Review for this Hotel
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
Studio suite cityview
APR 19 $775.00
$775.00 Avg. Nightly Rate
Book Now
Studio suite courtyard
APR 19 $825.00
$825.00 Avg. Nightly Rate
Book Now
Studio suite cityview
APR 19 $1,733.33
$1,733.33 Avg. Nightly Rate
Book Now
reservationcounter.com
VA 1-432-329
Wave-S Photographs 2004
setai003

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 11:27 PM
The Legian, Bali - Reservation Counter.com
setai - Search results for setai ...
The Legian, Bali - Reservation C...
www.reservationcounter.com/hotels/show/333180/the-legian-bali/?destination=Legian Beach, ID&check-in=2012-04-19&check-out=2012-04-20&hotel-name=le
Rescuers scour rubble for survivors after to...
Nick Cannon ...
Deion Sanders L...
Add to Wish List
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Legian, Bali
Jalan Kayu Aya, Legian Beach, 80361, ID
Recommend
Send
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Legian, Bali Photos
Submit a Review
The Legian, Bali
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
BREAKFAST INCLUSIVE-2012 Double Occupancy
Room Details
$745.00
Avg. Nightly Rate
reservationcounter.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
legian107

reservationcounter.com

VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai124

reservationcounter.com
---------------------
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai388

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sat 10:50 PM
The Setai – Reservation Counter.com
setai – Search results for setai ...
The Setai – Reservation Counte...
www.reservationcounter.com/hotels/show/195620/the-setai/?check-in=04%2F19%2F2012&check-out=04%2F20%2F2012#photos-tab
Google
Web Search
#180,202
The 10 Endangered TV Shows That Deserve Anoth...
Sams Club
Adrienne Bailon
Add to Wish List
RESERVATION COUNTER
1-800-992-2694
View My Reservation
The Setai
2001 Collins Ave, Miami Beach, FL, 33139, US
Recommend
Send
Be the first of your friends to recommend this.
Hotel Description
Amenities
Map and Directions
Photos
The Setai Photos
Submit a Review
The Setai
The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees. See FAQ for more details.
Studio suite cityview
Room Details
$775.00
Avg. Nightly Rate
Sun Mon Tue Wed Thu Fri Sat
reservationcounter.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai350