# EXHIBIT 35





aavacations.com
VA 1-432-325
Wave-S Photographs 2002
muscat001



aavacations.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
chiangmai150





aavacations.com
VA 1-432-329
Wave-S Photographs 2004
setai007





aavacations.com
VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
seta0089



