# EXHIBIT 37



