EXHIBIT 38



VAU 0001825264
The Wave Studio LLC
The Wave Design Pte. Ltd. -
andaman067









VA 1-432-325
Wave-S Photographs 2002
muscat001













VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai124



VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187