# EXHIBIT 39













hotelsbyme.com
VA 1-432-328
Wave-S Photographs 2003
muscat124



hotelsbyme.com
VA 1-432-329
Wave-S Photographs 2004
setai003



