# EXHIBIT 46

Case 7:13-cv-09239-CS-VR   Document 1-59   Filed 12/31/13   Page 1 of 2

