# EXHIBIT 48

VA 1-432-329







**Overview:** Being a luxury resort means that The Leela Kempinski Goa offers you a choice 185 rooms, suites and villas, as well as from a host of dining options and leisure activities. Add to this a state-of-the-art business centre and you have the perfect destination for a company conference too.

The Leela Kempinski Goa was built to be the ultimate luxury resort for people seeking refuge from big-city stress. This is the precise reason why its stunning location next to a river, by the sea, but far from humanity. Luckily, the only settlement of people nearby is the neighbouring fishing village by the Sal.

**Getting Here:** The Leela Kempinski Goa was built to be the ultimate luxury resort for people seeking refuge from big-city stress. This is the precise reason why its stunning location next to a river, by the sea, but far from humanity. Luckily, the only settlement of people



Most Impressive Post-Baby Bods



10 Actors Who Are Surprisingly Fluent in Other Languages

Seriously Awesome Celebrity Homes

FEATURED STORIES