# EXHIBIT 49





