# EXHIBIT 50

irefox File Edit View History Bookmarks Tools Window Help Related Links
Fri 10:19 PM
The Nam Hai | Luxury Hotel | Andrew Harper
Nam Hai | Luxury Hotel | A...
www.andrewharper.com/hotels/nam-hai
Web Search (powered by Google)
#343,941 #153,569
Edward Sno...
Convicted U.S. spy: 'Snowd...
Search Hotels, Destinations or Articles
Help | Forgot Password? | Sign in
CONTACT OUR TRAVEL EXPERTS (800) 375-4685 (630) 734-4610
AH
ANDREW HARPER
Traveling the World in Search of Truly Enchanting Places
JOIN US
and discover the independent resource for the luxury traveler
LEARN MORE »
TASMANIA
HOTELS & VILLAS
HIDEAWAY REPORT
OUR TRAVEL EXPERTS
EXCLUSIVE OFFERS
SUBSCRIBE
Home › Worldwide › Asia › Asia - South East › Vietnam › Vietnam Coastal Resorts › The Nam Hai
THE NAM HAI
Hamlet 1, Dien Duong Village, Dien Ban District, QN, Vietnam
website
REQUEST A RATE
This property does not currently offer the ability to book online. Please contact us to request rates & availability.
SIGN IN
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai182
ALSO RECOMMENDED
Six Senses Ninh Van Bay
Six Senses Con Dao
La Résidence Hôtel & Spa
View More Hotels in Vietnam Coastal Resorts
OVERVIEW
DETAILS
MAP
SUBSCRIBER BENEFITS
ANDREW HARPER
The best available non-restricted rates
An upgrade, when available at check-in
Daily buffet breakfast served at the restaurant
A welcome bottle of sparkling white wine with canapés per room
A 20 percent discount on all spa treatments.
FROM ANDREW HARPER
Lavish resort of 100 beachfront and pool villas, situated about midway between Hanoi and Ho Chi Minh City. The interior design is restrained, with mostly neutral tones enlivened by splashes of colored silk. Spacious baths provide eggshell
VIEW MAP
The Siam

Firefox File Edit View History Bookmarks Tools Window Help Related Links — Fri 9:45 PM

The Chedi, Muscat | Luxury Hotel | Andrew Harper

www.andrewharper.com/hotels/chedi-muscat

Search Hotels, Destinations or Articles

Help | Forgot Password? | Sign In

CONTACT OUR TRAVEL EXPERTS (800) 375-4685 | (630) 734-4610

A+H ANDREW HARPER

*Traveling the World in Search of Truly Enchanting Places*

JOIN US and discover the independent resource for the luxury traveler — LEARN MORE »

HOTELS & VILLAS | HIDEAWAY REPORT | OUR TRAVEL EXPERTS | EXCLUSIVE OFFERS | SUBSCRIBE

Home › Worldwide › Middle East › Oman › The Chedi, Muscat

# THE CHEDI, MUSCAT

*Al Khuwair, Muscat, 133 Oman* website

RESERVE THIS HOTEL

ONLINE BOOKING IS RESERVED FOR SUBSCRIBERS ONLY

PLEASE LOG IN »

Adults 1

CHECK AVAILABILITY

Request a rate instead.

VA 1-432-328
Wave-S Photographs 2003
muscat123

OVERVIEW | DETAILS | MAP

## FROM ANDREW HARPER

VIEW MAP

Sophisticated 158-room hotel echoing traditional Omani architecture set on a private beach, 15 minutes from Muscat International Airport. Accommodations, some with views of the Gulf of Oman and others with private terraces or balconies, feature king-size beds and rainfall showers. Several restaurants, new spa and fitness center, swimming pools and tennis.

## RATES

Deluxe Room, from $675; Deluxe Club Room, from $845.

*These published rates, in US dollars, serve only as a guideline for travel planning and may vary based on season, currency exchange rates and other factors. The latest rates, including preferred Andrew Harper rates, are available to our*

## ALSO RECOMMENDED

Shangri-La's Barr Al Jissah Resort and Spa

Six Senses Zighy Bay

Al Bustan Palace, A Ritz-Carlton Hotel

View More Hotels in Oman

VIDEO FEATURE

refox File Edit View History Bookmarks Tools Window Help Related Links Fri 10:17 PM

The Leela Kempinski Goa | Luxury Hotel | Andrew Harper

www.andrewharper.com/hotels/leela-kempinski-goa

Help | Forgot Password? | Sign in

CONTACT OUR TRAVEL EXPERTS (800) 375-4685 (630) 734-4610

A+H ANDREW HARPER

*Traveling the World in Search of Truly Enchanting Places*

JOIN US and discover the independent resource for the luxury traveler

LEARN MORE »

HOTELS & VILLAS | HIDEAWAY REPORT | OUR TRAVEL EXPERTS | EXCLUSIVE OFFERS | SUBSCRIBE

Home › Worldwide › Asia › Asia - South › India › Goa › The Leela Kempinski Goa

# THE LEELA KEMPINSKI GOA

Mobor, Cavelossim, Goa, 403-731 India website

RESERVE THIS HOTEL

ONLINE BOOKING IS RESERVED FOR SUBSCRIBERS ONLY

PLEASE LOG IN »

Adults 1

CHECK AVAILABILITY

Request a rate instead.

