# EXHIBIT 52

