# EXHIBIT 53

