# EXHIBIT 54













Case 7:13-cv-09239-CS-VR    Document 1-67    Filed 12/31/13    Page 8 of 10





