# EXHIBIT 55









Firefox File Edit View History Bookmarks Tools Window Help U.S. Thu 10:45 PM

Escala : Accommodation

lients | Clients by country | Ju... × Escala : Accommodation ×

www.escalavacations.com/reserveAlo/default.aspx?actionMenu=Buscar

#13,114,559 tagged

Packages and Tours | Hotels | Flights | Re

Change your search
City: Hoi An, Vietnam
Hotel name: nam hai
Category: - All -
Arrival on: 08/08/2012
Nights

Accommodatio
Hoi An Arrival 08/0
Prices per room and nig
Prices in red are OnReq
1-1
NAM HAI RESORT H

Page Info – http://www.escalavacations.com/hotel/popup.aspx?prov=HB2&CodMant=DAD/86128#

General | Media | Permissions | Security

| ress | Type |
|---|---|
| http://maps.gstatic.com/intl/en_ALL/mapfiles/markerTransparent.png | Image |
| http://maps.gstatic.com/intl/en_ALL/mapfiles/poweredby.png | Image |
| http://maps.gstatic.com/intl/en_ALL/mapfiles/smc.png | Image |
| http://maps.gstatic.com/intl/en_ALL/mapfiles/mapcontrols3d5.png | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_l_004.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_k_005.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_f_008.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_f_009.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_a_001.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_a_002.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_p_003.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_r_006.jpg | Image |
| http://www.hotelbeds.com/giata/08/086128/086128a_hb_t_007.jpg | Image |
| http://www.escalavacations.com/images/buscCars/botonbuscador.gif | Background |

tion: http://www.hotelbeds.com/giata/08/086128/086128a_hb_t_007.jpg
: JPEG Image
: 20.67 KB (21171 bytes)
ensions: 320px × 212px
ciated Text: Terrace
ock images from www.hotelbeds.com
ia Preview:

Save As...

Escala: Nam Hai Resort Hoi An, ***** - HOI AN (HOI AN)

www.escalavacations.com/hotel/popup.aspx?prov=HB2&CodMant=DAD/86128#

- Medical Service: Medical Service
- Car park: Car park
- Outdoor pool: Outdoor pool
- Fresh water pool: Fresh water pool
- Heated pool: Heated pool
- Parasols: Parasols
- Sauna: Sauna
- Steam bath: Steam bath
- Special SPA packages: Special SPA packages
- Gym: Gym

List of Room Amenities

- Bathroom: Bathroom
- Shower: Shower
- Bath: Bath
- Hairdryer: Hairdryer
- Direct dial telephone: Direct dial telephone
- TV: TV
- Satellite / cable TV: Satellite / cable TV
- HiFi stereo system: HiFi stereo system
- Internet access: Internet access
- Minibar: Minibar
- Mini fridge: Mini fridge
- Tea / Coffee: Tea / Coffee
- King size bed: King size bed
- Central air-conditioned: Central air-conditioned
- Safe: Safe

VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai189





VA 1-432-329
Wave-S Photographs 2004
chiangmai044





VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
muscat225