# EXHIBIT 56





farebuzz.com_travelnow.vfm
------------------------------
VA 1-432-324
Wave-S Photographs 2001
phuket001





farebuzz.com_travelnow.vfm
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai213





farebuzz.com_travelnow.vfm
-----------------------------
VA 1-432-328
-----------------------------
Wave-S Photographs 2003
muscat032



farebuzz.com_travelnow.vfm
VA 1-432-329
Wave- S Photographs 2004
setai004



farebuzz.com_travelnow.vfm
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
legian066





farebuzz.com_travelnow.vfrm
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187



farebuzz.com_travelnow.vfm
- - - - - - - - - - - - - - - - - - - - - - -
VA 1-758-524
Wave-S Photographs 2004 (B)
setai350