# EXHIBIT 57



















