# EXHIBIT 58



















