# EXHIBIT 60



getaroom.com
VA 1-432-325
Wave-5 Photographs 2002
muscat001









Miami Beach, FL 33139




See 47 More Photos

Air-conditioned guestrooms at The Setai feature minibars and CD players. Beds come with premium bedding. All rooms include separate sitting areas and roses. Helicopters and coffee/tea makers are offered. Bathrooms feature separate bathtubs and showers, phones, makeup/shaving mirrors, and designer toiletries. Wired high-speed Internet access is complimentary. In addition to complimentary newspapers and labour-connective cable, courtesy phones with voice mail. Flat-panel televisions have cable channels and DVD players. Also included are hairdryers and slippers. Guests may request in-room massages and hypo-allergenic bedding. A nightly turndown service is offered and housekeeping is available daily. Guestrooms are all non-smoking.

### Notifications and Fees:

The following fees and deposits are charged by the property at time of service, check-in, or check-out.
- Valet parking: US$ 40.0 per night (in/out privileges)

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

You must present a photo ID when checking in. Your credit card is charged at the time you book. Bed type and smoking preferences are not guaranteed. Your reservation is prepaid and is guaranteed for late arrival. The total charge includes all room charges and any taxes, as well as fees for access and booking. Any incidental charges such as parking, phone calls, and room service will be charged directly between you and the property.

### Hotel Amenities

✓ Airport Transportation     ✓ Babysitting Services     ✓ Concierge

✓ Currency Exchange     ✓ Dry cleaning service     ✓ Fitness Center

✓ Gift Shop     ✓ Internet Access - Free in room     ✓ Jacuzzi or Spa

✓ Non-Smoking Facility     ✓ Parking - Valet     ✓ Restaurant

✓ Swimming Pool - Outdoor     ✓ Wheelchair Access

### Most Recent Traveler Reviews

**Super sorry** but the room has no reviews available.

getaroom.com
The Wave Design Pte. Ltd.
Photographs 2005 (B)
seta1318

VA 1-432-332

getaroom.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
seta1315

Follow us on **twitter**
Find us on **Facebook**
Watch us on **You Tube**

About | Blog | FAQ | Testimonials | Hotel Deals | Affiliate | Add your Hotel | Privacy Policy | Terms | Best Rate Guarantee | Site Map

| | | | | |
|---|---|---|---|---|
| Amsterdam Hotels | Anaheim Hotels | Atlanta Hotels | Atlantic City Hotels | Baltimore Hotels |
| Bangkok Hotels | Boston Hotels | Cancun Hotels | Chicago Hotels | Dallas Hotels |
| Denver Hotels | Honolulu Hotels | Florence Hotels | Fort Lauderdale Hotels | Houston Hotels |
| Lake Tahoe Hotels | Las Vegas Hotels | London Hotels | Los Angeles Hotels | Madrid Hotels |
| Miami Hotels | Myrtle Beach Hotels | New Orleans Hotels | New York Hotels | Orlando Hotels |
| Paris Hotels | Philadelphia Hotels | Phoenix Hotels | Prague Hotels | Reno Hotels |
| Rome Hotels | San Antonio Hotels | San Diego Hotels | San Francisco Hotels | Seattle Hotels |
| Tampa Hotels | Venice Hotels | Washington DC Hotels | Luxury Hotels | Europe Luxury Hotels |

Copyright © getaroom 2012. All Rights Reserved. Patent Pending.
© 2012 Consumer Club, Inc. Find Hotel Rates and Hotel Rooms in Major Destinations.

Note: It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. getaroom.com is not responsible for any inaccuracies in the photos. The room rates listed are for double occupancy per room unless otherwise stated and available tax recovery charges and service fees.

@@tripadvisor

