# EXHIBIT 61







