# EXHIBIT 62





VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
seta1212