# EXHIBIT 63



Sticky note:
hipmunk.com
Wave-S Photographs 2004
(D)-chediclub141
VA 1-825-429
The Wave Studio LLC
chediclub141



hipmunk.com
VA 1-432-325
Wave-S Photographs 2002
muscat001



hipmunk.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
namhai142



hipmunk.com
VA 1-432-328
Wave-S Photographs 2003
muscat041



hipmunk.com
VA 1-432-329
Wave-S Photographs 2004
setai003



hipmunk.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
legian102



hipmunk.com
VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai104



hipmunk.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai329