# EXHIBIT 64

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 5:07 AM
The Chedi Club At Tanah Gajah - Ubud Indonesia Hotels - HotelGuides.com
reservations.hotelguides.com/hotel/10013440-11330602P.html?ses=43cfd1b5e472b690f00f8fc1e52f130bps&unps=y
HotelGuides
Real deals. Real service. Real easy.
Home
US Hotels
Canada Hotels
Change Reservation
Cancel Reservation
Contact Us
7 Reasons To Book With Us
1 Satisfaction guarantee
2 Lowest rate guarantee
3 No booking fees
4 AAA & other discounts
5 No advance payment for most reservations
6 Prompt & personal customer service
7 Cash back rewards
Click each reason to learn more!
VeriSign Trust Network
Reserve 5 or More Rooms
BBBOnLine® RELIABILITY PROGRAM
The Chedi Club At Tanah Gajah
< Back to Search Results
Print
Overview
Photos
Map
Rates
Reviews
THE CHEDI CLUB AT TANAH GAJAH
Rating 0 Reviews
Jl Goa Gajah Tengkulak Kaja
Ubud, ID 80571 Map It
Bali :Ubud
from $429.00 USD
Select
Check-in: Monday, March 26, 2012
Check-out: Tuesday, March 27, 2012
Nights: 1 Rooms: 1
Adults per room: 2 Children per room: 0
Change Search
POPULAR US DESTINATIONS
Albuquerque Hotels
Anaheim Hotels
Atlantic City Hotels
Austin Hotels
Baltimore Hotels
Biloxi Hotels
Birmingham Hotels
Branson Hotels
Charleston SC Hotels
Charlotte Hotels
Cincinnati Hotels
Clearwater Beach Hotels
Daytona Beach Hotels
Denver Hotels
Fort Lauderdale Hotels
Galveston Hotels
Gatlinburg Hotels
Honolulu Hotels
Houston Hotels
Indianapolis Hotels
Jacksonville Hotels
Kansas City Hotels
Kauai Hotels
Key West Hotels
Knoxville Hotels
Manhattan NYC Hotels
Maui Hotels
Memphis Hotels
Milwaukee Hotels
Minneapolis Hotels
Photos
15 of 15
hotelguides.com
Wave-S Photographs 2004
(D)-chediclub141
VA 1-825-429
The Wave Studio LLC
chediclub141

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 4:48 AM
Video of Setai Resort Miami Beach - Miami Beach, Florida FL
hotels.hotelguides.com/florida/miami-beach/137319-video.html
Will You Get Audited by the IRS?
Target
Scarlett Johansson
Add to Wish List
3,500,000 reservations and counting!
HotelGuides
RESERVATIONS MADE EASY
Search HotelGuides
Go
Video of Setai Resort Miami Beach FL
Home
US Hotels
Canada Hotels
Other Countries
My Reservations
Customer Service
Setai Resort Miami Beach 2001 Collins Avenue, Miami Beach, FL 33139 US
Check In 04/24/2012
Check Out 04/25/2012
2+ Rooms
Rooms 1
Adults/Rm 2
See All Rates
Video of Setai Resort Miami Beach
Hotel Info • Photos • Map • Rates & Availability
Travelport
Worldspan
THE SETAI
2001 COLLINS AVE MIAMI BEACH, FL 33139 USA
Rejuvenate
00:14/00:38
PHOTOFLICKS EXPRESS VIDEO
Photoflicks Express
PHOTOFLICKS EXPRESS
PHOTOS
Photoflicks Express Video Video
Do you own or manage this hotel?
Powered
Change Language
Learn more about Miami Beach Hotels in our Miami Beach Hotels Guide.
Setai Resort Miami Beach, 2001 Collins Avenue, Miami Beach, Florida FL 33139
otelguides.com
A 1-758-524
/ave-S Photographs 2004 (B)
etai342

