# EXHIBIT 65



















hotels--and-discounts.com
VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai104

