# EXHIBIT 66



hotelspeedy.com
--------
VA 1-432-326
The Wave Design Pte. Ltd.
Photographs 2007 (A)
chiangmai232





hotelspeedy.com
- - - - - - - - - - - - - - - - -
VA 1-432-329
Wave-S Photographs 2004
leela154





hotelspeedy.com

VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187