# EXHIBIT 67













hotelstravel.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai329



Case 7:13-cv-09239-CS-VR   Document 1-80   Filed 12/31/13   Page 8 of 8