# EXHIBIT 68





VA 1-432-331



VA 1-432-332