# EXHIBIT 69

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 7:12 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=225808&EID=40&T=Image
DNS Changer Check-Up – C...
Verizon Wire... UFC
INSANELY CHEAPFLIGHTS.com
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Chedi Club At Tanah Gajah Ubud
Jalan Goa Gajah, Ubud, ID, 80571
5 out of 5
(from 296 reviews)
$440
- $15 Booking Credit *
Select
Hotel Description
The chedi club at tanah gajah, ubud is a family-friendly ubud hotel in the mountains and close to elephant cave, ubud market, and ubud monkey forest. Additional points of interest include rudana museu... read more
Booking Bonus: ✓ Parking ✓ Breakfast ✓ WiFi
Go back
Print details
Check-In: Sat. Aug-25-2012
Check-Out: Sun. Aug-26-2012
1 Nights
1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults )
Avg rate (per night)
One Bedroom Suite
Hurry! Last 1 room(s) at this price!
$440
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
One Bedroom Pool Villa
Hurry! Last 1 room(s) at this price!
$630
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
top
Hotel Amenities
Room Service
Free WiFi
Bar / Lounge
Fitness Center / Equipment
Meeting / Conference Facilities
Swimming Pool (OutDoor)
Swimming Pool (InDoor)
Family Rooms
Free Breakfast
Free High-Speed (Non-WiFi)
Free Newspaper
Free Parking
Free Airport Transport
Booking Bonus
✓ Parking ✓ Breakfast ✓ WiFi
Hotel Description
Location. The Chedi Club at Tanah Gajah, Ubud is a family-friendly Ubud hotel in the mountains and close to Elephant Cave, Ubud Market, and Ubud Monkey Forest. Additional points of interest include Rudana Museum and Puser Tasik Temple.
The Chedi Club at Tanah Gajah, Ubud's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day.
The hotel serves a complimentary breakfast. Recreational amenities include an outdoor pool, an outdoor tennis court, and a fitness facility. The property's full-service health spa has
atment rooms and facials. This 5-star property offers small meeting rooms and limo/town car service. Complimentary wireless and wired high-speed Internet access is
mages.travelnow.com/hotelimages/s/028000/028268A.jpg
nelycheapflights.com
e-S Photographs 2004
chediclub141
1-825-429
Wave Studio LLC
diclub141

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 10:11 AM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=195620&EID=40&T=Hotel Name
#353,606
Katie Holmes, Tom Cruise ...
Aeropostale - Craigs list
Google
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Setai
2001 Collins Avenue, Miami Beach, FL, US, 33139
4.5 out of 5
(from 249 reviews)
$489
- $15 Booking Credit*
Select
Hotel Description
The setai is located near the beach in miami beach's south beach neighborhood and close to bass museum of art, new world symphony park, and lummus park beach. Nearby points of interest also include li... read more
Booking Bonus: High Speed Internet
Check-In: Sat. Aug-25-2012 1
Check-Out: Sun. Aug-26-2012 Nights 1 Room
Go back Print details
Hotel Rates & Details Virtual Tour Map & Directions Reviews
Select Room Type
Room Type (2 Adults) Avg rate (per night)
Studio Suite Cityview $489 -$15 Booking Credit* Book Now
Studio Suite Courtyard $531 -$15 Booking Credit* Book Now
Studio Suite Cityview $575 -$15 Booking Credit* Book Now
Studio Suite Cityview $625 -$15 Booking Credit* Book Now
Studio Suite Courtyard $625 -$15 Booking Credit* Book Now
» See All Available Rooms
top
Hotel Amenities
Air Conditioning
Electronic Room Keys
Car Rental Services / Desk
Internet Access
Fitness Center / Equipment
Television
Handicap Accessible
Hair Dryer
Minibar / In Room Bar
Coffee / Tea Maker
Voicemail Services
images.travelnow.com/hotels/2000000/1130000/1126600/1126560/1126560_139_b.jpg
insanelycheapflights.com
VA 1-758-524
Wave-S Photographs 2004 (B)
setai346

