# EXHIBIT 70

















