# EXHIBIT 72

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 10:23 PM
The Chedi Club at Tanah Gajah, Ubud in Indonesia – Lonely Planet
The Chedi Club at Tanah Gajah, ...
www.lonelyplanet.com/indonesia/hotels/the-chedi-club-at-tanah-gajah-ubud
lonely planet
Search
Ready for your next adventure?
Check out our tips & articles on adventure travel.
Explore ›
ADVERTISEMENT
Home
Destinations
Thorn Tree forum
Shop
Hotels
Flights
Insurance
Cart: 0
Register
Sign In
Asia / Indonesia / Indonesia Hotels / The Chedi Club at Tanah Gajah, Ubud
Indonesia
Hotels
‹ View all hotels
The Chedi Club at Tanah Gajah, Ubud
5 Star Hotel · Jalan Goa Gajah Tengkulak Kaja, Gianyar Ubud · See nearby area
Step 1
Your search criteria
from $370 per night
Check in 12 Dec 2012
Check out 13 Dec 2012
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
One bedroom pool villa
Services & facilities
Spa
Spa services on site
Full-service health spa
Massage - spa treatment room(s)
Recreation
Outdoor tennis court
lonelyplanet.com_expedia_travelnow
Wave-S Photographs 2004
(D) chediclub141
VA 1-825-429
The Wave Studio LLC
chediclub141

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:50 PM
The Setai in Miami, USA - Lonely Planet
The Setai in Miami, USA - Lonel...
www.lonelyplanet.com/usa/miami/hotels/the-setai-3
Google
lonely planet
Search
Sights
City tours
Boat trips
Elephant rides
Cooking classes
ADVERTISEMENT
Home
Destinations
Thorn Tree forum
Shop
Hotels
Flights
Insurance
Cart: 0
Register
Sign In
North America / USA / Florida / South Florida / Miami / Miami Hotels / The Setai
Miami
Hotels
View all hotels
The Setai
5 Star Hotel · 2001 Collins Ave Miami Beach · See nearby area
Step 1
Your search criteria
from
$489
per night
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
One bedroom suite ocean view
One King Bed
Measuring 847 square feet (79 square meters), this room opens to a balcony with ocean views. Premium bedding and blackout drapes/curtains help ensure a restful night. The private bathroom has a jetted bathtub and separate shower with a rainfall showerhead, as well as bathrobes and slippers. Complimentary wired Internet access keeps you connected, and the 46-inch flat-panel television offers cable channels. You can request an in-room
Services & facilities
Air Conditioning
Air-conditioned public areas
Non-smoking
Smoke-free property
Restaurant/Café
onelyplanet.com_expedia_
avelnow
A 1-758-524
Wave-S Photographs 2004 (B)
et 350

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 10:28 PM
The Lalu Sun Moon Lake in Sun Moon Lake National Scenic Area, Taiwan - Lonely Planet
The Lalu Sun Moon Lake in Sun ...
www.lonelyplanet.com/taiwan/western-taiwan/sun-moon-lake/hotels/the-lalu-sun-moon-lake
lonely planet
Search
WIN A PHOTOGRAPHY TOUR OF BHUTAN
WORLD expeditions
Enter Now
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
Asia / Taiwan / Western Taiwan / Sun Moon Lake / Sun Moon Lake National Scenic Area Hotels
The Lalu Sun Moon Lake
Sun Moon Lake National Scenic Area
Hotels
View all hotels
The Lalu Sun Moon Lake
Hotels and hostels · 142 Jungshing Road Yuchr Shiang Yuchi · See nearby area
Step 1
Your search criteria
from $72 per night
Check in 12 Dec 2012
Check out 13 Dec 2012
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
Rates provided by Expedia
Hotel description
Location.
The Lalu Sun Moon Lake is located in Yuchi's Sun Moon Lake neighborhood and attractions in the region include New Era Sculpture Park and Lungnan Natural Lacquerware Museum.
Hotel Features.
The Lalu Sun Moon Lake features a coffee shop/café and a bar/lounge. Room service is available during limited hours. The hotel serves a complimentary buffet breakfast each morning in the
onelyplanet.com_expedia_
rav now
VA 1-432-324
Wave-S Photographs 2001
alu016

