# EXHIBIT 73

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 5:11 AM
Search – Google+
https://plus.google.com/s/setai
America's Top 5 Summer S...
Webkinz · White pages
+KY Search Images Maps Play YouTube News Gmail Documents Calendar More
Google+
setai
KY Lee
Share
setai
Everything
SAVE THIS SEARCH
Start a hangout
KY Lee
Add a comment...
Jacque Salentine Busby
in The Setai • Miami Beach, Florida (70 photos)
More photos from Jacque Salentine Busby
+1
Add a comment...
Luxe Travel
luxetravel.com_youtube_
google
VAu 1-060-182
Wave-S Unpublished setai959
setai959
://plus.google.com/photos/105093370603484932230/albums/5697217073970713537/5697249233101620050

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 6:39 PM
The Setai | Virtuoso Luxury Travel Advisors | Luxe Travel
www.luxetravel.com/hotels-and-resorts/the-setai/
David Cross Admits to Snorting Cocaine at the Whi...
Search
Dictionary
Add to Wish List
LT
Luxe Travel
1-866-365-8747
concierge@luxetravel.com
HOME
HOTELS AND RESORTS »
CRUISES »
VACATIONS
WEDDINGS
HONEYMOONS
BLOG
ABOUT US
Why Book With Us?
Privileged Access:
Special Pricing
Free Membership
Free Amenities
Free Upgrades
Personal Advisor
Book Travel Now
Schedule Consultation
Privileged Access
Luxe Specials
• Upgrade on arrival, subject to availability
• Daily buffet breakfast for up to two in-room guests, in restaurant
• $100 spa credit once during stay
Privileged Access Benefits
This luxury hotel couldn't get any more inspiring. Well, it just keeps getting better when you receive these luxuriously exclusive additional benefits, simply for booking with us:
• Room upgrade upon arrival, if available
GET A FREE QUOTE
The Setai
Miami Beach, Florida
The Setai Grounds
Combining Asian traditions of simplicity and elegance with a South Beach setting, The Setai is an effectively replicated art deco landmark building. At the edge of the Atlantic Ocean, the property dwells in tropical gardens and sparkling pools.
Accommodations
86 guestrooms and 50 suites are available in this Setai 8-story landmark, including a palatial, 10,000 square-foot penthouse fit with rooftop pool and stunning ocean and skyline views.
Guest rooms at The Setai include in-room bathtubs for personal spa treatments, rain showers, Dux bed, pure Irish bed linen, luxurious amenities by Acqua di Parma, in-room daybed seating, teak floors, in-room safe, cable/satellite with flat screen LCD and plasma televisions, Lavazza espresso machines, in-room bar, Bose surround-sound DVD/CD system,
Overview
Photos
Location
Hotel Facts
Play Hotel Video
uxetravel.com_youtube_
oogle
A 758-524
ave-S Photographs 2004 (B)
etai344

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Sun 5:11 AM
Search - Google+
google.com https://plus.google.com/s/setai
America's Top 5 Summer S...
Webkinz - White pages
+KY Search Images Maps Play YouTube News Gmail Documents Calendar More
Google+
setai
Everything
SAVE THIS SEARCH
KY Lee
Share
Start a hangout
Jacque Salentine Busby
in The Setai • Miami Beach, Florida (70 photos)
More photos from Jacque Salentine Busby
Add a comment...
Jacque Salentine Busby
luxetravel.com_youtube_google
VA 1-432-329
Wave-S Photographs 2004
setai003
s://plus.google.com/photos/105093370603484932230/albums/5697217073970713537/5697249296352428226

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 7:05 PM
The Setai | Photos | Virtuoso Luxury Travel Advisors | Luxe Travel
The Setai | Photos | Virtuoso Lu...
www.luxetravel.com/hotels-and-resorts/the-setai/photos/
Jeans Ad Sparks Controversy. Do Levis Models Co...
Dictionary
Bobbi Kristina
Add to Wish List
Luxe Travel
1-866-365-8747
concierge@luxetravel.com
HOME
HOTELS AND RESORTS
CRUISES
VACATIONS
WEDDINGS
HONEYMOONS
BLOG
ABOUT US
Why Book With Us?
Privileged Access:
Special Pricing
Free Membership
Free Amenities
Free Upgrades
Personal Advisor
Book Travel Now
Schedule Consultation
Privileged Access
Luxe Specials
• Upgrade on arrival, subject to availability
• Daily buffet breakfast for up to two in-room guests, in restaurant
• $100 spa credit once during stay
Privileged Access Benefits
This luxury hotel couldn't get any more inspiring. Well, it just keeps getting better when you receive these luxuriously exclusive additional benefits, simply for booking with us.
• Room upgrade upon arrival, if available
• Breakfast for two daily
• Early check-in and late
GET A FREE QUOTE
Photos
The Setai
The Setai - Ocean Front Spa Suite
Overview
Photos
Location
Hotel Facts
Play Hotel Video
Play Location Video
luxetravel.com_youtube_google
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
setai419

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 6:40 PM
The Setai | Virtuoso Luxury Travel Advisors | Luxe Travel
The Setai | Virtuoso Luxury Tra...
www.luxetravel.com/hotels-and-resorts/the-setai/
Google
Web Search
#1,079,367
David Cross Admits to Snorting Cocaine at the Whi...
Search
Dictionary
Add to Wish List
LT
Luxe Travel
1-866-365-8747
concierge@luxetravel.com
HOME
HOTELS AND RESORTS »
CRUISES »
VACATIONS
WEDDINGS
HONEYMOONS
BLOG
ABOUT US
Why Book With Us?
Privileged Access:
Special Pricing
Free Membership
Free Amenities
Free Upgrades
Personal Advisor
Book Travel Now
Schedule Consultation
VIP
Privileged Access
Luxe Specials
Upgrade on arrival, subject to availability
Daily buffet breakfast for up to two in-room guests, in restaurant
$100 spa credit once during stay
Privileged Access Benefits
This luxury hotel couldn't get any more inspiring. Well, it just keeps getting better when you receive these luxuriously exclusive additional benefits, simply for booking with us:
Room upgrade upon arrival, if available
GET A FREE QUOTE
The Setai
Miami Beach, Florida
The Setai Grounds
Combining Asian traditions of simplicity and elegance with a South Beach setting, The Setai is an effectively replicated art deco landmark building. At the edge of the Atlantic Ocean, the property dwells in tropical gardens and sparkling pools.
Accommodations
86 guestrooms and 50 suites are available in this Setai 8-story landmark, including a palatial, 10,000 square-foot penthouse fit with rooftop pool and stunning ocean and skyline views.
Guest rooms at The Setai include in-room bathtubs for personal spa treatments, rain showers, Dux bed, pure Irish bed linen, luxurious amenities by Acqua di Parma, in-room daybed seating, teak floors, in-room safe, cable/satellite with flat screen LCD and plasma televisions, Lavazza espresso machines, in-room bar, Bose surround-sound DVD/CD system,
Overview
Photos
Location
Hotel Facts
Play Hotel Video
luxetravel.com_youtube_google
VAu 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai178

Firefox File Edit View History Bookmarks Tools Window Help Related Links
Thu 6:39 PM
The Setai | Virtuoso Luxury Travel Advisors | Luxe Travel
www.luxetravel.com/hotels-and-resorts/the-setai/
David Cross Admits to Snorting Cocaine at the Whi...
Search Dictionary
Add to Wish List
Luxe Travel
1-866-365-8747
concierge@luxetravel.com
HOME
HOTELS AND RESORTS
CRUISES
VACATIONS
WEDDINGS
HONEYMOONS
BLOG
ABOUT US
Why Book With Us?
Privileged Access:
Special Pricing
Free Membership
Free Amenities
Free Upgrades
Personal Advisor
Book Travel Now
Schedule Consultation
Privileged Access
Luxe Specials
• Upgrade on arrival, subject to availability
• Daily buffet breakfast for up to two in-room guests, in restaurant
• $100 spa credit once during stay
Privileged Access Benefits
This luxury hotel couldn't get any more inspiring. Well, it just keeps getting better when you receive these luxuriously exclusive additional benefits, simply for booking with us:
• Room upgrade upon arrival, if available
GET A FREE QUOTE
The Setai
Miami Beach, Florida
The Setai Grounds
Combining Asian traditions of simplicity and elegance with a South Beach setting, The Setai is an effectively replicated art deco landmark building. At the edge of the Atlantic Ocean, the property dwells in tropical gardens and sparkling pools.
Accommodations
86 guestrooms and 50 suites are available in this Setai 8-story landmark, including a palatial, 10,000 square-foot penthouse fit with rooftop pool and stunning ocean and skyline views.
Guest rooms at The Setai include in-room bathtubs for personal spa treatments, rain showers, Dux bed, pure Irish bed linen, luxurious amenities by Acqua di Parma, in-room daybed seating, teak floors, in-room safe, cable/satellite with flat screen LCD and plasma televisions, Lavazza espresso machines, in-room bar, Bose surround-sound DVD/CD system,
Overview
Photos
Location
Hotel Facts
Play Hotel Video
uxetravel.com_youtube_
google
VA 1-432-332
TheWave Design Pte. Ltd.
Photographs 2005 (B)
etai187