# EXHIBIT 74









