

saujana003
Tri Wave Design Pte. Ltd.
V: +001-432-327
Photographs 2007 (B)



luxurytravelmagazine.com
V01-432-328
We-S Photographs 2003
muscat041



luxurytravelmagazine.com
VA 1-432-329
Wave-S Photographs 2004
leela152



luxurytravelmagazine.com
V1-432-330
TW Wave Design Pte. Ltd.
Photographs 2006
milan044



