# EXHIBIT 75





