# EXHIBIT 76

Case 7:13-cv-09239-CS-VR    Document 1-90    Filed 12/31/13    Page 2 of 4



miaminewtimes.com

V 1-055-458
The Wave Design Pte. Ltd.
Unpublished Photographs
2005 (D) setai804 -
setai958;setai960 - setai1179
setai1094

### The Grill At The Setai Relaunches

By Lee Klein, Wed., Dec. 10 2008 @ 5:35AM
Categories: Food

The interior of The Grill at The Setai (as well as The Restaurant portion) is arguably one of the most beautiful in Miami-Dade. When it comes to the Zen-like outdoor pods-on-the-pond dining area there is no argument -- this is the most beautiful al fresco setting. The cuisine here has always been ambitious, but it didn't really come together until Jonathan Wright took over the chef reigns. Tonight, he and sous chef Anthony V are relaunching The Grill with a revised menu that looks notably enticing.

Extensive raw bar selections run the gamut from Florida stone crabs to Scottish langoustines, and from house-smoked salmon to Pickle Points oysters. The charcuterie section offers Jamón Ibérico de Bellota of varying ages, along with foie gras torchon and pâto. Pumpkin soup with porcinis and black truffle mascarpone sure tempts us, as do

miaminewtimes.com
VA 1-432-331
The Wave Pte. Ltd.
Photographs 2005 (A)
setai161

## Because You're Worth It

Shell out $50 and get your spa on

By Patrice Elizabeth Greil Yursik, Thursday, Oct 11 2007

Overworked. Stressed out. Hating life. If you think we're speaking directly to you, honey, you need hugs, not drugs. You could also use a massage. And maybe a facial. But the meager salary from your thankless job doesn't quite cut the mustard when it comes to pampering yourself, does it? From today through October 21, it will. It's **Spa Week**, baby! And that means $50 spa services for hard-working everyday Janes (and Joes) like yourself. At luxe locales throughout the East Coast, services that typically go for more than $100 will be discounted by half. Local participants include Aquagene at the Doubletree Ocean Point (17535 Collins Ave., Sunny Isles; 786-528-2900; www.oceanpointresort.com) and Laser Cosmetica (400 Arthur Godfrey Rd., Miami Beach; 888-343-9654; www.lasercosmetica.com). And this year, for the first time, the fabulous Setai is onboard with affordable treatments for one and all.

"One of our goals is to really introduce the spa to the community. We're offering a Balinese massage, the Setai Ayurvedic facial, and a basil eucalyptus scrub. All the treatments are 60 minutes long, and they all cost $50 this week."

### Related Content

Four-Year-Old Boy Survives After Falling from 17th Floor
June 4, 2010

Angels and Stars
February 24, 2011

Five Great Places to Watch The Super Bowl in Miami and Miami Beach
February 4, 2011

And Then I Saved the Multiverse
June 3, 2010

Jesus is Gay
February 24, 2011

miaminewtimes.com
VA 1-432-332
The Wave Design Pte. Ltd.
Photographs 2005 (B)
setai211

## Business

# Hotel Drama: Setai Ousts Management at Midnight, Eden Roc Takes Theirs to Court

By Kyle Munzenrieder Tue., Apr. 3 2012 at 10:41 AM
Categories: Business

Comments (5)

Big drama at two of Miami's best known hotels this weekend, as two iconic resorts had some dramatic shake-ups on the business side. The owners of the Eden Roc, a Miami Beach classic, are taking their management company to court. Meanwhile, the owners of the Setai, a member of the new guard of Miami Beach luxury hotels, just decided to oust their management company at midnight on Saturday. Most rank-and-file employees will likely keep their jobs, but the higher-ups are apparently out of work.

In some cases, owning a hotel and actually operating that hotel are two different things. The business that owns a resort will contract a company that specializes in hotel management to take care of the day-to-day business of the property. Those are the types of companies that do everything from setting room rates to making sure you have enough towels in your room. However, owners and management don't always get along.

The zen courtyard at the Setai has new gurus.

The Setai is owned by a subsidiary of what's left of Lehman Brothers. Since the hotel opened in 2004 it's been operated by Singapore-based General Hotel Management, but apparently the zen-like property at 20th Street and Collins Avenue hasn't quite had zen-like profits or service lately.

So at midnight on Saturday, William Brewer III, a lawyer representing the ownership, orchestrated an ouster of GHM and brought in a new company in the early hours of Saturday. The transition came as a surprise to GHM, and apparently police were on the scene, but things seemed to go smoothly.