# EXHIBIT 77





