# EXHIBIT 78





Case 7:13-cv-09239-CS-VR    Document 1-92    Filed 12/31/13    Page 4 of 6





