# EXHIBIT 79







