# EXHIBIT 80

