# EXHIBIT 81









