# EXHIBIT 82





travelocity.com
VA 1-432-325
Wave-S Photographs 2002
muscat017









