# EXHIBIT 83



Case 7:13-cv-09239-CS-VR   Document 1-97   Filed 12/31/13   Page 2 of 9

tripadvisor.com_vfmii
Wave-S Photographs 2004
(D)-chediclub141
VA 1-825-429
The Wave Studio LLC
chediclub141







tripadvisor.com_vfmii
VA 1-432-327
The Wave Design Pte. Ltd.
Photographs 2007 (B)
carcosa002



tripadvisor.com_vfmii
VA 1-432-328
Wave-S Photographs 2003
muscat140





