# EXHIBIT 84

tablethotels.com

Steve-5 Photographs 2004 (B)

Exhibit343









tablethotels.com
VA 1-432-330
The Wave Design Pte. Ltd.
Photographs 2006
seta1411



tablethotels.com
The Wave Pte. Ltd.
VA 1-432-331
Photographs 2005 (A)
seta104



tablethotels.com
VA 1-432-332
The Wave Design Pte. Ltd
Photographs 2005 (B)
setai368