**B**

Title of Photograph: muscat214
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat215
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat216
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat217
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat218
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat219
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat220
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat221
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat222
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: muscat223
Date of First Publication: 6 (Month) July (Day) 2005 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**

Name: Jamison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat224 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat225 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat226 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat227 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat228 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat229 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat230 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat231 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat232 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | muscat233 |
| Date of First Publication | 6 July 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat234 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat235 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat236 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat237 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat238 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat239 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat240 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat241 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat242 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat243 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

| | |
|---|---|
| Name ▼ | Jamison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | muscat244 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat245 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat246 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat247 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat248 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat249 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat250 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat251 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | muscat252 |
| Date of First Publication | 6 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

| | |
|---|---|
| Title of Photograph | namhai001 |
| Date of First Publication | 14 July 2005 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Optional |

**C**

| | |
|---|---|
| Name | Jennison & Shultz, PC |
| Number / Street / Apt | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

Title of Photograph    namhai002
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai003
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai004
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai005
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai006
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai007
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai008
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai009
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai010
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai011
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Jamison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph **namhai012**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai013**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai014**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai015**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai016**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai017**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai018**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai019**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai020**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **namhai021**
Date of First Publication **14** **July** **2005**    Nation of First Publication **Singapore**
Description of Photograph (Optional)

**C**

Name **Janstien & Binitz, PC**
Number / Street / Apt **2001 Jefferson Davis Hwy.; Suite 1102**
City / State / Zip **Arlington, VA 22202-3604**

**B**

Title of Photograph   namhai022
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai023
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai024
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai025
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai026
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai027
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai028
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai029
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai030
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   namhai031
Date of First Publication   14   July   2005   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ____ namhai032
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai033
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai034
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai035
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai036
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai037
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai038
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai039
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai040
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

Title of Photograph ____ namhai041
Date of First Publication __ 14 _____ July _____ 2005 ____ Nation of First Publication ____ Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai042__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai043__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai044__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai045__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai046__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai047__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai048__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai049__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai050__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai051__
Date of First Publication __14__ __July__ __2005__   Nation of First Publication __Singapore__
Description of Photograph

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | namhai052 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai053 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai054 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai055 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai056 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai057 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai058 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai059 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai060 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai061 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

**C**

| Name | Jennison & Shultz, PC |
|---|---|
| Number / Street / Apt | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | namhai062 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai063 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai064 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai065 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai066 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai067 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai068 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | namhai069 |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | carcosa001 |
| Date of First Publication | 16 (Month) September (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | carcosa002 |
| Date of First Publication | 16 (Month) September (Day) 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Option) |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph ___ carcosa003 ___
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai185 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai186 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai187 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai188 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai189 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai190 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai191 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai192 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ setai193 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    setai194
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai195
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai196
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai197
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai198
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai199
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai200
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai201
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai202
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    setai203
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai204 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai205 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai206 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai207 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai208 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai209 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai210 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai211 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai212 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

| Title of Photograph | setai213 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph (Optional) | | | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai214 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai215 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai216 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai217 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai218 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai219 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai220 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai221 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai222 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai223 |
| Date of First Publication | 8    October    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| Number | Title of Photograph | setai224 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

| Number | Title of Photograph | setai225 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai226 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai227 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai228 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai229 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai230 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai231 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai232 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai233 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

Title of Photograph ___ setai234

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**B**

Title of Photograph ___ setai235

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai236

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai237

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai238

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai239

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai240

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai241

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai242

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai243

Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | setai244 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai245 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai246 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai247 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai248 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai249 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai250 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai251 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai252 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai253 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jenison & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | setai254 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai255 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai256 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai257 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai258 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai259 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai260 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai261 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai262 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | setai263 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai264 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai265 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai266 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai267 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai268 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai269 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai270 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai271 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai272 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai273 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication    Singapore |
| Description of Photograph | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai274 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai275 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai276 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai277 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai278 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai279 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai280 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai281 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai282 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | setai283 |
|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jamison & Bhata, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai284 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai285 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai286 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai287 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai288 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai289 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai290 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | carcosa004 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | carcosa005 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | carcosa006 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa007 | | | | **B** |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa008 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa009 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa010 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa011 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa012 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa013 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa014 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa015 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | carcosa016 | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

Name ▼
Jamison & Blutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph __carcosa017__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa018__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa019__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa020__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa021__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa022__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __carcosa023__

Date of First Publication __16__ __September__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __setai291__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __setai292__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __setai293__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __

**C**

Jameson & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | setai294 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai295 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai296 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai297 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai298 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai299 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai300 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai301 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai302 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai303 | | |
|---|---|---|---|
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | setai304 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai305 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai306 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai307 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai308 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai309 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai310 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai311 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai312 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai313 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604