IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        *Plaintiff*,<br><br>   -v-<br><br>GENERAL HOTEL MANAGEMENT LTD., et al.<br>        *Defendants*. | Civil Action No.: 13-cv-9239<br><br>**Jury Trial Demanded** |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff The Wave Studio, LLC hereby certifies that no publicly-held corporation owns 10% or more of Plaintiff's stock.

Dated: January 16, 2014
      White Plains, New York

Respectfully submitted,

_____
Cameron S. Reuber
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Telephone: (914) 288-0022
Facsimile: (914) 288-0023
Email: Reuber@LeasonEllis.com

*Attorneys for Plaintiff*

{04892/606459-000/01115470.1}