UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE WAVE STUDIO LLC

                    Plaintiff

                                                      **Notice of Appearance**

       -against-

                                             Case No.:
                                             CV 14- 9239

GENERAL HOTEL MANAGEMENT LTD. Et al
                    Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE THAT Oscar Michelen, of CUOMO LLC appears on behalf of the defendant ESSLINGER WOOTEN MAXWELL, INC. in this matter. His contact address is 200 Old Country Road, Suite 2 South, Mineola, NY 11501. His phone number is 516 741-3222 and his fax is 516-741-3223. His email address is omichelen@cuomollc.com

Dated: February 28, 2014            /s/ *Oscar Michelen*

                                           OSCAR MICHELEN (OM 5199)
                                           CUOMO LLC
                                           200 Old Country Road
                                           Mineola NY 11501
                                           516-741-3222
                                           Fax: 516-741-3223
                                           omichelen@cuomollc.com