UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

THE WAVE STUDIO, LLC,

        *Plaintiff*,

v.

GENERAL HOTEL MANAGEMENT LTD., *et al.*,

        *Defendants*.

Civil Action No. 7:13-cv-09239

ECF Case

## NOTICE OF DISMISSAL

TAKE NOTICE, Plaintiff The Wave Studio, LLC, under Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in the above-captioned civil action as to the following Defendants, none of which have answered Plaintiff's Complaint or filed a motion for summary judgment:

1. Ana Christina Marun d/b/a www.vipluxuryrentals.com;
2. Austin American Statesman d/b/a www.statesman.com;
3. Charles Kessler d/b/a www.a1-discount-hotels.com;
4. Chictip.Com, LLC d/b/a www.chictip.com;
5. Daniel Chestnut d/b/a www.economybooking.com;
6. Daniel Hornek d/b/a www.miamicondossearch.com and www.kafka-franz.com;
7. Disney Enterprises, Inc. d/b/a www.go.com;
8. Gannett Satellite Information Network, Inc. d/b/a www.travel.usatoday.com;
9. Haute Living d/b/a www.hauteliving.com;
10. Helen Siew d/b/a www.hotelspeedy.com;
11. i4Sites d/b/a www.i4sanur.com;
12. Jet Set Omnimedia d/b/a www.jetsetreport.com;
13. Kevin Tomlinson d/b/a www.kevintomlinson.com;
14. Kristine Hall d/b/a www.luxuryrentalsmiamibeach.com;
15. Lesueur Interiors d/b/a www.lesueurinteriorsblog.com;
16. Linda Gustafson d/b/a www.lindagproperties.com;

{04892/606459-000/01155709.1}

17. Lorraine Travel d/b/a www.whatahotel.com;

18. Miami New Times, LLC d/b/a www.miaminewtimes.com;

19. The Nile Project, Inc. d/b/a www.nileguide.com;

20. Reef & Rainforest Dive & Adventure Travel d/b/a www.reefrainforest.com;

21. Refinery29 d/b/a www.refinery29.com;

22. Samir Patel d/b/a www.miamicondorealty.com and www.southbeachbrokers.com;

23. Sunny Realty d/b/a www.sunnyislesmiamirealestate.com;

24. TheHuffingtonPost.com, Inc. d/b/a www.huffingtonpost.com;

25. Time Inc. Lifestyle Group d/b/a www.coastalliving.com;

26. Track Entertainment d/b/a www.clubplanet.com;

27. Turner Broadcasting System, Inc. d/b/a www.cnngo.com;

28. Twentieth Century Fox Film Corp. d/b/a Fox News Network d/b/a foxnews.com;

29. Vacation Idea Inc. d/b/a www.vacationidea.com; and

30. Zimbio, Inc. d/b/a www.zimbio.com.

Accordingly, this matter may be properly dismissed without an Order of the Court.

Dated: April 23, 2014
White Plains, New York

Respectfully submitted,

Cameron S. Reuber
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023

*Counsel for Plaintiff*

{04892/606459-000/01155709.1}