UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

                               Plaintiff(s)         **CERTIFICATE OF MAILING**

Case No.: 7:13-cv-09239 (CS)

-v-

General Hotel Management et al.

                               Defendant(s)

I hereby certify under the penalties of perjury that on 28th day of April, 20 14, I served:

[X] One copy of the Summons, First Amended Complaint (Dkt. 6) and the Civil Cover Sheet

by USPS # RA381011619, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520. pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       4/28/2014

**RUBY J. KRAJICK**
**CLERK OF COURT**

Print Name: Fiona Ciappetta
DEPUTY CLERK OF COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/14

**UNITED STATES POSTAL SERVICE®**

Return Receipt for International Mail
(Registered™, Insured and Express Mail®)

B-CV-09239(CS)

Administration
des Postes des
Etats-Unis
d'Amérique

*Par Avion*



Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

| Return by the quickest route (air or surface mail), à découvert and postage free. | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* |
|---|---|
| | Name or Firm *(Nom ou raison sociale)* |
| | Isabel I. Kurnick |
| A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port. | United States District Court, SDNY |
| | Street and Number *(Rue et no.)* |
| | 300 Quarropas St |
| | City, State, and ZIP + 4® *(Localité et code postal)* |
| | White Plains, NY 10601-4150 |

UNITED STATES OF AMERICA       Etats-Unis d'Amérique

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

| Item Description *(Nature de l'envoi)* | Registered ☐ Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | Printed ☐ Matter *(Imprimé)* | ☐ Other *(Autre)* | Express ☐ Mail International |

Insured Parcel ☐ *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* | Article Number

Office of Mailing *(Bureau de dépôt)* | Date of Posting *(Date de dépôt)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
General Hotel Management Ltd
Street and No. *(Rue et No.)*
No. 1 Orchard Spring Lane, #402 Tourism Court
Place and Country *(Localité et pays)*
Singapore 247729

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

Postmark of the office of destination *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. | Date
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Signature of Addressee *(Signature du destinataire)* | Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

PS Form **2865**, March 2007 *(Reverse)* PSN 7530-01-000-9775

| Registered No. | | | Date Stamp |
|---|---|---|---|
| **To Be Completed By Post Office** | Reg. Fee | | |
| | Handling Charge | Return Receipt | |
| | Postage | Restricted Delivery | |
| | Received by | | |
| | Customer Must Declare Full Value $ | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
LEASON ELLIS LLP
ONE BARKER AVE, FIFTH FLOOR
WHITE PLAINS, NY 10601
UNITED STATES

TO:
GENERAL HOTEL MANAGEMENT LTD
NO. 1 ORCHARD SPRING LANE
#4-02 TOURISM COURT
SINGAPORE 247729

PS Form 3806, May 2007 (7530-02-000-9051)   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

LC423159388US

**USPS® Customs Declaration –**
IMPORTANT: The item/parcel may be opened of Privacy Notice on reverse of Sender's Instructions print in English and press firmly; you are making r

From:
Sender's Last Name / First
Business: Leason Ellis LLP
Address: One Barker Ave, Fif
City: White Plains   State: NY
Telephone/Fax or Email: 914 288 ????

To:
Addressee's Last Name / First
Business: General Hotel Management
Address: No. 1 Orchard Spring
City: #4-02 Tourism Cour

☐ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | Totals (7) $ | | | |

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Mailing Office Date Stamp

```
=====================================
         WHITE PLAINS MPO STA.
         WHITE PLAINS, New York
                106061953
              3590960133-0098
   04/28/2014 (800)275-8777 03:56:40 PM
=====================================
    ============ Sales Receipt ============
   Product         Sale Unit      Final
   Description     Qty  Price     Price
   -----------------------------------------
   Singapore - FCMI Large         $10.31
   Envelope
   10.90 oz.
     Return Receipt                $3.75
     Registered                   $13.65
     Insured Value:       $0.00
     Article Value:       $0.00
     Label #:
     RA381011619US
                                ========
   Issue PVI:                     $27.71

                                ========
   Total:                         $27.71

   Paid by:
   Cash                           $28.00
   Change Due:                    -$0.29
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

~~ Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-international-claims.htm.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*************************************
*************************************

Please visit www.usps.com(R) to complete International Mail customs forms online and to ship packages from your home or office using Click-N-Ship(R) service.

Bill#:1000201790358
Clerk:06

All sales final on stamps and postage Refunds for guaranteed services only
Thank you for your business
*************************************
*************************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*************************************
*************************************

Customer Copy

