UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

THE WAVE STUDIO. LLC,

                Plaintiff,

    -against-

GENERAL HOTEL MANAGEMENT LTD et al,

                Defendants.

-------------------------------------------------------------------------X

CIVIL ACTION NO.:
7:13-cv-09239-CS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendant, VFM LEONARDO, INC.

    I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       April 30, 2014

                              **CLAUSEN MILLER P.C.**

                By: _____
                              Carl M. Perri, Esq.
                              *Attorneys for Defendant*
                              *VFM Leonardo*
                              One Chase Manhattan Plaza, 39th Floor
                              New York, New York 10005
                              (212) 805-3900
                              File No: 24-7287-00-6

## CERTIFICATE OF SERVICE

I certify that on the 30th day of April 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via U.S. Mail postage prepaid, on the following:

Cameron S. Reuber, Esq.
Leason Ellis, LLP
One Barker Avenue, 5th Floor
White Plains, NY 10601

_____
Carl M. Perri