UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE WAVE STUDIO LLC

                Plaintiff,

          Index No.: 13 CV 9239

    -against-

**NOTICE OF APPEARANANCE**

TABLET INC.

                Defendant(s).

----------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Vivian Drohan, of DROHAN LEE LLP appears on behalf of the defendant TABLET, INC. in this matter. Her contact address is 489 Fifth Avenue, 12th Floor, New York, NY 10017. Her phone number is (212) 710-0004 and fax number is (212) 710-0003. Her email address is vdrohan@dlkny.com

Dated: May 2nd, 2014

                                             /s/ Vivian R Drohan

                                             Vivian Drohan
                                             Drohan Lee LLP
                                             Attorneys for Defendant
                                             489 Fifth Avenue
                                             New York, New York 10017
                                             Ph: (212) 710-0004
                                             Fax: (212) 710-0003
                                             vdrohan@dlkny.com