**THE KLEIN FIRM LLC**
61 BROADWAY, SUITE 2125
NEW YORK, NEW YORK 10006

TEL: (212) 658-1219
BKLEIN@THEKLEINFIRM.COM

FAX: (646) 368-8401
WWW.THEKLEINFIRM.COM

May 13, 2014

**VIA E-MAIL (CHAMBERSNYSDSEIBEL@NYSD.USCOURTS.GOV)**
**VIA ECF**

The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street,
White Plans, NY 10601-4150

    Re:    *The Wave Studio, LLC v. General Hotel Management LTD*
             Case No. 7:13-cv-09239-CS – Letter Motion for Extension of Time

Dear Judge Seibel:

      The Klein Firm LLC represents Defendant Gogobot, Inc. ("Gogobot") in the above referenced action. Currently, Gogobot's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint ("Complaint") (Doc #7) is Monday, May 19, 2014. Pursuant to Local Civil Rules 5.2(b) and 7.1(d), we write to request that the Court extend Gogobot's time to answer or otherwise respond to the Complaint until June 30, 2014. The requested extension will allow the Parties an opportunity to engage in settlement discussions toward an amicable resolution of this action without Court involvement.

      This is Gogobot's first request for an extension of time to answer or otherwise respond to the Complaint. Plaintiff's counsel has consented to Gogobot's request.

                                  Respectfully submitted,

                                  THE KLEIN FIRM LLC

                                  Benjamin H. Klein (BK4356)

cc:    All Counsel Of Record, via ECF
        Ronnie Solomon, Esq.