UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE WAVE STUDIO. LLC,

                Plaintiff,

    -against-

GENERAL HOTEL MANAGEMENT LTD et al,

               Defendants.

------------------------------------------------------------------X

CIVIL ACTION NO.:
7:13-cv-09239-CS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendants:

1. Tripadvisor, LLC/ tripadvisor.com;
2. About.com, Inc.;
3. Frommer Media/ frommers.com;
4. NetAdvantage.com d/b/a IHSAdvantage.com;
5. Metro Travel Guide d/b/a Metrotravelguide.com;
6. This Exit, LLC d/b/a RoadsideAmerica;
7. Bookit.com Inc.;
8. Kayak Software Corp./ kayak.com;
9. Expedia Inc./ Expedia.com;
10. Travelocity.com LP/ Travelocity.com;
11. Hotels.com GP LLC/ hotels.com;
12. JetBlue Airway Corporation/ jetblue.com;
13. Fareportal, Inc. d/b/a Cheapoair.com;
14. Lonely Planet Global Inc./ lonelyplanet.com;
15. Getaroom.com;
16. Farebuzz d/b/a farebuzz.com;

    I certify that I am admitted to practice in this Honorable Court.

3622931

Dated: New York, New York
      May 14, 2014

                                                **CLAUSEN MILLER P.C.**

By:         _/s/ Carl M. Perri_
                        Carl M. Perri, Esq.
                        *Attorneys for Defendants*
                        One Chase Manhattan Plaza, 39th Floor
                        New York, New York 10005
                        (212) 805-3900
                        File No: 24-7287-00-6

3622931

## CERTIFICATE OF SERVICE

I certify that on the 14th day of May 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF system on the following:

Cameron S. Reuber, Esq.
Leason Ellis, LLP
One Barker Avenue, 5th Floor
White Plains, NY 10601

Oscar Michelen, Esq.
Cuomo, LLC
200 Old Country Road, Suite 2 North
Mineola, New York 11501

Vivian Drohan, Esq.
Drohan Lee, LLP
489 Fifth Avenue
New York, New York 10017

_____
Carl M. Perri

3622931