

| | Clausen Miller P.C. | Clausen Miller L.L.P. | Clausen Miller Europe |
|---|---|---|---|
| | CHICAGO, IL | LONDON, ENGLAND | Clausen Miller P.C. |
| | IRVINE, CA | | Clausen Miller L.L.P., LONDON |
| | NEW YORK, NY | | Téraud-Lambard-Jami & Associés, PARIS |
| | PARSIPPANY, NJ | | Studio Legale Corapi, ROME |
| | WHEATON, IL | | van Cutsem-Wittamer-Marnef & Partners, BRUSSELS |
| | SHANGHAI, CHINA | | |

*Attorneys at Law*      One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

**Carl M. Perri, Esq.**
**Direct Dial:**  (212) 805-3958
**E-Mail:**  cperri@clausen.com

May 14, 2014

**VIA E-MAIL EMAIL:CHAMBERSNYSDSEIBEL@NYSD.USCOURTS.GOV**
**VIA ECF:**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-415

> Re:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
>        Civil Action No.: 13-cv-9239 (S.D.N.Y.)
>        Letter Motion for Extension of Time

Dear Judge Seibel:

Clausen Miller P.C., represents the following defendants in the above referenced action: Tripadvisor, LLC/ tripadvisor.com; About.com, Inc.; Frommer Media/ frommers.com; NetAdvantage.com d/b/a IHSAdvantage.com; Metro Travel Guide d/b/a Metrotravelguide.com; This Exit, LLC d/b/a RoadsideAmerica.com; Bookit.com, Inc.; Kayak Software Corp. / Kayak.com; Expedia, Inc./ expedia.com; Travelocity.com LP/ Travelocity.com; Hotels.com GP LLC/ hotels.com; JetBlue Airway Corporation/ jetblue.com; Fareportal, Inc. d/b/a Cheapoair.com; Lonely Planet Global, Inc./ lonelyplanet.com; Getaroom.com; Farebuzz d/b/a farebuzz.com; collectively ("the Defendants").

Currently, the first deadline for one of the above named Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint ("Complaint") (Document 7) is Friday, May 16, 2014, with others to follow days later. We have made numerous attempts to secure a collective extension to answer for the Defendants, but Plaintiff has not yet responded either way. Pursuant to Local Civil Rules 5.2(b) and 7.1(d), we write to request that the Court extend the Defendants' time to answer or otherwise respond to the Complaint until June 20, 2014. The requested extension will allow the Parties to engage in settlement discussion toward an amicable resolution of this action and/or answer or otherwise respond on the same date.

This is the Defendants' first request for an extension of time to answer or otherwise respond to the Complaint.

3623911

Clausen Miller

The Honorable Cathy Seibel
Civil Action No.: 13-cv-9239 (S.D.N.Y.)
May 14, 2014
Page 2

Respectfully submitted,

CLAUSEN MILLER, P.C.

By: [signature]

Carl M. Perri, Esq.

CMP:mm

Cc: All Counsel Of Record, via ECF

3623911