UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL HOTEL<br>MANAGEMENT LTD. ET AL.<br><br>    Defendants. | Civil Action No. 7:13-cv-09239-CS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Mark H. Francis hereby enters an appearance as counsel for Defendant Setai Owners LLC.

Dated: May 15, 2014    Respectfully submitted,

                /s/ Mark H. Francis
                Mark H. Francis
                KING & SPALDING LLP
                1185 Avenue of the Americas
                New York, New York 10036
                212-556-2117
                212-556-2222 (fax)
                mfrancis@kslaw.com

                *Attorneys for Defendant Setai Owners LLC*