# KING & SPALDING

1185 Avenue of the Americas
New York, New York 10036-4003
www.kslaw.com

Mark H. Francis
Direct Dial: (212) 556-2117
Direct Fax: (212) 556-2222
mfrancis@kslaw.com

May 15, 2014

**VIA E-FILING**

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr.
   Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

          Re:    *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
                  **No. 7:13-cv-09239-CS (S.D.N.Y.)**

Dear Judge Seibel:

      In accordance with the Court's *Individual Rules of Practice*, Defendant Setai Owners LLC ("Setai") respectfully submits this letter to request an extension of time to respond to Plaintiff's First Amended Complaint.

      Plaintiff The Wave Studio, LLC ("Wave Studio") initiated this lawsuit with a Complaint filed on December 31, 2013 (Dkt. No. 1). Wave Studio filed a First Amended Complaint on April 23, 2014 (Dkt. No. 7) with 58 named defendants, and served it upon Setai on or about April 24, 2014 in Miami Beach, Florida.

- Setai's original deadline to respond to the Complaint is on or about May 15, 2014 and Setai requests an extension of time to respond until July 8, 2014.

- Setai has not previously requested an adjournment or extension of the original due date.

- Setai seeks this extension for additional time (i) to investigate Wave Studio's allegations in preparation of a response, (ii) investigate indemnity obligations, potentially with other named defendants, and (iii) confer with Plaintiff regarding the nature of the allegations and possible resolutions with respect to Setai.

- Setai has conferred with Wave Studio and the Plaintiff consents to this extension through July 8, 2014 for Setai and for any other defendants in this action.

The Honorable Cathy Seibel
Case No. 7:13-cv-09239-CS (S.D.N.Y.)
May 15, 2014
Page 2

- The requested extension does not affect any other scheduled dates.

In view of the foregoing, Setai requests the Court grant an extension of time for Setai to respond to the Complaint until July 8, 2014.

Respectfully submitted,

*/s/ Mark H. Francis*
Mark H. Francis
Attorneys for Setai Owners LLC

cc: All counsel of record via E-Filing

SO ORDERED.

May ____, 2014
White Plains, New York

_____
Honorable Cathy Seibel, U.S.D.J.