# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

Plaintiff,

-v-

General Hotel Management Ltd. et al

Defendant.

Case No. 7:13-cv-09239-CS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Setai Owners LLC  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Setai Owners LLC identifies Lehman Brothers Holdings Inc. as a corporate parent. Setai Owners LLC and Lehman Brothers Holdings Inc. are not publicly held.

Date: 05/15/2014

Mark H. Francis

Signature of Attorney

Attorney Bar Code: MF5654