UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD., ET AL.<br><br>*Defendants*. | Civil Action No. 13 CV 9239 (CS) (PED)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William H. Frankel, hereby move for an Order for admission Pro Hac Vice to appear as counsel for American Airlines, Inc. in this action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  May 15, 2014

Respectfully submitted,

BRINKS GILSON & LIONE

By  /s/ William H. Frankel

William H. Frankel, IL – 3127933
450 North Cityfront Plaza Drive
Suite 3600
Chicago, Illinois 60611
312-321-4200
FAX: 312-321-4299
wfrankel@brinksgilson.com

*Attorney for American Airlines, Inc*.