AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Wave Studio, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:13-cv-09239-CS |
| General Hotel Management Ltd., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Airlines, Inc.

Date: 05/15/2014

/s/ William H. Frankel
*Attorney's signature*

William H. Frankel - 3127933
*Printed name and bar number*

Brinks Gilson & Lione
455 N Cityfront Plaza Drive, Suite 3600
Chicago, IL 60657

*Address*

wfrankel@brinksgilson.com
*E-mail address*

(312) 321-4200
*Telephone number*

(312) 321-4299
*FAX number*