IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------- : | |
| THE WAVE STUDIO, LLC, : | |
|     *Plaintiff*, : | |
| : | |
|     v. : | |
| : | |
| GENERAL HOTEL MANAGEMENT LTD.; : | |
| VFM LEONARDO, INC; PEGASUS | Civil Action No. 7:13-cv-09239 |
| SOLUTIONS, INC.; ABOUT, INC. d/b/a : | ECF Case |
| ABOUT.COM; ALLIANCE RESERVATIONS | |
| NETWORK d/b/a RESERVETRAVEL.COM; : | |
| BUDGETWORKS, INC. d/b/a SETAICONDO | |
| RENTALS.COM; DELTA AIRLINES d/b/a : | |
| DELTA.COM; ESSLINGER WOOTEN | |
| MAXWELL, INC. d/b/a : | |
| NELSONGONZALEZ.COM; JETBLUE | |
| AIRWAYS CORPORATION d/b/a : | |
| JETBLUE.COM; FROMMER MEDIA d/b/a | |
| FROMMERS.COM; LEXYL TRAVEL : | |
| TECHNOLOGIES d/b/a | |
| HOTELPLANNER.COM; IBT MEDIA INC. : | |
| d/b/a IBTIMES.COM; MYSOBE.COM d/b/a | |
| MYSOBE.COM; KAYAK SOFTWARE : | |
| CORPORATION d/b/a KAYAK.COM; | |
| NETADVANTAGE.COM d/b/a : | |
| IHSADVANTAGE.COM; ORBITZ | |
| WORLDWIDE LLC d/b/a ORBITZ.COM; : | |
| QUESTEX MEDIA LLC d/b/a | |
| FIVESTARALLIANCE.COM; CEDORA, INC. : | |
| d/b/a REALADVENTURES.COM; SETAl | |
| OWNERS LLC d/b/a SETAI.COM d/b/a SETAl- : | |
| REALTY.COM; SPA FINDER, INC. d/b/a | |
| SPAFINDER.COM; THE LEADING HOTELS : | |
| OF THE WORLD d/b/a LHW.COM; THIS EXIT | |
| LLC d/b/a ROADSIDEAMERICA.COM; : | |
| ROOM77 d/b/a ROOM77.COM; EXPEDIA, | |
| INC. d/b/a EXPEDIA.COM; HOTELS.COM GP : | |
| LLC d/b/a HOTELS.COM d/b/a | |
| TRAVELNOW.COM; RESERVATION : | |
| COUNTER d/b/a | |
| RESERVATIONCOUNTER.COM; AMERICAN : | |
| AIRLINES, INC. d/b/a AAVACATIONS.COM; | |
| UNITED AIRLINES INC. d/b/a : | |

HOTELS.UNITED.COM; HOTELSBYME.COM d/b/a HOTELSBYME.COM; SIGNATURE TRAVEL NETWORK d/b/a SIGNATURETRAVELNETWORK.COM; FROSH INTERNATIONAL TRAVEL, INC. d/b/a FROSCHVACATIONS.COM; VACATIONS BY TZELL d/b/a VACATIONSBYTZELL.COM; ANDREW HARPER d/b/a ANDREWHARPER.COM; BOOKIT.COM INC d/b/a BOOKIT.COM; ESCALA VACATIONS d/b/a ESCALAVACATIONS.COM; FAREBUZZ d/b/a FAREBUZZ.COM; FAREPORTAL INC. d/b/a CHEAPOAIR.COM; RANDOM HOUSE d/b/a FODORS.COM; GETAROOM.COM d/b/a GETAROOM.COM; GOGOBOT, INC. d/b/a GOGOBOT.COM; HIPMUNK, INC. d/b/a HIPMUNK.COM; HOTELGUIDES.COM, INC. d/b/a HOTELGUIDES.COM; MARKET ES INC. d/b/a HOTELS-AND-DISCOUNTS.COM; HOTELSTRAVEL.COM d/b/a HOTELSTRAVEL.COM; ESTEBAN OLIVEREZ d/b/a INSANELYCHEAPFLIGHTS.COM; LUXEMONT d/b/a JUSTLUXE.COM; LONELY PLANET GLOBAL, INC. d/b/a LONELYPLANET.COM; LUXE TRAVEL, LLC d/b/a LUXETRAVEL.COM; LUXURY TRAVEL MEDIA d/b/a LUXURYTRAVELMAGAZINE.COM; METRO TRAVEL GUIDE d/b/a METROTRAVELGUIDE.COM; MOBISSIMO INC. d/b/a MOBISSIMO.COM; NEXTAG, INC. d/b/a NEXTAG.COM; QANTAS AIRWAYS LIMITED d/b/a OANTAS.COM.AU; QATAR AIRWAYS d/b/a QATARAJRWAYS.COM; JOE MAZZARELLA d/b/a ROOMRATE.COM; WK TRAVEL INC. d/b/a TRAVELSPOT.US d/b/a ONETRAVEL.COM; TRAVELOCITY.COM LP d/b/a TRAVELOCITY.COM; TRIP ADVISOR LLC d/b/a TRIPADVISOR.COM; TABLET INC. d/b/a TABLETHOTELS.COM; and DOES 1-100,

        *Defendants.*

------------------------------------------

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sandra B. Saunders hereby appears as counsel for the Defendant Orbitz Worldwide, LLC in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York.
May 15, 2014

Respectfully submitted,

McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173-1922
212 547 5400


By:  */s/ Sandra B. Saunders*
Sandra B. Saunders, Esq.

*Attorneys for Defendant*
*Orbitz Worldwide, LLC*