

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Sandra B. Saunders
Associate
ssaunders@mwe.com
+1 212 547 5689

May 15, 2014

**VIA CM/ECF AND E-MAIL TO CHAMBERSNYSDSEIBEL@NYSD.USCOURTS.GOV**

The Honorable Cathy Seibel
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, No. 13-cv-09239

Dear Judge Seibel:

This firm serves as counsel for Defendant Orbitz Worldwide, LLC ("Orbitz") in the above-referenced action. We respectfully move for an adjournment of the time for Orbitz to answer, move, or otherwise respond to the First Amended Complaint from May 16, 2014 to and including June 17, 2014 to permit the parties to pursue settlement negotiations. Orbitz has not previously requested an adjournment or extension in this action. Counsel for Plaintiff The Wave Studio, LLC consented to Orbitz's request via email, dated May 15, 2014. Enclosed herewith is a stipulation executed by the parties.

Please let us know if you have any questions regarding the enclosed, or would like to discuss with the parties.

Very truly yours,

*Sandra Saunders*

Sandra B. Saunders

Enclosure

cc:   All parties via CM/ECF