AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC<br>*Plaintiff*<br>v.<br>GENERAL HOTEL MANAGEMENT LTD., ET AL.<br>*Defendant* | )<br>)<br>)  Case No.  13 CV 9239<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOTELSBYME.COM and RESERVATIONCOUNTER.COM

Date: 05/16/2014

*Attorney's signature*

Samuel M. Bayard SB1876
*Printed name and bar number*

Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019

*Address*

samuelbayard@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*