

Suite 2400
865 South Figueroa Street
Los Angeles, CA 90017-2566

**Sam Bayard**
212-603-6489 tel
212-482-8230 fax

sambayard@dwt.com

May 16, 2014

VIA ECF and E-MAIL (chambersnysdseibel@nysd.uscourts.gov)

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *The Wave Studio, LLC v. General Hotel Management Ltd.*, No. 7:13-cv-09239-CS – Letter Motion for Extension of Time

Dear Judge Seibel,

    This firm represents Defendants hotelsbyme.com and ReservationCounter.com in the above-referenced action. Currently the deadline for hotelsbyme.com and ReservationCounter.com to answer or otherwise respond to Plaintiff's First Amended Complaint is Monday, May 19, 2014. Pursuant to Local Civil Rules 5.2(b) and 7.1(d) and Rule 1.E of Your Honor's Individual Practices, we write to request that the Court extend the time for hotelsbyme.com and ReservationCounter.com to answer or otherwise respond to the Complaint until June 30, 2014. The proposed extension will enable counsel to become more familiar with the facts and allegations in the Complaint and allow an opportunity for the parties to engage in preliminary settlement discussions. This is our clients' first request for an extension of time to answer or otherwise respond to the Complaint. Plaintiff's counsel has consented to the request.

    Thank you for your attention to this matter.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*Sam M. Bayard*

Samuel M. Bayard

Cc: All Counsel of Record, via ECF

DWT 24150833v1 0057282-000010

Anchorage   New York        Seattle
Bellevue    Portland        Shanghai
Los Angeles San Francisco   Washington, D.C.

www.dwt.com