**Application** ~~Granted~~ / Denied. Along with the privilege of doing business as a corporation comes the obligation to appear in court through counsel. All parties now have until 7/8/14 to answer so hopefully between now & then this Defendant can either obtain counsel or work something out with the Plaintiff. The Clerk of Court is respectfully directed to mail this Order to BudgetWorks, Inc.

**So Ordered.**

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 5/19/14

---

BudgetWorks Inc.
1531 East Avenue
Napa, CA 94559

May 14, 2014

United States District Court for the Southern District of New York
Attn: Judge Seibel
300 Quarropas St.
White Plains, NY 10601

RE: Civil Case Number: **7 13 CV 09239 CS**

**MEMO ENDORSED**

Dear Honorable Judge Seibel,

I have attempted to retain an attorney in the State of New York to answer the Summons against defendant **BudgetWorks Inc. D/B/A SETAICONDORENTALS.COM** as named in Schedule A of this Civil Action because I was told by your Pro Se Clerk that an attorney must represent a corporation in order to file the Answer.

Sadly, the least expensive attorney I am able to find in the short window of 21 days from the date I was served requires a minimum retainer of $10,000 to simply file the Answer with the Court.

I am requesting that you allow me, Randall G. Martinsen, President of the California Corporation, BudgetWorks Inc., and duly sworn "Attorney in Fact" for the Corporation by the Board of Directors to file the enclosed **Answer** and **Notice of Appearance** for BudgetWorks Inc.

I have carefully followed the Courts instructions and believe I have completed both notarized documents to the satisfaction of the Court.

Please let me know if this is acceptable, and if not what other avenue I may pursue that will not cost me $10,000 or more to file the Answer and Notice of Appearance.

Thank you sincerely,

_Randall G. Martinsen_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14

RECEIVED
MAY 15 2014
U.S.D.C.
WP

Randall G. Martinsen, President
BudgetWorks Inc.

CC: Board of Directors of BudgetWorks Inc.