AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC ) | |
| Plaintiff ) | |
| v. ) | Case No. 7:13-cv-09239-CS |
| General Hotel Management Ltd., ET AL. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IBT Media, Inc

Date: 05/19/2014

*Attorney's signature*

Itai Maytal IM5489
*Printed name and bar number*

IBT Media
7 Hanover Square, 5th Floor
New York, NY 10004

*Address*

i.maytal@ibtimes.com
*E-mail address*

(646) 484-7555
*Telephone number*

(646) 484-7590
*FAX number*