UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

Plaintiff,

-v-

General Hotel Management Ltd, Et Al

Defendant.

Case No. 7:13-cv-09239-CS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

IBT Media, Inc                                 (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

IBT Media, Inc. is a privately held corporation that is incorporated under the laws of the State of New York; and no publicly held corporation owns 10% or more of IBT Media, Inc.

Date: 05/19/2014

Signature of Attorney

Attorney Bar Code: IM5489

Form Rule7_1.pdf  SDNY Web 10/2007