UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,                                Plaintiff,<br><br>-v-<br><br>General Hotel Management Ltd., et al.,<br>                                                                  Defendant. | Case No. 7:13-cv-09239-CS<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

American Airlines, Inc.                                       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

American Airlines Vacations LLC is incorporated under the laws of the State of Delaware and headquartered in Fort Worth, Texas. American Airlines Vacations LLC is wholly-owned by American Airlines, Inc. American Airlines, Inc. is incorporated under the laws of the State of Delaware and headquartered in Fort Worth, Texas. American Airlines, Inc. is wholly-owned by the American Airlines Group Inc., which is a publicly-traded corporation, incorporated under the laws of the State of Delaware and headquartered in Fort Worth, Texas.

**Date:** 05/21/2014

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** 6312626

Form Rule7_1.pdf  SDNY Web 10/2007