UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC           Plaintiff, | Case No. 7:13-cv-09239-CS |
| -v- | |
| General Hotel Management Ltd., et al., | **Rule 7.1 Statement** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Hotelsbyme.com     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Hotelsbyme.com does not have any parent corproation nor does it have any publicly held corporation owning any of its stock.

**Date:** 5/22/2014

_____
**Signature of Attorney**

**Attorney Bar Code:** SB1876