# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,   Plaintiff, | Case No. 13-civ-9239 |
| -v- | |
| GENERAL HOTEL MANAGEMENT LTD., et al,   Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Nextag, Inc.  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 6, 2014

*Edward [signature]*

**Signature of Attorney**

**Attorney Bar Code:** EH9569

Form Rule7_1.pdf   SDNY Web 10/2007