# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

Plaintiff,

-v-

General Hotel Management Ltd., et al.,

Defendant.

Case No. 7:13-cv-09239-CS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tablet Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Tablet Inc. does not have any parent corporation nor does it have any publicly held corporation owning any of its stock.

Date: 06/16/2014

Signature of Attorney

Attorney Bar Code: VD2047

Form Rule7_1.pdf   SDNY Web 10/2007