UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| The Wave Studio, LLC          Plaintiff, | Case No. 7:13-cv-09239-CS |
| -v- | |
| General Hotel Management Ltd., et al., | Rule 7.1 Statement |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Reservation Counter, LLC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Reservation Counter, LLC (sued as Reservation Counter d/b/a Reservationcounter.com) is a wholy owned subsidiary of Partner Fusion, Inc. No publicly held corporation owns 10% or more of its stock.

Date: June 16, 2014

Signature of Attorney

Attorney Bar Code: SB1876

Form Rule7_1.pdf  SDNY Web 10/2007