IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

    Plaintiff,

v.

GENERAL HOTEL MANAGEMENT LTD.
*et al.*,

    Defendants.

Case No. 13-cv-09239 (CS)

ECF CASE

## CORPORATE DISCLOSURE STATEMENT
## OF GENERAL HOTEL MANAGEMENT LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, General Hotel Management Ltd. ("GHM"), by and through its undersigned counsel, states that it does not have a parent corporation and no publicly traded corporation owns 10% or more of its stock.

**DATED:** June 18, 2014

Respectfully submitted,

By: /s/ Daniel F. Benavides

Daniel F. Benavides, Esq.
KOZYAK TROPIN & THROCKMORTON, LLP
New York Bar No. 4618575
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL 33134
T: 305.372.1800
F: 305.372.3508

21859529v1

William Hansen (WH-9446)
Thomas H. Curtin (TC-5753)
LATHROP & GAGE LLP
230 Park Avenue, Suite 2400
New York, NY 10169
T: 212.850.6220
F: 212.850.6221

*Attorneys for General Hotel Management Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2014, a true and correct copy of the foregoing was served upon all counsel of record via the S.D.N.Y.'s Electronic Filing System ("ECF") and served via ECF as well as First-Class mail upon the attorneys for plaintiff The Wave Studio, LLC, at the following address:

Cameron S. Reuber, Esq.
Leason Ellis LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601


/s/ Thomas H. Curtin
THOMAS H. CURTIN

21859529v1