UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD,<br>et al.,<br><br>Defendants. | Civil Action No. 7:13-cv-09239-CS<br><br>**MOTION TO APPEAR *PRO HAC VICE*** |

    In accordance with Local Civil Rule 1.3, the undersigned respectfully moves for the admission of Allonn E. Levy, Esq. of the law firm of Hopkins & Carley, A Law Corporation, located at 70 South First Street, San Jose, CA 95113-2406, whose phone number is (408) 286-9800, for purposes of appearing as co-counsel on behalf of Defendant NexTag, Inc. d/b/a NexTag.com, herein, in the above-styled case.

    Allonn E. Levy, Esq. certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bar of the State of California. Mr. Levy is admitted before the Supreme Court of California, United States District Courts for the Northern, Central and Eastern Districts of California, the United States Court of Appeals for the Fifth and Ninth Circuits, and the Supreme Court of the United States of America. Attached hereto is a certificate of good standing from the State Bar of California.

    In further support of this Motion, it is hereby designated that Edward Hernstadt, Esq. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Hernstadt Atlas PLLC, located at 11 Broadway,

Suite 2150, New York, NY 10004, whose phone number is 212-809-2501 acts as local counsel in this matter on behalf of NextTag, Inc. d/b/a NexTag.com

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: June _____, 2014                             Hernstadt Atlas PLLC

By:_____
Edward Hernstadt (State Bar No. 2473494)
11 Broadway, Suite 2150
New York, NY 10004
Telephone:   (212) 809-2501
Facsimile:   (212) 214-0307
Email:       ed@heatlaw.com

Attorneys for Defendant
NEXTAG, INC. d/b/a NEXTAG.COM

Executed under penalty of perjury on the __5th__ day of June, 2014.

Respectfully submitted,

By:_____
Allonn E. Levy

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 2, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALLONN EMANUEL LEVY, #187251 was admitted to the practice of law in this state by the Supreme Court of California on December 17, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD,<br>et al.,<br><br>  Defendants. | Civil Action No. 7:13-cv-09239-CS<br><br>**ORDER GRANTING MOTION TO APPEAR <i>PRO HAC VICE</i>** |

THIS CAUSE has come before the Court upon the Motion to Appear *Pro Hac Vice* of Allonn E. Levy, co-counsel for Defendant NexTag, Inc., for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES AND DECREES that said Motion be, and the same is hereby, **GRANTED**.

DONE AND ORDERED in Chambers in White Plains, New York this ____ day of _____, 2014.

_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

357\1125355.1



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ALLONN EMANUEL LEVY*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that ALLONN EMANUEL LEVY, #187251, was on the 17th day of December, 1996, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of June, 2014.*

FRANK A. McGUIRE
Clerk of the Supreme Court

By: _____
A. Allen, Senior Deputy Clerk