IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                                 Plaintiff,<br><br>      -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                               Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**DECLARATION OF JENNIFER A. KASH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jennifer A. Kash, hereby declare under 28 U.S. § 1746:

       1.      I am a partner of the law firm of Warren Kash Warren LLP.

       2.      I am a member in good standing of the bar of the state of California. I have also been admitted to practice in the United States District Court for the Central, Eastern, Northern and Southern Districts of California and the Eastern and Western Districts of Texas. I have remained in good standing in all these jurisdictions since the dates of my admission. Attached hereto as Exhibit 1 is a true and correct copy of a Certificate of Good Standing from the bar of the state of California.

       3.      I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no disciplinary proceedings pending against me in any state or federal court or state bar.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 9, 2025, in San Francisco, California.

                                                                             _____
                                                                             Jennifer A. Kash