UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE WAVE STUDIO. LLC,   CIVIL ACTION NO.:
   7:13-cv-09239-CS

        Plaintiff,

   **NOTICE OF**
  -against-   **APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD et al,

        Defendants.

-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendants:

1. United Airlines, Inc. d/b/a hotels.united.com
2. Lexyl Travel Technologies d/b/a hotelplanner.com
3. Hotelsbyme.com d/b/a hotelsbyme.com

    I certify that I am admitted to practice in this Honorable Court.

Dated:  New York, New York
        June 24, 2014

                        **CLAUSEN MILLER P.C.**

    By:    */s/Carl M. Perri*
              Carl M. Perri, Esq.
              *Attorneys for Defendants*
              One Chase Manhattan Plaza, 39th Floor
              New York, New York 10005
              (212) 805-3900
              File No: 24-7287-00-6

3643621

## CERTIFICATE OF SERVICE

I certify that on the 24th day of June, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF System, on the following:

All appearing counsel registered with the ECF system.

/s/*Carl M. Perri*

3643621