IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE WAVE STUDIO, LLC,                      :

      Plaintiff,                           :    13-CV-09239 (CS)

                                           :    **MOTION FOR ADMISSION**
v.                                                *PRO HAC VICE*
                                           :
GENERAL HOTEL MANAGEMENT LTD., et al.,
                                           :
      Defendant.
                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth R. Hartmann, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for General Hotel Management Ltd., in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 25, 2014

                       Respectfully submitted,

                       By:  /s/ *Kenneth R. Hartmann*
                            Kenneth R. Hartmann

                       KOZYAK TROPIN THROCKMORTON
                       2525 Ponce de Leon, 9th Floor
                       Miami, Florida  33134
                       Telephone:  305/ 372-1800
                       Telecopier:  305/ 372-3508
                       krh@kttlaw.com

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on June 25, 2014, true and correct copies of the foregoing defendant's Motion for Admission Pro Hac Vice and Proposed Order for Admission Pro Hac Vice were served via the S.D.N.Y.'s electronic filing system ("ECF") upon all counsel of record.

                                                      /s/ *Kenneth R. Hartmann*
                                                   KENNETH R. HARTMANN