**Daniel F. Benavides**
**Kozyak Tropin Throckmorton**
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
Telephone: (305) 372-1800
Facsimile:  (305) 372-3508
Email: dfb@kttlaw.com

*Attorneys for Defendant General Hotel Management Ltd.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **THE WAVE STUDIO, LLC**, <br><br>               Plaintiff, <br><br> v. <br><br> **GENERAL HOTEL MANAGEMENT LTD** **et al.,** <br><br>               Defendants. | 13-CV-09239 (CS) <br><br> ECF CASE |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE**, that Attorney, Daniel F. Benavides of Kozyak Tropin & Throckmorton hereby enters his appearance as counsel of record for the Defendant General Hotel Management Ltd., in the above-captioned matter.

Dated June 25, 2014                   Respectfully submitted,

                          KOZYAK TROPIN & THROCKMORTON


                          By */s/ Daniel F. Benavides*_____
                             Daniel F. Benavides

                             Attorneys for Defendant
                             General Hotel Management Ltd.

21884515v1