UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE WAVE STUDIO, LLC,    :

                                          :    No. 7:13 Civ. 09239 (CS)

   Plaintiffs,    :

v.    :

                                          :    **NOTICE OF APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD. et al.,    :

   Defendants.    :
-------------------------------------------------------------X

To the Clerk of the Court and all parties of record,

Please enter my appearance as attorney in the above-entitled action for the following defendant: Joseph Mazzarella d/b/a ROOMRATE.COM.


Dated: July 1, 2014                                                      **McCARTER & ENGLISH, LLP**

                                                                         By:   /s/   Paula Cruz Cedillo
                                                                            Paula Cruz Cedillo
                                                                            pcedillo@mccarter.com
                                                                            CityPlace I, 36th Floor
                                                                            185 Asylum Street
                                                                            Hartford, Connecticut 06103
                                                                            Tel: 860.275.6700
                                                                            Fax: 860.724.3397

                                                                            *Attorneys for Defendant*
                                                                            *Joseph Mazzarella*
                                                                            *d/b/a ROOMRATE.COM*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July 2014, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     /s/ Paula Cruz Cedillo
                                                       Paula Cruz Cedillo

ME1 18438627v.1