UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE WAVE STUDIO, LLC,                          CIVIL ACTION NO.:
                                               7:13-cv-09239-CS
                        Plaintiff,
                                               **NOTICE OF**
        -against-                              **APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD et al.,

                        Defendants.
-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

   Kindly enter my appearance as counsel in this case for defendants:

   1. Pegasus Solutions, Inc.
   2. Reservation Counter d/b/a reservationcounter.com
   3. Random House d/b/a Fodors.com
   4. Gogobot, Inc. d/b/a gogobot.com
   5. Alliance Reservation Network d/b/a reservetravel.com

   I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       July 1, 2014

                                    **CLAUSEN MILLER P.C.**

                        By:   */s/Carl M. Perri*
                              Carl M. Perri, Esq.
                              *Attorneys for Defendants*
                              One Chase Manhattan Plaza, 39th Floor
                              New York, New York 10005
                              (212) 805-3900
                              File No: 24-7287-00-6

3649111

## CERTIFICATE OF SERVICE

I certify that on the 1st day of July, 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF System, on the following:

All appearing counsel registered with the ECF system.

/s/*Carl M. Perri*

3649111