UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL HOTEL MANAGEMENT LTD et al. )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO.<br>7:13-cv-09239-CS |

**APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in the above-identified action for Defendants SIGNATURE TRAVEL NETWORK COOPERATIVE, INC., FROSCH INTERNATIONAL TRAVEL, INC. and TZELL TRAVEL, LLC (incorrectly named in the First Amended Complaint as VACATIONS BY TZELL).  I certify that I am admitted to practice in this Court.

Dated:  July 2, 2014               Respectfully submitted,

**WEITZMAN LAW OFFICES, LLC**

By:   */s/ Kenneth S. Weitzman*
      Kenneth S. Weitzman
      425 Eagle Rock Avenue, Suite 102
      Roseland, New Jersey 07068
      t. (973) 403-9940
      f. (973) 403-9944
      e. kweitzman@weitzmanip.com

*Attorneys for Defendants,* SIGNATURE TRAVEL NETWORK COOPERATIVE, INC., FROSCH INTERNATIONAL TRAVEL, INC. and TZELL TRAVEL, LLC