UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE WAVE STUDIO, LLC,

                Plaintiff,                         No. 13-CV-9239 (CS)

   -against-                                  ORDER

GENERAL HOTEL MANAGEMENT LTD., *et al*.

                Defendants.
-------------------------------------------------------------X

Seibel, J.

      For the reasons set forth on the record at the conference held July 2, 2014, and on consent of the parties, this case is stayed as to all Defendants with the exception of Defendant General Hotel Management Ltd. ("GHM"). Defendants are not required to file answers while the case is stayed.

      Discovery shall proceed, as described at the conference, between Plaintiff and GHM only. The other Defendants need not appear at the scheduled status conference on **January 8, 2015 at 10:00 a.m**., unless the Court orders otherwise.

**SO ORDERED.**

Dated: July 3, 2014
       White Plains, New York

                                                          _____
                                                            CATHY SEIBEL, U.S.D.J.