AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| THE WAVE STUDIO, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  13-CV-9239 |
| GENERAL HOTEL MANAGEMENT, LTD., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, NEXTAG, INC.

Date:   07/03/2014

*Attorney's signature*

Aleksandr Korzh (SBN 286613)
*Printed name and bar number*

Hopkins & Carley, ALC
70 South First Street
San Jose, CA 95113

*Address*

akorzh@hopkinscarley.com
*E-mail address*

(408) 286-9800
*Telephone number*

(408) 998-4790
*FAX number*