AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| THE WAVE STUDIO, LLC<br>*Plaintiff*<br>v.<br>GENERAL HOTEL MANAGEMENT, LTD., et al.<br>*Defendant* | ) ) ) ) ) ) | Case No.   13-CV-9239 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, NEXTAG, INC.

Date: 07/03/2014

*Attorney's signature*

Allonn E. Levy (SBN 187251
*Printed name and bar number*

Hopkins & Carley, ALC
70 So. First Street
San Jose, CA 95113

*Address*

alevy@hopkinscarley.com
*E-mail address*

(408) 286-9800
*Telephone number*

(408) 998-4790
*FAX number*