UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL HOTEL MANAGEMENT LTD et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION NO. <br> 7:13-cv-09239-CS |

**APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-identified action for Defendants SIGNATURE TRAVEL NETWORK COOPERATIVE, INC., FROSCH INTERNATIONAL TRAVEL, INC. and TZELL TRAVEL, LLC (incorrectly named in the First Amended Complaint as VACATIONS BY TZELL).  I certify that I am admitted to practice in this Court.

Dated:  July 8, 2014                                    Respectfully submitted,

**WEITZMAN LAW OFFICES, LLC**

By:   */s/ Richard Straussman*
        Richard Straussman
        Senior Counsel
        425 Eagle Rock Avenue, Suite 102
        Roseland, New Jersey 07068
        t. (973) 403-9943
        f. (973) 403-9944
        e. rstraussman@weitzmanip.com

*Attorneys for Defendants,* SIGNATURE TRAVEL NETWORK COOPERATIVE, INC., FROSCH INTERNATIONAL TRAVEL, INC. and TZELL TRAVEL, LLC