IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>         *Plaintiff*,<br><br>  v.<br><br>GENERAL HOTEL MANAGEMENT LTD., *et al.*,<br><br>         *Defendants*. | C.A. No.: 13-cv-09239 (CS)<br><br>**ECF Case** |

## NOTICE OF DISMISSAL

TAKE NOTICE, Plaintiff The Wave Studio, LLC, under Fed.R.Civ.P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in the above-captioned civil action as to the Defendant Cedora, Inc., which Defendant has neither answered Plaintiff's Amended Complaint nor filed a motion for summary judgment.

Accordingly, this matter may be properly dismissed without an Order of the Court.

Respectfully submitted,

Dated:  July 8, 2014
         White Plains, New York

Cameron S. Reuber (CR 7001)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax: (914) 288-0023
Email: Reuber@LeasonEllis.com

*Attorney for Plaintiff The Wave Studio, LLC*