# BAXTER SMITH & SHAPIRO, P.C.

Attorneys at Law
200 Mamaroneck Avenue, Suite 601
White Plains, New York 10601

**Robert C. Baxter**
**Arthur J. Smith**
**Sim R. Shapiro**
**Dennis S. Heffernan**
**Harold A. Campbell**
**Margot L. Ludlam**

Telephone:  (914) 684-1055
Facsimile:  (914) 684-1058
www.bssnylaw.com

Tueré T. Rodriguez
Kimberley A. Carpenter
Steven M. Bundschuh
Valerie L. Siragusa
Jennifer Warycha
Melissa A. Perrotta Marinelli
Willam C. Lawlor
Michael V. McLaughlin
Kevin J. Stimpfl

**Anne Marie Ladia Garcia**
**Joseph M. Guzzardo***
**Louis B. Dingeldey Jr.**

Maria Peranzo, RN

*Admitted in NJ

July 15, 2014

Hon. Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 621
White Plains, New York 10601

    Re: The Wave Studio, LLC. v. General Hotel Management, et al.
       Index No.: 7:13 CV 09239
       Our File No.: 16555DZHIW

Dear Judge. Seibel:

  This office represents the defendant, Delta Air Lines, Inc. s/h/a Delta Airlines, Inc. d/b/a DELTA.COM (hereinafter "Delta") with regard to the above-referenced matter.

  Subsequent to the filing of Delta's answer to the first amended complaint on July 8, 2014, we learned that the action was stayed as to most of the defendants, including Delta, until January 2015. Accordingly, please allow this correspondence to serve as a formal withdrawal of Delta's answer without prejudice.

           Respectfully Submitted,

           Baxter Smith & Shapiro, P.C.

           By: Sim R. Shapiro

SRS/eac

**New York Office**
505 8th Avenue, Ste. 1704
New York, NY 10018
Tel. No. (212) 732-9800
Fax No. (212) 732-0152

**Long Island Office**
99 North Broadway
Hicksville, NY 11801
Tel. No. (516) 997-7330
Fax No. (516) 997-7488

**Buffalo Office**
182 Dwyer Street
West Seneca, NY 14224
Tel. No. (716) 854-6140
Fax No. (716) 854-6540

cc (via ECF):
akorzh@hopkinscarley.com
alevy@hopkinscarley.com
bklein@thekleinfirm.com
reuber@leasonellis.com
crlitigation@leasonellis.com
ledocketing@leasonellis.com
cperri@clausen.com
jsobin@clausen.com
dfb@kttlaw.com
ddavid@brinksgilson.com
ed@heatlaw.com
i.maytal@ibtimes.com
Thomas@leasonellis.com
krh@kttlaw.com
kweitzman@weitzmanip.com
mfrancis@kslaw.com
kmccarthy@kslaw.com
omichelen@cuomollc.com
oscarmichelen@gmail.com
pcedillo@mccarter.com
nvargas@mccarter.com
rstrauss@lockelord.com
samuelbayard@dwt.com
ambikadoran@dwt.com
jamesrosenfeld@dtw.com
NYCDocket@dwt.com
ssaunder@mwe.com
mco@mwe.com
tcurin@lathropgage.com
dgreen@lathropgage.com
tfinn@mccarter.com
nvargas@mccarter.com
pcedillo@mccarter.com
Vdrohan@dlkny.com
wfrankel@brinksgilson.com