# KOZYAK · TROPIN THROCKMORTON
ATTORNEYS AT LAW

**Daniel F. Benavides**, Esq.
dfb@kttlaw.com | 305.728.2980

**MEMO ENDORSED**

July 25, 2014

**VIA FAX to (914) 390-4256**

Hon. Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

SO ORDERED:

[signature]

Hon. Paul E. Davison
United States Magistrate Judge

8/6/14

Re:   Mediation – The Wave Studio v. General Hotel Management et al., Case No. 7:13-cv-09239-CS-PED

Dear Judge Davison:

On July 7, 2014, You Honor entered a Scheduling Order in the above-referenced case, scheduling a settlement conference for August 13, 2014 at 2:30pm. Due to time zone issues stemming from the fact that our client is in Singapore, we respectfully request that the settlement conference be moved to 10:30am on August 13, 2014. We cleared the date and time with the Courtroom Deputy and with opposing counsel, who has agreed to the relief requested.

We appreciate your continued attention to this matter. Please do not hesitate to contact me with any questions or concerns.

Sincerely,

[signature]

Daniel Benavides

DFB/lf
cc:   Cameron S. Reuber (via e-mail: Reuber@LeasonEllis.com)
355686.1