UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE WAVE STUDIO, LLC,                               **NOTICE OF APPEARANCE**

                Plaintiff,

v.                                                  Civil Action No. 7:13-cv-09239

GENERAL HOTEL MANAGEMENT LTD., et al.,

                Defendants.
_____

     PLEASE TAKE NOTICE that Daniel B. Moar, Esq. of Goldberg Segalla LLP, hereby appears as counsel of record for Defendant SETAI OWNERS LLC and requests that all future notices and other papers be served upon him at Goldberg Segalla LLP, 665 Main Street, Suite 400, Buffalo, New York 14203-1425.

Dated: Buffalo, New York
        August 7, 2014

                                          GOLDBERG SEGALLA LLP

                                              /s/ Daniel B. Moar
                                          Daniel B. Moar (DM2011)
                                          *Attorneys for Defendant*
                                          665 Main Street, Suite 400
                                          Buffalo, New York  14203
                                          Telephone:  716-566-5400
                                          dmoar@goldbergsegalla.com