UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:13-cv-09239-CS |
| ) | |
| GENERAL HOTEL ) | |
| MANAGEMENT LTD. ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Mark H. Francis and the law firm of King & Spalding LLP ("King & Spalding") hereby requests to withdraw as counsel for Defendant Setai Owners LLC ("Setai"), and states as follows:

- Daniel B. Moar of the law firm of Goldberg Segalla LLP filed a Notice of Appearance on August 7, 2014 as substitution counsel for Setai.  (*See* Dkt. No. 81.)

- Client Setai consents to King & Spalding's withdrawal as its counsel, now that Mr. Moar has appeared as its counsel in this action.

- Plaintiff The Wave Studio, LLC consents to King & Spalding's withdrawal as counsel for Setai.

- Defendant General Hotel Management Ltd. (the only non-stayed defendant) consents to King & Spalding's withdrawal as counsel for Setai.

In view of the foregoing substitution of counsel and stipulation of the parties, King & Spalding respectfully requests to withdraw as counsel for Setai in this action.

Dated: August 11, 2014

Respectfully submitted,

Mark H. Francis
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
212-556-2117
212-556-2222 (fax)
mfrancis@kslaw.com

*Attorneys for Defendant Setai Owners LLC*

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.