**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

THE WAVE STUDIO. LLC,

                    Plaintiff,

        -against-

GENERAL HOTEL MANAGEMENT LTD et al,

                    Defendants.

-----------------------------------------------------------------X

CIVIL ACTION NO.:
7:13-cv-09239-CS

**NOTICE OF**
**APPEARANCE**

To the Clerk of this Court and all parties of record:

      Kindly enter my appearance as counsel in this case for defendants:

1.  Tripadvisor, LLC/ tripadvisor.com;
2. About.com, Inc.;
3. Frommer Media/ frommers.com;
4. NetAdvantage.com d/b/a IHSAdvantage.com;
5. Metro Travel Guide d/b/a Metrotravelguide.com;
6. This Exit, LLC d/b/a RoadsideAmerica;
7. Bookit.com Inc.;
8. Kayak Software Corp./ kayak.com;
9. Expedia Inc./ Expedia.com;
10. Travelocity.com LP/ Travelocity.com;
11. Hotels.com GP LLC/ hotels.com;
12. JetBlue Airway Corporation/ jetblue.com;
13. Fareportal, Inc. d/b/a Cheapoair.com;
14. Lonely Planet Global Inc./ lonelyplanet.com;
15. Getaroom.com;
16. Farebuzz d/b/a farebuzz.com;
17. VFM Leonardo, Inc.;
18. United Airlines, Inc. d/b/a hotels.united.com
19. Lexyl Travel Technologies d/b/a hotelplanner.com
20. Hotelsbyme.com d/b/a hotelsbyme.com
21. Pegasus Solutions, Inc.
22. Reservation Counter d/b/a reservationcounter.com
23. Random House d/b/a Fodors.com
24. Gogobot, Inc. d/b/a gogobot.com
25. Alliance Reservation Network d/b/a reservetravel.com

I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
      August 12, 2014

                                       **CLAUSEN MILLER P.C.**

                      By:

                                    Matthew J. Van Dusen
                                    *Attorneys for Defendants*
                                    One Chase Manhattan Plaza, 39th Floor
                                    New York, New York 10005
                                    (212) 805-3900
                                    File No: 24-7287-00-6

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August 2014, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF system on the following:

All appearing counsel of record.

Matthew J. Van Dusen

3667531