

**KOZYAK · TROPIN**
**THROCKMORTON**
ATTORNEYS AT LAW

# MEMO ENDORSED

**Daniel F. Benavides, Esq.**
dfb@kttlaw.com | 305.728.2980

August 11, 2014



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/14

**VIA FAX TO (914) 390-4256**

Hon. Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
Courtroom: 420
White Plains, NY 10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
      No. 7:13-cv-09239-CS – Settlement Conference Attendees

Dear Magistrate Judge Davison:

We are counsel for Defendant General Hotel Management Ltd. ("GHM"). We write to respectfully request that counsel for the other defendants be permitted to attend the settlement conference currently scheduled for August 13, 2014 at 10:30 a.m.

That is, Plaintiff is suing 58 other defendants in addition to GHM. Judge Seibel recently stayed the case with regard to those other defendants, however, the stay does not preclude the parties from exploring a global settlement. Indeed, more than 26 defendants are jointly represented by Clausen Miller PC, whom has already agreed to appear next week. Additionally, counsel for Setai Owners will also be able to attend, which would allow for more than half of the defendants to participate in the dialogue.

Plaintiff was consulted as to this request and consents to the appearance and participation of all counsel of record on August 13th.

For the foregoing reasons, we hereby respectfully request that this Court allow the appearance of Clausen Miller and counsel for Setai Owners at the settlement conference.

OK.

APPLICATION GRANTED
*/s/*
Hon. Paul E. Davison, U.S.M.J.
8/12/14

Respectfully submitted,

*/s/*
Kenneth R. Hartmann, Esq.
Admitted Pro Hac Vice
Daniel F. Benavides, Esq.
KOZYAK TROPIN & THROCKMORTON, LLP
New York Bar No. 4618575
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL  33134
T: 305.372.1800
F: 305.372.3508

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

August 11, 2014
Page 2

>William Hansen (WH-9446)
>Thomas H. Curtin (TC-5753)
>LATHROP & GAGE LLP
>230 Park Avenue, Suite 2400
>New York, NY 10169
>T: 212.850.6220
>F: 212.850.6221
>Attorneys for General Hotel Management Ltd.

cc:   Counsel for Plaintiff, VFM and Setai Owners (via email)