**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC,

       *Plaintiff,*

  -against-

GENERAL HOTEL MANAGEMENT LTD., *ET AL.*,

       *Defendants.*

7:13-cv-09239-CS

**Notice of Appearance of Counsel**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Qatar Airways. I certify that I am admitted to practice in this court.

Dated: August 20, 2014
      New York, NY

**ABELMAN FRAYNE & SCHWAB**

      /s/
Lawrence E. Abelman (LA 6486)
666 Third Avenue
New York, NY 10017
Phone: (212) 949-9022
Fax: (212) 949-9190
Email: leabelman@lawabel.com

Counsel for the
Defendant Qatar Airways