# LEASON ELLIS

September 22, 2014

One Barker Avenue
Fifth Floor
White Plains, New York 10601
t. 914.288.0022
f. 914.288.0023

**VIA FAX: 914-390-4278**

Jonathan W. Thomas
Litigation Associate
Thomas@LeasonEllis.com

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

RE: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Civil Action No. 13-cv-09239(CS) (SDNY)

Dear Judge Seibel:

I am an attorney at Leason Ellis LLP and represent Plaintiff The Wave Studio, LLC in the above-referenced matter. I write to advise the Court that I will no longer be associated with Leason Ellis. As such, I respectfully request that I be allowed to withdraw as counsel of record for The Wave Studio pursuant to Local Civil Rule 1.4.

My withdrawal will not affect The Wave Studio's representation or any deadlines in this action. Indeed, Leason Ellis attorney Cameron Reuber, who is counsel of record, will continue representing The Wave Studio in this action.

It has been an honor to practice before you. Should you have any questions regarding this request, please contact me at (917) 715-6593 or Mr. Reuber at (914) 821-3075.

Respectfully submitted,

Jonathan W. Thomas

cc: All counsel of record (via email)

*The Clerk shall terminate Mr. Thomas as counsel for Plaintiff*

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 9/23/14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/14

{04892/606459-000/01213690.1}