UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
The Wave Studio,

                Plaintiff,        **NOTICE OF COURT CONFERENCE**

    -against-

                                  7:14-cv-08322 (CS)

Mastercard International,
-----------------------------------------------------------------x
The Wave Studio,        Plaintiff

                                  7:13-cv-09239 (CS)

    -against-

General Hotel Management,
-----------------------------------------------------------------x

    A conference will be held before the Hon. Cathy Seibel, U.S.D.J. on **NOVEM**BER 24, 2014 AT 10:15 A.M. at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 621.

                                                     /s/ Alice F. Cama, Courtroom Deputy

Dated:    White Plains, New York
             November 6, 2014