

KOZYAK · TROPIN
THROCKMORTON
ATTORNEYS AT LAW

**MEMO ENDORSED**

Daniel F. Benavides, Esq.
dfb@kttlaw.com | 305.728.2980

November 13, 2014

**VIA FACSIMILE (914) 390-4278**

The Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-14

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
      No. 7:13-cv-09239-CS

Dear Judge Seibel:

We are counsel for Defendant General Hotel Management Ltd. ("GHM"). Pursuant to this Court's Notice of Court Conference [ECF No. 89], a Status Conference will be held on November 24, 2014 at 10:15 am at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. We write, on an agreed basis, to request that undersigned counsel appear by telephone in the interest of cost efficiency. Undersigned counsel has conferred with counsel for the Plaintiff, who has agreed to the relief requested in this letter. Thank you for your attention to these matters.

Respectfully submitted,

Kenneth R. Hartmann, Esq. (admitted pro hac vice)
Daniel F. Benavides, Esq. (NY Bar No. 4618575)
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL 33134
T: 305.372.1800
F: 305.372.3508

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 11/14/14

The Court will call Mr. Benavides at 305-728-2980 unless otherwise advised.



KOZYAK · TROPIN
THROCKMORTON
ATTORNEYS AT LAW

# FAX COVER SHEET

**Date:** November 13, 2014

**To:** **Honorable Cathy Seibel**

**Fax #:** (914) 390-4278

**From:** Daniel Benavides, Esq.

**Client #:** 3515-109

**Total Pages:** **2**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. Thank you.

## MESSAGE

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com