HOWARD J. SCHWARTZ
WOLFF & SAMSON PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD.<br>*et al.*,<br><br>Defendants. | Case No.: 13-cv-09239 (CS)<br><br>**NOTICE OF APPEARANCE**<br><br>DOCUMENT ELECTRONICALLY FILED |

PLEASE TAKE NOTICE that Howard J. Schwartz, Esq. of Wolff & Samson PC hereby enters his appearance in the above-captioned matter as counsel for defendant General Hotel Management Ltd. Please serve copies of all pleadings, notices and other communications upon the undersigned.

                WOLFF & SAMSON PC
                Attorneys for Defendant
                General Hotel Management Ltd.


            By: */s/ Howard J. Schwartz*
               HOWARD J. SCHWARTZ

Dated: January 9, 2015

5032572.1