UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
THE WAVE STUDIO, LLC,                  :

        Plaintiff,                  :   Civil Action No. 13-CV-09239 (CS)

  -against-                           :

GENERAL HOTEL                          :
MANAGEMENT LTD., et al.,

        Defendants.                 :
------------------------------------- X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Thomas H. Curtin and the law firm of Lathrop & Gage LLP ("Lathrop & Gage") hereby request to withdraw as counsel for Defendant General Hotel Management Ltd. ("General Hotel Management"), and state as follows:

- Daniel Fernando Benavides of the law firm of Kozyak Tropin & Throckmorton, P.A. filed a Notice of Appearance on June 25, 2014 as counsel for General Hotel Management. (See Dkt. No. 58)

- Howard J. Schwartz of the law firm of Wolff & Samson P.C. filed a Notice of Appearance on January 9, 2015 as lead counsel for General Hotel Management. (See Dkt. No. 93)

- General Hotel Management consents to Lathrop & Gage's withdrawal as its counsel, now that Mr. Benavides and Mr. Schwartz have appeared as its counsel in this action.

In view of the foregoing substitution of counsel, Lathrop & Gage respectfully requests leave to withdraw as counsel for General Hotel Management in this action.

23292006v1

Dated: New York, New York
         January 13, 2015

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
    Thomas H. Curtin (TC-5753)

230 Park Avenue, Suite 2400
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)

*Attorneys for Defendant*
*General Hotel Management Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document was served via the Court's ECF filing service, this 13th day of January, 2015 upon all parties of record and via international mail upon General Hotel Management Ltd., to the attention of Monica Chng, located at #04-02 Tourism Court, 1 Orchard Spring Lane, Singapore 247729.

_____

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.

23292006v1