# WOLFF · SAMSON

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
JEFFREY S. CHIESA
FRANCIS J. GIANTOMASI*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
JOHN J. SCALLY, JR.*
KENNETH N. LAPTOOK*
FREDRIC P. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
LAURENCE M. SMITH
PETER E. NUSSBAUM
ADAM K. DERMAN
JEFFREY M. WEINICK*^
A. ROSS PEARLSON*
MICHAEL J. NAUGHTON*
GEORGE A. SPADORO*
JOHN F. CASEY

JAMES D. FERRUCCI
JOHN A. McKINNEY JR.
DARRYL WEISSMAN*
MICHELLE A. SCHAAP
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
SCOTT A. ZUBER
BEVERLY W. LUBIT*^
JOHN G. VALERI JR.
ROBERT H. CRESPI*
JAMES P. RHATICAN*
JUNIE HAHN*
JILL D. ROSENBERG*
ROXANNA E. HAMMETT
RONALD L. ISRAEL*
MATTHEW E. BECK*
RHONDA CARNIOL*
ADAM B. CANTOR*
MARGARET WOOD*
DORIT F. KRESSEL*
THOMAS J. TRAUTNER JR.
ROBERT L. HORNBY*
STEPHEN A. KISKER*
TRICIA M. GASPARINE
NICOLE F. DIMARIA

COUNSEL

AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
STEPHEN G. CORDARO*
DONNA M. EREM
JOHN P. MALONEY*
MARC R. LEPELSTAT*
BRUCE D. ETTMAN*
DANIEL D. BARNES*
DIANA L. BUONGIORNO
CHRISTOPHER R. PALDINO
JOSHUA M. LEE
RICHARD PLUMPTON
DAVID M. DUGAN*
ELISA M. PAGANO
RACHEL C. SANTARLAS*^
STEVEN M. DIPASQUO^
MELISSA A. SALIMBENE*
STEVEN J. SHELDON
DAVID FREYLIKHMAN*
DONALD P. DINELLA^
GEMMA M. GIANTOMASI*
MICHAEL J. OLIVEIRA*
LISA A. JOHN-BASTA
MATTHEW R. KAPLAN*

OF COUNSEL

THOMAS R. O'BRIEN*
CARL B. LEVY
MYRNA BLUME*

ASSOCIATES

WILLIAM R. FINIZIO
DENISE J. PIPERSBURGH*
MARIE L. MATHEWS*
C. NICOLE SULLIVAN*
DARREN GRZYB*
BETH J. ROTENBERG*
BRIAN KANTAR*
JAMES M. VAN SPLINTER*
CHRISTOPHER W. GEROLD*
MICHAEL T. BARBER^
ELIZABETH C. YOO*
MAURO G. TUCCI JR.*
ARI S. DAVIS*
MICHAEL R. CARUSO*
WILLIAM J. CANNICI JR.*
LAUREN R. TARDANICO*
PATRICK O'REILLY*
LINDSAY A. DISCHLEY*
JOSEPH G. FENSKE^
MARISA A. RAUCHWAY*

MICHAEL K. PLUMB*
MICHAEL G. GORDON*
CELINE L. BARAKAT*
SCOTT C. HOLLANDER*
SCOTT W. LICHTENSTEIN*
SHEILA JAIN*
ABIGAIL J. REMORE*
OTHIAMBA N. LOVELACE*
MELISSA A. BROWN
RYAN W. FEDERER*
MINDY P. FOX*
BRIAN P. O'NEILL*
MELISSA F. WERNICK*
REBECCA VALENCIA*
RICHARD A. CHENG*^
FRANK M. GIANTOMASI*
ILANA LEVIN*
BRIGITTE M. GLADIS
NEHA BHALANI
MEGAN E. BEDELL*
DAVID FALK*
RYAN P. O'CONNOR*
KATHLEEN A. FAEHNER*

PATENT AGENT

BRYMER H. CHIN°
KINZA HECHT²

**HOWARD J. SCHWARTZ**
One Boland Drive
West Orange, NJ 07052
(973) 530-2031
Fax: (973) 530-2231
hschwartz@wolffsamson.com

* MEMBER NJ AND NY BARS
^ MEMBER NY BAR ONLY
^ REGISTERED PATENT ATTORNEY
^ REGISTERED PATENT AGENT
° REGISTERED PATENT AGENT ONLY
  MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

February 20, 2015

**Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov**

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
   Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
            <u>**Case No. 7:13-cv-09239-CS**</u>

Dear Judge Seibel:

      This firm is counsel for Defendant General Hotel Management Ltd. ("GHM"). In accordance with the Court's *Individual Rules of Practice*, we respectfully submit this letter requesting a conference with the Court and Plaintiff's counsel, Cameron Reuber, to discuss Plaintiff's failure to comply with discovery.

      At the status conference on November 24, 2014, the Court reset the discovery deadline as to the threshold issue in this matter for March 2, 2015. On January 7, I spoke with Mr. Reuber on the telephone in an attempt, among other things, to set up a deposition schedule. During that call, Mr. Reuber advised that he and his firm would be withdrawing as counsel for Plaintiff, and that he anticipated knowing who would be substituting in as counsel on or about January 9. On January 13, I sent an email to Mr. Reuber confirming our conversation and following up on the status of discovery and his withdrawal. On January 16, not having received

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 · (973) 325-1500 · Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 · (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 · (609) 396-6645

www.wolffsamson.com

5101777.2

WOLFF · SAMSON

The Honorable Cathy Seibel
February 20, 2015
Page 2

a response, and cognizant of the Court's discovery deadline, this office served Mr. Reuber with a Notice for the Deposition of Plaintiff on February 2, along with a letter which set forth GHM's willingness to negotiate as to the location of the deposition should Plaintiff wish to be deposed somewhere other than New York. On January 20, Mr. Reuber responded to my email of January 13, acknowledged receipt of the Notice of Deposition, and indicated that he did not know the status or timetable with regard to the substitution of counsel, but intended to see both matters addressed "as soon as practicable." On January 29, 2015, Mr. Reuber advised that Plaintiff would not be appearing for deposition on February 2, and indicated that the notice was invalid for failure to comply with Rule 30. We spoke briefly during the first week of February to discuss the outstanding issues relating to discovery. Having received no information regarding substitute counsel being retained, I emailed Mr. Reuber on February 12 in an attempt to schedule Plaintiff's deposition. Again, receiving no response from Mr. Reuber, on February 13 a revised Notice for the Deposition of Plaintiff was served, setting the deposition for February 23. On February 17, my associate sent a follow-up email to Mr. Reuber requesting that he advise whether Plaintiff intended to appear for deposition. Finally, Mr. Reuber responded on February 18, indicating that Plaintiff would not be appearing.

Prior counsel for GHM has indicated that they attempted to schedule depositions with Plaintiff's counsel for months, beginning in the summer of 2014, to no avail. To date, no additional information relating to substitute counsel has been provided. As Mr. Reuber's explanation for his withdrawal from the matter is a conflict with MasterCard, GHM can only assume that Plaintiff is dragging its heels so it can wait and see whether its suit against MasterCard, Case No. 7:14-cv-08322-CS, settles or is consolidated with this proceeding. Plaintiff has continued to be evasive and uncooperative, even in the face of the rapidly approaching discovery deadline. We seek an order compelling Plaintiff's operator and owner, Junior Lee, to appear for deposition in New York.

Respectfully submitted,

Howard J. Schwartz

HJS:ajr
Cc:   Cameron Reuber, Esq., via e-mail

5101777.2