# EXHIBIT A

Ad Number # 557964 Account # 

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 557964

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 10/22/2021, 10/29/2021

*Alecia Seals*

Alecia Seals

*K. Mosley*

Kaweemah Mosley - Notary Public

Subscribed and sworn to before me this 29th day of October, 2021

Ad Number # 557964 Account # ▓▓▓▓

Notice of Intent to Dissolve Notice is given that a Notice of Intent to Dissolve TRAVIX TRAVEL USA INC., a Georgia Corporation with its registered office located at 303 PEACHTREE ST., #5300, ATLANTA, Georgia 30308, has been delivered to the Secretary of State for filing in accordance with the Georgia Business Corporation Code.