# WOLFF SAMSON

DAVID SAMSON
ARTHUR S. GOLDSTEIN*
ARMEN SHAHINIAN*
JEFFREY S. CHIESA
FRANCIS J. GIANTOMASI*
GAGE ANDRETTA*
DANIEL A. SCHWARTZ*
JOHN J. SCALLY, JR.*
KENNETH N. LAPTOOK*
FREDRIC D. LAVINTHAL
DAVID M. HYMAN*
DAVID L. SCHLOSSBERG
ROGER J. BREENE
BERNARD S. DAVIS
HOWARD J. SCHWARTZ*
PAUL M. COLWELL
ROBERT E. NIES
MORRIS BIENENFELD*
DENNIS M. TOFT
JEFFREY M. GUSSOFF*
LAURENCE M. SMITH
PETER E. NUSSBAUM
ADAM K. DERMAN
JEFFREY M. WEINICK*△
A. ROSS PEARLSON*
MICHAEL J. NAUGHTON*
GEORGE A. SPADORO*
JOHN F. CASEY

JAMES D. FERRUCCI
JOHN A. McKINNEY JR.
DARRYL WEISSMAN*
MICHELLE A. SCHAAP
ADAM P. FRIEDMAN*
MITCHELL S. BERKEY*
CATHERINE P. WELLS
JONATHAN BONDY*
SEAN M. AYLWARD
SCOTT A. ZUBER
BEVERLY W. LUBIT*△
JOHN G. VALERI JR.
ROBERT H. CRESPI*
JAMES P. RHATICAN*
JUNIE HAHN*
JILL D. ROSENBERG*
ROXANNA E. HAMMETT
RONALD L. ISRAEL*
MATTHEW E. BECK*
RHONDA CARNIOL*
ADAM B. CANTOR*
MARGARET WOOD*
DORIT F. KRESSEL*
THOMAS J. TRAUTNER JR.
ROBERT L. HORNBY*
STEPHEN A. KISKER*
TRICIA M. GASPARINE
NICOLE F. DIMARIA

COUNSEL

AARON D. BASSAN
JOSEPH ZAWILA
HOWARD K. UNIMAN
STEVEN S. KATZ*
JUNE S. MELLER*
ANDREW S. KENT*
ERIC J. LEVINE*
STEPHEN G. CORDARO*
DONNA M. EREM
JOHN P. MALONEY*
MARC R. LEPELSTAT*
BRUCE D. ETTMAN*
DANIEL D. BARNES*
DIANA L. BUONGIORNO
CHRISTOPHER R. PALDINO
JOSHUA M. LEE
RICHARD PLUMPTON
DAVID M. DUGAN*
ELISA M. PAGANO
RACHEL C. SANTARLAS*△
STEVEN M. DIPASQUO△
MELISSA A. SALIMBENE*
STEVEN J. SHELDON
DAVID FREYLIKHMAN*
DONALD P. DINELLA△
GEMMA M. GIANTOMASI*
MICHAEL J. OLIVEIRA*
LISA A. JOHN-BASTA
MATTHEW R. KAPLAN*

OF COUNSEL

THOMAS R. O'BRIEN*
CARL B. LEVY
MYRNA BLUME*

ASSOCIATES

WILLIAM R. FINIZIO
DENISE J. PIPERSBURGH*
MARIE L. MATHEWS*
C. NICOLE SULLIVAN*
DARREN GRZYB*
BETH J. ROTENBERG*
BRIAN KANTAR*
JAMES M. VAN SPLINTER*
CHRISTOPHER W. GEROLD*
MICHAEL T. BARBER∇
ELIZABETH C. YOO*
MAURO G. TUCCI JR.*
ARI S. DAVIS*
MICHAEL R. CARUSO*
WILLIAM J. CANNICI JR.*
LAUREN R. TARDANICO*
PATRICK O'REILLY*
LINDSAY A. DISCHLEY*
JOSEPH G. FENSKE△
MARISA A. RAUCHWAY*

MICHAEL K. PLUMB*
MICHAEL G. GORDON*
CELINE L. BARAKAT*
SCOTT C. HOLLANDER*
SCOTT W. LICHTENSTEIN*
SHEILA JAIN*
ABIGAIL J. REMORE*
OTHIAMBA N. LOVELACE*
MELISSA A. BROWN
RYAN W. FEDERER*
MINDY P. FOX*
BRIAN P. O'NEILL*
MELISSA F. WERNICK*
REBECCA VALENCIA*
RICHARD A. CHENG*△
FRANK M. GIANTOMASI*
ILANA LEVIN*
BRIGITTE M. GLADIS
NEHA BHALANI
MEGAN E. BEDELL*
DAVID FALK*
RYAN P. O'CONNOR*
KATHLEEN A. FAEHNER*

PATENT AGENT

BRYMER H. CHIN◊
KINZA HECHT◊

HOWARD J. SCHWARTZ
One Boland Drive
West Orange, NJ 07052
(973) 530-2031
Fax: (973) 530-2231
hschwartz@wolffsamson.com

* MEMBER NJ AND NY BARS
△ MEMBER NY BAR ONLY
△ REGISTERED PATENT ATTORNEY
∇ REGISTERED PATENT AGENT
◊ REGISTERED PATENT AGENT ONLY
   MEMBER NJ BAR ONLY UNLESS OTHERWISE DENOTED

February 24, 2015

**Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov**

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
   Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
             <u>**Case No. 7:13-cv-09239-CS**</u>

Dear Judge Seibel:

      This firm is counsel for Defendant General Hotel Management Ltd. ("GHM"). In accordance with the Court's *Individual Rules of Practice*, I respectfully submit this letter to request that the conference scheduled for Friday, February 27, 2015 at 10:00 am be rescheduled, as I will be out of state and unable to attend.

      I have discussed the need for an adjournment with counsel for Plaintiff, Cameron Reuber. Mr. Reuber and I are each available to attend a conference on Friday, March 6, 2015 at 10:00 a.m. Accordingly, the parties respectfully request an adjournment of the conference currently set for February 27, 2015 to March 6, 2015 at 10:00 a.m.

      Please feel free to contact me should you require any additional information.

WOLFF & SAMSON PC
One Boland Drive, West Orange, NJ 07052 • (973) 325-1500 • Fax: (973) 325-1501
140 Broadway, 46th Floor, New York, NY 10005 • (212) 973-0572
128 West State Street, Suite 3, Trenton, NJ 08608 • (609) 396-6645

www.wolffsamson.com

5110337.1

WOLFF · SAMSON

The Honorable Cathy Seibel
February 24, 2015
Page 2

Respectfully submitted,

Howard J. Schwartz

HJS:ajr
Cc: Cameron Reuber, Esq., counsel for Plaintiff, via e-mail
    Courtroom Deputy Alice Cama, via e-mail

5110337.1