

# KOZYAK · TROPIN
# THROCKMORTON
### ATTORNEYS AT LAW

MEMO ENDORSED

**Daniel F. Benavides**, Esq.
dfb@kttlaw.com | 305.728.2980

March 3, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2015

**VIA FAX TO (914) 390-4278**

The Honorable Cathy Seibel
United States District Court
 for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
No. 7:13-cv-09239-CS

Dear Judge Seibel:

We are co-counsel for Defendant General Hotel Management Ltd. ("GHM"). A conference is currently scheduled before this Court on March 6, 2015 at 11:00am to discuss Plaintiff's request to stay the proceedings while Plaintiff secures replacement counsel [ECF Nos. 96 and 97]. GHM's co-counsel, Howard J. Schwartz, will be physically present at the conference. However, because undersigned counsel is based in Florida, in the interest of cost and efficiency, we write to request that undersigned counsel appear by telephone. Thank you for your attention to these matters.

Respectfully submitted,

Daniel F. Benavides, Esq.
KOZYAK TROPIN & THROCKMORTON, LLP
New York Bar No. 4618575
2525 Ponce de Leon Boulevard, 9th Floor
Miami, FL 33134
T: 305.372.1800
F: 305.372.3508

cc: Cameron Sean Reuber, Esq. (via email)
Howard J. Schwartz, Esq. (via email)

Application Granted / ~~Denied~~
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 3/4/15

My chambers will call the # above unless otherwise advised.