UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GENERAL HOTEL MANAGEMENT, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 7:13-cv-09239 (CS) |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

Pursuant to the Court's Order to Show Cause issued on March 11, 2015 (Doc. 102), Plaintiff The Wave Studio, LLC files through its counsel the following Stipulation And Order Of Substitution of Counsel:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Cobalt LLP hereby is substituted in place of the law firm Leason Ellis as counsel of record for Plaintiff The Wave Studio, LLC in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

/ / /

/ / /

1

PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this matter should be served upon the following incoming counsel:

> Nate A. Garhart (nate@cobaltlaw.com)
> Vijay K. Toke (vijay@cobaltlaw.com)
> Amanda R. Conley (amanda@cobaltlaw.com)
> COBALT LLP
> 918 Parker Street, Bldg. A21
> Berkeley, CA 94710
> Ph: (510) 841-9800
> Fax: (510) 295-2401

Dated: March 25, 2015          COBALT LLP

By:____/s/ Nate A. Garhart_____
Nate A. Garhart
Vijay K. Toke (*Pro Hac Vice* pending)
Amanda R. Conley (*Pro Hac Vice* pending)
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710

*Incoming Attorneys for Plaintiff*
*The Wave Studio, LLC*

Dated: March 25, 2015          LEASON ELLIS

By:___/s/ Cameron S. Reuber_____
Cameron S. Reuber
LEASON ELLIS
One Barker Avenue, Fifth Floor
White Plains, NY 10601-1526

*Outgoing Attorneys for Plaintiff*
*The Wave Studio, LLC*

SO ORDERED:

_____          Dated: _____
The Honorable Cathy Seibel, U.S.D.J.

**ATTESTATION OF CONCURRENCE**

  I, Nate A. Garhart, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Southern District of New York ECF Rules and Instructions §8.5(b), concurrence in the filing of this document has been obtained from Cameron S. Reuber, the above signatory.

Dated: March 25, 2015      By: /s/ Nate A. Garhart
                  Nate A. Garhart