™

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

**VIA E-FILING**

April 6, 2015

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
      Case No. 7:13-cv-09239 (CS)

Dear Judge Seibel:

In accordance with the Court's *Individual Rules of Practice*, Plaintiff The Wave Studio, LLC ("Wave") respectfully submits this letter to request the filing fee in the amount of $200.00 accompanying the Motion for Admission *Pro Hac Vice* be waived for attorneys Vijay K. Toke and Amanda R. Conley.

Vijay K. Toke and Amanda R. Conley were admitted *Pro Hac Vice* on November 19, 2014 in another case, *The Wave Studio, LLC v. MasterCard International, Inc.*, No. 7:14-cv-08322-CS, that the Defendants in that matter moved to be consolidated with this action. Given the fact that Wave has already paid $400.00 in filing fees for Motions for Admission *Pro Hac Vice* in that case, which has now been dismissed, Wave respectfully asks that the court waive the associated filing fees for the Motions for Admission *Pro Hac Vice* in *The Wave Studio, LLC v. General Hotel Management Ltd.*, et al., No. 7:13-cv-09239.

Sincerely,

COBALT LLP

Vijay K. Toke



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401