ABIGAIL J. REMORE
WOLFF & SAMSON PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

        Plaintiff,

        v.

GENERAL HOTEL MANAGEMENT LTD.
*et al.*,

        Defendants.

Case No.: 13-cv-09239 (CS)

**NOTICE OF APPEARANCE**

DOCUMENT ELECTRONICALLY FILED

        PLEASE TAKE NOTICE that Abigail J. Remore, Esq. of Wolff & Samson PC hereby

enters her appearance in the above-captioned matter as counsel for defendant General Hotel

Management Ltd. Please serve copies of all pleadings, notices and other communications upon

the undersigned.

        WOLFF & SAMSON PC
        Attorneys for Defendant
        General Hotel Management Ltd.

        By: *Abigail J. Remore*
            ABIGAIL J. REMORE
        Email: ajremore@wolffsamson.com

Dated: April 17, 2015

5210563.1