

# KOZYAK · TROPIN
# THROCKMORTON
### A T T O R N E Y S   A T   L A W

**Daniel F. Benavides**, Esq.                                        April 22, 2015
dfb@kttlaw.com I 305.728.2980
**VIA FACSIMILE AND E-FILE**

The Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

>        **Re:**    *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
>                   No. 7:13-cv-09239-CS

Dear Judge Seibel:

        We are co-counsel for Defendant General Hotel Management Ltd. ("GHM"). This Court set a status conference in the above-referenced case for April 24, 2015 at 11:45 am at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Undersigned counsel is based in Miami, Florida and GHM's co-counsel will be physically present at the status conference. As a result, in the interest of cost efficiency, we write to request that undersigned counsel appear by telephone. Undersigned counsel can be reached at **(305) 492-7944**. Thank you for your attention to these matters.

                              Respectfully submitted,


                              _____
                              Kenneth R. Hartmann, Esq. (admitted pro hac vice)
                              Daniel F. Benavides, Esq. (NY Bar No. 4618575)
                              KOZYAK TROPIN & THROCKMORTON, LLP
                              2525 Ponce de Leon Boulevard, 9th Floor
                              Miami, FL  33134
                              T:  305.372.1800
                              F:  305.372.3508


cc:     All counsel of record via E-Filing