UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

THE WAVE STUDIO, LLC,                    **NOTICE OF APPEARANCE**

                Plaintiff,

v.                                        Civil Action No. 7:13-cv-09239

GENERAL HOTEL MANAGEMENT LTD., et al.,

                Defendants.
───────────────────────────────────────────

      PLEASE TAKE NOTICE that Vacharaesorn Vivacharawongse, Esq. of Goldberg Segalla LLP, hereby appears as counsel of record for Defendant SETAI OWNERS LLC and requests that all future notices and other papers be served upon him at Goldberg Segalla LLP, 11 Martine Avenue, Suite 750, White Plains, New York 10606-1934.

Dated: White Plains, New York
       April 29, 2015

                                      GOLDBERG SEGALLA LLP

                                      /s/ Vacharaesorn Vivacharawongse
                                      Vacharaesorn Vivacharawongse (VV0458)
                                      *Attorneys for Defendant*
                                      11 Martine Ave., Suite 750
                                      White Plains, New York  10606
                                      Telephone:  914-798-5434
                                      VVivacharawongse@goldbergsegalla.com