HOWARD J. SCHWARTZ
CHIESA SHAHINIAN & GIANTOMASI PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL HOTEL MANAGEMENT LTD. *et al.*, <br><br> Defendants. | Case No.: 13-cv-09239 (CS) <br><br> **NOTICE OF FIRM NAME CHANGE** |

**PLEASE TAKE NOTICE** that, effective May 1, 2015, Wolff & Samson PC changed its name to Chiesa Shahinian & Giantomasi PC. The firm and its lawyers' addresses, telephone and facsimile numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for Defendant
General Hotel Management Ltd.

HOWARD J. SCHWARTZ
140 Broadway, 46th Floor
New York, New York 10005
Tel:   (973) 530-2031
       (212) 973-0572
Fax:  (973) 530-2231
hschwartz@csglaw.com

Dated: May 1, 2015

5093034.1