™

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

VIA FACSIMILE TO CHAMBERS
(914) 390-4256

**MEMO ENDORSED**

June 24, 2015

Hon. Paul E. Davison
United States Magistrate Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
       Case No. 7:13-cv-09239-CS-PED

Dear Judge Davison:

Wave submits this letter to the Court of behalf of itself and GHM with GHM's authorization.

As the parties discussed with the Court on June 17, GHM and Plaintiff are currently meeting and conferring regarding the location of the GHM 30(b)(6) deposition, as well as written discovery. The parties continue to do so but have not yet reached resolution.

The Court set a deadline of June 24, 2015 for Plaintiff to file a motion to compel the deposition of GHM to take place in New York. Because the parties are continuing their meet and confer efforts and hope to resolve the issue by next week, they jointly request that the Court extend the deadline for Plaintiff to file a motion to compel to July 6, 2014.

If the Court would like Plaintiff to provide a proposed order, it can do so upon the Court's request.

Respectfully submitted,    **OK.**

COBALT LLP

*/s/ Vijay K. Toke*
Vijay K. Toke

APPLICATION GRANTED

_____
Hon. Paul E. Davison, U.S.M.J.
6-24-15



Lawyers in Advertising, Promotions & Intellectual Property    918 Parker Street, Bldg A21    P.510.841.9800
cobaltlaw.com                                                   Berkeley, CA 94710              F.510.295.2401