™

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

VIA FACSIMILE TO CHAMBERS
(914) 390-4256

July 6, 2015

**MEMO ENDORSED**

Hon. Paul E. Davison
United States Magistrate Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
       Case No. 7:13-cv-09239-CS-PED

Dear Judge Davison:

We are writing with regard to our status conference with Your Honor on July 1, 2015. At the conference, we discussed Plaintiff's ongoing meet and confer efforts with GHM regarding the deposition of GHM and that the current deadline set by the court for the motion, July 6, is no longer appropriate in order to preserve judicial resources. The Court's minute order after the conference, however, did not address the deadline. Plaintiff respectfully requests that the court extend the deadline to July 21, 2015, the date of the next telephone conference with Your Honor.

Respectfully submitted,

COBALT LLP

Vijay K. Toke

cc: Howard J. Schwartz, Esq., counsel for Defendant General Hotel Management Ltd.
(via email)

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
7-8-15



Lawyers In Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401





# FAX COVERSHEET

918 Parker Street
Bldg. A21
Berkeley, CA 94710
Phone: 510.841.9800
Fax: 510-295-2401

| Send to:<br>Hon. Paul E. Davison | From:<br>Vijay K. Toke |
|---|---|
| Attention:<br>Hon. Paul E. Davison | Email: vijay@cobaltlaw.com |
| Re:<br>Case No. 7:13-cv-09239-CS-PED | Date: 7/6/2015 |
| Fax number:<br>(914) 390-4256 | Recipient Phone number:<br>(914) 390-4250 |

URGENT  X    reply asap     please comment     please review  X    For your information 

Total pages, including cover: 2

Comments:

Attached please find a letter to the court in reference to the motion to compel deposition of GHM in The Wave Studio, LLC v. General Hotel Management Ltd., et al. matter.

This fax message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you have received this transmission in error, please immediately notify the sender by return email or phone and delete any copies of this communication and attachments