

**GOLDBERG SEGALLA**<sup>LLP</sup>

Daniel B. Moar | Partner
Direct 716.844.3416 | dmoar@goldbergsegalla.com

July 16, 2015

Hon. Cathy Seibel
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    The Wave Studio, LLC v. American Express Co., Case No. 15-cv-03420
                The Wave Studio, LLC v. General Hotel Mgmt. Ltd., Case No. 13-cv-9239
                Our File No.: 6390.0546

Dear Judge Seibel:

      I am writing as counsel for Setai Owners LLC, a defendant in The Wave Studio case under Case No. 13-cv-9239.

      Like Orbitz, Setai Owners LLC is an interested party in the related case against American Express. American Express has sought contractual indemnification from Setai Owners LLC with respect to the claims asserted against American Express in Case No. 15-cv-03420.

      Setai Owners LLC joins American Express's letter request for a stay made July 2, 2015 (Docket No. 43 in 15-cv-03420). Both cases involve alleged infringement claims relating to many of the same photographs. Setai Owners LLC submits that both cases be stayed together to avoid unnecessarily litigating the same issues multiple times.

                                  Respectfully Submitted,

                                    Daniel B. Moar

DBM/sw

665 Main Street, Suite 400 | Buffalo, NY 14203-1425 | 716.566.5400 | Fax 716.566.5401 | www.GoldbergSegalla.com
NEW YORK | ILLINOIS | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM
3896571.1