# Chiesa Shahinian & Giantomasi PC

**HOWARD J. SCHWARTZ**
One Boland Drive
West Orange, NJ 07052
973.530.2031
Fax: 973.530.2231
hschwartz@csglaw.com

csglaw.com

July 31, 2015

**Via Facsimile Only (914-390-4256)**

Hon. Paul E. Davison
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **The Wave Studio, LLC v. General Hotel Management, Ltd., et al.,**
<u>Case No. 13-cv-09239</u>

Dear Judge Davison,

We represent Defendant General Hotel Management, Ltd. ("GHM"). We write on behalf of GHM and Plaintiff pursuant to Your Honor's July 21, 2015 Order directing the parties to submit a joint letter with respect to the deposition schedule and proposed fact discovery deadline in the above-referenced matter by July 31, 2015.

Counsel for GHM and Plaintiff have been working diligently to schedule dates to complete the deposition of Plaintiff and to conduct the depositions of GHM and third party witness Ralf Ohletz. The date to complete the deposition of Plaintiff has been confirmed, and GHM and Plaintiff have agreed on a week during the month of September to conduct the depositions of Mr. Ohletz and GHM's corporate designee (or designees) in Singapore. However, counsel is still working to finalize exact dates during that week for those depositions to take place. Accordingly, GHM and Plaintiff jointly request that the Court extend the deadline for the parties to file the joint letter by one (1) week to August 7, 2015.

GHM would be happy to provide a proposed order to this effect upon the Court's request.

Respectfully submitted,

Howard J. Schwartz

HJS:ajr
cc: Vijay Toke, counsel for Plaintiff, via email

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
8-3-15

WEST ORANGE NEW JERSEY     TRENTON NEW JERSEY     NEW YORK NEW YORK

5402541.1