AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

THE WAVE STUDIO, LLC )
*Plaintiff* )
v. ) Case No. 13 CV 9239
GENERAL HOTEL MANAGEMENT LTD., ET AL. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United Airlines Inc.

Date: 08/04/2015

*Attorney's signature*

James E. Rosenfeld JR2256
*Printed name and bar number*

Davis Wright Tremaine LLP
1251 Avenue Of The Americas, 21st Floor
New York, NY 10020

*Address*

JamesRosenfeld@dwt.com
*E-mail address*

(212) 489-8230
*Telephone number*

(212) 489-8340
*FAX number*