vijay k. toke<br>
vijay@cobaltlaw.com<br>
510.841.9800

FILED VIA ECF

August 13, 2015

Hon. Cathy Seibel
United States Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:     *The Wave Studio, LLC v. American Express Company*
Case No. 7:15-cv-03420-CS

*The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
Case No. 7:13-cv-09239-CS-PED

Dear Judge Seibel:

    Counsel for Plaintiff The Wave Studio, LLC ("Wave") hereby respectfully requests leave to appear before the Honorable Cathy Seibel via telephone for the Bench Ruling on the Motion to Stay scheduled for August 19, 2015 at 11:00 a.m. due to counsel being located on the West Coast. Counsel can be reached at (510) 841-9800 for the hearing.

    Plaintiff also respectfully requests clarification on whether the Court would like the parties to present arguments at the hearing scheduled for August 19, 2015, for the ruling on American Express's Motion to Stay.

Respectfully submitted,

COBALT LLP

*Vijay Toke*

Vijay K. Toke

VKT/na



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401