UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

THE WAVE STUDIO, LLC,

        Plaintiff,

   v.

GENERAL HOTEL MANAGEMENT LTD., et al.,

        Defendants.

---

7:13-cv-09239-CS

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ambika K. Doran, hereby move this Court for an Order of admission to practice pro hac vice to appear as counsel for **UNITED AIRLINES, INC., Successor-In-Interest to CONTINENTAL AIRLINES, INC.**, in the above-captioned action.

I am in good standing of the bar of the state of Washington and there are no pending disciplinary proceedings against me in any state or federal court

Dated: August 19, 2015

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: *s/Ambika K. Doran*
            Ambika K. Doran

        1201 3rd Ave., Suite 2200
        Seattle, WA 98101
        Tel: (206) 757-8030
        Fax: (206) 757-7030
        E-mail: ambikadoran@dwt.com
        *Attorneys for* UNITED AIRLINES, INC., Successor-In-Interest to CONTINENTAL AIRLINES, INC.