IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 7:13-cv-09239-CS-PED <br> ) |
| GENERAL HOTEL MANAGEMENT, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## **APPEARANCE OF COUNSEL**

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Defendant American Airlines, Inc.

Dated:  October 9, 2015              /s/ *Danielle Anne Phillip*

                                                Danielle Anne Phillip (DP-2295)
                                                BRINKS GILSON & LIONE
                                                NBC Tower - Suite 3600
                                                455 North Cityfront Plaza Drive
                                                Chicago, Illinois  60611
                                                Phone:  (312) 321-4200
                                                Fax:  (312) 321-4299
                                                E-mail: dphillip@brinksgilson.com