™

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

# MEMO ENDORSED

VIA FACSIMILE

October 14, 2015

Hon. Paul E. Davison
United States Magistrate Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
      Case No. 7:13-cv-09239-CS-PED

Dear Judge Davison:

As the Court knows, Plaintiff The Wave Studio, LLC ("Wave") is due to submit a letter-motion regarding discovery issues to the Court by today, October 14, in the above captioned matter. Unfortunately, lead counsel for Wave experienced a death in the family yesterday that requires attention to some immediate matters. Accordingly, Wave has requested and counsel for Defendant General Hotel Management Ltd. ("GHM") has consented to a two-day extension for Wave to submit its letter-motion, followed by a revised briefing schedule. Wave submits this letter with GHM's authorization.

Under the revised schedule, Wave would submit its letter-motion by October 16, 2015, GHM will submit any opposition by October 26, and Wave will submit any reply by October 28.

The parties request that the Court reset the briefing schedule accordingly and appreciates the Court's understanding. If the Court has any concerns with this revised schedule, we welcome the Court's instruction.

Respectfully submitted,

COBALT LLP

Vijay K. Toke

cc: Howard Schwartz and Abigail Remore

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
10-14-15



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com
918 Parker Street, Bldg A21
Berkeley, CA 94710
P.510.841.9800
F.510.295.2401