**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York limited liability company,<br><br>  Plaintiff,<br>v.<br><br>GENERAL HOTEL MANAGEMENT, *et al.*,<br><br>  Defendants. | No. 7:13-cv-09239-CS-PED |

**<u>NOTICE OF APPEARANCE</u>**

1

## NOTICE OF APPEARANCE

TO: The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE THAT, attorney Aaron Johnson (NYSB No. 4783189) who is admitted to practice before this Court, and attorneys Jonathan W. Fountain and Michael J. McCue, who have been admitted *pro hac vice* in related civil action No. 15-cv-04953-CS, entitled, *The Wave Studio, LLC v. Visa, Inc.*, (the "Visa Action"), which has been consolidated with this action, hereby enter their appearance on behalf of Defendant Visa Inc., and request that they be added to the CM/ECF service list for this case.

Dated: November 10, 2015.

Respectfully submitted.

LEWIS ROCA ROTHGERBER LLP

/s/ Jonathan W. Fountain
Michael J. McCue
MMcCue@LRRLaw.com
Jonathan W. Fountain
JFountain@LRRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas NV 89169
Tel. (702) 949-8200
Fax (702) 949-8398

Aaron Johnson (NYSB No. 4783189)
ADJohnson@LRRLaw.com
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Tel. (650) 391-1380
Fax (650) 391-1395

*Attorneys for Defendant Visa Inc.*