UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>AMADEUS NORTH AMERICA, INC. et al.,<br><br>                              Defendants. | Civil Action No.: 7:15-cv-06995-CS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/15

### STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES AND TO STAY LITIGATION

Plaintiff, The Wave Studio, LLC ("Wave"), and Defendants, Amadeus North America, Inc., Cathay Pacific Airways Ltd., and priceline.com LLC (collectively, the "Stipulating Defendants"), by and through their counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, on December 31, 2013, Wave filed a Complaint against General Hotel Management ("GHM") and others in an action captioned *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, No. 7:13-cv-09239-CS-PED (the "GHM Litigation"), alleging that defendants infringed Wave's copyrights in certain photographs;

WHEREAS, on July 2, 2014, upon agreement of Wave and defendant GHM, the Court stayed proceedings in the GHM Litigation as to all parties except Wave and GHM, *see* GHM Action, No. 7:13-cv-09239-CS-PED, Dkt. No. 67;

WHEREAS, on March 24, 2015, Wave filed a Complaint against the Stipulating Defendants in the United States District Court for the Northern District of California in Case No. 3:15-cv-01364 (the "California Action"), alleging the Stipulating Defendants had infringed the same copyrights to certain photographs as those at issue in the GHM Litigation;

WHEREAS, on September 4, 2015, pursuant to a stipulation between Wave and the Stipulating Defendants, the United States District Court for the Northern District of California transferred the California Action to this Court;

WHEREAS, on September 8, 2015, the Court ordered that each active case filed by Plaintiff in this Court, except for this action, be consolidated with the GHM Litigation, and stayed with respect to each defendant except GHM;

WHEREAS, on October 7, 2015, this Court accepted this action as related to the GHM Litigation;

WHEREAS, Wave and the Stipulating Defendants agree this action and the GHM Litigation should be consolidated;

WHEREAS, Wave and the Stipulating Defendants agree to have the current stay in the GHM Litigation applied to this action under the same terms; and

IT IS HEREBY STIPULATED AND AGREED, by and among Wave and the Stipulating Defendants in the above-captioned action, through their undersigned counsel, that:

1. This action, Civil Action No. 7:15-cv-06995-CS, shall be consolidated with the GHM Litigation, No. 7:13-cv-09239-CS-PED; and

2. The consolidated action shall be stayed as to the Defendants except GHM.

Dated: November 30, 2015

Respectfully submitted,

Vijay K. Toke
vijay@cobaltlaw.com
Nate A. Garhart
nate@cobaltlaw.com
COBALT LLP
918 Parker Street
Bldg A21
Berkeley, CA 94710

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 12/4/15

2

Tel: (510) 841-9800
Fax: (510) 295-2401

*Attorneys for Plaintiff*
*The Wave Studio, LLC*

_____

Steven M. Coyle (SC0730)
scoyle@cantorcolburn.com
Jamie E. Platkin
jplatkin@cantorcolburn.com
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: (860) 286-2929
Fax: (860) 286-0115

*Attorneys for Defendant*
*priceline.com LLC*


_____

Richard Arthur McGuirk
richard.mcguirk@leclairryan.com
LeClairRyan
290 Linden Oaks, Suite 310
Rochester, NY 14625
Tel: (585) 270-2100
Fax: (585) 270-2179

Duane H. Mathiowetz
duane.mathiowetz@leclairryan.com
LeClairRyan LLP
44 Montgomery Street
18th Floor
San Francisco, CA 94104
Tel: (415) 913-4904
Fax: (415) 391-8766

*Attorneys for Defendant*
*Amadeus North America, Inc.*

Tel: (510) 841-9800
Fax: (510) 295-2401

*Attorneys for Plaintiff*
*The Wave Studio, LLC*


Steven M. Coyle (SC0730)
scoyle@cantorcolburn.com
Jamie E. Platkin
jplatkin@cantorcolburn.com
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
Tel: (860) 286-2929
Fax: (860) 286-0115

*Attorneys for Defendant*
*priceline.com LLC*

Richard A. McGuirk
richard.mcguirk@leclairryan.com
LeClairRyan, A Professional Corporation
70 Linden Oaks, Suite 210
Rochester, NY 14625
Tel: (585) 270-2100
Fax: (585) 270-2179

Duane H. Mathiowetz
duane.mathiowetz@leclairryan.com
LeClairRyan LLP
44 Montgomery Street
18th Floor
San Francisco, CA 94104
Tel: (415) 913-4904
Fax: (415) 391-8766

*Attorneys for Defendant*
*Amadeus North America, Inc.*

3

/s/ Gina McCreadie

Gina M. McCreadie (GM6189)
gmccreadie@nixonpeabody.com
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: (617)-345-6189
Fax: (866)-812-3848

Robert A. Weikert (*pro hac vice to be requested*)
rweikert@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111-3600
Tel: (415) 984-8385
Fax: (866) 294-8842

*Attorneys for Defendant
Cathay Pacific Airways Ltd.*