IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

    Plaintiff,

v.

                                  Case No. 13-cv-09239-CS

GENERAL HOTEL MANAGEMENT LTD.
*et al.*,

    Defendants.
_____/

## KOZYAK TROPIN & THROCKMORTON, LLP'S
## MOTION TO WITHDRAW AS COUNSEL

    Pursuant to Local Civil Rule 1.4, Kozyak Tropin & Throckmorton, LLP ("KT&T") hereby requests to withdraw as counsel for Defendant, General Hotel Management Ltd. ("General Hotel Management"), and states as follows:

    1.    On January 9, 2015, Howard J. Schwartz of the law firm Chiesa Shahinian & Giantomasi PC filed a Notice of Appearance as counsel for General Hotel Management. (See Dkt. No. 93).

    2.    On April 17, 2015, Abigail Remore of the law firm Chiesa Shahinian & Giantomasi PC filed a Notice of Appearance as counsel for General Hotel Management. (See Dkt. No. 112).

    3.    General Hotel Management consents to KT&T's withdrawal as its counsel, now that Mr. Schwartz and Ms. Remore have appeared as its counsel in this action.

    4.    No party will be prejudiced by an Order granting said motion.

**WHEREFORE**, Kozyak Tropin & Throckmorton LLP respectfully requests that this Court enter an Order allowing it to withdraw as counsel and for such further relief as this Court may deem appropriate.

Respectfully submitted,

By: _____
Kenneth R. Hartmann (admitted pro hac vice)
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
T: 305.372.1800
F: 305.372.3508
*Attorneys for General Hotel Management, Ltd.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing was served via the Court's ECF filing service, this 5th day of January, 2016, upon all parties of record and via international mail upon General Hotel Management Ltd., to the attention of Monica Chng, located at #04-02 Tourism Court, 1 Orchard Spring Lane, Singapore 247729.

By: _____
Kenneth R. Hartmann

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.

Dated: _____