vijay k. toke
vijay@cobaltlaw.com
510.841.9800

**VIA E-FILING**

April 26, 2016

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
      Case No. 7:13-cv-09239 (CS)

Dear Judge Seibel:

Due to a family medical emergency, Plaintiff's counsel requests an order extending by one (1) week for filing its reply in support of its motion for summary judgment. Counsel for Defendant GHM has consented to the extension, and Plaintiff's counsel files this letter with GHM's counsel's authorization. Per the parties' agreement, Plaintiff's reply will be due on May 6, 2016. The parties will file all the papers related to their cross-motions for summary judgment bundled, as per Your Honor's required practice, on May 6, 2016.

Plaintiff thanks the court for its attention to this matter.

Sincerely,

COBALT LLP



Vijay K. Toke



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401