CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL HOTEL MANAGEMENT LTD. *et al.*, <br><br> Defendants. | Case No.: 13-cv-09239 (CS) (PED) <br><br> **DECLARATION OF MONICA CHLOE CHNG IN SUPPORT OF DEFENDANT GENERAL HOTEL MANAGEMENT, LTD.'S MOTION FOR SUMMARY JUDGMENT** |

I, MONICA CHLOE CHNG, of full age, declare and state as follows:

1. I am the Senior Vice President of Finance and Administration for Defendant General Hotel Management, Ltd. ("GHM"). I submit this Declaration in support of GHM's motion for summary judgment. I have personal knowledge of the facts set forth in this Declaration.

2. I have been employed by GHM since 2008.

3. GHM has its principal place of business and its headquarters in Singapore.

4. GHM manages and operates luxury hotels and resorts, primarily in Southeast Asia.

5. GHM contracts with a sales representation office located in New York, which promotes GHM and the hotels managed by GHM generally at trade shows.

6. The sales representation office has no authority to confirm reservations on behalf of the hotels managed by GHM. Not even GHM can confirm reservations. Only the hotels can confirm the reservations.

7. I declare under penalty of perjury that the foregoing is true and correct.

_____
MONICA CHLOE CHNG

Dated: February 11, 2016