1                          LEE KAR YIN

2    means?

3            A    Wrong?  Void?

4            Q    So you are taking a guess; you

5    don't really know what it means?

6            A    I just relied on this word void.

7            Q    Do you know what ab initio means?

8            A    I am sure it was mentioned to me,

9    but I cannot remember.

10           Q    Did you ask what that meant

11   before you signed it?

12           A    No, I think it was told to me.

13           Q    Before you signed it or after you

14   signed it?

15           A    Before.

16           Q    What do you think it means?

17           A    Void, null.

18           Q    From the beginning or as of the

19   time that -- as of today?

20           A    From the beginning.

21           Q    Why was it important for it to be

22   voided from the beginning?

23           A    Because it is wrong.

24           Q    And it is wrong because --

25           A    It is not necessary.

1                    LEE KAR YIN

2          Q    So, in your view today, it wasn't

3    necessary for you to sign an assignment from

4    Wave to Wave Design Pte. because the

5    copyrights in Wave-S automatically went back

6    to you, right?

7          A    Yes.

8          Q    Why, then, did you sign Exhibit H

9    in 2007?

10         A    Because --

11              MR. TOKE:  Objection, misstates

12         her testimony.  She told you when she

13         signed it.

14              You said 2007.

15              THE WITNESS:  I did.  I did.

16         Many times I did.

17   BY MR. SCHWARTZ:

18         Q    Wait, wait.  Let's get this

19   straight.  So it is dated in 2007, right?

20   Why is it dated 2007?

21              MR. TOKE:  Asked and answered.

22   BY MR. SCHWARTZ:

23         Q    Why is it dated 2007?

24         A    Before the company was, went into

25   cessation.

1                    LEE KAR YIN

2      the U.S. Copyright Office, right?

3           A    Yes.

4           Q    And it is all wrong?

5           A    My mistake.  In one thing to

6      record everything correctly, I thought it

7      should be registered.  It should be recorded

8      as Wave-S doing all this work.  Whichever

9      entity did whichever work, it should be

10     recorded correctly.

11          Q    It should be recorded correctly

12     because Wave Pte. Ltd. didn't want to assign

13     its copyrights to Wave Studio Pte.?

14          A    No.  They were already assigned

15     to my name.

16          Q    So, it is your position now, today --

17          A    What do you mean now?  I said

18     this -- sorry.

19          Q    So it is your position now --

20          A    I said this during deposition one.

21          Q    So, it is your position now, in

22     2015, that from the year 2000 to the year

23     2010 you individually owned all the copyrights?

24          A    For Wave-S.

25          Q    And all the documentation that

Page 320

1                              LEE KAR YIN

2        you have presented before and all the

3        documentation that has been filed with the

4        copyright office is null and void, right?

5            A    No, it just need to be corrected.

6        The name, the photo titles are correct.

7            Q    But the ownership is incorrect, right?

8            A    Instead of my company, instead of

9        my company, it should be my name.

10           Q    Because you say so?

11           A    No, because -- because Singapore

12       law requires for sole proprietorship it is

13       automatic.  There isn't anything that you

14       need to record.  Whatever Wave-S owned upon

15       cessation, it goes back to the sole

16       proprietor.  For a private limited company,

17       you have to follow the procedures.  The

18       company is not allowed to strike off if you

19       did not do -- there is a checklist for it.

20       If the company has a debt, if the company is

21       in lawsuit, you are only allowed to strike

22       off once they ascertain that the company

23       does not have any more asset, no debt, no

24       suit.  That means the company is clean.

25       Then only you are allowed to strike off.

```
 1                      LEE KAR YIN
 2     Lee Kar Yin.  These jobs cannot be orphan.
 3          Q    What made you think that you had
 4     to create Exhibit I to transfer the copyrights
 5     from Wave Pte. to Wave Studio Pte.?
 6          A    Well, when I first heard the term
 7     nunc pro tunc, which means now for then, I --
 8          Q    When did you first hear that
 9     expression?
10               MR. TOKE:  Can we go off the
11               record for a second?  I am getting a
12               call about a family, my family.  Just
13               for a second.
14               MR. SCHWARTZ:  Sure.
15               (Brief break.)
16     BY MR. SCHWARTZ:
17          Q    When did you come to the belief
18     that Exhibits H and I and the other exhibits
19     in deposition Exhibit 17 were null and void?
20          A    Actually, thank you for pointing
21     it out during deposition one.  I wouldn't
22     know because copyright registration is not
23     required in Singapore.  I have never gone
24     through any of this.  What you call
25     assignment, or recordation, I have never
```

1                          LEE KAR YIN

2       done any of this before.

3                    So, we spent such a long time

4       going through all these documents during the

5       first deposition, it made me think that what

6       is wrong with my, what is wrong with my

7       registration?  What did I do wrong?

8            Q    So you came to the conclusion that

9       you did something wrong with your registration,

10      and you wanted to correct it so that you

11      would own all of the copyrights, right?

12           A    In the first place, I do own all

13      the copyrights.  So, if I recorded it

14      wrongly or inaccurately, I need to correct

15      them, and I have every right to correct

16      them.  And correcting them is even more

17      expensive.  I just want them to be recorded

18      accurately if there is anything else that is

19      not accurate.

20           Q    So, it was your intention always,

21      from 2000 through 2012, that you

22      individually owned the copyrights?

23           A    It actually belonged to the

24      company.  I never thought too much about

25      things like that.  So, my sole purpose is

[& - actual]                                                                Page 1

&

**&**  251:8 279:24
  335:12

**0**

**00692**  338:9
**01ta6041411**  347:24
**05/07/2018**  347:25
**07039**  349:2
**07052**  251:10
**09239**  250:3

**1**

**1**  322:4 328:2,11,19
**10**  271:8,18 272:11
  272:15 337:22
**10,000**  302:9
**10005**  250:11
  251:22
**10:41**  250:13
**10:51**  275:16
**11**  261:4,10
**12**  266:22
**12:55**  344:5
**13th**  347:21
**14**  260:25
**15**  271:8,18 301:16
  303:23 308:12
  309:2 312:3,11,17
  317:5 323:9 326:17
**15th**  307:11 312:10
**16**  273:3,15 275:10
  279:15,21 282:19
  346:11,14
**17**  297:22,24 330:19
  342:13 346:12
**18**  335:17,20 346:13
**19**  300:6 301:2,8
  303:2

**2**

**2**  270:19 272:24
  273:6,12,14 275:10
  283:11 284:5
  285:16 286:12,17
  288:11 290:13

291:11 293:3
  346:11
**20**  272:11,15 313:4
  313:5,22
**20,000**  302:10,13
**2000**  319:22 331:21
**2002**  289:19,19,21
  289:25 290:6
**2005**  256:15,24
**2007**  254:24 260:20
  301:16,20 303:23
  307:11 308:6,8,12
  308:14,14 309:2
  311:9,14,19,20,23
  312:3,10,11,17
**2008**  254:24 260:20
  301:20 313:8,10
  314:18 315:9,17,19
  316:15,22 317:12
  318:5 321:23 322:4
  322:6 323:22 328:2
  328:5,11,19
**2009**  254:8,8,13
  260:20
**2010**  254:6,10,18,19
  254:21 264:16
  319:23
**2011**  255:13 264:16
  291:18
**2012**  255:13 262:7,9
  262:25 263:3,4,5,17
  263:20 264:4,6,16
  265:12,16,19
  266:12 275:23
  276:2 278:12 282:8
  285:8,22 286:13,14
  287:6 288:10 289:7
  290:11 292:2 293:2
  317:5 323:9,20
  324:5 326:17
  331:21
**2013**  263:3,4 264:4
  276:2 282:8 285:8
  285:22 288:10
  289:7 290:12

**2015**  250:12 319:22
  345:11,22 347:21
  348:22 349:4
**2082**  322:22
**20th**  313:25
**21**  267:7
**2126707**  349:7
**222**  290:2
**24-7287-00-6**  344:4
**253**  346:5
**273**  346:11
**28**  313:8 314:17
  315:8,17,19 316:15
  316:22 317:12
  318:5 321:23
  322:22 323:22
  328:5
**290**  349:1
**297**  346:12

**3**

**30,000**  302:16
**300**  302:15
**3200**  349:1
**335**  346:13
**381**  315:10
**39th**  251:22

**4**

**42**  283:11

**5**

**50**  317:21

**6**

**684**  335:23

**7**

**748**  338:17
**76**  267:6,8 269:17
  270:24 271:16
  272:21
**772**  298:20
**774**  300:5
**7:13**  250:3
**7th**  316:2

**8**

**8/18/28**  315:24
**80**  261:23 262:4
**800-227-8440**  348:2
  349:2
**804**  315:13
**808**  315:10,13
**810**  316:14,14
**84**  282:25 284:5
  285:16 288:11
  290:13 291:11
  293:3
**8th**  315:25

**9**

**9**  250:12 345:11
**9/9/2015**  348:3
  349:8
**918**  251:4
**94710**  251:5
**973-629-1287**  349:2
**9a**  325:12
**9b**  325:12

**a**

**a.m.**  250:13
**a21**  251:4
**ab**  309:23 310:7
**abcd.com**  282:3
**abigail**  251:12
**able**  314:9
**about.com**  251:15
  263:22 264:2,6
  282:22
**about.com.**  263:24
  282:20
**accurate**  331:19
**accurately**  292:8
  298:14 318:21
  331:18
**action**  250:3,17
  347:16
**activity**  296:16
**actual**  309:21
  318:11

[addition - bank]                                                    Page 2

addition 342:17
additional 342:12
address 287:18
  349:13
addressed 298:15
adjourn 343:23
adjourning 342:24
adversary 342:22
advertisement
  261:22 264:19
advice 294:6,9 296:2
advise 284:18
advised 293:23
affiliation 333:4
agencies 269:19
agree 290:10,10
  315:14 337:20
agreed 252:4,11,18
  253:16
agreeing 342:23
ahead 305:7 325:20
  340:10
airlines 251:20
airways 251:21
al 250:8
alliance 251:15
allotted 342:10
allow 269:21
allowed 320:18,21
  320:25 339:23
ambiguous 321:18
  325:18
amended 261:2
  272:17 275:11
  285:17
amendments 300:19
america 251:20
  279:12
american 288:23
answer 253:13,15
  257:23 258:2,20,22
  258:23 259:22,24
  275:12 276:19
  277:10 278:2,16
  282:14 284:15,15

285:6 294:15,15,17
  305:5,6 321:15
  326:16 332:12
  341:7 343:15
answered 265:22
  270:3 286:22
  304:20,22 306:9,14
  309:4 311:21 335:9
  336:17 338:4
answers 345:13
anybody 257:4
  297:6,12,13
apology 293:18
  294:24 295:6,9,12
  295:15,19 296:15
  296:21,24 297:7,14
appear 323:21,25
appeared 263:24
appearing 274:24
  276:7
appears 273:7
  275:17
apple 291:22 341:12
  341:14,15,16
application 337:8
applied 337:17
appointment 255:4
  301:22
approximately
  286:13 323:20
argument 276:17
argumentative
  269:25 299:7
  304:21
arlington 254:13
arrival 275:20
artists 329:21
  340:13
ascertain 320:22
aside 269:17 291:12
  291:12
asked 254:23 258:6
  265:24 271:22
  272:13 277:3
  280:14 286:22

288:14,24 289:6
  291:15 292:23
  295:6,9,19 296:9,15
  296:16 304:20
  305:8 306:9,14
  309:4 311:21
  332:14 335:9
  336:20 337:25
  338:4,12
asking 268:22
  276:12 278:11
  281:5 290:16
  296:20,21,22 297:6
  297:7 332:16 341:9
aspect 300:3
asset 320:23
assets 303:25 321:5
  322:11,18 328:13
  328:19,24
assign 319:12
assigned 319:14
  321:22
assignment 254:24
  298:17 301:6,11,17
  303:3,22 304:3
  305:22,23 306:20
  311:3 313:11,24
  314:2,18 315:16
  318:12 322:21
  323:2 328:4,17
  330:25 348:2
assignments 258:15
  260:21 298:11
  301:20 303:6 304:9
  308:4 314:8 329:3
associated 333:16
  333:21
assume 253:14
  262:2 275:3 278:22
  283:7
assumes 314:19
assumption 283:12
  283:19,25
attached 282:25
  283:5 306:8 327:16

attempt 278:3,6
  288:12
attorney 257:7,9,21
  259:18,19 294:2,17
  294:18 303:19
attorneys 251:3,8,14
  252:5
august 322:4,6
  328:2,11,19
automatic 320:13
automatically 299:4
  299:23 303:25
  311:5
available 275:20
ave 349:1
aware 333:24 334:2
  b
b 251:15,16,19,19
  251:21 268:17
  302:15 327:13,16
  327:17 346:8
back 254:5,25 258:8
  259:4 260:19
  276:22,24 294:11
  294:13,19,22
  299:23 302:19
  303:25 306:17
  307:8,19 309:21
  311:5 314:6,11
  320:15 321:15
  323:14 326:10,14
  333:12 338:16
  343:4 349:13
backdate 308:18
  326:22,24 329:4,5
  329:17
backdated 255:8
  308:19 309:10
  312:25 316:23
  317:2,10,11,12
  323:3 329:16
bad 289:12 332:22
bank 334:11

banner 264:19,21
based 262:10 263:11
302:22,23
basically 261:14
262:2 303:24 337:3
basis 339:25 343:17
bates 298:19
beach 337:6
beautiful 339:20
beginning 310:18,20
310:22
behalf 250:16
belief 293:10,13
301:17 302:20,22
313:23 325:13
326:11,12 330:17
332:16,24 333:13
333:23
believe 262:22 297:8
298:14 301:14
303:2 332:7,17,17
333:4,16,19 334:14
342:17
believed 276:5
285:25 286:6
belong 292:12
303:13 322:16,16
327:2
belonged 331:23
berkeley 251:5
best 253:14 271:2
279:5 280:7 286:3
288:16,18 292:21
297:5
big 288:4 291:22
332:3
bills 265:25 266:9
blank 277:2 278:25
288:16 292:19
bldg 251:4
bloud 347:17
blue 264:24
boland 251:9

bookit 251:15
born 292:14
bottom 298:19
334:16 338:8
349:12
branding 337:16
break 297:19,20
330:15
brief 297:20 330:15
briefly 272:19
brochure 261:23,25
262:4 338:15
brought 309:11,13
building 341:18,20
bump 342:16
business 256:2
261:9 266:4,14
307:7 334:4,6
button 271:4

**c**

c 251:1 272:2 289:24
345:2 347:1,1
calendar 334:15,16
335:3,4,11,12
california 251:5
348:21 349:12
call 255:20 261:23
289:18 330:12,24
called 266:21 300:9
calls 257:6 259:18
cameron 295:21
care 322:25
case 292:11 348:3
349:6
caused 263:5,19
cc 349:25
cd 267:18,22 268:5
268:6 274:19
cds 269:13
cease 295:16 307:7
ceased 299:21
certain 269:18
287:22 288:2
325:10

certainly 343:13
certification 252:7
certify 345:8 347:8
347:15
cessation 299:21
306:15 311:25
320:15
chairs 322:19
change 256:13,25
259:11 343:12
348:5 349:11,12
changes 257:3
258:12,17 259:14
259:15 260:17
300:15,24 349:11
charge 272:4 288:7
chase 250:11 251:22
cheapair.com
251:16
check 254:5,25
261:11 292:21
293:8 307:20
checklist 320:19
chedi 281:17 289:23
chee 279:25 288:24
289:3 292:22
chiesa 251:8
chinese 314:14
315:23
choose 257:22
258:23
chooses 268:16
chose 338:21
citibank 334:7
335:5,6
civil 250:3
claim 296:17 297:15
317:13
claiming 261:13
263:8
clarification 324:17
clarify 324:15
clausen 251:14
clean 292:12 298:10
320:24

clear 269:13 273:13
click 263:25 264:14
264:20
clicked 264:14
265:4
client 257:7,9,21
259:18,19 294:2,17
294:18
clock 271:6
coaching 325:23,24
cobalt 251:3
coca 332:15
cola 332:15
collection 283:9,22
283:24 284:2
collectively 271:6
297:24
com 270:9
come 256:4 260:6
264:12 304:4
330:17
comes 299:23
coming 288:10
commented 340:9
commission 347:24
348:25
commissioner
252:13
communicate
277:24
communicating
256:8
communication
259:20 295:5 296:4
communications
270:8 296:19
companies 255:12
303:13 333:20,22
company 266:21
291:17 311:24
320:8,9,16,18,20,20
320:22,24 321:3
322:23 328:12,12
331:24 332:7,10,15
333:2

company's 255:2
compared 264:16
complaint 261:2
270:20 272:18,25
273:7,14 274:13
275:10,11 280:21
283:2,6 285:17,17
290:14 337:22
346:11
complete 318:16
345:12
computer 290:24
concerned 283:21
conclusion 304:4
331:8
conclusions 260:6
connection 265:6
274:23 282:21
283:4 284:4
consider 261:25
299:15
considered 268:13
consult 257:13,17
279:6,8 288:17
consulted 260:10
consulting 260:12
contact 278:4,7,12
278:15,17 284:10
284:12 285:24
286:20 287:14,17
287:21 288:4,6,12
291:8
contacted 284:25
286:5,10 288:23
291:25
contain 327:17
contained 318:11
328:4
continue 341:9
continued 250:15
contributed 256:21
conversation 295:14
295:21 296:8,13
297:12

coopers 335:12
copies 256:23
270:23 271:12
copy 261:2 262:19
269:24 270:20
274:14 308:9,24
309:13,14,15
327:14,18 343:25
344:4
copyright 274:4
280:2,4,6 289:2,3
292:6,17,21 301:12
305:25 319:2 320:4
323:19 324:5,8
325:14 330:22
copyrights 311:5
319:13,23 322:8
328:23 330:4
331:11,13,22
340:20 341:5
copywriter 256:20
256:22
corporate 327:15,18
337:16
correct 254:2
266:18 267:21
268:11 269:7,23
270:15 274:5,6,25
278:3 280:24 281:7
283:6,19 284:5,6
286:7 290:12 292:4
297:17 301:24
302:3,5 305:17,19
306:24 307:3 312:9
312:11 313:15,18
313:21 315:6,17,18
316:8,15,22 317:6,7
317:10,15 318:7,8
318:10,20 320:6
321:23 323:4
327:14,18 331:10
331:14,15 335:8
338:3 339:22
345:12,14

corrected 298:16
300:21 320:5
correcting 331:16
correction 270:22
270:24
corrections 254:22
271:15 272:21
349:11
correctly 281:6
292:8 316:7,12
319:6,10,11
costs 317:21 329:7
counsel 250:21
269:18 346:14
349:25
counter 251:18
county 345:6 347:4
course 255:6 339:18
court 250:1 252:16
266:8
crappy 339:17
create 330:4
created 271:3,7
290:5,7,8 334:5
337:7 338:14
creation 256:21
creative 332:3,4
credit 262:15 263:8
263:25 286:18
crossed 306:3
cv 250:3

d

d 251:15,16,19,19
251:21 289:24
345:2 346:1
damages 342:5,19
342:22
date 255:9 256:18
263:13 273:4 275:8
275:14,15,19
290:23 291:2,3,6
297:25 306:3
308:10 309:7 312:2
312:4,5 313:2,2

315:9,21 316:6,15
316:22 317:13,18
317:18 318:5,5
325:15 326:18,19
326:21 329:6,19
335:18 348:3 349:8
dated 303:22 308:14
311:19,20,23
312:10,16 313:8
322:22 323:22
328:5,11
dates 289:14,15
290:21,21 305:2
309:16 324:9
day 298:23 308:20
314:23 317:3
345:21 347:21
348:22
days 322:9,22
349:16
dear 349:9
debt 320:20,23
decision 257:12,15
257:15
declaration 300:9
deeds 252:14
deemed 349:17
deeper 286:25
defendant 251:8
defendants 250:9
251:14 280:13,15
280:24 284:9,10
285:24 288:13
292:16
deliver 267:18
delivered 267:23
274:18 283:12
delivering 268:5
dell 256:3
department 288:6
349:22
departure 275:21
deposition 250:15
253:19,22 254:2
256:5 260:7 264:8

265:23 273:15
275:9 279:21
289:18 291:14
298:24 299:9,18
303:5 304:6 319:20
330:19,21 331:5
342:4,25 343:23
345:10 348:3 349:8
349:10
**describe** 335:10
336:2 337:14
**described** 261:9
293:20 316:18
322:12 337:22
**describes** 266:21
**description** 335:4
346:10
**descriptive** 334:17
337:11,13
**design** 272:3,4
311:4
**designed** 256:15
272:14 336:6,13
**designer** 271:19
**designs** 337:3
**desist** 295:16
**determine** 261:8
**determined** 262:9
263:15
**detyanni.puri**
270:13
**development** 334:11
**difference** 268:20
312:22 322:25
**different** 256:23
**directly** 287:21
**disclose** 269:19
**discovered** 289:8
**discovery** 274:10
283:16 340:18
341:2 343:9,15,17
**discuss** 257:3
258:18 259:10
**discussed** 259:5

**discussion** 279:2
343:14
**disseminated**
269:21
**distorted** 262:16
**district** 250:1,2
**document** 273:2
300:8 305:14,24
306:8 307:16
308:11 309:21
312:3 315:15,15
317:9 321:24,25
323:8,19,20,21
325:8,14,16 335:16
335:23 346:13
**documentation**
319:25 320:3
**documents** 297:23
307:20 315:10
331:4 342:19
346:12
**doing** 255:15 307:7
318:18,18 319:8
339:12
**dot** 270:9 287:25
**draft** 300:13,16
**drive** 251:9
**duly** 253:1 347:11

e

**e** 251:1,1 253:1,1
254:7 256:22
264:10 266:3
284:22,22 289:24
289:24 327:20,21
327:25 328:10
345:2,2,2 346:1,8
347:1,1
**earlier** 313:17
**editables** 338:6,13
**effect** 252:14 315:17
**effective** 301:15
315:9,22
**effort** 278:17 284:9

**eight** 261:25
**either** 263:22
**eleanor.hardy**
270:11
**ellis** 284:21,25 285:5
285:12,23 286:5,9
291:18 293:5 295:3
295:5,12 296:3,7,12
296:14 297:13
**embassy** 255:4,5,7
255:21 301:22
306:5 308:16,17
309:8 312:23 317:4
326:17,21 329:5,18
**empire** 341:18,20,22
**employee** 268:14
**empty** 307:21
309:14
**encl** 349:24
**enclosed** 349:10
**entered** 301:12
315:16
**entire** 283:8,22,24
284:2 300:8
**entities** 284:8
292:11
**entitled** 250:17
276:12 342:18
**entity** 281:23 283:8
283:13,22 302:3,4
302:11,14,15,18
314:10 319:9 327:8
**errata** 348:1 349:11
349:13
**error** 301:6,10,17
301:18 303:3
313:16,24
**escape** 290:9
**esq** 251:6,11,12,23
349:5
**establish** 291:17
**et** 250:8
**evening** 298:4
**event** 269:12

**evidence** 261:24
262:6,10 263:12,13
263:14 264:4
273:20,21,22 291:3
291:4 314:20
**ex** 346:14
**exactly** 269:23
340:15
**examination** 252:8
253:5 346:4 347:10
347:12
**examined** 253:3
**example** 286:12,16
338:6,16
**excuse** 308:10,25
**exhibit** 260:25
270:19 272:24
273:3,6,12,14,15
275:10,10 279:15
279:21 282:19,25
283:11,11 284:5,5
286:12,17 290:13
297:22,24 304:15
304:17 305:20,22
305:23 306:7
307:16 311:8 313:5
313:8 315:5,6,8
318:25 321:22
322:8,22 324:7
327:13,16,17,20,25
328:5,10,17 330:4
330:19 335:14,17
335:20 337:22
342:13 346:11
**exhibits** 282:25
283:10 285:16
288:11 291:11
293:3 330:18,18
**exit** 251:19
**expect** 343:14
**expedia** 251:15
**expensive** 323:16
331:17
**expert** 299:16

expires 347:25
348:25
explain 256:4 270:5
270:25 271:2
341:25
explained 271:11
expression 309:22
309:25 317:9 330:9
extent 257:6
extra 343:6

**f**

f 269:11,11 347:1
facebook 264:18
fact 266:7,7
facts 314:19
fair 342:14
familiar 280:6
family 330:12,12
far 258:18 283:21
343:16
farebuzz 251:16
fareportal 251:16
fax 349:2
february 301:16
303:23 307:11
308:6,12 309:2
312:3,10,11,17
file 262:8 323:20
344:4
filed 272:18,22
274:12 320:3
323:18 324:4,7
325:14
files 290:20
filing 252:6
fill 303:15
filled 255:2 256:6
307:18,21
final 266:3
find 256:19 262:5
263:10 265:14
274:11 277:5,8
283:15 284:19,20
286:23 292:24

303:11 314:13,15
349:10
fine 296:5 308:22
309:15 324:22
343:5,19
finish 279:17 296:11
340:10
firm 289:2
first 253:1,9 254:18
256:14,18 261:4,7
263:10,15 264:7,17
265:7,23 273:8,12
276:3 284:11,25
286:11,19 288:15
288:22,24 290:7
291:13 292:15
293:14 298:23
299:18 300:11
303:4,5 322:13
323:8 329:2 330:6,8
331:5,12 340:7
342:21
five 261:5 298:22
299:3 315:13
floor 251:22
focus 332:2
foders.com 251:19
follow 294:5,8
320:17 342:19
following 343:10
follows 253:4
force 252:14
form 252:19
forms 256:7 303:15
307:19
forth 292:10 329:23
347:11
forward 349:13
found 256:22
261:12,20,21
266:12 278:20
279:15,20 282:2
292:18,18 293:2
four 271:5

fourth 335:24
free 349:2
friday 275:16
290:24,24
friend 255:10,16,23
258:11 307:24,25
frommer 251:16
front 255:19 313:6
further 252:11,18
347:15
fusion 251:18

**g**

g 345:2
general 250:8 251:9
267:23 268:7,10,14
268:18,21,25
269:15 270:6 274:8
274:21 336:9,14,25
generally 294:3
gentleman 254:13
254:15
getaroom 251:16
getting 291:9,10
304:21 330:11
ghm 256:14,18
265:6,18 266:8,13
266:16 267:2,21,23
268:6,7,14,15 269:2
269:3,14,20 270:7,9
274:19,23 276:6
277:3,4,23,24 278:4
279:23 281:2,9,11
281:13,18,20,23
282:6,13,13,21
283:4,9,12,22 284:2
284:4 286:5,6,10
290:8 293:19 295:5
295:6,12,18,20
296:9,15,16,19
297:7,13 332:7,10
332:18 333:2,4,17
333:21,25 334:3,9
334:13,15,15,16,18
334:21,23 335:3,4,7

335:11 340:25
343:6,8,10,12,15,18
ghm's 266:5 269:5
332:25
ghmhotels.com
270:10 282:6
ghmhotels.com.
268:2 270:11,13
giantomasi 251:8
give 253:15 342:23
given 270:16 272:11
296:2 314:6 345:14
347:13
giving 262:15 321:9
gmbh 348:3 349:6
go 258:16 266:9,13
271:4 280:9 285:4
293:22 302:19
305:7 309:20 313:4
321:19 324:11,23
325:2,20 328:25
330:10 337:18
340:10 343:4
god 289:21
goes 306:16 320:15
gogobot 251:20
gogobot.com 251:21
going 253:10,14
258:20,22 259:17
260:24 276:17
289:10 293:24
294:5,8,16 296:24
314:13 324:18
325:4 326:15 331:4
340:14 341:8,19,21
342:11
good 291:24 292:25
295:10,17 302:12
307:13 315:23
332:5,5,5,10,15,18
332:22
google 264:10,11
265:2 287:24
googled 261:19

[government - july]                                                                                           Page 7

government  269:18
grammatical  300:23
great  314:9
guess  310:4
guide  251:18,18

**h**

h  272:2 289:24,24
  304:15,17,19
  305:20,22,23 306:7
  307:16 311:8 315:5
  315:6,8 318:25
  324:7 330:18 346:8
hai  281:8 338:17,25
  339:5,9 340:4
hand  336:8 338:19
  338:22 347:21
handful  290:4
hang  292:6 314:5
hans.meier  268:2
  270:10
happen  295:13
happened  263:5
  291:17 314:17
  315:19
happening  264:23
hard  270:4
hear  254:9 260:22
  289:19 330:8
heard  330:6
held  250:17 279:3
help  290:18 291:16
  328:3,6 329:13,14
helped  256:9
hereto  252:6
hereunto  347:20
high  278:23
hoi  281:8 339:5
hold  324:2 340:24
honest  287:4 289:11
hopefully  288:3
hotel  250:8 251:9
  267:21,24 268:6,11
  268:24 269:2,14,19
  269:24 270:7

271:21 274:8,20
  278:7,12,17 281:5,6
  334:8,8 336:9,14
  337:2 338:22
  339:17,22
hotel's  269:5
hotelplanner  251:17
hotels  256:23 266:5
  266:9,10 270:9
  280:16,16,21,22
  281:24 282:6,11
  300:20 337:21
  338:3 339:13,15
hotels.com  251:16
hotelshyme  251:16
house  251:19
housed  292:9
howard  251:11
  304:22
huh  260:15 273:25
  335:25
humble  299:2
hundred  337:19
hundreds  256:6,7
  307:18,19

**i**

idea  265:7 266:15
  266:18,19 267:4,5
  269:4 274:13,23
  282:23 283:3,18,20
  292:7,15
identification  273:3
  297:25 335:17
identified  258:18
  273:10
identify  302:13
  314:9 327:7 335:21
  339:4,9
identity  337:7
  338:15
ignored  266:2
images  271:3,7
immediate  322:6

immediately  256:10
implying  261:14
important  287:12
  310:21
improper  286:15
improperly  285:25
  286:7
inaccuracies  298:10
  298:15
inaccurately  331:14
included  349:11
including  269:22
  325:11
incorporated
  285:11
incorrect  320:7
indicate  273:12
  299:3
indicated  325:15
indicates  262:9
indicating  349:11
individually  319:23
  331:22 333:20
information  301:16
  302:20,22,23,24,25
  313:23 318:11
infringed  296:22
infringement
  291:20 292:17
infringing  282:17
  296:25 297:8,15
initial  300:16
initially  307:15
initio  309:23 310:7
inquiries  277:14,19
  277:22
insanelycheapflig...
  251:17
inside  264:13
instances  337:20
instruct  293:25
instructed  257:25
instructing  259:22
  259:24

intangible  328:24
intent  298:13
  323:18
intention  331:20
interest  299:4
  325:10
interested  274:17
  347:18
interior  272:5
international
  338:10,14
internet  269:22
interpose  340:11
interrupting  325:3
introduction  254:7
issue  340:17 341:5
issues  341:4
items  271:11

**j**

j  251:11,12,23
jennison  254:6,10
  254:14,17 279:10
  284:13,14 291:25
  307:15 313:14
  318:2
jersey  251:10 349:2
jessica  250:19 347:6
  347:24
jetblue  251:17
job  250:25 268:8
  269:16 314:9 327:7
  332:4,5,5,5 336:14
jobs  329:23 330:2
john  254:6 256:9,11
  279:9,10 280:5,6,8
  280:14 284:16
  289:5,5,6 291:15
  292:23,23
july  313:8 314:17
  315:9,17,19,25
  316:3,15,22 317:12
  318:5 321:23
  322:22 323:22
  328:5

[june - lighting]                                                                    Page 8

june  287:6
jurat  349:16

**k**

k  253:1 272:2
  289:24 345:2
kar  250:15 254:1
  255:1 256:1 257:1
  258:1 259:1 260:1
  261:1 262:1 263:1
  264:1 265:1 266:1
  267:1 268:1 269:1
  270:1 271:1 272:1
  273:1 274:1 275:1
  276:1 277:1 278:1
  279:1 280:1 281:1
  282:1 283:1 284:1
  285:1 286:1 287:1
  288:1 289:1 290:1
  291:1 292:1 293:1
  294:1 295:1 296:1
  297:1 298:1 299:1
  300:1,9 301:1 302:1
  303:1 304:1 305:1
  306:1,22 307:1,2,9
  308:1 309:1 310:1
  311:1 312:1,21
  313:1 314:1,12,13
  315:1 316:1 317:1
  318:1 319:1 320:1
  321:1 322:1,15
  323:1 324:1 325:1
  326:1 327:1,2 328:1
  329:1 330:1,2 331:1
  332:1 333:1 334:1
  335:1 336:1 337:1
  338:1 339:1 340:1
  341:1 342:1 343:1
  344:1 345:8,17
  346:3 347:9 348:4
  348:20 349:8
kawana  270:23
kayak  251:17 274:3
  274:13 276:4,7
  277:14,19,23

278:13 280:12
286:16,20,25
287:21
kayak's  287:20
kayak.com  274:24
kayak.com.  273:9
keep  323:16 324:18
  325:3
kept  289:18
kind  274:17
kit  335:5,6
knew  279:5 307:12
  317:19 329:6,23
know  254:6,20
  261:14 262:13,25
  263:4,24 264:11,13
  267:3 268:18,25
  270:7,15,16 274:10
  274:15 275:20
  278:10,21,24 280:5
  280:16 282:3
  283:16 284:17,20
  285:2,3 287:5,7,9
  287:13,15,17 288:5
  288:19 289:4,10,25
  291:19,22 292:20
  292:25 293:15
  297:3 298:6,24
  303:4 307:10 308:3
  309:12,25 310:5,7
  312:7,15 316:10,10
  316:24 323:5
  326:22,23 329:4,22
  330:22 332:15
  340:4,7,8
knowledge  285:23
  286:3 297:5
knows  278:24
  314:14 340:6
koichi  271:23 272:2
  272:4,13,13 274:16
koichisan  271:23
kun  279:25 288:24
  289:3 292:22

**l**

l  253:1 284:22,22,22
  289:23,23 345:2
label  341:13
laden  271:18 272:9
  274:16
lady  312:24
laid  303:20
lalu  289:23
late  342:13
law  298:25 299:5,16
  300:3 307:7 320:12
  321:3,6,7,10,18
  329:22,22
lawrence  312:15
  316:18
lawsuit  279:22
  283:17 288:13
  293:11,21 297:2
  320:21
lawyer  255:24
  257:14 258:13,19
  259:6 260:3,11,14
  279:6,8,24 280:2,4
  280:10 284:12
  288:17,23,25 289:4
  291:8 292:22,24,25
  293:23 294:7,9
  342:3
lawyer's  257:15
lawyers  279:14,22
  293:5
laymen  312:19,22
leason  284:21,25
  285:5,12,23 286:5,9
  291:18 293:5 295:3
  295:4,12 296:2,7,12
  296:14 297:13
led  303:2 314:18
lee  250:15 254:1
  255:1 256:1 257:1
  258:1 259:1 260:1
  261:1 262:1 263:1
  264:1 265:1 266:1

267:1 268:1 269:1
269:19 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1,9 301:1
302:1 303:1 304:1
305:1 306:1,22
307:1,2,9 308:1
309:1 310:1 311:1
312:1,21 313:1
314:1,12,13 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1,15 323:1
324:1 325:1 326:1
327:1,2 328:1 329:1
330:1,2 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:8,17 346:3
347:9 348:4,20
349:8
left  255:18 336:8
  338:22
legal  269:18 348:1
  349:1
lengthy  271:5
leonardo  251:21
  261:9,12,12,18,22
  262:11,15
letter  297:2,6
  349:17
licensing  340:20
lighting  271:19,21
  272:9,10,10,12

limited 320:16
327:2,5 343:9,17
line 263:25 286:18
348:5 349:11
link 264:8 277:3
284:14
links 265:4
list 280:20
listed 280:21,22,24
284:8
listen 276:10,16
281:3
litigator 284:17
livingston 349:2
llc 250:5,16 251:4
251:20 285:11
292:13 306:23
llp 251:3
located 280:8
logo 336:3,5,6 337:5
337:14,16
lonely 251:17
long 303:5 304:6
316:8,8 331:3
longer 326:16
look 256:16 261:3,4
263:7,12,19,23
264:16 266:22
267:6 271:14 276:3
280:20 282:18
286:24 289:20
290:6 298:18,22
301:2 303:19
304:15,17 314:4
322:13 325:7
327:10 335:23
looking 264:2,6
287:18 315:5
338:10
looks 305:11
loss 287:7
lot 278:14,20 293:11
327:6 329:7
lower 336:8

lybrand 335:12

**m**

m 345:2
magistrate 343:4
mail 254:7 266:3
mailing 256:22
maintained 266:8
making 295:7
301:22 302:6 316:4
316:5
management 250:8
251:9 274:9 336:9
336:14 337:2
manager 256:3
267:24 268:7,10,14
268:25 269:15
270:6,12 274:20,21
manager's 268:19
268:21
manhattan 250:11
251:22 339:7
manner 269:22
mark 335:14
marked 260:25
273:3 297:24
335:17
marketing 334:7
marriage 347:17
masano 270:22,23
271:9,12 275:5
materials 296:22,25
334:7
matter 255:11
347:18
matthew 251:23
mean 256:20 257:17
263:7,12 268:10
277:16 281:10,19
283:20 287:3,16
301:5,9,13 302:21
303:11,12 309:23
313:25 317:19
319:17 332:3,19
334:14 337:13

means 281:12 310:2
310:5,7,16 320:24
323:4 330:7
meant 303:16
310:10
medium 332:23
meet 285:4 293:4
memory 267:19,20
267:23 274:19
mention 258:12
mentioned 301:19
310:8
met 254:10,13,17
285:11
metro 251:17,18
miami 337:6
michele 256:24
mid 287:6
miller 251:14
mind 259:11 265:5
265:12 267:2 268:5
268:13 277:2
278:25 288:16
292:19 312:6
322:24 332:21
mine 290:17
minute 305:4
308:13
minutes 327:15,18
328:10
misspelled 300:20
300:21
misspellings 300:22
misstates 276:8
299:7 311:11 324:3
mistake 306:23,25
307:6,17 319:5
327:23
mistaken 254:7,12
mistakes 300:23
305:18 307:4
mistook 254:14
money 255:15
293:11 307:22
312:8 329:7

month 254:20
261:24 262:4
315:25 316:2
mouth 324:20
mt 349:1
muscat 281:17

**n**

n 251:1 253:1
284:22 345:2,2
346:1
nam 281:8 338:17
338:25 339:5,9
340:4
name 255:2 261:13
261:17 265:10
300:20,21 314:14
319:15 320:6,9
334:3,13,18,21,23
335:7 336:11,13,16
336:25 337:10
338:2,21,23 339:9
339:21 341:14
348:3,4 349:6
names 337:21
namhaihoian.com
280:25
necessary 306:11,13
306:21 310:25
311:3
need 260:22 275:6
287:7,22 291:16
292:20 303:11
304:3 320:5,14
324:17 331:14
needed 316:5
negative 333:17,18
333:21
netadvantage
251:18
network 251:15
never 286:5 297:6
297:11 322:24
330:23,25 331:24
332:2 337:25

[new - photo]                                                                  Page 10

**new** 250:2,11,11,20
251:10,22,22 253:3
291:22,23 293:3
341:22 345:4,25
347:3,4,8 349:2
**nice** 312:4 339:13,15
**night** 305:15 342:13
**nine** 325:7,8
**nj2126707** 250:25
348:2
**notarize** 255:7
308:18 309:9
312:25 313:2
316:25 323:12
**notarized** 255:5,9
301:23 304:25
306:5 308:9,21,24
314:22 317:5
323:10 326:16,19
349:12
**notarizing** 317:18
**notary** 250:19
252:13 253:2
255:20 306:4
316:25 345:25
347:7 348:21,24
**note** 349:11
**noted** 344:5
**notify** 265:15,18
285:24
**null** 310:17 318:13
320:4 328:18
330:19
**number** 261:21
266:22 298:20
315:23 325:7,8
335:15 338:8 344:4
346:10 347:24
349:7,11
**numbers** 289:11,12
289:13,15
**nunc** 323:6 330:7

**o**

**o** 272:2 284:22
345:2
**oath** 253:4,7 345:10
**object** 259:18
**objected** 276:18
325:20
**objection** 257:5
269:25 276:8
278:18 299:6,13
311:11 321:11,17
323:23 324:3,21,22
325:17 340:11
341:8
**objections** 252:19
**objective** 293:14
**obviously** 309:11
**occur** 295:13
**occurred** 253:25
**occurring** 296:17
**october** 317:5 323:9
326:17
**office** 305:25 319:2
320:4 323:19 324:5
324:8 325:14
**officer** 252:15 315:2
**oh** 255:7 256:11
260:23 289:21
**okay** 255:10,11,12
259:10 260:13
261:19 264:5,24
266:4,12,15,24
267:10 269:12
271:8 277:13
283:23 286:25
289:4,16,25 291:14
292:23 295:10
297:18 298:21
299:11 303:19
306:6 308:19,21
309:6,10,17 313:3
313:25 314:25
315:13 316:13
317:2,3,17 322:2

325:4,5,19 329:20
341:12 342:2 343:5
343:22
**once** 262:11 320:22
**open** 340:18 343:13
**opening** 334:19
**operation** 299:5
307:7
**opinion** 302:7
**orange** 251:10
**order** 250:20 268:9
**ordered** 267:21
**organization** 288:5
**original** 271:14
**orphan** 322:17
330:2
**outcome** 347:18
**overlooked** 272:23
**owned** 287:13
299:23 307:3
312:21 319:23
320:14 325:9
331:22
**owner** 269:16
281:12 282:4,5,5,12
287:23,24 288:3
303:14 329:24
**ownership** 320:7
322:9 340:19 341:5
**owns** 287:8,10
322:18,19

**p**

**p** 251:1,1 289:24
**p.c.** 251:8,14
**p.m.** 275:16 344:5
**page** 261:5 267:7
273:8,12 276:3
282:18 298:18,19
300:5 315:12
316:13 334:19
335:24 338:8 346:4
346:10 348:5
349:11

**pages** 337:19
**paid** 265:25 268:21
268:25 269:2
**paper** 318:16
**paragraph** 261:4,10
266:21 267:6,8
269:17 270:24
271:16 272:21
280:22,23 298:22
299:2 300:6 301:2,8
303:2 313:4,5,22
325:7,8 327:10,14
**parker** 251:4
**part** 254:10 326:4
**particular** 274:3
275:9 283:13
**parties** 252:6 347:16
**partner** 251:18
**passport** 293:8,9
**payment** 266:10
268:9 270:17,18
**pays** 268:18
**pegasus** 251:19
266:21 267:2
**penalty** 349:13
**people** 256:20 263:9
271:6,17 275:4
278:15 332:4,4
339:16
**period** 282:8 342:9
**perjury** 349:13
**permission** 336:10
336:12,16 337:9
338:2 341:16
**person** 271:22 280:7
281:20,22 283:8,21
288:4,22 292:21
**personal** 340:12
**personally** 285:18
332:17
**pertaining** 256:10
**philippines** 334:8
**phone** 295:14
**photo** 320:6

[photocopy - read]                                                                    Page 11

photocopy  305:11
photograph  274:3
  286:17 340:5
photographer  299:2
photographs  269:20
  280:17 283:13
  284:3 286:2,7 297:9
  297:16 322:18
  325:11,11
phuket  289:23
physically  269:14
  285:4
pick  312:2 315:21
picked  317:13
picture  262:14,14
  262:16,17,18 263:8
  264:13,19 274:9,14
  274:24 276:6
  277:15,20,23 278:7
  278:13 335:11
  338:18,23 339:2,4,7
  339:9,10,19,19,21
  341:12,17,20
pictures  261:13,15
  261:15,15 262:2
  263:17,24 264:22
  265:9,10,13,16,19
  271:13,14,18,20
  272:5,7,11,16
  274:15,18 275:6
  277:2 289:22,23
  290:5 339:13,15,17
piece  317:20 318:15
place  250:18 292:9
  292:13 329:2
  331:12
plaintiff  250:6,17
  251:3 343:20
planet  251:17
plaza  250:11 251:22
pleaded  265:24
pleasant  349:1
please  266:9 267:7
  271:25 278:22
  293:16 316:10

318:22,23 327:11
  327:13 349:10,10
point  256:7 275:22
  297:3 301:23
  302:11 314:12
  321:18 323:5
  340:19 341:3
  342:25
pointed  340:17
pointing  298:12
  330:20
portfolio  335:2,3,5
  337:4,12,24 340:2,3
  340:13
position  268:16,17
  319:16,19,21 341:2
  343:8,10,13
positive  333:5
possible  290:4
possibly  283:15
postproduction
  271:5
pr  256:3 270:12
prepare  314:18
  342:15
prepared  254:24,25
  307:16 313:11
  315:6,14 316:14
  317:25 323:8
prerogative  343:7
present  288:13
presentation  338:11
presented  300:24
  320:2
previous  253:19,22
  293:9
previously  260:25
principle  314:4
prior  262:13 291:9
  292:2 305:18
  322:10
private  320:16
  326:25 327:5
privilege  257:7,9,21
  259:19 294:2,17,18

privileged  259:20
pro  323:6 330:7
probably  262:6
  275:22 287:5
procedures  320:17
process  271:5 316:8
produced  262:23
  315:10
production  349:22
profession  256:2
professional  325:10
project  267:16
promote  334:4,6
promotion  272:6
  275:7 339:24
promotional  271:10
properly  289:19
proprietor  299:19
  299:24 304:2
  306:17,18 320:16
proprietorship
  299:19,21 306:16
  306:18 320:12
pte  311:4 313:20,20
  318:12,13 319:12
  319:13 321:21
  322:3,9,11 325:9
  327:25 328:11,18
  328:22 330:5,5
public  250:19
  252:13 253:2
  255:20 295:9,12,15
  295:19 296:21,24
  297:7,14 316:25
  332:19 345:25
  347:7 348:24
publicly  269:21
purported  301:5,9
purpose  331:25
purposes  342:3
pursuant  250:20
put  255:9 264:24
  265:9 269:5,6
  271:13 272:6
  273:24 275:18

292:12 303:14
  304:7 308:20 309:7
  312:3 315:24 317:3
  317:17 326:21
  327:4 329:6,18
  334:9 341:13,19,21
putting  261:13,22
  324:19 339:8

              q

qantas  251:21
question  253:13
  258:5,6 259:2 260:9
  264:15 265:8,11
  276:12,13,15,19,21
  277:10 278:2
  279:18 294:11,16
  294:20 299:12
  304:23 305:8
  321:13,15 323:11
  325:22 326:2,4,6,8
  326:12 333:10,18
  336:15,18,20
  340:22
questions  252:20
  253:11 341:7,9
  342:5,15,16,18
  343:15

              r

r  250:19 251:1 253:1
  347:1,6,24
raffles  334:8 338:9
  338:14
rajah  279:24
ralph  340:6
random  251:19
  312:5 317:14
read  258:7 259:3
  261:7 266:23
  267:12,13,14,18,20
  267:22 272:17,21
  276:22,23 294:11
  294:12,19,21 300:6
  300:8,11,18 301:3,8
  321:15 323:13

[read - salary]

326:9,13 333:11
336:7 345:9
**reading** 349:17
**realize** 260:17
**realized** 260:18
307:20
**really** 283:18 288:5
298:25 301:24
302:2 310:5 318:19
**reason** 282:10,15,15
314:22 327:4 348:5
349:12
**recall** 300:25 336:24
**recaptured** 263:14
**receipt** 349:16
**reciprocal** 343:20
**recollecting** 328:7
**recollection** 256:17
286:9 290:19
302:17 307:18
328:4
**recommend** 280:3
**record** 257:25 258:7
259:3 273:17
276:23 279:3
294:12,21 316:11
318:20 319:6
320:14 323:13
324:12,24 325:2
326:9,13 330:11
333:11 345:12,14
347:13
**recordation** 330:25
**recorded** 258:8
259:4 276:24
294:13,22 298:14
318:25 319:7,10,11
323:14 326:10,14
331:13,17 333:12
**records** 254:5
**redundant** 258:15
**reference** 349:7
**referred** 321:14
**referring** 290:13
291:11 318:25

**refers** 313:5
**reflecting** 327:15
**refresh** 256:17
290:18 328:3
**refuse** 294:16
**regard** 341:3
**regarding** 297:13
**register** 256:9
303:12 307:14
**registered** 280:11
281:2,20,23 302:3
319:7 325:12
**registering** 323:16
**registrant** 281:9,10
281:18,19 282:5,6
**registration** 256:8
280:6 291:15
298:11,16 330:22
331:7,9
**registrations** 274:4
292:7 303:6 316:7
**related** 347:16
**relating** 342:21
**relation** 255:22
**relationship** 266:16
266:25 274:8
**relevance** 340:15
**relied** 310:6
**relocated** 285:14
**rely** 303:18
**remember** 256:5,8
257:2 275:13 285:2
285:14 287:23
290:2 295:8,8
299:25 310:9 318:3
**remote** 251:12
284:22
**remove** 295:16
296:22,25 297:8
**repeat** 258:4,6,25
276:20 280:18
321:13 326:6,8
333:10
**repeatedly** 340:17

**repeating** 299:25
**rephrase** 259:12
260:9 299:12 332:8
333:18
**reporter** 258:3,8
259:4 271:25
276:24 294:13,22
321:16 323:14
326:10,14 333:12
343:24 347:7
**representatives**
293:4
**represented** 279:14
279:22
**represents** 317:16
**reputable** 332:7
**reputation** 332:11
332:18
**request** 295:11
**required** 328:12
330:23 348:21
**requires** 320:12
**research** 263:2,6
**reservation** 251:15
251:18
**reservationcounter...**
251:19
**reserved** 252:20
**reservetravel.com**
251:15
**resolution** 314:5
322:5 327:16
**respect** 302:25
**respective** 252:5
272:3
**responded** 343:16
**response** 315:20
**responsibility** 266:6
**responsible** 276:6
**restaurant** 272:4,14
**retained** 346:14
**returned** 349:16
**reveal** 257:8,20
293:25

**review** 260:2 349:11
**reviewed** 253:18,20
260:5
**reviewing** 260:12,13
260:16,19,21
**right** 255:19 267:14
267:20 268:14
269:24 272:18
274:20 276:7
277:15,18,20,23
279:16 284:13
285:18 286:13,17
288:4 289:9 290:14
294:24 297:9,16
299:3 301:3 303:10
304:11,16 305:14
305:15,18 307:16
311:6,19 312:15
313:9,12,14,20
315:11 316:19
317:14 318:2,6,16
319:2 320:4,7 321:5
321:10,25 324:17
325:9 328:13
331:11,15 334:13
338:17,19,22,25
339:2,8,14,18 342:6
**rights** 321:22 322:9
**roadside** 251:20
**rom** 267:22 268:5,6
**roughly** 282:7
285:21 289:7
**round** 301:21

**S**

**s** 251:1 264:10
269:11 284:22,22
299:23 306:25
307:8,14 311:5
312:21,21 319:8,24
320:14 322:15
326:25 327:4
329:24 346:8 348:5
**salary** 268:19,21

sales 335:5,6
san 272:2
sarah 255:17,17,19
  255:22 258:11,14
  307:25 308:17
  312:14 316:17
saturated 262:17
save 255:15 307:22
  312:8
saw 262:11 263:21
  263:22 264:14,17
  264:18 276:5,25
  278:12 281:8,9,16
  286:11,19 297:6
saying 287:19
  289:18 291:23
  299:25 303:9
  318:15 322:7
  328:21
says 266:3 269:17
  313:19,22 314:13
  315:15 321:25
  325:8 327:14,20
  334:15,16 336:7
  337:6
sbc 334:9
schwartz 251:11
  253:6 257:11,24
  258:4,9,25 259:7,21
  259:25 262:24
  267:9,11 269:9
  270:14 273:5,16,18
  276:10,16,22 277:6
  279:7,19 284:23
  285:13 287:11
  294:4,10,14,19,23
  296:6 297:18,21
  298:2 299:10,14
  305:4,9,13 306:12
  307:5 309:19
  311:17,22 312:19
  314:24 321:12,20
  323:17 324:6,13,16
  324:21,25 325:6,19
  325:23,25 326:7

327:9,22,24 330:14
330:16 332:20
333:9,15 335:13,19
336:19,22 338:7
340:22 341:6,23
342:2,8 343:22
346:5
screenshot 273:20
  273:21,22 275:9
  283:14 291:5,6
screenshots 273:7
  283:2,5 284:4,7
  285:18 286:12
  291:9,10
scaling 252:6
search 260:20
  264:12 265:2
  275:18,19
searched 290:11
second 266:23 276:4
  297:19 298:22
  300:7 302:20 305:5
  309:20 324:12
  330:11,13
see 262:14 264:25
  275:19 281:14
  282:4 288:25 290:8
  312:22 313:6
  315:11 316:13
  317:22 327:11
  328:8 329:5,8
seek 343:6
seen 340:6
self 271:9,10 272:6
  275:7 339:24
selling 263:9
sense 302:6 303:17
  327:6
sent 269:13,24 270:5
  298:3 300:13,16
  305:15
sentence 254:11
  302:19
september 250:12
  345:11 347:21

series 253:10
served 309:21
session 253:10
set 291:13,16,21
  347:10,20
setai 264:10,25,25
  270:12 272:14
  280:23 337:5,6,7,10
  337:15
setting 292:3
shahinian 251:8
sheet 348:1 349:11
  349:12,13
shop 291:13,21
  292:3
shorthand 347:6
shot 338:24
show 260:24 269:16
  270:19 272:24
  297:22 339:12
showcase 271:20
  272:8
shown 335:20
  349:13
shows 274:2 327:25
  335:3
side 336:8 338:19,22
sign 262:3 300:16
  308:8,14,25 311:3,8
  312:11
signature 255:18
  347:23 349:12
signed 252:12,15
  255:5,18,19 301:7,8
  308:5,15,15 309:7
  309:13 310:11,13
  310:14 311:13
  312:16 318:6 322:5
  323:22 325:15
  329:19 345:20
signing 349:12,17
simply 275:18
  343:10
sincerely 349:20

singapore 255:6
  266:8 279:23 280:4
  298:25 299:5,16
  300:3 320:11 321:3
  321:7,9 330:23
  334:11
sir 264:3 332:23
  349:9
sit 274:22 332:6,9
  333:3
site 263:21 281:4,12
  282:12 287:24
sites 287:8,10
sitting 253:24
  336:24
slowly 315:4
sole 299:19,19,20,24
  304:2 306:16,17,17
  306:18 320:12,15
  331:25
solely 298:13
solutions 266:22
  348:1 349:1
somebody 296:9
  322:16,17,19
sorry 254:9 258:21
  270:2 275:12
  280:18 285:14
  315:12 319:18
  322:14 324:9
  327:22 329:21
  336:4
south 337:6
southern 250:2
speak 294:3 295:20
speaking 295:18
specialist 289:2
specific 272:7
specifically 263:23
spell 271:24
spent 288:9 303:5
  331:3
spin 272:3
ss 345:5 347:3

stack 298:7 346:12
staff 269:2,3,8,10,11
stamp 308:20 317:3
  329:18
stand 339:20
standing 304:11
start 264:5 293:21
started 263:3
  283:17
state 250:20 253:3
  341:18,20,22 345:4
  345:25 347:3,8
statement 339:25
  343:3
states 250:1 280:9
  280:10,12 281:21
  292:3
stationery 337:8,16
stay 276:4
stealing 288:20
steps 277:7,11
stipulated 252:4,11
  252:18
stipulations 250:21
  252:2
stop 286:21 293:16
  296:16 325:23
  341:10
stopped 285:22
stopping 297:14
straight 311:19
street 251:4
stricken 321:4 322:4
  322:10,23 328:2,22
strike 305:12 308:19
  309:16 320:18,21
  320:25
striking 328:11,14
struck 304:25
studio 292:13
  306:22 313:20
  318:13 319:13
  330:5 348:3 349:6
studios 250:5,16
  251:4

stuff 269:5,6,10
submitted 305:25
  306:4
subscribe 262:3
subscribed 345:20
  348:21
substantive 300:24
sue 281:6,24 282:11
  282:13 292:16
  304:11
suit 320:24
suite 349:1
suits 268:16,17
supposed 278:15
  280:14 292:20
  295:22 301:13
  303:16 341:15
sure 267:24 268:15
  280:19 290:22
  293:7 309:17 310:8
  326:7 330:14
swearing 253:16
sworn 252:12,15
  253:2 347:11
  348:21

          t

t 264:10 269:11
  289:24 345:2 346:8
  347:1,1
tables 322:19
taft 250:19 347:6,24
tag 273:23 274:2
take 261:3 268:16
  277:7 285:20
  297:19 303:19
  315:4 339:6 340:25
  341:11,17 344:3
taken 250:18 339:10
  339:13 340:25
  341:3 343:8,11
  345:10
takes 268:17
talk 295:25 324:24
  343:21

talking 289:13,14
  296:3
tamper 262:17
tangible 328:24
tann 279:24
tech 278:23
telephone 296:8
tell 259:13 273:11
  274:7 275:5 286:6,8
  286:20 290:25
  291:2 295:22
  296:13,18 303:21
  304:14,17 305:21
  306:6 318:22,23
  323:4 326:23
  328:20
telling 257:19
  286:10 322:20,24
  323:7 342:10
template 255:3
  307:22,23 308:3
  338:15
ten 280:22,23
  327:11,14
term 272:3 330:6
testified 253:4
  267:17 268:3 299:8
  299:11 313:17
  317:25
testimony 276:9,11
  299:8 311:12 324:4
  340:16 345:10,13
  347:13
thank 298:12
  330:20
thereabouts 262:7
  282:9 290:15
thing 260:8 279:5
  284:11 288:15,17
  288:18 291:2,24
  315:3 318:22,24
  319:5 332:3 333:5
  333:22
things 260:7 331:25
  332:23 333:6,7

334:5
think 255:6 259:13
  264:7 265:22
  266:20 267:17
  268:2 270:3 272:10
  275:23 281:17
  282:16 286:15
  287:20 290:18
  295:3,4 299:24
  302:11 310:12,16
  327:20 330:3 331:5
  332:10,23 333:6,7
  340:6,8 342:8 343:2
thinking 292:2
  307:22 309:3 323:6
third 298:19 335:24
thirty 349:16
thompson 271:19
  272:9 274:16
thong 279:25
thought 255:14,15
  256:11 265:18
  289:4 301:24 302:5
  307:12 312:13
  314:8,12,16 318:19
  319:6 327:6 329:17
  331:24
three 293:16,17,20
threshold 341:4
time 250:18 252:20
  254:18 256:7
  263:15 272:22
  276:5 279:15,16,20
  282:8 285:20
  286:11,19 288:9
  289:6 290:25
  294:20 297:4
  300:11 302:12
  303:5 304:6 310:19
  314:12 318:17
  323:5,8 331:3
  341:10 342:9,12
  343:2,6 344:5
times 270:4 299:9
  311:16

**title** 299:3 325:10

**titles** 320:6

**today** 253:15 258:18
274:22 310:19
311:2 319:16 321:3
332:6,9 333:3
336:25 342:16

**toke** 251:6 257:5,19
259:17,23 260:14
260:17 262:22
267:8,10 269:8,25
273:13,17 276:8,14
278:18 279:17
286:22 289:24
293:24 295:24
299:6 304:20 305:3
305:8 306:9,14
309:4 311:11,21
314:19 321:11,17
323:23 324:2,11,14
324:19,23 325:5,17
325:21,24 327:21
330:10 332:19
335:9 336:17 338:4
340:10,14,24 342:7
343:5 344:2 349:5

**toke's** 294:6,9

**told** 255:16 258:11
258:14 263:11
264:3,7,18 275:5
284:16 286:4 296:7
296:19 297:11
308:17 310:12
311:12 312:12
315:2 317:16
326:17

**toll** 349:2

**top** 315:16

**touch** 271:4

**trace** 314:11

**trademarks** 333:24
334:2

**transcript** 252:7,12
253:18,20 342:21
343:25 345:9,11

347:12 349:10,11

**transfer** 330:4

**transferred** 299:4

**transferring** 322:8

**travel** 251:17,18,21

**travelocity** 251:20

**trial** 252:8,21

**tripadvisor** 251:20

**true** 253:16 282:24
327:14,17 345:12
345:14 347:12

**try** 271:2 277:7
278:22 315:4
342:14

**trying** 270:4 274:11
316:6,11 323:3
326:24 328:20
329:10,11 341:25

**tune** 323:6 330:7

**turn** 300:5 327:13

**twice** 315:10

**two** 261:21 269:13
271:17 285:9
293:15,20 297:19
322:9,22 329:2

**type** 275:17,17
314:15

**typed** 264:9,10,25
315:8

**typing** 287:23

**u**

**u** 289:23,24

**u.s.** 255:4,5,7,21
256:10 280:13
301:22 306:5
308:16,16 309:8
312:23,24 317:4
319:2 326:17,20
329:4,18

**uh** 260:15 273:25
335:25

**understand** 253:7
253:11 281:6
284:12 301:9

303:15 308:6 321:8
325:21 326:2,5
329:11 343:7

**understanding**
296:23 298:9
299:18,22 300:2
303:24 309:5 321:2
328:9

**understood** 268:4
281:25

**united** 250:1 251:20
280:9,9,12 292:3

**unpaid** 265:25

**usd** 317:21

**use** 297:15 317:8
334:3,5,13,18,21
335:7 336:10,13,16
337:9,21 338:2,21
339:23

**uses** 336:24,25

**v**

**v** 261:23,25 262:3
348:3 349:6

**vague** 321:17
325:17

**valid** 329:9,12,15

**vandusen** 251:23
344:3

**verity** 268:8 270:17

**veritext** 348:1 349:1
349:7

**vfm** 251:21 261:9,11
261:12,18,21
262:11,14 263:6,16
263:20,23,25 265:6
265:8,12,14,15,19
266:16 286:25
287:2

**video** 253:20,21
260:2,22 289:17,18
289:21 290:3

**vietnam** 338:17
339:2,6

**view** 311:2 321:9

**vijay** 251:6 259:9
349:5

**void** 309:23,24
310:3,6,17 318:13
320:4 328:18
330:19

**voided** 310:22

**vs** 250:7

**w**

**w** 345:2 349:1

**wait** 308:13 311:18
311:18

**waived** 252:9
349:17

**want** 254:2,22
256:12,25 257:8,13
257:16 261:7
266:23 270:21
271:15 272:15
277:24 283:15
285:3 287:16
293:15 295:23,25
297:22 319:12
322:14 324:14,23
325:2,3 329:17
331:17 333:7 341:8
343:3,24

**wanted** 271:20
272:5,10 287:13
291:12,21 292:12
292:16 294:24
302:2 312:8 318:20
331:10

**wants** 343:6,12,18

**washington** 341:13
341:16

**waste** 318:16

**wasted** 318:17

**wasting** 341:10

**watch** 253:21
289:17 290:3

**wave** 250:5,16 251:4
256:14 261:15

266:4 268:8 269:16
270:18 274:18
285:11 290:8 292:9
292:10,13 299:23
306:22,25 307:2,8
307:14 311:4,4,5
312:21,21 313:19
313:20 314:15
318:12,12 319:8,12
319:13,24 320:14
321:21 322:3,9,10
322:15 325:9
326:25,25 327:4,5
327:25 328:11,18
328:22 329:24,25
329:25 330:5,5
337:5 348:3 349:6
**way** 297:2,2 332:25
347:17
**website** 256:14,18
256:21 271:10,22
272:6 275:7 281:20
281:23 282:3,19
287:20 290:5,7,7
334:9,12,19,22,23
335:8,22 336:23
337:10 340:5,8
346:13
**websites** 289:9
290:11,12
**week** 300:12,13
**went** 254:5,25
260:19 261:11,19
265:14 277:2
278:25 282:4,7
288:16 290:6
292:19 301:21
303:20,25 304:5
307:8,19 308:16,16
311:5,24 312:23
316:7 317:4,8
323:10,12 328:23
**west** 251:10
**whatnot** 317:19

**whatsoever** 284:9
288:12
**whereof** 347:20
**whichever** 266:5
275:19 302:4
317:18 319:8,9
**whois** 281:15,16,21
282:4,7 287:5
**willing** 343:21
**window** 264:21
**witness** 257:22
259:5 270:2 276:20
276:25 278:19
279:4 286:23
304:24 305:10
306:10,15 309:5
311:15 314:21
323:15,24 326:11
326:15 333:13
335:10 336:21
338:5 340:12
341:11 342:20
346:2 347:9,14,20
348:4 349:8,10
**witnessed** 312:14
316:17,21,21
**witness'** 349:12
**wk** 251:21
**word** 301:9 310:6
**words** 264:12 265:2
265:3 324:20
338:25
**work** 280:11 285:21
287:2 288:20
307:14 319:8,9
322:16,16,17
337:23
**works** 270:7 302:4
302:10,13,16,17
312:20 321:23
334:10
**write** 277:17
**wrong** 260:23 301:6
301:6,11 303:10,14
303:17,20,21,22,23

304:7,8,10,12,14,18
305:22,23 306:7
310:3,23,24 312:9
314:2 316:9,9
317:19,23,24 318:4
318:4,8,9,13,22,23
319:4 329:3 331:6,6
331:7,9
**wrongly** 303:12,15
303:16 318:3
331:14

**x**

**x** 250:4,10 346:1,8

**y**

**y** 253:1
**yansen** 256:24
**yeah** 255:3 281:4
289:20,20,20
290:23 308:21
309:18 316:3
**year** 316:2,2 319:22
319:22
**years** 265:25 271:8
285:9
**yellow** 273:23 274:2
**yesterday** 298:3
309:22
**yin** 250:15 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1,9 301:1 302:1

303:1 304:1 305:1
306:1,22 307:1,2,9
308:1 309:1 310:1
311:1 312:1,21
313:1 314:1,12,13
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1,15
323:1 324:1 325:1
326:1 327:1,2 328:1
329:1 330:1,2 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:8,17
346:3 347:9 348:4
348:20 349:8
**york** 250:2,11,11,20
251:22,22 253:3
291:22,23 293:4
341:22 345:4,25
347:3,4,8

# Exhibit E

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - -                        - - - - - -

)

IN THE MATTER OF                       )

)

THE WAVE STUDIO, LLC, a New York       )

Limited Liability Corporation,         )

Plaintiff,        )

)

)    CASE NO:

v.                                     )    7:13 cv 09239 CS PED

)

GENERAL HOTEL MANAGEMENT LTD.,         )

et al,                                 )

Defendants.       )

)

- - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF RALF OHLETZ GRAF VON PLETTENBERG

Wednesday, September 23, 2015

AT:  2:10 p.m.

Taken at:

Allen & Gledhill

31st Floor, 1 Marina Boulevard

Singapore 018989

Court Reporter:

Helen Case

Accredited Real-time Reporter

APPEARANCES

Appearing for the Plaintiff:
            MR. VIJAY TOKE
            COBALT LAW LLP
            918 Parker Street, Building A21
            Berkley, CA 94710
            Telephone:  (510) 841-9800

Appearing for the Defendant:
            MR. HOWARD J. SCHWARZ
            CHIESA SHAHINIAN & GIANTOMASI PC
            One Boland Drive
            West Orange, NJ 07052
            Telephone:  (973) 530-2031

Also present:
            Ms. Lee Kar Yin

VIDEOGRAPHER:
            Chee Meng Chen
            Flex Video Productions

WITNESS INDEX

Page

RALF OHLETZ COUNT VON PLETTENBERG ....................5

    EXAMINATION BY MR. SCHWARZ .......................6

    EXAMINATION BY MR. TOKE .........................37

    FURTHER EXAMINATION BY MR. SCHWARZ ............135

E X H I B I T S    I N D E X

Number                                                          Page

Exhibit 45   Pre-opening brochure for The Chedi Club, ....16
             Tanah Gajah, Ubud, Bali, unnumbered

Exhibit 46   Brochure for The Legian, Bali, unnumbered ...21

Exhibit 47   A4 brochure entitled "GHM A Style To .......27
             Remember", unnumbered

Exhibit 48   Sewing kit marked "The Setai", unnumbered ...56

Exhibit 49   The Wave Design production estimate, ........60
             dated 1 June 2008, unnumbered

Exhibit 50   Wave S production estimate, dated ..........64
             13 September 2004, unnumbered

Exhibit 51   The Wave Design production estimate, .......67
             dated 3 October 2008, unnumbered

Exhibit 52   Wave S production estimate, dated 3 May .....75
             2004, Bates numbered TWS0355359

Exhibit 53   The Wave Design production estimate, dated ..77
             4 July 2005, Bates numbered TWS0355721-TWWS035722

Exhibit 54   Emails between Hans Jenni, Kar Yin Lee ......97
             and Kendall Oei, dated between 6/16/2006
             and 6/26/2006, unnumbered

Exhibit 55   Emails between Kendall Oei and Kar Yin .....105
             Lee, dated 09/20/2006, Bates numbered
             TWS0355933-TWS0355934

Exhibit 56   The Magazine No.1, unnumbered ..............118

Exhibit 57   The Magazine No.3, unnumbered ..............118

Exhibit 58   The Magazine No.4, unnumbered ..............118

Exhibit 59   The Magazine No.2, unnumbered ..............118

Exhibit 60   The Magazine No.7, unnumbered ..............118

Exhibit 61   Email thread, unnumbered ...................127

Case 7:13-cv-09239-CS-VR    Document 182-2    Filed 05/06/16    Page 28 of 120

1      A.    I was more than 20 years with GHM Hotels.

2      Q.    During the time that you were with GHM

3   Hotels -- General Hotel Management Ltd., the defendant in

4   this case.

5      A.    Yes.

6      Q.    And during the time that you were there, what

7   were your responsibilities?

8      A.    I was the vice-president of the company,

9   meaning the number 2 in the company.

10     Q.    Who was number 1 in the company?

11     A.    Hans Jenni.

12     Q.    During the time that you were vice-president

13  of the company, over the 20 years that you were there, what

14  were among the responsibilities that you had?

15     A.    Again, it was creating the product that made

16  GHM famous.  So I -- the tangible element of the product,

17  which is development of hotels, conceptual, overlooking the

18  marketing and sales material and the food concepts.

19     Q.    During the time that you were there, what was

20  the business of General Hotel Management?

21     A.    Hotel management and hotel restaurant

22  management.

23     Q.    Was there a particular niche hotel that

24  General Hotel Management developed and worked for?

25     A.    Yes, absolutely.  In those days -- it's

Dep - CA No.13-CV-09239-CS-PED                                    23 September 2015

```
14:17:22  1    experience economy here.  So it's not just only because you

14:17:25  2    have a Mercedes-Benz but because you have a guy who

14:17:28  3    understands perhaps what you want better.

14:17:31  4          So that's -- it's the same thing in the hotel.  We

14:17:33  5    understand our customer, it's very customer focused.  We

14:17:36  6    don't operate hotels that have 500 rooms, we are very much

14:17:42  7    into the 150 room category.  We have now added residential

14:17:49  8    elements to this.  I'm talking about GHM, right, because

14:17:56  9    Regent is a little bit of a different story.

14:17:58 10          And so I think that really made the success of GHM

14:18:03 11    because every hotel that we open up became the leader in its

14:18:08 12    market.

14:18:10 13          Q.   Okay.  And what role did GHM have in

14:18:14 14    developing the hotel that you are talking about?

14:18:17 15          A.   Well, we conceptualized the hotels, meaning

14:18:22 16    the concept is very important.  I give an example perhaps of

14:18:25 17    the Setai, since we're talking to an American judge here --

14:18:30 18    I don't know whether the judge will know the Setai, but it's

14:18:34 19    a hotel in Miami, and Miami as a destination, I think the

14:18:37 20    hotel is about 15 years old now, was a very predictable

14:18:41 21    destination for partying.  So people from New York need to

14:18:44 22    go to Miami in the winter and party.

14:18:47 23          The two famous hotels you had there was the Delano

14:18:51 24    and the Shore Club.  And when the Delano opened it was

14:18:55 25    really a big, big thing, it was done by Philippe Starck, in
```

was a lifestyle product, you know, big curtains in the lobby

and, you know, everybody went there because it was a party

destination.

When we did the Setai, we didn't want to be in

that same category. And one of the most important

trademarks really of GHM was we never benchmark ourselves.

So we focus purely on our product and the reason why the

product was very interesting is because we looked at things

differently. Yes, we sold rooms, but we, as an Asian

company, we wanted to bring an Asian experience to Miami,

which had never happened before.

So one of the interesting elements in Miami is the

art decor architecture, I suppose. I mean, we're not quite

the same as Los Angeles or New York, but nevertheless,

that's what it is. So we used that art decor architecture

as a concept to develop what we have developed, which is now

the Setai, i.e. we looked at what is the Asian equivalent to

a New York art decor building and we saw in Asia it's -- of

course, the best city that represents art decor would be

Shanghai.

So while we were doing development in Shanghai, in

China overall, we were looking at     a lot of Chinese

buildings were pulled down and made way for high rise. So

that fact we used and bought a lot of used bricks. So,

while our hotel was a new hotel, and the bricks were 120 --

Dep - CA No.13-CV-09239-CS-PED                                  23 September 2015

```
14:20:38  1    from the 1920s, so almost 100 years old, it gave us
14:26:42  2    immediately a patina to the hotel.  So we used them on the
14:20:40  3    walls and the floors, instead of a typical in situ.  So this
14:20:43  4    is what I describe as a concept.
14:20:57  5             We had three different pools with three different
14:21:00  6    temperatures.  We brought every year 70 Balinese from our
14:21:03  7    hotels in Bali to work at the poolside, to give this
14:21:05  8    additional Asian service element there.  And so the whole -
14:21:13  9    it was very, very concept driven rather than manual driven.
14:21:16 10    Manual driven, I would call manual driven, in another
14:21:27 11    company, let's say, Four Seasons or Ritz-Carlton, they have
14:21:24 12    a manual standard guidelines and they pretty much work to
14:21:28 13    these guidelines.  That has all changed now because they
14:21:31 14    realize these characteristic hotels, i.e. concept hotels, do
14:21:34 15    much better than the generic one-of-a-kind run-of-the-mill
14:21:38 16    hotel.
14:21:38 17             So that created the success of the Setai.  So
14:21:42 18    that's when I talk about creating a concept, this was a
14:21:45 19    concept which was different for America, it was appealing
14:21:49 20    and because of that reason we charged more than double what
14:21:53 21    the Four Seasons and the Ritz-Carlton, who were also present
14:21:57 22    at the time in the market, were.
14:22:00 23        Q.   During the time that you worked at GHM
14:22:02 24    developing lifestyle, did you have any role in the marketing
14:22:07 25    of the hotels?
```

Dep - CA No.13-CV-09239-CS-PED                                   23 September 2015

          A.   I'm sorry, did I have any?

          Q.   Any role in the marketing of the hotels?

          A.   No.  Marketing was a separate department.  But
I was preparing -- as I said, there are three steps for
hotel operation; it's the tangible, the intangible, the
management of the hotel and the positioning of the hotel.
So I was involved in the concept and I was involved in
everything what -- the concept is a tangible element, so
what the guest sees, touches and feels, everything that goes
in the room, from the shampoo, everything, to the guest
experience really, right.  So therefore I was absolutely
100 per cent in charge of the brochures, all the materials,
the marketing materials.

          Q.   During the time that you were in charge of all
the marketing materials, did there come a time when you met
with Junior Lee?

          A.   Yes.  We worked for 10 years.  So obviously at
one stage we met, I think we were introduced through a
common friend called Puri, who was at the time the food and
beverage director of the Raffles Hotel here in Singapore,
which is a leading hotel.  He's American.  And Junior was
doing some work for him and so we were growing and so she
was recommended by him and we were working for 10 years with
her.

          Q.   Over the 10 years that you would work with

```
14:23:37    1    Junior, can you describe the course of conduct that you

14:23:39    2    engaged in with her for creating materials to establish the

14:23:47    3    lifestyle for the hotels.

14:23:49    4         A.   Well, we gave her a brief.  So, I would call

14:23:58    5    her typically, and then we'd say, "well, we are doing a

14:23:55    6    hotel there and there."  And then we've established a

14:24:00    7    long-term working relationship because we had certain needs

14:24:05    8    for different types of brochures, pre-opening brochure,

14:24:11    9    actual brochure and then various other types of things --

14:24:14   10    in room packaging, you know, for toothpaste and all of that.

14:24:13   11    So the whole package.  So I did this with her, yes.

14:24:27   12         Q.   Can you give me an example of how your work

14:24:30   13    relationship with Junior Lee would go on during the course

14:24:35   14    of the creation of the material that you were talking about.

14:24:39   15         A.   Well, it was work in progress, because this is

14:24:42   16    a lot of work, because she comes up with an idea, and then

14:24:45   17    by the time we finalize and massage the idea -- because

14:24:49   18    I ultimately was in charge of this thing and so I ultimately

14:24:54   19    make the decision, what things should look like.  But she

14:24:57   20    made a lot of recommendations.  And then, of course, it

14:25:01   21    needs to be implemented, i.e. printed.

14:25:03   22         And so having an idea or having a format is one

14:25:06   23    thing, but then I wanted somebody, because -- I don't know,

14:25:13   24    prior to her coming to G&B we had other people and it was

14:25:16   25    very complicated for me because we were dealing with so many
```

14:25:20  1    different type of people. So I wanted a one-step solution.

14:25:24  2            So a one step solution is where she comes in, we

14:25:27  3    talk about what we need for a hotel and she takes it from

14:25:30  4    there. So, i.e., not just taking photographs for a brochure

14:25:34  5    but also make sure that it's properly printed, properly set

14:25:33  6    up, properly color separated and, you know, all of that.

14:25:43  7    So, right from day one to the end, to the final product on

14:25:47  8    my desk, so to speak, yes.

14:25:49  9            Q.   Would you be present at a hotel when Ms. Lee

14:25:52  10   was working?

14:25:51  11           A.   Doing what? You mean at a photo shoot?

14:25:57  12           Q.   Taking pictures, yes.

14:26:06  13           A.   Yes, mostly, mostly. Maybe not all but

14:26:00  14   mostly, yes.

14:26:01  15           Q.   Mostly, perhaps 90 percent of the time?

14:26:03  16           A.   Yes, probably, yes.

14:26:04  17           Q.   So, can you describe how you would work with

14:26:08  18   her at the location, what actually was going on between

14:26:12  19   yourselves.

14:26:13  20           A.   Well, we usually start -- depends what we

14:26:18  21   shoot. If we shoot a pre-opening brochure, obviously there

14:26:19  22   is only a mock-up for the shoot, so you have the mock-up

14:26:23  23   room from different angles, then you do a few detailed

14:26:27  24   shots, a few location shots, in order to have this brochure

14:26:33  25   that you have, you know, which is a three --

14:27:53  1          A.  Well, I mean if you see here, we have here how

14:27:54  2  many shots - one, two, three, four shots.  Right?  So we

14:27:58  3  would take 20 or 25, because we need this for different

14:28:03  4  purposes.  And the pre-opening brochure is something to be

14:28:07  5  mailed.  In those days we mailed things, the internet was

14:28:10  6  not as developed as it is now.  But it was used for all sort

14:28:14  7  of purposes, and to tease the and to inform the travel agent

14:28:18  8  that we are within a year opening this hotel.

14:28:22  9          So we had a little flyer here which goes in there

14:28:26  10  and it says this is what we're having, and these will be the

14:28:29  11  rooms, these are the restaurants, and we are opening this

14:28:32  12  hotel in one year's time or thereabouts.

14:28:35  13          Q.  When you were present, who would actually be

14:29:00  14  taking the photographs?

14:29:03  15          A.  Masano, the photographer.

14:29:41  16          Q.  Can you give us his full name, if you know it?

14:29:44  17          A.  I don't know his full name.  As a matter of

14:29:40  18  fact, Regen, is using Masano for quite a while now, because

14:29:01  19  we appreciate his work and so, therefore, totally unrelated

14:29:04  20  to what's happening here, we work with Masano, and he has a

14:29:09  21  different set-up now.  But -- so we had a lot of choices of

14:29:05  22  photographers but we choose to work with her because I knew

14:29:09  23  him and he knows what I want, so it's good to have a

14:29:13  24  consistency there.

14:29:16  25          Q.  Who would have final approval as to what

14:32:55  1    nims she understands the way we wanted to do things.  And

14:32:59  2    so, I think, since she's been to all the hotels and she has

14:33:05  3    seen the growth of the various properties, that they are all

14:33:03  4    different, we had a -- we had a certain thread of lifestyle

14:33:16  5    that went through each hotel, but it was important that they

14:33:20  6    were all different.  But what bound them all together were

14:33:24  7    the brochures.  So when you go to a travel agent and you

14:33:27  8    look at the brochures of many other competitors, you see our

14:33:32  9    brochures stand out.

14:33:34  10          And this is the full brochure -- because I didn't

14:33:36  11   answer the earlier question properly.  This is a pre opening

14:33:41  12   brochure which has five or six photographs, this is a full

14:33:45  13   brochure of maybe 20 or 30 photographs.

14:33:46  14          Q.   Okay.  Why don't we just stop and let the

14:33:49  15   reporter mark that one.

14:33:50  16          A.   When the hotel opened, we would do this

14:33:54  17   exercise, which is sometimes a week, 10 days, I don't know

14:33:56  18   how long it would take, but thereabouts.

14:33:59  19          Q.   Let the court reporter mark The Leqian

14:34:03  20   brochure as 46.

14:34:05  21          A.   So this is what we call a pre-opening brochure

14:34:07  22   and this is a regular brochure.

14:34:04  23          (Exhibit 46  marked for identification)

14:34:26  24          Q.   So, at any time during the 10 years that you

14:34:30  25   worked with Junior, did she ever tell you that she believes

14:34:34  1    she owned any of the rights to any of the photographs or

14:34:38  2    designs in either a pre-opening brochure or a brochure as in

12:34:40  3    exhibit number 46?

14:34:49  4              A.  No.  If she would have --

14:34:49  5              MR. FORE:  Excuse me, can we have the question

14:34:59  6    read back again, please.

14:34:59  7                   (Question read back.)

14:35:03  8              A.  No.  Because if she would have done, it would

14:35:12  9    have been her last day with us.

14:35:14 10              BY MR. SCHWARZ:

14:35:14 11              Q.  And why is that?

14:35:15 12              A.  Because it makes it complicated.  The very

14:35:15 13    fact is -- we worked with her for 10 years and the very fact

14:35:21 14    is that we have opened hotels in different parts of the

14:35:24 15    world, we could have gone to a different photographer.  So,

14:35:29 16    for instance, America example, since we did the Setai

14:35:33 17    brochure, we had easily access to American photographers who

14:35:39 18    didn't have to fly all the way down from here.  As a matter

14:35:40 19    of fact, the excess luggage that they bring along, the

14:35:46 20    lights, the this, the that, was quite substantial, and it

14:35:50 21    was stuck, I think, in customs at one stage.

14:35:57 22              So, to undergo this thing, you need to work with

14:35:58 23    somebody who understands what we want, number 1.  But also

14:35:57 24    you don't want to have any problems.  Because every country

14:36:03 25    has different laws and different regulations to this.  So

14:36:03  1    for us it was an easy relationship, it was a full

14:36:06  2    understanding.  Because we made full use of the brochures as

14:36:05  3    we feel fit, not just only for the brochures.  We shot on

14:36:12  4    average, let's say, 100 photographs or more and used maybe a

14:36:17  5    third for a big brochure like this, and the rest was used,

14:36:22  6    the detailed shots, for magazines, for, you know, internal

14:36:26  7    promotions, for FXB promotions, whatever.

14:36:31  8         So, it would have been much easier and cost

14:36:34  9    effective to get a local firm.  But we were insisting that

14:36:37 10    we have Junior and her team, because she wasn't alone

14:36:43 11    there -- but she wasn't the photographer, the photographer

14:36:45 12    was Masano, but she was part the team -- to come along and

14:36:50 13    set this up because she understood what we are doing.

14:36:54 14         Q.   At any time -- to rephrase my question -- at

14:36:59 15    any time during the 10 years that you worked with Junior did

14:37:03 16    she ever use the expression "copyright"?

14:37:07 17         A.   I can't recall that.  I don't know.

14:37:10 18         MR. TOKE:  You said, "I can't recall that"?

14:37:17 19         A.   I can't recall, no.

14:37:24 20         MR. TOKE:  No, I just couldn't hear you.  Sorry.

14:37:19 21         A.   I can't recall that.

14:37:04 22         As I said, I repeat again, if that conversation

14:37:19 23    had ever come up, that would have been her last day, for

14:37:23 24    sure.

           25

Dep  CA No.13-CV-09239-CS-PED                                    23 September 2015

BY MR. SCHWARZ:

Q.   And why is that?

A.   Because it's complicated, as   just expressed.
Why would we go through all this exercise, when you work
with somebody for a long time who understands what you want
to do, bring her around the world, when we can have local
guys doing this.  And she wasn't the -- that's why I'm quite
battled, she wasn't the photographer.  The photographer was
Masano.  She was part of the photographer team.

Q.   Okay.  And during the time --

A.   By the way, we didn't have any -- this is what
I've learned of course, so maybe I'm jumping the gun here a
little bit -- we had no understanding whatsoever that there
was a side deal between her and Masano, that Masano gave her
the right of the photography.

I work in the meantime with many other
photographers, and I've worked with photographers before, we
never had any issues.  So, we never knew that, according to
Masano, she had the right of the photographs.  Because that
was a side deal she did with him.

Q.   When you refer to you've worked with many
photographers and you never had any issues, you mean no
photographer ever claimed that they own the intellectual
property and photographs --

A.   No.

Dep - CA No.13-CV-09239-CS-PED                                        23 September 2015

```
14:00:00  1           Q.   Let me finish.  You have to let me finish.

14:38:32  2     That GHM took on behalf of the hotels and for which the

14:38:40  3     hotels paid.

14:38:41  4           A.   Well, this -- this, to my knowledge, being in

14:38:45  5     this business for 40 years, being in the lifestyle business

14:38:50  6     and five-star business, this would be a very unusual

14:38:53  7     practice.  I don't know which hotel group would do that.

14:00:00  8     But I find it absolutely unacceptable because in the hotel

14:38:58  9     business you have to use materials that you produce and pay

14:39:01 10     for in numerous forms.  So, for anyone to put that

14:39:05 11     restriction on to a third company, I think would be very

14:39:11 12     difficult to work with.

14:39:13 13           Q.   That's a good point.

14:39:13 14                Did Junior ever tell you at any point during the

14:39:18 15     10 years that any of the work, the photographs, that Masano

14:39:23 16     took with her or any of the work that she contributed to the

14:39:27 17     projects that you worked on, did she ever say that -- did

14:39:33 18     she ever say to you that she owned any intellectual property

14:39:38 19     rights in any of her photographs or any of the work that she

14:39:41 20     did?

14:39:41 21           A.   No.

14:39:41 22           Q.   Okay.  Did she ever say to you any time during

14:39:44 23     the 10 years that you worked with her that she owned any

14:39:45 24     rights at all, not just intellectual property right or not

14:39:52 25     copyright, but that she believed she had any ownership in
```

the photographs or the designs or any of the work that went

into the lifestyle materials that were produced?

     A.  No.  Because if she would have any ownership,

there would have been a reference.

     Q.  And what do you mean by that?

     A.  Well, the reference is -- if you take a

photograph from Annie Leibovitz and she photographs a house

and it's published in 'Architectural Digest', then there's a

reference of her on the side or there's a reference on the

brochure.  There's no reference of anything.  The reference

is OEM and the reference is our marketing distributor,

Leading Hotels of the World.

     Q.  And, to you, what does that signify, that

there was no reference or credit to Junior on any of the

marketing materials?

     A.  Well, you know, she was paid for a job, she

delivered the job, and that I would consider the end of her

job.

     Q.  So --

     A.  So, if there would be a claim -- and, again,

as I said, I worked with her for 10 years -- if there would

be a claim at any time during the 10 years, she would say to

me, "Well, you know, this is my brochure, I would like to

have a reference here, you know, I did this," which I would

have never agreed.

```
 1              (Answer read back.)
 2        A.   So which, in contrast to this brochure here,
 3   this is the hotel brochure here of the regime. I'" we print
 4   1,000 brochures, the whole 1,000 brochures expense goes to
 5   the regime. So I just wanted to make the difference between
 6   the two, between the corporate brochure and the hotel
 7   brochure.
 8   BY MR. SCHWARZ:
 9        Q.   At any time after Junior was paid by the
10   hotels did she ever claim to you that she had ownership
11   rights in the photographs or any of the marketing materials?
12        A.   No.
13        Q.   Okay.
14        A.   Because, as I said, we -- we took, let's say
15   on average 100 photographs, I don't know exactly, but in
16   it's a brochure here, which is a very comprehensive brochure,
17   the hotel brochure, we have maybe 30 photographs, 40, and
18   the rest we used at Liberty for various publications, for
19   various promotions, for in-house, in the lifts and, you
20   know, F&B promotion, etc.
21        Q.   When you used the expression "at Liberty", can
22   you elaborate on what you mean?
23        A.   Yes. Once the disk was given, then it was
24   ours and we used all the photos the way we saw fit.
25        Q.   Okay. What do you mean by "the disk"?
```

14:44:35   1            A.   Well, I mean, okay, in those days, we were

14:44:34   2       handed -- when the job was done by Junior Lee, we were

14:44:37   3       handed a disk, I mean a CD-ROM, so one was given to the

14:44:42   4       hotel and one was given to us -- "us" as in head office

14:44:45   5       copy.

14:44:47   6            Q.   Okay.   And was there any markings on the

14:44:50   7       photographs on the disks indicating that Junior Lee was

14:44:52   8       asserting rights to the photographs?

14:44:54   9            A.   Absolutely none.

14:44:56  10            Q.   Okay.   And what would --

14:44:58  11            A.   Because if there would be, because they were

14:45:02  12       not used only by myself, I mean my job was then finished and

14:45:06  13       then it was handed over to the marketing department, and if

14:45:09  14       it would be the case, the marketing department would have

14:45:12  15       definitely come back to me and said, "What's this?"

14:45:15  16            Q.   Okay.   So, there were two CDs delivered; is

14:45:18  17       that correct?

14:45:18  18            A.   Generally, yes.

14:45:20  19            Q.   One to --

14:45:20  20            A.   I mean -- yes.   Maybe not in quantity but one

14:45:21  21       set for the hotel and one set for the office.

14:45:23  22            Q.   I meant there were two sets delivered?

14:45:27  23            A.   Yes, two sets.

14:45:28  24            Q.   And to your knowledge did the set that was

14:45:31  25       sent to the hotel have any markings on it that said "Owned

Dep - CA No.13-CV-09239 CS PED                                    23 September 2015

14:45:35  1    by Junior Lee" or anything to that effect?

14:45:37  2              A.   I don't know that, because -- no.   I don't

14:45:46  3    know.   No.

14:45:46  4              MR. TOKS:   You said "No" or "I don't know"?

14:45:45  5              A.   I don't know.

14:45:47  6              MR. TOKS:   You don't know.   Okay.   I'm asking for

14:45:49  7    clarification.   Thank you.

14:45:49  8              A.   I don't know.

14:45:49  9              BY MR. SCHWARZ:

14:45:51  10             Q.   Did Junior at any time tell that you there was

14:45:54  11   a limit to the ways that the hotels could use the

14:45:57  12   photographs?

14:45:58  13             A.   No.   And, again, that would have been totally

14:46:01  14   unacceptable to me.

14:46:05  15             Q.   To your knowledge, over the 10 years that you

14:46:13  16   worked with her and had the course of conduct that you have

14:46:14  17   described, is it your understanding that Junior Lee

14:46:17  18   understood that she didn't own the rights?

14:46:20  19             A.   Again, as I said, I'm here at my own free

14:46:23  20   will, I'm not -- I'm repeating myself -- I've worked with

14:46:29  21   Junior for 10 years and I'm baffled that this comes up.   So,

14:46:32  22   I mean, no, we never had a conversation about any of this.

14:46:37  23             Q.   Okay.   At the time -- again, just the lawyers

14:46:44  24   have to do this to clarify things -- at the time, during the

14:46:49  25   10 years that you were working and supervising Junior Lee,

Dep – CA No.13-CV-09239-CS-PED                          23 September 2015

would it be fair to say you supervised her?

     A.   Well, I approved the final product.

     Q.   Okay.

     A.   Supervised, no, because she has her own

company and she produced the product for us and once it was

agreeable then it was printed.

     Q.   Okay.  So, during the time that you were --

     A.   So if you mean supervising, no, because we had

a certain standard when it comes to, as I said, to the print

run and this and that.  She always did that by herself.

That's what she gets paid for.  We didn't want to be

supervising all this.

     Q.   Okay.  So, during the time of the 10 years

that you had final authority over Junior for the products

that were to be delivered to you on behalf of the hotels,

what was your understanding of who owned the photos?

     A.   The hotel.

     Q.   And why?

     A.   The hotel paid for it.

     Q.   Okay.  If you don't mind, I need to take a

break, just for a men's room break.

     VIDEOGRAPHER:  Going off the record.  The time is

2:47 p.m.

    (2:47 p.m.)

               (Recess taken.)

14:54:52  1      (2:55 p.m.)

14:55:07  2              VIDEOGRAPHER:  Back on the record.  The time is

14:55:42  3      2:55 p.m.

14:55:44  4              BY MR. SCHWARZ:

14:55:45  5          Q.  During the 10-year period that you worked with

14:55:52  6      Junior and had approval over the work that she was

14:55:59  7      commissioned to do by you on behalf of the hotels, did you

14:56:04  8      and Junior or did anyone on behalf of General Hotel

14:56:07  9      Management and Junior ever sign a specific agreement

14:56:12  10     regarding her work?

14:56:14  11         A.  I certainly didn't.

14:56:15  12         Q.  And during the time that you worked with

14:56:18  13     Junior over the 10 years, would it be fair to say that you

14:56:23  14     developed a pattern and a course of conduct of how you would

14:56:25  15     work together with her?

14:56:27  16         A.  Well, absolutely.  That's why the relationship

14:56:23  17     lasted as long as it did.  And it was very easy because, you

14:56:33  18     know, she understood what we wanted, we worked with her very

14:56:37  19     well, we liked her work.  Absolutely.

14:56:39  20         Q.  Okay.  And, again, at no point during that

14:56:42  21     course of conduct over 10 years did she ever indicate in any

14:56:47  22     way at all, whether in writing or oral, that she believed

14:56:53  23     that she owned any rights in any of the photographs that

14:56:56  24     were taken when she worked under your --

14:56:59  25         A.  Well, certainly not in writing.  Oral,

1    I cannot recall anything, and I don't think so.  As I said,

2    my reaction would have been very different to that.

3            Q.   And what would your reaction have been?

4            A.   Well, if she would have asked me this, I would

5    have said, "Well, it's too complicated for us, so we find

6    somebody else."

7            Because the reason why we went with her is it was

8    a one-stop solution, as I mentioned.  Because the moment you

9    start taking photographs, using the photographs for

10   different publications -- i.e., media, print media, our own

11   publications, internet, etc., etc. -- it's a very

12   complicated thing.  And so, for us, it was -- it was much

13   better to go with one person than having dealt with so many

14   people.  And it would have made our working, or working with

15   anyone, very complicated.

16           Just, can you imagine, you have to ask anyone, or

17   you have to ask somebody who owns a photograph, every time

18   you use that for something else, for permission.  I mean,

19   this is just -- never mind whether there should be a payment

20   or not.  Right?  But this -- this is -- I've never heard

21   this in our industry, and I'm a captain of this industry.

22           Q.   So, that's a good point you brought out.  At

23   any time did Junior Lee ask you for payment for the use of

24   the photographs in the brochure itself?

25           A.   No.  It was one payment, it was done by the

hotel, it was end of story.

        Q.  Okay.

        A.  No.

        Q.  Did Junior ever --

        A.  And this was for 10 years.  So, obviously, if
something went wrong afterwards, I don't know.  But for
10 years nobody asked, nobody paid.  So ...

        Q.  Nobody asked for a license fee

        A.  That's right, yes.

        Q.  -- and nobody paid a license fee?

        A.  And nobody paid a license fee.

        Q.  She was paid her -- whatever her bill was, she
was paid?

        A.  She was paid her fee, and that was the end of
it.

        Q.  Okay.  Did Junior Lee ever tell you at any
point during the 10 years that you had your course of
conduct and working relationship with her that the photos
could not be used to market the hotels?

        A.  Well, the whole purpose of this was marketing
the hotels.  No.

        Q.  So, she never said that?

        A.  Well, otherwise, why would I engage her?  The
whole purpose is it's a marketing tool.

        Q.  Okay.

Dep - CA No.13-CV-09239-CS-PED                          23 September 2015

```
14:59:13  1          A.   It's not something --

14:59:13  2          MR. TOUS:  I'm sorry, can we go back two questions

14:59:14  3    before tha..  I didn't quite -- the answer was quick.

14:59:46  4          MR. SCHWARZ:  Okay.

14:59:40  5               (Questions and answers read back.)

14:59:48  6          Q.   Okay.

14:59:51  7          A.   They are not for decorative purposes, like in

14:59:   8    the room or whatever.  Therefore, the entire purpose of this

14:59:56  9    is marketing.  It's positioning.  And marketing positioning

15:00:00 10    is a big -- it has a big umbrella, it entails all sorts of

15:00:06 11    mediums, including internet and, nowadays, of course, the

15:00:   12    use of computer -- not computer, iPhones and all of that

15:00:15 13    sort of thing, you know.  So this is -- of course, it's

15:00:19 14    different all the time.

15:00:   15          Q.   Okay.

15:00:   16          A.   So I would not see that we would restrict

15:00:24 17    ourselves, as we need to go with the times.  To restrict

15:00:27 18    ourselves, doing it only for a brochure or only for a film

15:00:32 19    or only for a specific promotion, I mean, it makes no sense

15:00:34 20    to me.

15:00:35 21          Q.   And not only did it not make sense to you but

15:00:36 22    Junior has never asked --

15:00:40 23          A.   No.

15:00:41 24          Q.   Let me just finish the question.  She never

15:00:49 25    asked for -- she never claimed that she reserved the right
```

A.   Yes.

Q.   Okay.  And, again, just as you testified earlier, a copy of this estimate would have gone to Puri and a copy of it would have been on your desk?

A.   Yes.

Q.   For both of you to approve; correct?

A.   Yes.

Q.   Okay.

A.   I would -- I would ask Puri whether this is within his budget and if it's well within the budget, it was the end of my story, in terms of the documentation, because he would have to take care of the payment thereafter.

Q.   Understood.

MR. SCHWARZ:  I'm just going to make one objection, because I think that the document is not or may not be the document that Mr. Ohlen was thinking he saw, because there's a handwriting arrow at the bottom, and I just don't know whether that arrow was there at the time or that has been added subsequent to the date.

MR. TOKE:  Fair enough.  I --

A.   I didn't sign anything here.

MR. TOKE:  No, no.  Let me respond to that.

A.   Did I sign something?  There's not my signature on here.

MR. SCHWARZ:  No.

```
15:52:46  1            MR. TOKE:  Let me respond to that.  I can

15:52:44  2     represent that no one at Wave or her counsel, or its

15:52:52  3     counsel, has added that marking.  And, to be honest, we

15:52:57  4     don't know where that marking came from.  Okay?

15:53:01  5            But this document is Bates labeled TWS0355721 to

15:53:04  6     TWS0355722.

15:53:11  7            Q.  You testified earlier, Mr. Chienz, that your

15:53:47  8     understanding was because the hotels were the parties that

15:53:31  9     paid for the photo shoots --

15:54:15 10            (Interruption from cell phone ringing.)

15:54:16 11            A.  Sorry about that.  I forgot to turn it off.

15:54:16 12     Can you repeat, please?

15:54:16 13            Q.  Of course.  Because the hotels were the

15:54:19 14     parties that paid for the photo shoots --

15:54:18 15            A.  Yes.

15:54:19 16            Q.  -- they were the owner of the copyrights to

15:54:19 17     the photos that were the product of those photo shoots; is

15:54:22 18     that correct?

15:54:21 19            A.  Right.

15:54:23 20            Q.  Okay.  And the basis for that is because they

15:54:26 21     paid for it; correct?

15:54:28 22            A.  They paid for it.

15:54:29 23            Q.  Okay.

15:54:30 24            A.  Because, as a hotelier, you have to justify

15:54:31 25     what you spent to an owners' committee.  And if you tell an
```

Dep - CA No.13-CV-09239-CS-PED                                    23 September 2015

```
15:54:30  1    owners' committee that you have limited rights to certain

15:54:46  2    things, when you go through all this rigmarole here,

16:54:44  3    bringing people from all over here, from Singapore and this

15:54:48  4    and that, here and there, the owner would immediately say,

15:54:55  5    "You've got to be joking me.  Why are you not taking

15:54:54  6    somebody locally?"

15:54:55  7            Q.  Right.  Okay.  So, let's say, for example --

15:54:57  8    let's look at exhibit 53, again.  It's still in front of

15:55:00  9    you?

15:55:01  10           A.  Yes.

15:55:01  11           Q.  Okay.  So, as you said, the client is the

15:55:04  12   hotel; correct?  And it's addressed to Mr. Puri, who is the

15:55:10  13   general manager; correct?

15:55:11  14           A.  Yes.

15:55:11  15           Q.  So, the client is The Setai Miami?

15:55:16  16           A.  Mm-hm.

15:55:16  17           Q.  Okay.  And the only other party to this

15:55:21  18   document is The Wave Design, right, signed by Junior at the

15:55:26  19   bottom; correct?

15:55:28  20           A.  Mm-hm.

15:55:28  21           Q.  So, really, the only two parties in this

15:55:30  22   document are The Wave Design and The Setai; correct?

15:55:33  23           A.  Yes.

15:55:34  24           Q.  Okay.  SHM is not named on this document;

15:55:39  25   correct?
```

15:55:33  1           A.   No.  That's right.

15:55:41  2           Q.   Nor is GEM a party to this document; correct?

15:55:43  3           A.   Correct.

15:55:45  4           Q.   Okay.  So the only potential two parties that

15:55:47  5      could own the copyrights to the photos that were part of the

15:55:53  6      photography in this invoice are either The Wave Design or

15:55:58  7      The Setai; correct?  The only possible?

15:56:00  8           A.   Well, it's the Setai --

15:56:01  9           MR. SCHWARZ:  Objection, calls for --

15:56:03 10           A.   -- as far as I'm concerned.

15:56:03 11           MR. SCHWARZ:  Wait a second.  Objection, it calls

15:56:06 12      for a legal conclusion.  You can answer the question.

15:56:07 13           BY MR. TOKE:

15:56:08 14           Q.   So, I'm just saying the only two possible

15:56:10 15      choices?

15:56:11 16           A.   No, because it's The Setai because they paid

15:56:14 17      for it.  Because this copyright issue never came up until

15:56:17 18      very recently.  And, again, I repeat what I said, I'm amazed

15:56:21 19      that this comes up and that it's happening, what I'm doing

15:56:24 20      here today.

15:56:25 21           Q.   Yes.

15:56:25 22           A.   Unbelievable.

15:56:26 23           Q.   No, no, I understand the answer.  All I'm

15:56:28 24      saying is -- I'm not asking you to say which one it is.

15:56:30 25      I understand --

15:56:02  1            A.  As far as I'm concerned, it belongs to The

15:56:34  2      Setai.

15:56:36  3            Q.  I totally understand.  And I think you've

15:56:38  4      testified, once again, that the reason it is owned by The

15:56:41  5      Setai is because The Setai paid for it; correct?

15:56:45  6            A:  I'm saying is there are only two companies

15:56:47  7      that are part of this document; correct?

15:56:49  8            A.  There are two signatures on there, that's

15:56:49  9      right, yes.

15:56:50  10           Q.  Right.  Gurfer for The Wave Design and

15:56:53  11     Mr. Furi for The Setai; correct?

15:56:55  12           So, there are only two possible entities that

15:56:58  13     could own the copyrights to the photographs?

15:57:00  14           A.  This is hypothetically.

15:57:01  15           Q.  Yes, absolutely hypothetically.  I'm saying

15:57:04  16     there are -- because there are only two parties to this

15:57:07  17     document --

15:57:07  18           A.  Well, now, are we engaging in hypotheticals

15:57:09  19     here?

15:57:10  20           Q.  Yes.

15:57:10  21           A.  I don't know, but -- (simultaneous speakers -

15:57:13  22     unclear)

15:57:14  23           Q.  I'm entitled to ask you the question.

15:57:15  24           A.  I'm in an American court here, but --

15:57:16  25           Q.  I'm entitled to ask you the question.

Dep - CA No.13-CV-09239-CS-PED                                    23 September 2015

```
15:57:15  1              COURT REPORTER:  Excuse me, one at a time.

15:57:16  2              BY MR. TOKE:

15:57:22  3              Q.  I'm entitled to ask you the question.

15:00:23  4              All I'm saying is

15:57:25  5              A.  Okay.

15:57:25  6              Q.  -- I'm not asking you to draw a conclusion --

15:57:33  7              A.  Then hypothetically, I suppose so, yes.

15:57:23  8              COURT REPORTER:  Just a minute.  Excuse me, one at

15:57:23  9      a time, please.

15:57:23 10              BY MR. TOKE:

15:57:25 11              Q.  You can repeat the answer.  What did you say?

15:57:25 12              A.  Hypothetically, I suppose, because we have two

15:57:29 13      signatures here.  But one signature is for an offer, the

15:57:33 14      other signature is for paid for the offer.

15:57:36 15              Q.  Right.  Understood.

15:57:39 16              A.  Right?  So I don't understand how the one who

15:57:41 17      gives an offer, if I buy a car, I sign a purchase agreement.

15:57:46 18      Right?  So now can, at the end of the day, if I pay for the

15:57:49 19      car, the guy says, "No, no, no, you can only drive the car

15:57:53 20      for 100 miles, the rest you have to pay me separate.  It's a

15:57:57 21      license fee."  Sorry.  This is a purchase agreement, the way

15:57:00 22      I read it, the way I see it.  And I'm not a lawyer, I'm

15:58:00 23      sorry, but --

15:58:03 24              Q.  I understand.

15:58:04 25              A.  So, as far as I'm concerned --
```

```
15:58:03  1            COURT REPORTER:  Just a minute.

15:59:05  2            A.  -- as far as I'm concerned, it's The Setai who

15:59:07  3   gives the instruction for work to be done and I assume The

15:59:13  4   Setai paid for it.  I don't know.

15:58:14  5            BY MR. TOKE:

15:59:17  6            Q.  No, I understand that.  And, fair enough, I'm

15:59:14  7   not challenging that part of your testimony.  I understand

15:59:10  8   that that's what you believe and that's what you've said.

15:59:20  9            All I'm asking is, hypothetically, there are only

15:59:22 10   two possible companies that could own the copyright to --

15:59:30 11            A.  I don't believe in hypotheticals.

15:59:30 12            COURT REPORTER:  Just a minute.  Just a minute.

15:59:30 13            BY MR. TOKE:

15:58:31 14            Q.  You have to answer the question, though.

15:58:33 15            I'm saying, hypothetically speaking --

15:58:35 16            A.  Do I have to answer the question?

15:59:37 17            MR. SCHWARZ:  He answered the question, saying he

15:59:38 18   doesn't believe in hypotheticals.

15:59:30 19            BY MR. TOKE:

15:59:40 20            Q.  Well, I'm asking you -- you've already said

15:59:42 21   there are only two companies that are part of this document?

15:59:42 22            A.  Yes.

15:59:42 23            Q.  So, all I'm saying is, the only two companies

15:59:50 24   that could possibly own the copyright are either The Wave or

15:59:55 25   The Setai.  I understand that you have a position that The
```

15:58:58  1    Setai is the owner.  I'm just saying there's only two

15:58:06  2    possibilities: either Wave owns it or The Setai owns it?

15:59:00  3              A.   No.

15:59:00  4              Q.   Okay.

15:59:05  5              A.   That's my answer.

15:59:06  6              Q.   Your answer is no, there's no possibility?

15:59:06  7              A.   My answer is no.  There's only one owner.

15:59:12  8              Q.   Only one possibility?

15:59:13  9              A.   No.  There's no other possibility.  There's

15:59:14 10    one owner.

15:59:16 11              Q.   Okay.

15:59:18 12              A.   She got paid for what she offered.

15:59:19 13              Q.   Okay.

15:59:19 14              A.   There's one owner.  I mean, I don't -- I don't

15:59:21 15    see how there could be a possible other owner.

15:59:25 16              Q.   Have you ever -- no.  Okay.

15:59:41 17              So, if there's no other possible owner but, in your

15:59:45 18    mind The Setai, clearly -- so, GIM did not own the copyright

15:59:57 19    to the photos; correct?

15:59:57 20              A.   I'm not part of GIM.  This is my view and it's

15:59:59 21    the view I take.  It's very clear here.  If you show this to

15:59:59 22    a third party here, this is an offer, and, assuming he paid,

16:00:01 23    this is the guy who owns it.

16:00:02 24              Q.   And when you were at GIM, that was your

16:00:08 25    understanding?

```
10:00:05  1              A.  Absolutely.

10:00:06  2              Q.  Okay.  So your understanding was that the

16:00:08  3      owner of the copyrights to the photographs were the hotels?

10:00:12  4              A.  Yes.

16:00:13  5              Q.  When you were at GHM?

16:00:14  6              A.  Correct.

16:00:15  7              Q.  And it was not GHM, it was the hotels?

16:00:17  8              A.  It was the hotels, yes.

16:00:20  9              Q.  Okay.  So, what was the basis for GHM's using

16:00:24  10     the photographs that were owned by the various hotels in the

16:00:30  11     various brochures and the A4 brochure, for example?  Where

16:00:30  12     was the permission from the hotels to GHM to use those

16:00:34  13     photographs owned by the hotels given?

16:00:43  14             A.  There's no permission given.  If you look at

16:00:45  15     the management agreement, the management agreement says GHM,

16:00:49  16     who represents the interests of the owner, has all the

16:00:53  17     rights to use all means and ways of maximizing the exposure

16:00:57  18     and the positioning of the hotel.  Because we are going to

16:01:06  19     be judged by our results.

16:01:08  20             And so, therefore, if somebody pays for something

16:01:09  21     and I have 100 photographs, I'd better make sure that I use

16:01:12  22     these 100 photographs as often as many as I can.  Because

16:01:15  23     I cannot justify this other management company otherwise,

16:01:18  24     that if there is a limitation attached to it, how would I,

16:01:21  25     as a third party manager, justify this to the owner?  And he
```

16:02:39  1      times, that it's because they paid for it?

16:07:41  2              A.  Yes.

16:02:41  3              Q.  Right?  Okay.

16:07:41  4              A.  Because we never talked about copyrights.

16:07:43  5              Q.  Well, except that these documents --

16:02:45  6              A.  Yes, no, I understand, I understand.

16:07:46  7              Q.  These documents say something about copyright

16:02:49  8      and -- (simultaneous speakers - unclear)

16:02:48  9              A.  Yes, yes, I understand.  I can -- I know what

16:07:50  10     it says.

16:07:51  11             Q.  Okay.  And do you believe that others at GHM

16:08:07  12     had the same view that you did, that the copyrights to the

16:08:11  13     photographs of the various properties were owned by the

16:08:15  14     hotels?

16:08:16  15             A.  I can't speak for others.  I don't know.

16:08:19  16             Q.  Okay.  We were talking earlier about Kendall

16:08:24  17     Oei, he was the director.  Would you say he was like

16:08:30  18     number 3 in the company?

16:08:31  19             A.  He was representing Adrian Zecha's interests.

16:08:34  20     He was there.  So there was no such -- he didn't get

16:08:36  21     involved in the day-to-day operation or anything like that.

16:08:40  22     He was representing his interest.  So, I wouldn't classify

16:08:44  23     as number 3.  He was a director.

16:08:46  24             Q.  He was the director of the company?

16:08:47  25             A.  Yes.

```
16:08:47   1    photographs only for a limited    for limited use.

16:08:55   2              So this -- yes, I can see what it says here, but

16:08:58   3    in the 10 years I was working with Junior this was never an

16:09:06   4    issue.

16:09:32   5              Q.  Okay.  And the, was because --

15:09:59   6              A.  Because, I repeat again, if that would have

16:10:02   7    come up, if she would have acted upon it, it would have been

16:10:05   8    the last time I would have been working with her.

16:10:08   9              Q.  Wouldn't that --

16:10:00  10              A.  Because it creates a problem.

16:10:09  11              Q.  I understand.

16:10:09  12              A.  Because in our industry you need to have all

16:10:17  13    sorts of spreads to do the message.  In those days, it was

16:10:18  14    travel agencies, brochures, newspapers, magazines, etc.,

16:10:22  15    etc.  Nowadays it's -- and then, of course, the internet,

16:10:26  16    nowadays.  It's, I mean, all sorts of things.

16:10:36  17              Q.  I understand.  I --

16:10:51  18              A.  So if you limit anything to anyone --

16:10:51  19              Q.  At this point --

16:10:32  20              MR. SCHWARZ:  No, no, you can't interrupt him.

16:10:36  21    That's --

16:10:36  22              MR. TOKE:  He's not answering the question.  He's

16:10:37  23    just going on a colloquy.

16:10:52  24              MR. SCHWARZ:  Okay.

16:10:52  25              A.  I'm answering the question.
```

Dep - CA No.13-CV-09239-CS-PED                                    23 September 2015

```
16:39:47  1    photographs."  I can show it to you.  The guy sent it to me,
16:39:51  2    one of our ex-staff, and they were quite perplexed, you see.
16:39:55  3    So, meaning the Lulu, quite clearly, used the photographs
16:39:58  4    well after GIM has left, and rightly so, because they're
16:40:03  5    theirs.
16:40:03  6            Q.   Even until last week?
16:40:04  7            A.   They could not use -- what they could not use
16:40:07  8    is the format that we had established and the logo of GIM.
16:40:11  9    Everything else they can use until the cows come home, as
16:40:15 10    far as I'm concerned.
16:40:16 11            Q.   As far as you're concerned.  Okay.  That's
16:40:17 12    fine.
16:40:18 13            When we were looking at the various production
16:40:21 14    estimates, you looked below and you said, "Yes, they always
16:40:24 15    have that similar language" --
16:40:26 16            A.   Yes.
16:40:26 17            Q.   -- "that Wave reserves all the intellectual
16:40:29 18    property copyrights to the" --
16:40:31 19            A.   Yes.
16:40:31 20            Q.   -- "including photographs".  Correct?
16:40:31 21            A.   Yes.
16:40:32 22            Q.   Okay.  You just read that today?
16:40:33 23            A.   No.  Well, I mean, I'm aware of it.  But, you
16:40:35 24    know, it's one of those typical small prints you never read,
16:40:38 25    you know.  But --
```

Dep - CA No.13-CV-09239-CS-PED                                    23 September 2015

```
16:40:40  1              Q.  Okay.  When did you --

16:40:40  2              MR. SCHWARZ:  Let him finish.

16:40:43  3              BY MR. TOKE:

16:40:47  4              Q.  Go ahead.

16:40:45  5              A.  It's one of those typical small prints you

16:40:47  6     never read.

16:40:49  7              And there was never an issue with the rights of

16:40:51  8     who owns the photographs.  If there would have been ever

16:40:54  9     brought up, this would have been immediately put to bed.

16:40:57 10     And, as I said again, or I repeat, I repeat for the fifth

16:41:06 11     time already, she would not have had a job with us.

16:41:04 12              Q.  I understand.  So you said --

16:41:06 13              MR. SCHWARZ:  No, no --

16:41:06 14              MR. TOKE:  He can't keep going on these -- I'm

16:41:06 15     trying to

16:41:06 16              MR. SCHWARZ:  You can't interrupt the witness.

16:41:09 17     It's not fair.  So, let him finish.

16:41:11 18              BY MR. TOKE:

16:41:12 19              Q.  Go ahead, if you want to.

16:41:12 20              A.  So, what I'm saying is if you put yourself

16:41:16 21     into a situation of a hotel company whose job it is to

16:41:19 22     manage a third party asset and part of the management is to

16:41:26 23     use photography that is done by a photographer, it is

16:41:30 24     totally counterproductive to give a photographer a license,

16:41:35 25     saying, "This is your photography," and every time I want to
```

use it for whatever device or whatever means, I have to go

back to you. I mean, absolutely unheard of, and totally

counterproductive.

        The very reason why I went with her is because it

was worry free. So yes, I see it, because I'm not saying

that you have put it on there before. But it was

inconsequential because she never acted upon it.

        Q. So, you're telling me that when you get these

production estimates you would see that language?

        A. Well, no.

        Q. Or, when did you first read that language?

        A. Yes and no. Because what I look at ultimately

in these estimates is to see that what I wanted her to do is

here, because that ultimately is what the hotel pays. Then

I see the price, which I really was not too concerned about

because, as I said earlier on, if it fits within the budget,

and if it's too much -- she also then bargained with the

hotel, which is fine, because she did that between the

general manager, and definitely, I remember, with Puri,

because Puri is a bit of a tight arse and she would have

definitely -- I'm sure there was another estimate here which

was higher. So it was negotiated, I'm quite sure. And she

was always very open to that. Okay? So, other than --

        Q. And that's because

        MR. SCHWARZ: No, no.

# Exhibit F

# W A V E S

36A Sago Street Singapore 069027. T (65) 6227 3700  F (65) 6227 3971

## p r o d u c t i o n   e s t i m a t e

| | |
|---|---|
| client | Mr Andre Kretschmann ~ The Chedi, Muscat |
| product | The Chedi, Muscat – Corporate Brochure |
| version | 1 |
| date | 9th February 2003 |
| description | Designing and overseeing production ( up to colour separation stage ) of |

a

Corporate Brochure ( English ) – 28pp including cover, tracer and

pocket

including 6pp tariff insert for The Chedi, Muscat

## C H A R G E S _____    S $

| | | | |
|---|---|---|---|
| 1. | Design Concept | : $ | – |
| 2. | Layout / Art Direction | : $ | 2,000.00 |
| 3. | Finished Artwork ( English ) | : $ | 3,000.00 |
| 4. | Copywriting | : $ | 400.00 |
| 5. | Colour Indication and Films Checking | : $ | 500.00 |
| 6. | Studio materials ( Col. prints, Art cards & etc ) | : $ | 500.00 |
| 7. | Misc. ( Transportation, Phone, Fax, Courier & etc ) | : $ | 500.00 |
| 8. | Colour Separation | : $ | 3,605.00 |
| 9. | Printing ~ Brochure and Tariff ( 10,000 sets ) | : $ | 14,892.80 |

| | | |
|---|---|---|
| TOTAL | : | $25,397.80 |

**Note :**
The invoice amount is the amount due nett of any applicable

estimate prepared by  _____  _____ client's approval  _____

date  _____  9th February 2003  _____ date  _____  _____

- Terms of payment, 50% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
  in writing before the work is undertaken.
- 5% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / projects undertaken.

TWS0355581

# Exhibit G

From: jlee <jlee@thewave-studio.com>
Subject: Re: Interior Design magazine - photography credit for the Chedi Muscat
Date: September 27, 2007 1:49:40 PM SST
To: <ghmadmin@singnet.com.sg>

Hi Alvin,

I don't mind replying her directly but it is not appropriate.
So, kindly advise her to place in The Wave Studio.
That is our standard credit.

Cheers,
jr

On Sep 27, 2007, at 10:18 AM, Alvin Fong wrote:

Hi Junior,

Do you want reply to her below? Or is there a standard credit we can give out to anybody?

Thank you and remain with best regards
Alvin Fong
General Hotel Management Ltd
No.1 Orchard Spring Lane
#04-02 Tourism Court
Singapore 247729

Tel : (65) 6 223 3755
Fax : (65) 6 221 1535
E-mail : ctaecin@ghmhotels.com

From: Edwards, Meghan (RDI-US) [mailto:meghan.edwards@reedbusiness.com]
Sent: Thursday, September 27, 2007 3:09 AM
To: ghmadmin@singnet.com.sg
Subject: Interior Design magazine - photography credit for the Chedi Muscat
Importance: High

Dear Alvin Fong,

I'm writing on behalf of Interior Design magazine. We're using an image that you sent us of the Chedi Muscat in Oman in our October issue.
What should the photography credit be for this image?

As we're on deadline, please respond as soon as you receive this.

Many thanks,

Meghan Edwards

Editorial Assistant
Interior Design
360 Park Avenue South, 17th Fl.
New York, NY 10010
646.746.7597
meghan.edwards@reedbusiness.com

TWS0199763

# Exhibit H

Soo Soo Eng - GHM

From:      "Soo Soo Eng - GHM" <sooeng@ghmhotels.com>
To:        "Junior Lee" <jlee@thewave-design.com>
Cc:        "Eleanor Hardy" <gm@chedi-chiangmai.com>
Sent:      Tuesday, May 16, 2006 12:43 PM
Subject:   Fw: Update photo shoot

Dear Jr

Besides what you think is best representing The Chedi, Chiang Mai, please see list of pictures that I require:

Day pictures always
1. Hotel from street / river
2. Reception counter
3. Lobby Lounge
4. Shop
5. Hotel ground, i.e. garden, water garden
6. Spa entrance, reception, shop, treatment room - single and double, after treatment area
7. Restaurant exterior, i.e.
   a. House
   b. New section restaurant (please take from Riverview)
   c. Seating within restaurant & exterior casual seating
   d. Seating within new section
   e. Open plan kitchen
   f. House - upper section / inside and outside seating
   g. Terrace Bar on 2nd level
   h. Bar on ground level
8. Gym & yoga room
9. Meeting room - set-up:
   a. In smaller room / boardroom
   b. Larger room as cluster style and u-shape
10. Pool
11. Guestroom - please retake:
    a. Deluxe Room
    b. Club Suite - bedroom and sitting area
    c. Balcony, exterior, i.e. take it from top of spa house to show size of balcony with daybed
    d. Entrance gate of guestroom
    e. Courtyard of guestroom, please show with an open "swing door" of Club Suite
    f. Washroom / shower / bathtub of Deluxe room and Club Suite
12. Club Lounge plus open-end terrace

Thanks & regards
Soo Soo Eng
Director of Sales & Marketing

GHM Sales Office:
No. 1 Orchard Spring Lane #04-02 Tourism Court
Singapore 247729
Email: sooeng@ghmhotels.com
Tel: (65) 6 221 5250
Fax: (65) 6 221 6272
Int'l Toll-Free Tel: 001 800 65 1188 (Thailand)
Visit our website @ www.ghmhotels.com

The Nam Hai, Hoi An, Vietnam opening December 2006

----- Original Message -----

16-May-2006

GHM 00042

# Exhibit I

Page 1 of 1

## See Soo Eng - GHM

From:      "See Soo Eng - GHM" <sooeng@ghmhotels.com>
To:        "jr lee" <jlee@thewave-design.com>
Cc:        "Eleanor Hardy" <gm@chedi-chiangmai.com>
Sent:      Wednesday, May 17, 2006 12:40 PM
Subject:   Re: Update photo shoot

Dear Jr

Please also include image of fireplace at lobby.

Regards
See Soo Eng
Director of Sales & Marketing

GHM Sales Office:
No. 1 Orchard Spring Lane #04-02 Tourism Court
Singapore 247729
Email: sooeng@ghmhotels.com
Tel: (65) 6 221 5250
Fax: (65) 6 221 6272
Int'l Toll-Free Tel:  001 800 66 1188 (Thailand)
Visit our website @ www.ghmhotels.com

The Nam Hai, Hoi An, Vietnam opening December 2006

----- Original Message -----
From: jr lee
To: See Soo Eng - GHM
Cc: Eleanor Hardy
Sent: Tuesday, May 16, 2006 3:08 PM
Subject: Re: Update photo shoot

Dear Soo Eng,

Ok, noted with thanks.

Appreciate the comprehensive list.

Best regards,
jr

17-May-2006

GHM 00144

# Exhibit J

## See Soo Eng - GHM

From:       "See Soo Eng - GHM" <soceng@ghmhotels.com>
To:         "Eleanor Hardy" <gm@chedi-chiangmai.com>
Cc:         "Junior Lee" <jlee@thewave-design.com>
Sent:       Saturday, November 18, 2006 1:11 PM
Subject:    List of Areas for The Chedi, Chiang Mai Photo Shoot

Dear Eleanor

Below the list for photo shooting on 10 December.  Hurrah!

Day Picture Always
1.      Hotel from street / river
2.      Reception counter
3.      Lobby Lounge
4.      Shop
5.      Fireplace at lobby
6.      Hotel ground i.e. garden, water garden
7.      Spa entrance, reception, shop, treatment room – single and double, after treatment area
8.      Restaurant exterior, i.e.
        a.      House
        b.      New section restaurant (please take from Riverview)
        c.      Seating within restaurant & exterior casual seating
        d.      Seating within new section
        e.      Open plan kitchen
        f.      House – upper section / inside and outside seating
        g.      Terrace Bar on 2nd level
        h.      Bar on ground level
9.      Gym & Yoga Room
10.     Meeting Room – set-up:
        a.      In smaller room / boardroom
        b.      Larger room as cluster style and u-shape
11.     Pool
12.     Guestroom – please retake:
        a.      Deluxe Room
        b.      The Chedi Club Suite – bedroom and sitting area
        c.      Balcony, exterior i.e. take it from top of spa house to show size of balcony with daybed
        d.      Entrance gate of guestroom
        e.      Courtyard of guestroom, please show with an open "swing door" of Club Suite
        f.      Washroom / shower / bathtub of Deluxe Room and Club Suite
13.     Club Lounge plus open-end terrace

Regards
See Soo Eng
Director of Sales & Marketing

GHM Sales Office:
No. 1 Orchard Spring Lane #04-02 Tourism Court
Singapore 247729
Email: soceng@ghmhotels.com
Tel: (65) 6 221 5250
Fax: (65) 6 221 6272
Int'l Toll-Free Tel. 001 800 65 1188 (Thailand)
Visit our website @ www.ghmhotels.com

The Nam Hai, Hoi An, Vietnam opening December 2006

18-Nov-2006

GHM 00145

# Exhibit K

## Soo eng

**From:** "See Soo Eng" <sooeng@ghmhotels.com>
**To:** "Jr" <jlee@thewave-design.com>
**Cc:** "John Laing" <johnlaing@ghmhotels.com>
**Sent:** Wednesday, May 02, 2007 2:46 AM
**Subject:** photograpy at The Nam Hai, Hoi An

Hello Jr
glad to hear the above is happening. my request on area of photography required:
Tennis Court
Gym
Spa - reception, spa villa sitting on lagoon, treatment rooms
Hotel Entrance towards Reception
Reception
Boutique
Meeting Room (hotel to set up for maximum seating - preferably 2 different set-up)
Library
Restaurant Entrance
Bar
Restaurant Interior
Restaurant - outdoor seating
3 pools picture together all the way to beach
Beach restaurant
Beach restaurant - outdoor seating
looking at hotel from beach
looking at hotel from sea
Rooms: interior- bed area, dressing and wash basin, sitting area
Exterior - rows of 1-bedroom villa (no pool villa)
Pool Villa - Entrance, Garden with fountain on background, private pool within

thanks Jr, have fun
regards

See Soo Eng
Director of Sales & Marketing
GHM
1 Orchard Spring Lane #04-02
Singapore 247729
Tel: (65) 6221 5250
Fax: (65) 6221 6272
Int'l toll-free tels: 001 800 65 1188 (Thailand)
www.ghmhotels.com
www.ghmluxuryhotels.com

The Nam Hai, Hoi An, Vietnam opens 1 December 2006

02-May-2007

# Exhibit L

| From: | Astrid Djuansjah <loyalty@thelegianball.com> |
|---|---|
| Sent: | Friday, October 06, 2006 10:08 PM |
| To: | jlee |
| Cc: | GENERAL MANAGER; DIRECTOR OF MARKETING; SALES ADMINISTRATOR |
| Subject: | RE: The Beach House Images |
| Importance: | High |

Dear Junior,

Please note that The American Airline and Conde Nast Traveler will feature the Beach House for their next edition, would highly appreciated if you could send the CD and arrive ASAP, Monday the latest.

Thank you,
Astrid


-----Original Message-----
From: Astrid Djuansjah [mailto:loyalty@thelegianball.com]
Sent: Friday, October 06, 2006 8:10 AM
To: jlee
Cc: SALES ADMINISTRATOR; DIRECTOR OF MARKETING
Subject: RE: The Beach House Images

Dear Ms. Lee,

That's great! Looking forward to it!

Regards,
Astrid




-----Original Message-----
From: jlee [mailto:jlee@thewave-design.com]
Sent: Thursday, October 05, 2006 6:09 PM
To: Astrid Djuansjah
Subject: Re: The Beach House Images
Importance: High

Dear Astrid,

The photo DVDs are ready and once Mr Ohletz have approved them,
they will sent to you this Saturday by GHM's office.

Thanks and best regards,
jr

1

GHM 00802

On Oct 5, 2006, at 12:08 PM, Astrid Djuansjah wrote:

Dear Ms. Lee,
Just wondering how is the progress of the above subject? Hope we could have them by late this week??
We've been having lots of requests from medias. Please advise.
Thank you.
Best regards,
Astrid Djuansjah
Loyalty Program Manager
GHM Hotels, Bali
C/o The Legian
Jalan Laksmana, Seminyak Beach
Bali 80361, Indonesia
Tel (62 361) 730-622
Fax (62 361) 731-291
GHM - "A Style to Remember"
www.ghmhotels.com
*Conde Nast Traveler HOT LIST 2005 - one of the 116 best new hotels in the world*

*The Beach House @ The Legian newly opened. The ultimate experience in luxury and life style in indonesia.*

jr lee

the wave design pte ltd
10a trengganu street
singapore 058464

t +65 6227 3700
f +65 6227 3971
m +65 9635 2235

2

GHM 00803

# Exhibit M

# CERTIFICATE OF ACKNOWLEDGMENT OF
# EXECUTION OF AN INSTRUMENT

REPUBLIC OF SINGAPORE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*(Country)*

CITY OF SINGAPORE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*(County and/or Other Political Division)*                    } ss:

EMBASSY OF THE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*(County and/or Other Political Division)*

UNITED STATES OF AMERICA
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
*(Name of Foreign Service Office)*

I, . . . . . . . . . . . . . . . . . . . . . . . . . . . . Victoria A. McClearn, Consular Associate . . . . . . . . . . . . . . . .

of the United States of America at . . . . . . . . . . . . . Singapore, Republic of Singapore . . . . . . . . . . . . . . . .

duly commissioned and qualified, do hereby certify that on this day of . . . . . . 10-15-2012 . . . . . . , before me personally appeared
                                                                            Date (mm-dd-yyyy)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Kar Yin Lee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ---

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

~~to me personally known, and~~ known to me to be the individual described in, whose name . . . . . . is . . . . . . subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument . . . . . . she . . . . . .

duly acknowledged to me that . . . . she . . . . executed the same freely and voluntarily for the uses and purposes.

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and

official seal the day and year last above written.

. . . . . . . . . . . . . . Victoria A. McClearn

Consular Associate of the of the United States of America.
United States of America

Commission Expires:        Indefinite

This document consists of 4 pages, including the Acknowledgement certificate.

**NOTE:** Wherever practicable all signatures to a document should be included in one certificate.

OF-175 *(Formerly FS-88)*
01-2009

## ASSIGNMENT OF COPYRIGHT

This Assignment is made and entered into with effect from **15 FEBRUARY 2007** (the **"Effective Date"**)

Between

    (1) **WAVE-S**, a business registered in Singapore (Registration No. 50153399A) with its registered address at **46, SOUTH BRIDGE ROAD, #04-02, KINGLY BUILDING, SINGAPORE 058679** ("Assignor");

    and

    (2) **THE WAVE DESIGN PTE. LTD.**, a company registered in Singapore (Registration No. 200506995G) with its registered address at **10A, TRENGGANU STREET SINGAPORE 058464** ("Assignee").

Whereas

(A)    Assignor is the proprietor of the rights in several works ("**the Works**") details of which are set out in the Annex annexed hereto.

(B)    Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

**Now Therefore**, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i)    Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("**Copyrights**"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii)    Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights of or obligations owing to any person.

(iii)    The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

## ANNEX

### The Works

| Title/Subject |
|---|
| setai001 – setai041 |
| setai337 – setai350 |
| setai959 |
| |
| muscat001 – muscat029 |
| muscat030 – muscat148 |
| |
| teela001 – teela160 |
| |
| chiangmai001 – chiangmai075 |
| |
| phuket001 – phuket041 |
| phuket042 |
| |
| legianclub001 – legianclub015 |
| legianclub016 |
| legianclub017 – legianclub022 |
| legianclub023 – legianclub034 |
| |
| legian001 – legian006 |
| legian007 – legian025 |
| legian026 – legian065 |
| legian122 |
| |
| chediclub001 – chediclub140 |
| chediclub141 |
| |
| lalu001 – lalu026 |
| lalu027 – lalu158 |

TWS0199395

**In Witness Whereof,** the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of
**WAVE-S**

By:    LEE KAR YIN
Title:    SOLE PROPRIETOR
Date:    ~~15 FEBRUARY 2007~~   15 OCT 2012

Witness:
Name:    SARAH MURDES

Executed as a deed for and on behalf of
**THE WAVE DESIGN PTE. LTD.**

By:    LEE KAR YIN
Title:    MANAGING DIRECTOR
Date:    ~~15 FEBRUARY 2007~~   15 OCT 2012

Witness:
Name:    SARAH MURDES

TWS0199396

# Exhibit N

# CERTIFICATE OF ACKNOWLEDGMENT OF
# EXECUTION OF AN INSTRUMENT

REPUBLIC OF SINGAPORE
*(Country)*

CITY OF SINGAPORE
*(County and/or Other Political Division)*

EMBASSY OF THE
*(County and/or Other Political Division)*

SS:

UNITED STATES OF AMERICA
*(Name of Foreign Service Office)*

I, _____ Victoria A. McCleam, Consular Associate _____

of the United States of America at _____ Singapore, Republic of Singapore _____

duly commissioned and qualified, do hereby certify that on this day of _____ 10-15-2012 _____ , before me personally appeared
Date (mm-dd-yyyy)

_____ Knr Yin Lee _____

to me personally known, and known to me to be the individual described in, whose name _____ is _____ subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument _____ she _____

duly acknowledged to me that _____ she _____ executed the same freely and voluntarily for the uses and purposes,

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and

official seal the day and year last above written

_____ Victoria A. McCleam _____
Consular Associate of the _____ of the United States of America.
United States of America

Commission Expires:     Indefinite

This document consists of 4 pages, including the Acknowledgement certificate.

NOTE: Wherever practicable all signatures to a document should be included in one certificate.

OF-176 (Formerly FS-88)
01-2009

TWS0199380

## ASSIGNMENT OF COPYRIGHT

This Assignment is made and entered into with effect from **28 JULY 2008** ("the "Effective Date")

Between

    (1) THE WAVE PTE. LTD., a company registered in Singapore (Registration No. 200201048Z) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignor"); and

    (2) THE WAVE STUDIO PTE. LTD., a company registered in Singapore (Registration No. 200508995G) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignee").

Whereas

(A)    Assignor is the proprietor of the rights in several works ("the Works") details of which are set out in the Annex annexed hereto.

(B)    Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

Now Therefore, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i)    Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("Copyrights"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii)    Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights of or obligations owing to any person.

(iii)    The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

TWS0199381

## ANNEX

### The Works

| Title/Subject |
|---|
| setai042 – setai181 |
| setai182 |
| datai001 – datai104 |
| andaman001 – andaman066 |
| seahst001 – seahst017 |

TWS0199382

In Witness Whereof, the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of
THE WAVE PTE. LTD.

Executed as a deed for and on behalf of
THE WAVE STUDIO PTE. LTD.

By:      LEE KAR YIN
Title:   MANAGING DIRECTOR
Date:    20 JULY 2008  15 OCT 2012

By:      LEE KAR YIN
Title:   MANAGING DIRECTOR
Date:    28 JULY 2008  15 OCT 2012

Witness:
Name:    SARAH LOUKOES

Witness:
Name:    SARAH LOUKOES

TWS0199383

# Exhibit O

COPYRIGHTS ASSIGNMENT

This Copyright Assignment Agreement (Agreement) is entered into between The WAVE-S (Assignor), a private company of Singapore, with an address of 46 South Bridge Road, #04-02 Kingly Building, Singapore, 058679, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage or transmission medium, and including, without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder;

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant

TWS0199400

jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

Assignor agrees, at the request of Assignee or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing worldwide rights in the Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the Copyrights as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.

WAVES (Assignor)

By: _____     Date: 11TH NOVEMBER 2011
     Lee Kar Yin, owner

The Wave Studio, LLC (assignee)

By: _____     Date: 11TH NOVEMBER 2011
     Lee Kar Yin, owner

2

Attachment A

| Title | Reg. No. |
|---|---|
| Wave-S Photographs 2001 | VA 1-432-324 |
| Wave-S Photographs 2002 | VA 1-432-325 |
| Wave-S Photographs 2002 (B) | VA 1-432-336 |
| Wave-S Photographs 2003 | VA 1-432-328 |
| Wave-S Photographs 2004 | VA 1-432-329 |
| Wave-S Photographs 2004 (B) | VA 1-758-524 |
| Wave-S unpublished setal959 | VAu 1-060-182 |

3

TWS0199402

# Exhibit P

V3610 D251

V3610 D251
Page 1

## COPYRIGHTS ASSIGNMENT

This Copyright Assignment Agreement (Agreement) is entered into between The Wave Pte. Ltd. (Assignor), a private company of Singapore, with an address of 36 Sago Street, Singapore, 059027, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage or transmission medium, and including, without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

TWS0199389

V3610 D251
Page 2

Assignor agrees, at the request of Assignee or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing worldwide rights in the Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the Copyrights as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.

The Wave Pte. Ltd (Assignor)

By: _____

Lee Kar Yin, owner

Date: 11ᵀᴴ NOVEMBER 2011

The Wave Studio, LLC (assignee)

By: _____

Lee Kar Yin, owner

Date: 11ᵀᴴ noven BER 2011

2

TWS0199390

V3610 D251
Page 3

Attachment A

| Title | Reg. No. |
|---|---|
| The Wave Pte. Ltd. Photographs 2005 (A) | VA 1-432-331 |
| The Wave Pte. Ltd. unpublished setai 182 | VAu 1-057-927 |

3

TWS0199391

# Exhibit Q

Fees are effective through June 30, 2002.
After that date, check the Copyright Of-
fice Website at www.loc.gov/copyright or
call (202) 707-3000 for current fee infor-
mation.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|

Volume _____  Page _____

Volume _____  Page _____

FUNDS RECEIVED

Do not write above this line.

To the Register of Copyrights:

*Please record the accompanying original document or copy
thereof.*

FOR OFFICE USE ONLY

1. Name of the party or parties to the document spelled as they
appear in the document (List up to the first three):
   HAWS-11
   LEE KAE YIN
   HAWS PTE. LTD.

2. Date of execution and/or
effective date of the
accompanying document    January 7, 2013
   (month) (day) (year)

3. Completeness of document
   ☒ Document is complete by its own terms.
   ☐ Document is not complete. Record "as is".

4. Description of document
   ☒ Transfer of Copyright
   ☐ Security Interest
   ☐ Change of Name of Owner
   ☐ Termination of Transfer(s) [Section 203]
   ☐ Shareware
   ☐ Life, Identity, Death Statement [Section 302]
   ☐ Transfer of Mask Works
   ☐ Other _____

5. Title of first work:
   as given in the
   document _____

6. Total number
   of titles
   in document     6

7. Amount of fee
   calculated
   $ 105.00

8. Fee
   enclosed
   ☐ Check
   ☒ Money Order

9. Fee authorized to be charged to a
   Copyright Office
   Deposit Account number ___ 080519

   Account name  Jennison & Shultz, P.C.

9. Affirmation: I hereby affirm to the Copyright Office that the infor-
mation given on this form is a true and correct representation of the
accompanying document. This affirmation will not suffice as a
certification of a photocopy signature on the document.
(Affirmation must be signed even if you are also signing space
10.)

   Signed _____

   Date  April 21, 2015

   Phone  (703) 415-1690    Fax number _____

10. Certification—Complete this certification in addition to the Affirma-
tion in Space 9 above if a copy of the original signed document is substituted for
a document bearing the actual signature.

   NOTE: This space may not be used for an official certification.
   I certify under penalty of perjury under the laws of the United
   States of America that the accompanying document is a true copy of
   the original document.

   Signed  The HAWS Studio, LLC
   Date/date executed  April 21, 2015

   Date _____

Recordation
will return to
this address:

| Name: | Jennison & Shultz, P.C.   Attention: John Jennison, Esq. |
| Number/Street/Apt: | 2001 Jefferson Davis Hwy., Suite 1102 |
| City/State/ZIP: | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9

SEND ALL 3 ELEMENTS IN THE SAME ENVELOPE:
1. Two copies of the Document Cover Sheet
2. Fee in check or money order payable to Register
   of Copyrights
3. Document

MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

June 1999—20,000
WEB REV. June 1999    ⟳ Printed on recycled paper    U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/69

TWS0355824

V3629 D213



DECLARATION OF DISSOLUTION OF WAVE-S AND TRANSFER OF COPYRIGHTS
TO LEE KAR YIN, DECLARATION OF DISSOLUTION OF THE WAVE PTE. LTD.
AND TRANSFER OF COPYRIGHTS TO LEE KAR YIN, DECLARATION OF CHANGE
OF NAME OF THE WAVE DESIGN PTE. LTD. TO THE WAVE STUDIO PTE. LTD. ,
AND THE TRANSFER OF ALL COPYRIGHTS AND NUNC PRO TUNC ASSIGNMENT
OF COPYRIGHTS TO THE WAVE STUDIO, LLC.

I, Lee Kar Yin, declare as follows:

1. I am the owner of THE WAVE STUDIO, LLC, a New York limited liability company,
   with a business address of One Barker Avenue, White Plains, New York 10601.

2. WAVE-S was a sole proprietorship and upon its dissolution the ownership of all copyrights
   was transferred to me.

3. THE WAVE PTE. LTD. was a private limited company and upon its dissolution the
   ownership of all copyrights was transferred to me.

4. THE WAVE DESIGN PTE. LTD. was a private limited company and upon its change
   of name all copyrights were transferred to The Wave Studio Pte. Ltd., a private limited
   company, which is exclusively owned by me.

5. By assignments recorded at the U.S. Copyright Office and this nunc pro tunc assignment
   all rights in the copyrights, including all world-wide rights, all derivative rights, all
   renewal rights, owned by me have been transferred to THE WAVE STUDIO, LLC.

6. I hereby request that the Documents Recordation Section of the U.S. Copyright Office
   record and index this Declaration so as to provide notice that the owner of the copyrights
   is THE WAVE STUDIO, LLC as a result of the above dissolutions and transfers of copyrights.

Executed in Singapore on January 7, 2013.

Lee Kar Yin, Owner
WAVE-S

Lee Kar Yin, Owner
THE WAVE PTE. LTD.

Lee Kar Yin, Owner
THE WAVE DESIGN PTE. LTD.

Lee Kar Yin, Owner
THE WAVE STUDIO PTE. LTD.

Lee Kar Yin, Owner
THE WAVE STUDIO, LLC

TWSC355825

V3520 0213
Page 2

# CERTIFICATE OF ACKNOWLEDGMENT OF
# EXECUTION OF AN INSTRUMENT

wREPUBLIC OF SINGAPORE
*(Country)*

CITY OF SINGAPORE
*(County and/or Other Political Division)*

EMBASSY OF THE
*(County and/or Other Political Division)*

} ss:

UNITED STATES OF AMERICA
*(Name of Foreign Service Office)*

I, _____ Victoria A. McGloam, Consular Associate

of the United States of America at _____ Singapore, Republic of Singapore

duly commissioned and qualified, do hereby certify that on this day of _____ 01-07-2013 _____ , before me personally appeared
Date (mm-dd-yyyy)

Lee Kat Yin

to me personally known and known to me to be the individual described in, whose name _____ is _____ subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument _____ she

duly acknowledged to me that _____ she _____ executed the same freely and voluntarily for the uses and purposes

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and
official seal the day and year last above written,

_____ of the United States of America.

This document consists of _2_ pages, including the Acknowledgment certificate.
NOTE: Whenever practicable all signatures to a document should be included in one certificate.

OF-178 (Formerly FS-88)
01-2000

TWS0355828

# Exhibit R

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

Privacy Act Notice: Sections 205 and 705 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Volume _____ Document _____

Volume _____ Document _____

Date of recordation __ M _____ D _____ Y _____
[assigned by the Copyright Office]

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS

To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.

**1** First party name given in the document: Lee Kar Yin
[leave blank if more than one party given in document]

**2** First title given in the document: VA 1-417-324 Wave-s Photographs 2891

**3** Total number of titles in the document: 30

**4** Return receipt requested: ☐ If checked, please enclose a self-addressed postage-paid envelope.

**5** Electronic title list enclosed: ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6** Amount of fee calculated: $310

**7** Fee enclosed: ☐ Check    ☐ Money order
✓ Fee authorized to be charged to Copyright Office deposit account
Deposit account number 55387
Deposit account name _Mitchell Silberberg + Knupp LLP_

**8** Completeness of document: ☑ All attachments referenced in this document are included.
☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9** Certification of photocopied documents: Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.
NOTE: This space may not be used for documents that require an official certification.
I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.
Signature _____ Date 05/04/2015
Duly authorized agent of _Lee Kar Yin_

**10** Return to: Name _Vijay Toke, Cobalt LLP_
Number/Street 918 Parker Street _____ Apt/suite A21
City Berkeley _____ State CA _____ Zip 94710
Phone number 510-841-9800 _____ Fax number 510-295-2401
Email copyrights@cobaltlaw.com

SEND TO: Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000

INCLUDE ALL OF THESE TOGETHER: (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

Form DCS Revised 05/2014 Print on 05/2014

TWS0355771

DECLARATION OF LEE KAR YIN AND
*NUNC PRO TUNC* COPYRIGHT ASSIGNMENTS TO THE WAVE STUDIO LLC

I, Lee Kar Yin, declare as follows:

1. I wish to clarify and confirm The Wave Studio LLC's ownership of all right, title, and interest of every kind and character throughout the world (including all copyrights, worldwide rights, derivative rights, renewal rights, and all rights to causes of action and related remedies) in and to my professional photographs, including without limitation the photographs identified in Exhibit A (the "Photographs") and the copyright registrations identified in Exhibit B (the "Copyright Registrations") as of November 11, 2011 ("Effective Date")

## Background

2. On February 21, 1994, I registered the sole proprietorship **Wave-S** under the laws of Singapore (Registration No. 50153300A).

3. **Wave-S** owned all right, title and interest worldwide, including copyrights, in and to certain professional photographs ("**Wave-S Photographs**"), including photographs registered at the U.S. Copyright Office under the following Registration Numbers and Registration Dates:
   a) VA 1-432-324
   b) VA 1-432-325
   c) VA 1-432-328
   d) VA 1-432-329
   e) VA 1-432-336
   f) VA 1-433-816
   g) VA 1-758-524
   h) VA 1-825-429
   i) VA 1-825-431
   j) VA 1-842-230
   k) VA 1-857-706
   l) VAu 1-060-182

(collectively, the "**Wave-S Copyright Registrations**")

4. On February 21, 2007, Wave-S ceased doing business and dissolved. A true and correct copy of the Singaporean government business record for the dissolution of Wave-S is attached as Exhibit C.

5. Upon dissolution of Wave-S, all tangible and intangible assets of the sole proprietorship, including all right, title and interest worldwide (including copyrights) in and to all Wave-S Photographs was automatically transferred to me by operation of Singapore law. No rights were retained by Wave-S.

TWS0055772

6. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the **Wave-S Photographs** and the **Wave-S Copyright Registrations**.

7. On February 8, 2002, The Wave PTE. LTD. was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200201048Z). A true and correct copy of the Singaporean government business record for The Wave PTE. LTD. is attached as Exhibit D.

8. I was a director and shareholder of The Wave PTE. LTD., together with Mr. Chua Kiat Hong.

9. The Wave PTE. LTD. owned all right, title, and interest worldwide, including copyrights, in and to certain professional photographs (the "**Wave PTE Photographs**"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:
   a). VA 1-432-331
   b) VAu 1-057-927

(collectively, the "**Wave PTE Copyright Registrations**")

10. On August 1, 2008, the Board of Directors of The Wave PTE. LTD. held an extraordinary general meeting to dissolve the company and irrevocably assign and transfer all tangible and intangible assets owned by The Wave PTE. LTD. to me as of that date. A true and correct copy of the corporate minutes reflecting this resolution is attached as Exhibit E.

11. The Wave PTE Photographs, including all copyrights therein, were included in the assets assigned by The Wave PTE. LTD. to me. No rights were retained by The Wave PTE. LTD. or by Mr. Chua Kiat Hong.

12. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the **Wave PTE Photographs** and the **Wave PTE Copyright Registrations**.

13. On July 1, 2005, The Wave Design PTE. LTD. was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200508995G). A true and correct copy of the Singaporean government business record for The Wave Design PTE. LTD. is attached as Exhibit F.

14. On July 27, 2007, The Wave Design PTE. LTD. changed its name to The Wave Studio PTE. LTD. A true and correct copy of the Singaporean government business record for the name change is attached as Exhibit G.

15. I am the sole owner, director and shareholder of The Wave Studio PTE. LTD. (formerly known as The Wave Design PTE. LTD.).

TWS0355773

16. **The Wave Studio PTE. LTD.** (formerly known as The Wave Design PTE. LTD.), owned all right, title, and interest worldwide, including copyrights, in and to certain photographs (the "Wave Studio PTE Photographs"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:

    a) VA 1-432-326
    b) VA 1-432-327
    c) VA 1-432-330
    d) VA 1-432-332
    e) VA-432-637
    f) VA 1-765-854
    g) VA 1-824-376
    h) VA 1-825-249
    i) VA 1-825-264
    j) VA 1-829-021
    k) VA 1-842-228
    l) VAu 1-055-458
    m) VAu 1-055-459
    n) VAu 1-060-180
    o) VAu 1-110-867
    p) VAu 1-144-751

(collectively, the "Wave Studio PTE Copyright Registrations")

17. On or around September 1, 2011, I formed The Wave Studio LLC, a limited liability company organized under the laws of the State of New York.

18. I am the sole owner, member, and manager of The Wave Studio LLC.

**Previous Assignments of Copyright**

19. A purported assignment of copyright from **Wave-S** to **The Wave Design PTE. LTD** was entered into and was made effective as of February 15, 2007. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit H.

20. A purported assignment of copyright from **The Wave PTE. LTD.** to **The Wave Studio PTE. LTD.** was entered into and was made effective as of July 28, 2008. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit I.

21. On November 11, 2011, a purported assignment of copyright from **Wave-S** to **The Wave Studio LLC** was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all

TWS0355774

recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by Wave-S had already been transferred to me as of February 21, 2007. A true and correct copy of this assignment is attached as Exhibit J.

22. On November 11, 2011, a purported assignment of copyright from **The Wave PTE. LTD.** to **The Wave Studio LLC** was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by **The Wave PTE. LTD.** had already been transferred to me as of August 1, 2008. A true and correct copy of this assignment is attached as Exhibit K.

23. On January 7, 2013, I executed a Declaration and *Nunc Pro Tunc* Assignment of Copyright to The Wave Studio, LLC, which was recorded at the U.S. Copyright Office on April 22, 2013 (the **"Catch-All Assignment"**). While the facts stated in this Catch-All Assignment were correct, this document omitted that the *nunc pro tunc* assignments of all copyrights owned by me (upon dissolution of **Wave-S** and **The Wave PTE. LTD.)** and by **The Wave Studio PTE. LTD** were effective as of November 11, 2011. This present Declaration serves to complete and clarify the Catch-All Assignment. A true and correct copy of this assignment is attached as Exhibit L.

24. On or around October 1, 2013, Mr. Masano Kawana entered into a Memorandum of Understanding and Ownership ("MOU"), whereby he confirmed that all photographs resulting from the 2000-2007 shoots he participated in for me and the various Wave entities were intended to be work made for hire for me, and that the copyrights in those photographs was exclusively owned by me at the time of their creation (including without limitation, photoshoots relating to The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hai An Vietnam, Carcosa Seri Negara Kuala Lumpur, The Chedi Milan, The Serai Club Jimbaran Bali, The Heritage House Mendocino, Langsuan Apartment Bangkok, Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore) (collectively, the **"2000-2007 Photographs"**). On May 18, 2015, I executed a Confirmation of Assignment of Copyright, confirming the terms of the MOU, which were recorded at the U.S. Copyright Office on May 18, 2015. True and correct copies of these documents are attached as Exhibit L.

## Corrective and Nunc Pro Tunc Assignments of Copyrights

25. On November 11, 2011, **The Wave Design PTE. LTD.** entered into an assignment of copyrights, whereby **The Wave Design PTE. LTD.** assigned its rights, title and interest worldwide in the following copyrights to **The Wave Studio LLC:**

TWS0365775

TWS0356776

a) VA 1-432-332
b) VA-432-637
c) VA 1-432-330
d) VA 1-432-326
e) VA 1-432-326
f) VAu 1-055-458
g) VAu 1-055-459
h) VAu 1-060-180
i) VA 1-765-854

20. In my capacity as Owner and authorized signatory for The Wave Studio FTK, LTD (formerly known as The Wave Design FTE, LTD), I hereby correct and augment this assignment in the following ways:

i.   I hereby correct as of the Effective Date a misprint in the name of the assignor and change it from "The Wave Design FTK, LTD." to "The Wave Studio FTK, LTD," in order to reflect the correct corporate name as of November 11, 2011.

ii.  I hereby assign as of the Effective Date, any and all remaining right, title, and interest worldwide (including copyrights) in all tangible and intangible assets that were, or might have been, owned by The Wave Studio FTK, LTD (formerly known as The Wave Design FTE, LTD.) as of the Effective Date, to The Wave Studio LLC, including without limitation any and all Wave Studio FTE Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, including without limitation the following Copyright Registrations:

a) VA 1-824-376
b) VA 1-825-249
c) VA 1-825-264
d) VA 1-829-021
e) VA 1-842-228
f) VAu 1-110-867
g) VAu 1-144-751

iii. I hereby confirm that this nunc pro tunc assignment is being executed now in order to clarify the ownership of the Wave Studio FTE Photographs and Wave Studio FTK Copyright Registrations and to confirm that The Wave Studio FTK, LTD (formerly known as The Wave Design FTE, LTD) did, as of the Effective Date, assign into The Wave Studio LLC all right, title, and interest in and to the Wave Studio FTE Photographs and the Wave Studio FTK Copyright Registrations, in addition to any other tangible and intangible assets owned by The Wave Studio FTK, LTD (formerly known as The Wave Design FTE, LTD.).

TWS0355777

iv.    Given the foregoing, The Wave Studio LLC is the sole owner and claimant of the Wave Studio PTE Photographs and Copyright Registrations.

27. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by Wave-S as of February 21, 2007.

28. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title, and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by Wave-S, to The Wave Studio LLC, including, without limitation any and all Wave-S Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave-S Copyright Registrations namely:

a) VA 1-432-324
b) VA 1-432-325
c) VA 1-432-328
d) VA 1-432-329
e) VA 1-432-336
f) VA 1-433-816
g) VA 1-758-524
h) VA 1-825-429
i) VA 1-825-431
j) VA 1-842-230
k) VA 1-857-706
l) VAu 1-060-182

29. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by The Wave PTE, LTD, as of August 1, 2008.

30. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by The Wave PTE, LTD, to The Wave Studio LLC, including without limitation any and all Wave PTE Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave PTE Copyright Registrations, namely:

a) VA 1-432-331
b) VAu 1-057-927

31. Finally, to the extent Mr. Masano Kawana owned any ownership interest or copyrights in any of the 2000-2007 Photographs, he continued those rights were exclusively owned by me as work made for hire at the time of each work's creation. Accordingly, I hereby assign as of the Effective Date, any and all right, title, and interest worldwide (including copyrights) in the 2000-2007 Photographs to The Wave Studio LLC, whether or not registered with the U.S. Copyright Office.

32. I declare under penalty of perjury that I am authorized to execute this document; that the facts in this document and statements made of my own personal knowledge are true; and all statements made on information and belief are believed to be true. I understand that, in the event of a dispute related to this Declaration and *Nunc Pro Tunc* Assignments of Copyrights, this declaration may be used as supporting evidence for that action and that I may be called upon to be a witness.

Date:    4 SEPTember 2015
By:
Lee Kar Yin, an Individual

Date:    4 SEPTEMBER 2015
By:
Lee Kar Yin, Owner
The Wave Studio PTE. LTD

TWS0355778

# Exhibit S

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

VAu 1-055-458

Effective date of
registration:

February 18, 2011

## Title

Title of Work: The Wave Design Pte. Ltd. Unpublished photographs 2005 (X) sgtai429 - sgtai803

Previous or Alternative Title: Group Registration / Unpublished Photos - 375 photographs

Nature of Work: photographs

## Completion/Publication

Year of Completion: 2005

## Author

Author: The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Author Created: Photographs

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE LTD.
10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

Date: February 18, 2011

Page 1 of 1

Registration #: VAU001055458
Service Request #: 1-571517046

Jennison & Shultz, P.C.
Attn: John F. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number

VAu 1-055-459

Effective date of
registration:

February 18, 2011

## Title

Title of Work: The Wave Design Pte. Ltd. Unpublished photographs 2005 (DY)sctat804 - sctat958;
sctat960 - sctat1179

Previous or Alternative Title: Group Registration / Unpublished Photos - 175 photographs

Nature of Work: photographs

## Completion/Publication

Year of Completion: 2005

## Author

■    Author: The Wave Design Pte. Ltd. (employer for hire of Masmo Kawana)

Author Created: Photographs

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                                                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin, authorized agent of The Wave Design Pte Ltd

Date: February 18, 2011

Page 1 of 1

Registration #: VAU001055459
Service Request #: 1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

Registration Number
VAu 1-057-927

Effective date of registration:
December 30, 2011

## Title

Title of Work: The Vara Pics Ltd. unpublished 2011 (a)
Nature of Work: Photograph

## Completion/Publication

Year of Completion: 2011

## Author

Author: Vara Travel S Ltd
Author Created: photograph

Work made for hire: Yes
Domiciled in: Singapore
Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: Vara Travel S. Ltd.
63 Upper Circular Singapore 050907

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Sze Yong
Date: December 29, 2011

Registration #:  VAU001057927
Service Request #:  1-543670416



Jameson & Stanley, P.C.
2200 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

Registration Number
**VAu 1-060-180**

Effective date of
registration:

December 30, 2010

## Title

Title of Work: The Wave Design Pte. Ltd. unpublished setaiO183; 0184

Nature of Work: photographs

## Completion/Publication

Year of Completion: 2005

## Author

■    Author: The Wave Design Pte. Ltd.

Author Created: Photograph

Work made for hire: Yes

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin

Date: December 29, 2010

Registration #:  VAU001060180
Service Request #:  1-543670205



Jennison & Shultz, P.C,
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-060-182**

Effective date of
registration:

December 30, 2010

## Title

Title of Work: Wave-s unpublished setai959

Nature of Work: photograph

## Completion/Publication

Year of Completion: 2004

## Author

■    Author: Wave-s

Author Created: Photograph

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: WAVE-S

46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lee Kar Yin

Date: December 29, 2010