Registration #:  VAU001050182
Service Request #:  1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3504

# Certificate of Registration



Form VA
*For a Work of the Visual Arts*

VA 1-432-324

EFFECTIVE DATE OF REGISTRATION

12    28    2010

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

---

**1** Title of This Work ▼

Wave-s Photographs 2001

NATURE OF THIS WORK ▼

Photographs

Previous or Alternative Titles ▼

Group Registration / Published Photos - 67 photographs

---

**2** NAME OF AUTHOR ▼

a   Wave-s (employer for hire of Manano Kayano)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

---

**3** a   2001

b   Singapore    Sep. 12  2001

---

**4** COPYRIGHT CLAIMANT(S)

WAVE-S
16 South Bridge Road, #04-02 Kingly Building, Singapore 058679

12-28-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED



# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 324

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA over, you do not provide all space key information, and each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets for 750 photos may not be used with a single filing fee, and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (see optional description) of individual photographs.
- Use the form to note for each line in Part B: data the dates and dates of application. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all of the photographs in Part B of this sheet. The name should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ▼  WAVES

Name of Copyright Claimant ▼  WAVES, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B
**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works, all published in the same calendar year, submit this form for registration, and fill out one form for each such photograph. If the sequence is desired, use additional Forms GR/PPh/CON. Number the line ▼

| | Title of Photograph | phuket001 | | | | Nation of First Publication | Singapore |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 | March | 2001 | | | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | phuket002 | | | | Nation of First Publication | Singapore |
| | Date of First Publication | 26 | March | 2001 | | | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | phuket003 | | | | Nation of First Publication | Singapore |
| | Date of First Publication | 26 | March | 2001 | | | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | phuket004 | | | | Nation of First Publication | Singapore |
| | Date of First Publication | 26 | March | 2001 | | | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | phuket005 | | | | Nation of First Publication | Singapore |
| | Date of First Publication | 26 | March | 2001 | | | |
| | Description of Photograph | | | | | | |

**B**

| Title of Photograph | phuket006 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket007 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket008 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket009 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket010 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket011 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket012 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket013 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket014 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | phuket015 | | | | Singapore |
|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | |
| Description of Photograph | | | | | |

**C**

Tomkins & Smith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph   phuket016
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket017
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket018
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket019
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket020
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket021
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket022
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket023
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket024
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   phuket025
Date of First Publication   26   March   2001   Nation of First Publication   Singapore
Description of Photograph

Jambhen & Shultz, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | phuket026 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket027 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket028 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket029 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket030 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket031 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket032 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket033 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket034 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket035 | | | | | |
| | Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Jenkins & Gilchrist, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-VR    Document 13    Filed 12/31/13    Page 18 of 25

| Title of Photograph | phuket036 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | phuket037 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | phuket038 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | phuket039 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | phuket040 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | phuket041 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | lafu001 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | lafu002 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | lafu003 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | lafu004 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

Jenkins & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-RED   Document 181   Filed 12/24/13   Page 19 of 26

**B**

Title of Photograph: lalu005
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu006
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu007
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu008
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu009
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu010
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu011
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu012
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu013
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu014
Date of First Publication: 17 September 2001   Nation of First Publication: Singapore
Description of Photograph:

**C**

Frankfurt & Shults, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph    lalu015
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu016
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu017
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu018
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu019
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu020
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu021
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu022
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu023
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu024
Date of First Publication    17    September    2001    Nation of First Publication    Singapore
Description of Photograph

**C**

Tomlinson & Shults, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-RED   Document 1-1   Filed 12/31/13   Page 21 of 45

**B**

Title of Photograph: lalo025
Date of First Publication: 17 September, 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalo026
Date of First Publication: 17 September, 2001   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

**C**

Jacobson & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-1804

Case 7:13-cv-09239-CS-PED    Document 1-1    Filed 12/31/13    Page 22 of 25

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

Form VA
*For a Work of the Visual Arts*
VA 1-432-325

EFFECTIVE DATE OF REGISTRATION
12    28    2010

---

**1** Title of This Work ▼

Wave-n - Photographs 2002

NATURE OF THIS WORK ▼
Photographic

Previous or Alternative Titles ▼
Group Registration / Published Photos - 180 photographs

---

**2** NAME OF AUTHOR ▼

**a** Wave-n [employer for hire of Kazano Kawano]

NOTE

Nature of Authorship

**b** Name of Author ▼

---

**3** **a** Year in Which Creation of This Work Was Completed    2002

**b** Date and Nation of First Publication of This Particular Work
July 20 2002    Dec 1 2002
SINGAPORE

---

**4** COPYRIGHT CLAIMANT(S)

WAVE-N
46 South Bridge Road #04-02 Kimply Building, Singapore 058879

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶

Case 7:13-cv-09239-CS-PED    Document 1-1    Filed 12/31/13    Page 23 of 25

EXAMINED BY                                        FORM VA

CHECKED BY

CORRESPONDENCE                                     FOR
☑ Yes                                              COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION

**6** DERIVATIVE WORK OR COMPILATION

a.

b.

**7** DEPOSIT ACCOUNT

Jennison & Shultz, P.C.                            040519

a.

**CORRESPONDENCE**
John W. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640    Fax number ( 703 ) 415-0788

Email  John@JennisonLaw.com

b.

**8** CERTIFICATION

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    WAVE-3

Typed or printed name and date ▼
Lee Kar Yin                                        Date 28 December 2010

Handwritten signature (X) ▼

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs



**C** Form GR/PPh/CON

VA 1-432-325

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 750 continuation sheets (this plus tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

Month 12  Day 28  Year 200_

CONTINUATION SHEET RECEIVED

Page 3  of 21  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Author

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the Basic application.

Name of Author  WAVE-S

Name of Copyright Claimant  WAVE-S, 46 Boon Bridge Road, #04-02 Kingly Building, Singapore 038679

**B**
Registration for Group of Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS.** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the lines.

| | Title of Photograph | lalu027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | lalu028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | lalu029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | lalu030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | lalu031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Title of Photograph: lalu032
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu033
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu034
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu035
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu036
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu037
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu038
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu039
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu040
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu041
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Trenkord & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-VR    Document 1-2    Filed 12/31/13    Page 1 of 30

**B**

Title of Photograph _lalu042_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu043_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu044_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu045_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu046_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu047_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu048_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu049_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu050_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph _lalu051_
Date of First Publication  20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Harrison & Blitts, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-VR    Document 1-2    Filed 12/31/13    Page 2 of 30

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu052 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu053 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu054 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu055 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu056 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu057 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu058 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu059 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu060 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | lalu061 | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Thompson & Simon, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu062 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu063 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu064 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu065 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu066 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu067 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu068 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu069 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu070 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu071 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Jefferson & Bindra, PC

2001, Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: lalu072
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu073
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu074
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu075
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu076
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu077
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu078
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu079
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu080
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu081
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Jacobson & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**C**

Case 7:13-cv-09239-CS-VR    Document 1-2    Filed 12/31/13    Page 5 of 20

**B**

Title of Photograph    lalu082
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu083
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu084
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu085
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu086
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu087
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu088
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu089
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu090
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu091
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Jacobson & Smith, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: lalu092
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu093
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu094
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu095
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu096
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu097
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu098
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu099
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu100
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu101
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Tomkins & Shaia, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu102 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu103 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu104 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu105 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu106 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu107 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu108 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu109 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu110 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu111 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | |

**C**

Whitham & Sheffer, PC.

4001 Jefferson Davis Hwy., Suite 1101

Arlington, VA 22202-3604

**B**

Title of Photograph: Jalu112
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu113
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu114
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu115
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu116
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu117
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu118
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu119
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu120
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: Jalu121
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Chordon & Hoims PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph **lalu122**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu123**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu124**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu125**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu126**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu127**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu128**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu129**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu130**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **lalu123**
Date of First Publication **20** **July** **2002** Nation of First Publication **Singapore**
Description of Photograph

**C**

Johnson & Stulte, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED    Document 1-4    Filed 12/31/13    Page 19 of 28

**B**

Title of Photograph: lalu132
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu133
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu134
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu135
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu136
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu137
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu138
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu139
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu140
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu141
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

**C**

2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu142 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu143 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu144 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu145 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu146 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu147 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu148 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu149 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu150 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu151 | |
| Date of First Publication | 20    July    2002 | Nation of First Publication    Singapore |
| Description of Photograph | | |

**C**

Jameson & Shine, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    lalu152
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu153
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu154
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu155
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu156
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu157
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    lalu158
Date of First Publication    20    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat001
Date of First Publication    16    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat002
Date of First Publication    16    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat003
Date of First Publication    16    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Jonathan & Stein, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED    Document 1-2    Filed 12/31/13    Page 23 of 30

**B**

| | Title of Photograph | muscat004 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat005 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat006 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat007 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat008 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat009 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat010 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat011 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat012 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat013 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Temmler & Sirdar PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat014 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat015 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat016 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat017 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat018 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat019 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat020 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat021 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat022 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat023 | | | |
| Date of First Publication | 16 | July | 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

**C**

Harrison & Shine, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat024 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat025 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat026 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat027 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat028 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat029 |
| Date of First Publication | 16 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub001 |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub002 |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub003 |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub004 |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Banner & Shine, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604