**B**

Title of Photograph    legianclub005
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub006
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub007
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub008
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub009
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub010
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub011
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub012
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub013
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legianclub014
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
Description of Photograph

**C**

Jacobson & Stults, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington VA 22202-3604

| | Title of Photograph | legianclub015 | | | | | **B** |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | legian001 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | legian002 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | legian003 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | legian004 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | legian005 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | legian006 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | phuket042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 2 | December | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | Description of Photograph | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | Description of Photograph | | | | | |

| | Jennison & Shultz, PC | **C** |
|---|---|---|
| | 2001 Jefferson Davis Hwy., Suite 1102 | |
| | Arlington, VA 22202-3604 | |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



Form VA

VA 1-432-355

EFFECTIVE DATE OF REGISTRATION

12    31    2010

**1**

TITLE OF THIS WORK ▼

The Wave Design Pte. Ltd. Photographs 2009(A)

NATURE OF THIS WORK ▼

Photographs

PREVIOUS OR ALTERNATIVE TITLES ▼

Group Registration / Published Photos : 385 photographs

**2**

NAME OF AUTHOR ▼

a    The Wave Design Pte. Ltd.  [employer for hire of Warren Rawlings]

**3**

a    2009

b    In the United States    2010

**4**

COPYRIGHT CLAIMANT(S)

THE WAVE DESIGN PTE. LTD.
108 Serangoon Street, Singapore 058444

MORE ON BACK ▶

# CONTINUATION SHEET
# FOR FORM VA
*For Group Registration of Published Photographs*



Form CR/PPh/CON

VA-1-481-326

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**

IDENTIFICATION OF AUTHOR AND CLAIMANT

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD., 18A Trengganu Street, Singapore 058465

**B**

| | Title of Photograph: | chiangmai076 | | |
|---|---|---|---|---|
| | Date of First Publication: | February 2007 | Nation of First Publication: | Singapore |
| | Description of Photograph: | | | |
| | Title of Photograph: | chiangmai077 | | |
| | Date of First Publication: | February 2007 | Nation of First Publication: | Singapore |
| | Description of Photograph: | | | |
| | Title of Photograph: | chiangmai078 | | |
| | Date of First Publication: | February 2007 | Nation of First Publication: | Singapore |
| | Description of Photograph: | | | |
| | Title of Photograph: | chiangmai079 | | |
| | Date of First Publication: | February 2007 | Nation of First Publication: | Singapore |
| | Description of Photograph: | | | |
| | Title of Photograph: | chiangmai080 | | |
| | Date of First Publication: | February 2007 | Nation of First Publication: | Singapore |
| | Description of Photograph: | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai081 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai082 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai083 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai084 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai085 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai086 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai087 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai088 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai089 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai090 | | |
| Date of First Publication | 7   February   2007 | Place of Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph: | chiangmai091 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai092 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai093 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai094 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai095 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai096 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai097 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai098 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai099 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph: | chiangmai100 | | |
| Date of First Publication: | 7 February 2007 | Nation of First Publication: | Singapore |
| Description of Photograph: | | | |

| Title of Photograph | chiangmai101 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai102 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai103 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai104 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai105 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai106 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai107 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai108 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai109 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai110 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Title of Document | chiangmai111 | | | B |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai112 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai113 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai114 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai115 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai116 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai117 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai118 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai119 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |
| Title of Document | chiangmai120 | | | |
| Date of First Publication | 7 | February | 2007 | Singapore |
| Description of Photograph | | | | |

| | chiangmai121 | | | |
| --- | --- | --- | --- | --- |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai122 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai123 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai124 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai125 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai126 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai127 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai128 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai129 | | | |
| | February 2007 | | Singapore |
| | | | | |
| | chiangmai130 | | | |
| | February 2007 | | Singapore |
| | | | | |

B

C

**B**

| | | |
|---|---|---|
| Title of Trademark | chiangmai141 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai142 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai143 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai144 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai145 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai146 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai147 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai148 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai149 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

| | | |
|---|---|---|
| Title of Trademark | chiangmai150 | |
| Date of First Publication | 7    February    2007 | Place of First Publication: Singapore |
| Description of Trademark | | |

**C**

**B**

| | | | |
|---|---|---|---|
| Title of Document | chiangmai151 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai152 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai153 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai154 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai155 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai156 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai157 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai158 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai159 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

| | | | |
|---|---|---|---|
| Title of Document | chiangmai160 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Document | | | |

**C**

| Title of Photograph | Chiangmai161 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai162 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai163 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai164 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai165 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai166 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai167 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai168 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai169 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | Chiangmai170 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai171 | | | B |
| Title of Photograph | | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | | |

| | chiangmai172 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai173 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai174 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai175 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai176 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai177 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai178 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai179 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| | chiangmai180 | | |
| Title of Photograph | | | |
| Date of First Publication | 7 | February | 2007 | Place of First Publication | Singapore |
| Description of Photograph | | | |

C

2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3603

| Title of Document | chiangmai181 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai182 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai183 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai184 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai185 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai186 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai187 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai188 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai189 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Document | chiangmai190 | | |
|---|---|---|---|
| Date of first publication | 7 February 2007 | Nation of first publication | Singapore |
| Description of Document | | | |

| Title of Photograph | chiangmai191 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai192 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai193 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai194 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai195 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai196 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai197 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai198 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai199 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai200 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

B

| Title of Photograph | chiangmai201 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai202 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai203 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai204 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai205 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai206 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai207 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai208 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai209 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai210 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

C

**B**

| | chiangmai211 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai212 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai213 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai214 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai215 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai216 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai217 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai218 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai219 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

| | chiangmai220 | | |
| Title of Photograph | 7 February 2007 | Nation of First Publication | Singapore |

**C**

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai221 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai222 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai223 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai224 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai225 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai226 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai227 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai228 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai229 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai230 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

chiangmai231

7    February    2007    Place of First Publication    Singapore

chiangmai232

7    February    2007    Place of First Publication    Singapore

chiangmai233

7    February    2007    Place of First Publication    Singapore

chiangmai234

7    February    2007    Place of First Publication    Singapore

chiangmai235

7    February    2007    Place of First Publication    Singapore

chiangmai236

7    February    2007    Place of First Publication    Singapore

chiangmai237

7    February    2007    Place of First Publication    Singapore

chiangmai238

7    February    2007    Place of First Publication    Singapore

bkk001

7    February    2007    Place of First Publication    Singapore

bkk002

7    February    2007    Place of First Publication    Singapore

Case 7:13-cv-09239-CS-PED   Document 1-4   Filed 12/31/13   Page 2 of 20



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



**Form VA**

VA 1-432-287

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010

---

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2010 (B)

**Nature of This Work ▼**

Group Registration / Published Photos / 92 photographs

---

**2**

**a**

**Name of Author ▼**

The Wave Design Pte. Ltd. (employer for hire of Lee Eav Yong)



**NOTE**

**b**

---

**3**

**4**





# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

Form GR/PPh/CON

VA 1-432-527

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**

IDENTIFICATION OF AUTHOR AND CLAIMANT

Name of Author ................. THE WAVE DESIGN PTE LTD

Name of Copyright Claimant ................. THE WAVE DESIGN (PTE) LTD.

**B**

COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS

Title of Photograph ......... sanjuana001
Date of First Publication ....... 28   November   2007 ........ Singapore

Title of Photograph ......... sanjuana002
Date of First Publication ....... 28   November   2007 ........ Singapore

Title of Photograph ......... sanjuana003
Date of First Publication ....... 28   November   2007 ........ Singapore

Title of Photograph ......... sanjuana004
Date of First Publication ....... 28   November   2007 ........ Singapore

Title of Photograph ......... sanjuana005
Date of First Publication ....... 28   November   2007 ........ Singapore

Title of Photograph: saujana006
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana007
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana008
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana009
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana010
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana011
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana012
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana013
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana014
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana015
Date of First Publication: 28  November  2007    Nation of First Publication: Singapore
Description of Photograph:

| | | | | |
|---|---|---|---|---|
| Title of Photograph | sanjana016 | | | B |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana017 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana018 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana019 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana020 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana021 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana022 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana023 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana024 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | sanjana025 | | | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

C

| Title of Photograph | saujana026 | | | |
| Date of First Publication | 26    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana027 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana028 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana029 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana030 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana031 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | saujana032 | | | |
| Date of First Publication | 28    November    2007 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | | | | |
| Date of First Publication | | | Nation of First Publication | |
| Description of Photograph | | | | |

| Title of Photograph | | | | |
| Date of First Publication | | | Nation of First Publication | |
| Description of Photograph | | | | |

| Title of Photograph | | | | |
| Date of First Publication | | | Nation of First Publication | |
| Description of Photograph | | | | |

Case 7:13-cv-09239-CS-PED   Document 1-4   Filed 12/31/13   Page 8 of 20

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**

VA 1-432-328

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

12   29   2010

---

**1** Title of This Work ▼

Wave-s Photographs 2003

NATURE OF THIS WORK ▼
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos / 139 Photographs

---

**2 a** NAME OF AUTHOR ▼

Wave-s (employer for hire of Hasana Kavena)

**b** Name of Author ▼

---

**3 a** Year 2003   **b** Date and Nation March 18 - Nov 4, 2003

---

**4** COPYRIGHT CLAIMANT(S)

WAVE-S
ab South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED