Case 7:13-cv-09239-CS-PED    Document 1-4   Filed 12/31/13   Page 1 of 30

FORM VA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes   (OHS-10 / SR 1-543945055)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5  PREVIOUS REGISTRATION**

☐ Yes   ☐ No

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

**6  DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material

b. Material Added to This Work

**7  DEPOSIT ACCOUNT**

Name: Jennison & Shultz, P.C.            Account Number: 060519

**CORRESPONDENCE**

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy, Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   (703) 415-1640     Fax number   (703) 415-0788

Email:  John@JennisonLaw.com

**8  CERTIFICATION**   I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

WAVE-S

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼

Lee Kar Vin                                   Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102

City/State/ZIP: Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

Form CR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-328

EFFECTIVE DATE OF REGISTRATION

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form CR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use the Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing for and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this form is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms CR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the continuation sheets listed in Part B of this form. The name should be the same as the names given in Space 2 and 4 of the basic application.

Name of Author ........................ WAVES

Name of Copyright Claimant ........ WAVES, 46 South Bridge Road #04-02 Kingly Building, Singapore 058679

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a group registration for a group of works by the same individual author, all published within a calendar year, give information requested about each photograph. If more space is needed, use additional Forms CR/PPh/CON. Number the boxes.

| | Title of Photograph | muscat030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Case 7:13-cv-09239-CS-PED    Document 1-4    Filed 12/31/13    Page 11 of 26

**B**

| Title of Photograph | muscat035 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat036 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat037 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat038 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat039 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat040 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat041 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat042 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat043 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat044 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

**C**

Jamison & Smith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | muscat045 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat046 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat047 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat048 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat049 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat050 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat051 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat052 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat053 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| Title of Photograph | muscat054 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

Johnson & Shute, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

Title of Photograph    muscat055
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat056
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat057
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat058
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat059
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat060
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat061
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat062
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat063
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat064
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Jacobson & Suchi, PC

3001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | muscat065 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat066 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat067 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat068 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat069 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat070 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat071 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat072 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat073 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat074 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Tolliver & Smith, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | muscat075 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat076 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat077 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat078 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat079 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat080 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat081 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat082 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat083 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

| | Title of Photograph | muscat084 | | | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | None |

**C**

Jenkins & Shelle, PC

2011 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat085 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat086 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat087 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat088 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat089 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat090 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat091 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat092 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat093 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat094 |
| Date of First Publication | 18    March    2003    Nation of First Publication    Singapore |
| Description of Photograph | |

**C**

Panitch & Bain, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    muscat095
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat096
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat097
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat098
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat099
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat100
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat101
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat102
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat103
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat104
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Name
Kaplan & Smith, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington VA 22202-3604

**C**

| | Title of Photograph | muscat105 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat106 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat107 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat108 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat109 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat110 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat111 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat112 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat113 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat114 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Tomford & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: muscat113
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat116
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat117
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat118
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat119
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat120
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat121
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat122
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat123
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat124
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: muscat125
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat126
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat127
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat128
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat129
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat130
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat131
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat132
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat133
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat134
Date of First Publication: 18 March 2003 Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Firstline A. Babla, PC

Address: 2091 Jefferson Davis Hwy., Suite 1102

City/State/ZIP: Arlington, VA 22202-3604

Title of Photograph    muscat135
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

**B**

Title of Photograph    muscat136
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat137
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat138
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat139
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat140
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat141
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat142
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat143
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat144
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Name    Johnson & Stark, PC
Number/Street/Apt    2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP    Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | muscat145 | | |
|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat146 | | |
|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat147 | | |
|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat148 | | |
|---|---|---|---|
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu159 | | |
|---|---|---|---|
| Date of First Publication | 30 | October | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | legian007 | | |
|---|---|---|---|
| Date of First Publication | 4 | November | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | legian008 | | |
|---|---|---|---|
| Date of First Publication | 4 | November | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | legian009 | | |
|---|---|---|---|
| Date of First Publication | 4 | November | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | legian010 | | |
|---|---|---|---|
| Date of First Publication | 4 | November | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | legian011 | | |
|---|---|---|---|
| Date of First Publication | 4 | November | 2003 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Cowan & Kintz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED    Document 1-5    Filed 12/31/13    Page 3 of 30

**B**

Title of Photograph    legian012
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian013
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian014
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian015
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian016
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian017
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian018
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian019
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian020
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian021
Date of First Publication    4    November    2003    Nation of First Publication    Singapore
Description of Photograph

**C**

Name of
Cegjano & Bruhn, PC

Number / Street / Apt. #
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian022
Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian023
Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian024
Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian025
Date of First Publication ___ 4 ___ November ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

**C**

Name
Tannian & Stair, PC

Number/Street/Apt
3001 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3604

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



**Form VA**

VA 1-432-320

EFFECTIVE DATE OF REGISTRATION

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VR 1-352 - 929



**A**

Name of Author: WAYE-S

Name of Copyright Claimant: WAYE-S, 6 Raffles Quay Road, #40-01, Singapore 048580

**B**

Title of Photograph: IceK001
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore

Title of Photograph: IceK002
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore

Title of Photograph: IceK003
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore

Title of Photograph: IceK004
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore

Title of Photograph: IceK005
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore

Case 7:13-cv-09239-CS-PED Document 1-5 Filed 12/31/13 Page 15 of 21

**B**

| Title of Photograph | Date of First Publication | | | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|---|
| leela076 | 12 | March | 2004 | Singapore | |
| leela077 | 12 | March | 2004 | Singapore | |
| leela078 | 12 | March | 2004 | Singapore | |
| leela079 | 12 | March | 2004 | Singapore | |
| leela080 | 12 | March | 2004 | Singapore | |
| leela081 | 12 | March | 2004 | Singapore | |
| leela082 | 12 | March | 2004 | Singapore | |
| leela083 | 12 | March | 2004 | Singapore | |
| leela084 | 12 | March | 2004 | Singapore | |
| leela085 | 12 | March | 2004 | Singapore | |

**C**

Name ▼
[illegible] & [illegible], PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

