**B**

Title of Photograph: leela116
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela117
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela118
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela119
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela120
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela121
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela122
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela123
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela124
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela125
Date of First Publication: 12 March 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkens & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication (Day) | (Month) | (Year) | Nation of First Publication |
|---|---|---|---|---|
| Jeela126 | 12 | March | [illegible] | Singapore |
| Jeela127 | 12 | March | 2004 | Singapore |
| Jeela128 | 12 | March | 2004 | Singapore |
| Jeela129 | 12 | March | 2004 | Singapore |
| Jeela130 | 12 | March | 2004 | Singapore |
| Jeela131 | 12 | March | 2004 | Singapore |
| Jeela132 | 12 | March | 2004 | Singapore |
| Jeela133 | 12 | March | 2004 | Singapore |
| Jeela134 | 12 | March | 2004 | Singapore |
| Jeela135 | 12 | March | 2004 | Singapore |

**C**

[illegible] & [illegible], PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| leelai136 | 12 March 2004 | Singapore |
| leelai137 | 12 March 2004 | Singapore |
| leelai138 | 12 March 2004 | Singapore |
| leelai139 | 12 March 2004 | Singapore |
| leelai140 | 12 March 2004 | Singapore |
| leelai141 | 12 March 2004 | Singapore |
| leelai142 | 12 March 2004 | Singapore |
| leelai143 | 12 March 2004 | Singapore |
| leelai144 | 12 March 2004 | Singapore |
| leelai145 | 12 March 2004 | Singapore |

Name: Hanson & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP: Arlington, VA 22202-3604

B

| Title | Day | Month | Year | Nation |
| --- | --- | --- | --- | --- |
| Ieola146 | 12 | March | 2004 | Singapore |
| Ieola147 | 12 | March | 2004 | Singapore |
| Ieola148 | 12 | March | 2004 | Singapore |
| Ieola149 | 12 | March | 2004 | Singapore |
| Ieola150 | 12 | March | 2004 | Singapore |
| Ieola151 | 12 | March | 2004 | Singapore |
| Ieola152 | 12 | March | 2004 | Singapore |
| Ieola153 | 12 | March | 2004 | Singapore |
| Ieola154 | 12 | March | 2004 | Singapore |
| Ieola155 | 12 | March | 2004 | Singapore |

C

2011 Jefferson Davis Hwy, Suite 103

Arlington, VA 22202-3601

| Title of Photograph | Date of First Publication (Day / Month / Year) | Nation of First Publication |
|---|---|---|
| leela156 | 12 March 2004 | Singapore |
| leela157 | 12 March 2004 | Singapore |
| leela158 | 12 April 2004 | Singapore |
| leela159 | 12 April 2004 | Singapore |
| leela160 | 11 June 2004 | Singapore |
| setu001 | 30 May 2004 | Singapore |
| setu002 | 30 May 2004 | Singapore |
| setu003 | 30 May 2004 | Singapore |
| setu004 | 30 May 2004 | Singapore |
| setu005 | 30 May 2004 | Singapore |

Name: [illegible] & [illegible], PC

Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | | | Nation of First Publication |
|---|---|---|---|---|
| setai006 | 30 | May | 2004 | Singapore |
| setai007 | 30 | May | 2004 | Singapore |
| setai008 | 30 | May | 2004 | Singapore |
| setai009 | 30 | May | 2004 | Singapore |
| setai010 | 30 | May | 2004 | Singapore |
| setai011 | 30 | May | 2004 | Singapore |
| setai012 | 30 | May | 2004 | Singapore |
| setai013 | 30 | May | 2004 | Singapore |
| setai014 | 30 | May | 2004 | Singapore |
| setai015 | 30 | May | 2004 | Singapore |

**C**

[illegible] & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-RED Document 1-6 Filed 12/31/13 Page 4 of 31

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| setai016 | 30 May 2004 | Singapore |
| setai017 | 30 May 2004 | Singapore |
| setai018 | 30 May 2004 | Singapore |
| setai019 | 30 May 2004 | Singapore |
| setai020 | 30 May 2004 | Singapore |
| setai021 | 30 May 2004 | Singapore |
| setai022 | 30 May 2004 | Singapore |
| setai023 | 30 May 2004 | Singapore |
| setai024 | 30 May 2004 | Singapore |
| setai025 | 30 May 2004 | Singapore |

Harrison & Mihm, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph: setu1025
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1027
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1028
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1029
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1030
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1031
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setu1032
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: [illegible]
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: [illegible]
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: [illegible]
Date of First Publication: 30 May 2004 Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: [illegible] PC
Number/Street/Apt:
2011 Jefferson Davis Hwy, Suite 1102
City/State/ZIP:
Arlington, VA 22202-3509

**B**

Title of Photograph: setai036
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai037
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai038
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai039
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai040
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai041
Date of First Publication: 30 May 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub001
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub002
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub003
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub004
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: [illegible] PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub005
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub006
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub007
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub008
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub009
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub010
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub011
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub012
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub013
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub014
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Tamizian & Eberle, P.C.
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|
| chedichub015 | 12 August 2004 | Singapore | |
| chedichub016 | 12 August 2004 | Singapore | |
| chedichub017 | 12 August 2004 | Singapore | |
| chedichub018 | 12 August 2004 | Singapore | |
| chedichub019 | 12 August 2004 | Singapore | |
| chedichub020 | 12 August 2004 | Singapore | |
| chedichub021 | 12 August 2004 | Singapore | |
| chedichub022 | 12 August 2004 | Singapore | |
| chedichub023 | 12 August 2004 | Singapore | |
| chedichub024 | 12 August 2004 | Singapore | |

**C**

Name: [illegible] & [illegible], PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| ohedlolub025 | 12 August 2004 | Singapore |
| ohedlclub026 | 12 August 2004 | Singapore |
| ohedlclub027 | 12 August 2004 | Singapore |
| ohedlclub028 | 12 August 2004 | Singapore |
| ohedlclub029 | 12 August 2004 | Singapore |
| ohedlclub030 | 12 August 2004 | Singapore |
| ohedlclub031 | 12 August 2004 | Singapore |
| ohedlclub032 | 12 August 2004 | Singapore |
| ohedlclub033 | 12 August 2004 | Singapore |
| ohedlclub034 | 12 August 2004 | Singapore |

**C**

[illegible] & Sheris, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chedidub035 | 12 August 2004 | Singapore |
| chedidub036 | 12 August 2004 | Singapore |
| chedidub037 | 12 August 2004 | Singapore |
| chedidub038 | 12 August 2004 | Singapore |
| chedidub039 | 12 August 2004 | Singapore |
| chedidub040 | 12 August 2004 | Singapore |
| chedidub041 | 12 August 2004 | Singapore |
| chedidub042 | 12 August 2004 | Singapore |
| chedidub043 | 12 August 2004 | Singapore |
| chedidub044 | 12 August 2004 | Singapore |

**C**

& Smith, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

B

| Title | Day | Month | Year | Nation |
|---|---|---|---|---|
| chediclub045 | 12 | August | 2004 | Singapore |
| chediclub046 | 12 | August | 2004 | Singapore |
| chediclub04[illegible] | 12 | August | 2004 | Singapore |
| chediclub048 | 12 | August | 2004 | Singapore |
| chediclub049 | 12 | August | 2004 | Singapore |
| chediclub050 | 12 | August | 2004 | Singapore |
| chediclub051 | 12 | August | 2004 | Singapore |
| chediclub052 | 12 | August | 2004 | Singapore |
| chediclub053 | 12 | August | 2004 | Singapore |
| chediclub054 | 12 | August | 2004 | Singapore |

C

[illegible]

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED Document 1-6 Filed 12/31/13 Page 12 of 21

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|
| chediclub055 | 12 August 2004 | Singapore | |
| chediclub056 | 12 August 2004 | Singapore | |
| chediclub057 | 12 August 2004 | Singapore | |
| chediclub058 | 12 August 2004 | Singapore | |
| chediclub059 | 12 August 2004 | Singapore | |
| chediclub060 | 12 August 2004 | Singapore | |
| chediclub061 | 12 August 2004 | Singapore | |
| chediclub062 | 12 August 2004 | Singapore | |
| chediclub063 | 12 August 2004 | Singapore | |
| chediclub064 | 12 August 2004 | Singapore | |

**C**

[illegible], PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

[redacted]

B

| Title of Photograph | Day | Month | Year | Nation of First Publication |
|---|---|---|---|---|
| chedichub065 | 12 | August | 2004 | Singapore |
| chedichub066 | 12 | August | 2004 | Singapore |
| chedichub067 | 12 | August | 2004 | Singapore |
| chedichub068 | 12 | August | 2004 | Singapore |
| chedichub069 | 12 | August | 2004 | Singapore |
| chedichub070 | 12 | August | 2004 | Singapore |
| chedichub071 | 12 | August | 2004 | Singapore |
| chedichub072 | 12 | August | 2004 | Singapore |
| chedichub073 | 12 | August | 2004 | Singapore |
| chedichub074 | 12 | August | 2004 | Singapore |

C

[illegible]

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chedioclub075
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub076
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub077
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub078
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub079
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub080
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub081
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub082
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub083
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedioclub084
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: [illegible] & Storm, PC
Number/Street/Apt: 2101 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication (Day / Month / Year) | Nation of First Publication | Description of Photograph |
|---|---|---|---|
| chodiclub085 | 12 August 2004 | Singapore | |
| chodiclub086 | 12 August 2004 | Singapore | |
| chodiclub087 | 12 August 2004 | Singapore | |
| chodiclub088 | 12 August 2004 | Singapore | |
| chodiclub089 | 12 August 2004 | Singapore | |
| chodiclub090 | 12 August 2004 | Singapore | |
| chodiclub091 | 12 August 2004 | Singapore | |
| chodiclub092 | 12 August 2004 | Singapore | |
| chodiclub093 | 12 August 2004 | Singapore | |
| chodiclub094 | 12 August 2004 | Singapore | |

**C**

Name: [illegible] PC

Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP: Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED Document 1-6 Filed 12/31/13 Page 16 of 21

B

Title of Photograph: ohedclub095
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub096
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub097
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub098
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub099
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub100
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub101
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub102
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub103
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: ohedclub104
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

C

Hunton & Williams PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chedidjub105 | 12 August 2004 | Singapore |
| chedidjub106 | 12 August 2004 | Singapore |
| chedidjub107 | 12 August 2004 | Singapore |
| chedidjub108 | 12 August 2004 | Singapore |
| chedidjub109 | 12 August 2004 | Singapore |
| chedidjub110 | 12 August 2004 | Singapore |
| chedidjub111 | 12 August 2004 | Singapore |
| chedidjub112 | 12 August 2004 | Singapore |
| chedidjub113 | 12 August 2004 | Singapore |
| chedidjub114 | 12 August 2004 | Singapore |

**C**

Harrison & Egbert, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

B

Title of Photograph: chediclub115
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub116
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub117
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub118
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub119
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub120
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub121
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub122
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub123
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub124
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

C

Name: Vorhees & Sparks, PC
Number/Street/Apt: 2011 Jefferson Davis Hwy., Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|
| chedilub125 | 12 August 2004 | Singapore | [illegible] |
| chedilub126 | 12 August 2004 | Singapore | [illegible] |
| chedilub127 | 12 August 2004 | Singapore | [illegible] |
| chedilub128 | 12 August 2004 | Singapore | [illegible] |
| chedilub129 | 12 August 2004 | Singapore | [illegible] |
| chedilub130 | 12 August 2004 | Singapore | [illegible] |
| chedilub131 | 12 August 2004 | Singapore | [illegible] |
| chedilub132 | 12 August 2004 | Singapore | [illegible] |
| chedilub133 | 14 August 2004 | Singapore | [illegible] |
| chedilub134 | 12 August 2004 | Singapore | [illegible] |

**C**

[illegible] PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED Document 1-6 Filed 12/31/13 Page 20 of 21

B

| Title of Photograph | Date of First Publication | | | Nation of First Publication |
|---|---|---|---|---|
| chedichub135 | 12 | August | 2004 | Singapore |
| chedichub136 | 12 | August | 2004 | Singapore |
| chedichub137 | 12 | August | 2004 | Singapore |
| chedichub138 | 12 | August | 2004 | Singapore |
| chedichub139 | 12 | August | 2004 | Singapore |
| legianclub017 | 12 | August | 2004 | Singapore |
| legianclub018 | 12 | August | 2004 | Singapore |
| legianclub019 | 12 | August | 2004 | Singapore |
| legianclub020 | 12 | August | 2004 | Singapore |
| legianclub021 | 12 | August | 2004 | Singapore |

C

Name: Raymond E. Stauffer, PC

Number/Street/Apt: 2011 Jefferson Davis Hwy, Suite 1104

City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: leglanclub023
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian026
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian027
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian028
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian029
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian030
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian031
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian032
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian033
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian034
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

[illegible], PC
[illegible] Jefferson Davis Hwy - Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| leglan035 | 12 August 2004 | Singapore |
| leglan036 | 12 August 2004 | Singapore |
| leglan037 | 12 August 2004 | Singapore |
| leglan038 | 12 August 2004 | Singapore |
| leglan039 | 12 August 2004 | Singapore |
| leglan040 | 12 August 2004 | Singapore |
| leglan041 | 12 August 2004 | Singapore |
| leglan042 | 12 August 2004 | Singapore |
| leglan043 | 12 August 2004 | Singapore |
| leglan044 | 12 August 2004 | Singapore |

**C**

Name: [illegible], PC

Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian045
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian046
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian047
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian048
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian049
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian050
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian051
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian052
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian053
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian054
Date of First Publication: 12 August 2004 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: [illegible], PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| legian065 | 12 August 2004 | Singapore |
| chedicldub140 | 12 August 2004 | Singapore |
| chiangmai001 | 20 October 2004 | Singapore |
| chiangmai002 | 20 October 2004 | Singapore |
| chiangmai003 | 20 October 2004 | Singapore |
| chiangmai004 | 20 October 2004 | Singapore |
| chiangmai005 | 20 October 2004 | Singapore |
| chiangmai006 | 20 October 2004 | Singapore |
| chiangmai007 | 20 October 2004 | Singapore |
| chiangmai008 | 20 October 2004 | Singapore |

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

B

Title of Photograph: chiangmai009
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai010
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai011
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai012
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai013
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai014
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai016
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai017
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai018
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

C

Name: Vandenack & Shulz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy, Suite 1102
City/State/ZIP: Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chiangmai019 | 20 October 2004 | Singapore |
| chiangmai020 | 20 October 2004 | Singapore |
| chiangmai021 | 20 October 2004 | Singapore |
| chiangmai022 | 20 October 2004 | Singapore |
| chiangmai023 | 20 October 2004 | Singapore |
| chiangmai024 | 20 October 2004 | Singapore |
| chiangmai025 | 20 October 2004 | Singapore |
| chiangmai026 | 20 October 2004 | Singapore |
| chiangmai027 | 20 October 2004 | Singapore |
| chiangmai028 | 20 October 2004 | Singapore |

**C**

Name ▼
Jacobson & Holman PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604