**B**

| | Title of Document | chiangmai029 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai030 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai031 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai032 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai033 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai034 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai035 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai036 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai037 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

| | Title of Document | chiangmai038 | | | |
| | Date of First Publication | 20 | October | 2004 | Place of First Publication | Singapore |
| | Nation of First Publication | | | | |

**C**

2200 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

| | chiangmai039 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai040 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai004 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai043 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai047 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai046 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai041 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai046 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai005 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

| | chiangmai044 | | | |
|---|---|---|---|---|
| | 20 | October | 2004 | Singapore |

**C**

Case 7:13-cv-09239-CS-VR    Document 1-7    Filed 12/31/13    Page 3 of 30

**B**

chiangmai049
20    October    2004    Singapore

chiangmai050
20    October    2004    Singapore

chiangmai051
20    October    2004    Singapore

chiangmai052
20    October    2004    Singapore

chiangmai053
20    October    2004    Singapore

chiangmai054
20    October    2004    Singapore

chiangmai055
20    October    2004    Singapore

chiangmai056
20    October    2004    Singapore

chiangmai057
20    October    2004    Singapore

chiangmai058
20    October    2004    Singapore

**C**

Case 7:13-cv-09239-CS-PED    Document 17    Filed 12/31/13    Page 12 of 19

## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**

EFFECTIVE DATE OF REGISTRATION

12    29    2010

**1** The Wave Design Pte. Ltd. Photographs 2010

Photographs

**2**
a   The Wave Design Pte. Ltd.

NOTE

b

**3**   a   2010   b   12/17/2009

**4**   THE WAVE DESIGN PTE. LTD.

Case 7:13-cv-09239-CS-VR    Document 1-7    Filed 12/31/13    Page 11 of 17

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

Form GR/PPh/CON

VA 1-452-338

A  IDENTIFICATION OF AUTHOR AND CLAIMANT

Name of Author: THE WAVE DESIGN PTE LTD

Name of Copyright Claimant: THE WAVE DESIGN PTE LTD, 104 Tagore Street, Singapore 01382



B  CONTINUATION OF GROUP OF PUBLISHED PHOTOGRAPHS



| Title of Photograph | milan001 |
| Date of First Publication | 21 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | milan002 |
| Date of First Publication | 21 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | milan003 |
| Date of First Publication | 21 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | milan004 |
| Date of First Publication | 21 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | milan005 |
| Date of First Publication | 21 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | | | | B |
|---|---|---|---|---|---|---|
| Title of Photograph | milan006 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan007 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan008 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan009 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan010 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan011 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan012 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan013 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan014 | | | | | |
| Date of First Publication | 23 | August | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | milan015 | | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan026 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan027 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan028 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan029 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan030 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan031 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan032 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan033 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan034 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan035 | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

Dunlap & Shaw, P.C.

2801 E. Ashland Park Blvd., Suite 1100

Ann Arbor, VA 22906-0001

| | |
|---|---|
| Title of Photograph | milan036 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan037 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan038 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan039 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan040 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan041 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan042 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan043 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan044 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan045 |
| Date of First Publication | 23 August 2006 |
| Place of First Publication | Singapore |
| Description of Photograph | |

B

| | |
|---|---|
| Title of Photograph | milan046 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan047 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan048 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan049 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan050 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan051 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan052 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan053 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan054 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan055 |
| Date of First Publication | 23   August   2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

C

Perkins & Partner PC

2200 Clarendon Blvd, Suite 1102

Arlington, VA 22202-3604

milan056    23    August    2006    Singapore

milan057    23    August    2006    Singapore

milan058    23    August    2006    Singapore

milan059    23    August    2006    Singapore

milan060    23    August    2006    Singapore

milan061    23    August    2006    Singapore

milan062    23    August    2006    Singapore

milan063    23    August    2006    Singapore

milan064    23    August    2006    Singapore

milan065    23    August    2006    Singapore

Title of Photograph    milan066
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan067
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan068
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan069
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan070
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan071
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan072
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    milan073
Date of First Publication    23    August    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    serialclub001
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    serialclub002
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph

Name
Tannenbaum & Helpern, PC
Mailing Address
2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED    Document 1-3    Filed 12/31/13    Page 3 of 18

| | Title of Photograph | seraiclub013 | | | B |
| --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | Title of Photograph | seraiclub014 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub015 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub016 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub017 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub018 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub019 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub020 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub021 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | seraiclub022 | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

C

Case 7:13-cv-09239-CS-VR    Document 148    Filed 12/31/13    Page 5 of 18

**B**

| Title of Photograph | serialclub033 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub034 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub035 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub036 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub037 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub038 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub039 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub040 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub041 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | serialclub042 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**C**

Case 7:13-cv-09239-CS-PED    Document 116    Filed 11/21/13    Page 7 of 18

**B**

Title of Photograph: legian066
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian067
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian068
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian069
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian070
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian071
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian072
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian073
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian074
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian075
Date of First Publication: 4 October 2006 — Nation of First Publication: Singapore
Description of Photograph:

**C**

Name ▼
[illegible], PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-VR    Document 1-6    Filed 12/31/13    Page 9 of 18

Title of Document: legian076
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian077
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian078
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian079
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian080
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian081
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian082
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian083
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian084
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

Title of Document: legian085
Date of First Publication: 4    October    2006    Place of First Publication: Singapore
Description of Document:

**B**

Title of Photograph    legian086
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian087
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian088
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian089
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian090
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian091
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian092
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian093
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian094
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian095
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Jameson & Rollins, PC
200 Littleton Drive Hwy, Suite 1102
Arlington, VA 22203-3604

Title of Photograph: legian096
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian097
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian098
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian099
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian100
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian101
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian102
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian103
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian104
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

Title of Photograph: legian105
Date of First Publication: 4 October 2006    Nation of First Publication: Singapore

| Title of Photograph | Date of First Publication | Name of First Publication | Description of Photograph |
|---|---|---|---|
| legian116 | 4 October 2006 | Singapore | |
| legian117 | 4 October 2006 | Singapore | |
| legian118 | 4 October 2006 | Singapore | |
| legian119 | 4 October 2006 | Singapore | |
| legian120 | 4 October 2006 | Singapore | |
| serial393 | 12 December 2006 | Singapore | |
| serial394 | 12 December 2006 | Singapore | |
| serial395 | 12 December 2006 | Singapore | |
| serial396 | 12 December 2006 | Singapore | |
| serial397 | 12 December 2006 | Singapore | |

**B**

Title of Photograph: serial398
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial399
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial400
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial401
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial402
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial403
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial404
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial405
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial406
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: serial407
Date of First Publication: 12 December 2006 — Nation of First Publication: Singapore
Description of Photograph:

**C**

serial408
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial409
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial410
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial411
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial412
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial413
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial414
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial415
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial416
Title of Photograph
Date of First Publication    12  December  2006    Name of First Publication    Singapore
Description of Photograph

serial417
Title of Photograph
Date of First Publication    12  December  2007    Name of First Publication    Singapore
Description of Photograph

C

2011 Crystal Drive Hwy, Suite 1102
Arlington, VA 22202-3804

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | serial418 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial419 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial420 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial421 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial422 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial423 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial424 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial425 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial426 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |
| Title of Photograph | serial427 | | | | |
| Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| | Title of Photograph | setai428 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino001 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino002 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino003 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino004 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino005 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino006 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino007 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino008 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino009 | | |
| | Date of First Publication | 12   December   2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |