Title of Photograph    mendocino010
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino011
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino012
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino013
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino014
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino015
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino016
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino017
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino018
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph    mendocino019
Date of First Publication    12    December    2006    Nation of First Published    Singapore
Description of Photograph

Title of Photograph   mendocino020
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino021
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino022
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino023
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino024
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino025
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino026
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino027
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino028
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino029
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

**B**

| Title of Photograph | mendocino030 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino031 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino032 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino033 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino034 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino035 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino036 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino037 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino038 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino039 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Civil Action No.

4114 Leesburg Pike, Suite 3400

Arlington, VA 22302-5601

Case 7:13-cv-09239-CS-PED    Document 149    Filed 12/03/15    Page 3 of 28

| | Title of Photograph | mendocino040 | | | |
| --- | --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | B |
| | Description of Photograph | | | | |

| | Title of Photograph | mendocino041 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino042 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino043 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino044 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino045 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino046 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino047 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino048 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino049 | | | |
| --- | --- | --- | --- | --- |
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

C

3001 Mineral Spring Hwy, Suite 1702

Arlington, VA 22202-3658

| Title of Photograph | mendocino050 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino051 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino052 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino053 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino054 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino055 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino056 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino057 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino058 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino059 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino060 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino061 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino062 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino063 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino064 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino065 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino066 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino067 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino068 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino069 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3603

B

| | Title of Photograph | mendocino070 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino071 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino072 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino073 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino074 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino075 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino076 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino077 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino078 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino079 | | |
| | Date of First Publication | 12    December    2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

C

Erikson & Stone, PC

3001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino080 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino081 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino082 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino083 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino084 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino085 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino086 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino087 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino088 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | mendocino089 | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Patterson & Sheridan, LLP

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino090 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino091 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino092 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino093 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino094 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino095 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino096 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino097 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino098 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino099 | | | |
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| Title of Photograph | mendocino100 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino101 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino102 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino103 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino104 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino105 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino106 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino107 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino108 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino109 | | |
| Date of First Publication | 12    December    2006 | Place of First Publication | Singapore |
| Description of Photograph | | | |

Title of Photograph    mendocino110
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino111
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino112
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino113
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino114
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino115
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino116
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino117
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino118
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino119
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

201 International Drive, Hwy, Suite 1102
Princeton, VA 22202-3944

Case 7:13-cv-09239-CS-PED    Document 1-8    Filed 12/31/13    Page 11 of 23

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino120 | | | |
| Date of First Publication | 12 | December | 2005 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino121 | | | |
| Date of First Publication | 12 | December | 2005 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino122 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Publication of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino123 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino124 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino125 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino126 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino127 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino128 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph: | mendocino129 | | | |
| Date of First Publication | 12 | December | 2005 | Nation of First Publication | Singapore |
| Description of Photograph: | | | | |

**C**

Jacobson & Rooks, PC

8001 Jefferson Park E Blvd., Suite #702

Arlington, VA 22202-3604

Title of Photograph: mendocino130
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino131
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino132
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino133
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino134
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino135
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino136
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino137
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino138
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino139
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

200 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3694

Title of Photograph  mendocino140
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino141
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino142
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino143
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino144
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino145
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino146
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-531

EFFECTIVE DATE OF REGISTRATION

12   30   2010

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  Title of This Work ▼
The Wave Pte. Ltd. Photographs 2005 (A)

NATURE OF THIS WORK ▼ See instructions
Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos ~ 327 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**  NAME OF AUTHOR ▼
a   The Wave Pte. Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in  Singapore }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NOTE**

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in  _____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**  a  Year in Which Creation of This Work Was Completed  2005

b  Date and Nation of First Publication of This Particular Work  Jan. 10 ~ June 15   2005
Nation  Singapore

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
THE WAVE PTE. LTD.
16 Sago Street, Singapore 059027

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

Case 7:13-cv-09239-CS-PED    Document 1 ...    Page ... of ...    FORM VA

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes *in Cush Out 9th-1-5981731111*

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** ...

**5**

**DERIVATIVE WORK OR COMPILATION** ...

a

b

**6**

**DEPOSIT ACCOUNT** ...

Jennison & Shultz, P.C.                    080519

a

**CORRESPONDENCE** ...
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

**7**

Area code and daytime telephone number   ( 703 ) 415-1640        Fax number   ( 703 ) 415-0788
Email   john@jennilaw.com

**CERTIFICATION** ...
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   THE WAVE PTE LTD.

**8**

Typed or printed name and date ▼ ...
Leo Kar Yin                                         28 December 2010

Handwritten signature (X) ▼

**9**

Certificate will be mailed in window envelope to this address:

Jennison & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

Document 1-9   Filed

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 331





**EFFECTIVE DATE OF REGISTRATION**

12   30   2010
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

Page __3__ of __36__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ......... THE WAVE PTE. LTD.

Name of Copyright Claimant ......... THE WAVE PTE. LTD.; 36 Sago Street, Singapore 059027

## B
**Registration for a Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the lines.

Title of Photograph ......... andaman001
Date of First Publication ... 15 __June__ 2005   Nation of First Publication ......... Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph ......... andaman002
Date of First Publication ... 15 __June__ 2005   Nation of First Publication ......... Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph ......... andaman003
Date of First Publication ... 15 __June__ 2005   Nation of First Publication ......... Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph ......... andaman004
Date of First Publication ... 15 __June__ 2005   Nation of First Publication ......... Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph ......... andaman005
Date of First Publication ... 15 __June__ 2005   Nation of First Publication ......... Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**B**

| Title of Photograph | andaman006 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman007 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman008 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman009 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman010 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman011 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman012 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman013 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman014 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman015 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman016 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman017 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman018 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman019 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman020 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman021 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman022 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman023 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman024 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman025 | | | |
| Date of First Publication | 15 June 2005 | | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: andaman026
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman027
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman028
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman029
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman030
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman031
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman032
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman033
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman034
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: andaman035
Date of First Publication: 15 June 2005   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name:
Jemison & Shultz, PC

Number / Street / Apt:
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip:
Arlington, VA 22202-3604

**B**

Title of Photograph    andaman036
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman037
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman038
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman039
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman040
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman041
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman042
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman043
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman044
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    andaman045
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ——— andaman046
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman047
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman048
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman049
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman050
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman051
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman052
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman053
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman054
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ——— andaman055
Date of First Publication  15    June    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | andaman056 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman057 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman058 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman059 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman060 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman061 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman062 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman063 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman064 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | andaman065 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | andaman066 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai001 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai002 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai003 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai004 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai005 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai006 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai007 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai008 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | datai009 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    datai010
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai011
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai012
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai013
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai014
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai015
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai016
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai017
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai018
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai019
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai020 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai021 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai022 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai023 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai024 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai025 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai026 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai027 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai028 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | datai029 | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

Title of Photograph    datai030
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai031
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai032
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai033
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai034
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai035
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai036
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai037
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai038
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    datai039
Date of First Publication    15    June    2005    Nation of First Publication    Singapore
Description of Photograph

Name
Jamison & Huntz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

| | Title of Photograph | datai040 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai041 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai042 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai043 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai044 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai045 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai046 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai047 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai048 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai049 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**C**

| Certificate will be mailed in window envelope to this address | Name ▼ Jenkins & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

Title of Photograph    datai050

Date of First Publication    15    June    2005    Nation of First Publication    Singapore    **B**

Description of Photograph

Title of Photograph    datai051

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai052

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai053

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai054

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai055

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai056

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai057

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai058

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    datai059

Date of First Publication    15    June    2005    Nation of First Publication    Singapore

Description of Photograph

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | datai060 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai061 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai062 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai063 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai064 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai065 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai066 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai067 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai068 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | datai069 | |
| Date of First Publication | 15    June    2005 | Nation of First Publication    Singapore |
| Description of Photograph | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604