**B**

Title of Photograph _____ datai070 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai071 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai072 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai073 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai074 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai075 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai076 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai077 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai078 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph _____ datai079 _____
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai080 | | | | **B** |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai081 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai082 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai083 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai084 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai085 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai086 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai087 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai088 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai089 | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

Case 7:13-cv-09239-CS-PED    Document 1-10    Filed 12/31/13    Page 9 of 35

**B**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai090 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai091 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai092 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai093 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai094 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai095 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai096 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai097 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai098 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai099 | | | | | |
| Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | **Name ▼** |
| | Jennifer & Slater, PC |
| | **Number / Street / Apt ▼** |
| | 2001 Jefferson Davis Hwy.; Suite 1102 |
| | **City / State / Zip ▼** |
| | Arlington, VA 22202-3604 |

| | Title of Photograph | datai100 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | B |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai101 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai102 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | datai103 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 | June | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai042 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai043 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai044 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai045 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai046 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | setai047 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| Certificate will be mailed in window envelope to this address | Name ▼ | Jamison & Stultz, PC | C |
|---|---|---|---|
| | Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 | |
| | City / State / Zip ▼ | Arlington, VA 22202-3604 | |

**B**

| | | |
|---|---|---|
| Title of Photograph | setai048 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai049 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai050 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai051 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai052 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai053 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai054 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai055 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai056 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai057 | |
| Date of First Publication | 18 January 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| Title of Photograph | setai058 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai059 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai060 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai061 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai062 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai063 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai064 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai065 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai066 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| Title of Photograph | setai067 | | | | |
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

| Name ▼ |
| Jennison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

Case 7:13-cv-09239-CS-PED    Document 1-10    Filed 12/31/13    Page 13 of 35

**B**

| | Title of Photograph | setai068 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai069 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai070 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai071 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai072 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai073 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai074 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai075 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai076 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai077 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 January 2005 | | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenkins & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED   Document 1-10   Filed 12/31/13   Page 14 of 35

| | | | | | | |
|---|---|---|---|---|---|---|
| **Number** | Title of Photograph | setai078 | | | | **B** |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai079 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai080 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai081 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai082 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai083 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai084 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai085 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai086 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| **Number** | Title of Photograph | setai087 | | | | |
| | Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Certificate will be mailed to window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    setai088
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai089
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai090
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai091
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai092
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai093
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai094
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai095
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai096
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai097
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jerulson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — setai098
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai099
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai100
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai101
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai102
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai103
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai104
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai105
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai106
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — setai107
Date of First Publication — 18    January    2005    Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Ivanhoff & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai108 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai109 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai110 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai111 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai112 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai113 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai114 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Content | | | | |

| Title of Photograph | setai115 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Content | | | | |

| Title of Photograph | setai116 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

| Title of Photograph | setai117 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 18 | January | 2005 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | Explored | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Sholtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3504

**B**

| | |
|---|---|
| Title of Photograph | setai118 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai119 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai120 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai121 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai122 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai123 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai124 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai125 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai126 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai127 |
| Date of First Publication | 18  January  2005    Nation of First Publication  Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai128
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai129
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai130
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai131
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai132
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai133
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai134
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai135
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai136
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai137
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jarmuzan & Strube, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai138 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai139 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai140 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai141 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai142 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai143 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai144 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai145 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai146 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai147 |
| Date of First Publication | 18 January 2005 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Jauregui & Stultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Title of Photograph   setai148
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai149
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai150
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai151
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai152
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai153
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai154
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai155
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setai156
Date of First Publication   18   January   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   scahst001
Date of First Publication   24   February   2005   Nation of First Publication   Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennifer & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | seahst002 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst003 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst004 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst005 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst006 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst007 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst008 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst009 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst010 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | seahst011 |
| Date of First Publication | 24   February   2005   Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Jamison & Shultz, PC |
| | Number / Street / Apt ▼  2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼  Arlington, VA 22202-3604 |

**B**

| | | |
|---|---|---|
| Title of Photograph | seahist012 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seahist013 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seahist014 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seahist015 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seahist016 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | seahist017 | |
| Date of First Publication | 24  February  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setail157 | |
| Date of First Publication | 26  May  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setail58 | |
| Date of First Publication | 26  May  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setail159 | |
| Date of First Publication | 26  May  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setail181 | |
| Date of First Publication | 26  May  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | setai160 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai161 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai162 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai163 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai164 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai165 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai166 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai167 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai168 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai169 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — setai170
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai171
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai172
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai173
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai174
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai175
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai176
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai177
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai178
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

Title of Photograph — setai179
Date of First Publication — 26 May 2005   Nation of First Publication — Singapore
Description of Photograph — Optional

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai180
Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ datai104
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

Title of Photograph ___
Date of First Publication ___ Nation of First Publication ___
Description of Photograph ___

**C**

Name ▼
Yennison & Shutts, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED   Document 140   Filed 02/13/15   Page 21 of 35

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America



**Form VA**

VA 1-432-382

**EFFECTIVE DATE OF REGISTRATION**

**1** Title of This Work ▼

The Wave Design Pte. Ltd. Photographs 2008 (B)

Nature of Material Work ▼
Group Registration/Published Photos (A08 Photographs)

**2** Name of Author ▼
**a** The Wave Design Pte. Ltd.

NOTE

**3a** 2008   **b** [Nation of First Publication]

**4**
THE WAVE DESIGN PTE LTD.
10A Trengganu Street, Singapore 058464

Case 7:13-cv-09239-CS-PED    Document 1-10    Filed 12/31/13    Page 29 of 35

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-332

EFFECTIVE DATE OF REGISTRATION

12    30    2010
(month)    (day)    (year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet (submit it with completed Form VA).
- Two or more Continuation Sheets (or two photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and nation of first publication) of individual photographs.
- Use the boxes to number each line in Part B consecutively if you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the applications listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ........... THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant .......... THE WAVE DESIGN PTE. LTD. - 10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (or less within), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the lines.

| | Title of Photograph | muscat149 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (year) | July (day) | 2005 (year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat150 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat151 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat152 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | muscat153 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B**

| | |
|---|---|
| Title of Photograph | muscat154 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat155 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat156 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat157 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat158 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat159 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat160 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat161 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat162 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat163 |
| Date of First Publication | 6    July    2005    Nation of First Publication    Singapore |
| Description of Photograph | |

**C**

Name
Jianqing & Shurus, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

Title of Photograph    muscat164
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat165
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat166
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat167
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat168
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat169
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat170
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat171
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat172
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat173
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Venable & Suite, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph    muscat174
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat175
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat176
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat167
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat178
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat179
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat180
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat181
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat182
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat183
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Fernando & Burns, PC,

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Case 7:13-cv-09239-CS-PED    Document 1-10    Filed 12/31/13    Page 33 of 35

| Title of Photograph | muscat184 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat185 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat186 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat187 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat188 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat189 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat190 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat191 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat192 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

| Title of Photograph | muscat193 | | | | |
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | |

Carolan & Bauer, PC

2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

Title of Photograph    muscat194
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat195
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat196
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat197
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat198
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat199
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat200
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat201
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat202
Date of First Publication    5    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat203
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Jennison & Shultz, PC
2001 Jefferson Davis Hwy , Suite 1102
Arlington, VA 22202-3604

**B**

| Title of Photograph | muscat204 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat205 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat206 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat207 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat208 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat209 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat210 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat211 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat212 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | muscat213 | | |
|---|---|---|---|
| Date of First Publication | 6 July 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Fulbright & Blabe PC

2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

| | Title of Photograph | muscat214 | | | | | B |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat215 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat216 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat217 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat218 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat219 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat220 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat221 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat222 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |
| | Title of Photograph | muscat223 | | | | | |
| | Date of First Publication | 6 July 2005 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

Harding & Blum PC

2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604