Title of Photograph    muscat224
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat225
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat226
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat227
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat228
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat229
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat230
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat231
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat232
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat233
Date of First Publication    6    July    2005    Nation of First Publication    Singapore
Description of Photograph

Furniture & Stith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Title of Photograph _____ muscat234
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat235
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat236
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat237
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat238
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat239
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat240
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat241
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat242
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ muscat243
Date of First Publication  6    July    2005    Nation of First Publication _____ Singapore
Description of Photograph _____

Jamison & Smith, PC
2001 Jefferson Davis Hwy, Suite 1103
Arlington, VA 22202-3604

Title of Photograph    muscat243

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat245

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat246

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat247

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat248

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat249

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat250

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat251

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    muscat252

Date of First Publication    6    July    2005    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    nanhai001

Date of First Publication    14    July    2005    Nation of First Publication    Singapore

Description of Photograph

Johnson & Burke, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| Title of Photograph | namhai002 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai003 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai004 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai005 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai006 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai007 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai008 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai009 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai010 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | namhai011 | | | |
| Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

Johnson & Stein, PC.

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Title of Photograph __ namhai012
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai013
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai014
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai015
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai016
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai017
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai018
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai019
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai020
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ namhai021
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph __

Farabow & Rinda, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| | Title of Photograph | namhai022 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai023 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai024 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai025 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai026 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | namhai031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Hutton & Snaffer, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    namhai032
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai033
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai034
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai035
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai036
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai037
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai038
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai039
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai040
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai041
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Jacobson & Shultz, PC
2001 Jefferson Davis Hwy, Suite 1102
Arlington, VA 22202-3604

| | Title of Photograph | namhai042 | | | | | B |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai043 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai044 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai045 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai046 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai047 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai048 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai049 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai050 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai051 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

Name
Simpson & Sims, PC
Number / Road / Apt #
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

C

| | | |
|---|---|---|
| Title of Photograph | namhai052 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai053 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai054 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai055 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai056 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai057 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai058 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai059 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai060 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai061 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication Singapore |
| Description of Photograph | | |

Carson & Shane PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Title of Photograph    namhai062
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai063
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai064
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai065
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai066
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai067
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai068
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai069
Date of First Publication    14    July    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    carcosa001
Date of First Publication    16    September    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    carcosa002
Date of First Publication    16    September    2005    Nation of First Publication    Singapore
Description of Photograph

Vijian S. Sinha, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

Title of Photograph    carcosa093
Date of First Publication    15    September    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai185
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai186
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai187
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai188
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai189
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai190
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai191
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai192
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai193
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai194 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai195 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai196 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai197 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai198 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai199 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai200 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai201 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai202 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |
| Title of Photograph | setai203 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Johnson & Births PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington VA 22202-3604

Title of Photograph   setal204
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal205
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal206
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal207
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal208
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal209
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal210
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal211
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal212
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   setal213
Date of First Publication   8   October   2005   Nation of First Publication   Singapore
Description of Photograph

Jenkins & Gucha, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

Title of Photograph ___ setai214
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai215
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai216
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai217
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai218
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai219
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai220
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai221
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai222
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai223
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Feldman & Sadie PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai224 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai225 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai226 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai227 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai228 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai229 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai230 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai231 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai232 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai233 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

James R. Burdett, PC

3001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22102-3604

| | Title of Photograph | setai234 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai235 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai236 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai237 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai238 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai239 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai240 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai241 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai242 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai243 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| Title of Photograph | setai244 | | | | | B |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai245 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai246 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai247 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai248 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai249 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai250 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai251 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai252 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | setai253 | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Garson & Suzec, PC.

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

C

| | Title of Photograph | setai254 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai255 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai256 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai257 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai258 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai259 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai260 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai261 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai262 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | setai263 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Shutts PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai264
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai265
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai266
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai267
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai268
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai269
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai270
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai271
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai272
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

Title of Photograph ___ setai273
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ setai

**C**

Jackson & Kelly PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

Title of Photograph: setai274
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai275
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai276
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai277
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai278
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai279
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai280
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai281
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai282
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai283
Date of First Publication: 8    October    2005    Nation of First Publication: Singapore
Description of Photograph:

Johnson & Blake, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: setai284
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai285
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai286
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai287
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai288
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai289
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai290
Date of First Publication: 8 October 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: carcoss004
Date of First Publication: 16 September 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: carcoss005
Date of First Publication: 16 September 2005  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: carcoss006
Date of First Publication: 16 September 2005  Nation of First Publication: Singapore
Description of Photograph:

Deakin & Smith, PC
2010 Jefferson Davis Hwy., Suite 1402
Arlington, VA 22202-3604

**C**

Title of Photograph ___ carcosa007
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa008
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa009
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa010
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa011
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa012
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa013
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa014
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa015
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ carcosa016
Date of First Publication ___ 16 ___ September ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

2001 Jefferson Davis Hwy., Suite 1102
Arlington VA 22202-3604

**B**

| Title of Photograph | carcosa017 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa018 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa019 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa020 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa021 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa022 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | carcosa023 | | |
|---|---|---|---|
| Date of First Publication | 16 September 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai291 | | |
|---|---|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai292 | | |
|---|---|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | setai293 | | |
|---|---|---|---|
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Jamison & Smitz, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

Title of Photograph    setai294
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai295
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai296
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai297
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai298
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai299
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai300
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai301
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai302
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai303
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Fenwick & Weise, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3603

Title of Photograph    setai304
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai305
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai306
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai307
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai308
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai309
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai310
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai311
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai312
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai313
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Symbion & Szabo, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Exhibit T

1  NATE A. GARHART (S.B. # 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (S.B. # 215079)
   (vijay@cobaltlaw.com)
3  AMANDA R. CONLEY (S.B. #281270)
   (amanda@cobaltlaw.com)

4  COBALT LLP
   918 Parker St., Bldg. A21
5  Berkeley, California 94710
   Telephone: (510) 841-9800
6  Facsimile: (510) 295-2401

7  Attorneys for Plaintiff
   THE WAVE STUDIO, LLC
8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13 THE WAVE STUDIO, LLC, a New York          Case No.  3:14-cv-01342-RS
   Limited Liability Corporation,
14                                            **DECLARATION OF JUNIOR LEE IN**
                   Plaintiff,                 **SUPPORT OF PLAINTIFF'S**
15                                            **OPPOSITION TO MOTION FOR**
                   v.                         **TRANSFER OR, ALTERNATIVELY, TO**
16                                            **STAY**
   MASTERCARD INTERNATIONAL, INC.,
17 a Delaware corporation; VIRTUOSO, LTD.,
   a Delaware corporation; VISA INC., a
18 California corporation, and DOES 1-100,

19                 Defendants.

20

21 I, Junior Lee, declare as follows:

22 ////

23 ////

24 ////

25

26

27

28

1.      I am owner, founder, Chief Executive Officer, and sole employee of The Wave Studio, LLC ("Wave Studio"). I make this declaration on behalf of Wave Studio in support of its Opposition To Defendants' Motion To Transfer Or, Alternatively, To Stay. Except where otherwise indicated, this declaration is based upon my personal knowledge, and I could and would testify competently to the truth of the matters stated herein if called upon to do so.

2.      I am a photographer and through my company Wave Studio I am the copyright owner of all photographs at issue in this litigation. I formed Wave Studio in order to hold, manage, and control the U.S. intellectual property rights to my photographs including several copyright registrations. My photographs of hotels, travel destinations, and nature scenes are used in marketing materials throughout the world. The photographs of hotels and travel destinations at issue in this litigation (the "Hotel Photographs") were captured in dozens of different cities and countries around the world. The Hotel Photographs are all registered with the United States Copyright Office.

3.      While Wave Studio maintains an office in White Plains, New York, all relevant documents and knowledge are in my possession in Singapore.

4.      I expect that I will be a witness at trial in this litigation. I will provide information about the creation, ownership, and copyright registration of the Hotel Photographs. I reside full-time in Singapore. Travel to San Francisco is far more convenient and considerably less expensive for me than travel to New York.

5.      I expect that two former Wave Studio employees, Ms. Wei Wei, Gwee and Mr. See Kong, Lim, will provide testimony at trial in this litigation regarding the creation and ownership of certain of the Hotel Photographs. Ms. Wei Wei, Gwee resides full time in Singapore. Mr. See Kong, Lim is a resident of Singapore. On information and belief, Mr. See Kong, Lim currently resides in Thailand. Travel to San Francisco is far more convenient and considerably less expensive for both Ms. Wei Wei, Gwee and Mr. See Kong, Lim than travel to New York.

6.    I also expect that former Wave Studio freelance digital artist Mr. Wing Kheong, Cheong will provide testimony at trial in this litigation regarding the development of marketing materials incorporating the Hotel Photographs. Mr. Wing Kheong, Cheong resides full time in Singapore. Travel to San Francisco is far more convenient and considerably less expensive for Mr. Wing Kheong, Cheong than travel to New York.

7.    I am aware of no evidence relating this litigation to the action currently pending in the Southern District of New York, *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.) (the "New York Action"). The New York Action involves entirely different defendants. Further, a number of the Hotel Photographs at issue in this litigation are not at issue in the New York Action.

8.    This litigation is also unrelated to the New York Action Defendant General Hotel Management, Ltd. ("GHM"). I am not aware of any evidence connecting GHM with the distribution of any of the Hotel Photographs in this action. As I understand it, several of the properties involved in this action stopped working with GHM a number of years ago. Therefore, it is unlikely that GHM was the source of these photographs. Much more likely, on information and belief, Defendants in this action obtained the Hotel Photographs at issue from third party sources on the Internet.

9.    In addition, I am aware of evidence suggesting that GHM did not distribute and would not have distributed certain of the Hotel Photographs. Specifically, at least two of the Hotel Photographs infringed by potential Defendant Visa in 2012 are unpublished photographs of The Setai Miami. On information and belief, Visa may have obtained these photographs directly from The Setai Miami. These Hotel Photographs were never given to GHM, so it never had access to these unpublished photographs. Thus, in addition to the fact that GHM is unlikely to have provided Visa with photographs of hotels it was no longer managing, on information and belief, GHM did not have access to these unpublished photographs to provide them to Visa, and Visa received these photographs directly from The Setai Miami.

1    ////
////
2    ////

3

4

5    I declare under penalty of perjury under the laws of the State of California that the

6    foregoing is true and correct to the best of my knowledge. Executed this 19th day of September

7    2014, at the Republic of Singapore.

8

9

10

11

12

13

14

15    By: ....

16        Junior Lee

17        Owner, Founder, and CEO
THE WAVE STUDIO, LLC

18

19

20

21

22

23

24

25

26

27

28