## CERTIFICATE OF SERVICE

I, ABIGAIL J. REMORE, hereby certify that, on this date, true and correct copies of the following documents were served via Federal Express on the Attorney for Plaintiff, Vijay Toke, Esq., Colbalt LLP, 918 Parker Street, Bldg. A21, Berkeley, CA 94710:

1. Notice of Motion for Summary Judgment;

2. Memorandum of Law in Support of General Hotel Management, Ltd.'s Motion for Summary Judgment;

3. Defendant General Hotel Management, Ltd.'s Statement of Material Facts Pursuant to Local Civil Rule 56.1;

4. Declaration of Abigail J. Remore in Support of Defendant General Hotel Management, Ltd.'s Motion for Summary Judgment and Exhibits A-T thereto;

5. Declaration of Dr. Stanley Lai, SC in Support of Defendant General Hotel Management, Ltd.'s Motion for Summary Judgment; and

6. Declaration of Monica Chloe Chng in Support of Defendant General Hotel Management, Ltd.'s Motion for Summary Judgment.

*[signature]*
ABIGAIL J. REMORE
**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
General Hotel Management Ltd.
One Boland Drive
West Orange, NJ 07052

Dated: February 12, 2016