**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC, a New York
Limited Liability Corporation,

         Plaintiff,

      v.

GENERAL HOTEL MANAGEMENT, et al.,

         Defendants.

**CASE NO. 7:13-cv-09239-CS-PED**

## CROSS-MOTION OF PLAINTIFF THE WAVE STUDIO, LLC FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the Declaration of Junior Lee (with exhibits) dated March 14, 2016, the Declaration of Gordon Ionwy David Llewelyn (with exhibits) dated March 11, 2016, the Declaration of Vijay Toke (with exhibits) dated March 14, 2016, Plaintiff's Local Rule 56.1 Statement of Material Facts dated March 14, 2016, Plaintiff's Local Rule 56.1 Counter Statement to the Statement of Material Facts of GHM dated March 14, 2016, Plaintiff's Memorandum of Law dated March 14, 2016, and all prior pleadings and proceedings had in this action and all consolidated actions, Plaintiff, The Wave Studio, LLC, will and does hereby move this court before The Honorable Cathy Seibel in courtroom 621 of the Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, located at 300 Quarropas Street, White Plains, New York, on a date and time selected by the court for an order, under rule 56 of the Federal Rules of Civil Procedure as follows:

    (1)    Granting summary judgment to Plaintiff that Plaintiff is the owner of all copyrights (including related U.S. copyright registrations) for the Photographs (as that term is defined in the supporting papers filed and served herewith).

1

Please take further notice that, by order of Judge Seibel; opposition papers must be served by April 14, 2016 as per the Court's pre-motion conference order of December 3, 2016. In accordance with the Court's request, this motion shall be bundled and submitted to the Court only when fully briefed.

Plaintiff The Wave Studio LLC requests oral argument on the motion if an opposition is filed.

Respectfully submitted.

Dated: March 14, 2016                    COBALT LLP

By: _____
Nate A. Garhart
Vijay K. Toke (Pro Hac Vice)
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710

*Attorneys for Plaintiff*
*The Wave Studio, LLC*