**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC, a New York
Limited Liability Corporation,

            Plaintiff,

      v.

GENERAL HOTEL MANAGEMENT, et al.,

            Defendants.

**CASE NO. 7:13-cv-09239-CS-PED**

## DECLARATION OF LEE KAR YIN

I, Lee Kar Yin, declare:

1.     I am a Malaysian citizen, domiciled in Singapore.  I am an artist, photographer, and designer.  I am more commonly known by my nickname, Jr Lee.  Since 1994 I have owned a series of design companies through which I have created branding and marketing materials for businesses worldwide using my original works.  With all my works, I retain all intellectual property related to my works, including copyrights.

2.     There were several Wave Entities under which I operated my business. Collectively, I will call them the "Wave Entities."  The first was Wave-S, a sole proprietorship formed under Singapore law on February 21, 1994. I dissolved Wave-S on February 21, 2007, at which time under Singapore law all assets of Wave-S automatically reverted to me as the sole proprietor of Wave-S as of the date of its dissolution.  Attached as Exhibit A is a true and correct copy of an online Singaporean record reflecting the dissolution date of Wave-S.

3.     The second Wave Entity was The Wave Private Ltd., which was formed on February 8, 2002 and dissolved on August 1, 2008.  The Wave Private Ltd. was owned by me

1

and a Singaporean citizen named Chua Kiat Hong (Mr. Hong was an owner only nominally and as a favor to me because I understood at the time that Singaporean corporations had to have at least one Singaporean citizen as an owner). As part of a corporate meeting to dissolve the corporation on August 1, 2008, The Wave Private Ltd. first assigned all assets, tangible and intangible, of the corporation to me. Attached as Exhibit B is a true and correct copy of the corporate resolution transferring all assets of Wave Private Ltd. to me on August 1, 2008 and dissolving the company. As of that date, I owned all of the assets of The Wave Private Ltd. and the company then dissolved.

4.      Therefore, as of August 1, 2008, I owned as an individual all of the rights the then-dissolved Wave-S and The Wave Private Ltd.

5.      The third Wave Entity was formed as The Wave Design Private Ltd. on July 1, 2005. On July 27, 2007, The Wave Design Private Ltd. changed its name to The Wave Studio Private Ltd. Attached as Exhibit C is a true and correct copy of an online Singaporean record of this name change. The Wave Studio Private Ltd. still exists and is in operation today. I was (and remain) the sole shareholder of The Wave Design Private Ltd. (now called The Wave Studio Private Ltd.).

6.      Plaintiff, The Wave Studio, LLC, is a limited liability company organized under the laws of the State of New York, with its principal place of business at One Barker Avenue, #542, White Plains, New York 10601 on September 1, 2011. Plaintiff is a business entity operated by me. The Wave Studio, LLC was formed to hold, manage, control, and enforce the U.S. intellectual property rights to these works, including, but not limited to, several U.S. copyright registrations.

2

7.      Starting in about 1995, and for a period of over a decade, I worked with General Hotel Management on a number of design projects, the bulk of which were for various marketing collaterals, such as brochures, flyers, banners, etc. for various properties under the management of Defendant General Hotel Management ("GHM"). Through the various Wave Entities I produced such collaterals in response to each order placed over this period of time. These orders were most typically placed by GHM on behalf of the hotels under GHM management (the "Hotels"). The Wave Entities were the exclusive vendor hired to create the entirety of the branding and related marketing collaterals and guest experience for GHM-managed hotels, including brochures, banners, posters, flyers, press-kits, folders, magazine and press-ad-to-paper carriers, cake packaging, wine and decanter labels, amenities kits (e.g., toothbrush, shower cap, toiletry boxes), aprons, beach towels, keycards and holders, greeting cards, welcome cards, welcome back cards, postcards and packaging, location maps, umbrellas, matchboxes, notepads, pencils, drink coasters, property signages (e.g., main hotel signage, room nos. carpark, restaurant, library, the club, male and female toilets, fire escapes, lifts, lift buttons), and decals for hotel-owned vehicles.

8.      The vast majority of orders made with the Wave Entities over the years were for items such as amenities kits, paper carriers, stationery, and signs, which did not require any photographs. But many orders did require photographs. Because GHM did not have a library of good quality photographs (though it did have a few usable images), I conducted photo shoots at each of the various Hotels to build a proprietary database of photographs that could be used to fulfill orders placed with the Wave Entities for marketing collaterals for the Hotels. I will collectively call these images the "Photographs."

9.      For each photo shoot, I charged for my time and expenses.  I hired a cameraman named Masano Kawana to assist in each photoshoot.  The contractual understanding with Mr. Kawana was that I owned all rights to the Photographs taken and that Mr. Kawana retained none, except for a limited license to use the Photographs in his marketing portfolio.  An example of the agreement I had with Mr. Kawana for the photoshoots for the Hotels is attached as Exhibit D. Mr. Kawana also entered into a confirmatory assignment with me confirming this understanding and assigning any residual rights, if any, that he inadvertently retained in the Photographs.  Mr. Kawana entered into a confirmatory assignment confirming that Mr. Kawana assigned the copyrights to each of the Photographs at the time they were taken.  This assignment was recorded with the U.S. Copyright Office on May 20, 2015.

10.     At each photoshoot, I directed and determined the entirety of each shot, from angle and lighting to subject matter, styling, shutter speed, and exposure.  I would set up each shot until I was satisfied and would then instruct Mr. Kawana to press the button to capture the image.

11.     Over the approximately thirteen-year period that the Wave Entities worked with GHM and the Hotels, each new marketing collaterals order began with a production estimate that set forth the contractual terms under which the relevant Wave Entity and I would fulfill the order.  Exemplars of these production estimates is attached as Exhibit E.  These production estimates, all no more than a page or two in length, set forth the nature of the collaterals or services being provided and contained in addition a handful of bullet-pointed terms, which included the following two key terms:

> *"We reserve the intellectual property copyright to all designs/softcopies/material/photography/projects undertaken."*

And

*"We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken."*

12.    Each production estimate was reviewed by the respective Hotel and GHM and then approved. Specifically, for GHM, its Vice President, Ralf Ohletz Count von Plettenburg, reviewed each such production estimate and was aware of the terms in these production estimates under which the Wave Entities would fulfill orders placed with it.

13.    After each photoshoot, the respective Wave Entity would complete post-production work on the raw Photographs obtained from each shoot, and the completed Photographs were provided to the respective Hotel and to GHM on a CD-ROM to make reordering of marketing collaterals requiring photographs easier on a going forward basis. The Hotels or GHM could simply pick which Photographs from Wave's "proprietary library" of Photographs—as GHM's Director and head of legal called them in an email to (a copy of which is attached Exhibit F)—that they wanted for each new order.

14.    It was understood by GHM, the Hotels, and the Wave Entities that the Photographs were solely to be used for ongoing orders of marketing collaterals as part of the exclusive relationship that the Hotels and GHM had with the Wave Entities for marketing collaterals.

15.    GHM and the Hotels understood that the Wave Entities owned the copyrights to the Photographs.

16.    There are three specific examples I can give to illustrate that GHM understood this.

17.    First, when GHM learned that a private club located within The Setai in The Setai Hotel in Miami (owned by the owners of The Setai Hotel but not under GHM Management),

GHM informed The Setai Club that it could not use any of the Photographs. Kendall Oei, the

Director of GHM and head of legal in charge of all contracts for the company, also contacted me,

asking me if I could identify which photographs The Setai Club was using that belonged to the

Wave Entities so that he could inform The Setai Club which photographs needed to be taken

down. He also indicated that Wave, with the help of GHM might have to file an infringement

lawsuit against the Setai Club, which could make the Wave Entities a "pile of money." Copied

on all of this correspondence was Hans Jenni, the co-founder and president of GHM. A true and

correct copy of this correspondence is attached as Exhibit G.

18.    The second example was when a restaurant managed by GHM, the T8, wanted to

use photographs given to it by GHM after its management relationship with GHM ended. Mr.

Oei indicated that the Photographs given to the T8 did not belong to it and that they belonged to

"GHM/Waves" (Mr. Oei used this term because some of the photographs provided to this

property had been taken by a Wave Entity (and therefore belonged to that entity) while other

photos provided were not taken by any Wave Entities and GHM had the rights to them. This

correspondence is important because it clearly indicates that Mr. Oei, the head of legal for GHM,

was very clear that the Hotels under GHM management do not own the copyrights to the

photographs provided to them. A true and correct copy of this correspondence is attached as

Exhibit H. Third was the email attached as Exhibit F, where Mr. Oei referenced the Photographs

as my "proprietary" library.

19.    The Wave Entities were paid approximately S$250,000 (i.e., Singapore Dollars)

for the Photography services provided over the ten-year period they worked with the GHM-

managed Hotels. Over half of this amount was hard costs of travel, expenses, and wages.

Therefore, the Wave Entities received only about S$125,000 for over 2,000 published

Photographs. Each Photograph took approximately 7 hours of post-production work, meaning the Wave Entities were paid approximately S$62 (roughly US$45 at the time) per Photograph for the time taken for each photo shoot and in post-production.

20.     On fewer than a handful of occasions during 2006 and 2007, while the GHM-Wave Entities exclusive business dealings were still ongoing, GHM informed me of promotional placements of a few Wave-owned Photographs in a few magazines (such as *Interior Design Magazine*). I approved such uses of the Photographs and provided the correct photo attribution I required for that approval. Because they were limited placements in finite magazines, and typically only involved use of one Photograph each time, Wave had no objection to such use and did not request or require any license fee for such limited promotional use.

21.     At some point after GHM stopped working with me and the Wave Entities in 2007, unbeknownst to me, GHM disseminated the Photographs to numerous third parties and began using without authorization a number of the Photographs on a new GHM website that no Wave Entity or I created. In turn, some of these third party recipients, many of whom are defendants this action, further disseminated the Photographs to yet other third parties. As I understand that numerous defendants have sought indemnity from GHM for Photographs they received and used without Plaintiff's authorization. When I first learned of other websites using my Photographs without authorization in 2011, I began to do research and ultimately found rampant infringement. From my research, the Photographs have been displayed on hundreds of websites without Plaintiff's authorization or compensation and continue to be seen by thousands of users on a daily basis.

22.     One point of clarification I would like to make from my deposition in May, 2015, which I also corrected in my deposition on September 9, 2015, is that counsel for GHM seemed

to be incorrectly suggesting that I was aware GHM was using my Photographs on its website as

of 2002. This is not correct. I created a GHM website in 2005 and was not aware at that time of

GHM's using any of the Wave photographs on a prior website. What I meant to say at my

deposition was that at some point in or after 2012 (that is, after my working relationship with

GHM and the Hotels ended) I learned for the first time that GHM had started using a new

website that neither I nor any of the Wave Entities created for it, which included a number of my

Photographs without my knowledge or authorization. That was the first time I learned of GHM's

using any of my Photographs on a number of websites that neither I nor any of the Wave Entities

created.

### *Assignment of the Copyrights to the Photographs to Plaintiff*

23.     The Wave Entities obtained copyright registrations from the United States

Copyright Office for the Photographs (collectively and individually, "Copyrighted Works"). All

of the copyright registrations for the Photographs have been duly assigned to, and are now

owned by, Plaintiff.

24.     Under Singapore law, as of August 1, 2008, the assets of Wave-S and The Wave

Private Ltd. were owned by me and the assets of The Wave Studio Private Ltd. (fka The Wave

Design Private Ltd.) were owned by The Wave Studio Private Ltd. These assets comprised all of

the copyrights to the Photographs.

25.     In September 1, 2011, I formed Plaintiff The Wave Studio LLC for the purposes

of enforcing the copyrights of the Wave Entities against U.S. infringements. To effectuate that

purpose, I and the Wave Entities entered into a series of assignments to effectuate this purpose.

As part of that process, I executed a number of assignments in 2011:

- November 11, 2011 assignments by Wave-S and The Wave Private Ltd. to
  Plaintiff (the "2011 Wave-S and The Wave Private Ltd. Assignments")

8

- An assignment from Wave-S to The Wave Studio Private Ltd., which was drafted in 2011 but backdated by I to 2007, and an assignment from The Wave Private Ltd. to The Wave Studio Private Ltd., which was drafted in 2011 but backdated by I to 2008 (collectively referred to as the "Erroneous Backdated Assignments).

- A November 11, 2011 assignment from I to Plaintiff (the "Lee Catchall Assignment")

- A November 11, 2011 assignment from The Wave Design Private Ltd. (which by that time had changed its name to The Wave Studio Private Ltd.) to Plaintiff (the "Wave Design Assignment")

26.      The Erroneous Backdated Assignments I prepared in 2011 or 2012 at the suggestion of my attorney because we believed for some reason that I do not recall that we needed them for the chain of title to the copyrights to the Photographs.

27.      The 2011 Wave-S and The Wave Private Ltd. Assignments, the Lee Catchall Assignment, and The Wave Design Assignment were recorded with the U.S. Copyright Office on or about November 15, 2011.

28.      During the course of this litigation, however, I learned that the 2011 Wave-S and The Wave Private Ltd. Assignments, as well as the Erroneous Backdated Assignments, were ineffective, and therefore void *ab initio*, because at the time they were created in 2011 Wave-S and The Wave Private Ltd. had been dissolved years prior and their assets already transferred to me by operation of Singapore law or corporate resolution.

29.      Because of this, I determined that the Lee Catchall Assignment needed to be clarified because, though it was a valid and effective assignment, it referenced the ineffective 2011 Wave-S and The Wave Private Ltd. Assignments.  Plaintiff also learned that The Wave Design Assignment, while valid and effective, also needed clarification because it used as the name of the Assignor "The Wave Design Private Ltd.," which was the correct entity but was not

the correct name because in 2007 The Wave Design Private Ltd. had changed its name to The Wave Studio Private Ltd.

30.     To clarify these errors and make sure the record with the Copyright Office showed the clear chain of title created by the Lee Catchall Assignment and The Wave Design Assignment, Plaintiff through its attorneys created a Corrective Assignment setting forth this chronology and clarifying the assignments (the "Corrective Assignment").

31.     The Corrective Assignment merely made clear that the erroneous assignments were unnecessary and ineffective and clarified the errors made in the Lee Catchall Assignment and The Wave Design Assignment in order to clarify that the chain of title was clear. It also confirmed the *nunc pro tunc* assignments that I intended to enter into in November 2011.

32.     In the process of preparing the Corrective Assignment, I also learned that the claimant in some of the copyright registrations for the Photographs inadvertently listed the incorrect claimant. At the time we filed the copyright applications, I did the best I could to confirm the information we put down was as accurate as possible. Once I learned, however, that the information we put down was not accurate in some instances, contemporaneously with the recordation of the Corrective Assignment, Plaintiff filed corrections with the Copyright Office to correct these inadvertent errors for the record. These forms filed with the Copyright Office are attached as Exhibit I.

I declare under penalty and perjury that the foregoing is true and correct. Executed on March 14, 2016, in Singapore.

Lee Kar Yin

Exhibit "A"

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION RESOURCES

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of 50153300A**　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

### The Following Are The Brief Particulars of :

| | |
|---|---|
| Name of Business | : WAVE-S |
| Former Name(s) if any | : |
| Registration No. | : 50153300A |
| Registration Date | : 21/02/1994 |
| Commencement Date | : 08/03/1994 |
| Status of Business | : Live |
| Status Date : | : 21/02/1994 |
| Certificate Renewal Date | : 07/02/2005 |
| Certificate Expiry Date | : 21/02/2006 |

### Renewal via GIRO Subscriber

| | |
|---|---|
| Constitution of Business | : Sole-Proprietor |
| Principal Place of Business | : 46 SOUTH BRIDGE ROAD<br>#04-02<br>KINGLY BUILDING<br>SINGAPORE (058679) |
| Date of Change of Name | : |
| Date of Change of Address | : 01/04/1999 |

### Principal Activity (IES)

| | |
|---|---|
| Activities (I) | : ART AND GRAPHIC DESIGN SERVICES (74952) |
| Description | : |
| Activities (II) | : |
| Description | : |

### Particulars of Manager(s)

| Name | ID | Nationality | Address | Date of Appointment |
|---|---|---|---|---|
| LEE KAR YIN | A1393649 | MALAYSIAN | 44B ZION ROAD<br>SINGAPORE (247776) | 18/02/1994 |

### Existing Sole-Proprietor(s) / Partner(s)

| Name | ID | Nationality/Place of Incorporation/Origin | Address | Date of Entry<br>(Reason) |
|---|---|---|---|---|

TW503283700

INFORMATION RESOURCES

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

**Business Profile (Business) of 50153300A**                                                     Page 2 of 2

| LEE KAR YIN | A1393649 | MALAYSIAN | 44B ZION ROAD SINGAPORE (247776) | 18/02/1994 |
| | | | | Owner |

| Withdrawn Partner(s) | | | | | |
|---|---|---|---|---|---|
| Name | ID | Nationality/Place of Incorporation | Address | Date of Entry | Date of Withdrawal |

PLEASE NOTE THE INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILED WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.      :  ACR0001000119577

DATE             : 11/03/2005

This is computer generated. Hence no signature required.

TWS0355769

Notice of Cessation of Business                                      Page 1 of 1



                                          | HOME | LOGOUT |

## ACKNOWLEDGEMENT

Your notice of cessation of business is submitted successfully. You may wish to print this Acknowledgement for your own record. If you wish to submit other transactions, click Home. Otherwise, click Logout to exit.

Business Registration No :     **50153300A**

Business Name :                **WAVE-S**

Cessation Date :               **21/02/2007**

Date of Filing Transaction :   **26/02/2007**

Exhibit "B"

# THE WAVE PTE. LTD.
### (Incorporated in Singapore)

MINUTES of an Extra-Ordinary General Meeting of the Company held at 10A Trengganu Street Singapore 058464 on 01 August 2008.

**PRESENT:**

    LEE Kar Yin                    ......................................................

    CHUA Kiat Hong              ......................................................

**CHAIRMAN**

Ms LEE Kar Yin presided at the Meeting.

**NOTICE OF MEETING**

Resolved that the formality of issuing 14 days Notice be and is hereby waived.

**STRIKING OFF THE COMPANY'S NAME FROM THE REGISTER**

THAT the Board of Directors has no inclination to continue operating the business and the company shall apply to strike off its name from register under section 344 of the companies Act.

THAT all tangible assets and intangible assets owned by the company, after discharging its liability if any, shall be repatriated and assigned respectively and absolutely to Ms Lee Kar Yin.

**TERMINATION**

There being no other business, the meeting then terminated with a vote of thanks to the Chair.

Confirmed by:

......................................................

Chairman

LEE Kar Yin

EXHIBIT
2

Exhibit "C"

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

**bizFILE**

**INFORMATION (GUIDE)**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)          Date: 23/08/2010

| | |
|---|---|
| Registration No. : | 200508995G |
| Company Name. : | THE WAVE STUDIO PTE. LTD.(w.e.f. 27/07/2007) |
| Former Name if any : | THE WAVE DESIGN PTE. LTD. |
| Incorporation Date : | 01/07/2005 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status : | Live Company |
| Status Date : | 01/07/2005 |

**PRINCIPAL ACTIVITIES**

| | |
|---|---|
| Activities (I) : | 74192 |
| Description | ART AND GRAPHIC DESIGN |
| Activities (II) : | 74201 |
| Description : | PHOTOGRAPHIC STUDIO |

| ISSUED SHARE CAPITAL | Number of Shares / | CURRENCY | SHARE TYPE |
|---|---|---|---|
| (AMOUNT) | | | |
| 1.00 | 1 | SINGAPORE, DOLLARS | ORDINARY |

\* *Number of Shares includes number of Treasury Shares*

| PAID UP CAPITAL | Number of Shares / | CURRENCY | SHARE TYPE |
|---|---|---|---|
| (AMOUNT) | | | |
| 1.00 | | SINGAPORE, DOLLARS | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Number of Shares | CURRENCY |
|---|---|

| | |
|---|---|
| Registered Office Address : | 46 SOUTH BRIDGE ROAD<br>#04-02<br>KINGLY BUILDING<br>SINGAPORE (058679) |
| Date of Address : | 02/08/2010 |

TWS0355799

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

**bizFILE**

INFORMATION RESOURCES

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)      Date: 23/08/2010

| | |
|---|---|
| Date of Last AGM | : 30/06/2010 |
| Date of Last AR | : 28/07/2010 |
| Date of A/C Laid at Last AGM | : 31/12/2009 |
| Date of Lodgment of AR, A/C | : 28/07/2010 |

| Officer(s)/Auditor(s) Name | ID | Nationality/ Place of Incorporation | Source of Address | Date of Appointment |
|---|---|---|---|---|
| TAN THAI NGEE<br>702 UPPER CHANGI ROAD EAST<br>#04-02<br>CHANGI COURT<br>SINGAPORE (486032) | S1648701H | SINGAPORE CITIZEN<br><br>SECRETARY | ACRA | 01/07/2005 |
| LEE KAR YIN<br>147B LOYANG BESAR CLOSE<br>WATERCREST<br>SINGAPORE (608039) | S6970349F | SINGAPORE P.R.<br><br>DIRECTOR | OSCARS | 01/07/2005 |

Page 2 of 4

TWS0355800

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

 bizFILE

**INFORMATION SUPPLIED**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE
AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF
ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508996G)          Date: 23/08/2010

| Shareholder(s)<br>Name/<br>Address | ID | Nationality/Place of<br>Incorporation/Origin | Source Of<br>Address | Address<br>Changed |
|---|---|---|---|---|
| 1   LEE KAR YIN | S6970340F | SINGAPORE P.R. | OSCARS | 10/02/2009 |
| 147B LOYANG BESAR CLOSE<br>WATERCREST<br>SINGAPORE (509039) | | | | |
| Ordinary (Number) | Currency | | | |
| 1 | SINGAPORE, DOLLARS | | | |

**Abbreviation**

UI - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

OSCARS - One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority.

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE
WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.     : ACR0001010927890

DATE              : 23/08/2010

Page 3 of 4

TWS0355801

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)





WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)                    Date: 23/08/2010

This is computer generated. Hence no signature required.

Page 4 of 4

TWS0355802

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



▓INFORMATION REPRODUCED▓

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508995G                                      Page 1 of 3

| | |
|---|---|
| Registration No. : | 200508995G |
| Company Name. : | THE WAVE DESIGN PTE. LTD. |
| Former Name if any : | |
| Incorporation Date : | 01/07/2005 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status : | Live Company |
| Status Date : | 01/07/2005 |

**Principal Activity (IES)**

| | |
|---|---|
| Activities (I) : | 76222 |
| Description : | ART AND GRAPHIC DESIGN |
| Activities (II) : | 63129 |
| Description : | WEB DESIGN |

**Capital**

| Issued Share Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | 1 | SINGAPORE DOLLAR | ORDINARY |

| Paid Up Share Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | | SINGAPORE DOLLAR | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Number of Shares | Currency |
|---|---|

| | |
|---|---|
| Registered Office Address : | 10A TRENGGANU STREET<br>SINGAPORE (058464) |
| Date of Address : | 01/07/2005 |
| Date of Last AGM | : |
| Date of Last AR | : |
| Date of A/C Laid at Last AGM | : |
| Date of Lodgment of AR, A/C | : |

**Audit Firm**

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION RESOURCES

.WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508006G                                    Page 2 of 3

| TAN THAI NGEE | S1843701H | SINGAPOREAN | OSCARS | 01/07/2005 |
|---|---|---|---|---|
| 702 UPPER CHANGI ROAD EAST #04-02 CHANGI COURT SINGAPORE (486832) | | SECRETARY | | |
| LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| 82 BAYSHORE ROAD #02-29 COSTA DEL SOL SINGAPORE (469993) | | DIRECTOR | | |

| | Name | ID | Nationality/Place of Incorporation | Source of Address | Address Changed |
|---|---|---|---|---|---|
| 1 | LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| | 82 BAYSHORE ROAD #02-29 COSTA DEL SOL SINGAPORE (469993) | | | | |

| Ordinary (Number) | Currency | | |
|---|---|---|---|
| 1 | SINGAPORE DOLLAR | | |

TWS0355795

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)

bizFILE



WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508995G                                      Page 3 of 3

Abbreviation:

UL - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.        : ACR0001001122418

DATE              : 24/02/2006

This is computer generated. Hence no signature required.

TWS0355796

Exhibit "D"

thewʌve



Mr Masano Kawana
Irieeyes Pte Ltd
9 Redwood Avenue
Singapore 276719

## PHOTOGRAPHY SERVICE AGREEMENT

As of 1st January, 2000, Irieeyes Pte Ltd, hereafter referred to as PHOTOGRAPHER, enters into the following agreement with Wave-s and The Wave Pte Ltd, hereafter referred to as DESIGN AGENCY. The agreement constitutes the entire agreement between both parties and will apply to all future transactions.

A. Commission
Design Agency agrees to pay Photographer a mutually agreed packaged Creative Fee for the creation of all digital images hereafter referred to as Photographs, that the Design Agency commissions the Photographer to create.

B. Copyright
All Photographs and rights contained therein, including copyright, remain the sole and exclusive properties of the Design Agency and Photographer.

All use of Photographs created during an Editorial commission are of unlimited assignments. The Design Agency and Photographer retain, for life, reproduction and display rights to all Photographs for use in photographic competition, promotional materials and any publication of an original manuscript or portfolio presentation for trade or other use.

C. Confidentiality
The Photographer will keep confidential and will not disclose to any third parties or make use of material or information communicated to him/her in confidence for the purposes of the photography, save as may be reasonably necessary to enable the Photographer to carry out his/her obligations in relation to the commission.

Client's Signature _____  Date  31·03·05

Photographer's Signature _____  Date  31 – MAR – 05

Exhibit "E"

# thewavedesign

## production estimate

| | |
|---|---|
| client | mr hans meier - the legian |
| product | the beach house at the legian DL flyer: JAPANESE |
| version | 1 |
| date | 9th november 2005 |

### description

designing and overseeing production ( up to printed product ) of the beach house at the legian DL flyer - 2 folds, 6 panels DL flyer: JAPANESE, 5C x 5C with metallic gold, spot gloss and matte varnish.

| quantity | | SGD per unit | SGD |
|---|---|---|---|
| 1. | 2,000 pcs | 1.40 | $ 4,200.00 |
| 2. | 3,000 pcs | 1.40 | $ 4,200.00 |

~ charges include design, layout, art direction, finished artwork, typesetting, films checking, studio materials, misc. costs, colour separation films, printing & supervision

Note : The estimated amount is the amount due nett of any applicable Local Government Tax
( i.e. Value Added Tax and Withholding Tax ) and it EXCLUDE courier/shipping charges if any.

estimate prepared by _____    client's approval _____

date    9th november 2005    date  10/11 /05    2 7 DEC 2005

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 60% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
- 5% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / soft copies / material / photographs / projects undertaken.

THE WAVE DESIGN PTE LTD (200508995G)  10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3871

GHM 00003

# thewɅvedesign

## invoice

Mr Hans Meier
The Legian, Bali
Jalan Laksmana, Seminyak Beach
Bali 80361, Indonesia

| invoice no. 90585 | job no. TLE1295 | date 15. 11. 05 | terms C.O.D. |
|---|---|---|---|

| item no. | description | quantity | amount SGD |
|---|---|---|---|
| | THE LEGIAN, BALI | | |
| 1. | The Beach House at The Legian, Bali<br>DL Flyer ( 6-pager, 5C x 5C with spot<br>gloss and matte varnish ) | | |
| | – English version<br>– Japanese version | 3,000 pcs<br>3,000 pcs | 4,200.00<br>4,200.00 |
| | • charges include design, layout, art direction,<br>finished artwork, typesetting, films checking,<br>studio materials, misc. costs, colour<br>separation films, printing & supervision. | | |
| | SINGAPORE DOLLAR:<br>EIGHT THOUSAND FOUR HUNDRED ONLY | | |
| | Note: The amount is due nett of any applicable<br>Local Government Tax ( i.e. Value Added Tax<br>and Witholding Tax ). | | |
| | | TOTAL | $ 8,400.00 |



E & O. E. All funds transfer must be made payable to:

Company : The Wave Design Pte Ltd
Registration No. : 200508995G
Account No. : 118-900418-2
Bank : The Development Bank of Singapore Ltd
( DBS - Raffles City Branch )
Address : 6 Shenton Way, DBS Building, Singapore 068809

for THE WAVE DESIGN PTE LTD

GHM 00004

# thewavedesign

## production estimate

| | |
|---|---|
| client | mr m. p. s. puri – the setai, miami (f 1 305-520 6600) |
| product | the setai, miami – website |
| version | 1 |
| date | 3th october 2005 |

| description | SGD |
|---|---|
| 1.   the setai website creation | 65,000.00 |

charges include mapping, design, art direction, layout,
pictures/text/files conversion, sequencing, programming,
which includes scripting, html, flash, java, testing and misc. costs.

| TOTAL | SGD 65,000.00 |
|---|---|

Note   •   quotation does not include hosting, monthly content management and reservation engine.

estimate prepared by _____   client's approval _____

date   3rd october 2005   date   10-13-05

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
  in writing before the work is undertaken.
• 5% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / soft copies / material /photographs / projects undertaken.

THE WAVE DESIGN PTE LTD (200508935G)  10a trengganu street singapore 058484  t 65.6227.3700  f 65.6227.3971

EXHIBIT
10
5/21/15
PENGAD 800-631-6989

# thewavedesign

## production estimate

client     mr m. p. s. puri - the setai, miami (f 1 305-520 6600)
product    the setai, miami - corpdrate DL brochure
version    1
date       3th october 2005

| description | quantity | unit$ | S G D |
|---|---|---|---|
| 1. the setai DL corporate brochure | 10,000 sets | 3.349 | 33,490.00 |

cover     : 6pp including cover, 5C x 2C, metallic gold, matte laminate,
            spot UV varnish, die-out & paste pocket
tracer    : 4pp, 1C x 0C
content   : 32pp, 4C x 4C, spot matte and gloss varnish with gate-fold
tariff    : 6pp, 1C x 1C inserted into pocket

target date of completion: 5-6 weeks from "confirmation of order" date

• Charges include art direction, layout, finished artwork, digital work on cover picture,
  typesetting, films checking, studio materials, misc. costs, colour separation films,
  print and supervision.

estimate prepared by _____    client's approval

date _____3rd october 2005_____    date _____  10-13-05

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
  in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / soft copies / material / photographs / projects undertaken.

THE WAVE DESIGN PTE LTD (200506995G)  10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3971

TWS0199687

Exhibit "F"

**From:** K Oei <ghmhk@singnet.com.sg>
**Subject:** **Ultimate Spa**
**Date:** September 20, 2006 4:58:27 PM SST
**To:** KarYin Lee <jlee@thewave-design.com>
**Cc:** Hans Jenni <hrjenni@ghmhotels.com>

Dear Junior

Pam has sent to you by email scanned copies of photos of The Lalu which appeared in the book Ultimate Spa. Would you please check and see if these photos are part of your proprietary library or whether they are third-party photos.

Many thanks

Kind regards,

Kendall L. Oei
Director

General Hotel Management Ltd
1 Orchard Spring Lane
#04-02 Tourism Court
Singapore 247729

tel: +65 6223 3755
fax: +65 6221 1535

GHM - "A Style To Remember"

web site: www.ghmhotels.com

D☐P☐ Exhibit _55_
Deponent _OHLETZ_
Date 9|23|15
Rptr _HC_    **DTI**

General Business Ltd.

gblhk@netvigator.comDear Junior

I had asked Pam to request from you a copy of the photo contract you use
when employing photographers to shoot photos for GHM brochures. I can't
imagine that you don't have such a service contract. Please email me a copy.
Many thanks

Kind regards,

Kendall L. Oei

Director

General Hotel Management Ltd

1 Orchard Spring Lane

#04-02 Tourism Court

Singapore 247729

tel: +65 6223 3755

fax: +65 6221 1535

GHM - "A Style To Remember"

web site: www.ghmhotels.com

TWS0355934

Exhibit "G"

From: K Oei <ghmhk@singnet.com.sg>
Subject: Re: The Setai Club Website Pictures (2 of 2)
Date: June 26, 2006 2:36:53 PM SST
To: jr lee <jlee@thewave.com.sg>

Dear Junior

Many thanks for sending copies of the photos on The Setai Club website as well as copies of your agreement with the photographers.

Waves supported by GHM may have to file an IP violation suit against The Setai Club. That is an option we keep up our sleeve and may produce a pile of money for you. Will revert later.

Kind regards,

Kendall L. Oei
Director

General Hotel Management Ltd
1 Orchard Spring Lane
#04-02 Tourism Court
Singapore 247729


tel:  +65 6223 3755
fax: +65 6221 1535

GHM - "A Style To Remember"

web site: www.ghmhotels.com


From: jr lee <jlee@thewave.com.sg>
Date: Mon, 26 Jun 2006 14:07:12 +0800
To: "K.L. Oei" <ghmhk@ghmhotels.com>
Subject: Re: The Setai Club Website Pictures (2 of 2)

Dear Kendall,

Here are the documents:

1. Photography Agreement between The Wave and IrieEyes
2. Our quotation with all the terms stated in bullet points

An updated Photography Agreement will be signed soon as we have changed the company's name to The Wave Design Pte Ltd. However, The Wave Pte Ltd still exist.

Thank you and best regards,
jr

DEF Exhibit 54

**From:** "K.L. Oei" <ghmhk@ghmhotels.com>
**Subject:** Re: The Setai Club Website Pictures
**Date:** June 26, 2006 10:24:45 AM SST
**To:** KarYin Lee <jlee@thewave-design.com>

Dear Junior

See the enclosed email. Would you please send me the marked up attachment so that I can view the photos and follow up with our lawyers. Do you have any documents to show that Waves/GHM own the photos?

Kind regards,

Kendall L. Oei
Director

General Hotel Management Ltd
1 Orchard Spring Lane
#04-02 Tourism Court
Singapore 247729

tel: +65 6223 3755
fax: +65 6221 1535

GHM – "A Style To Remember"

web site: www.ghmhotels.com

**From:** Hans R Jenni <hrj88@singnet.com.sg>
**Date:** Fri, 23 Jun 2006 12:09:34 +0800
**To:** Kendall Oei <ghmhk@singnet.com.sg>
**Subject:** Fwd: The Setai Club Website Pictures

Kendall

do we sue?
hans

Begin forwarded message:

**From:** jr lee <jlee@thewave.com.sg>
**Date:** 19 June 2006 8:53:56 PM GMT+08:00
**To:** Hans R Jenni <hrj88@singnet.com.sg>
**Subject: Re: The Setai Club Website Pictures**

You are most welcome Mr Jenni.

jr

On Jun 19, 2006, at 7:32 PM, Hans R Jenni wrote:

> Thanks Junior
>
> Regards
> Hans R Jenni
>
> On 19 Jun 2006, at 3:16 PM, jr lee wrote:
>
>> Dear Mr Jenni,
>>
>> They have already been marked. The ones in "Yellow Dots" are shot by us or by the
>> property a long time ago and were
>> put into our archive. Those that are from their library are marked with "Pink Star".
>> Attached is the file for your perusal again.
>>
>> Thank you and best regards,
>> jr
>>
>> <setaiclubpix.pdf>
>>
>> On Jun 17, 2006, at 9:49 AM, Hans R Jenni wrote:
>>
>>> Dear Junior
>>>
>>> Please mark the ones which have been produced during your photo shoot and then
>>> we can assume that the rest is from their library.
>>>
>>> Regards
>>> Hans R Jenni
>>>
>>> On 16 Jun 2006, at 6:48 PM, jr lee wrote:
>>>
>>>> Dear Mr Jenni,
>>>>
>>>> Please find attached, the summary of pictures usage on The Setai Club for your
>>>> perusal.
>>>>
>>>> Thank you and best regards,
>>>> jr lee
>>>>
>>>> the wave design pte ltd
>>>> 10a trengganu street
>>>> singapore 058464
>>>>
>>>> t   +65 6227 3700
>>>> f   +65 6227 3971
>>>> m +65 9635 2235
>>>>
>>>> <www.setaiclubpix.pdf <http://www.setaiclubpix.pdf> >

Exhibit "H"

**From:** "K.L. Oei" <ghmhk@ghmhotels.com>
**Subject:** **Re: T8 Handover - Jun.28, 2006 / GHM Photographs?**
**Date:** June 30, 2006 6:43:07 PM SST
**To:** Richard Hong <chedi3@loxinfo.co.th>
**Cc:** KarYin Lee <jlee@thewave-design.com>, Hans Jenni
<hrjenni@ghmhotels.com>

Dear Richard

Please obtain samples of the remaining GHM/T8 collateral and send them to Junior at Waves Design so she can identify which photos if any belong to GHM/Waves.

I agree with Mr. Jenni that there is no need to collect and dispose of the existing stock of brochures. However, if T* wishes to make new brochures they must be careful not to use photos which belong to GHM. It does not matter that they can reproduce the photos easily, the key point is that they do not have the legal right to use those images.

The message to Walter/Katherine should be that you are not collecting the GHM produced collateral, but that once this original stock is exhausted it should not be reprinted. And they should not use any material belonging to GHM or mentioning GHM in future marketing collateral. No need to get into legal specifics.

Trust that is clear

Kind regards,

Kendall L. Oei
Director

General Hotel Management Ltd
1 Orchard Spring Lane
#04-02 Tourism Court
Singapore 247729

tel: +65 6223 3755
fax: +65 6221 1535

GHM - "A Style To Remember"

web site: www.ghmhotels.com

**From:** Richard Hong <chedi3@loxinfo.co.th>
**Date:** Fri, 30 Jun 2006 17:22:18 +0700
**To:** "K.L. Oei" <ghmhk@ghmhotels.com>
**Cc:** "Hans R. Jenni" <hrj88@singnet.com.sg>
**Subject:** Re: T8 Handover - Jun.28, 2006 / GHM Photographs?

Dear Mr.Oei,

There were about 500 T8 Brochure Covers and 640 T8 WiFi Promo Postcards @ May.31, 2006. There is also a brochure insert within the Fuchun Resort brochure which advertises T8 with a photo. Please clarify exactly what you want me to instruct Ms. Katherine Chen and Mr. Walter Zahner to do. Previously, Mr. Jenni advised that there was no need for me to collect the collateral while I was there.

If T8 wants to use the past / existing photos for future collateral they can easily copy these digitally or make new ones digitally and it would be difficult for us to prove otherwise.

Therefore, please clarify what you would like to me to advise Ms. Chen and Mr. Zahner.

Thank you and best regards,
Richard Hong

----- Original Message -----

**From:** K.L. Oei <mailto:ghmhk@ghmhotels.com>

**To:** Richard Hong <mailto:chedi3@loxinfo.co.th>

**Sent:** Friday, June 30, 2006 4:40 PM

**Subject:** Re: T8 Handover - Jun.28, 2006 / GHM Photographs?

Dear Richard

In most of our hotel brochures, the photos used are NOT the property of the Owner, but are the property of GHM/Waves. Thus they are covered by the GHM license agreement and technically cannot be used whether in existing brochures or in new brochures. If T8 wants to produce new brochures they will have to take new photos and not use those that belong to us. **As a courtesy you should mention this to Walter.**

Kind regards,
Kendall L. Oei
Director

**From:** Richard Hong <chedi3@loxinfo.co.th>

**Date:** Fri, 30 Jun 2006 13:05:10 +0700
**To:** K Oei <ghmhk@singnet.com.sg>
**Cc:** "Hans R. Jenni" <hrj88@singnet.com.sg>
**Subject:** Re: T8 Handover - Jun.28, 2006 / GHM Photographs?

Dear Mr. Oei,

There still remains some GHM brochures and flyers at T8 to which I stated they could keep or dispose of at their discretion. However, I am not aware of any GHM-owned photographs - please clarify.

I did receive the T8 customer data base and this will be forwarded to GHM accordingly.

Thank you and best regards,
Richard Hong


----- Original Message -----

**From:** K Oei <mailto:ghmhk@singnet.com.sg>

**To:** Richard Hong <mailto:chedi3@loxinfo.co.th> ; Hans Jenni <mailto:hrj88@singnet.com.sg>

**Cc:** Alvin Fong <mailto:ghmadmin@singnet.com.sg>

**Sent:** Wednesday, June 28, 2006 4:27 PM

**Subject:** Re: T8 Handover - Jun.28, 2006


Dear Richard;
Noted.


1. We will remove T8 from the website before 1 July
2. All access to the secure GHM website from T8 and its staff must be cut off on 30 June
3. Please follow up with Alvin so that we can put both the English and Chinese versions of the announcement on the website
4. Please do mention that T8 should no longer use GHM collateral or GHM-owned photographs after 30 June
5.
6. Kind regards,
7.
8. Kendall L. Oei

9. Director
10.
11. General Hotel Management Ltd
12. 1 Orchard Spring Lane
13. #04-02 Tourism Court
14. Singapore 247729
15.
16.
17. tel: +65 6223 3755
18. fax: +65 6221 1535
19.
20. GHM - "A Style To Remember"
21.
22. web site: www.ghmhotels.com

**From:** Richard Hong <chedi3@loxinfo.co.th>
**Date:** Wed, 28 Jun 2006 15:06:38 +0700
**To:** "Hans R. Jenni" <hrj88@singnet.com.sg>, Kendall Oei
<ghmhk@singnet.com.sg>
**Subject:** T8 Handover - Jun.28, 2006

Dear Mr. Jenni and Mr. Oei,
Please find attached and below the T8 Handover Notes as provided to Ms. Katherine Chen this afternoon.
Thank you and best regards,
Richard Hong


28th June 2006



Ms. Katherine Chen

Fuchun Resort

HANDOVER OF T8 RESTAURANT & BAR

Effective July 01, 2006; T8 Restaurant & Bar will be managed by Fuchun Resort. Management by GHM will cease accordingly.

As of June 28th, 2006, all accounting records have been reviewed and are in apparent good order. The GHM Handover Checklist has been completed by Mr. Walter Zahner and Mr. Roger Wang (on behalf of T8 and Fuchun Resort) and has since been reviewed by Mr. Richard Hong (on behalf of GHM Ltd.).

Please note the following:

1.    Press Release to be included on the GHM website on or around June 30, 2006. The Chinese version is due to GHM for reference.

2.    Mr. Zahner to coordinate the sending of the Press Release via email by July 01, 2006.

3.    T8 Restaurant & Bar will be removed from the GHM website within July 2006.

4.    Management and Incentive Fees due to GHM for the period up to and including May.31, 2006 have been paid in full. Only the fees earned for June 2006 are pending settlement (following the June 2006 month-end results). Following the June 2006 month-end ; GHM is to receive the Flash Report, Performance Summary and Management Fee Summary. GHM will issue a GHM Invoice for the June 2006 Management & Incentive Fees accordingly.

5.    GHM Debit Notes received up to Jun.28th, 2006 have all been paid in full. GHM will advise soon whether there are any intercompany charges incurred in June on behalf of T8.

6.    The original GHM P&P and Accounting Guide Manual has been returned to GHM.

7.    Mr. Zahner's wzahner@ghmhotels.com <mailto:wzahner@ghmhotels.com> email address will be deleted on Friday, Jun.30, 2006.

8.    T8 Restaurant & Bar will continue to use the existing report formats unless otherwise advised by Fuchun Resort.

9.    There are no other outstanding matters between  T8 Restaurant & Bar and GHM Ltd.

With best  regards,

Walter Zahner                          Roger   Wang                          Richard   Hong

General Manager                    Finance   Manager                 Corporate  Controller

T8 Restaurant & Bar            T8   Restaurant & Bar GHM Ltd.

**PRESS RELEASE – English  Version**

### GHM and Fuchun Resort agree to transition  management of T8 Restaurant & Bar  (Shanghai)

**General Hotel Management Limited  (GHM) and  Fuchun Resort Hangzhou (Fuchun) have together agreed to  effect the change in  the management of the T8 Restaurant & Bar,  Shanghai from GHM to Fuchun,  with effect from July 1, 2006.  GHM,  the driving force in the creation  and operation of T8 since its  opening in 2001, has helped T8 to establish a  reputation for  exceptional service, superior food quality and outstanding   architectural design, resulting in it becoming the premier dining  destination  in Shanghai.**

**Fuchun, the owner of both the  exclusive Fuchun  Resort & Golf Club and T8 Restaurant & Bar,  remains committed to the  high standards established by GHM and to the  philosophy of providing guests  with an oustanding lifestyle  experience.**

**GHM looks forward  to working with new  partners in China in the  future.**

Exhibit "I"

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month ___ Day ___ Year ___

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Wave-s Photographs 2001

Registration Number of the Basic Registration ▼
VA 1-432-324

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wavo-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant _____

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American Legalnet, Inc.
www.FormsWorkflow.com

TWS0355835

FORM CA RECEIVED

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☐ YES   ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

D

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710

Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

F

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

F

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA  94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RAGO
101 Independence Avenue SE
Washington, DC 20559

G

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office, 2011-xxx-xxx/xx,xxx

TWS0355836

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____ _____ _____
Month           Day             Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Wave-s Photographs 2002

Registration Number of the Basic Registration ▼
VA 1-432-325

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355837

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800         Fax ( 510 ) 295-2401         Email sophie@cobaltlaw.com

**E**

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Lee Kar Yin
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                        9/4/2015

Handwritten signature (X) ▼
*Vijay T.*

**F**

**G**

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space 8
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355838

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2007(A)

Registration Number of the Basic Registration ▼
VA 1-432-326

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant _____

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.     • Sign the form at space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355839

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of     Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                    Date ▼
Vijay Toke                                 9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-IWCD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355840

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

**Title of Work▼**
The Wave Design Pte. Ltd. Photographs 2007(B)

**Registration Number of the Basic Registration ▼**
VA 1-432-327

**Year of Basic Registration ▼**
2010

**Name(s) of Author(s) ▼**
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**Name(s) of Copyright Claimant(s) ▼**
The Wave Design Pte. Ltd.

**B**

**Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number 2 _____ Line Heading or Description Author

**Incorrect Information as It Appears in Basic Registration ▼**
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**Corrected Information ▼**
The Wave Studio PTE. LTD.

**Explanation of Correction ▼**
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. The reference to "employer for hire of Lee Kar Yin" was also incorrect. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

**Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at space F

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355841

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B or ☐ Part C

Location and Nature of Incorrect Information in Basic Registration:

Line Number: 4          Line Heading or Description: Claimant

Incorrect Information as It Appears in Basic Registration: The Wave Design Pte. Ltd.

Corrected information:      The Wave Studio PTE. LTD.

Explanation of Correction: An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                        ☐ owner of exclusive right(s)
☐ other copyright claimant      ☒ duly authorized agent of  The Wave Studio PTE. LTD.
                                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                       Date ▼
Vijay Toke                                                    9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | |
| | City/State/ZIP ▼ Berkeley, CA 94710 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-IACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev. 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355842

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

Wave-s Photographs 2003

Registration Number of the Basic Registration ▼

VA 1-432-328

Year of Basic Registration ▼

2010

Name(s) of Author(s) ▼

Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼

WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼

WAVE-S

Corrected Information ▼

Lee Kar Yin

Explanation of Correction ▼

An error was made in identifying the claimant. The identified claimant Wave-s had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355843

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800         Fax ( 510 ) 295-2401         Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of     Lee Kar Yin
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                          Date ▼
Vijay Toke                                                        9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | |
| | City/State/ZIP ▼ Berkeley, CA 94710 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-UACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355844

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Wave-s Photographs 2004

Registration Number of the Basic Registration ▼
VA 1-432-329

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____                Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**
• Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.
• Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.LegalWorkflow.com

TWS0355845

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| **FUNDS RECEIVED DATE** | | |
| **EXAMINED BY** | | FOR |
| **CORRESPONDENCE** ☐ | | COPYRIGHT OFFICE USE ONLY |
| **REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION** ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**Correspondence** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510  )841-9800 ___ Fax ( 510  ) 295-2401 ___ Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author  ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  Lee Kar Yin
_____ Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                       9/4/2015

Handwritten signature (X) ▼
_[signature]_

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-CACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355846

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2006

Registration Number of the Basic Registration ▼
VA 1-432-330

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.          DO NOT WRITE HERE
• See detailed instructions.          • Sign the form at Space F.

Page 1 of _____ pages

American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355847

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800      Fax ( 510 ) 295-2401      Email sophie@cobaltlaw.com

**E**

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification* I,** the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼              Date ▼
Vijay Toke                  9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ |
| | 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ |
| | Berkeley, CA 94710 |

**G**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-NACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/ xx,xxx

TWS0355848

Because Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work▼
The Wave Design Pte. Ltd. Photographs 2005 (A)

Registration Number of the Basic Registration ▼
VA 1-432-331

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Pte. Ltd.

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Pte. Ltd.

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.     DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355849

| FORM CA RECEIVED | FORM CA |
| --- | --- |

| FUNDS RECEIVED DATE | |
| --- | --- |

| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

D

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Lee Kar Yin
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                        9/4/2015
Handwritten signature (X) ▼
*Vijay Toke*

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Sophie Cohen, Cobalt LLP | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space 8<br>SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>MAIL TO:<br>Library of Congress<br>Copyright Office-RACO<br>101 Independence Avenue SE<br>Washington, DC 20559 |
| --- | --- | --- |
| | Number/Street/Apt ▼<br>918 Parker Street, Building A21 | |
| | City/State/ZIP ▼<br>Berkeley, CA 94710 | |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011   Printed on recycled paper                                        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355850

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**  **Title of Work ▼**
The Wave Design Pte. Ltd. Photographs 2005 (B)

**Registration Number of the Basic Registration ▼**
VA 1-432-332

**Year of Basic Registration ▼**
2010

**Name(s) of Author(s) ▼**
The Wave Design Pte. Ltd.

**Name(s) of Copyright Claimant(s) ▼**
The Wave Design Pte. Ltd.

**B**  **Location and Nature of Incorrect Information in Basic Registration ▼**
Line Number 4        Line Heading or Description Claimant

**Incorrect Information as It Appears in Basic Registration ▼**
The Wave Design Pte. Ltd.

**Corrected Information ▼**
The Wave Studio PTE. LTD.

**Explanation of Correction ▼**
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**  **Location and Nature of Information in Basic Registration to be Amplified ▼**
Line Number _____        Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                    • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355851

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                        9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355852

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**  Title of Work ▼
Wave-s Photographs 2002(B)

Registration Number of the Basic Registration ▼
VA 1-432-336

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**  Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**  Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼



**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.          **DO NOT WRITE HERE**
• See detailed instructions.          • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355853

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of Lee Kar Yin

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RAC0
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355854

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____
Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**A**

Title of Work▼
The Wave Design Pte Ltd. Photographs 2005 (B)

Registration Number of the Basic Registration ▼
VA 1-432-637

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

**MORE ON BACK ►** • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


Amcricus LegalNet, Inc.
www.FormsWorkflow.com

TWS0355855

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**E**

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼                                              Date ▼
Vijay Toko                                                           9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Berkeley, CA 94710 | MAIL TO:<br>Library of Congress<br>Copyright Office-RADD<br>101 Independence Avenue SE<br>Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                              U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355856

Copyright Office fees are subject to change. For
current fees, check the Copyright Office website
at www.copyright.gov, write the Copyright Office
or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the applica-tion
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

**Title of Work ▼**
Wave-s Photographs 2004(B)

**Registration Number of the Basic Registration ▼**
VA 1-758-524

**Year of Basic Registration ▼**
2011

**Name(s) of Author(s) ▼**
Wave-s (employer for hire of Masano Kawana)

**Name(s) of Copyright Claimant(s) ▼**
WAVE-S

**B**

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 4 _____          Line Heading or Description Claimant

**Incorrect Information as It Appears in Basic Registration ▼**
WAVE-S

**Corrected Information ▼**
Lee Kar Yin

**Explanation of Correction ▼**
An error was made in identifying the claimant.  The identified claimant Wave-S had dissolved at the time of the registration.
The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____          Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.          DO NOT WRITE HERE
• See detailed instructions.  • Sign the form at Space F.

Page 1 of ____ pages



American LegalNet, Inc.
www.USCourtFormsWorkflow.com

TWS0355857

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Lee Kar Yin
                                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                9/4/2015

Handwritten signature (X) ▼
*Vijay Toke*

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §600(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                     U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355858

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. published legian121

Registration Number of the Basic Registration ▼
VA 1-765-854

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4                    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number                    Line Heading or Description

Amplified Information and Explanation of Information ▼



MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                   • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355859

| | FORM CA RECEIVED | | FORM CA |
|---|---|---|---|
| | FUNDS RECEIVED DATE | | |
| | EXAMINED BY | | FOR |
| | CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE ONLY |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800      Fax ( 510 ) 295-2401      Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☒ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                       9/4/2015

Handwritten signature (X) ▼
_Vijay Toke_

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ |
| | 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ |
| | Berkeley, CA  94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §606(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev. 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355860

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. - datai105

Registration Number of the Basic Registration ▼
VA 1-824-376

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2       Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____       Line Heading or Description _____

Amplified Information and Explanation of Information ▼



MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.LegalWorkbench.com

TWS0355861

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                              Date ▼
Vijay Toke                                          9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | MAIL TO: |
| | City/State/ZIP ▼ Berkeley, CA 94710 | Library of Congress<br>Copyright Office-RACD<br>101 Independence Avenue SE<br>Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 10/2011 Printed on recycled paper                          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355862

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼

The Wave Design Pte. Ltd. - andaman068

Registration Number of the Basic Registration ▼

VA 1-829-021

Year of Basic Registration ▼

2012

Name(s) of Author(s) ▼

The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼

The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2 _____ Line Heading or Description Author

Incorrect Information as it Appears in Basic Registration ▼

The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼

The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼

An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355863

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of    The Wave Studio PTE. LTD.
                                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                      Date ▼
Vijay Toko                                                  9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355864

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼
The Wave Design Pte. Ltd. - bkk018 - bkk025

Registration Number of the Basic Registration ▼
VA 1-842-228

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2 _____ Line Heading or Description  Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355865

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710

Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of     The Wave Studio PTE. LTD.
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                9/4/2015

Handwritten signature (X) ▼ *[signature]*

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA  94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-NACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355866

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803

Registration Number of the Basic Registration ▼
VAu 1-055-458

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355867

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                  9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space F SEND ALL ELEMENTS IN THE SAME PACKAGE: |
| --- | --- | --- |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | 1. Application Form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights MAIL TO: |
| | City/State/ZIP ▼ Berkeley, CA  94710 | Library of Congress Copyright Office-RACD 101 Independence Avenue SE Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355868

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of Title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 – setai958; setai960 - setai1179

Registration Number of the Basic Registration ▼
VAu 1-055-459

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B** Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4            Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number            Line Heading or Description

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355869

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR |
| CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

𝒟

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of  The Wave Studio PTE. LTD.
                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                 9/4/2015

Handwritten signature (X) ▼

*Vijay Toke*

Certificate will be mailed in window envelope to this address:

| Name ▼ |
| --- |
| Sophie Cohen, Cobalt LLP |
| Number/Street/Apt ▼ |
| 918 Parker Street, Building A21 |
| City/State/ZIP ▼ |
| Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-SACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev. 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355870

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work ▼
The Wave Pte. Ltd. unpublished setai 182

Registration Number of the Basic Registration ▼
VAu 1-057-927

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Pte. Ltd.

**B** Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4        Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Pte. Ltd.

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355871

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710

Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name: Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA  94710 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-PACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355872

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. unpublished setai0183; 0184

Registration Number of the Basic Registration ▼
VAu 1-060-180

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number_____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---



MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                   • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.USCourtForms.com

TWS0355873

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800     Fax ( 510 ) 295-2401     Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55187

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of  The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke     Date ▼ 9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

| Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space 8 |
|---|---|
| Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| City/State/ZIP ▼ Berkeley, CA 94710 | MAIL TO: Library of Congress Copyright Office-RACD 101 Independence Avenue SE Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper     U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355874

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Wave-s unpublished setai959

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VAu 1-060-182 | 2010 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| WAVE-s | WAVE-S |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as it Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.          DO NOT WRITE HERE
                  • See detailed instructions.          • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355875

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR |
| CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800       Fax ( 510 ) 295-2401       Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant      ☐ owner of exclusive right(s)
☒ duly authorized agent of   Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office-SVCD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 10/2011   Printed on recycled paper

U.S. Government Printing Office 2011-xxx-xxx/xx,xxx

TWS0355876

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. – Unpublished setail181

Registration Number of the Basic Registration ▼
VAu 1-144-751

Year of Basic Registration ▼
2013

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2          Line Heading or Description Author

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355877

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 10/2011 Printed on recycled paper        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355878



# Receipt

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000



**No.** 191295

**Date** 9/4/2015

## Received

☐ Not examined in information section

Form(s) **22 FORM CA    (#2860)**

Number of copies

Type of deposit copies

Document(s) **2 FORM DCS    (#210)**

Cover letter

Other enclosures

Refer to

## Services

☐ Search
☐ Photocopies
☐ Additional certificates
☐ Certifications
☐ Secure text exam
☐ Transfer to photoduplication
☐ Other (specify)

## Method of Payment

☐ Cash
☐ Check
☐ Money order
☒ Deposit acct #: **55387**    Amount:
☐ Credit card   Type:   Auth #:    Amount:

☐ No Fee
☐ Fee to be determined
☐ For connection
ETN:

**Total Payment: $ 3070.00**

Received from    **MITCHELL SILBERBERG + KNUPP LLP**   Phone **202-355-7900**

Address  **1818 N ST N.W.   8TH FLR**

**WASHINGTON DC   20036**

Representing  **c/o PAM BURCHETTE**   Phone **EXT 7906**

Received for the Register of Copyrights by

Title  **RE DOC: VA 1-432-324 WAVE-S PHOTOGRAPHS 2001**

...and _____ others

Notes  **22 FORM CA**

**SEE REVERSE FOR IMPORTANT INFORMATION**

c-30  06/2004—13,000  Printed on recycled paper

TWS0355879

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

TWS0355880