## CERTIFICATE OF SERVICE

I, ABIGAIL J. REMORE, hereby certify that, on this date, true and correct copies of the following documents were served via Federal Express on the Attorney for Plaintiff, Vijay Toke, Esq., Colbalt LLP, 918 Parker Street, Bldg. A21, Berkeley, CA 94710:

1. Defendant General Hotel Management, Ltd.'s Reply Memorandum of Law in Support of its Motion for Summary Judgment and in Opposition to Plaintiff The Wave Studio, LLC's Cross Motion for Summary Judgment;

2. Defendant General Hotel Management, Ltd.'s Counterstatement to Plaintiff's Statement of Material Facts Pursuant to Local Civil Rule 56.1;

3. Declaration of Abigail J. Remore in Further Support of Defendant General Hotel Management, Ltd.'s Motion for Summary Judgment and in Opposition to Plaintiff The Wave Studio, LLC's Cross Motion for Summary Judgment and Exhibits 1-11 thereto; and

4. Declaration of Dr. Stanley Lai, SC in Further Support of Defendant General Hotel Management, Ltd.'s Motion for Summary Judgment and in Opposition to Plaintiff The Wave Studio, LLC's Cross Motion for Summary Judgment and Exhibits A-C thereto.

ABIGAIL J. REMORE
CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for Defendant
General Hotel Management Ltd.
One Boland Drive
Dated: April 15, 2016                    West Orange, NJ 07052