**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC, a New York
Limited Liability Corporation,

          Plaintiff,

    v.

GENERAL HOTEL MANAGEMENT, et al.,

          Defendants.

**CASE NO. 7:13-cv-09239-CS-PED**

<u>**REPLY DECLARATION OF LEE KAR YIN**</u>

I, Lee Kar Yin, declare:

1.     I state the following from personal knowledge, except where I note information is based on information and belief. I will competently testify to the following if called to do so.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Corrective Assignment (and all its exhibits) that I executed on September 4, 2015, and that was filed with the U.S. Copyright Office on that same date and produced to Defendant GHM on September 8, 2015.

3.     Attached hereto as Exhibit 2 are true and correct copies of the agreements between the Wave Entities and Masano Kawana and his company, Irieyes Ltd., entered into in 2005 and 2006, both of which were previously produced to GHM in this litigation.

4.     Attached hereto as Exhibit 3 are true and correct copies of additional production estimates issued by the Wave Entities to various GHM-managed Hotels for photo shoots done of some of the GHM-managed Hotels. All of these estimates have been produced to GHM.

5.      I also respond to statements of GHM in its opposition to The Wave Studio LLC's motion for summary judgment regarding post-production work done on the Photographs.  As I previously indicated in my initial declaration in support of Plaintiff's motion for summary judgment, I estimate that there was approximately seven hours of post-production work done on each of the Photographs.  I continue to stand by that estimate.

6.      GHM claims that seven hours of post-production work per photo is unrealistic and would have taken seven years of full-time work by me.  GHM forgets that Wave employed five for post-production work on the photographs.  I testified regarding the various staff members working for the Wave Entities during the deposition of Wave.  In all, the Wave Entities had up to five staff members, including myself, working on post-production, which constitutes approximately 2,800-3,500 hours of work per person, depending on the year and the workload.  Over the roughly seven or so years during which the Photographs were taken, this constituted approximately 400-500 hours per year, per person (20-25% of a full time employee's time).  This is an accurate estimate of the work done by the Wave Entities' staff on post-production work.

7.      GHM also takes the position that it or the Hotels requested the Photographs separately for marketing purposes.  This is simply not true.  The Wave Entities were hired to create all branding initiatives for GHM-managed hotels, from toiletry kits to brochures to decals for hotel cars.  To complete some of the marketing collaterals for the Hotels, the Wave Entities had to take photographs for use in the collaterals.  At no point did the Hotels or GHM ask for photographs generally that they could use in any manner they wished.  The Photographs were only taken as part of the entire engagement of Wave to create branding and marketing collaterals for the GHM-managed Hotels.  Though the estimates for photo shoots were generated separately from the estimates for other marketing collaterals incorporating photographs taken by Wave, the

photo shoots were usually scheduled in order to meet a deadline for brochures or other marketing collaterals that required images. Attached hereto as Exhibit 4 is a true and correct copy of an email with one of the Hotels that illustrates this point.  In the email the hotel staff made clear that they wanted to schedule a photo shoot in order to produce a brochure for the upcoming opening of the hotel.  Therefore, as I have consistently testified, the photography was done so that there was a collection of photographs of each Hotel from which images could be selected for future marketing collaterals requiring photographs to be ordered from Wave.

8.    GHM also states that I saw the unauthorized use of Wave Photographs on the GHM website in 2002 and that the Wave Entities did not object.  While I did initially say that in the deposition, I did not see any Photographs on any GHM website in 2002.  Indeed, it would have been impossible because Wave first began work on the GHM website in 2004, which launched in 2005.  In any event, the use of Wave Photographs on that website was authorized. As I made clear in the deposition of Wave, I did not see any use by GHM on a non-Wave-created website until some time in 2012.  Therefore, while I originally misstated the date I first saw the unauthorized use of Wave Photographs on GHM's website as some time in 2002, I corrected that testimony as soon as I realized the error.

9.    GHM similarly states that I saw unauthorized use of Photographs on the Setai's website in 2005 and did not complain of copyright infringement.  This is untrue.  GHM omits the fact that Wave created that Setai website.  Work on the website began in 2005 and was completed in 2006.  Therefore, that use was authorized by Wave, so there was no reason for Wave or me to complain of infringement.

10.    GHM also attempts to discredit my testimony about the Nam Hai counterfeiting of Wave's work.  I never testified that the counterfeiting involved any of the Photographs.

3

Rather, the counterfeit packaging created by the Nam Hai used a background design involving painting on Chinese rice paper that was created and then photographed by Wave and used as a background design for the packaging at the Lalu and the Setai.  Upon my informing Mr. Jenni about the Nam Hai's unauthorized use of Wave's work, which, like the copyrights to the Photographs Wave owned, Mr. Jenni instructed the General Manager of the Nam Hai, John Laing, never to use my work.

I declare under penalty and perjury that the foregoing is true and correct.  Executed on May 6, 2016, in Singapore.


_____
                        Lee Kar Yin

EXHIBIT "1"

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

Privacy Act Notice: Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS**

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
**UNITED STATES COPYRIGHT OFFICE**

Volume _____    Document _____
Volume _____    Document _____
Date of recordation    M _____ D _____ Y _____
                       (ASSIGNED BY THE COPYRIGHT OFFICE)
Funds received _____

To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.

**1**  First party name given in the document — Lee Kar Yin

**2**  First title given in the document — [IMPORTANT: Please read instruction for this and other spaces] VA 1-432-324 Wave-s Photographs 2001

**3**  Total number of titles in the document — 30

**4**  Return receipt requested — ☐ If checked, please enclose a self-addressed postage-paid envelope.

**5**  Electronic title list enclosed — ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6**  Amount of fee calculated — $210

**7**  Fee enclosed
☐ Check          ☐ Money order
✓ Fee authorized to be charged to Copyright Office deposit account
Deposit account number  55387
Deposit account name  *Mitchell Silberberg + Knupp LLP*

**8**  Completeness of document
☑ All attachments referenced in this document are included.
☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9**  Certification of photocopied documents
Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.
**NOTE:** This space may not be used for documents that require an official certification.
I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.
Signature _____    Date  09/04/2015
Duly authorized agent of  Lee Kar Yin

**10**  Return to
Name  Vijay Toke, Cobalt LLP
Number/street  918 Parker Street          Apt/suite  A21
City  Berkeley          State  CA    Zip  94710
Phone number  510-841-9800    Fax number  510-295-2401
Email  copyrights@cobaltlaw.com

**SEND TO:** *Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS  REVIEWED: 11/2014  Printed on recycled paper

TWS0355771

DECLARATION OF LEE KAR YIN AND
*NUNC PRO TUNC* COPYRIGHT ASSIGNMENTS TO THE WAVE STUDIO LLC

I, Lee Kar Yin, declare as follows:

1. I wish to clarify and confirm The Wave Studio LLC's ownership of all right, title, and interest of every kind and character throughout the world (including all copyrights, worldwide rights, derivative rights, renewal rights, and all rights to causes of action and related remedies) in and to my professional photographs, including without limitation the photographs identified in Exhibit A (the "Photographs") and the copyright registrations identified in Exhibit B (the "Copyright Registrations") as of November 11, 2011 ("Effective Date")

**Background**

2. On February 21, 1994, I registered the sole proprietorship **Wave-S** under the laws of Singapore (Registration No. 50153300A).

3. **Wave-S** owned all right, title and interest worldwide, including copyrights, in and to certain professional photographs ("**Wave-S Photographs**"), including photographs registered at the U.S. Copyright Office under the following Registration Numbers and Registration Dates:
   a) VA 1-432-324
   b) VA 1-432-325
   c) VA 1-432-328
   d) VA 1-432-329
   e) VA 1-432-336
   f) VA 1-433-816
   g) VA 1-758-524
   h) VA 1-825-429
   i) VA 1-825-431
   j) VA 1-842-230
   k) VA 1-857-706
   l) VAu 1-060-182

(collectively, the "**Wave-S Copyright Registrations**")

4. On February 21, 2007, **Wave-S** ceased doing business and dissolved. A true and correct copy of the Singaporean government business record for the dissolution of Wave-S is attached as Exhibit C.

5. Upon dissolution of **Wave-S**, all tangible and intangible assets of the sole proprietorship, including all right, title and interest worldwide (including copyrights) in and to all **Wave-S Photographs** was automatically transferred to me by operation of Singapore law. No rights were retained by **Wave-S**.

TWS0355772

6. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the **Wave-S Photographs** and the **Wave-S Copyright Registrations.**

7. On February 8, 2002, **The Wave PTE. LTD.** was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200201048Z). A true and correct copy of the Singaporean government business record for **The Wave PTE. LTD.** is attached as Exhibit D.

8. I was a director and shareholder of **The Wave PTE. LTD.,** together with Mr. Chua Kiat Hong.

9. **The Wave PTE. LTD.** owned all right, title, and interest worldwide, including copyrights, in and to certain professional photographs (the "**Wave PTE Photographs**"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:
   a) VA 1-432-331
   b) VAu 1-057-927

(collectively, the "**Wave PTE Copyright Registrations**")

10. On August 1, 2008, the Board of Directors of **The Wave PTE. LTD.** held an extraordinary general meeting to dissolve the company and irrevocably assign and transfer all tangible and intangible assets owned by **The Wave PTE. LTD.** to me as of that date. A true and correct copy of the corporate minutes reflecting this resolution is attached as Exhibit E.

11. The **Wave PTE Photographs**, including all copyrights therein, were included in the assets assigned by **The Wave PTE. LTD.** to me. No rights were retained by **The Wave PTE. LTD.** or by Mr. Chua Kiat Hong.

12. Accordingly, I currently own all right, title and interest worldwide, including copyrights, in and to the **Wave PTE Photographs** and the **Wave PTE Copyright Registrations.**

13. On July 1, 2005, **The Wave Design PTE. LTD.** was incorporated as a private limited company under the laws of Singapore (Corporation Registration No. 200508995G). A true and correct copy of the Singaporean government business record for **The Wave Design PTE. LTD.** is attached as Exhibit F.

14. On July 27, 2007, **The Wave Design PTE. LTD.** changed its name to **The Wave Studio PTE. LTD.** A true and correct copy of the Singaporean government business record for the name change is attached as Exhibit G.

15. I am the sole owner, director and shareholder of **The Wave Studio PTE. LTD.** (formerly known as **The Wave Design PTE. LTD.**).

TWS0355773

16. The Wave Studio PTE. LTD. (formerly known as The Wave Design PTE. LTD.), owned all right, title, and interest worldwide, including copyrights, in and to certain photographs (the "Wave Studio PTE Photographs"), including the photographs registered at the U.S. Copyright Office under the following Registration Numbers:

    a)  VA 1-432-326
    b)  VA 1-432-327
    c)  VA 1-432-330
    d)  VA 1-432-332
    e)  VA-432-637
    f)  VA 1-765-854
    g)  VA 1-824-376
    h)  VA 1-825-249
    i)  VA 1-825-264
    j)  VA 1-829-021
    k)  VA 1-842-228
    l)  VAu 1-055-458
    m)  VAu 1-055-459
    n)  VAu 1-060-180
    o)  VAu 1-110-867
    p)  VAu 1-144-751

(collectively, the "Wave Studio PTE Copyright Registrations")

17. On or around September 1, 2011, I formed The Wave Studio LLC, a limited liability company organized under the laws of the State of New York.

18. I am the sole owner, member, and manager of The Wave Studio LLC.

**Previous Assignments of Copyright**

19. A purported assignment of copyright from Wave-S to The Wave Design PTE. LTD was entered into and was made effective as of February 15, 2007. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit H.

20. A purported assignment of copyright from The Wave PTE. LTD. to The Wave Studio PTE. LTD. was entered into and was made effective as of July 28, 2008. On information and belief, this assignment was made in error and is void *ab initio*. A true and correct copy of this assignment is attached as Exhibit I.

21. On November 11, 2011, a purported assignment of copyright from Wave-S to The Wave Studio LLC was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all

TWS0355774

recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by Wave-S had already been transferred to me as of February 21, 2007. A true and correct copy of this assignment is attached as Exhibit J.

22. On November 11, 2011, a purported assignment of copyright from **The Wave PTE. LTD.** to **The Wave Studio LLC** was entered into. On information and belief, this assignment was made in error and is void *ab initio*, together with any and all recordation(s) of the same with the U.S. Copyright Office. Indeed, all tangible and intangible assets owned by **The Wave PTE. LTD.** had already been transferred to me as of August 1, 2008. A true and correct copy of this assignment is attached as Exhibit K.

23. On January 7, 2013, I executed a Declaration and *Nunc Pro Tunc* Assignment of Copyright to The Wave Studio, LLC, which was recorded at the U.S. Copyright Office on April 22, 2013 (the "**Catch-All Assignment**"). While the facts stated in this Catch-All Assignment were correct, this document omitted that the *nunc pro tunc* assignments of all copyrights owned by me (upon dissolution of Wave-S and **The Wave PTE. LTD.**) and by **The Wave Studio PTE. LTD.** were effective as of November 11, 2011. This present Declaration serves to complete and clarify the Catch-All Assignment. A true and correct copy of this assignment is attached as Exhibit L.

24. On or around October 1, 2013, Mr. Masano Kawana entered into a Memorandum of Understanding and Ownership ("MOU"), whereby he confirmed that all photographs resulting from the 2000-2007 shoots he participated in for me and the various Wave entities were intended to be work made for hire for me, and that the copyrights in those photographs was exclusively owned by me at the time of their creation (including without limitation, photoshoots relating to The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hai An Vietnam, Carcosa Seri Negara Kuala Lumpur, The Chedi Milan, The Serai Club Jimbaran Bali, The Heritage House Mendocino, Langsuan Apartment Bangkok, Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore) (collectively, the "**2000-2007 Photographs**"). On May 18, 2015, I executed a Confirmation of Assignment of Copyright, confirming the terms of the MOU, which were recorded at the U.S. Copyright Office on May 18, 2015. True and correct copies of these documents are attached as Exhibit L.

**Corrective and Nunc Pro Tunc Assignments of Copyrights**

25. On November 11, 2011, **The Wave Design PTE. LTD.** entered into an assignment of copyrights, whereby **The Wave Design PTE. LTD.** assigned its rights, title and interest worldwide in the following copyrights to **The Wave Studio LLC**:

a) VA 1-432-332
b) VA-432-637
c) VA 1-432-330
d) VA 1-432-326
e) VA 1-432-326
f) VAu 1-055-458
g) VAu 1-055-459
h) VAu 1-060-180
i) VA 1-765-854

26. In my capacity as owner and authorized signatory for **The Wave Studio PTE. LTD** (formerly known as **The Wave Design PTE. LTD.**), I hereby correct and augment this assignment in the following ways:

i.   I hereby correct as of the Effective Date a misprint in the name of the assignor and change it from "**The Wave Design PTE. LTD.**" to "**The Wave Studio PTE. LTD.**" in order to reflect the correct corporate name as of November 11, 2011;

ii.  I hereby assign as of the Effective Date, any and all remaining right, title, and interest worldwide (including copyrights) in all tangible and intangible assets that were, or might have been, owned by **The Wave Studio PTE. LTD** (formerly known as **The Wave Design PTE. LTD.**) as of the Effective Date, to **The Wave Studio LLC**, including without limitation any and all Wave Studio PTE Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, including without limitation the following Copyright Registrations:
     a) VA 1-824-376
     b) VA 1-825-249
     c) VA 1-825-264
     d) VA 1-829-021
     e) VA 1-842-228
     a) VAu 1-110-867
     b) VAu 1-144-751

iii. I hereby confirm that this *nunc pro tunc* assignment is being executed now in order to clarify the ownership of the Wave Studio PTE Photographs and Wave Studio PTE Copyright Registrations and to confirm that **The Wave Studio PTE. LTD** (formerly known as **The Wave Design PTE. LTD.**) did, as of the Effective Date, assign unto **The Wave Studio LLC** all right, title, and interest in and to the Wave Studio PTE Photographs and the Wave Studio PTE Copyright Registrations, in addition to any other tangible and intangible assets owned by **The Wave Studio PTE. LTD** (formerly known as **The Wave Design PTE. LTD.**).

TWS0355776

iv.   Given the foregoing, **The Wave Studio LLC** is the sole owner and claimant of the Wave Studio PTE Photographs and Copyright Registrations.

27. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by **Wave-S** as of February 21, 2007.

28. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title, and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by Wave-S, to **The Wave Studio LLC**, including without limitation any and all Wave-S Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave-S Copyright Registrations namely:

a) VA 1-432-324
b) VA 1-432-325
c) VA 1-432-328
d) VA 1-432-329
e) VA 1-432-336
f) VA 1-433-816
g) VA 1-758-524
h) VA 1-825-429
i) VA 1-825-431
j) VA 1-842-230
k) VA 1-857-706
l) VAu 1-060-182

29. Additionally, as stated above, I am the sole owner of all tangible and intangible assets that were owned by **The Wave PTE. LTD.** as of August 1, 2008.

30. Accordingly, I hereby assign as of the Effective Date, any and all remaining right, title and interest worldwide (including copyrights) in all tangible and intangible assets transferred to me by **The Wave PTE. LTD**, to **The Wave Studio LLC**, including without limitation any and all Wave PTE Photographs and all copyrights therein, whether or not registered with the U.S. Copyright Office, and all Wave PTE Copyright Registrations, namely:

a) VA 1-432-331
b) VAu 1-057-927

31. Finally, to the extent Mr. Masano Kawana owned any ownership interest or copyrights in any of the 2000-2007 Photographs, he confirmed those rights were exclusively owned by me as work made for hire at the time of each work's creation. Accordingly, I hereby assign as of the Effective Date, any and all right, title, and interest worldwide (including copyrights) in the 2000-2007 Photographs to **The Wave Studio LLC**, whether or not registered with the U.S. Copyright Office.

TWS0355777

32. I declare under penalty of perjury that I am authorized to execute this document; that the facts in this document and statements made of my own personal knowledge are true; and all statements made on information and belief are believed to be true. I understand that, in the event of a dispute related to this Declaration and *Nunc Pro Tunc* Assignments of Copyrights, this declaration may be used as supporting evidence for that action and that I may be called upon to be a witness.

Date: 4 SEPTEMBER 2015
By:
Lee Kar Yin, an Individual

Date: 4 SEPTEMBER 2015
By:
Lee Kar Yin, Owner
The Wave Studio PTE. LTD

TWS0355778

# EXHIBIT "A"

TWS0355779

## Exhibit A
## Photographs

andaman001-andaman068

bkk001-bkk017

bkk018-bkk025

carcosa001-carcosa023

chediclub001-chediclub140

chediclub141

chiangmai001- chiangmai239

datai001-datai105

lalu001-lalu159

leela001- leela 16

legian001-legian122

legianclub001-legianclub039

milan001-milan073

muscat001-muscat252

namhai001-namhai269

phuket001-phuket042

saujana001-saujana032

seahst001-seahst017

soraiclub001-soraiclub052

setai001- setai 0184

setai185-setai392

setai429-setai1179

TWS0355780

# EXHIBIT "B"

TWS0355781

**Exhibit B**
**Copyright Registrations**

| REG NO. | TITLE |
|---|---|
| VA 1-432-324 | Wave-s Photographs 2001 |
| VA 1-432-325 | Wave-s Photographs 2002 |
| VA 1-432-326 | The Wave Design Pte. Ltd. Photographs 2007(A) |
| VA 1-432-327 | The Wave Design Pte. Ltd. Photographs 2007(B) |
| VA 1-432-328 | Wave-s Photographs 2003 |
| VA 1-432-329 | Wave-s Photographs 2004 |
| VA 1-432-330 | The Wave Design Pte. Ltd. Photographs 2006 |
| VA 1-432-331 | The Wave Pte. Ltd Photographs 2005(A) |
| VA 1-432-332 | The Wave Design Pte. Ltd. Photographs 2005(B) |
| VA 1-432-336 | Wave-s Photographs 2002(B) |
| VA 1-432-637 | The Wave Design Pte Ltd. Photographs 2005 (B) |
| VA 1-433-816 | Wave-s Photographs 2002 (C) |
| VA 1-758-524 | Wave-s Photographs 2004(B) |
| VA 1-765-854 | The Wave Design Pte. Ltd. published legian121 |
| VA 1-824-376 | The Wave Design Pte. Ltd. -- detai105 |
| VA 1-825-249 | The Wave Design Pte. Ltd -- detai 104 |
| VA 1-825-264 | The Wave Design Pte. Ltd -- andaman067 |
| VA 1-825-429 | Wave-s Photographs 2004 (D) -- chediclub141 |
| VA 1-825-431 | Wave-s Photographs 2004 (C) -- legian122 |
| VA 1-829-021 | The Wave Design Pte. Ltd. -- andaman068 |
| VA 1-842-228 | The Wave Design Pte. Ltd. -- bkk018 -- bkk025 |
| VA 1-842-230 | Wave-s Photographs 2004 -- changmai239 |
| VA 1-857-706 | Wave-S Photographs 2002 -- lalu59 |
| VAu 1-055-458 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 -- setai803 |
| VAu 1-055-459 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 -- setai958; setai960 -- setai1179 |
| VAu 1-057-927 | The Wave Pte. Ltd. unpublished setai 182 |
| VAu 1-060-180 | The Wave Design Pte. Ltd. Unpublished setai0183 ; 0184 |
| VAu 1-060-182 | Wave-S unpublished setai959 |
| VAu 1-110-867 | The Wave Design Pte. Ltd. Unpublished Photograph setai1180 |
| VAu 1-144-751 | The Wave Design Pte. Ltd. -- Unpublished setai1181 |

TWS0355782

# EXHIBIT "C"

TWS0355783

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION RESOURCES**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Business) of 50153300A                                        Page 1 of 2

**The Following Are The Brief Particulars Of :**

| | |
|---|---|
| Name of Business | : WAVE-S |
| Former Name(s) if any | : |
| Registration No. | : 50153300A |
| Registration Date | : 21/02/1994 |
| Commencement Date | : 08/03/1994 |
| Status of Business | : Live |
| Status Date : | : 21/02/1994 |
| Certificate Renewal Date | : 07/02/2005 |
| Certificate Expiry Date | : 21/02/2006 |

**Renewal/Particulars Of Business :**

| | |
|---|---|
| Constitution of Business | : Sole-Proprietor |
| Principal Place of Business | : 46 SOUTH BRIDGE ROAD<br>#04-02<br>KINGLY BUILDING<br>SINGAPORE (058679) |
| Date of Change of Name | : |
| Date of Change of Address | : 01/04/1999 |

**Principal Activity(ies)**

| | |
|---|---|
| Activities (I) | : ART AND GRAPHIC DESIGN SERVICES (74962) |
| Description | : |
| Activities (II) | : |
| Description | : |

| LEE KAR YIN | A1393949 | MALAYSIAN | 44B ZION ROAD<br>SINGAPORE (247776) | 18/02/1994 |
|---|---|---|---|---|

TWS0355784



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Business) of 50153300A                                      Page 2 of 2

| LEE KAR YIN | A1393649 | MALAYSIAN | 44B ZION ROAD SINGAPORE (247776) | 18/02/1994 Owner |
|---|---|---|---|---|

PLEASE NOTE THE INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILED WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.   :  ACR0001000119577

DATE          :  11/03/2005

This is computer generated. Hence no signature required.

TWS0355785





HOME    LOGOUT

## ACKNOWLEDGEMENT

Your notice of cessation of business is submitted successfully. You may wish to print this Acknowledgement for your own record, If you wish to submit other transactions, click Home. Otherwise, click Logout to exit.

Business Registration No :      **50153300A**

Business Name :                 **WAVE-S**

Cessation Date :                **21/02/2007**

Date of Filing Transaction :    **26/02/2007**

TWS0355786

# EXHIBIT "D"

TWS0355787



**Integrated Business Information**

http://iicba.yellowpages.com.sg

Another quality service by Yellow Pages (Singapore) Pte Ltd

## Company Profile Information

Document Generated on 16 DECEMBER 2003 08:57:12

THE DATA REFLECTED IN THIS REPORT IS 14 WORKING DAYS FROM FORMS FILED WITH RCB.

### Company Particulars

| | |
|---|---|
| Company Name | THE WAVE PTE. LTD. |
| Registration No | 200201048Z |
| Registration Date | 06 FEB 2002 |
| Company Type | LIMITED PRIVATE COMPANY |
| Registered Office | 36 SAGO STREET SINGAPORE 059027 |
| Date Of Address Change | 16 SEP 2002 |
| Status | LIVE |
| Status Effective Date | 06 FEB 2002 |
| Principal Activity (ies) | 1. ADVERTISING ACTIVITIES |
| | 2. ART AND GRAPHIC DESIGN SERVICES |

### Capital

| | Authorised | Volume Per Share | Currency |
|---|---|---|---|
| | 1,000,000,0000 | 1.0000 | SINGAPORE DOLLAR |
| Issued: | Ordinary | Volume Per Share | Currency |
| | 2.0000 | 1.0000 | SINGAPORE DOLLAR |
| Paid-up: | Ordinary | Volume Per Share | Currency |
| | 2.0000 | 1.0000 | SINGAPORE DOLLAR |
| | Preference | Volume Per Share | Currency |
| | 0.0000 | 1.0000 | SINGAPORE DOLLAR |
| | Others | Volume Per Share | Currency |
| | 0.0000 | 1.0000 | SINGAPORE DOLLAR |

### Auditors

| | |
|---|---|
| 1. | WU CHIAW CHING & COMPANY |

### Charges

Nil.

### Compliance Records

| | |
|---|---|
| Date of Last Annual General Meeting (AGM) | 30 JUN 2003 |
| Date of A/C Laid at Last AGM | 31 DEC 2002 |
| Date of Last Annual Return | 01 AUG 2003 |

TWS0355788

Company Profile Information

## Officers/Agents

| 1. | Name | KOH JIUN HAU |
|---|---|---|
| | ID | S2691462C |
| | Nationality | SINGAPOREAN |
| | Address | 73 SENNETT AVENUE SINGAPORE 467081 |
| | Date Of Address Change | 20 JUL 1986 |
| | Position | SECRETARY |
| | Appointment Date | 06 FEB 2002 |
| | Cessation Date | |
| 2. | Name | LEE KAR YIN |
| | ID | S6970349F |
| | Nationality | SINGAPORE P.R. |
| | Address | 82 BAYSHORE ROAD #02-29 SINGAPORE 469993 |
| | Source Of Address | National Registration Department (NRD) |
| | Date Reported to NRD | 26 JUL 2003 |
| | Position | DIRECTOR |
| | Appointment Date | 06 FEB 2002 |
| | Cessation Date | |
| 3. | Name | CHUA KIAT HONG |
| | ID | S1505910B |
| | Nationality | SINGAPOREAN |
| | Address | 736 TAMPINES STREET 72 #09-32 SINGAPORE 520736 |
| | Position | DIRECTOR |
| | Appointment Date | 16 SEP 2002 |
| | Cessation Date | |

## Shareholders

| 1. | Name | CHUA KIAT HONG | | |
|---|---|---|---|---|
| | ID | S1505910B | | |
| | Nationality | SINGAPOREAN | | |
| | Address | 736 TAMPINES STREET 72 #09-32 SINGAPORE 520736 | | |
| | Date of Address Change | | | |
| | **Share Type** | **No. of Shares allotted** | **Value Per Share** | **Currency** |
| | Ordinary | 1,0000 | 1.0000 | SINGAPORE DOLLAR |
| 2. | Name | LEE KAR YIN | | |
| | ID | S6970349F | | |
| | Nationality | SINGAPORE P.R. | | |
| | Source of Address | National Registration Department (NRD) | | |
| | Address | 82 BAYSHORE ROAD #02-29 SINGAPORE 469993 | | |
| | Date Reported to NRD | 26 JUL 2003 | | |
| | **Share Type** | **No. of Shares allotted** | **Value Per Share** | **Currency** |
| | Ordinary | 1.0000 | 1.0000 | SINGAPORE DOLLAR |

TWS0355789

Transfers which take place after the last AR lodged are not reflected.
Registration numbers prefixed with UF, SB or RCB are numbers allotted by RCB for purposes of identification.

**(C) Copyright 2000 Registry of Companies and Businesses**

This is a computer generated document.

TWS0355790

# EXHIBIT "E"

TWS0355791

**THE WAVE PTE. LTD.**
(Incorporated in Singapore)

MINUTES of an Extra-Ordinary General Meeting of the Company held at 10A Trengganu
Street Singapore 058464 on 01 August 2008.

**PRESENT:**

    LEE Kar Yin

    CHUA Kiat Hong

**CHAIRMAN**

Ms LEE Kar Yin presided at the Meeting.

**NOTICE OF MEETING**

Resolved that the formality of issuing 14 days Notice be and is hereby waived.

**STRIKING OFF THE COMPANY'S NAME FROM THE REGISTER**

THAT the Board of Directors has no inclination to continue operating the business and the
company shall apply to strike off its name from register under section 344 of the companies
Act.

THAT all tangible assets and intangible assets owned by the company, after discharging its
liability if any, shall be repatriated and assigned respectively and absolutely to Ms Lee Kar
Yin.

**TERMINATION**

There being no other business, the meeting then terminated with a vote of thanks to the Chair.

Confirmed by:

...............................................

Chairman

LEE Kar Yin

TWS0355792

# EXHIBIT "F"

TWS0355793

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION RESOURCES

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508995G                                                    Page 1 of 3

| Registration No. : | : 200508995G |
|---|---|
| Company Name : | : THE WAVE DESIGN PTE. LTD. |
| Former Name if any : | : |
| Incorporation Date : | : 01/07/2005 |
| Company Type : | : LIMITED EXEMPT PRIVATE COMPANY |
| Status : | : Live Company |
| Status Date : | : 01/07/2005 |

**PRINCIPAL ACTIVITY(IES)**

| Activities (I) : | : 76222 |
|---|---|
| Description : | : ART AND GRAPHIC DESIGN |
| Activities (II) : | : 63120 |
| Description : | : WEB DESIGN |

**Capital**

| Issued Share Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | 1 | SINGAPORE DOLLAR | ORDINARY |

| Paid Up Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | | SINGAPORE DOLLAR | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Number of Shares | Currency |
|---|---|

| Registered Office Address : | : 10A TRENGGANU STREET SINGAPORE (058464) |
|---|---|
| Date of Address : | : 01/07/2005 |
| Date of Last AGM | : |
| Date of Last AR | : |
| Date of A/C Laid at Last AGM | : |
| Date of Lodgment of AR, A/C | : |

**Audit Firms**

TWS0355794

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION RESOURCES

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200608905G                                    Page 2 of 3

| NAME | | | | |
|---|---|---|---|---|

| Charges | | | | |
|---|---|---|---|---|

| Charge No. | | Date Registered | Amount Secured | Currency |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TAN THAI NGEE | S1643701H | SINGAPOREAN | OSCARS | 01/07/2005 |
| 702 UPPER CHANGI ROAD EAST #04-02 CHANGI COURT SINGAPORE (486832) | | SECRETARY | | |
| LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| 82 BAYSHORE ROAD #02-20 COSTA DEL SOL SINGAPORE (469993) | | DIRECTOR | | |

| | | | | |
|---|---|---|---|---|
| LEE KAR YIN | S6970349F | SINGAPORE P.R. | ACRA | 01/07/2005 |
| 82 BAYSHORE ROAD #02-20 COSTA DEL SOL SINGAPORE (469993) | | | | |

| Ordinary (Number) | Currency | | | |
|---|---|---|---|---|
| 1 | SINGAPORE DOLLAR | | | |

| Complaints Reported to ACRA | | | | |
|---|---|---|---|---|

TWS0355795

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



INFORMATION REQUIRED

WHILST EVERY ENDEAVOUR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of 200508995G                                            Page 3 of 3

Abbreviation

UL - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES
SINGAPORE

RECEIPT NO.      : ACR0001001122418

DATE            : 24/02/2006

This is computer generated. Hence no signature required.

TWS0355796

# EXHIBIT "G"

TWS0355797

Subject: Change Of Company Name
From: ACRA Auto Mail <ACRA_BIZFILE@acra.gov.sg>
Date: Fri, 27 Jul 2007 11:13:15 +0800
To: TN@ACMEFOCUS.NET

Dear Sir/Madam

Company Name: THE WAVE DESIGN PTE. LTD.

Proposed New Name: THE WAVE STUDIO PTE. LTD.

Application No:N0739733M

Your application to change the company name has been approved. Please file the
Notice of Resolution of Change of Local Company Name within 60 days from
27/07/2007. The expiry date is 25/09/2007. The company name will only be changed
upon lodgment of the Notice of Resolution of Change of Local Company Name.

Thank You

Accounting and Corporate Regulatory Authority (ACRA)
10 Anson Road
#05-01/15 International Plaza
Singapore 079903

*************************************************************************
This is a system-generated email. Please do not reply to this email.
If you have any enquiry, please visit our interactive web service at
www.acra.gov.sg/askacra for more information.

TWS0355798

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



**INFORMATION PROVIDED**

WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT. THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)          Date: 23/08/2010

**The following Are the Brief Particulars of:**

| | |
|---|---|
| Registration No. : | 200508995G |
| Company Name. : | THE WAVE STUDIO PTE. LTD.(w.e.f. 21/07/2007) |
| Former Name if any : | THE WAVE DESIGN PTE. LTD. |
| Incorporation Date : | 01/07/2005 |
| Company Type : | LIMITED EXEMPT PRIVATE COMPANY |
| Status : | Live Company |
| Status Date : | 01/07/2005 |

**Principal Activities**

| | |
|---|---|
| Activities (I) : | 74102 |
| Description : | ART AND GRAPHIC DESIGN |
| Activities (II) : | 74201 |
| Description : | PHOTOGRAPHIC STUDIO |

**Capital**

| Issued Share Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | 1 | SINGAPORE, DOLLARS | ORDINARY |

\* Number of Shares includes number of Treasury Shares

| Paid-Up Capital (AMOUNT) | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 1.00 | | SINGAPORE, DOLLARS | ORDINARY |

COMPANY HAS THE FOLLOWING ORDINARY SHARES HELD AS TREASURY SHARES

| Number of Shares | Currency | |
|---|---|---|

| | |
|---|---|
| Registered Office Address : | 46 SOUTH BRIDGE ROAD<br>#04-02<br>KINGLY BUILDING<br>SINGAPORE (058670) |
| Date of Address : | 02/08/2010 |

Page 1 of 4

TWS0355799

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)        Date: 23/08/2010

| | |
|---|---|
| Date of Last AGM | 30/06/2010 |
| Date of Last AR | 28/07/2010 |
| Date of A/C Laid at Last AGM | 31/12/2009 |
| Date of Lodgment of AR, A/C | 28/07/2010 |

| Officer/Agents Name Address | ID | Nationality/ Race/Religion | Source of Address | Date of Appointment |
|---|---|---|---|---|
| TAN THAI NGEE<br>702 UPPER CHANGI ROAD EAST<br>#04-02<br>CHANGI COURT<br>SINGAPORE (486832) | S1643701H | SINGAPORE CITIZEN<br><br>SECRETARY | ACRA | 01/07/2005 |
| LEE KAR YIN<br>147B LOYANG BESAR CLOSE<br>WATERCREST<br>SINGAPORE (508039) | S6970349F | SINGAPORE P.R.<br><br>DIRECTOR | OSCARS | 01/07/2005 |

Page 2 of 4

TWS0355800

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)          Date: 23/08/2010

LEE HARYIN

147B LOYANG BESAR CLOSE
WATERCREST
SINGAPORE (508039)

| Ordinary (Number) | Currency |
|---|---|
| 1 | SINGAPORE, DOLLARS |

**Abbreviation**

UL - Local Entity not registered with ACRA

UF - Foreign Entity not registered with ACRA

V/Share - Value Per Share

AR - Annual Return

AGM - Annual General Meeting

A/C - Accounts

OSCARS - One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority.

PLEASE NOTE THAT INFORMATION HEREIN CONTAINED IS EXTRACTED FROM FORMS/TRANSACTIONS FILE WITH THE AUTHORITY

FOR REGISTRAR OF COMPANIES AND BUSINESSES SINGAPORE

RECEIPT NO.    : ACR000101092769B

DATE          : 23/08/2010

Page 3 of 4

TWS0355801

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



WHILST EVERY ENDEAVOR IS MADE TO ENSURE THAT INFORMATION PROVIDED IS UPDATED & CORRECT, THE AUTHORITY DISCLAIMS ANY LIABILITY FOR ANY DAMAGE OR LOSS THAT MAY BE CAUSED AS A RESULT OF ANY ERROR OR OMISSION.

Business Profile (Company) of THE WAVE STUDIO PTE. LTD. (200508995G)                    Date: 23/08/2010

This is computer generated. Hence no signature required.

Page 4 of 4

TWS0355802

# EXHIBIT "H"

TWS0355803

## ASSIGNMENT OF COPYRIGHT

This Assignment is made and entered into with effect from 15 FEBRUARY 2007 (the "Effective Date")

Between

(1) WAVE-S, a business registered in Singapore (Registration No. 50153800A) with its registered address at 46, SOUTH BRIDGE ROAD, #04-02, KINGLY BUILDING, SINGAPORE 058679 ("Assignor");

and

(2) THE WAVE DESIGN PTE. LTD., a company registered in Singapore (Registration No. 200708996G) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignee").

Whereas

(A)    Assignor is the proprietor of the rights in several works ("the Works") details of which are set out in the Annex annexed hereto.

(B)    Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

Now Therefore, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i)    Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("Copyrights"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii)    Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights of or obligations owing to any person.

(iii)    The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

TWS0199397

TWS0355804

ANNEX

The Works



| Title/Subject |
| --- |
| seetai001 -- seetai041 |
| seetai337 -- seetai350 |
| seetai369 |
| |
| muscat001 -- muscat029 |
| muscat030 -- muscat148 |
| |
| leela001 -- leela160 |
| |
| chiangmai001 -- chiangmai076 |
| |
| phuket001 -- phuket041 |
| phuket042 |
| |
| leglanclub001 -- leglanclub015 |
| leglanclub016 |
| leglanclub017 -- leglanclub022 |
| leglanclub023 -- leglanclub034 |
| |
| leglan001 -- leglan006 |
| leglan007 -- leglan026 |
| leglan026 -- leglan085 |
| leglan122 |
| |
| chediclub001 -- chediclub140 |
| chediclub141 |
| |
| lalu001 -- lalu026 |
| lalu027 -- lalu158 |

TWS0199398

TWS0355805

In Witness Whereof, the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of
WAVE-S

Executed as a deed for and on behalf of
THE WAVE DESIGN PTE. LTD.

By:        LEE KAR YIN                    By:        LEE KAR YIN
Title:     SOLE PROPRIETOR                Title:     MANAGING DIRECTOR
Date:      16 FEBRUARY 2007               Date:      16 FEBRUARY 2007

Witness:                                  Witness:
Name:      SARAH LOURDES                  Name:      SARAH LOURDES

TWS0199399

TWS0355806

# EXHIBIT "I"

TWS0355807

ASSIGNMENT OF COPYRIGHT

This Assignment is made and entered into with effect from 28 JULY 2008 (the "Effective Date")

Between

(1) THE WAVE PTE, LTD., a company registered in Singapore (Registration No. 200201040Z) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignor"); and

(2) THE WAVE STUDIO PTE. LTD., a company registered in Singapore (Registration No. 200508995G) with its registered address at 10A, TRENGGANU STREET SINGAPORE 058464 ("Assignee").

Whereas

(A)   Assignor is the proprietor of the rights in several works ("the Works") details of which are set out in the Annex annexed hereto.

(B)   Assignor wishes to assign to Assignee the copyright in the Works and all its right title and interest therein upon the terms and conditions set out below.

Now Therefore, for good and valuable consideration paid by Assignee to Assignor, receipt of which is hereby acknowledged:

(i)   Assignor hereby assigns to Assignee and its successors and assigns absolutely all of its right, title and interest in and to the copyright in the Works ("Copyrights"), whether present or future, anywhere, including derivative rights, renewal rights and interests, statutory and common law intellectual property rights and moral rights, all future iterations and variants in any storage or transmission medium, and the full and exclusive benefit thereof and all rights privileges and advantages appertaining thereto together with the right to recover, and take all such proceedings as may be necessary for the recovery of, damages or other forms of relief in respect of all infringements of the Copyrights whether taking place before or after the date of this Assignment to hold the same unto the Assignee absolutely.

(ii)  Assignor warrants that it is the proprietor of the Copyrights and holds the Copyrights free of all liens, charges, encumbrances and other rights of or obligations owing to any person.

(iii) The Assignor hereby covenants with the Assignee that the Assignor will at the expense of the Assignee execute, sign and do all such instruments, applications, documents, acts and things as may reasonably be required by the Assignee to enable the Assignee or the nominee of the Assignee to enjoy the full benefit of the property and rights hereby assigned and to enjoy the exclusive benefit of any extension prolongation or further grant of copyrights for the time being vested in the Assignee by virtue of this Assignment.

TWS0199381

TWS0355808

ANNEX

The Works

| Title/Subject |
| --- |
| setai042 -- setai181 |
| setai182 |
| datai001 -- datai104 |
| andaman001 -- andaman066 |
| seahst001 -- seahst017 |

TWS0199382

TWS0355809

In Witness Whereof, the Parties hereto have executed this Assignment by way of deed on the dates set forth below, which assignment shall be effective as of the Effective Date.

Executed as a deed for and on behalf of
THE WAVE PTE. LTD.

By:      LEE KAR YIN
Title:    MANAGING DIRECTOR
Date:    28 JULY 2008 15 OCT 2012

Witness:
Name:    SYRLIE COLKYES

Executed as a deed for and on behalf of
THE WAVE STUDIO PTE. LTD.

By:      LEE KAR YIN
Title:    MANAGING DIRECTOR
Date:    28 JULY 2008 15 OCT 2012

Witness:
Name:    SYRLIE COLKYES.

TWS0199383

TWS0355810

# CERTIFICATE OF ACKNOWLEDGMENT OF
# EXECUTION OF AN INSTRUMENT

REPUBLIC OF SINGAPORE
*(County)*

CITY OF SINGAPORE
*(County and/or Other Political Division)*                        } ss:

EMBASSY OF THE
*(County and/or Other Political Division)*

UNITED STATES OF AMERICA
*(Name of Foreign Service Office)*

I, _____ Victoria A. McClearn, Consular Associate _____

of the United States of America at _____ Singapore, Republic of Singapore _____

duly commissioned and qualified, do hereby certify that on this day of _____ 10-15-2012 _____ before me personally appeared

Date (yyy-dd-yyyy)

_____ Kar Yin Lee _____

_____ --- _____

to me personally known, and known to me to be the individual described in, whose name    is    subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument    she

duly acknowledged to me that    she    executed the same freely and voluntarily for the uses and purposes

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and

official seal the day and year last above written.

_____ Victoria A. McClearn _____
Consular Associate of the United States of America.
United States of America

Commission Expires:    Indefinite

This document consists of __4__ pages, including this Acknowledgement certificate.

NOTE: Wherever practicable all signatures to a document should be included in one certificate.

OF-175 (Formerly FS-88)
01-2009

TWS0199380

TWS0355811

# EXHIBIT "J"

TWS0355812



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION | |
| --- | --- |
| 15NOV11 | |
| VOLUME | DOC. NO. |
| 3610 | 299 |
| VOLUME | DOC. NO. |

*Maria A. Pallante*

Register of Copyrights, United States of America

c962 · 06/2011—5,000

TWS0355813

**Document Cover Sheet**
UNITED STATES COPYRIGHT OFFICE

For Recordation of Documents

Volume ___3610___    Document ___299___

Volume _____    Document _____

Date of recordation M _11_ D _15_ Y _11_

Funds received _____

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.

**1** First party name given in the document
The Wave Design Pte. Ltd.

**2** First title given in the document
The Wave Design Pte. Ltd. Photographs 2005(B)    VA 1-432-332

**3** Total number of titles in the document
9

**4** Amount of fee calculated
$ 135.00

**5** Fee enclosed
☐ Check    ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account

Deposit account number    080519

Deposit account name    Jennison & Shultz, P.C.

**6** Completeness of document
☑ Document is complete by its own terms    ☐ Document is not complete. Record "as is"

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing an actual original signature.
NOTE: This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____    Date 11/14/2011

Duly authorized agent of    The Wave Studio, LLC

**8** Return to:
Name    Jennison & Shultz, P.C.

Number/street    2001 Jefferson Davis Hwy.    Apt/suite 1102

City    Arlington    State VA    Zip 22202-3604

Phone number 703 415-1640    Fax number 703 415-0788

Email    John@JennisonLaw.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.

FORM DCS    REV 09/2007    PRINT 09/2007    web/000    Printed on recycled paper    U.S. Government Printing Office: 2009-345/60,...

TWS0355814

## COPYRIGHTS ASSIGNMENT

V3610 D299
Page 1

This Copyright Assignment Agreement (Agreement) is entered into between The Wave Design Pte. Ltd. (Assignor), a private company of Singapore, with an address of 10A Trengganu Street, Singapore, 058464, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage or transmission medium, and including, without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant

V3610 D299

TWS0355815

jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

Assignor agrees, at the request of Assignee, or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing worldwide rights in the Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the Copyrights as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.

The Wave Design Pte. Ltd (Assignor)

By: _____       Date: _11ᵀᴴ NOVEMBER 2011_
Lee Kar Yin, owner

The Wave Studio, LLC (assignee)

By: _____       Date: _11ᵀᴴ NOVEMBER 2011_
Lee Kar Yin, owner

2

V3610 D299
Page 2

TWS0355816

V3610 D299
Page 3

Attachment A

| Title | Reg. No. |
|---|---|
| The Wave Design Pte. Ltd. Photographs 2005 (B) | VA 1-432-332 |
| The Wave Design Pte. Ltd. Photographs 2005 (B)    CA | VA 1-432-637 |
| The Wave Design Pte. Ltd. Photographs 2006 | VA 1-432-330 |
| The Wave Design Pte. Ltd. Photographs 2007 (A) | VA 1-432-326 |
| The Wave Design Pte. Ltd. Photographs 2007 (B) | VA 1-432-327 |
| The Wave Design Pte. Ltd. Unpublished Photographs 2005 (C) | VAu 1-055-458 |
| The Wave Design Pte. Ltd. Unpublished Photographs 2005 (D) | VAu 1-055-459 |
| The Wave Design Pte. Ltd. Unpublished sets10183; 0184 | VAu 1-060-180 |
| The Wave Design Pte. Ltd. published legian 121 | VA 1-765-854 |

3

TWS0355817

# EXHIBIT "K"

TWS0355818

V3610 D251



V3610 D251
Page 1

## COPYRIGHTS ASSIGNMENT

This Copyright Assignment Agreement (Agreement) is entered into between The Wave Pte. Ltd. (Assignor), a private company of Singapore, with an address of 36 Sago Street, Singapore, 059027, and The Wave Studio, LLC, (Assignee), a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601, and relates to all Copyright works listed on Attachment A (Copyrights).

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably assign, grant, transfer, and agree to assign, grant and transfer to Assignee, their successors and assigns, all of Assignor' present and future rights, title and interest worldwide, including renewal interests, in the Copyrights, including all future iterations, versions and editions in any storage, or transmission medium, and including, without limitation, all copyrights, all federal, state, foreign, statutory and common law intellectual property and other rights, together with any attendant moral rights, all rights to causes of action and related to the Copyrights, and any and all other rights and interests arising out of, and in connection with, or in relation to the Copyrights.

Assignor represents and warrants that it has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

The rights assigned by this Agreement include, but are not limited to, the right to copy or reproduce the Copyrights, the right to distribute the Copyrights, the rights to create derivative works, the rights to display the content publicly, the right to renewal or extend the copyright in the Copyrights to the extent permitted by law in any relevant jurisdiction, and the right to bring suit or make any claim in Assignee's name for prior or future infringement of rights in the Copyrights.

TWS0199389

TWS0355819

V3610 D251
Page 2

Assignor agrees, at the request of Assignee or its successor in interest, to do all

lawful acts which may be required for obtaining and enforcing worldwide rights in the

Copyrights and to otherwise aid Assignee or its successor in enforcing the rights to the

Copyrights as reasonably required to carry out or effectuate the purpose and intent of this

Agreement.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the

effective date.

The Wave Pte. Ltd (Assignor)

By: _____        Date: 11TH NOVEMBER 2011
    Lee Kar Yin, owner

The Wave Studio, LLC (assignee)

By: _____        Date: 11TH NOVEMBER 2011
    Lee Kar Yin, owner

2

TWS0199390

TWS0355820

V3610 D251
Page 3

Attachment A

| Title | Reg. No. |
|-------|----------|
| The Wave Pte. Ltd. Photography 2005 (A) | VA 1-432-331 |
| The Wave Pte. Ltd. unpublished setai 182 | VAu 1-057-927 |

3

TWS0199391

TWS0355821

EXHIBIT "L"

TWS0355822



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

DATE OF RECORDATION
22Apr13

VOLUME          DOC. NO.
3629              213

VOLUME          DOC. NO.

*Maria A. Pallante*

Register of Copyrights, United States of America

TWS0355823

Fees are effective through June 30, 2002.
After that date, check the Copyright Of-
fice Website at www.loc.gov/copyright or
call (202) 707-3000 for current fee infor-
mation.

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|

Volume 3629    Page 213

Volume ___    Page ___

FUNDS RECEIVED

Do not write above this line

To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

WAVE-S

LEE KAR YIN
WAVE PTE. LTD.

**2** Date of execution and/or effective date of the accompanying document    January 7, 2013

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Translation of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☐ Other

**5** Title of first work as given in the document

**6** Total number of titles in document    0

**7** Amount of fee calculated    $ 105.00

**8** Fee enclosed
☐ Check
☐ Money Order

**9** Fee authorized to be charged to:
Copyright Office
Deposit Account number    080519
Account name    Jennison & Shultz, P.C.

**9** Affirmation: I hereby affirm to the Copyright Office that the infor-mation given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation must be signed even if you are also signing Space 10.)

Signed _____
Date    April 21, 2013
Phone Number    (703) 415-1640    Fax Number

**10** Certification: Complete this certification in addition to the Affirma-tion if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space may not be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signed    The WAVE Studio, LLC
Duly Authorized Agent    April 21, 2013
Date

Recordation will not take place unless an envelope is enclosed and addressed as follows.

Name    Jennison & Shultz, P.C.    Attention: John Jennison, Esq.
Number/Street/Apt    2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP    Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Two copies of the Document Cover Sheet
2. Document plus any fee payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recorda-tion fee for the Document Cover Sheet is $80 and $15 for each additional title up to 10 titles. Read rules on page 4.

June 1999—25,000
WEB REV June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

TWS0355824

V3629 D213



### DECLARATION OF DISSOLUTION OF WAVE-S AND TRANSFER OF COPYRIGHTS TO LEE KAR YIN, DECLARATION OF DISSOLUTION OF THE WAVE PTE. LTD. AND TRANSFER OF COPYRIGHTS TO LEE KAR YIN, DECLARATION OF CHANGE OF NAME OF THE WAVE DESIGN PTE. LTD. TO THE WAVE STUDIO PTE. LTD. , AND THE TRANSFER OF ALL COPYRIGHTS AND NUNC PRO TUNC ASSIGNMENT OF COPYRIGHTS TO THE WAVE STUDIO, LLC.

I, Lee Kar Yin, declare as follows:

1. I am the owner of THE WAVE STUDIO, LLC, a New York limited liability company, with a business address of One Barker Avenue, White Plains, New York 10601.

2. WAVE-S was a sole proprietorship and upon its dissolution the ownership of all copyrights was transferred to me.

3. THE WAVE PTE. LTD. was a private limited company and upon its dissolution the ownership of all copyrights was transferred to me.

4. THE WAVE DESIGN PTE. LTD. was a private limited company and upon its change of name all copyrights were transferred to The Wave Studio Pte. Ltd., a private limited company, which is exclusively owned by me.

5. By assignments recorded at the U.S. Copyright Office and this nunc pro tunc assignment all rights in the copyrights, including all world-wide rights, all derivative rights, all renewal rights, owned by me have been transferred to THE WAVE STUDIO, LLC.

6. I hereby request that the Documents Recordation Section of the U.S. Copyright Office record and index this Declaration so as to provide notice that the owner of the copyrights is THE WAVE STUDIO, LLC as a result of the above dissolutions and transfers of copyrights.

Executed in Singapore on January 7, 2013.

_____
Lee Kar Yin, Owner
WAVE-S

_____
Lee Kar Yin, Owner
THE WAVE PTE. LTD.

_____
Lee Kar Yin, Owner
THE WAVE DESIGN PTE. LTD.

_____
Lee Kar Yin, Owner
THE WAVE STUDIO PTE. LTD.

_____
Lee Kar Yin, Owner
THE WAVE STUDIO, LLC

TWS0355825

V3629 D213
Page 2

# CERTIFICATE OF ACKNOWLEDGMENT OF EXECUTION OF AN INSTRUMENT

wREPUBLIC OF SINGAPORE
(Country)

CITY OF SINGAPORE
(County and/or Other Political Division)                    } ss:

EMBASSY OF THE
(County and/or Other Political Division)

UNITED STATES OF AMERICA
(Name of Foreign Service Office)

I, _____ Victoria A. McClearn, Consular Associate _____

of the United States of America at _____ Singapore, Republic of Singapore _____

duly commissioned and qualified, do hereby certify that on this day of _____ 01-07-2013 _____, before me personally appeared
Date (mm-dd-yyyy)

Lee Kar Yin

to me personally known, and known to me to be the individual described in, whose name _____ is _____ subscribed to,

and who executed the annexed instrument, and being informed by me of the contents of said instrument

duly acknowledged to me that _____ she _____ she executed the same freely and voluntarily for the uses and purposes,

therein mentioned.

[SEAL]

In witness whereof I have hereunto set my hand and
official seal the day and year last above written.

_____ (signature) _____
_____ of the United States of America.

This document consists of __2__ pages, including the Acknowledgment certificate.

NOTE: Wherever practicable all signatures to a document should be included in one certificate.

OF-178 (Formerly FS-88)
01-2000

TWS0355826

# EXHIBIT "M"

TWS0355827



MAY 2 8 2015

## CONFIRMATION OF ASSIGNMENT OF COPYRIGHT

KNOW ALL MEN BY THESE PRESENTS that, as reflected in the October 31,

2013, "Memorandum of Understanding and Ownership," Masano Kawana, a Japanese

citizen, and Irieeyes Pte. Ltd., a private limited company of Singapore, confirms the

assignment to Lee Kar Yin "Jr.," a citizen of Malaysia of all rights, titles and interest in

the photographs (collectively known as the "Works") that were created during 2000-2007

shoots, a true and correct copy of which is attached hereto as "Attachment A," the Works

include but are not limited to the copyright registrations which are listed on "Attachment

### MEMORANDUM OF UNDERSTANDING AND OWNERSHIP

This Memorandum of Understanding is made concerning the estate of Lee Kar Yin "Jr.", a citizen of Malaysia, with an address of 46 South Bridge Road #04-01 Kingly Building Singapore 058679 ("Assignee") as it pertains to Masano Kawana, a Japanese citizen with an address of 6 Woking Road #02-04 Singapore 138689 and Irieeyes Pte. Ltd., a private limited company of Singapore (collectively known as "Assignor"), and is intended to confirm the understanding of Assignor and Assignee concerning ownership of all rights and title to the photographs that were created during all of the 2000-2007 photographic shoots, including The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hoi An Vietnam, Carcosa Seri Negara Kuala Lumpur, The Chedi Milan, The Serai Club Jimbaran Bali, The Heritage House Mendocino, Langsuan Apartment Bangkok, 32B Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore (collectively known as the "Works") and assignments arranged, creatively conceived, made and produced by Assignee, from inception to completion, pursuant thereto and in connection therewith.

Whereas the intent of any and all prior agreements between Assignor and Assignee was that Assignor would have the right to use some of the Works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use; and

Whereas the effect and intent of any prior agreements between Assignor and Assignee was that the Works as well as the commercial and artistic rights created therein were exclusively owned by Assignee such that Assignor was employed by Assignee for the purpose of assisting with photographic shoots so as to create works made for hire by Assignor for Assignee and that the resulting works of Assignee and Assignor made thereby were, in fact, works made for hire by Assignor for Assignee for the sole purpose of assisting with photographic shoots directed and supervised by Assignee.

For valuable consideration, receipt of which is hereby acknowledged, Assignee hereby confirms that Assignor has the right to use the original works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use or publication; and

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby confirms assignment to Assignee of all of Assignor's rights, title and interest worldwide, in the Works, together with any and all other rights and interests arising out of, and in connection with, or in relation to the Works, including derivative works.

TWS0355828

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

| | | | |
|---|---|---|---|
| Volume | | Document | |
| Volume | | Document | |
| Date of recordation | M | D | Y |
| | | (ASSIGNED BY THE COPYRIGHT OFFICE) | |
| Funds received | | | |

Privacy Act Notice: Sections 205 and 705 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifiable information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS**

*To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.*

| | | |
|---|---|---|
| **1** | First party name given in the document | Masano Kuwana |
| **2** | First title given in the document | *(INDICATE TITLE OR NUMBER/DATE OF THE RECORD OR GROUP)*<br>The Wave Design Plc., Ltd. Photographs 2005(13) ; Group Registration / Group  VA0001432332 |
| **3** | Total number of titles in the document | 32 |
| **4** | Return receipt requested | ☐ If checked, please enclose a self-addressed postage-paid envelope. |
| **5** | Electronic title list enclosed | ☐ If checked, enclose an acceptable digital storage medium containing a properly formatted title list. |
| **6** | Amount of fee calculated | $795 .00 |
| **7** | Fee enclosed | ☐ Check    ☐ Money order<br>☑ Fee authorized to be charged to Copyright Office deposit account<br>Deposit account number  080519<br>Deposit account name  Jennison & Shultz, P.C. |
| **8** | Completeness of document | ☑ All attachments referenced in this document are included.<br>☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment. |
| **9** | Certification of photocopied documents | Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.<br>**NOTE:** This space may not be used for documents that require an official certification.<br>I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.<br>Signature _____    Date  May 18, 2015<br>Duly authorized agent of  Lee Kar Yin "Jc" |
| **10** | Return to | Name  Jennison & Shultz, P.C.<br>Number/street  2001 Jefferson Davis Hwy.    Apt/suite  1102<br>City  Arlington    State  VA    Zip  22202<br>Phone number  703-415-1640    Fax number  703-415-0788<br>Email  John@JennisonLaw.com |

**SEND TO:** Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000

**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; (3) your document(s); (4) a return receipt if requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS    REVISION: 11/2014    Printed on recycled paper

TWS0355829

<u>CONFIRMATION OF ASSIGNMENT OF COPYRIGHT</u>

KNOW ALL MEN BY THESE PRESENTS that, as reflected in the October 31, 2013, "Memorandum of Understanding and Ownership," Masano Kawana, a Japanese citizen, and Irteeyes Pte. Ltd., a private limited company of Singapore, confirms the assignment to Lee Kar Yin "Jr.," a citizen of Malaysia of all rights, titles and interest in the photographs (collectively known as the "Works") that were created during 2000-2007 shoots, a true and correct copy of which is attached hereto as "Attachment A," the Works include but are not limited to the copyright registrations which are listed on "Attachment B."

IN WITNESS WHEREOF, Lee Kar Yin "Jr.", with respect to all copyrights in and to the works, has caused this document to be executed on this ___18___ day of May, 2015.

Lee Kar Yin "Jr."

By: _____

ATTACHMENT A

## MEMORANDUM OF UNDERSTANDING AND OWNERSHIP

This Memorandum of Understanding is made concerning the estate of Lee Ker Yin "Jr.", a citizen of Malaysia, with an address of 46 South Bridge Road #04-01 Kingly Building Singapore 058679 ("Assignee") as it pertains to Masano Kawana, a Japanese citizen with an address of 6 Woking Road #02-04 Singapore 138669 and Iriseyes Pte. Ltd., a private limited company of Singapore (collectively known as "Assignor"), and is intended to confirm the understanding of Assignor and Assignee concerning ownership of all rights and title to the photographs that were created during all of the 2000-2007 photographic shoots, including The Chedi Phuket, The Lalu Sun Moon Lake Taiwan, The Legian and The Club at The Legian Bali, The Chedi Muscat, The Leela Goa, The Chedi Club Ubud Bali, The Chedi Chiang Mai, The Setai Miami, The Datai Langkawi, The Andaman Langkawi, The Nam Hai Hoi An Vietnam, Cerossa Serl Negara Kuala Lumpur, The Chedi Milan, The Serai Club Jimbaran Bali, The Heritage House Mendocino, Langsuan Apartment Bangkok, 32B Seah Street Singapore, GHM Boutique Products and The Fullerton Hotel, Singapore (collectively known as the "Works") and assignments arranged, creatively conceived, made and produced by Assignee, from inception to completion, pursuant thereto and in connection therewith.

Whereas the intent of any and all prior agreements between Assignor and Assignee was that Assignor would have the right to use some of the Works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use; and

Whereas the effect and intent of any prior agreements between Assignor and Assignee was that the Works as well as the commercial and artistic rights created therein were exclusively owned by Assignee such that Assignor was employed by Assignee for the purpose of assisting with photographic shoots so as to create works made for hire by Assignor for Assignee and that the resulting works of Assignee and Assignor made thereby were, in fact, works made for hire by Assignor for Assignee for the sole purpose of assisting with photographic shoots directed and supervised by Assignee.

For valuable consideration, receipt of which is hereby acknowledged, Assignee hereby confirms that Assignor has the right to use the original works for personal display for photographic competition and personal service promotion, such as his personal websites or personal albums to display, and not for any other use or publication; and

For valuable consideration, receipt of which is hereby acknowledged, Assignor hereby confirms assignment to Assignee of all of Assignor's rights, title and interest worldwide, in the Works, together with any and all other rights and interests arising out of, and in connection with, or in relation to the Works, including derivative works.

Assignor represents and warrants that he has not granted, assigned, mortgaged, pledged or hypothecated any of the rights granted to Assignee hereunder.

Assignor agrees, at the request of Assignee or its successor in interest, to do all lawful acts which may be required for obtaining and enforcing all rights in the Works and to otherwise aid Assignee, or its heirs, assignees, or successors in enforcing Assignee's rights to the Works as reasonably required to carry out or effectuate the purpose and intent of this Agreement.

In consideration of payment of Memorandum of Understanding by Assignee to Assignor, Assignor, with immediate effect, unconditionally and irrevocably waives, releases and discharges Assignee from all Claims. Both Assignor and Assignee confirm and agree that this is a full and final settlement of all potential claims and that there are no other outstanding invoices due and owing by Assignee to Assignor.

IN WITNESS WHEREOF the parties hereto have executed this Assignment as of the effective date.


By _____       Date _01  October  2013_
Masano Kawana and Iriseyes Pte. Ltd.


By _____       Date 01 OCTOBER 2013
Lee Ker Yin "Jr"

TWS0355831

ATTACHMENT B

| Title | Reg. No. | Date |
|---|---|---|
| The Wave Design Pte. Ltd. Photographs 2005 (B) : Group Registration / Published Photos - 394 Photographs. | VA0001432352 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2005 (B) : Group Registration, Published Photos - 380 photographs correction to claim VA0001432382 | VA0001432637 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2006 : Group Registration / Published Photos - 362 photographs | VA0001432380 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2007 (A) : Group Registration / Published Photos - 388 photographs | VA0001432326 | 2010 |
| The Wave Design Pte. Ltd. Photographs 2007 (B) : Group Registration / Published Photos - 32 photographs | VA0001432327 | 2007 |
| The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) : seta1429 - seta1808 | VAu001055458 | 2011 |
| The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) seta1804 - seta1959; seta1960 - seta1179 | VAu001055459 | 2011 |
| The Wave Pte., Ltd. Photographs 2005 (A) : Group Registration / Published Photos - 327 photographs. | VA0001432381 | 2010 |
| Wave-S photographs 2001. | VA0001432324 | 2010 |
| Wave-S photographs 2002. | VA0001432325 | 2010 |
| Wave-S Photographs 2002 (B) : Group Registration / Published Photos - 13 photographs | VA0001432386 | 2002 |
| (Wave-S Photographs 2002 (C) : Group registration/published photos - 6 photographs | VA0001433816 | 2002) |
| Wave-S Photographs 2002 (C) : Group registration / published photos - 9 photographs C.O. duplicate cancelled | VA0001917262 | 2002 |
| Wave-S Photographs 2002 - lalu93 | VA0001857706 | 2002 |
| Wave-S Photographs 2003 : Group Registration / Published Photos - 139 | VA0001432328 | 2010 |
| Wave-S Photographs 2004 (B) | VA0002758324 | 2004 |

TWS0355832

| Description | Registration No. | Year |
|---|---|---|
| Wave-S Photographs 2004 (C) - laglan122 | VA0001825431 | 2004 |
| Wave-S Photographs 2004 - chiangmai2239. | VA0001842239 | 2004 |
| Wave-S Photographs 2004 (D) - chedclub144 | VA0001825423 | 2004 |
| Wave-S Photographs 2004 : Group Registration / Published Photos - 462 photographs. | VA0001452379 | 2010 |
| Wave-S unpublished seat8959. | VAu001060182 | 2004 |
| The Wave Design Pte. Ltd. - Unpublished seat181. | VAu001144751 | 2013 |
| The Wave Pte. Ltd. Unpublished seat 182. | VAu001057927 | 2005 |
| The Wave Design Pte. Ltd. Unpublished seat0183 - 0184 | VAu001060180 | 2005 |
| The Wave Design Pte. Ltd. Published laglan 121 | VA0001765834 | 2005 |
| The Wave Design Pte. Ltd. - Unpublished Photograph seat0180 | VAu001110867 | 2005 |
| The Wave Design Pte. Ltd. - seat105 | VA0001824376 | 2005 |
| The Wave Design Pte. Ltd. - deat0104 | VA0001825249 | 2005 |
| The Wave Design Pte. Ltd. deat105 correction to title VA0001825249 | VA 0001483795 CA | 2013 |
| The Wave Design Pte. Ltd. - andaman0967 | VA0001825264 | 2005 |
| The Wave Design Pte. Ltd. - andaman0968 | VA0001829021 | 2005 |
| The Wave Design Pte. Ltd. - bkk018 - bkk025 | VA0001842228 | 2007 |

2

TWS0355833



**Receipt**
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

No.    1-13QSMBU

Date:  5/20/2016 3:13:06 PM

| | |
|---|---|
| **Received** | |
| Form(s): | 2 DCS |
| Deposit Count: | |
| Piece Count: | |
| Type of Deposit: | |
| Other Enclosures: | REQUEST FOR SPECIAL HANDLING |
| Title: | THE WAVE DESIGN T., LTD. PHOTOGRAPHS 2005 (B) GROUP REGISTRATION / GROUP |
| # of Additional Titles: | VA 0001432332 |
| Priority: | Special Handling |
| # Of Documents: | 1 |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificates

☐ Certification
☐ Secure Test Exam
Other:

Received From: JOHN N JENNISON ESP          Phone:
2001 JEFFERSON DAVIS HWY SUITE 1102

ARLINGTON, VA 22202

Representing:                                           Phone:

Corresponding Id:

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $245.00 | Deposit Account: | 30519 |
| Special Handling Fee: | $550.00 | Deposit Account Name: | Jennison & Shultz PC |
| Secure Test Exam Fee: | $ | | |
| Total Dues: | $795.00 | Total Payment: | $795.00 |

**Special Handling**

Delivery Method:   Hold for Pick-Up          Contact:   JENNISON 703-415-1640
                                            Organization:

Picked Up By:
Date:

**Notes**

Received By:   LGRA

Receipt of materials is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

TWS0355834

Copyright Office fees are subject to change. For
current fees, check the Copyright Office website
at *www.copyright.gov*, write the Copyright Office,
or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the application
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Wave-s Photographs 2001

Registration Number of the Basic Registration ▼
VA 1-432-324

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration.
The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                      • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355835

FORM CA RECEIVED                                          FORM CA

FUNDS RECEIVED DATE

EXAMINED BY                                               FOR
                                                         COPYRIGHT
CORRESPONDENCE ☐                                          OFFICE USE
                                                         ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**F**

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of    Lee Kar Yin
                                                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                   Date ▼
Vijay Toke                                                9/4/2015

Handwritten signature (X) ▼

*[signature]*

**G**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL 3 ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-SACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                U.S. Government Printing Office, 2011-xxx-xxx/xx,xxx

TWS0355836

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work▼
Wave-s Photographs 2002

Registration Number of the Basic Registration ▼
VA 1-432-325

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4 _____ Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page. • See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355837

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800     Fax ( 510 ) 295-2401     Email sophie@cobaltlaw.com

**E**

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author     ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼     Date ▼
Vijay Toke                    9/4/2015

Handwritten signature (X) ▼

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Sophie Cohen, Cobalt LLP | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼<br>918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼<br>Berkeley, CA 94710 | MAIL TO:<br>Library of Congress<br>Copyright Office-RACD<br>101 Independence Avenue SE<br>Washington, DC 20559 |

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper     U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355838

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work▼
The Wave Design Pte. Ltd. Photographs 2007(A)

Registration Number of the Basic Registration ▼
VA 1-432-326

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd, (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4            Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____            Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355839

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR |
| CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of    Wave Studio PTB. LTD.
                                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                 9/4/2015

Handwritten signature (X) ▼   *Vijay* [signature]

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST:  • Complete all necessary spaces  • Sign your application in Space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE:  1. Application form  2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Berkeley, CA 94710 | MAIL TO: Library of Congress Copyright Office-PACO 101 Independence Avenue SE Washington, DC 20559 |

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355840

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____ _____ _____
Month        Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2007(B)

Registration Number of the Basic Registration ▼
VA 1-432-327

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2    Line Heading or Description Author

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. The reference to "employer for hire of Lee Kar Yin" was also incorrect. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at space F

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.USCourtForms.com

TWS0355841

FORM CA RECEIVED | FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B or ☐ Part C

Location and Nature of Incorrect Information in Basic Registration:

Line Number: 4          Line Heading or Description:  Claimant

Incorrect Information as It Appears in Basic Registration:  The Wave Design Pte. Ltd.

Corrected Information:      The Wave Studio PTE. LTD.

Explanation of Correction: An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd.
changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified
as The Wave Studio PTE. LTD.

---

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

| Typed or printed name ▼ | Date ▼ |
| Vijay Toke | 9/4/2015 |

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
MAIL TO:
Library of Congress
Copyright Office-IWCO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form CA-Full Rev: 10/ 2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355842

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Wave-s Photographs 2003

Registration Number of the Basic Registration ▼
VA 1-432-328

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---



**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355843

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR |
| CORRESPONDENCE ☐ | | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800      Fax ( 510 ) 295-2401      Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP
Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    Lee Kar Yin
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                                    Date ▼
Vijay Toke                                                                 9/4/2015
Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office–RACO
101 Independence Avenue SE
Washington, DC 20559

**C**

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 10/2011 Printed on recycled paper                           U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355844

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**G Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____    _____    _____
Month         Day           Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work▼
Wave-s Photographs 2004

Registration Number of the Basic Registration ▼
VA 1-432-329

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Wave-s

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

American LegalNet, Inc.
www.FormsWorkFlow.com 

TWS0355845

| FORM CA RECEIVED | FORM CA |
| --- | --- |

FUNDS RECEIVED DATE

EXAMINED BY                                                    FOR
                                                              COPYRIGHT
CORRESPONDENCE ☐                                              OFFICE USE
                                                              ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES  ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

Correspondence Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   Lee Kar Yin
                                                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                      Date ▼
Vijay Toke                                                  9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F.

SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355846

Copyright Office fees are subject to change. For
current fees, check the Copyright Office website
at www.copyright.gov, write the Copyright Office,
or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the application
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** Title of Work▼
The Wave Design Pte. Ltd. Photographs 2006

Registration Number of the Basic Registration ▼
VA 1-432-330

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4                    Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant.  The identified claimant The Wave Design Pte. Ltd. changed its name to The
Wave Studio PTE. LTD. as of July 27, 2007.  Therefore, the correct claimant should have been identified as The Wave Studio
PTE. LTD.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number                    Line Heading or Description

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
                    • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355847

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**E**

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author               ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of    The Wave Studio PTE. LTD.
                                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

| Typed or printed name ▼ | Date ▼ |
|---|---|
| Vijay Toke | 9/4/2015 |

Handwritten signature (X) ▼

*Vijay T.*

| Certificate will be mailed in window envelope to this address: | Name ▼ <br> Sophie Cohen, Cobalt LLP <br> Number/Street/Apt ▼ <br> 918 Parker Street, Building A21 <br> City/State/ZIP ▼ <br> Berkeley, CA 94710 | **YOU MUST:** <br> • Complete all necessary spaces <br> • Sign your application in Space F <br> **SEND ALL ELEMENTS IN THE SAME PACKAGE:** <br> 1. Application form <br> 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights <br> **MAIL TO:** <br> Library of Congress <br> Copyright Office-FAOO <br> 101 Independence Avenue SE <br> Washington, DC 20559 |

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355848

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
The Wave Design Pte. Ltd. Photographs 2005 (A)

**Registration Number of the Basic Registration ▼**
VA 1-432-331

**Year of Basic Registration ▼**
2010

**Name(s) of Author(s) ▼**
The Wave Pte. Ltd.

**Name(s) of Copyright Claimant(s) ▼**
The Wave Pte. Ltd.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 4                    Line Heading or Description Claimant

**Incorrect Information as It Appears in Basic Registration ▼**
The Wave Pte. Ltd.

**Corrected Information ▼**
Lee Kar Yin

**Explanation of Correction ▼**
An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355849

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant          ☒ duly authorized agent of     Lee Kar Yin
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                         Date ▼
Vijay Toke                                                    9/4/2015

Handwritten signature (X) ▼

*Vijay*

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space 8 SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights MAIL TO: Library of Congress Copyright Office-NACO 101 Independence Avenue SE Washington, DC 20559 |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | |
| | City/State/ZIP ▼ Berkeley, CA 94710 | |

**G**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                     U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355850

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work ▼
The Wave Design Pte. Ltd. Photographs 2005 (B)

Registration Number of the Basic Registration ▼
VA 1-432-332

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

---

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

---

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355851

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**Correspondence** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710

Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼
Vijay Toke                        9/4/2015

Handwritten signature (X) ▼
*[signature]*

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA  94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-RACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355852

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



# Form CA
### For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A** Title of Work▼

Wave-s Photographs 2002(B)

Registration Number of the Basic Registration ▼

VA 1-432-336

Year of Basic Registration ▼

2011

Name(s) of Author(s) ▼

Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼

WAVE-S

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4            Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼

WAVE-S

Corrected Information ▼

Lee Kar Yin

Explanation of Correction ▼

An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____            Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355853

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of   Lee Kar Yin
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                       9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-RAC0
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355854

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte Ltd. Photographs 2005 (B)

Registration Number of the Basic Registration ▼
VA 1-432-637

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4        Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶      • Complete all applicable spaces (D-G) on the reverse side of this page.      DO NOT WRITE HERE
                    • See detailed instructions.      • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355855

FORM CA RECEIVED                                                      FORM CA

FUNDS RECEIVED DATE

EXAMINED BY                                                          FOR
                                                                    COPYRIGHT
CORRESPONDENCE ☐                                                     OFFICE USE
                                                                    ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

D

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 )841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toko                                                 9/4/2015

Handwritten signature (X) ▼

Certificate       Name ▼                              YOU MUST:
will be           Sophie Cohen, Cobalt LLP            • Complete all necessary spaces
mailed in                                             • Sign your application in Space F
window                                                SEND ALL ELEMENTS IN THE
envelope          Number/Street/Apt ▼                 SAME PACKAGE:
to this           918 Parker Street, Building A21     1. Application form
address:                                              2. Nonrefundable filing fee in check or
                  City/State/ZIP ▼                       money order payable to Register of
                  Berkeley, CA 94710                     Copyrights
                                                      MAIL TO:
                                                      Library of Congress
                                                      Copyright Office-RADD
                                                      101 Independence Avenue SE
                                                      Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with this application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355856

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of Title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼
Wave-s Photographs 2004(B)

Registration Number of the Basic Registration ▼
VA 1-758-524

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Wave-s (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4                Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
WAVE-S

Corrected Information ▼
Lee Kar Yin

Explanation of Correction ▼
An error was made in identifying the claimant.  The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.USCourtForms.com

TWS0355857

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    Lee Kar Yin

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ |
| --- | --- |
| | Sophie Cohen, Cobalt LLP |
| | Number/Street/Apt ▼ |
| | 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ |
| | Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space 8

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office (RAC)
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355858

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼
The Wave Design Pte. Ltd. published legian121

Registration Number of the Basic Registration ▼
VA 1-765-854

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4            Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                   • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


Anselma LegalNet, Inc.
www.USCopyrightFiler.com

TWS0355859

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800       Fax ( 510 ) 295-2401       Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author         ☐ owner of exclusive right(s)
☒ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                9/4/2015

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space 8 |
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Berkeley, CA 94710 | MAIL TO: Library of Congress Copyright Office-BACO 101 Independence Avenue SE Washington, DC 20559 |

**C**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx / xx,xxx

TWS0355860

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work▼
The Wave Design Pte. Ltd. – data105

Registration Number of the Basic Registration ▼
VA 1-824-376

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2    Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages




American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355861

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP
Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of    The Wave Studio PTE. LTD.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                          Date ▼
Vijay Toke                                       9/4/2015

Handwritten signature (X) ▼

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Sophie Cohen, Cobalt LLP<br>Number/Street/Apt ▼<br>918 Parker Street, Building A21<br>City/State/ZIP ▼<br>Berkeley, CA 94710 | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space F<br>SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>MAIL TO:<br>Library of Congress<br>Copyright Office-RAC2<br>101 Independence Avenue SE<br>Washington, DC 20559 | **G** |
| --- | --- | --- | --- |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full    Rev: 10/2011 Printed on recycled paper                                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355862

Pay-your Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
The Wave Design Pte. Ltd. - andaman068

Registration Number of the Basic Registration ▼
VA 1-829-021

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2          Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ►**   • Complete all applicable spaces (D-G) on the reverse side of this page.    • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355863

| FORM CA RECEIVED | FORM CA |
|---|---|

| FUNDS RECEIVED DATE | |
|---|---|

| EXAMINED BY | FOR |
|---|---|
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES . ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of ☐ Part D *or* ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA  94710
Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author        ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   The Wave Studio PTE. LTD.
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                               Date ▼
Vijay Toke                                           9/4/2015

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Berkeley, CA  94710 | MAIL TO: Library of Congress Copyright Office-RACD 101 Independence Avenue SE Washington, DC 20559 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355864

Copyright Office fees are subject to change. For
current fees, check the Copyright Office website
at www.copyright.gov, write the Copyright Office
or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States
Code* authorize the Copyright Office to collect the personally identifying
information requested on this form in order to process the application
for copyright registration. By providing this information you are
agreeing to routine uses of the information that include publication
to give legal notice of your copyright claim as required by 17 U.S.C.
§705. It will appear in the Office's online catalog. If you do not provide
the information requested, registration may be refused or delayed, and
you may not be entitled to certain relief, remedies, and benefits under
the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A** Title of Work ▼
The Wave Design Pte. Ltd. - bkk018 - bkk025

Registration Number of the Basic Registration ▼
VA 1-842-228

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Studio, LLC

**B** Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2                    Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The
Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct author should have been identified as The Wave Studio
PTE. LTD.

**C** Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number                    Line Heading or Description

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                   • See detailed instructions.    • Sign the form at Space F.

Page 1 of ____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355865

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ duly authorized agent of   The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼    Date ▼
Vijay Toke    9/4/2015

Handwritten signature (X) ▼ _Vijay Co_

| Certificate will be mailed in window envelope to this address: | Name ▼ Sophie Cohen, Cobalt LLP |
|---|---|
| | Number/Street/Apt ▼ 918 Parker Street, Building A21 |
| | City/State/ZIP ▼ Berkeley, CA 94710 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-NACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                                                     U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355866

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803

Registration Number of the Basic Registration ▼
VAu 1-055-458

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as it Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Design PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355867

FORM CA RECEIVED

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

FOR
COPYRIGHT
OFFICE USE
ONLY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

Correspondence: Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
Vijay Toke

Date ▼
9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/Zip ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-IVACO
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper

U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355868

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____ _____ _____
Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958; setai960 - setai1179

Registration Number of the Basic Registration ▼
VAu 1-055-459

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 4            Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Studio PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____            Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkflow.com

TWS0355869

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

*D*

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800          Fax ( 510 ) 295-2401          Email sophie@cobaltlaw.com

*E*

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.
Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant     ☒ duly authorized agent of     The Wave Studio PTE. LTD.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                    Date ▼
Vijay Toke                                 9/4/2015

Handwritten signature (X) ▼

*F*

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-SACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355870

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work▼

The Wave Pte. Ltd. unpublished setai 182

Registration Number of the Basic Registration ▼

VAu 1-057-927

Name(s) of Author(s) ▼

The Wave Pte. Ltd.

Year of Basic Registration ▼

2010

Name(s) of Copyright Claimant(s) ▼

The Wave Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4          Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼

The Wave Pte. Ltd.

Corrected Information ▼

Lee Kar Yin

Explanation of Correction ▼

An error was made in identifying the claimant. The identified claimant The Wave Pte. Ltd. had dissolved at the time of the registration. The correct claimant should have been identified as Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.      **DO NOT WRITE HERE**
• See detailed instructions.    • Sign the form at Space F.


American LegalNet, Inc.
www.FormsWorkFlow.com

Page 1 of _____ pages



TWS0355B71

FORM CA RECEIVED                                                      FORM CA

FUNDS RECEIVED DATE

EXAMINED BY                                                          FOR
                                                                    COPYRIGHT
CORRESPONDENCE ☐                                                    OFFICE USE
                                                                      ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES   ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800        Fax ( 510 ) 295-2401        Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Lee Kar Yin
                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                    Date ▼
Vijay Toke                                                 9/4/2015

Handwritten signature (X) ▼

*[signature]*

Certificate         Name ▼
will be             Sophie Cohen, Cobalt LLP
mailed in
window              Number/Street/Apt ▼
envelope            918 Parker Street, Building A21
to this
address:            City/State/ZIP ▼
                    Berkeley, CA 94710

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office-FACO
101 Independence Avenue SE
Washington, DC 20559

**C**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper                    U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355872

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month       Day       Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. unpublished setai0183; 0184

Registration Number of the Basic Registration ▼
VAu 1-060-180

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
The Wave Design Pte. Ltd.

Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4        Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd.

Corrected Information ▼
The Wave Studio PTE. LTD.

Explanation of Correction ▼
An error was made in identifying the claimant. The identified claimant The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct claimant should have been identified as The Wave Stuido PTE. LTD.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number_____      Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.        DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 5 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355873

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| | | |
| FUNDS RECEIVED DATE | | |
| | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800      Fax ( 510 ) 295-2401      Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    The Wave Studio PTE. LTD.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼      Date ▼
Vijay Toke                    9/4/2015

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Sophie Cohen, Cobalt LLP
Number/Street/Apt ▼
918 Parker Street, Building A21
City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-RVCB
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 10/2011 Printed on recycled paper      U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355874

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SH | SRU | RE |
|----|-----|----|-----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month _____ Day _____ Year _____

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

Wave-s unpublished sotai959

Registration Number of the Basic Registration ▼       Year of Basic Registration ▼

VAu 1-060-182                                          2010

Name(s) of Author(s) ▼                                Name(s) of Copyright Claimant(s) ▼

WAVE-s                                                WAVE-S

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 4             Line Heading or Description Claimant

Incorrect Information as It Appears in Basic Registration ▼

WAVE-S

Corrected Information ▼

Lee Kar Yin

Explanation of Correction ▼

An error was made in identifying the claimant. The identified claimant Wave-S had dissolved at the time of the registration. The correct claimant should have been Ms. Lee Kar Yin.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____         Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.     DO NOT WRITE HERE
                     • See detailed instructions.   • Sign the form at Space F.

Page 1 of _____ pages



American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355875

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.
Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710
Phone ( 510 ) 841-9800 _____ Fax ( 510 ) 295-2401 _____ Email sophie@cobaltlaw.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    Lee Kar Yin
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                                    Date ▼
Vijay Toke                                                                 9/4/2015

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO:
Library of Congress
Copyright Office-SVDD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 10/2011 Printed on recycled paper                        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355876

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office. or call (202) 707-3000 or 1-877-476-0778.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|-----|------|-----|------|-----|------|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Wave Design Pte. Ltd. - Unpublished setai1181

Registration Number of the Basic Registration ▼          Year of Basic Registration ▼
VAu 1-144-751                                            2013

Name(s) of Author(s) ▼                                   Name(s) of Copyright Claimant(s) ▼
The Wave Design Pte. Ltd. (employer for hire of Masano   The Wave Studio, LLC
Kawana)

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2                    Line Heading or Description Author

Incorrect Information as It Appears in Basic Registration ▼
The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

Corrected Information ▼
The Wave Studio PTE. LTD. (employer for hire of Masano Kawana)

Explanation of Correction ▼
An error was made in identifying the author. The identified author The Wave Design Pte. Ltd. changed its name to The Wave Studio PTE. LTD. as of July 27, 2007. Therefore, the correct *author* should have been identified as The Wave Studio PTE. LTD.

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at Space F.

Page 1 of _____ pages


American LegalNet, Inc.
www.FormsWorkFlow.com

TWS0355877

| FORM CA RECEIVED | FORM CA |
|---|---|

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**Correspondence** Give name and address to which correspondence about this application should be sent.

Sophie Cohen
Cobalt LLP
918 Parker Street, Building A21
Berkeley, CA 94710

Phone ( 510 ) 841-9800    Fax ( 510 ) 295-2401    Email sophie@cobaltlaw.com

**Deposit Account:** If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name Mitchell Silberberg & Knupp LLP

Account Number 55387

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of    The Wave Studio PTE. LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼                                        Date ▼
Vijay Toke                                                    9/4/2015

Handwritten signature (X) ▼

*Certificate
will be
mailed in
window
envelope
to this
address:*

Name ▼
Sophie Cohen, Cobalt LLP

Number/Street/Apt ▼
918 Parker Street, Building A21

City/State/ZIP ▼
Berkeley, CA 94710

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE
SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
MAIL TO:
Library of Congress
Copyright Office-FACD
101 Independence Avenue SE
Washington, DC 20559

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 10/2011 Printed on recycled paper                                        U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx

TWS0355878

 **Receipt**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

 No. 191295

Date 9/4/2015

**Received**

☐ Not examined in information section

Form(s) 22 FORM CA    (#2860)

Number of copies

Type of deposit copies

Document(s) 2 FORM DCS    (#210)

Cover letter

Other enclosures

Refer to

**Services**

☐ Search

☐ Photocopies

☐ Additional certificates

☐ Certifications

☐ Secure text exam

☐ Transfer to photoduplication

☐ Other (specify)

**Method of Payment**

☐ Cash

☐ Check

☐ Money order

☒ Deposit acct #: 55387    Amount:

☐ Credit card  Type:    Auth #:    Amount:

☐ No Fee

☐ Fee to be determined

☐ For connection

BTN:

**Total Payment** $ 3070.00

Received from    Phone
MITCHELL SILBERBERG + KNUPP LLP    202-355-7900

Address
1818 N ST N.W. 8TH FLR
WASHINGTON DC 20036

Representing    Phone
C/O PAM BURCHETTE    EXT. 7906

Received for the Register of Copyrights by [signature]

Title
RE DOC: VA 1-432-324 WAVE-S PHOTOGRAPHS 2001

...and _____ others

**Notes**  22 FORM CA

**SEE REVERSE FOR IMPORTANT INFORMATION**

c-38  05/2004-15,000  Printed on recycled paper

TWS0355879

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

TWS0355880

EXHIBIT "2"

the**wʌve** design

Mr Masano Kawana
Irieeyes Pte Ltd
6 Woking Road #02-04
Singapore 138689

PHOTOGRAPHY SERVICE AGREEMENT

As of 1st June 2005, Irieeyes Pte Ltd, hereafter referred to as PHOTOGRAPHER, enters
into the following agreement with Wave-s, The Wave Pte Ltd and The Wave Design Pte Ltd,
hereafter referred to as DESIGN AGENCY. This agreement constitutes the entire agreement
between both parties and will apply to all future and past transactions.

A.   Commission
     Design Agency agrees to pay Photographer a mutually agreed packaged Fee for the
     creation of all images hereafter referred to as Photographs, that the Design Agency
     commissions the Photographer to create.

B.   Copyright
     All Photographs and rights contained therein, including copyright, remain the sole and
     exclusive properties of the Design Agency and Photographer.

     All use of Photographs created during an Editorial commission are of unlimited assignments
     to be determined and approved by the Design Agency. The Design Agency and Photographer
     retain, for life, reproduction and display rights to all Photographs for use in photographic
     competition, promotional materials and any publication of an original manuscript or
     portfolio presentation for trade or other use.

C.   Confidentiality
     The Photographer will keep confidential and will not disclose to any third parties or make
     use of material or information communicated to him/her in confidence for the purposes
     of the photography, save as may be reasonably necessary to enable the Photographer
     to carry out his/her obligations in relation to the commission.

D.   Terms
     The Design Agency s client may not have any direct business dealings with the
     Photographer, employee/s or any of their suppliers at any time, and vice-versa.


(THE WAVE DESIGN PTE LTD)

Client s Signature                                    Photographer s Signature

Date   2ND AUGUST 2006                                Date   02 - 08 - 06


**THE WAVE DESIGN PTE LTD** (200508995G) 10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3971

TWS0199940

**t h e w∧v e**

Mr Masano Kawana
Irieeyes Pte Ltd
9 Redwood Avenue
Singapore 276719

## PHOTOGRAPHY SERVICE AGREEMENT

As of 1st January, 2000, Irieeyes Pte Ltd, hereafter referred to as PHOTOGRAPHER, enters
into the following agreement with Wave-s and The Wave Pte Ltd, hereafter referred to as
DESIGN AGENCY. The agreement constitutes the entire agreement between both parties
and will apply to all future transactions.

A. Commission
   Design Agency agrees to pay Photographer a mutually agreed packaged Creative Fee
   for the creation of all digital images hereafter referred to as Photographs, that the
   Design Agency commissions the Photographer to create.

B. Copyright
   All Photographs and rights contained therein, including copyright, remain the sole and
   exclusive properties of the Design Agency and Photographer.

   All use of Photographs created during an Editorial commission are of unlimited assignments.
   The Design Agency and Photographer retain, for life, reproduction and display rights to
   all Photographs for use in photographic competition, promotional materials and any
   publication of an original manuscript or portfolio presentation for trade or other use.

C. Confidentiality
   The Photographer will keep confidential and will not disclose to any third parties or make
   use of material or information communicated to him/her in confidence for the purposes
   of the photography, save as may be reasonably necessary to enable the Photographer
   to carry out his/her obligations in relation to the commission.

Client's Signature _____ Date  31.03.05

Photographer's Signature _____ Date  31 - MAR - 05

THE WAVE PTE LTD (200201048Z)  10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3971

TWS0199941

EXHIBIT "3"

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## p r o d u c t i o n    e s t i m a t e

| | |
|---|---|
| client | Mr Hansjöerg Meier – The Legian, Bali ( Fax 62 361-730623 ) |
| product | The Chedi, Tanah Gajah – Photoshoot ( 5 days ) and Pre-Opening Bro-chures |
| date | 1 |
| description | 3rd May 2004 |
| | Charges for Photography, Airfare, Digital Touch-up and Pre-Opening Brochure ( up to printed brochures stage ) for GHM-The Legian |

## C H A R G E S

|   |   |   | SGD |
|---|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision including Digital Processing Charges for 5 days' Photoshoot ( 15th – 19th June, arriving on 14th and departing on 21st ) | : | 16,000.00 |
| 2. | Airfare including airport tax ( Singapore-Bali, Bali-Singapore ) | : | 1,600.00 |
| 3. | Excess Baggage Fee ( approximate ) | : | TBA* |
| 4. | Photo digital touch-up ( estimated: 30 hours ) – including 30 Pix in High Resolution Digital Editing and Archiving them in 2 sets of Master Pix CD-Roms | : | 2,900.00 |
| 5. | The Chedi, Tanah Gajah Pre-Opening Brochure ( English ) – 26pp including cover, tracer, text and pocket with 6pp tariff insert ( 5,000 sets ) | : | 16,500.00 |

|   |   |   |
|---|---|---|
| **TOTAL** | : | SGD 37,000.00 |

*Note: Item No. 4 include Design, Layout, Art Direction, Finished Artwork, Copywriting, Colour Indication & Films Checking, Studio Materials, Misc. Costs, Colour Separation, Printing and Supervision.*

estimate prepared by _____    client's approval _____

date _____ 3rd May 2004 _____    date _____

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 50% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
- 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0355359

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3377

## production estimate
### TRIP #1

| | |
|---|---|
| client | Ms Eleanor Hardy – The Chedi, Chiang Mai ( Fax 66 53 – 904 777 ) |
| product | The Chedi, Chiang Mai – Photoshoot ( 5 days ) and Pre-Opening Bro- |
| chures | |
| date | 1 |
| description | 23rd June 2004 |
| | Charges for Photography, Airfare, Digital Touch-up & Pre-Opening |
| | Brochure (up to printed brochures stage) for GHM-The Chedi, Chiang |

Mai

---

**C H A R G E S**_____ _____ SGD

| | | | |
|---|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision including Digital Processing Charges for 5 days' Photoshoot ( end of August / beginning of September ) | : | 17,000.00 |
| 2. | Airfare for 3 pax including airport tax - approximate ( Singapore-Chiang Mai, Chiang Mai-Singapore ) | : | 2,000.00 |
| 3. | Excess Baggage Fee ( approximate ) | : | TBA* |
| 4. | Photo digital touch-up ( estimated: 30 hours ) – including 30 Pix in High Resolution Digital Editing and Archiving them in 2 sets of Master Pix CD-Roms | : | 3,000.00 |
| 5. | The Chedi, Chiang Mai Pre-Opening Brochure ( English ) – 26pp including cover, tracer, text and pocket with 6pp tariff insert ( 5,000 sets ) | : | 16,500.00 |

---

| TOTAL | : | SGD 38,500.00 |
|---|---|---|

---

*Charges on item No. 5 include Design, Layout, Art Direction, Finished Artwork, Copywriting, Colour Indication & Films Checking, Studio Materials, Misc. Costs, Colour Separation,*

estimate prepared by _____  client's approval _____

23rd June 2004

date _____  date _____

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 50% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
- 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0355373

# thewave

## production estimate

| | |
|---|---|
| **client** | mr jamie case - 012.604.959.2602 |
| | ( c/o mr ralf ohletz ) |
| **product** | the datai - photography & brochure without tariff |
| **version** | 4 |
| **date** | 27th april 2005 |

| description | SGD |
|---|---|
| 1. photography, photo art direction & supervision including digital processing charges for 5 days' photoshoot | 20,000.00 |
| 2. airfare for 3 pax including airport tax | 600.00 |
| 3. excess baggage fee | tba* |
| 4. photo digital touch-up - 30 high resolution digital editing, and archiving them into 3 sets of master cd-roms ( 1 set each to ghm head office, the datai and ghm sales office ) | 5,000.00 |
| 5. the datai, langkawi - new corporate brochure without tariff Cover: 4pp, Pocket: 2pp, Tracer: 4pp, Content: 20pp, ( with gate-folded centre-spread ); Total: 30pp brochure - charges include design, layout, art direction, finished artwork, digital work on cover picture, studio materials, misc. costs, colour separation films and films checking with print specifications for printing in kuala lumpur or elsewhere. | 10,000.00 |
| **TOTAL** | **SGD 35,600.00** |

important note:
i.   accommodation for 3 pax including 3 meals daily are to be provided for by the datai, langkawi throughout the duration of the photography project.
ii.  *excess baggage fee will be charged separately to the datai, langkawi upon completion of travel.

estimate prepared by _____    client's approval _____

date _____    27th april 2005    date _____

* This estimate is only valid for 10 days from the date stated above.
* Terms of payment: 50% on commencement, balance on completion.
* In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
* This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
* We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
* 8% interest will be charged from due date of all invoices / debit notes until full payment is made.
* We reserve the intellectual property copyright to all designs / soft copies / material /photographs / projects undertaken.

THE WAVE PTE LTD (200201048Z)  10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3971

TWS0355417

10/15/2006 SUN 15:03  FAX 707 937 0318

ONE-TRIP ONLY

AFTER mendocino SHOOT,
WE FLEW TO MIAMI FOR
A 2½ DAY SHOOT AT THE SETAI

⌀001/001

# thewavedesign

## production estimate

**client**    mr m. p. s. puri - ghm americas
**product**   the heritage house, medocino - photoshoot ( 5 days )
**version**   1
**date**      25 september 2006

| | description | SGD |
|---|---|---|
| 1. | photography, photo art direction and supervision with digital processing charges (sgd 4,000 x 5 days' photoshoot, oct 28 - nov 1) | 20,000.00 |
| 2. | recce and planning (sgd 2,000 x 1 day, oct 27 ) | 2,000.00 |
| 3. | travelling days ( sgd 2,000 x 3 days ) | 6,000.00 |
| 4. | ata carnet fee | 500.00 |
| 5. | travel insurance | 700.00 |
| 6. | airfare including airport tax ( 3 pax ) - approximate | 8,000.00 |
| 7. | excess baggage - approximate | 1,000.00 |
| 8. | photo digital touch-up (65 hours) including 25 pix in high resolution, digital editing and archiving them into 3 sets of master pix cd-rom | 6,000.00 |

| TOTAL | | SGD 44,200.00 |
|---|---|---|

Note  ▪ client to provide accommodation, ground transportation, laundry and 3 meals a day for 3 pax
        throughout the entire above mentioned period
      ▪ Overtime rates apply when work day exceeds 8 hours (rates based on 2 times of premium
        rate, equivalent to SGD 1,000.00 per hour )
      ▪ Additional charges will be billed separately if: (a) the final creative brief differs
        from the original requirements or (b) additional services or equipment is required
      ▪ Additional charges will be billed if or any further photo digital imaging, editing and
        touch-ups exceeding 30 hours is required
      ▪ client will be advised and charged on the excess baggage fee upon completion of travel
      ▪ upon agreement, 50% deposit is required to be paid in 10 days' time before commencement
        of photoshoot and any cancellation of photo shoot will be billed accordingly; 50% of the total
        bill will be charged if cancellation is made upon this agreement; 100% of the total bill will be
        charged if cancellation is made in less than 10 days' notice from the day we are to depart
        for the destination of the photo shoot

estimate prepared by _____          client's approval _____

date _____ 25 september 2006          date _____ 10/15/06

▪ This estimate is only valid for 10 days from the date stated above.
▪ Terms of payment: 50% on commencement, balance upon completion and prior to the release of final product.
▪ In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
▪ This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
▪ We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
  in writing before the work is undertaken.
▪ 6% interest will be charged from due date of all invoices/debit notes until full payment is made.
▪ We reserve the intellectual property copyright on all designs/soft copies/material/photographs/projects undertaken.

THE WAVE DESIGN PTE LTD (200508094E)  10a traggers street singapore 050484  t 65.6227.3700  f 65.6227.3971

TWS0355538

# thewΛve

## quotation

| | |
|---|---|
| client | mr rick smith (c/o mr ralf ohletz - ghm (s) ltd ) |
| product | the nam hai - photoshoot |
| version | 2 |
| date | 20th april 2005 |

| | description | quantity | SGD$ |
|---|---|---|---|
| 1. | photography, photo art direction with supervision and digital processing charges (may 12-afternoon – may 14-morning) | 2 days | 8,000.00 |
| 2. | reccee and photoshoot planning (may 12-morning) | 1/2 day | 2,000.00 |
| 3. | airfare including airport tax and insurance (flight: SGD190 + tax: SGD73 + insurance: SGD87 per pax) | 3 pax | 1,050.00 |
| 4. | excess baggage | | tba* |
| 5. | travel time ( charged at 1/2 day rate ) | 1/2 day | 1,000.00 |
| 6. | photo digital touch-up ( estimated: 24 hours ) - including digital editing of 24 pix in high resolution and archiving them into 3 master pix cd-roms | | $   3,600.00 |

| | | | |
|---|---|---|---|
| **TOTAL** | | | $   15,650.00 |

important note:
i.  accommodation for 3 pax including 3 meals daily are to be provided for by the nam hai.
ii. *excess baggage fee will be charged to the nam hai upon completion of travel.

estimate prepared by _____        client's approval _____

20th april 2005

date _____        date _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / soft copies / material /photographs / projects undertaken.

THE WAVE PTE LTD (200201048Z) 10a tg.... street singapore 058464  t 65 6227 3700  f 65 6227 3871

# WAVES

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (66) 6227 3971

## production estimate

| | |
|---|---|
| client | Mr Hansjöerg Meier – The Legian, Bali ( Fax 62 361-730623 ) |
| product | The Legian, Bali – Photoshoot ( 2 days ) |
| version | 1 |
| date | 8th June 2004 |
| description | Charges for Photography and Digital Touch-up for GHM-The Legian |

## CHARGES                                                                 SGD

1. Photography, Photo Art Direction and Supervision including        :        6,400.00
   Digital Processing Charges for 2 days' Photoshoot
   ( July 19–20, after The Chedi Club photoshoot )
2. Airfare including airport tax ( Singapore–Bali, Bali–Singapore )  :        nil
3. Excess Baggage Fee ( approximate )                               :        nil
4. Photo digital touch-up ( estimated: 30 hours )                   :        1,160.00
   – including 16 Pix in High Resolution Digital Editing
   and Archiving them in 2 sets of Master Pix CD-Roms

| TOTAL | : SGD 7,560.00 |
|---|---|

*Note: No charge for items no. 2 and 3 if this project takes place right after the photoshoot
       at The Chedi Club – Tanah Gajah, Ubud, Bali on July 13 – 17*

estimate prepared by _____   client's approval _____

date _____8th June 2004_____          date _____

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 50% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
  in writing before the work is undertaken.
- 5% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200143

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

### p r o d u c t i o n   e s t i m a t e                    TRIP #2

| | |
|---|---|
| client | Mr M. P. S. Puri – The Setai, Miami ( Fax 1 305 – 520 6600 ) |
| product | The Setai, Miami – Photoshoot ( 7 days ) |
| version | 1 |
| date | 30th November 2004 |
| description | Charges for The Spa and The Suites Photography, Photo Art Direction, Airfare, Digital Touch-up & Archiving for The Setai |

**C H A R G E S** _____  _____ SGD

| | | | |
|---|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision with Digital Processing Charges ( SGD 4,000.00 x 7 days' photoshoot ) ( Dec 13 to 23 ) | : | 28,000.00 |
| 2. | Recce ( SGD 2,000.00 x 1 day ) | : | 2,000.00 |
| 3. | Travelling Days ( SGD 2,000.00 x 3 days ) | : | 6,000.00 |
| 4. | ATA Carnet Fee | : | 500.00 |
| 5. | Travel Insurance ( 4 pax ) | : | 1,200.00 |
| 6. | Per diem ( 4 pax x 12 days x SGD 120.00 ) | : | 5,760.00 |
| 7. | Airfare including airport tax ( 4 pax ) – approximate | : | 12,000.00 |
| 8. | Excess Baggage Fee – approximate | : | 1,000.00 |
| 9. | Photo digital touch-up ( estimated: 70 hours ) – including 42 Pix in High Resolution, Digital Editing and Archiving them in 6 sets of Master Pix CD-Roms | : | 7,000.00 |

| | | |
|---|---|---|
| **TOTAL** | : | **SGD 63,460.00** |

Note  • Client to provide all lodging, ground transportation and laundry for 4 pax
  • Overtime rates apply when work day exceeds 8 hours (Rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )
  • Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required

estimate prepared by _____  client's approval _____

30th November 2004

date _____                    date _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200257

# WAVES

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## production estimate

| | |
|---|---|
| client | Mr M. P. S. Puri – The Setai, Miami ( Fax 1 305 – 520 6600 ) |
| product | The Setai, Miami – Photoshoot ( 7 days ) |
| version | 2 |
| date | 2nd December 2004 |
| description | Charges for The Spa and The Suites Photography, Photo Art Direction, Airfare, Digital Touch-up & Archiving for The Setai |

| CHARGES | | SGD |
|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision with Digital Processing Charges ( SGD 4,000.00 x 7 days' photoshoot ) ( Dec 13 to 23 ) | : | 28,000.00 |
| 2. | Recce ( SGD 1,800.00 x 1 day ) | : | 1,800.00 |
| 3. | Travelling Days ( SGD 1,800.00 x 3 days ) | : | 5,400.00 |
| 4. | ATA Carnet Fee | : | 500.00 |
| 5. | Travel Insurance ( 4 pax ) | : | 1,200.00 |
| 6. | Airfare including airport tax ( 4 pax ) – approximate | : | 12,000.00 |
| 7. | Excess Baggage Fee - approximate | : | 1,000.00 |
| 8. | Photo digital touch-up ( estimated: 70 hours ) – including 42 Pix in High Resolution, Digital Editing and Archiving them in 6 sets of Master Pix CD-Roms | : | 7,000.00 |
| **TOTAL** | | : | **SGD 56,900.00** |

Note  • Client to provide *lodging, ground transportation, laundry and 3 meals a day for 4 pax* throughout the entire above mentioned period.
• Overtime rates apply when work day exceeds 8 hours (Rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )
• Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required

estimate prepared by _____     client's approval _____

2nd December 2004
date _____     date _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200258

# WAVES

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## production estimate

| | |
|---|---|
| client | Mr M. P. S. Puri – The Setai, Miami ( Fax 1 305 – 520 6600 ) |
| product | The Setai, Miami – Photoshoot ( 7 days ) |
| version | 3 |
| date | 3rd December 2004 |
| description | Charges for The Spa and The Suites Photography, Photo Art Direction, Airfare, Digital Touch-up & Archiving for The Setai |

| | CHARGES | | SGD |
|---|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision with Digital Processing Charges ( SGD 4,000.00 x 7 days' photoshoot ) ( Dec 13 to 23 ) | : | 28,000.00 |
| 2. | Recce ( SGD 1,500.00 x 1 day ) | : | 1,500.00 |
| 3. | Travelling Days ( SGD 1,500.00 x 3 days ) | : | 4,500.00 |
| 4. | ATA Carnet Fee | : | 500.00 |
| 5. | Travel Insurance ( 4 pax ) – Basic coverage | : | 800.00 |
| 6. | Airfare including airport tax ( 4 pax ) – approximate | : | 12,000.00 |
| 7. | Excess Baggage Fee – approximate | : | 1,000.00 |
| 8. | Photo digital touch-up ( estimated: 46 hours ) – including 28 Pix in High Resolution, Digital Editing and Archiving them in 6 sets of Master Pix CD-Roms | : | 4,600.00 |
| | TOTAL | : | SGD 52,900.00 |

Note • Client to provide *lodging, ground transportation, laundry and 3 meals a day for 4 pax* throughout the entire above mentioned period.
• Overtime rates apply when work day exceeds 8 hours (Rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )
• Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required

estimate prepared by _____    client's approval _____

date _____3rd December 2004_____    date _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200259

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## p r o d u c t i o n    e s t i m a t e

| | |
|---|---|
| client | Mr M. P. S. Puri – The Setai, Miami ( Fax 1 305 – 520 6600 ) |
| product | The Setai, Miami – Photoshoot ( 7 days ) |
| version | 4 |
| date | 6th December 2004 |
| description | Charges for The Spa and The Suites Photography, Photo Art Direction, Airfare, Digital Touch-up & Archiving for The Setai |

**C H A R G E S** _____    _____ SGD

| | | | |
|---|---|---|---:|
| 1. | Photography, Photo Art Direction and Supervision with Digital Processing Charges ( SGD 4,000.00 x 7 days' photoshoot ) ( Dec 13 to 23 ) | : | 28,000.00 |
| 2. | Recce ( SGD 1,500.00 x 1 day ) | : | 1,500.00 |
| 3. | Travelling Days ( SGD 1,500.00 x 3 days ) | : | 4,500.00 |
| 4. | ATA Carnet Fee | : | 500.00 |
| 5. | Travel Insurance ( 4 pax ) – Basic coverage | : | 800.00 |
| 6. | Airfare including airport tax ( 4 pax ) - approximate | : | 12,000.00 |
| 7. | Excess Baggage Fee - approximate | : | 1,000.00 |
| 8. | Photo digital touch-up ( 17 hours ) – including 11 Pix in High Resolution, Digital Editing and Archiving them in 6 sets of Master Pix CD-Roms | : | 1,700.00 |

| | | | |
|---|---|---|---:|
| **TOTAL** | | : | **SGD 50,000.00** |

*Note*  • *Client to provide lodging, ground transportation, laundry and 3 meals a day for 4 pax throughout the entire above mentioned period.*
  • *Overtime rates apply when work day exceeds 8 hours (Rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )*
  • *Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required*
  • *Additional charges will be billed if or any further photo digital imaging, editing and touch-ups exceeding 17 hours is required*

estimate prepared by _____    client's approval _____

6th December 2004

date _____    date _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200260

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## p r o d u c t i o n   e s t i m a t e

*FINAL &
APPROVED BY
PURI*

| | |
|---|---|
| client | Mr M. P. S. Puri – The Setai, Miami ( Fax 1 305 – 520 6600 ) |
| product | The Setai, Miami – Photoshoot ( 7 days ) |
| version | 5 |
| date | 7th December 2004 |
| description | Charges for The Spa and The Suites Photography, Photo Art Direction, Airfare, Digital Touch-up & Archiving for The Setai |

### C H A R G E S                                                          SGD

| | | | |
|---|---|---|---|
| 1. | Photography, Photo Art Direction and Supervision with Digital Processing Charges ( SGD 4,000.00 x 7 days' photoshoot ) ( Dec 13 to 23 ) | : | 28,000.00 |
| 2. | Reece ( SGD 1,500.00 x 1 day ) | : | 1,500.00 |
| 3. | Travelling Days ( SGD 1,500.00 x 3 days ) | : | 4,500.00 |
| 4. | ATA Carnet Fee | : | 500.00 |
| 5. | Travel Insurance ( 3 pax ) – Basic coverage | : | 600.00 |
| 6. | Airfare including airport tax ( 3 pax ) - approximate | : | 9,000.00 |
| 7. | Excess Baggage Fee - approximate | : | 1,000.00 |
| 8. | Photo digital touch-up ( 49 hours ) – including 30 Pix in High Resolution, Digital Editing and Archiving them in 6 sets of Master Pix CD-Roms | : | 4,900.00 |

| | | | |
|---|---|---|---|
| **TOTAL** | | : | **SGD 50,000.00** |

Note • *Client to provide lodging, ground transportation, laundry and 3 meals a day for 4 pax throughout the entire above mentioned period.*
  • *Overtime rates apply when work day exceeds 8 hours (Rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )*
  • *Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required*
  • *Additional charges will be billed if or any further photo digital imaging, editing and touch-ups exceeding 49 hours is required*

estimate prepared by  _Junior_                    client's approval  _____

           7th December 2004

date  _____                          date  _____

• This estimate is only valid for 10 days from the date stated above.
• Terms of payment: 50% on commencement, balance on completion.
• In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
• This is an estimate only.  A subsequent change in specifications or briefing will necessitate a revised quote.
• We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
• 6% interest will be charged from due date of all invoices / debit notes until full payment is made.
• We reserve the intellectual property copyright to all designs / photographs / projects undertaken.

TWS0200261

# W A V E S

10A Trengganu Street Singapore 058464. T (65) 6227 3700  F (65) 6227 3971

## s c h e d u l e

Team          :     1.     Ms Lee Kar Yin – Creative and Photo Art Director
                    2.     Mr Masano Kawana – Photographer
                    3.     Ms Gwee Wei Wei – Designer, Coordinator and Stylist
                    4.     Mr Mohd Yazeer – Assistant Photographer

## I T I N E R A R Y

- December 13, Monday        :     Arrive in Miami at 1455
- December 14, Tuesday       :     Recce
- December 15, Wedsday       :     Photoshoot – Day 1
- December 16, Thursday      :     Photoshoot – Day 2
- December 17, Friday        :     Photoshoot – Day 3
- December 18, Saturday      :     Photoshoot – Day 4
- December 19, Sunday        :     Restday
- December 20, Monday        :     Photoshoot – Day 5
- December 21, Tuesday       :     Photoshoot – Day 6
- December 22, Wedsday       :     Photoshoot – Day 7
- December 23, Thursday      :     Depart Miami at 2340

Our flight details will be emailed to you as soon as possible.

Thank you,

TWS0200262

TRIP # 3

# thewavedesign

## production estimate

| | |
|---|---|
| client | mr m. p. s. puri - the setai, miami (f 1 305-520 6600) |
| product | the setai, miami - photoshoot ( 6 days ) |
| version | 1 |
| date | 4th july 2005 |

| | description | SGD |
|---|---|---|
| 1. | photography, photo art direction and supervision with digital processing charges (sgd 4,000 x 6 days' photoshoot) august 14 - 23 | 24,000.00 |
| 2. | recce (sgd 1,500 x 1 day ) | 2,000.00 |
| 3. | travelling days ( sgd 1,500 x 3 days ) | 4,500.00 |
| 4. | ata carnet fee | 500.00 |
| 5. | travel insurance | 600.00 |
| 6. | airfare including airport tax ( 3 pax ) - approximate | 9,000.00 |
| 7. | excess baggage - approximate | 1,000.00 |
| 8. | photo digital touch-up (60 hours) including 30 pix in high resolution, digital editing and archiving them into 4 sets of master pix cd-rom | 6,000.00 |

| TOTAL | SGD 47,600.00 |
|---|---|

Note
- client to provide accommodation, ground transportation, laundry and 3 meals a day for 3 pax throughout the entire above mentioned period.
- Overtime rates apply when work day exceeds 8 hours (rates based on 2 times of premium rate, equivalent to SGD 1,000.00 per hour )
- Additional charges will be billed separately if: (a) the final creative brief differs from the original requirements or (b) additional services or equipment is required
- Additional charges will be billed if or any further photo digital imaging, editing and touch-ups exceeding 60 hours is required

estimate prepared by _____    client's approval _____

date _____ 4th july 2005 _____    date _____

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 50% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
- 5% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / soft copies / material /photographs / projects undertaken.

THE WAVE DESIGN PTE LTD (200509995G) 10a trengganu street singapore 058464 t 65.6227.9700 f 65.6227.9571

TWS0200283

# thewavedesign

## production estimate

*TRIP #4
(AFTER HERITAGE
HOUSE, MENDOCINO)
SG → SF → MIA*

**client**   mr hans maier ( cc. mr puri and mr ohletz )
**product**  the setai, miami - photoshoot ( 2 1/2 days )
**version**  2
**date**     25 september 2006

| description | | SGD |
|---|---|---|
| 1. | photography, photo art direction and supervision with digital processing charges (sgd 4,000 x 2 1/2 days  photoshoot, nov 4 - 6) | 10,000.00 |
| 2. | recce and planning (sgd 1,000 for half a day, nov 4 ) | 1,000.00 |
| 3. | travelling days ( sgd 2,000 x 2 days ) | 4,000.00 |
| 4. | ata carnet fee | 500.00 |
| 5. | travel insurance | 350.00 |
| 6. | airfare including airport tax ( 3 pax ) - approximate | 5,000.00 |
| 7. | excess baggage - approximate | 1,000.00 |
| 8. | photo digital touch-up (26 hours) including 13 pix in high resolution, digital editing and archiving them into 3 sets of master pix cd-rom | 2,400.00 |

| TOTAL | SGD 24,250.00 |
|---|---|

Note ¥ client to provide accommodation, ground transportation, laundry and 3 meals a day for 3 pax
throughout the entire above mentioned period
¥ Overtime rates apply when work day exceeds 8 hours (rates based on 2 times of premium
rate, equivalent to SGD 1,000.00 per hour )
¥ Additional charges will be billed separately if: (a) the final creative brief differs
from the original requirements or (b) additional services or equipment is required
¥ Additional charges will be billed if or any further photo digital imaging, editing and
touch-ups exceeding 30 hours is required
¥ *client will be advised and charged on the excess baggage fee upon completion of travel
¥ upon agreement, 50% deposit is required to be paid in 10 days  time before commencement
of photoshoot and any cancellation of photo shoot will be billed accordingly; 50% of the total
bill will be charged if cancellation is made upon this agreement; 100% of the total bill will be
charged if cancellation is made in less than 10 days  notice from the day we are to depart
for the destination of the photo shoot

estimate prepared by _____      client s approval_____

date          25 september 2006                   date _____

¥ This estimate is only valid for 10 days from the date stated above.
¥ Terms of payment: 50% on commencement, balance upon completion and prior to the release of final product.
¥ In the event of cancellation, all creative & administrative work undertaken at that point is deemed payable.
¥ This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
¥ We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary
in writing before the work is undertaken.
¥ 5% interest will be charged from due date of all invoices/debit notes until full payment is made.
¥ We reserve the intellectual property copyright to all designs/soft copies/material/photographs/projects undertaken.

THE WAVE DESIGN PTE LTD (200506995G)  10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3071

TWS0200275

# thewAve

### production estimate

| | |
|---|---|
| client | mr jamie case · 012.604.959.2602<br>( c/o mr ralf ohlatz ) |
| product | the andaman - photography & brochure without tariff |
| version | 4 |
| date | 27th april 2005 |

| description | SGD |
|---|---|
| 1. photography, photo art direction & supervision including digital processing charges for 3 days' photoshoot | 12,000.00 |
| 2. airfare for 3 pax including airport tax | 600.00 |
| 3. photo digital touch-up - 18 high resolution digital editing, and archiving them into 3 sets of master cd-roms ( 1 set each to ghm head office, the datai and ghm sales office ) | 3,000.00 |
| 4. the andaman, langkawi – new corporate brochure without tariff Cover: 4pp, Pocket: 2pp, Tracer: 4pp, Content: 16pp [ with gate-fold centre-spread ], Total: 26pp brochure - charges include design, layout, art direction, finished artwork, digital work on cover picture, studio materials, misc. costs, colour separation films and films checking with print specifications for printing in kuala lumpur or elsewhere. | 8,000.00 |

TOTAL                                            SGD 23,600.00

important note:
i. accommodation for 3 pax including 3 meals daily are to be provided for by the andaman, langkawi throughout the duration of the photography project.
ii. *excess baggage fee will be charged separately to the datai, langkawi upon completion of travel.

estimate prepared by _____    client's approval _____

date _____27th april 2005_____    date _____

- This estimate is only valid for 10 days from the date stated above.
- Terms of payment: 60% on commencement, balance on completion.
- In the event of cancellation, all creative & administrative work undertaken to that point is deemed payable.
- This is an estimate only. A subsequent change in specifications or briefing will necessitate a revised quote.
- We will proceed on the basis that this estimate is wholly acceptable unless advised to the contrary in writing before the work is undertaken.
- 8% interest will be charged from due date of all invoices / debit notes until full payment is made.
- We reserve the intellectual property copyright to all designs / soft copies / material /photographs / projects undertaken.

**THE WAVE PTE LTD (200201048Z)** 10a trengganu street singapore 058464  t 65.6227.3700  f 65.6227.3971

TWS0355326

EXHIBIT "4"

**From:** "Marco Perry" <mperry@ghmhotels.com>
**Subject:** **Re: Heritage House Photoshoot**
**Date:** January 24, 2006 1:09:16 AM SST
**To:** "jlee" <jlee@thewave-design.com>
**Cc:** "Manvinder Puri" <mpuri@ghmhotels.com>

Dear Junior,

April sounds about right. Weather should be O.K. but you never know! Right now it is gorgeous!! Let's aim for then and start planning.

Regards,


Marco Perry
General Manager
Heritage House Inn
5200 N. Highway One
Little River, Ca. 95456
T - (707) 937-5885
www.heritagehouseinn.com

www.ghmhotels..com

----- Original Message -----
**From:** jlee
**To:** Marco Perry
**Cc:** Manvinder Puri
**Sent:** Sunday, January 22, 2006 8:47 PM
**Subject:** Heritage House Photoshoot

Dear Marco,

It would be good if we can do the photo shoot in April, factoring in, a month for shipping,
15 days for printing and 10-15 days for colour separation depending on colour correction.
I am allocating 1.5 months for photography, traveling, archiving, digital touch-ups, layout
(brochure and tariff), finished artwork and approval process. That works out to be approximately
3.5 months of lead time.

Would the weather be conducive for photo shoot in April? Please advise.

Thank you and best regards,
jr

TWS0355536

**From:** "Marco  Perry" <mperry@ghmhotels.com>
**Date:** January 21, 2006 2:53:57 AM GMT+08:00
**To:** "jr lee" <jlee@thewave-design.com>
**Cc:** "Manvinder Puri" <mpuri@ghmhotels.com>
**Subject: HH Brochure**

Dear Junior,

We need to get the brochure for the Heritage House ready for distribution no later than August 2006. Could you let me know when we can start scheduling your photo shoot here so that we can make this happen.

Thank you and best regards,


Marco Perry
General Manager
Heritage House Inn
5200 N. Highway One
Little River, Ca. 95456
T - (707) 937-5885
www.heritagehouseinn.com

www.ghmhotels..com

TWS0355537