AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

THE WAVE STUDIO, LLC
            Plaintiff (s),
V.
GENERAL HOTEL MANAGEMENT, et al.,
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:13-cv-09239-CS-PED

Notice is hereby given that, subject to approval by the court, **IBT Media, Inc.** substitutes (Party (s) Name)

**James E. Rosenfeld**, State Bar No. **2807212** as counsel of record in
(Name of New Attorney)

place of **Itai Maytal**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Davis Wright Tremaine LLP
   Address: 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
   Telephone: (212) 489-8230      Facsimile (212) 489-8340
   E-Mail (Optional): JamesRosenfeld@dwt.com

I consent to the above substitution.
Date: 7/14/2016

Etienne Uzac
(Signature of Party (s))

I consent to being substituted.
Date: 6/14/16

Itai Maytal
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/14/16

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 14, 2016

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]