# McDermott
# Will & Emery

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Sandra B. Saunders
Associate
ssaunders@mwe.com
+1 212 547 5689

August 25, 2016

**VIA ECF**

Hon. Cathy Seibel
United States District Court for the
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management,* Case No. 7:13-CV-9239-CS

Dear Judge Seibel:

It is respectfully requested that my appearance on behalf Defendant Orbitz Worldwide, LLC in the above-referenced matter be withdrawn. I am leaving McDermott Will & Emery LLP ("MWE") effective tomorrow, August 26, 2016. Any ECF notifications to my e-mail (ssaunders@mwe.com) should be discontinued.

Orbitz Worldwide, LLC will continue to be represented by Monica Asher, who has previously filed an appearance on its behalf. Thank you for your consideration.

Very truly yours,

*Sandra B. Saunders*
Sandra B. Saunders

> The Clerk of Court is respectfully directed to terminate Ms. Saunders as counsel for Defendant.
>
> So Ordered.
>
> *Cathy Seibel*
> Cathy Seibel, U.S.D.J.
>
> Dated: 8/25/16

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue  New York, New York 10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 6444  www.mwe.com