

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

The Wave Studio, LLC
    Plaintiff (s),
V.
General Hotel Management Ltd., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:13-cv-09239-CS-PED

Notice is hereby given that, subject to approval by the court, _Orbitz Worldwide LLC d/b/a Orbitz.com_ substitutes
                       (Party (s) Name)

_Regina Schaffer-Goldman_, State Bar No. _4867741_, as counsel of record in
(Name of New Attorney)

place of _Sandra B. Saunders and Monica Susan Asher, of McDermott Will & Emery LLP_
          (Name of Attorney (s) Withdrawing Appearance)
→ withdrew notice of appearance on August 25, 2016

Contact information for new counsel is as follows:

 Firm Name: _Morgan, Lewis & Bockius LLP_
 Address: _101 Park Avenue_
 Telephone: _(212) 309-6000_  Facsimile _(212) 309-6001_
 E-Mail (Optional): _regina.schaffer-goldman@morganlewis.com_

I consent to the above substitution.
Date: _8/26/2016_
              (Signature of Party (s))

I consent to being substituted.
Date: _6/24/2016_
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _8/29/2016_
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _August 30, 2016_
              U.S.D.J. Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# Morgan Lewis

**Regina Schaffer-Goldman**
Associate
+1.212.309.6689
regina.schaffer-goldman@morganlewis.com

August 29, 2016

**VIA EMAIL**

The Honorable Cathy Seibel
United States District Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, No. 7:13-09239-CS-PED (S.D.N.Y.)

Dear Judge Seibel:

This firm has been retained to assume the representation of Defendant Orbitz Worldwide LLC d/b/a Orbitz.com ("Orbitz") in the above-referenced action. To that end, we respectfully request that the Court sign the attached proposed Consent Order Granting Substitution of Attorney, which has been executed by Orbitz and by former counsel to Orbitz, Monica Susan Asher of McDermott Will & Emery LLP.[1]

Respectfully submitted,


/s/Regina Schaffer-Goldman


Attachment

---

[1] On August 25, 2016, Sandra B. Saunders, former counsel to Orbitz, respectfully requested, and the Court so-ordered, that Ms. Saunders's appearance in this matter be withdrawn. Dkt. No. 207.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060         ☎ +1.212.309.6000
United States                                📠 +1.212.309.6001