# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC, a New York Limited

Liability Corporation,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

GENERAL HOTEL MANAGEMENT, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

 7:13 CV  09239   ( CS  )(PED)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   Plaintiff The Wave Studio, LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the     ☐ judgment    ☒ order    entered on:    March 10, 2017

(date that judgment or order was entered on docket)

that:    Granted Defendant General Hotel Management's Motion for Summary Judgment on

Plaintiff's claims against it and dismissed the same claims on *forum non conveniens* grounds.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

 April 7, 2017

Dated

 /s/ Vijay K. Toke

Signature*

 Toke, Vijay, K.

Name (Last, First, MI)

 918 Parker Street, Bldg. A21, Berkeley, CA 94710

Address                              City                   State                        Zip Code

 (510) 841-9800

Telephone Number

 vijay@cobaltlaw.com

E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13