RONALD L. ISRAEL
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL HOTEL MANAGEMENT LTD. *et al.*, <br><br> Defendants. | Case No.: 13-cv-09239-CS-PED <br><br> **NOTICE OF APPEARANCE** <br><br> DOCUMENT ELECTRONICALLY FILED |

**PLEASE TAKE NOTICE** that Ronald L. Israel, Esq. of Chiesa Shahinian & Giantomasi PC hereby enters his appearance in the above-captioned matter as counsel for defendant General Hotel Management Ltd. Please serve copies of all pleadings, notices and other communications upon the undersigned.

CHIESA SHAHINIAN & GIANTOMASI PC
Attorneys for Defendant
General Hotel Management Ltd.

_____
RONALD L. ISRAEL
risrael@csglaw.com

Dated: April 17, 2017