DANIEL D. BARNES
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL HOTEL MANAGEMENT LTD. *et al.,*<br><br>  Defendants. | Case No.: 13-cv-09239-CS-PED<br><br>**NOTICE OF APPEARANCE**<br><br>DOCUMENT ELECTRONICALLY FILED |

**PLEASE TAKE NOTICE** that Daniel D. Barnes, Esq. of Chiesa Shahinian & Giantomasi PC hereby enters his appearance in the above-captioned matter as counsel for Defendant General Hotel Management Ltd.  Please serve copies of all pleadings, notices and other communications upon the undersigned.

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
General Hotel Management Ltd.

/s/ *Daniel D. Barnes*
DANIEL D. BARNES
dbarnes@csglaw.com

Dated: April 18, 2017