UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
The Wave Studio, LLC

         Plaintiff,

Case No. 7:13-cv-09239-CS-PED

-against-
General Hotel Management
Ltd. et al

         Defendant.
------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[ ] I have cases pending    [✓] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Nate Andrew Garhart**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is 2815181

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Cobb & Cobb, Attorneys at Law
    FIRM ADDRESS: 724 Broadway Newburgh, NY 12550
    FIRM TELEPHONE NUMBER: 510-229-5224
    FIRM FAX NUMBER: 510-295-2401

NEW FIRM: FIRM NAME: Cobalt LLP
    FIRM ADDRESS: 918 Parker St, A-21, Berkeley, CA 94710
    FIRM TELEPHONE NUMBER: 510-841-9800
    FIRM FAX NUMBER: 510-295-2401

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/21/17

               _____
               ATTORNEY'S SIGNATURE