CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Telephone: 973-325-1500
Attorneys for Defendant
General Hotel Management Ltd.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD. *et al.*,<br><br>    Defendants. | Case No.: 13-cv-09239-CS-PED<br><br>**NOTICE OF WITHDRAWAL** |

**PLEASE TAKE NOTICE** that, Howard J. Schwartz, now retired from the firm of Chiesa Shahinian & Giantomasi PC, hereby withdraws his appearance in the above-captioned matter as counsel for Defendant General Hotel Management Ltd. It is noted that Abigail J. Remore, Esq. of Chiesa Shahinian & Giantomasi PC still represents Defendant General Hotel Management Ltd. in the above-captioned matter. Furthermore, Ronald L. Israel, Esq. and Daniel D. Barnes, Esq., also of Chiesa Shahinian & Giantomasi PC, have entered their appearances in the above-captioned matter as counsel for Defendant General Hotel Management Ltd.

HOWARD J. SCHWARTZ

_____
HOWARD J. SCHWARTZ
c/o Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
hjschwartz33@gmail.com

Dated: June 2, 2017