PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

**VIA E-FILING & EMAIL**
chambersnyseibel@nysd.uscourts.gov

June 16, 2017

The Honorable Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> RE: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
> **Case No. 7:13-cv-09239-CS-PED**
>
> *The Wave Studio, LLC v. Groupon, Inc.*
> **Case No. 7:17-cv-03589-CS**

Dear Judge Seibel:

    As per the Court's order of June 9, 2017 and in response to Defendant General Hotel Management Ltd.'s ("GHM") letter of the same date, Plaintiff The Wave Studio LLC ("Wave") provides its position with respect to the recently-filed related case against Groupon, Inc. (the "Groupon Case"). While Wave does not adopt GHM's description of the procedural history of this case and specifically disagrees with GHM's characterization that the threshold issue in this litigation was to litigate Wave's "claims against GHM"—the threshold issue is actually copyright ownership of the photographs as it relates to Plaintiff's claims against all defendants—Wave does not oppose consolidation of the Groupon Case with this case or for the stay currently in place as to the other defendants to apply to Groupon as well.

Sincerely,

COBALT LLP

*/s/ Vijay K. Toke*
Vijay K. Toke

VKT:na



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401