

Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

702.949.8200 main
702.949.8398 fax
lrrc.com

**Jonathan W. Fountain**
Admitted in Michigan and Nevada
702.949.8340 direct
702.949.8374 fax
jfountain@lrrc.com

July 27, 2017

Our File Number:  888888-80584

<u>**VIA CM/ECF**</u>

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *The Wave Studio, LLC v. Gen. Hotel Mgmt. Ltd., et al.,*
              *Civil Action No. 7:13-cv-09239-CS-PED*

Dear Judge Seibel:

      I write pursuant to Local Civil Rule 1.4 to request leave to withdraw from further representation of Visa Inc. ("Visa") in this civil action, and in related civil action No. 7:15-cv-04953-CS, as I have resigned from my employment with Lewis Roca Rothgerber Christie LLP.  I also write to request removal from the CM/ECF service list for these cases.

      My withdrawal will not prejudice Visa in any way or affect any deadlines as the case against Visa is currently stayed, and Visa will continue to be represented by Michael J. McCue and Aaron Johnson of Lewis Roca Rothgerber Christie LLP, who are both counsel of record.

      It has been an honor to practice before you.  If you have any questions regarding these requests, I can be reached at (702) 423-7126.

                              Very truly yours,

                              <u>/s/ Jonathan W. Fountain</u>

                              Jonathan W. Fountain

cc:     All counsel of record (via CM/ECF)