UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York limited liability company,<br><br>    Plaintiff,<br>v.<br><br>GENERAL HOTEL MANAGEMENT, *et al.*,<br><br>    Defendants. | No. 7:13-cv-09239-CS-PED |

### NOTICE OF APPEARANCE

1

101978606_1

## NOTICE OF APPEARANCE

TO:   The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE THAT, attorney Aaron D. Johnson (NYSB No. 4783189) who is admitted to practice before this Court, in related civil action No. 15-cv-04953-CS, entitled, *The Wave Studio, LLC v. Visa, Inc.*, (the "Visa Action"), <u>which has been consolidated with this action</u>, hereby enters his appearance on behalf of Defendant Visa Inc., and requests that he be added to the CM/ECF service list for this case.

Dated: July 31, 2017.

        Respectfully submitted.

        LEWIS ROCA
        ROTHGERBER CHRISTIE LLP

        */s/ Aaron D. Johnson*
        Aaron D. Johnson (NYSB No. 4783189)
        ADJohnson@LRRC.com
        4300 Bohannon Drive, Suite 230
        Menlo Park, CA 94025
        Tel. (650) 391-1380
        Fax (650) 391-1395

        Michael J. McCue
        MMcCue@LRRC.com
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas NV 89169
        Tel. (702) 949-8200
        Fax (702) 949-8398

        *Attorneys for Defendant Visa Inc.*

101978606_1