UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York limited liability company,<br><br>                    Plaintiff,<br>     v.<br><br>GENERAL HOTEL MANAGEMENT, *et al.*,<br><br>                    Defendants. | No. 7:13-cv-09239-CS-PED |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Michael J. McCue, has been admitted *pro hac vice* in related civil action captioned *The Wave Studio, LLC v. Visa, Inc.*, No. 15-cv-04953-CS, which has been consolidated with this action. Michael McCue hereby enters his appearance on behalf of Defendant Visa Inc. in this action and requests that he be added to the CM/ECF service list for this case.

Dated: July 31, 2017.

                                        Respectfully submitted.

                                        LEWIS ROCA
                                        ROTHGERBER CHRISTIE LLP

                                        /s/ Michael J. McCue
                                        Michael J. McCue
                                        MMcCue@LRRC.com
                                        3993 Howard Hughes Parkway, Suite 600
                                        Las Vegas NV 89169
                                        Tel. (702) 949-8200
                                        Fax (702) 949-8398

2

and

Aaron D. Johnson (NYSB No. 4783189)
ADJohnson@LRRC.com
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Tel. (650) 391-1380
Fax (650) 391-1395

*Attorneys for Defendant Visa Inc.*

2