UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>GENERAL HOTEL MANAGEMENT LTD. et al.,<br><br>　　　　　Defendants. | Civil Action No. 13-cv-09239-CS-PED<br><br>**NOTICE OF APPEARANCE OF KATHRYN J. FRITZ** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT Kathryn J. Fritz of Fenwick & West LLP is admitted to practice in this court and hereby submits this Notice of Appearance of Counsel for Defendant Travix Travel USA, Inc. ("Travix"). All further pleadings or notices in this action, with the exception of original process, should be served on Travix through the undersigned counsel. This Notice of Appearance of Counsel is not intended to waive, and may not be deemed to waive, any defense, objection, or claim whatsoever, including without limitation objections to the timeliness or sufficiency of service of process on Travix, or objections to the Court's jurisdiction over this action or over Travix.

For all purposes of Notice of Electronic Filing, counsel's email address is as follows:

Kathryn J. Fritz:　　　kfritz@fenwick.com
　　　　　　　　　　　anolen@fenwick.com

Dated: August 15, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　By:　　*/s/Kathryn J. Fritz*
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

2

TRAVIX TRAVEL USA, INC.

Kathryn J. Fritz
kfritz@fenwick.com
1211 Avenue of the Americas, 32nd Floor
New York, NY 10036
Telephone: 212.921.2001

Jedediah Wakefield
jwakefield@fenwick.com
Todd R. Gregorian
tgregorian@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:  415.281.1350