

ABIGAIL J. REMORE
One Boland Drive
West Orange, NJ 07052
973.530.2114
Fax: 973.530.2314
ajremore@csglaw.com

csglaw.com

December 12, 2017

*Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov*

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
   and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    The Wave Studio, LLC v. General Hotel Management Ltd., et al.
              Case No. 7:13-cv-09239-CS-PED

Dear Judge Seibel:

      This firm is counsel for Defendant General Hotel Management Ltd. ("GHM") in the case *The Wave Studio, LLC v. General Hotel Management Ltd. et. al.*, Case No. 7:13-cv-09239-CS-PED and all cases consolidated therewith. In accordance with Your Honor's March 10, 2017 Opinion and Order, the undersigned respectfully submits this letter as GHM's status update.

      Plaintiff, The Wave Studio, LLC ("Plaintiff") has appealed Your Honor's decision to the Second Circuit Court of Appeals, where the matter has been assigned Docket No. 17-1018. The parties participated in a Civil Appeals Mediation Program ("CAMP") Conference on June 13, 2017 but were unable to reach an amicable resolution of this matter. The appeal is now fully briefed, and oral argument has been scheduled for February 2, 2018.

      To the best of the undersigned and GHM's knowledge, neither Plaintiff nor its principal or affiliates have instituted proceedings against GHM in Singapore.

      We thank Your Honor for your attention to this matter.

                           Respectfully submitted,

                           /s/ *Abigail J. Remore*

                           Abigail J. Remore

AJR:
cc:    All counsel of record via ECF