UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

THE WAVE STUDIO, LLC,

                              Plaintiffs,          Civil Case No.: 13-cv-09239

    v.

GENERAL HOTEL MANAGEMENT LTD. et al.,

                              Defendants.
───────────────────────────────────────────────

## NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES Christopher J. Belter of Goldberg Segalla LLP and gives notice of his appearance as counsel for Defendant Setai Owners LLC in the above referenced matter. Christopher J. Belter appears in place of Daniel B. Moar, who has withdrawn from Goldberg Segalla LLP to serve as an Assistant United States Attorney for the Western District of New York. I affirm that Setai Owners, LLC has knowledge of and is in agreement with the change. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

Dated: Buffalo, New York
       January 18, 2018

                                                  GOLDBERG SEGALLA LLP

                                                   *s/Christopher J. Belter*
                                                  Christopher J. Belter, Esq.
                                                  *Attorneys for Defendant*
                                                  *Setai Owners LLC*
                                                  665 Main Street
                                                  Buffalo, New York 14203
                                                  (716) 566-5400
                                                  cbelter@goldbergsegalla.com

CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2018, I electronically filed the foregoing *NOTICE OF SUBSTITUTION OF COUNSEL* with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

                                                       *s/Christopher J. Belter*
                                                       Christopher J. Belter