

**ABIGAIL J. REMORE**
One Boland Drive
West Orange, NJ 07052
973.530.2114
Fax: 973.530.2314
ajremore@csglaw.com

csglaw.com

March 12, 2018

*Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov*

The Honorable Cathy Seibel
United States District Court
  for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
  and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **The Wave Studio, LLC v. General Hotel Management Ltd., et al.**
              **Case No. 7:13-cv-09239-CS-PED**

Dear Judge Seibel:

      This firm is counsel for Defendant General Hotel Management Ltd. ("GHM") in the case The Wave Studio, LLC v. General Hotel Management Ltd. et. al., Case No. 7:13-cv-09239-CS-PED and all cases consolidated therewith. In accordance with Your Honor's March 10, 2017 Opinion and Order, the undersigned respectfully submits this letter as GHM's status update.

      Plaintiff, The Wave Studio, LLC ("Plaintiff") appealed Your Honor's decision to the Second Circuit Court of Appeals, where the matter was assigned Docket No. 17-1018. Oral Argument took place on February 2, 2018, and on February 26, 2018, the Second Circuit Court of Appeals issued a summary order affirming Your Honor's March 10, 2017 judgment. A copy of the Second Circuit's summary order is enclosed hereto.

      To the best of the undersigned and GHM's knowledge, neither Plaintiff nor its principal or affiliates have instituted proceedings against GHM in Singapore.

      We thank Your Honor for your attention to this matter.

                              Respectfully submitted,

                              /s/ *Abigail J. Remore*

                              Abigail J. Remore

AJR:
Enclosure
cc:    All counsel of record via ECF