**GOLDBERG SEGALLA**<sup>LLP</sup>

Christopher J. Belter | Partner
Direct 716.566.5412 | cbelter@goldbergsegalla.com

March 23, 2018

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-415

      Re:    The Wave Studio, LLC v. General Hotel Mgmt. Ltd. et al.
              Case No. 13-cv-9239
              Our File No.:6390.0546

Dear Judge Seibel:

      This firm represents defendant Setai Owners, LLC in the above-action and consolidated actions. Please accept this letter in response to the Court's Order, dated March 12, 2018 (Document 238) ("Order") that provided "The parties should advise by letter, no later than 3/23/18, what they think should happen to the defendants in 13-CV-9239 other than GHM and to the cases related to 13-CV-9239." In light of the Co-Defendants' letter filed on March 23, 2018 (Document 240) and the discussions with Plaintiff's counsel referenced therein, we agree with Co-Defendants position regarding the stay.

      As such, we respectfully request that the Stay remain in effect until the forthcoming Singapore matter and any related appeals are complete.

                              Respectfully submitted,

                              Christopher J. Belter

CJB/amk