Lawrence E. Abelman
Jeffrey A. Schwab
Victor M. Tannenbaum
Peter J. Lynfield
Caridad Piñeiro Scordato
Michael Aschen
Julianne Abelman
Julie B. Seyler
Marie Anne Mastrovito
Anthony A. Coppola
Ned W. Branthover
Anthony J. DiFilippi
Jennifer R. Waitman
Norman D. Hanson
Frank Terranella
Ralph J. Crispino
Douglas J. Gilbert
———
Writer's Direct Dial:
(212) 885-9207
———
Writer's E-Mail:
maschen@lawabel.com

**ABELMAN, FRAYNE & SCHWAB**
Attorneys at Law
666 Third Avenue
New York, New York 10017-5621
————————
Telephone: (212) 949-9022
Facsimile:  (212) 949-9190
e-mail@lawabel.com

Of Counsel:
Thomas E. Spath
Melvin L. Ortner
J. David Dainow
David Toren (Ret.)
———
Lori B. Cohen
Steven M. Hertzberg
Charles S. Stein
Theodore J. Pierson
Erica R. Halstead
Aimee M. Allen
Vindra Richter
———
Alexander Zinchuk*
*(Registered Patent Agent)

March 23, 2018

**By ECF**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:   *The Wave Studio, LLC v. General Hotel Management, Ltd., et al.,* 7:13-cv-09239 (CS); Our Ref. 224217.

Dear Judge Seibel:

    We represent the defendant, Qatar Airways, in the referenced and consolidated actions. We are writing in response to the Court's March 12, 2018 Order [Document 238], and to join in the request in Ms. Phillips's March 23, 2018, letter to the Court [Doc. 241] that the Wave Studio, LLC's (the "Wave Studio") claims against the defendants other than General Hotel Management Ltd. ("GMH") in case 13-CV-9239 and related cases be dismissed for the reasons stated in Ms. Phillip's letter. We also join in Ms. Phillip's request that the Wave Studio's claims be dismissed with prejudice if it has not initiated an action against GHM in a Singaporean court by a date certain, *e.g.*, within 90 days of the date of any dismissal order.

    If the relief requested in Ms. Phillip's letter is not granted by the Court, we respectfully ask that the relief requested in Mr. Van Dusen's March 23, 2018, letter [Doc. 240] on behalf of his

The Honorable Cathy Seibel  **ABELMAN, FRAYNE & SCHWAB**
March 23, 2018
Page 2

clients and the Plaintiff be granted, namely that the stay in this action remain in effect pending resolution of any proceedings initiated in Singapore, including any appeals thereof.

Respectfully,

Michael Aschen

MA:zs
cc: Qatar Airways
    Lawrence E. Abelman, Esq.
    All counsel of record (via ECF)