

**DANIEL D. BARNES**
One Boland Drive
West Orange, NJ 07052
973.530.2097
Fax: 973.530.2297
dbarnes@csglaw.com

csglaw.com

March 23, 2018

*Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov*

The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
   and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **The Wave Studio, LLC v. General Hotel Management Ltd., et al.**
              <u>**Case No. 7:13-cv-09239-CS-PED**</u>

Dear Judge Seibel:

      This firm is counsel for Defendant General Hotel Management Ltd. ("GHM") in the case The Wave Studio, LLC v. General Hotel Management Ltd. et. al., Case No. 7:13-cv-09239-CS-PED and all cases consolidated therewith.  GHM submits this letter in accordance with Your Honor's March 13, 2018 Order regarding the status of the stayed defendants in these proceedings.

      Given that GHM is no longer a party in this case, it is unclear whether Your Honor intended GHM to submit a letter in response to the Order.  Nevertheless, in an abundance of caution, and to the extent the Court wishes to consider GHM's position as to the status for the remainder of the defendants, we respectfully note that the threshold issue in this proceeding (namely, whether Plaintiff owns the allegedly infringed photographs and/or whether GHM had a right to use and distribute the allegedly infringed photographs as it saw fit) still has not yet been substantively decided.  In GHM's opinion, it would be premature for any claims against the remainder of the defendants (or any cross-claims or indemnification claims) to proceed unless and until the threshold issue is decided in Singapore.

      We thank Your Honor for your attention to this matter.

                              Respectfully submitted,

                              /s/ *Daniel D. Barnes*

                              Daniel D. Barnes

DDB:ajr
cc:    All counsel of record via ECF