

# Cantor Colburn LLP
*Intellectual Property Attorneys*

*Steven M. Coyle*
scoyle@cantorcolburn.com
*Partner*

**HARTFORD**
20 Church Street
22nd Floor
Hartford, CT 06103
phone: 860-286-2929
fax: 860-286-0115

**WASHINGTON, D.C.**
1800 Diagonal Road
Suite 400
Alexandria, VA 22314
phone: 703-236-4500
fax: 703-236-4501

**ATLANTA**
1180 Peachtree Street
Suite 2050
Atlanta, GA 30309
phone: 404-607-9991
fax: 404-607-9981

**HOUSTON**
2603 Augusta Drive
Suite 1270
Houston, TX 77057
phone: 713-266-1130
fax: 713-266-8510

**DETROIT**
201 W. Big Beaver Road
Suite 1101
Troy, MI 48084
phone: 248-524-2300
fax: 248-524-2700

www.cantorcolburn.com

March 23, 2018

**VIA ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-415

Re:   *The Wave Studio, LLC v. General Hotel Management, Ltd., et al.*
      Civil Action No.: 7:13-cv-09239-CS

Dear Judge Seibel:

This firm represents the defendant priceline.com LLC ("Priceline") in case number 7:15-cv-06995-CS, which is consolidated with the lead case, 7:13-cv-09239-CS (the "GHM Action").

We are in receipt of the March 23, 2018 letter from Attorney Matthew Van Dusen (Dkt. No. 240) on behalf of a number of other defendants in these matters proposing that the present case remain stayed. We are also in receipt of the March 23, 2018 letter from Attorney Danielle Anne Phillip (Dkt. No. 241) on behalf of the Defendant American Airlines in the GHM Action, as well as Defendant British Airways Plc in the related Civil Action No. 7:15-cv-07950-CS (S.D.N.Y.). In that letter, American Airlines and British Airways propose that:

> Wave Studio's claims against the 'defendants in 13-CV-9239 other than GHM and to the cases related to 13-CV-9239' should be dismissed because those claims are contingent on an adjudication by a Singaporean court that Wave Studio owns the alleged copyrighted works, which has not yet occurred. American Airlines and British Airways further propose that Wave Studio's claims should be dismissed with prejudice if Wave Studio has not initiated an action against GHM in a Singaporean court by a date certain, such as within 90 days of the date of any dismissal order."

*See* Dkt. No. 241, p. 1.

## Cantor Colburn LLP
*Intellectual Property Attorneys*

March 23, 2018
Page | 2

    Priceline concurs with the position advanced by American Airlines and British Airways, and therefore also respectfully proposes that the present matter be dismissed as to Priceline upon the same terms and for the same reasons as set forth by American Airlines and British Airways.

    In the event that this Court is not inclined to dismiss the claims against Priceline as set forth above, then Priceline concurs with the approach proposed by Attorney Van Dusen (Dkt. No. 240) and proposes that the stay in this action remain in place pending complete resolution of the forthcoming Singapore matter and any related appeals.

    Please let us know if the Court has any questions.

Sincerely,

Steven M. Coyle, Esq.
SMC/kmt

cc via ECF:

All Counsel of Record