TM

PROMO ©

nate garhart
nate@cobaltlaw.com

March 23, 2018

The Honorable Cathy Seibel
United States District Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    The Wave Studio, LLC v. General Hotel Management Ltd., et al., No. 7:13-
       09239- CS-PED (S.D.N.Y.)

Dear Judge Seibel:

We represent Defendant Orbitz Worldwide LLC d/b/a Orbitz.com ("Orbitz") in the
above- referenced action and write in response to Your Honor's Memo Endorsement
dated March 12, 2018 (ECF No. 238), ordering that "The parties should advise by
letter, no later than 3/23/18, what they think should happen to the defendants in 13-CV-
9239 other than GHM and to the cases related to 13-CV-9239."

Orbitz joins in the letter from Matthew J. Van Dusen, counsel for a number of co-
defendants in this action and related actions, to Your Honor dated March 23, 2018
(ECF No. 240) and respectfully requests that the Stay remain in effect until the
forthcoming case Plaintiff intends to file in Singapore and any related appeals are
completed.


Respectfully Submitted,

COBALT LLP

Nate Garhart


NG/nb

