# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD., ET AL.<br><br>    *Defendants*. | Civil Action No. 7:13-cv-09239 (CS)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew Shea McElligott, hereby move for an Order for admission *Pro Hac Vice* to appear as counsel for American Airlines, Inc. and British Airways Plc in this action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 18, 2018

Respectfully submitted,

BRINKS GILSON & LIONE

By   /s/ Andrew S. McElligott

Andrew S. McElligott, IL – 6317538
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, Illinois 60611
Phone: 312-321-4200
Fax: 312-321-4299
amcelligott@brinksgilson.com

*Attorney for* American Airlines, Inc. and British Airways Plc