AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC, )<br>*Plaintiff* )<br>v. )<br>General Hotel Management LTD., )<br>*Defendant* ) | Case No.  7:13-cv-09239 (CS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Defendant British Airways Plc.

Date:  09/18/2018

/s/ William H. Frankel
*Attorney's signature*

William H. Frankel (IL-3127933)
*Printed name and bar number*

Brinks Gilson & Lione
455 N. Cityfront Plaza Drive
Chicago, IL 60611
*Address*

wfrankel@brinksgilson.com
*E-mail address*

(312) 321-4200
*Telephone number*

(312) 321-4299
*FAX number*