# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| THE WAVE STUDIO, LLC, ) <br> Plaintiff, ) <br> v. ) <br> GENERAL HOTEL MANAGEMENT, *et al.*, ) <br> Defendants. ) | Civil Action No. 7:13-cv-09239-CS-PED <br> (Consolidated with No. 7:15-cv-07950) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Danielle Anne Phillip, hereby withdraws her appearance in the above-captioned matter, including the related action captioned *The Wave Studio, LLC v. British Airways Plc*, No. 7:15-cv-07950 (S.D.N.Y.), as counsel for Defendants American Airlines, Inc., British Airways Plc, and Swiss International Air Lines Ltd ("Swiss Air"). It is noted that William H. Frankel and Andrew Shea McElligott, both of Brinks Gilson & Lione, will remain as counsel of record for American Airlines and British Airways in the above-captioned matter. It is further noted that Carl M. Perri, Jr. and Matthew Van Dusen, both of Clausen Miller P.C., have entered their appearances as counsel of record for Swiss Air in the above-captioned matter.

Respectfully submitted,

Dated: September 19, 2018

*/s/ Danielle Anne Phillip*

Danielle Anne Phillip (DP-2295)
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Phone: (312) 321-4200
Fax: (312) 321-4299
E-mail: dphillip@brinksgilson.com

The Clerk shall terminate Ms. Phillip as counsel.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

9/20/18

1