UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>GENERAL HOTEL MANAGEMENT LTD. et al.,<br><br>   Defendants. | Civil Action No. 13-cv-09239-CS-PED<br><br>**NOTICE OF DISSOLUTION OF DEFENDANT TRAVIX TRAVEL USA INC.** |

  Defendant Travix Travel USA, Inc. hereby provides notice of its intent to dissolve. Attached as Exhibit A is a Publisher's Affidavit of a Notice of Intent to Dissolve Travix Travel USA Inc., signed 10/22/2021 and 10/29/2021.

Dated:  December 9, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: */s/Todd R. Gregorian*
  Attorneys for Defendant
  TRAVIX TRAVEL USA, INC.

  Kathryn J. Fritz
  kfritz@fenwick.com
  1211 Avenue of the Americas, 32nd Floor
  New York, NY 10036
  Telephone: 212.921.2001

  Jedediah Wakefield
  jwakefield@fenwick.com
  Todd R. Gregorian
  tgregorian@fenwick.com
  555 California Street, 12th Floor
  San Francisco, CA  94104
  Telephone: 415.875.2300
  Facsimile:  415.281.1350