UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD., *et al*.,<br><br>        Defendants. | CASE NO. 7:13-CV-09239-CS-PED |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Allonn E. Levy, and the law firm of Hopkins & Carley, a Law Corporation[1] (collectively "Hopkins & Carley"), and Edward Hernstadt and the law firm of Hernstadt Atlas, PLLC[2] (collectively "Hernstadt Atlas"), hereby request to withdraw as counsel for Defendant NexTag, Inc. d/b/a NexTag.com ("NexTag"), and state as follows:

- It is the understanding of the undersigned that NexTag is no longer in business.

- Prior to the cessation of its business enterprises, NexTag was advised of the impending withdrawal of Hopkins & Carley and Hernstadt Atlas as its counsel in this matter.

- The undersigned are not aware of any current contact information for NexTag or any individual or entity succeeding to NexTag's rights or obligations.

- Plaintiff The Wave Studio, LLC has been advised of the withdrawal of Hopkins & Carley and Hernstadt Atlas as counsel for NexTag in this matter and consents to it.

- The undersigned are unaware of any opposition to this request.

- Because this matter is currently stayed as to NexTag (*see* Opinion and Order on Summary Judgment Motions, Doc. 209, p. 21 (Mar. 10, 2017)), and because NexTag is believed to have ceased operations, allowing Hopkins & Carley,

---

[1] Aleksandr Korzh was previously an attorney with Hopkins and Carley. Mr. Korzh is no longer with this or another law firm.

[2] The firm was previously called Hernstadt Atlas, LLC

4866-9688-1160.3

- 2 -

Hernstadt Atlas and any attorneys associated therewith to withdraw will not prejudice any party or delay this matter.

In view of the foregoing, Hopkins & Carley and Hernstadt Atlas respectfully request to withdraw as counsel for NexTag in this action.

Dated:  March 7, 2022

Respectfully Submitted,

HOPKINS & CARLEY,
a Law Corporation

By:  /s/ Allonn E. Levy
Allonn E. Levy
alevy@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406
*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790

HERNSTADT ATLAS, PLLC

By:  /s/ Edward Hernstadt
Edward Hernstadt
ed@heatlaw.com
Hernstadt Atlas, PLLC
45 Main Street, Suite 1030
Brooklyn, NY 11201
(212) 809-2501

Attorneys for Defendant
NEXTAG, INC.

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.

4866-9688-1160.3