UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
THE WAVE STUDIO, LLC,

        Plaintiff,

  -against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

        Defendants.
------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Carla B. Oakley hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-captioned action.

I am in good standing with the bar of the State of California and there are no pending disciplinary proceedings against me in any state of federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 30, 2022
       San Francisco, CA

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Carla B. Oakley*
    Carla B. Oakley
    carla.oakley@morganlewis.com
    One Market, Spear Street Tower
    San Francisco, CA  94105-1596
    Tel.: +1.415.442.1301
    Fax: +1.415.442.1001

Attorneys for Defendants
KAYAK SOFTWARE CORPORATION;
GETAROOM.COM

-2-

## CERTIFICATE OF SERVICE

I certify that on **December 1, 2022**, I caused to be electronically filed a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*, AFFIDAVIT OF CARLA B. OAKLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*, CERTIFICATE OF GOOD STANDING,** and **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of the District Court using its CM/ECF system, which will then electronically notify all parties registered to receive such notice.

                                                      */s/ Carla B. Oakley*
                                                      CARLA B. OAKLEY