**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

THE WAVE STUDIO, LLC,

        Plaintiff,

  -against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

        Defendants.

---------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED

**AFFIDAVIT OF CARLA B. OAKLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF CALIFORNIA    )
                                  ) ss.:
COUNTY OF SAN FRANCISCO  )

Carla B. Oakley, being duly sworn, deposes and says:

1. I, Carla B. Oakley, am a partner at Morgan, Lewis & Bockius LLP located at One Market Street, Spear Street Tower, San Francisco, CA 94105 with an email address of carla.oakley@morganlewis.com and a telephone number of +1.415.442.1301.

2. I am an active member in good standing of the bar of the State of California. I hereby respectfully apply for admission to practice *Pro Hac Vice* in the Southern District of New York representing KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-entitled action.

3. I am an active member in good standing of a United States Court of the highest court of another State, as indicated above and my California bar number is 130092.

4. I have never (a) been convicted of a felony, (b) been censured, suspended, disbarred or denied admission or readmission by any court, nor (c) had any disciplinary proceedings against me.

5. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as **Exhibit A**.

6. I agree to familiarize myself with, and abide by, the Federal Rules of Civil Procedure and the Local Rules of this Court.

7. I submit this Affidavit in support of the Motion for Admission, *Pro Hac Vice* in the above-entitled action.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 29, 2022
San Francisco, California

_____
CARLA B. OAKLEY

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF SAN FRANCISCO  )

Subscribed and sworn to (or affirmed) before me on this **29th** day of **November, 2022**, by **CARLA B. OAKLEY**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MARLANA JOYCE LYNCH
Notary Public - California
San Francisco County
Commission # 2329184
My Comm. Expires Jun 23, 2024