UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
THE WAVE STUDIO, LLC,

            Plaintiff,

-against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

           Defendants.
------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

     The motion of Carla B. Oakley for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

     Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Carla B. Oakley |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | One Market, Spear Street Tower, San Francisco, CA 94105 |
| Telephone/Fax: | (415) 442-1301 / (415) 442-1001 |
| Email: | carla.oakley@morganlewis.com |

     Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-captioned action;

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                  United States District / Magistrate Judge