**UNITED STATES U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
THE WAVE STUDIO, LLC,

        Plaintiff,

  -against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

        Defendants.
---------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED

**AFFIDAVIT OF MEAGHAN H. KENT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

COMMONWEALTH OF MASSACHUSETTS )
                                              ) ss.:
SUFFOLK COUNTY                    )

Meaghan H. Kent, being duly sworn, deposes and says:

   1.  I, Meaghan H. Kent, am a partner at Morgan, Lewis & Bockius LLP located at 1111 Pennsylvania Avenue, NW, Washington, DC 20004-2541 with an email address of meaghan.kent@morganlewis.com and a telephone number of 202.739.5124.

   2.  I am an active member in good standing of the bar of the District of Columbia, and the bar of the State of Florida. I hereby respectfully apply for admission to practice *Pro Hac Vice* in the Southern District of New York representing KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-entitled action.

   3.  As shown in the Certificates of Good Standing annexed hereto, I am an active member in good standing of the Bars of the District of Columbia (Bar No. 977821), and Florida (Bar No. 13537).

   4.  I have never (a) been convicted of a felony, (b) been censured, suspended, disbarred or denied admission or readmission by any court, nor (c) had any disciplinary proceedings against me.

5. Tue and correct copies of certificates of good standing or equivalent official documents from said bars are attached to this application as **Exhibit A**.

6. I agree to familiarize myself with, and abide by, the Federal Rules of Civil Procedure and the Local rules of this Court.

7. I submit this Affidavit in support of the Motion for Admission, *Pro Hac Vice* in the above-entitled action.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 30, 2022
~~Washington, DC~~
Boston, MA

_____
MEAGHAN H. KENT

COMMONWEALTH of Massachusetts ~~WASHINGTON D.C.~~     )
SUFFOLK County                                        ) SS.
~~DISTRICT OF COLUMBIA~~                              )

Subscribed and sworn to before me
on this 30th day of November 2022.

_____
Notary Public

ELIZABETH T. KELSEN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 08/10/2029

2