UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
THE WAVE STUDIO, LLC,

           Plaintiff,

-against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

           Defendants.
---------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED

**[PROPOSED] ORDER ADMISSION *PRO HAC VICE***

The motion of Meaghan H. Kent for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Florida, and the bar of the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Meaghan H. Kent |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1111 Pennsylvania Avenue, NW, Washington, DC 20004-2541 |
| Telephone/Fax: | (202) 739-5124 / (202) 739-3001 |
| Email: | meaghan.kent@morganlewis.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                                       United States District / Magistrate Judge