AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:13-cv-09239-CS |
| GENERAL HOTEL MANAGEMENT LTD., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants KAYAK SOFTWARE CORPORATION, and GETAROOM.COM.

Date: December 12, 2022

/s/ Meaghan H. Kent
*Attorney's signature*

Meaghan H. Kent
*Printed name and bar number*

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
*Address*

meaghan.kent@morganlewis.com
*E-mail address*

(202) 739-5124
*Telephone number*

(202) 739-3001
*FAX number*