AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:13-cv-09239-CS-PED |
| General Hotel Management Ltd. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Groupon, Inc.

Date: 04/03/2023

s/James Rosenfeld
*Attorney's signature*

James Rosenfeld, JR2256
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

*Address*

jamesrosenfeld@dwt.com
*E-mail address*

(212) 603-6455
*Telephone number*

(212) 379-5205
*FAX number*