✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | **District of** | New York |
|---|---|---|

The Wave Studio, LLC

Plaintiff (s),

V.

General Hotel Management Ltd. et al

Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   7:13-cv-09239-CS-PED

Notice is hereby given that, subject to approval by the court,   Defendant Groupon, Inc.   substitutes

(Party (s) Name)

James Rosenfeld   , State Bar No.   2807212   as counsel of record in

(Name of New Attorney)

place of   Anthony Tobias Pierce and Stanley Edmund Woodward of Akin Gump Strauss Hauer & Feld LLP   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Davis Wright Tremaine LLP |
|---|---|
| Address: | 1251 Avenue of the Americas, 21st Floor, New York, NY 10020 |
| Telephone: | (212) 603-6455 |
| E-Mail (Optional): | jamesrosenfeld@dwt.com |

Facsimile  (212) 379-5205

I consent to the above substitution.

Date:   3/30/23

_(Signature of Party (s))_

I consent to being substituted.

Date:   03/29/23

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date:   3/27/2023

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]