AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| The Wave Studio, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:13-cv-09239-CS-PED |
| General Hotel Management Ltd. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Groupon, Inc.

Date: 04/03/2023

s/Ambika Kumar
*Attorney's signature*

Ambika Kumar,
*Printed name and bar number*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
*Address*

AmbikaKumar@dwt.com
*E-mail address*

(206) 757-8030
*Telephone number*

(206) 757-7030
*FAX number*