AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

The Wave Studio, LLC
                Plaintiff(s),
V.
General Hotel Management Ltd. et al
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:13-cv-09239-CS-PED

Notice is hereby given that, subject to approval by the court, **Defendant Groupon, Inc.** (Party(s) Name) substitutes **Ambika Kumar** (Name of New Attorney), State Bar No. _____, as counsel of record in place of **Anthony Tobias Pierce and Stanley Edmund Woodward of Akin Gump Strauss Hauer & Feld LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Davis Wright Tremaine LLP
    Address: 920 Fifth Avenue, Suite 3300, Seattle, WA 98104-1610
    Telephone: (206) 757-8030    Facsimile: (206) 757-7030
    E-Mail (Optional): AmbikaKumar@dwt.com

I consent to the above substitution.
Date: 3/30/23
(Signature of Party(s))

I consent to being substituted.
Date: 03/29/23
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 3/27/2023
s/Ambika Kumar
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]