AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

The Wave Studio, LLC
        Plaintiff (s),
V.
General Hotel Management Ltd. et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:13-cv-09239-CS-PED

Notice is hereby given that, subject to approval by the court, __Defendant Groupon, Inc.__ substitutes
(Party (s) Name)

__James Rosenfeld__, State Bar No. __2807212__ as counsel of record in
(Name of New Attorney)

place of __Anthony Tobias Pierce and Stanley Edmund Woodward of Akin Gump Strauss Hauer & Feld LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Davis Wright Tremaine LLP
Address: 1251 Avenue of the Americas, 21st Floor, New York, NY 10020
Telephone: (212) 603-6455    Facsimile (212) 379-5205
E-Mail (Optional): jamesrosenfeld@dwt.com

I consent to the above substitution.
Date: 3/30/23
(Signature of Party (s))

I consent to being substituted.
Date: 03/29/23
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/27/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/3/23
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]