IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD.,<br>*et al.,*<br><br>      *Defendants.* | Case No. 7:13cv-09239-CS-PED<br><br>**STIPULATION AND ORDER OF<br>SUBSTITUTION OF COUNSEL** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Robins Kaplan LLP is hereby substituted in place and in the stead of current lead counsel Vijay Toke of Rimon, P.C. as counsel of record for plaintiff, The Wave Studio, LLC, in the above-captioned action.

    PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       October 10, 2023

RIMON, P.C.
*Withdrawing Attorneys for Plaintiff*

By:   /s/Vijay K. Toke
    Maxim Howard Waldbaum
    maxim.waldbaum@rimonlaw.com
    Vijay K. Toke
    vijay.toke@rimonlaw.com
100 Park Avenue, 16th Floor
New York, New York 10017
Telephone: (212) 363-0270

ROBINS KAPLAN LLP
*Incoming Attorneys for Plaintiff*

By:   /s/Gabriel Berg
    Roman Silberfeld (*pro hac vice* to be filed)
    Annie Huang
    Gabriel Berg
    GBerg@RobinsKaplan.com
    Jessica Gutierrez (*pro hac vice* to be filed)
    Zac Cohen (*pro hac vice* to be filed)
    Waleed Abbasi
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: (212) 980-7400

THE WAVE STUDIO, LLC

By: _____
    Lee Kar Yin

62059083.1

SO ORDERED:

_____
THE HONORABLE CATHY SEIBEL
United States District Court Judge