AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 7:13-cv-09239-CS |
| GENERAL HOTEL MANAGEMENT LTD., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Setai Owners LLC                                                                                   .

Date:   11/09/2023

/s/ Matthew S. Trokenheim
*Attorney's signature*

Matthew S. Trokenheim
*Printed name and bar number*

Goldberg Segalla LLP
1037 Raymound Blvd., Suite 1010
Newark, NJ 07102-5423
*Address*

mtrokenheim@goldbergsegalla.com
*E-mail address*

(973) 681-7024
*Telephone number*

(973) 681-7101
*FAX number*