Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T  +1 202.887.4000
F  +1 202.887.4288
akingump.com



**Anthony T. Pierce**
+1 202.887.4411/fax: +1 202.887.4288
apierce@akingump.com

November 22, 2023

Hon. Cathy Seibel
United States District Judge
Charles L. Brieant United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *The Wave Studio, LLC v. American Express Company*
             Case No. 7:15-CV-03420-CS

           *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
             Case No. 7:13-CV-9239-CS-PED

Dear Judge Seibel:

       Akin Gump Strauss Hauer & Feld LLP is counsel to American Express Company ("American Express") in *The Wave Studio, LLC v. American Express Company*, Case No. 7:15-CV-03420-CS, which has been consolidated with *The Wave Studio LLC v. General Hotel Management Ltd.*, et al., Case No. 7:13-CV-9239-CS-PED. We write in response to this Court's November 7, 2023 Order instructing the defendants to respond to Plaintiff's November 7, 2023 letter requesting a pre-motion conference on Plaintiff's Motion to Lift the Stay. *See* ECF 295, 296 (13-cv-9239).

       American Express joins General Hotel Management Ltd.'s response to Plaintiff's November 7, 2023 letter. *See* ECF 300 (13-cv-9239). Further, should the Court lift the stay, American Express respectfully requests that the Court enter a scheduling order that provides American Express with 60 days to respond to the operative complaint.

                                                   Sincerely,

                                                   */s/ Anthony T. Pierce*

                                                   Anthony T. Pierce
                                                   Erica E. Holland
                                                   *Counsel for American Express Company*