

O. 702.949.8200
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169
lewisroca.com

**Michael McCue**
Partner
Admitted in California, Nevada,
Virginia, and District of Columbia
702.949.8224 direct
702.949.8363 fax
MMcCue@lewisroca.com

November 22, 2023

Our File No.: 142961-00027

Hon. Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.* Case No. 7:13-CV-9239-CS-PED

Dear Judge Seibel,

  This firm represents Defendant Visa, Inc. ("Visa") in the above-entitled action. We write in response to the Court's November 7, 2023, order instructing Defendants to respond to Plaintiff's November 7, 2023, letter requesting a pre-motion conference on Plaintiff's Motion to Lift the Stay. (ECF No. 296).

  Visa joins General Hotel Management Ltd.'s response. (ECF No. 300.)

            Sincerely,

            Michael J. McCue
            Lewis Roca Rothgerber Christie LLP