

**LEWIS** □ **ROCA**

O. 702.949.8200
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
lewisroca.com

**Michael McCue**
Partner
Admitted in California, Nevada,
Virginia, and District of Columbia
702.949.8224 direct
702.949.8363 fax
MMcCue@lewisroca.com

November 22, 2023

Our File No.: 142961-00027

Hon. Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.* Case No. 7:13-
             CV-9239-CS-PED

Dear Judge Seibel,

    Counsel for Defendant Visa, Inc. ("Visa") respectfully requests leave to appear before the
Court via telephone (or any other remote means the Court prefers) for the November 29, 2023,
pre-motion conference on Plaintiff's Motion to Lift the Stay. (ECF No. 296). In the interests of
reducing cost and burden, counsel requests leave to appear remotely.

    Visa set forth its position on the topic of the pre-motion conference via a separate letter.
(ECF No. 305).

    Visa's counsel can be reached at **702-949-8224** for the hearing.

    Sincerely,

Michael J. McCue
Lewis Roca Rothgerber Christie LLP

123058891.1

LEWIS ROCA ROTHGERBER CHRISTIE LLP