

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
 District of Columbia
 Colorado

November 22, 2023

Hon. Cathy Seibel U.S.D.J.
Charles L. Brieant Jr. Federal Building & U.S. District Court
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

***Re: The Wave Studio, LLC v. General Hotel Management Ltd., et al. Case No. 7:13- CV-9239-CS-PED***

Dear Judge Seibel,

This firm represents Defendant Tablet Inc. d/b/a Tablethotels.com ("Tablet") in the above-entitled action [ECF 14].

We write in response to the Court's November 7, 2023, order instructing Defendants to respond to Plaintiff's November 7, 2023, letter requesting a pre-motion conference on Plaintiff's Motion to Lift the Stay. (ECF No. 296). We join in and respectfully request that the Court adopt the procedure specified in the letter written on behalf of Getaroom.com and Kayak Software Corp. d/b/a Kayak.com (Dkt. 303) as a prerequisite to lifting the stay in this action

We will be present at the conference scheduled on November 29th.

_____
Vivian Rivera Drohan, Partner