

Matthew S. Trokenheim  |  Partner
Direct 973.681.7024  |  mtrokenheim@goldbergsegalla.com

November 22, 2023

VIA ECF

The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

Re: *The Wave Studio, LLC v. General Hotel Management Ltd., et al.,*
S.D.N.Y. Case No. 7:13-cv-09239

Dear Judge Seibel:

My firm represents and writes on behalf of defendant Setai Owners LLC ("Setai") pursuant to Your Honor's November 7, 2023 Order (DE 296). Setai agrees with and joins in the positions expressed in the letters filed on behalf of General Hotel Management Ltd. (DE 300), Signature Travel Network (DE 306), and Booking Holdings (DE 303). In short, Setai does not oppose the lifting of the stay, conditioned on Plaintiff first fulfilling its obligations to clarify the scope of the Singapore rulings and their affect on the consolidated actions through the procedures described in co-defendants' letters.

Thank you in advance for your consideration.

Respectfully,

**GOLDBERG SEGALLA LLP**

 */s/ Matthew S. Trokenheim*
Matthew S. Trokenheim

MST:

**Please send mail to our scanning center at: PO Box 847, Buffalo NY 14201**

CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA
38464679.v1