

**STRIKOWSKY DRACHMAN & SHAPIRO**

**New York Office**
111 Broadway, Suite 1103
New York, NY 10006
212-970-7111

**New Jersey Office**
658 Ridgewood Avenue
Maplewood, New Jersey 07040
973-826-2700

Sim R. Shapiro
Direct (646) 793-6517
Fax (212) 257-4066
Email: srs@strikowsky.com

November 22, 2023

**VIA ECF and Email**
Hon. Cathy Seibel
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 621
White Plains, New York 10601

      RE:    *The Wave Studio, LLC. v. General Hotel Management, et al.*
                Case No. 7:13-cv-09239-CS-PED

Dear Judge Seibel:

      This firm is incoming counsel for the Defendant Delta Airlines, Inc. s/h/a Delta Airlines, Inc. d/b/a Delta.com (hereinafter "Delta") in the above-referenced action.

      This correspondence is written pursuant to this Court's November 7, 2023 Order with regard to the defendants' respective positions as to the plaintiff's Motion to Lift the Stay. Delta concurs with the position set forth in the correspondence from counsel for Booking Holdings, Inc., Agoda Company Pte Ltd., AGIP LLC, Booking.com BV, Booking.com (USA) Inc., Rocket Travel, Inc. and Momondo A/S; Hotels Combined LLC; Priceline.com); Getaroom.com and Kayak Software Corp. d/b/a Kayak.com (hereinafter, Kayak, et al) (ECF Filing #303). We have not been apprised of information surrounding the resolution of the Singapore action nor do we concede that any rulings in that action would be binding on our client in this action. Our office therefore requests that the Court adopt the procedures set forth in the correspondence from counsel for Kayak, et al. (ECF Filing #303).

      Thank you for your consideration.

                                            Respectfully submitted,

                                            */s/ Sim R. Shapiro*

                                            Sim R. Shapiro
                                       STRIKOWSKY DRACHMAN & SHAPIRO

SRS/dm

cc:  Via ECF – All appearing parties