

Thomas J. Finn
Partner & Chair,
Business Litigation
T. 860-275-6784
F. 860-724-3397
tfinn@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

INDIANAPOLIS

WILMINGTON

WASHINGTON, DC

MIAMI

November 22, 2023

**VIA EMAIL**
The Honorable Cathy Seibel
United States District Judge
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
    Case No.: 7:13-cv-09239-CS-PED

Dear Judge Seibel:

  This firm represents Defendant Joseph Mazzarella d/b/a ROOMRATE.COM. We submit this correspondence in accordance with the Court's Order dated November 7, 2023 (ECF No. 296). Defendant Mazzarella joins in the position set forth by Defendant General Hotel Management, Ltd. in its submission to the Court (ECF No. 300). Thank you.

                Respectfully Submitted,

                Thomas J. Finn

ME1 46815804v.1