

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
 District of Columbia
 Colorado

November 27, 2023

Hon. Cathy Seibel U.S.D.J.
Charles L. Brieant Jr. Federal Building & U.S. District Court
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: The Wave Studio, LLC v. General Hotel Management Ltd., et al. Case No. 7:13- CV-9239-CS-PED**

Dear Judge Seibel,

This firm represents Defendant Tablet Inc. d/b/a Tablethotels.com ("Tablet") in the above-entitled action [Dkt 14].

We respectfully request permission to appear telephonically for the conference scheduled for November 29, 2023. We have previously filed our letter stating our position [Dkt 310].

/Vivian Rivera Drohan/
Vivian Rivera Drohan