

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

WWW.CUOMOLLC.COM

November 27, 2023

Hon. Cathy Seibel
United States District Court Judge
United States District Court Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                Re: The Wave Studio LLC v. General Hotel Management Ltd. et al
                Case No. 13cv9239(CS)(PED)

Dear Judge Seibel:

    This firm represents Esslinger Wooten Maxwell Inc. d/b/a nelsongonzalez.com ("EWM") in the above action. I apologize for the delay in filing of this letter with the Court, but it took some time for my firm to track down this matter; contact the client; and obtain their position on this litigation. I submit this correspondence in accordance with the Court's Order dated November 7, 2023 (ECF No. 296). Defendant EWM joins in the position set forth by Defendant General Hotel Management, Ltd. in its submission to the Court (ECF No. 300). Thank you for your attention and courtesy in this matter.

                        Sincerely,

                        s/Oscar Michelen

OM:sjk                      OSCAR MICHELEN