
# Drohan Lee

**Counsel in the NY metropolitan area may appear by phone only if they do not expect to speak at the conference.  Any such counsel should advise my courtroom deputy as set forth in ECF No. 309.**

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

*Admitted in New York
 District of Columbia
 Colorado

November 27, 2023

SO ORDERED.

*/s/ Cathy Seibel*   11/27/23
CATHY SEIBEL, U.S.D.J.

Hon. Cathy Seibel U.S.D.J.
Charles L. Brieant Jr. Federal Building & U.S. District Court
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

***Re: The Wave Studio, LLC v. General Hotel Management Ltd., et al. Case No. 7:13- CV-9239-CS-PED***

Dear Judge Seibel,

This firm represents Defendant Tablet Inc. d/b/a Tablethotels.com ("Tablet") in the above-entitled action [Dkt 14].

We respectfully request permission to appear telephonically for the conference scheduled for November 29, 2023.  We have previously filed our letter stating our position [Dkt 310].


/Vivian Rivera Drohan/
Vivian Rivera Drohan