UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,,<br><br>         *Plaintiff,*<br><br>     v.<br><br>GENERAL HOTEL MANAGEMENT LTD., *et al.*,<br><br>         *Defendant.* | CASE NO. 7:13-CV-09239-CS-PED<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**Please take notice** that Sebastian Kaplan hereby withdraws his appearance in the above-captioned matter, including the related action captioned *The Wave Studio, LLC v. British Airways Plc,* No. 7:15-cv-07950-CS (S.D.N.Y.).  Mr. Kaplan represented Defendant Travix Travel USA Inc. while working for Fenwick & West LLP, but has left that firm and no longer represents that Defendant.  According to the docket, Fenwick & West LLP continues to represent Travix Travel USA Inc, with Jedediah Wakefield, Todd Gregorian, and Kathryn Fritz as counsel of record.

Dated: November 30, 2023

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Sebastian Kaplan*
Sebastian Kaplan
sebastian.kaplan@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4070
Telephone:  +1 415 675 3400
Facsimile:  +1 415 675 3434

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.