The Clerk of Court is respectfully directed to terminate Mr. Curtin as counsel for Defendant General Hotel Management Ltd.

SO ORDERED.

*Cathy Seibel*  1/2/24
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, | Case No. 7:13-cv-09239-CS-PED |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL |
| GENERAL HOTEL MANAGEMENT LTD, et al., | |
| Defendants. | |

Pursuant to Local Civil Rule 1.4, Thomas H. Curtin ("movant") of Powley & Gibson PC hereby respectfully moves before this Court for an Order allowing Attorney Curtin to withdraw his appearance as counsel for Defendant General Hotel Management Ltd ("GHM") and to remove his email address from the ECF service list in the above-captioned matter. In support of this motion, movant states as follows:

Attorney Curtin formerly represented GHM while a partner at the firm of Lathrop & Gage firm (now known as Lathrop GPM) until approximately January, 2016. Lathrop & Gage was acting as local counsel for the firm of Kozyak Tropin & Throckmorton LLP which withdrew as counsel at that time (Dkt 169 and 171). Due to an administrative error, a motion to withdraw Curtin was not filed at that time.

Neither Lathrop & Gage or Mr. Curtin's current firm, Powley & Gibson, represent Defendant GHM and have had no involvement in this case since lead counsel Kozyak Tropin withdrew from the case. According to the docket, the firm of Wolff and Samson PC with Daniel D. Barnes as well as the firm of Chiesa Shahinian & Giantomasi PC with Ronald Israel, Abigail

1

Remore, and Howard Schwartz, are currently counsel of record for Defendant GHM in this matter.

Movant respectfully requests that service of this Motion to Withdraw upon the current counsel of record for General Hotel Management Ltd be deemed sufficient service on GHM and movant be excused from serving the motion on GHM.

To movant's knowledge, neither movant or his current or former firms are or have asserted a retaining or charging lien against GHM.

No party will be prejudiced by the granting of this motion.

WHEREFORE, Thomas H. Curtin respectfully requests that this Court enter an Order allowing him to withdraw as counsel, ordering the Clerk of the Court to remove Attorney

Curtin's email address from the Court's ECF service list for this matter and for such other and further relief as this Court deems appropriate.

Dated: January 2, 2024

Respectfully submitted,

By: /s/ Thomas H. Curtin
Thomas H. Curtin
thcurtin@powleygibson.com

POWLEY & GIBSON LP
60 Hudson Street, Suite 2203
New York, New York 10013
Telephone: 212-226-5054
Facsimile: 212-226-5085

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served via the Court's ECF filing service this 2nd day of January, 2024, upon all parties of record.

By: /s/ Thomas H. Curtin
Thomas H. Curtin

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.

3