AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Wave Studio, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:13-cv-09239-CS |
| General Hotel Management Ltd., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

(See List of Defendants attached which I appear for in this case).

Date: 01/17/2024

/s/ Harvey R. Herman
*Attorney's signature*

Harvey R. Herman, 5469437
*Printed name and bar number*
Clausen Miller P.C.
28 Liberty Street 39th Floor
New York, NY
10005
*Address*

hherman@clausen.cm
*E-mail address*

(312) 606-7451
*Telephone number*

(312) 606-7777
*FAX number*

List of Defendants:

1) About, Inc. d/b/a About.com
2) Alliance Reservation Network d/b/a Reservetravel.com
3) Bookit.com, Inc.
4) Expedia, Inc. d/b/a Expedia.com
5) Fareportal, Inc. d/b/a Cheapoair.com
6) Farebuzz d/b/a Farebuzz.com
7) Frommer Media d/b/a Frommers.com
8) Getaroom.com d/b/a Getaroom.com
9) Hotels.com GP LLC d/b/a Hotels.com d/b/a Travelnow.com
10) Hotelsbyme d/b/a Hotelsbyme.com
11) Lexyl Travel Technologies d/b/a Hotelplanner.com
12) Esteban Oliverez d/b/a Insanelycheapflights.com
13) JetBlue Airways Corporation d/b/a JetBlue.com
14) Kayak Software Corporation d/b/a Kayak.com
15) Lonely Planet Global, Inc. d/b/a Lonelyplanet.com
16) Metro Travel Guide d/b/a Metrotravelguide.com
17) Netadvantage.com d/b/a IHSadvantage.com
18) Reservation Counter d/b/a Reservationcounter.com
19) Pegasus Solutions, Inc.
20) Random House d/b/a Fodors.com
21) This Exit, LLC d/b/a Roadside merica.com
22) Travelocity.com d/b/a Travelocity.com
23) Tripadvisor, LLC d/b/a Tripadvisor.com
24) United Airlines,Inc. d/b/a Hotels.United.com
25) Gogobot, Inc. d/b/a gogobot.com
26) Qantas Airways Ltd.
27) WK Travel, Inc.
28) AOL, Inc.
29) Travelzoo, Inc.
30) Charles Kessler Associates, Inc.
31) United Airlines, Inc. Successor-In-Interest to Continental Airlines, Inc.
32) Swiss International Air Lines, LTD
33) Virgin America, Inc.
34) Virgin Vacations, Inc.
35) Virgin Atlantic Airways Limited
36) VFM Leonardo, Inc.