AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:13-cv-09239-CS-VR |
| General Hotel Management Ltd., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Airlines, Inc.

Date: 01/24/2024

*/s/ Howard Hogan*
*Attorney's signature*

Howard S. Hogan, NY Bar No. 3901402
*Printed name and bar number*

Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
*Address*

hhogan@gibsondunn.com
*E-mail address*

(202) 887-3640
*Telephone number*

(202) 530-9550
*FAX number*