THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, : | Case No. 7:13-cv-09239-CS-PED |
| Plaintiff; : | |
| v. : | **APPEARANCE OF COUNSEL** |
| GENERAL HOTEL MANAGEMENT LTD., et al., : | |
| Defendants. : | |

To:   The Clerk of the Court and all Parties of Record

Pursuant to the Court's Order Granting Motion to Practice Pro Hac Vice in case no. 7:23-cv-03586-NSR, dated May 26, 2023, I am permitted to argue or try the above-captioned case in whole or in part as counsel or advocate for Defendants trivago N.V. and trivago Services US, LLC, and hereby appear as counsel in this case, consolidated with case no. 7:23-cv-03586-NSR, for Defendants trivago N.V. and trivago Services US, LLC.

Dated: January 25, 2024               **SMITH, GAMBRELL & RUSSELL, LLP**

By:  /s/ Sarah A. Gottlieb
Sarah A. Gottlieb
201 North Franklin Avenue, Suite 3550
Tampa, FL  33602
Phone:  813-488-2925
E-mail:  sgottlieb@sgrlaw.com
*Attorneys for Defendants*
*trivago N.V. and trivago Services US, LLC*

## **CERTIFICATE OF SERVICE**

I, Sarah A. Gottlieb, an attorney, hereby certify that on January 25, 2024, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed through the Court's CM/ECF electronic filing system which effect service upon all counsel of record.

/s/ *Sarah A. Gottlieb*
Sarah A. Gottlieb
Attorney