

1325 AVENUE OF THE AMERICAS    212 980 7400 TEL
SUITE 2601                     212 980 7499 FAX
NEW YORK, NY  10019            ROBINSKAPLAN.COM

GABRIEL BERG
212 980 7458 TEL
GBERG@ROBINSKAPLAN.COM

February 5, 2024

**VIA ECF**
Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
   Case No. 7-13-cv-09239-CS-VR

STATUS LETTER

Dear Judge Seibel:

  We are counsel to The Wave Studio, LLC in the above captioned action and write to update the Court on the progress made since the November 29, 2023 hearing.

  On January 16, 2024, pursuant to the Court's order, we filed a "Master Complaint" with particularized allegations as to each Defendants' infringement to the extent such information is attainable without formal discovery. We attached to the Master Complaint and incorporated by reference a compendium of almost 1,500 pdf versions of attorney-client privileged spreadsheets. The spreadsheets are organized by Defendant and identify the following (using snippets of Defendant About.com, Inc.'s spreadsheet as an example):

  (1) The domain name by which the infringement occurred:



  (2) The date range in which the infringement occurred:



Hon. Cathy Seibel
February 5, 2024
Page 2

(3) The total number of copyright registrations and photographs infringed by the domain name:



| Infringer: | 4.1-3_about.com | 22Feb-13Apr2012 | TOTAL REG. | 12 |
| | | | TOTAL PHOTO | 239 |

(4) The specific registration numbers infringed upon:

| Registration No | Photo Title | Photo No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VA 1-432-324 | phuket | 001 | 041 | | | | | | | | |
| VA 1-432-324 | lalu | 022 | 013 | 020 | 016 | 003 | 0004 | 023 | 008 | | |
| VA 1-432-325 | muscat | 017 | 018 | 001 | | | | | | | |
| | lalu | 039 | 117 | 134 | 042 | 155 | 080 | 085 | 150 | 116 | 151 |
| | | 073 | 103 | 088 | 087 | 127 | 052 | 112 | 100 | 090 | 126 |
| | | 093 | 092 | 056 | 099 | 135 | 048 | 035 | 036 | 079 | 084 |
| | | 046 | 030 | 074 | 142 | 145 | 147 | 050 | 051 | 078 | 077 |
| | | 076 | 106 | 111 | 068 | 071 | 086 | 154 | 114 | 107 | 144 |
| | | 124 | 143 | | | | | | | | |

(5) The hotel/resort:

| Registration No | Photo Title | Photo No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VA 1-432-324 | phuket | 001 | 041 | | | | | | | | |
| VA 1-432-324 | lalu | 022 | 013 | 020 | 016 | 003 | 0004 | 023 | 008 | | |
| VA 1-432-325 | muscat | 017 | 018 | 001 | | | | | | | |
| | lalu | 039 | 117 | 134 | 042 | 155 | 080 | 085 | 150 | 116 | 151 |
| | | 073 | 103 | 088 | 087 | 127 | 052 | 112 | 100 | 090 | 126 |
| | | 093 | 092 | 056 | 099 | 135 | 048 | 035 | 036 | 079 | 084 |
| | | 046 | 030 | 074 | 142 | 145 | 147 | 050 | 051 | 078 | 077 |
| | | 076 | 106 | 111 | 068 | 071 | 086 | 154 | 114 | 107 | 144 |
| | | 124 | 143 | | | | | | | | |

(5) And the specific photographs infringed:

| Registration No | Photo Title | Photo No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VA 1-432-324 | phuket | 001 | 041 | | | | | | | | |
| VA 1-432-324 | lalu | 022 | 013 | 020 | 016 | 003 | 0004 | 023 | 008 | | |
| VA 1-432-325 | muscat | 017 | 018 | 001 | | | | | | | |
| | lalu | 039 | 117 | 134 | 042 | 155 | 080 | 085 | 150 | 116 | 151 |
| | | 073 | 103 | 088 | 087 | 127 | 052 | 112 | 100 | 090 | 126 |
| | | 093 | 092 | 056 | 099 | 135 | 048 | 035 | 036 | 079 | 084 |
| | | 046 | 030 | 074 | 142 | 145 | 147 | 050 | 051 | 078 | 077 |
| | | 076 | 106 | 111 | 068 | 071 | 086 | 154 | 114 | 107 | 144 |
| | | 124 | 143 | | | | | | | | |

Hon. Cathy Seibel
February 5, 2024
Page 3

The photograph numbers refer to specific file names (*e.g.*, file name "phuket001.jpg," "lalu022.jpg," "muscat 017.jpg," etc…). On February 1, 2024, Wave produced these photographs to all Defendants, each of which is specifically identified by their corresponding file names.

We have more than adequately furnished the information required by the Court for the parties to engage in informed negotiations. The compendium of spreadsheets is merely a combined pdf representation of the individual native excel files, without attorney-client privileged information. There is no additional nonprivileged information within the native spreadsheets that is not already present in the pdf version. We have complied with the Court's order to provide particularized allegations of Defendants' infringement so that the parties can engage in informed negotiations.

The Trip Defendants also raised the concern that we have "continued to amend (and re-amend)" the Master Complaint. The Trip.com Defendants misunderstand the facts. On February 1, 2024, we explained to Defendants that we were required to re-file the Master Complaint several times after receiving notices of deficiency from the Court. The notices were triggered because the file clerk was unaware that the Court granted Wave leave to file a Master Complaint, and due to other clerical issues. Importantly, we did not make any substantive changes to the allegations in the Master Complaint. We also asked Defendants to treat the Master Complaint filed on January 26, 2024 (Doc. No. 332), which was accepted by the Court, as the operative complaint. The Master Complaint was not amended.

Finally, on January 26, 2024, we proposed four mediators and Magistrate Judge Victoria Reznik (assigned to this matter) for Defendants' consideration in the hope that the parties can agree on one and schedule a mediation in relatively short order. We also invited Defendants to propose their own list of mediators. We await Defendants' response to our proposals. We apologize for not presenting this Status Report sooner. We are committed, however, to resolving the dispute with as many Defendants as possible.

Respectfully Submitted,

*Gabriel Berg*

Gabriel Berg
Partner