UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
The Wave Studio, LLC,

              Plaintiff(s),

v.

General Hotel Management Ltd. et al,

              Defendant(s).
-----------------------------------------------------------X

**AMENDED
ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

7:13-CV-09239 (CS)

The above entitled action is referred to the Hon. Victoria Reznik, United States Magistrate Judge, for the following purposes(s):

| | | |
|---|---|---|
| **_X_** | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ SOCIAL SECURITY |
| ____ | DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation) | ____ SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)* _____ <u>Discovery Disputes</u> | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial) |
| | | ____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | |
| ____ | HABEAS CORPUS | _____ |

Dated: February 12, 2024
       White Plains, New York

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.