UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
The Wave Studio, LLC,

                            Plaintiff,

              -against-

General Hotel Management Ltd., et al.,

                          Defendants.

------------------------------------------------------------------X

13-cv-9239-CS-VR

**SCHEDULING ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A telephonic Status Conference is hereby scheduled for **February 29, 2024, at 11:00 AM**. The parties are to dial in to the AT&T Teleconference line at **877-336-1839**, enter **access code 5999739 and then press # to enter the conference**.

    In advance of the conference, the parties are directed to submit a joint letter, briefly explaining the procedural posture of the case, the status of the discovery, the anticipated next steps, and whether the parties seek a Settlement Conference. The letter shall be filed by no later than **February 23, 2024**.

    **PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY.**

    SO ORDERED.

DATED:    White Plains, New York
              February 13, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge