UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The Wave Studio LLC

                Plaintiff,

Case No. 7:13-cv-9239 (CS)

    -against-

General Hotel Management Ltd., et al.

                Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Sapna Walter Palla**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SP9009    My State Bar Number is: 3897105

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wiggin and Dana LLP (NYC)
                  FIRM ADDRESS: 437 Madison Avenue, New York NY 10022
                  FIRM TELEPHONE NUMBER: 212- 490-1700
                  FIRM FAX NUMBER: 212-551-2888

NEW FIRM:    FIRM NAME: Allen & Overy LLP
                  FIRM ADDRESS: 1221 Avenue of the Americas, New York, NY 10020
                  FIRM TELEPHONE NUMBER: 212-610-6300
                  FIRM FAX NUMBER: 212-610-6399

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 22, 2024                /s/ Sapna Palla
                                                          ATTORNEY'S SIGNATURE