IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>*Plaintiff,*<br><br>V.<br><br>GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS EXIT, | Case No. 7:13cv-09239-CS-PED<br><br>**MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

1

| |
|---|
| LLC, TRAVELOCITY.COM LP, TRAVELZOO INC., TRAVIX TRAVEL USA INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFM LEONARDO, INC., VISA, INC., *Defendants.* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, William K. Wray, Jr. hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Qatar Airways Q.C.S.C. in the above-captioned action.

I am in good standing of the bars of the states of California, Massachusetts, Rhode Island, Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: March 4, 2024

Respectfully submitted,

By: */s/ William Keeley Wray, Jr.*
William K. Wray Jr. (*pro hac vice*)
william.wray@allenovery.com
Allen & Overy LLP
One Beacon Street
Boston, MA 02108
Telephone: (650) 388-1714

COUNSEL FOR QATAR AIRWAYS Q.C.S.C.

2