IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>*Plaintiff,*<br><br>V.<br><br>GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS EXIT, | Case No. 7:13cv-09239-CS-PED<br><br>**DECLARATION OF<br>WILLIAM KEELEY WRAY, JR.<br>TO LOCAL RULE 1.3(c)** |

1

| |
|---|
| LLC, TRAVELOCITY.COM LP, TRAVELZOO INC., TRAVIX TRAVEL USA INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFM LEONARDO, INC., VISA, INC., <br><br> *Defendants.* |

1. I am an associate of the law firm of Allen & Overy LLP, counsel for Qatar Airways Q.C.S.C. in the above-captioned action. I submit this declaration in support of my application for admission *pro hac vice*.

2. I am a member in good standing of the bars of the state of California, Commonwealth of Massachusetts, Rhode Island, and Texas. I have also been admitted to practice in the United States District Court for the Northern and Central Districts of California, the United States District Court for the Eastern District of Texas, United States District Court for the Eastern District of Michigan, United States District Court for the District of Rhode Island, United States District Court for the District of Massachusetts and the United State Court of Appeals for the First and Ninth Circuit, the California Supreme Court and the United States Supreme Court. I have remained in good standing in all these jurisdictions since the dates of my admission. Attached hereto as Exhibit 1 is a true and correct copy of my Certificate of Good Standing from each of the states in which I am a member of the bar.

3. I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no disciplinary proceedings pending against me in any state or federal court or state bar.

4.      My contact information is:
William K. Wray Jr.
ALLEN & OVERY LLP
One Beacon Street
Boston, MA 02108
Telephone: (650) 388-1714
Facsimile: (650) 388-1699
Email: william.wray@allenovery.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 4, 2024, in Boston, MA.

Date: March 4, 2024

Respectfully submitted,

By: */s/ William Keeley Wray, Jr.*
William K. Wray Jr. (*pro hac vice*)
William.Wray@allenovery.com
Allen & Overy LLP
One Beacon Street
Boston, MA 02108
Telephone: (650) 388-1714

COUNSEL FOR QATAR AIRWAYS Q.C.S.C.

# EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *WILLIAM KEELEY WRAY*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that WILLIAM KEELEY WRAY, **#338653**, was on the **22**<sup>nd</sup> day of **September 2021** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 26th day of February 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Lauren Sugai, Assistant Deputy Clerk*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 26, 2013**, said Court being the highest Court of Record in said Commonwealth:

## William Keeley Wray

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **fifth** day of **February**

in the year of our Lord **two thousand and twenty-four.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.



**Supreme Court of Rhode Island**

Providence

*This Certifies that*

## William K. Wray, Jr.

of Boston, MA

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 21st day of November, 2013 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 2nd day of February, 2024.

_Meredith Benoit_
Clerk

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**William Keeley Wray Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 16th day of March, 2023.

I further certify that the records of this office show that, as of this date

**William Keeley Wray Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of February, 2024.

BLAKE HAWTHORNE, Clerk



*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 4278C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.