# ALLEN & OVERY

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 610 6389 |
| Mobile | +1 914 274 7996 |

sapna.palla@allenovery.com

March 7, 2024

RE:   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
        <u>Case No. 7-13-cv-09239-CS-VR</u>

Dear Judge Reznik:

We represent Defendant Qatar Airways Group Q.C.S.C. ("Qatar Airways").

This letter is written in accordance with the Court's Order of March 1, 2024 which requires the Defendants to provide insurance information or objections to the production of insurance information by March 7, 2024.

Qatar Airways respectfully objects to any Order that requires it to disclose the existence and extent of its insurance coverage to the extent the Order does not expressly provide that Qatar Airways preserves any objection it may have to personal jurisdiction that it may later assert in its response to the operative Complaint. Qatar Airways also respectfully asks that Plaintiff be required to enter into a Stipulated Protective Order so that the confidentiality of any insurance information produced, subject to Qatar Airways' personal jurisdiction reservation, can be protected.

We have been recently appointed as counsel on this matter and are working diligently with Qatar Airways to gather the requested information. However, we require additional time to investigate the existence and extent of insurance coverage, if any.

Respectfully,

/s/ Sapna Palla
**Sapna Palla**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.