**ROBINS KAPLAN** LLP

1325 AVENUE OF THE AMERICAS
SUITE 2601
NEW YORK, NY 10019

212 980 7400 TEL
212 980 7499 FAX
ROBINSKAPLAN.COM

GABRIEL BERG
212 980 7458 TEL
GBERG@ROBINSKAPLAN.COM

March 20, 2024

Hon. Victoria Reznik
U.S. Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** *The Wave Studio, LLC v. General Hotel Management Ltd., et al.,*
**Case No. 7-13-cv-09239-CS-VR; Plaintiff's Letter**

Dear Judge Reznik:

Pursuant to Your Honor's March 19, 2024 request, Plaintiff hereby submits a letter that reproduces the chart of "Display-Only Defendants" contained in Plaintiff's March 15, 2024 letter, with annotations as to which Defendants are unrepresented by counsel. Since the filing of that March 15 letter, Plaintiff has learned of other Defendants that, as far as Plaintiff understands, are also unrepresented by counsel. The change in the status of certain Defendants from represented to unrepresented likely occurred over the years that the matter was stayed. Accordingly, Plaintiff identifies a total of thirteen Defendants unrepresented by counsel:

94773165.1

Hon. Victoria Reznik
March 20, 2024
Page 2

| 1. Air Canada. Unrepresented. | 2. American Airlines. | 3. Andrew Harper, LLC. Unrepresented. | 4. British Airways. | 5. Cathay Pacific Airways Ltd. |
|---|---|---|---|---|
| 6. Delta Airways. | 7. Escala Vacations. Unrepresented. | 8. Esteban Oliverez | 9. Farebuzz | 10. Frommer Media |
| 11. Frosch Int'l Travel, Inc. | 12. Getaroom.com | 13. Hipmunck, Inc. Unrepresented. | 14. Hotelsbyme.com | 15. IBT Media Inc. |
| 16. Jetblue Airways | 17. Joe Mazzarella (roomrate) | 18. KLM Royal Dutch Airlines. Unrepresented. | 19. Lonely Planet Global Inc. | 20. Luxemont, LLC. Unrepresented. |
| 21. Luxury Travel Media (Luxury Travel Magazine.com). Unrepresented. | 22. Market Es Inc (Hotels and Discounts.com). Unrepresented. | 23. Metro Travel Guide | 24. Mobissimo Inc. Unrepresented. | 25. MySoBe.com. Unrepresented. |
| 26. Netadvantage.com | 27. Nextag, Inc. Unrepresented. | 28. Qantas Airways | 29. Qatar Airways | 30. Random House (fodors) |
| 31. Reservation Counter | 32. Room 77. Unrepresented. | 33. Southwest Airlines | 34. Spa Finder, Inc. Unrepresented. | 35. Swiss Int'l Air Lines, Ltd. |
| 36. Tablet, Inc. | 37. This Exit LLC | 38. United Airlines | | |

Respectfully Submitted,
*Gabriel Berg*
Gabriel Berg
Partner

94773165.1