# ALLEN & OVERY

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Allen & Overy LLP**
1221 Avenue of the Americas
New York, NY 10020

Tel           +1 212 610 6300
Fax          +1 212 610 6399
Direct line   +12126106389
Mobile       +19142747996
sapna.palla@allenovery.com

March 29, 2024

**RE:**   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
      *Case No. 7-13-cv-09230-CS-VR*

Dear Judge Reznik:

We are new counsel for Qatar Airways Group Q.C.S.C. in this action. We write pursuant to the Court's March 12, 2024 Order (Dkt. 354) directing Defendants to disclose their insurance information (including reservation of rights letters) to Plaintiff no later than March 29, 2024.

Qatar Airways and undersigned counsel have worked diligently to determine if there is any insurance coverage for Plaintiff's claims. **To date, our investigation suggests that there is no applicable insurance.** However, Qatar Airways is continuing its investigation to confirm this.

Qatar Airways' investigation into applicable insurance coverage has been complicated by (1) the length of time elapsed since the case was initiated and the period of the alleged infringement (2012-2014), (2) changes in its litigation counsel (prior counsel having passed away in late 2023) and dissolution of that firm, (3) changes in its in-house personnel, and (4) the need to consult third parties (including the persons in charge of winding up prior counsel's firm, and third-party insurance brokers) to obtain information about potentially applicable insurance coverages.

Accordingly, Qatar Airways respectfully requests that it be permitted to submit another letter with a status update by no later than April 19, 2024, as was done for Defendant British Airways (Dkt. 359), in order to complete and confirm its investigation.

Qatar Airways also respectfully reiterates and reserves its objections based on personal jurisdiction.

Sincerely,

*Sapna W. Palla*

**Sapna Palla**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.
Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.