UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
The Wave Studio, LLC,

                       Plaintiff(s)

                                                      **NOTICE OF CANCELLATION OF**
                                                             **COURT CONFERENCE**

     -against-

                                                       7:13-CV-09239 (CS)

General Hotel Management Ltd. etl,

                       Defendant(s).
-----------------------------------------------------------------X

The Status Conference scheduled in this case as well as all related cases for April 11, 2024 at 11:15 a.m. before Judge Seibel in Courtroom 621 is hereby **cancelled** pending proceedings scheduled before Magistrate Judge Victoria Reznik.

**The Clerk of Court is directed to docket this Notice also in all related cases to this case.**

                                                      /s/ Walter Clark, Courtroom Deputy

Dated:  April 5, 2024
           White Plains, New York