# ALLEN & OVERY

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +12126106389 |
| Mobile | +19142747996 |

sapna.palla@allenovery.com

April 19, 2024

RE:   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
      <u>Case No. 7-13-cv-09239-CS-VR</u>

Dear Judge Reznik:

We write pursuant to the Court's April 5, 2024 Order (Dkt. 361) directing Qatar Airways to provide a status update no later than April 19, 2024 concerning its insurance information (including reservation of rights letters).

Qatar Airways is grateful for the additional time to determine if there is any insurance coverage for Plaintiff's claims. To date, despite continued investigation, Qatar Airways has not identified applicable insurance and does not anticipate it will locate any applicable insurance. Should there be any update, Qatar Airways will promptly notify the Plaintiff and the Court.

Qatar Airways also respectfully reiterates and reserves its objections based on personal jurisdiction.

Sincerely,

*Sapna W. Palla*

**Sapna Palla**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.