**Crowell**

**William H. Frankel**
WFrankel@crowell.com
(312) 321-7736  direct

Crowell & Moring LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
+1.312.321.4200  main
+1.312.321.4299  fax

April 19, 2024

**VIA ECF**

Hon. Victoria Reznik
U.S. Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:     *The Wave Studio, LLC v. General Hotel Management Ltd. et al.,*
        Case No. 7:13-cv-09239-CS-VR and Related Case No. 7:15-CV-07950

Dear Judge Reznik:

We are counsel for British Airways PLC in the matter *The Wave Studio, LLC v. British Airways PLC, et al.*, Case no. 7:15-cv-07950-CS, which has been consolidated with the above-captioned case.  We write pursuant to your March 29, 2024 Order (ECF No. 359), directing British Airways PLC to submit a status update no later than April 19, 2024.

British Airways is grateful for the additional time provided by the Court to determine if there is any applicable insurance coverage for Plaintiff's claims.  British Airways has now identified the relevant insurance coverage and provided the details of that coverage to Plaintiff pursuant to the Court's previous orders.

Regards,

William H. Frankel