UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> GENERAL HOTEL MANAGEMENT LTD., ET AL., <br><br> Defendants. | Case No.: 7:13-cv-09239-CS-PED <br><br> **NOTICE OF LIMITED APPEARANCE OF COUNSEL** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD.

PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice in this Court, hereby enters a limited appearance in the above-captioned matter on behalf of Air Canada. Air Canada makes this appearance for the limited purpose of participating in court-ordered settlement discussions during the court-ordered stay. In accordance with the Court's March 12, 2024 Order [ECF 354], Air Canada's limited appearance in this matter shall not be deemed a waiver of, and Air Canada hereby expressly reserves, any defenses and grounds for dismissal, including that this Court lacks personal jurisdiction over it.

New York, New York
DATED: April 25, 2024

FRANKFURT KURNIT KLEIN + SELZ PC

By: */s/ Maura J. Wogan*
Maura J. Wogan
NY State Bar No. 1676196

28 Liberty Street
New York, New York 10005
(212) 980-0120

*Attorneys for Defendant AIR CANADA*