UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

    *Plaintiff,*

V.

GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS EXIT, LLC, TRAVELOCITY.COM LP, TRAVELZOO INC., TRAVIX TRAVEL USA INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL

Case No. 7:13cv-09239-CS-PED

| |
|---|
| SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFM LEONARDO, INC., VISA, INC., <br><br> *Defendants*. |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that as a result of the combination of Allen & Overy LLP and Shearman & Sterling LLP, effective May 1, 2024 the name of the firm representing Defendant Qatar Airways Q.C.S.C. is Allen Overy Shearman Sterling US LLP.  The new email addresses of counsel are sapna.palla@aoshearman.com and william.wray@aoshearman.com.  The mailing addresses, telephone numbers, and facsimile numbers will for now remain the same.

Dated: May 1, 2024

                                            Respectfully submitted,

                                            ALLEN OVERY SHEARMAN STERLING US LLP

                                            By: /s/ Sapna Palla
                                            Sapna Palla
                                            1221 Avenue of the Americas
                                            New York, NY 10020
                                            Tel (212) 610 6300
                                            Fax (212) 610-6399
                                            sapna.palla@aoshearman.com

                                            William Wray (*admitted pro hac vice*)
                                            One Beacon Street
                                            Boston, MA 02108
                                            Tel (857) 353-4500
                                            Fax (857) 353-4599
                                            william.wray@aoshearman.com

                                            COUNSEL FOR QATAR AIRWAYS Q.C.S.C.