**MEMO ENDORSED**

**ROBINS / KAPLAN** LLP

1325 AVENUE OF THE AMERICAS  212 980 7400 TEL
SUITE 2601  212 980 7499 FAX
NEW YORK, NY 10019  ROBINSKAPLAN.COM

GABRIEL BERG
212 980 7458 TEL
GBERG@ROBINSKAPLAN.COM

July 11, 2024

**VIA ECF**

Hon. Victoria Reznik
U.S. Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> The request to extend the stay in this case to accommodate ongoing settlement discussions is **GRANTED**.
>
> The stay is extended to **September 30, 2024**.
>
> SO ORDERED.
> _____
> Hon. Victoria Reznik, U.S.M.J.
> Dated: 7/12/2024

Re:  *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
     Case No. 7-13-cv-09239-CS-VR; Plaintiff's Letter re Extending Stay

Dear Judge Reznik:

We are counsel to Plaintiff The Wave Studio, LLC in this matter. On April 10, this Court extended the stay in this case to accommodate settlement discussions. ECF No. 367. The stay is currently scheduled to expire on Monday, July 15. *Id*.

This Court continues to communicate with some of the parties regarding settlement. ECF No. 375. Plaintiff therefore respectfully requests that this Court extend the stay for what this Court considers to be a reasonable amount of time to accommodate the ongoing settlement discussions.

Respectfully Submitted,

*Gabriel Berg*

Gabriel Berg
Partner

95068644.1