# POLLOCK | COHEN LLP

111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361

*CONTACT:*
Anna Menkova
Anna@PollockCohen.com
(646) 687-7644

August 23, 2024

**VIA ECF**

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

>   Re:   *The Wave Studio, LLC v. Trivago et al.*, No 7:23-cv-03586
>             (the "2023 Action")
>         *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
>             No. 7-13-cv-09239-CS-VR (the "2013 Action")

Dear Judge Reznik:

We represent Defendants Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., MakeMyTrip India Pvt., Ltd., and MakeMyTrip, Inc. (collectively, the "Trip Defendants") in the above-referenced actions. On July 31, 2024, certain Defendants and Plaintiff participated in a settlement conference with Your Honor, at the conclusion of which, Your Honor requested that the parties submit proposed procedures for the Court to address four issues that may impact the parties' positions in settlement, including whether discovery is required for any of the issues.

We write to endorse and incorporate herein, the positions stated in the joint letter dated August 23, 2024 on behalf of certain Defendants (ECF No. 380), except the "Proposed Motion Schedule" therein. We respectfully propose a separate briefing schedule for Trip Defendants for the reasons below.

The Trip Defendants previously had been granted leave by Judge Nelson S. Roman in the 2023 Action to file a motion to dismiss, and served moving papers on Plaintiff as instructed on December 19, 2023. The 2023 Action has since been consolidated into the 2013 Action and said motion has been stayed since February 2, 2024. (ECF No. 334 in the 2013 Action.) Because each of the briefing schedules proposed by the other parties would cause further delay, the Trip Defendants believe it is prudent to allow Trip Defendants to renew their pending outstanding motion, without further extending the briefing schedule.

The Trip Defendants propose the following briefing schedule:

- Trip Defendants' renewed moving papers are to be filed on August 30, 2024;

Hon. Victoria Reznik
August 23, 2024
Page 2 of 2

- Plaintiff's opposition papers are to be filed on September 30, 2024; and

- Trip Defendants' reply papers are to be filed on October 14, 2024.

The Trip Defendants do not believe discovery is necessary for this briefing.

Thank you for your consideration in this matter.

>Sincerely,
>
>/s/ *Anna Menkova*
>
>Anna Menkova