

O. 702.949.8200
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169
lewisroca.com

**Michael McCue**
Partner
Admitted in California, Nevada,
Virginia, and District of Columbia
702.949.8224 direct
702.949.8363 fax
MMcCue@lewisroca.com

August 28, 2024

Our File No.: 142961-00027

<u>**VIA ECF**</u>

Magistrate Judge Victoria Reznik
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse 300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.* Case No. 7:13-CV-9239-CS-PED

Dear Judge Reznik,

This firm represents Defendant Visa, Inc. ("Visa"). Visa is not a "display only" defendant and did not participate in the mediation held on July 31, 2024. As such, Visa is filing this letter after having reviewed the letters filed by other parties on August 23, 2024 (ECF Nos. 379-381.)

Visa joins in the Defendants' Letter at ECF No. 380.

Sincerely,

Michael J. McCue
Lewis Roca Rothgerber Christie LLP

125889620.1
LEWIS ROCA ROTHGERBER CHRISTIE LLP