# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC

                Plaintiff,

-against-                              7:13  Civ.  09239  ( CS )

**MOTION FOR ADMISSION**

General Hotel Management Ltd., et al.      **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Meng Zhong_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Defendant Visa, Inc._____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____Nevada and California_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: Sept. 9, 2024        Respectfully Submitted,

                                  Applicant Signature: _____

                                  Applicant's Name: Meng Zhong

                                  Firm Name: Lewis Roca Rothgerber Christie LLP

                                  Address: 3993 Howard Hughes Pkwy., #600

                                  City/State/Zip: Las Vegas, NV 89169

                                  Telephone/Fax: 702-949-8200 / 702-949-8398

                                  Email: MZhong@LewisRoca.com