UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC
         Plaintiff,

-against-

General Hotel Management Ltd., et al.
         Defendant.

7:13 cv 09239 ( CS )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Meng Zhong__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Nevada and California__; and that his/her contact information is as follows (please print):

Applicant's Name: __Meng Zhong__

Firm Name: __Lewis Roca Rothgerber Christie LLP__

Address: __3993 Howard Hughes Pkwy., #600__

City / State / Zip: __Las Vegas, NV 89169__

Telephone / Fax: __702-949-8200 / 702-949-8398__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Visa, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge