UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC
                Plaintiff,

-against-                           7:13  Civ.  09239  ( CS )

                                                  **MOTION FOR ADMISSION**

General Hotel Management Ltd., et al.      **PRO HAC VICE**

                          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, _____Meng Zhong_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _____Defendant Visa, Inc._____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____Nevada and California_____ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  Sept. 9, 2024        Respectfully Submitted,

Applicant Signature: _[signature]_
Applicant's Name: _____Meng Zhong_____
Firm Name: _____Lewis Roca Rothgerber Christie LLP_____
Address: _____3993 Howard Hughes Pkwy., #600_____
City/State/Zip: _____Las Vegas, NV 89169_____
Telephone/Fax: _____702-949-8200 / 702-949-8398_____
Email: _____MZhong@LewisRoca.com_____