UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>  *Plaintiff,*<br>V.<br><br>GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS LLC, TRAVELOCITY.COM LP, TRAVELZOO | No. 7:13-cv-09239-CS-PED<br><br>**DECLARATION OF MENG ZHONG**<br>**TO LOCAL RULE 1.3(c)** |

1

126036484.1

INC., TRAVIX TRAVEL USA INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFMLEONARDO, INC., VISA, INC.,

*Defendants.*

### **DECLARATION OF MENG ZHONG TO LOCAL RULE 1.3(c)**

1. I am a partner of the law firm of Lewis Roca Rothgerber Christie LLP, counsel for Visa, Inc. in the above-captioned action. I submit this declaration in support of my application for admission *pro hac vice*.

2. I am a member in good standing of the bars of the state of Nevada, and California. I have also been admitted to practice in the United States District Court for the Northern and Central Districts of California. I have remained in good standing in all these jurisdictions since the dates of my admission. Attached hereto as Exhibit 1 is a true and correct copy of my Certificate of Good Standing from each of the states in which I am a member of the bar.

3. I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no disciplinary proceedings pending against me in any state or federal court or state bar.

4. My contact information is:

    Meng Zhong
    Lewis Roca Rothgerber Christie LLP
    3993 Howard Hughes Pkwy., #600
    Las Vegas, NV 89169
    Telephone: 702-949-8200
    Facsimile: 702-949-8398
    Email: MZhong@LewisRoca.com

2

126036484.1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9, 2024, in Las Vegas, NV.

Dated: September 9, 2024.

        Respectfully submitted.

        LEWIS ROCA
        ROTHGERBER CHRISTIE LLP

        /s/ Meng Zhong
        Meng Zhong
        MZhong@LewisRoca.com
        Michael J. McCue
        MMcCue@LewisRoca.com
        3993 Howard Hughes Parkway, Suite 600
        Las Vegas NV 89169
        Tel. (702) 949-8200

        Counsel for Visa, Inc.

126036484.1