UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The Wave Studio, LLC,

              Plaintiff,

    -against-

General Hotel Management Ltd., et al.,      Defendant.

Case No. 13-cv-9239-CS-VR

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Howard S. Hogan**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: HH-6406      My State Bar Number is: 3901402

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Gibson, Dunn & Crutcher LLP
FIRM ADDRESS: 1050 Connecticut Ave. NW, Washington DC 20036
FIRM TELEPHONE NUMBER: 202-887-3640
FIRM FAX NUMBER: 202-467-0539

NEW FIRM:
FIRM NAME: Gibson, Dunn & Crutcher LLP
FIRM ADDRESS: 1700 M Street NW, Washington, DC 20036-4504
FIRM TELEPHONE NUMBER: 202-887-3640
FIRM FAX NUMBER: 202-467-0539

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: Sept. 19, 2024

_____
ATTORNEY'S SIGNATURE