*1301 Avenue of the Americas*
*21st Floor*
*New York, New York  10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*Roger Juan Maldonado*
*Direct Tel: 212-907-9741*
*Direct Fax: 212-907-9841*
*rmaldonado@sgrlaw.com*

October 4, 2024

**VIA ECF**

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420,
White Plains, NY 10601-4150

**Re:   Wave Studio, LLC v. General Hotel Management, Ltd.,** *et al.*
**Civil Action No.: 7:13-cv-09239 (CS)(VR)**

Dear Judge Reznik:

      Smith, Gambrell & Russell, LLP represents trivago N.V. ("trivago") in the above-referenced action (the "Action").

      I am writing pursuant to the Court's September 23, 2024 Order (the "Order") to inform Your Honor that trivago (a) will not join any part of the Omnibus Motion to be served by November 15, 2024 pursuant to the Order; (b) will not be serving a Supplemental Memorandum to the Omnibus Motion; and (c) reserves its right to assert any claim or defense in the Action pursuant to this Court's September 5, 2024 Order.

      Respectfully,

      */s/ Roger Juan Maldonado*
      Roger Juan Maldonado

**cc:**   **(via ECF)**
     All counsel of record

SGR/71695990.1