

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

ABIGAIL J. REMORE
Member

ajremore@csglaw.com

O 973.530.2114    F 973.325.1501

October 4, 2024

*Via ECF*
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

Re: **The Wave Studio, LLC v. General Hotel Management Ltd. et al.; Case No. 7:13-cv-09239 and related cases; GHM's Ltr to Court re: Supplemental Memorandum to Omnibus Motion**

Dear Judge Reznik:

This firm is counsel for Defendant General Hotel Management Ltd. ("GHM") in the case The Wave Studio, LLC v. General Hotel Management Ltd. et. al., Case No. 7:13-cv-09239-CS-VR (the "Primary GHM Action") and all cases consolidated therewith (collectively, the "GHM Actions"). We write in accordance with Your Honor's September 23, 2024 Order (ECF No. 390) requesting that all co-Defendants identify to the Court whether or not they intend to submit a Supplemental Memorandum to the Omnibus Motion. GHM will not be submitting a Supplemental Memorandum.[1]

We thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/ *Abigail J. Remore*/

Abigail J. Remore

AJR:sd

---

[1] GHM further notes that there are no claims remaining between GHM and Plaintiff in the instant case or any other case.