

**Weitzman Law Offices, LLC**
425 Eagle Rock Avenue, Suite 401
Roseland, New Jersey 07068
973.403.9940 (tel) / 973.403.9944 (fax)

**www.weitzmanip.com**

Kenneth S. Weitzman
Managing Partner
Direct Line: 973-403-9940
kweitzman@weitzmanip.com
New Jersey, New York and DC bar member
Registered Patent Attorney

October 4, 2024

<u>**Via ECF**</u>

Hon. Victoria Reznik, U.S.M.J.
United States District Court
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

> Re:    ***The Wave Studio, LLC v. General Hotel Management Ltd. et al.***
>        <u>**Case No. 7:13-cv-09239-CS-PED**</u>

Dear Magistrate Judge Reznik:

We represent Defendants SIGNATURE TRAVEL NETWORK COOPERATIVE, INC. ("**SIGNATURE**"), FROSCH INTERNATIONAL TRAVEL, INC. ("**FROSCH**") and TZELL TRAVEL, LLC ("**TZELL**")[1] in the above-identified action.

We write pursuant to the Court's September 23, 2024 Order (Dkt. 390)[2] to inform Your Honor that Defendants **SIGNATURE**, **FROSCH** and **TZELL**: (a) will not join any part of the Omnibus Motion to be served by November 15, 2024 pursuant to the aforementioned Order; (b) will not be serving a Supplemental Memorandum of Law to the Omnibus Motion; and (c) reserve their right to assert any claim or defense in this action in accordance with this Court's September 5, 2024 Order (Dkt. 384).

Respectfully submitted,

Kenneth S. Weitzman

cc:    All counsel of record (via ECF)

---

[1]  TZELL was identified in the original and amended complaints as "Vacations by Tzell d/b/a Vacationsbytzell.com."
[2]  "Dkt. __" refers to the corresponding ECF docket entry in *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-PED.