**GIBSON DUNN**

Howard S. Hogan
Partner
T: 202.887.3640
hhogan@gibsondunn.com

October 4, 2024

Client: 01022-00541

<u>VIA ECF</u>

Hon. Victoria Reznik
United States Magistrate Judge
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*,
      Case No. 7:13-cv-09239 (CS) (VR)

Dear Judge Reznik:

I write on behalf of American Airlines, Inc. in response to the Court's Memo Endorsement, dated September 23, 2024.  *See* Dkt. No. 390.  The Court directed the individual Defendants to submit a letter to the Court (individually or jointly) stating whether they intend to serve a Supplemental Memorandum of Law, which would accompany Defendants' Omnibus Motion to be served by November 15, 2024.  *Id.*

American Airlines responds that it does not intend to file a Rule 12 motion pursuant to Section 1 of the Court's September 5, 2024 Order or to serve a Supplemental Memorandum of Law, and instead participate in the stay provided under Section 2 of the Court's September 5 Order.  In keeping with the September 5 Order, American Airlines intends to preserve and expressly refrains from waiving its rights to assert all claims or defenses.  *See* Dkt. No. 384, § 2(b) ("Defendants who elect not to file Rule 12 motions on the threshold issues . . . do not waive their right to assert any claims or defenses later in the normal course of the case, and in accordance with the Federal Rules.").

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Howard Hogan*

Howard S. Hogan

HSH/pm

cc:   Counsel of Record (via ECF)

**Gibson, Dunn & Crutcher LLP**
1700 M Street, N.W.  |  Washington, D.C. 20036-4504  |  T: 202.955.8500  |  F: 202.467.0539  |  gibsondunn.com