Vivian Rivera Drohan

T: (212)710-0004

vdrohan@dlkny.com

October 4, 2024

<u>*VIA ECF*</u>

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420,
White Plains, NY 10601-4150

    Re:    **Wave Studio, LLC v. General Hotel Management, Ltd.,** *et al.*  <u>**Civil Action No.: 7:13-cv-09239 (CS)(VR)**</u>

Dear Judge Reznik:

    Drohan Lee, LLP represents Tablet Inc. ("Tablet") in the above-referenced action (the "Action").

    I am writing pursuant to the Court's September 23, 2024 Order (the "Order") to inform the Court that Tablet (i) will not join any part of the Omnibus Motion to be served by November 15, 2024; and (ii) will not be serving a Supplemental Memorandum to the Omnibus Motion. We reserve our right to assert any claim or defense in the Action in accordance with this Court's September 5, 2024 Order (Dkt. 384).

        Respectfully,

        <u>/s/</u> *<u>Vivian Rivera Drohan</u>*
        Vivian Rivera Drohan

cc:    (via ECF)
        All counsel of record