

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Jedediah Wakefield  
jwakefield@fenwick.com  |  415.875.2331

October 4, 2024

**VIA ECF**

The Honorable Victoria Reznik  
United States Magistrate Judge  
Southern District of New York  
300 Quarropas St., Courtroom 420  
White Plains, NY 10601-4150  
ReznikNYSDChambers@nysd.uscourts.gov

Re:   Travix Travel USA's Intention re: Supplemental Memorandum To Omnibus Motion To Dismiss  
*The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 And Related Cases

Dear Judge Reznik:

We write on behalf of Travix Travel USA, Inc. in response to the Court's September 23, 2024, Memo Endorsement. Dkt. No. 390. The Court directed the individual Defendants to submit a letter to the Court (individually or jointly) stating whether they intend to serve a Supplemental Memorandum of Law, which would accompany Defendants' Omnibus Motion to be served by November 15, 2024. *Id*.

Travix Travel USA responds that it does not intend to file a Rule 12 motion pursuant to Section 1 of the Court's September 5, 2024 Order or to serve a Supplemental Memorandum of Law, and instead will participate in the stay provided under Section 2 of the Court's September 5 Order. In accordance with the September 5 Order, Travix Travel USA expressly reserves its rights to assert all claims or defenses. *See* Dkt. No. 384, § 2(b) ("Defendants who elect not to file Rule 12 motions on the threshold issues . . . do not waive their right to assert any claims or defenses later in the normal course of the case, and in accordance with the Federal Rules.").

Regards,

FENWICK & WEST LLP

*/s/ Jedediah Wakefield*

Jedediah Wakefield

cc: (via ECF)  
All counsel of record