VA 1-432-329
Wave-S Photographs 2004
leela140

ALSO RECOMMENDED

Pousada Tauma

The Siam
THAILAND

OVERVIEW DETAILS MAP

FROM ANDREW HARPER

VIEW MAP

Luxurious beach resort amid 75 acres of gardens. The architecture of the 206-room property combines Indian and European elements in an unusual and stylish synthesis. The air-conditioned rooms are furnished with elegant simplicity and offer private balconies or terraces overlooking an attractive lagoon. Satellite TV and CD/DVD players are standard. Dining options include Italian cuisine at *Riverside* and seafood at *Susegado*, an elegant beachfront grill. Facilities include a spa specializing in warm-stone massages, and a 12-hole pitch-and-putt golf course laid out beside the Arabian Sea.

RATES

Conservatory Premier Room, from $520; Suite, from $700

irefox File Edit View History Bookmarks Tools Window Help Related Links Fri 10:26 PM

The Datai | Luxury Hotel | Andrew Harper

Datai | Luxury Hotel | Andr...

www.andrewharper.com/hotels/datai

#343,941 #153,569 AOL Mail Facebook Allows Mastecto...

A✦H™ ANDREW HARPER

*Traveling the World in Search of Truly Enchanting Places*

JOIN US and discover the independent resource for the luxury traveler

LEARN MORE »

# THE DATAI ✦

Jalan Teluk Datai, Langkawi, Kedah Darul Aman, 07000 Malaysia website

OVERVIEW DETAILS MAP

## FROM ANDREW HARPER

VIEW MAP

Idyllic resort situated on a lush hillside overlooking a lovely white-sand beach. The dramatic timbered lobby pavilion and open-air lounge are accented by rich hardwoods and Malaysian carvings. Covered walkways and landscaped paths lead to 124 guest rooms, suites and luxuriously appointed woodland villas augmented by furnished verandas and marble baths. Request a picturesque and extra-spacious End Suite. A fine Thai restaurant has been cantilevered among the treetops of the rain forest. Amenities include a Beach Club, a hilltop pool, health club/spa, tennis and an adjacent 18-hole golf course.

**Note:** The Golf Club is closed for renovations until mid-2013.

## RATES

## REQUEST A RATE

This property does not currently offer the ability to book online. Please contact us to request rates & availability.

SIGN IN

## ALSO RECOMMENDED

Four Seasons Langkawi

The Peninsula Beijing
BEIJING • CHINA

VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
datai020

irefox File Edit View History Bookmarks Tools Window Help Related Links
Fri 9:45 PM
The Chedi, Muscat | Luxury Hotel | Andrew Harper
www.andrewharper.com/hotels/chedi-muscat
#343,941 #153,569
Superman
Arab Sheikhs Are Going Cr...
Search Hotels, Destinations or Articles
Help | Forgot Password? | Sign In
CONTACT OUR TRAVEL EXPERTS (800) 375-4685 | (630) 734-4610
A H
ANDREW HARPER
Traveling the World in Search of Truly Enchanting Places
JOIN US
and discover the independent resource for the luxury traveler
LEARN MORE »
TASMANIA
HOTELS & VILLAS
HIDEAWAY REPORT
OUR TRAVEL EXPERTS
EXCLUSIVE OFFERS
SUBSCRIBE
THE CHEDI, MUSCAT
website
RESERVE THIS HOTEL
ONLINE BOOKING IS RESERVED FOR SUBSCRIBERS ONLY
PLEASE LOG IN »
Adults 1
CHECK AVAILABILITY
Request a rate instead.
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
muscat184
ALSO RECOMMENDED
Shangri-La's Barr Al Jissah Resort and Spa
Six Senses Zighy Bay
Al Bustan Palace, A Ritz-Carlton Hotel
View More Hotels in Oman
OVERVIEW
DETAILS
MAP
FROM ANDREW HARPER
VIEW MAP
Sophisticated 158-room hotel echoing traditional Omani architecture set on a private beach, 15 minutes from Muscat International Airport. Accommodations, some with views of the Gulf of Oman and others with private terraces or balconies, feature king-size beds and rainfall showers. Several restaurants, new spa and fitness center, swimming pools and tennis.
RATES
Deluxe Room, from $675; Deluxe Club Room, from $845.
VIDEO FEATURE