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 4:57 AM
The Chedi Chiang Mai - Chiang Mai Thailand Hotels - HotelGuides.com
The Chedi Chiang Mai - Chiang ...
reservations.hotelguides.com
TSA asks woman to prove her breast pump is ...
tatum oneal ru...
Southwest Air...
Add to Wish List
HotelGuides
Real deals. Real service. Real easy.
Home
US Hotels
Canada Hotels
Change Reservation
Cancel Reservation
Contact Us
7 Reasons To Book With Us
1 Satisfaction guarantee
2 Lowest rate guarantee
3 No booking fees
4 AAA & other discounts
5 No advance payment for most reservations
6 Prompt & personal customer service
7 Cash back rewards
Click each reason to learn more!
VeriSign Trust Network
Reserve 5 or More Rooms
BBBOnLine RELIABILITY PROGRAM
The Chedi Chiang Mai
< Back to Search Results
Print
Overview
Photos
Map
Rates
Reviews
THE CHEDI CHIANG MAI
Rating 0 Reviews
123 Charoen Prathet Road
Chiang Mai, TH 50100 Map It
Chiang Mai :Chiang Mai
from $202.86 USD
Select
Check-in: Monday, March 26, 2012
Check-out: Tuesday, March 27, 2012
Nights: 1 Rooms: 1
Adults per room: 2 Children per room: 0
Change Search
Photos
2 of 15
POPULAR US DESTINATIONS
Albuquerque Hotels
Anaheim Hotels
Atlantic City Hotels
Austin Hotels
Baltimore Hotels
Biloxi Hotels
Birmingham Hotels
Branson Hotels
Charleston SC Hotels
Charlotte Hotels
Cincinnati Hotels
Clearwater Beach Hotels
Daytona Beach Hotels
Denver Hotels
Fort Lauderdale Hotels
Galveston Hotels
Gatlinburg Hotels
Honolulu Hotels
Houston Hotels
Indianapolis Hotels
Jacksonville Hotels
Kansas City Hotels
Kauai Hotels
Key West Hotels
Knoxville Hotels
Manhattan NYC Hotels
Maui Hotels
Memphis Hotels
Milwaukee Hotels
Minneapolis Hotels
Myrtle Beach Hotels
hotelguides.com
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
chiangmai232

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 4:48 AM
Photos of Setai Resort Miami Beach – Miami Beach, Florida FL
Photos of Setai Resort Miami Be...
hotels.hotelguides.com/florida/miami-beach/137319-photos.html
us hotel
#53,620
Will You Get Audited by the IRS?
Target
Scarlett Johansson
Add to Wish List
3,500,000 reservations and counting!
HotelGuides
RESERVATIONS MADE EASY
Search HotelGuides
Go
Photos of Setai Resort Miami Beach FL
Home
US Hotels
Canada Hotels
Other Countries
My Reservations
Customer Service
7 Reasons To Book With Us
1 Lowest rate guarantee
2 No booking fees
3 We show all discounts
4 No advance payment for most reservations
5 Satisfaction guarantee
6 Prompt & personal US customer service
7 Cash back rewards
Click to learn more!
NEARBY HOTELS
Shore Club Hotel Miami Beach - 0 miles
Townhouse Hotel Miami Beach - 0 miles
South Beach Hotel Miami Beach - 0.1 miles
Rivera South Beach Miami Beach - 0.1 miles
Dorchester Hotel & Suites Miami Beach - 0.1 miles
Continental Oceanfront Hotel South Beach - 0.1 miles
Seagull Hotel Miami Beach - 0.1 miles
Shelborne Beach Resort Miami Beach - 0.1 miles
Sadigo Court Hotel Miami Beach - 0.1 miles
NEARBY AIRPORT
Miami International Airport - MIA - Miami FL - 9.3 miles
Fort Lauderdale International Airport - FLL - Fort Lauderdale FL - 19.1 miles
MORE FLORIDA HOTELS
Miami Beach Hotels
Orlando Hotels
Tampa Hotels
Jacksonville Hotels
Kissimmee Hotels
Miami Hotels
Fort Lauderdale Hotels
Other Florida Hotels
Setai Resort Miami Beach 2001 Collins Avenue, Miami Beach, FL 33139 US
Check In 04/24/2012
Check Out 04/25/2012
2+ Rooms
Rooms 1
Adults/Rm 2
See All Rates
Photos of Setai Resort Miami Beach
Hotel Info • Video • Map • Rates & Availability
hotelguides.com
VA 1-432-329
Wade-S Photographs 2004
setai004
hotelguides.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187
hotelguides.com
VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai104

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 4:48 AM
Video of Setai Resort Miami Beach - Miami Beach, Florida FL
hotels.hotelguides.com/florida/miami-beach/137319-video.html
Will You Get Audited by the IRS?
Target
Scarlett Johansson
Add to Wish List
3,500,000 reservations and counting!
HotelGuides
RESERVATIONS MADE EASY
Search HotelGuides
Go
Video of Setai Resort Miami Beach FL
Home
US Hotels
Canada Hotels
Other Countries
My Reservations
Customer Service
Setai Resort Miami Beach 2001 Collins Avenue, Miami Beach, FL 33139 US
Check In 04/24/2012
Check Out 04/25/2012
2+ Rooms
Rooms 1
Adults/Rm 2
See All Rates
Video of Setai Resort Miami Beach
Hotel Info • Photos • Map • Rates & Availability
Travelport | Worldspan
THE SETAI
2001 COLLINS AVE MIAMI BEACH, FL 33139 USA
Arrive
00:06/00:38
PHOTOFLICKS EXPRESS VIDEO
Photoflicks Express
PHOTOFLICKS EXPRESS
PHOTOS
Photoflicks Express Video Video
Do you own or manage this hotel?
Powered
Change Language
Learn more about Miami Beach Hotels in our Miami Beach Hotels Guide.
Setai Resort Miami Beach, 2001 Collins Avenue, Miami Beach, Florida FL 33139
hotelguides.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
setai394