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 6:52 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=169270&EID=40&T=Hotel Name
#348,115
DNS Changer Check-Up - C...
curved Floor... · facebook.com
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Surin Phuket
118 Moo 3 Pansea Beach, Thalang, TH, 83110
4.5 out of 5
(from 362 reviews)
$276
- $15 Booking Credit *
Select
Hotel Description
The surin phuket is located on the beach in thalang, close to surin beach, laem singh beach, and bang tao beach. Other points of interest near this luxury hotel include phuket fantasea cultural theme ... read more
Booking Bonus: ✓ Parking ✓ High Speed Internet
Go back
Print details
Check-In: Wed, Aug-08-2012 1 Nights
Check-Out: Thu, Aug-09-2012 1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults)
Avg rate (per night)
1 BR Superior Cottage
Hurry! Last 2 room(s) at this price!
$276
Only 2 Room(s) Left!
-$15 Booking Credit *
Book Now
1 BR Deluxe Cottage
Hurry! Last 1 room(s) at this price!
$335
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
Hotel Amenities
top
Internet Access
Air Conditioning
Exterior Room Entrance
GameRoom
Business Center
Meeting / Conference Facilities
Room Service
Television
InHouseDining
Coffee / Tea Maker
Family Rooms
Hair Dryer
Minibar / In Room Bar
Safe / Deposit Box
Car Rental Services / Desk
Wake Up Service
Booking Bonus
✓ Parking ✓ High Speed Internet
Hotel Description
Location. The Surin Phuket is located on the beach in Thalang, close to Surin Beach, Laem Singh Beach, and Bang Tao Beach. Other points of interest near this luxury hotel include Phuket Fantasea Cultural Theme Park and Laguna Phuket Golf Club.
Dining options at The Surin Phuket include 3 restaurants. A bar/lounge is open for drinks. Room service is available during limited hours. The hotel serves Buffet breakfasts each morning in the restaurant (surcharges apply). Recreational amenities include an outdoor pool, a children's pool, outdoor tennis courts, and a fitness facility. Spa amenities include spa massage/treatment rooms, facials, and body treatments. This 4.5-star property has a business center and offers small meeting rooms and limo/town car service.
://images.travelnow.com/hotelimages/s/050000/050624B.jpg
sanelycheapflights.com
A 1-432-324
aver S Photographs 2001
huket001

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 6:19 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=211947&EID=40&T=Hotel Name
#348,115
The 'New Gestapo'? Maine ...
MapQuest - curved Floor...
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Chedi Muscat
ICFSpecial
P.O. Box 964 18th November Street, Muscat, OM, 133
Advance Purchase Special - non-refundable
4.5 out of 5
(from 699 reviews)
$209
- $15 Booking Credit *
Select
Hotel Description
The chedi muscat is located on the beach in muscat, close to sultan qaboos sports complex. Regional points of interest also include muscat city centre shopping mall and muttrah souq. Resort features. ... read more
Booking Bonus: ✓ Breakfast ✓ Parking
Go back
Print details
Check-In: Sat. Aug-25-2012
Check-Out: Sun. Aug-26-2012
1 Nights
1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults )
Avg rate (per night)
Superior - Non-Refundable
Hurry! Last 5 room(s) at this price!
$209
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
Deluxe - Non-Refundable
Hurry! Last 4 room(s) at this price!
$273
Only 4 Room(s) Left!
-$15 Booking Credit *
Book Now
Superior
Hurry! Last 5 room(s) at this price!
$299
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
Deluxe
Hurry! Last 4 room(s) at this price!
$390
Only 4 Room(s) Left!
-$15 Booking Credit *
Book Now
Suite - Non-Refundable
Hurry! Last 5 room(s) at this price!
$564
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
See All Available Rooms
Note: The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees
top
Hotel Amenities
Room Service
Free Parking
Free Breakfast
Swimming Pool (OutDoor)
Fitness Center / Equipment
Bar / Lounge
Handicapped parking
Swimming Pool (InDoor)
/images.travelnow.com/hotels/1000000/920000/916400/916380/916380_100_b.jpg
nsanelycheapflights.com
VA 1-432-325
Wave-S Photographs 2002
nuscat018

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 6:37 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=252041&EID=40&T=Hotel Name
#348,115
Hire people to do things for...
UFC 148 res... · floor lamps
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Nam Hai
Hamlot 1, Dien Ban, VN
4.5 out of 5
(from 409 reviews)
$553
- $15 Booking Credit *
Select
Hotel Description
The nam hai is located on the beach in dien ban, close to tra que vegetable village and cua dai beach. Other points of interest are hoi an ancient town and japanese bridge. This dien ban hotel has a p... read more
Go back
Print details
Check-In: Sat. Aug-25-2012
Check-Out: Sun. Aug-26-2012
1 Nights
1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults )
Avg rate (per night)
1 Bedroom Villa
Hurry! Last 1 room(s) at this price!
$553
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
1 Bedroom Villa
Hurry! Last 1 room(s) at this price!
$650
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
1 Bedroom Beach Front Villa
Hurry! Last 1 room(s) at this price!
$680
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
1 Bedroom Beach Front Villa
Hurry! Last 1 room(s) at this price!
$800
Only 1 Room(s) Left!
-$15 Booking Credit *
Book Now
1 Bedroom Pool Villa
Hurry! Last 2 room(s) at this price!
$850
Only 2 Room(s) Left!
-$15 Booking Credit *
Book Now
See All Available Rooms
Note : The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees
top
Hotel Amenities
Meeting / Conference Facilities
Room Service
Family Rooms
Swimming Pool (OutDoor)
images.travelnow.com/hotels/2000000/1660000/1659100/1659007/1659007_76_b.jpg
anelycheapflights.com
1-432-326
Wave Design Pte. Ltd.
otographs 2007 (A)
nh117

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 7:07 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=325578&EID=40&T=Hotel Name
#348,115
Arc Floor Lamp
att · Ray Allen
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Saujana Kuala Lumpur
Jalan Lapangan Terbang SAAS, Shah Alam, MY, 40150
4.5 out of 5
(from 59 reviews)
$99
- $15 Booking Credit *
Select
Hotel Description
Located in shah alam, the saujana kuala lumpur is in the suburbs and close to saujana golf and country club, glenmarie golf and country club, and kelana jaya lake park. Nearby points of interest also ... read more
Booking Bonus: ✓ Breakfast ✓ Parking
Go back
Print details
Check-In: Wed. Aug-08-2012
Check-Out: Thu. Aug-09-2012
1 Nights 1 Room
Hotel Rates & Details
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults)
Avg rate (per night)
Deluxe Room - Nostalgia Room Promotion
$99
-$15 Booking Credit *
Book Now
Superior Room
$107
Superior Room
$110
Superior Room
$116
Executive Deluxe Room - Nostalgia Promo
$121
See All Available Rooms
Hotel Amenities
Family Rooms
Free Parking
Room Service
Bar / Lounge
Meeting / Conference Facilities
Swimming Pool (InDoor)
Free Breakfast
Fitness Center / Equipment
top
images.travelnow.com/hotels/1000000/10000/6200/6190/6190_52_b.jpg
insanelycheapflights.com
1-432-327
Wave Design Pte. Ltd.
Photographs 2007 (B)
jan0022

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 6:20 PM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=211947&EID=40&T=Hotel Name
#348,115
The 'New Gestapo'? Maine ...
MapQuest • curved Floor...
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Chedi Muscat
ICFSpecial
P.O. Box 964 18th November Street, Muscat, OM, 133
Advance Purchase Special - non-refundable
4.5 out of 5
(from 699 reviews)
$209
- $15 Booking Credit *
Select
Hotel Description
The chedi muscat is located on the beach in muscat, close to sultan qaboos sports complex. Regional points of interest also include muscat city centre shopping mall and muttran souq. Resort features. ... read more
Booking Bonus: ✓ Breakfast ✓ Parking
Go back
Print details
Check-In: Sat. Aug-25-2012
Check Out: Sun. Aug-26-2012
1 Nights 1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults )
Avg rate (per night)
Superior - Non-Refundable
Hurry! Last 5 room(s) at this price!
$209
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
Deluxe - Non-Refundable
Hurry! Last 4 room(s) at this price!
$273
Only 4 Room(s) Left!
-$15 Booking Credit *
Book Now
Superior
Hurry! Last 5 room(s) at this price!
$299
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
Deluxe
Hurry! Last 4 room(s) at this price!
$390
Only 4 Room(s) Left!
-$15 Booking Credit *
Book Now
Suite - Non-Refundable
Hurry! Last 5 room(s) at this price!
$564
Only 5 Room(s) Left!
-$15 Booking Credit *
Book Now
See All Available Rooms
Note : The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees.
top
Hotel Amenities
Room Service
Free Parking
Free Breakfast
Swimming Pool (OutDoor)
Fitness Center / Equipment
Bar / Lounge
Handicapped parking
Swimming Pool (InDoor)
mages.travelnow.com/hotels/1000000/920000/916400/916380/916380_86_b.jpg
inelycheapflights.com
1-?82-328
e-S Photographs 2003
scat068

irefox File Edit View History Bookmarks Tools Window Help Related Links    U.S. Sun 10:10 AM

Hotel Details

Hotel Details

reservations.insanelycheapflights.com/Default.aspx?taoid=4175&HID=195620&EID=40&T=Hotel Name

Google

#353,606   Katie Holmes, Tom Cruise ...   Aeropostale · Craigs list

INSANELY CHEAPFLIGHTS.com

Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us

## The Setai ★★★★★

2001 Collins Avenue, Miami Beach, FL, US, 33139

4.5 out of 5 (from 249 reviews)

$489

- $15 Booking Credit *

Select

Hotel Description

The setai is located near the beach in miami beach's south beach neighborhood and close to bass museum of art, new world symphony park, and lummus park beach. Nearby points of interest also include li... read more

Booking Bonus: ✓ High Speed Internet

insanelycheapflights.com

-----------------------

VA 1-432-329

Wave-S Photographs 2004

setai004

Go back   Print details

Check-In: Sat. Aug-25-2012   1 Nights   1 Room

Check-Out: Sun. Aug-26-2012

Hotel Rates & Details   Virtual Tour   Map & Directions   Reviews

### Select Room Type

| Room Type (2 Adults ) | Avg rate (per night) | |
|---|---|---|
| Studio Suite Cityview ▸ | $489 | -$15 Booking Credit * Book Now |
| Studio Suite Courtyard ▸ | $531 | -$15 Booking Credit * Book Now |
| Studio Suite Cityview ▸ | $575 | -$15 Booking Credit * Book Now |
| Studio Suite Cityview ▸ | $625 | -$15 Booking Credit * Book Now |
| Studio Suite Courtyard ▸ | $625 | -$15 Booking Credit * Book Now |

» See All Available Rooms

Note: The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees

^ top

### Hotel Amenities

| | | | |
|---|---|---|---|
| Air Conditioning | Electronic Room Keys | Car Rental Services / Desk | Internet Access |
| Fitness Center / Equipment | Television | Handicap Accessible | Hair Dryer |
| Dining | Minibar / In Room Bar | Coffee / Tea Maker | Voicemail Services |

images.travelnow.com/hotelimages/s/054000/054271A.jpg

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 10:10 AM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=195620&EID=40&T=Hotel Name
#353,606
Katie Holmes, Tom Cruise ...
Aeropostale · Craigs list
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Setai
2001 Collins Avenue, Miami Beach, FL, US, 33139
4.5 out of 5
(from 249 reviews)
$489
- $15 Booking Credit *
Select
Hotel Description
The setai is located near the beach in miami beach's south beach neighborhood and close to bass museum of art, new world symphony park, and lummus park beach. Nearby points of interest also include li... read more
Booking Bonus: ✓ High Speed Internet
insanelycheapflights.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
setai394
Go back
Print details
Check-In: Sat, Aug-25-2012
Check-Out: Sun, Aug-26-2012
1 Nights
1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults)
Avg rate (per night)
Studio Suite Cityview $489 -$15 Booking Credit * Book Now
Studio Suite Courtyard $531 -$15 Booking Credit * Book Now
Studio Suite Cityview $575 -$15 Booking Credit * Book Now
Studio Suite Cityview $625 -$15 Booking Credit * Book Now
Studio Suite Courtyard $625 -$15 Booking Credit * Book Now
» See All Available Rooms
Note : The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees
top
Hotel Amenities
Air Conditioning
Fitness Center / Equipment
Electronic Room Keys
Television
Minibar / in Room Bar
Car Rental Services / Desk
Handicap Accessible
Coffee / Tea Maker
Internet Access
Hair Dryer
Voicemail Services
images.travelnow.com/hotels/2000000/1130000/1126600/1126560/1126560_131_b.jpg

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 10:10 AM
Hotel Details
reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=195620&EID=40&T=Hotel Name
Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us
The Setai
2001 Collins Avenue, Miami Beach, FL, US, 33139
4.5 out of 5
(from 249 reviews)
$489
- $15 Booking Credit *
Select
Hotel Description
The setai is located near the beach in miami beach's south beach neighborhood and close to bass museum of art, new world symphony park, and lummus park beach. Nearby points of interest also include li... read more
Booking Bonus: ✓ High Speed Internet
Go back
Print details
Check-In: Sat. Aug-25-2012
Check-Out: Sun. Aug-26-2012
1 Nights
1 Room
Hotel Rates & Details
Virtual Tour
Map & Directions
Reviews
Select Room Type
Room Type (2 Adults )
Avg rate (per night)
Studio Suite Cityview $489 -$15 Booking Credit * Book Now
Studio Suite Courtyard $531 -$15 Booking Credit * Book Now
Studio Suite Cityview $575 -$15 Booking Credit * Book Now
Studio Suite Cityview $625 -$15 Booking Credit * Book Now
Studio Suite Courtyard $625 -$15 Booking Credit * Book Now
See All Available Rooms
top
Hotel Amenities
Air Conditioning
Fitness Center / Equipment
Electronic Room Keys
Television
Minibar / In Room Bar
Car Rental Services / Desk
Handicap Accessible
Coffee / Tea Maker
Internet Access
Hair Dryer
Voicemail Services
images.travelnow.com/hotels/2000000/1130000/1126600/1126560/1126560_122_b.jpg
insanelycheapflights.com
VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai156

Firefox File Edit View History Bookmarks Tools Window Help Related Links — Sun 10:10 AM

Hotel Details

reservations.insanelycheapflights.com/Default.aspx?tabid=4175&HID=195620&EID=40&T=Hotel Name

#353,606 Katie Holmes, Tom Cruise ... Aeropostale · Craigs list

Home | Flights | Hotels | Cars | Vacation Packages | Airport Parking | Activities | Featured Deals | Contact Us

## The Setai

2001 Collins Avenue, Miami Beach, FL, US, 33139

4.5 out of 5 (from 249 reviews)

**$489**

- $15 Booking Credit *

Select

Hotel Description

The setai is located near the beach in miami beach's south beach neighborhood and close to bass museum of art, new world symphony park, and lummus park beach. Nearby points of interest also include li... read more

**Booking Bonus:** ✓ High Speed Internet

insanelycheapflights.com

VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187

Go back Print details

Check-In: Sat. Aug-25-2012 Check-Out: Sun. Aug-26-2012 1 Nights 1 Room

**Hotel Rates & Details** Virtual Tour Map & Directions Reviews

### Select Room Type

| Room Type (2 Adults ) | Avg rate (per night) | |
|---|---|---|
| Studio Suite Cityview ▸ | $489 | -$15 Booking Credit * Book Now |
| Studio Suite Courtyard ▸ | $531 | -$15 Booking Credit * Book Now |
| Studio Suite Cityview ▸ | $575 | -$15 Booking Credit * Book Now |
| Studio Suite Cityview ▸ | $625 | -$15 Booking Credit * Book Now |
| Studio Suite Courtyard ▸ | $625 | -$15 Booking Credit * Book Now |

» See All Available Rooms

Note : The room rates listed are for double occupancy per room unless otherwise stated and exclude tax recovery charges and service fees.

^ top

### Hotel Amenities

| | | | |
|---|---|---|---|
| Air Conditioning | Electronic Room Keys | Car Rental Services / Desk | Internet Access |
| Fitness Center / Equipment | Television | Handicap Accessible | Hair Dryer |
| Dining | Minibar / In Room Bar | Coffee / Tea Maker | Voicemail Services |

ages.travelnow.com/hotelimages/s/054000/054271E.jpg