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:56 PM
The Chedi Muscat in Muscat, Oman – Lonely Planet
The Chedi Muscat in Muscat, O...
www.lonelyplanet.com/oman/muscat/hotels/the-chedi-muscat
lonely planet
Search
Guides to Everywhere
GIFTS FOR EVERYONE
shop.lonelyplanet.com
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
Middle East / Oman / Muscat / Muscat Hotels / The Chedi Muscat
Muscat
Hotels
View all hotels
The Chedi Muscat
5 Star Hotel · P.O. Box 964 18th November Street Al Khuwair Muscat · See nearby area
Step 1
Your search criteria
from
$1216
per night
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
Suite with Free minibar
One king bed. 67 square meters. Balcony with view of the Hajar mountain ranges or the water gardens. Separate sitting area. Down comforter. Complimentary wireless Internet access. 32-inch LCD TV with satellite channels. DVD player. Clock radio and iPod docking station. Safe. Complimentary minibar. Espresso maker. Coffee/tea maker. Open-plan bathroom with terrazzo sunken bath, rainfall shower, separate toilet, bidet, two washbasins, two closets, bathrobes, slippers, and complimentary toiletries. Makeup/shaving mirror.
Services & facilities
Fitness
Use of nearby fitness center (free)
Wi-Fi/internet access
Free Wi-Fi
Free wired high-speed internet
onelyplanet.com_expedia_
:ravelnow
VA 1-432-325
Wave-S Photographs 2002
muscat001

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:42 PM
The Nam Hai in Central Vietnam, Vietnam - Lonely Planet
The Nam Hai in Central Vietnam...
www.lonelyplanet.com/vietnam/central-vietnam/hotels/the-nam-hai
Google
#1,370 #1,783
lonely planet
Search
Get the best in travel, straight to your inbox
Sign up and get 20% off Lonely Planet guidebooks.
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
Asia / Vietnam / Central Vietnam / Central Vietnam Hotels / The Nam Hai
Central Vietnam
Hotels
View all hotels
The Nam Hai
5 Star Hotel · Hamlet 1 Dien Duong Village Dien Ban · See nearby area
onelyplanet.com_expedia_
ravelnow
A 432-326
he Wave Design Pte. Ltd.
hotographs 2007 (A)
amhai116
Step 1
Your search criteria
from
$651
per night
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
3 Bedroom Beach Pool Villa
Three King Beds
Services & facilities
Family
Babysitting or childcare
Cards accepted
Jcb international
American express
Diners club

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 10:13 PM
The Saujana Kuala Lumpur in Malaysia – Lonely Planet
The Saujana Kuala Lumpur in M...
www.lonelyplanet.com/malaysia/hotels/the-saujana-kuala-lumpur
lonely planet
Search
Guides to Everywhere
GIFTS FOR EVERYONE
shop.lonelyplanet.com
ADVERTISEMENT
Home
Destinations
Thorn Tree forum
Shop
Hotels
Flights
Insurance
Cart: 0
Register
Sign In
Asia / Malaysia / Malaysia Hotels / The Saujana Kuala Lumpur
Malaysia
Hotels
View all hotels
The Saujana Kuala Lumpur
4 Star Hotel · Jalan Lapangan Terbang SAAS Shah Alam · See nearby area
from $41 per night
Step 1
Your search criteria
Check in 12 Dec 2012
Check out 13 Dec 2012
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
Superior Room
Services & facilities
Guest services
Tours/ticket assistance
Complimentary reception
Express check-out
24-hour front desk
Express check-in
Room service (24 hours)
onelyplanet.com_expedia_
ravelnow
/A 1-432-327
The Wave Design Pte. Ltd.
Photographs 2007 (B)
saujana022

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:55 PM
The Chedi Muscat in Muscat, Oman – Lonely Planet
The Chedi Muscat in Muscat, O...
www.lonelyplanet.com/oman/muscat/hotels/the-chedi-muscat
Google
#1,370 #1,783
lonely planet
Search
Guides to Everywhere
GIFTS FOR EVERYONE
shop.lonelyplanet.com
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
Middle East / Oman / Muscat / Muscat Hotels / The Chedi Muscat
Muscat
Hotels
View all hotels
The Chedi Muscat
5 Star Hotel · P.O. Box 964 18th November Street Al Khuwair Muscat · See nearby area
from $1216 per night
Step 1
Your search criteria
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
Suite with Free minibar
One king bed. 67 square meters. Balcony with view of the Hajar mountain ranges or the water gardens. Separate sitting area. Down comforter. Complimentary wireless internet access. 32-inch LCD TV with satellite channels. DVD player. Clock radio and iPod docking station. Safe. Complimentary minibar. Espresso maker. Coffee/tea maker. Open-plan bathroom with terrazzo sunken bath, rainfall shower, separate toilet, bidet, two washbasins, two closets, bathrobes, slippers, and complimentary toiletries. Makeup/shaving mirror.
Services & facilities
Fitness Use of nearby fitness center (free)
Wi-Fi/internet access Free Wi-Fi
Free wired high-speed internet
onelyplanet.com_expedia_
ravelnow
VA 1-432-328
WaCS-S Photographs 2003
muscat123

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:49 PM
The Setai in Miami, USA - Lonely Planet
www.lonelyplanet.com/usa/miami/hotels/the-setai-3
lonely planet
Search
Plan and book with experts.
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
North America / USA / Florida / South Florida / Miami / Miami Hotels / The Setai
Miami
Hotels
View all hotels
The Setai
5 Star Hotel · 2001 Collins Ave Miami Beach · See nearby area
from $489 per night
Step1
Your search criteria
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
One bedroom suite ocean view
One King Bed
Measuring 847 square feet (79 square meters), this room opens to a balcony with ocean views. Premium bedding and blackout drapes/curtains help ensure a restful night. The private bathroom has a jetted bathtub and separate shower with a rainfall showerhead, as well as bathrobes and slippers. Complimentary wired Internet access keeps you connected, and the 46-inch flat-panel television offers cable channels. You can request an in-room
Services & facilities
Air Conditioning
Air-conditioned public areas
Non-smoking
Smoke-free property
Restaurant/Café
lonelyplanet.com_expedia_travelnow
VA 1-432-329
Wave-S Photographs 2004
Setai003

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Tue 2:09 AM
The Legian, Bali – Seminyak Beach – Lonely Planet Hotels & Hostels
hotels.lonelyplanet.com/indonesia/seminyak-r2103736/the-legian-bali-q1955219/
lonely planet
Search
...into the extraordinary.
TAKE YOUR FIRST STEP
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign in
Hotels Indonesia Hotels Seminyak Hotels
Seminyak Beach: The Legian, Bali
Need help?
Hotel Neighbourhood: Seminyak Beach Rooms from: US$630 /night Best rate guarantee
12 of 50
Rates and rooms Location and map Facilities
Check-out Guests Currency
Apr 2012 19 Apr 2012 2 USD Update
One bedroom deluxe suite
2 Guests, 1 Nights
US$629.20
cancellation policy
Book now!
Room facilities include:
<strong><ul><li>1 double</li></ul></strong>Cotton linens and down duvet
<strong>1184 square feet</strong>
Balcony with <strong>view of the ocean</strong>, <strong>garden</strong>, and <strong>pool</strong>
Separate sitting and dining areas
Desk
<strong>iPod docking station</strong>
32-inch LCD television with cable channels and DVD player
<strong>Complimentary wired and wireless Internet access</strong>
Fax machine and in-room safe
Refrigerator and minibar
Ensuite bathroom includes separate bathtub and shower with handheld showerhead
Bath amenities include double sink, phone, and hair dryer
Slippers
Air conditioning
Location. The Legian, Bali is located on the beach in Seminyak, close to Seminyak Square, Kuta Beach, and Legian Beach. Other points of interest near this luxury resort include Seminyak Beach and Canggu Beach.
Resort Features. This Seminyak resort has a private beach. The Legian, Bali's restaurant serves breakfast, lunch, and dinner. A poolside bar and a bar/lounge are open for drinks. Room service is available 24 hours a day. Recreational amenities include 2 outdoor swimming pools. Also located on site are a health club, a sauna, and a fitness facility. Spa amenities include spa services, massage/treatment rooms, facials, and body treatments. This 5-star property has a 24-hour business center and offers limo/town car service. Complimentary wireless Internet access is available in public areas. Complimentary shuttle services include an area shuttle which runs to destinations within 5 km and a shopping center shuttle. Wedding services, concierge services, tour/ticket assistance, and tour assistance are available. Valet parking and self parking are complimentary. Additional property amenities include a library, multilingual staff, and gift shops/newsstands.
Guestrooms. 78 air-conditioned guestrooms at The Legian, Bali feature minibars and CD players. Balconies offer ocean, pool, or garden views. Beds come with down comforters. These individually furnished rooms include desks. Accommodations include refrigerators and coffee/tea makers. Bathrooms feature separate bathtubs and showers with handheld showerheads. They also offer double sinks, slippers, and scales. Wired high-speed and
One bedroom deluxe suite
2 Rooms
2 Guests, 1 Nights
US$1258.40
cancellation policy
Book now!
Room facilities include:
<strong><ul><li>1 double</li></ul></strong>Cotton linens and down duvet
<strong>1184 square feet</strong>
Balcony with <strong>view of the ocean</strong>, <strong>garden</strong>, and <strong>pool</strong>
lonelyplanet.com_expedia
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
legian102

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:49 PM
The Setai in Miami, USA - Lonely Planet
The Setai in Miami, USA - Lonel...
www.lonelyplanet.com/usa/miami/hotels/the-setai-3
#1,370 #1,783
lonely planet
Search
Sights
ADVERTISEMENT
Home Destinations Thorn Tree forum Shop Hotels Flights Insurance
Cart: 0 Register Sign In
North America / USA / Florida / South Florida / Miami / Miami Hotels / The Setai
Miami
Hotels
View all hotels
The Setai
5 Star Hotel · 2001 Collins Ave Miami Beach · See nearby area
Step 1
Your search criteria
from
$489
per night
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
One bedroom suite ocean view
One King Bed
Measuring 847 square feet (79 square meters), this room opens to a balcony with ocean views. Premium bedding and blackout drapes/curtains help ensure a restful night. The private bathroom has a jetted bathtub and separate shower with a rainfall showerhead, as well as bathrobes and slippers. Complimentary wired Internet access keeps you connected, and the 46-inch flat-panel television offers cable channels. You can request an in-room
Services & facilities
Air Conditioning Air-conditioned public areas
Non-smoking Smoke-free property
Restaurant/Café Restaurant
onelyplanet.com_expedia_
ravelnow
VA 1-432-331
The Wave Pte. Ltd.
hotographs 2005 (A)
etai104

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 9:49 PM
The Setai in Miami, USA - Lonely Planet
www.lonelyplanet.com/usa/miami/hotels/the-setai-3
lonely planet
Search
Sights
City tours
Boat trips
Elephant rides
Cooking classes
ADVERTISEMENT
Home
Destinations
Thorn Tree forum
Shop
Hotels
Flights
Insurance
Cart: 0
Register
Sign In
North America / USA / Florida / South Florida / Miami / Miami Hotels / The Setai
Miami
Hotels
View all hotels
The Setai
5 Star Hotel · 2001 Collins Ave Miami Beach · See nearby area
Step 1
Your search criteria
from
$489
per night
Check in 12 Jan 2013
Check out 13 Jan 2013
Guests 2 Adults
Check availability
Step 2
For rates and availability complete step 1
One bedroom suite ocean view
One King Bed
Measuring 847 square feet (79 square meters), this room opens to a balcony with ocean views. Premium bedding and blackout drapes/curtains help ensure a restful night. The private bathroom has a jetted bathtub and separate shower with a rainfall showerhead, as well as bathrobes and slippers. Complimentary wired Internet access keeps you connected, and the 46-inch flat-panel television offers cable channels. You can request an in-room
Services & facilities
Air Conditioning
Air-conditioned public areas
Non-smoking
Smoke-free property
Restaurant/Café
lonelyplanet.com_expedia_travelnow
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai187