

**CLAUSEN MILLER P.C.**
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA
TEXAS

**CLAUSEN MILLER LLP**
LONDON, ENGLAND

**CMI CLAUSEN MILLER INTERNATIONAL**
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

Attorneys at Law              28 Liberty Street, 39th Floor • New York, NY 10005 • www.clausen.com
                                                        Tel: 212.805.3900 • Fax: 212.805.3939

**Harvey R. Herman, Esq.**
**Direct Line:** (312) 606-7451
**E-Mail:** hherman@clausen.com

October 7, 2024

**VIA ECF**

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY  10601-4150

      Re:   *The Wave Studio, LLC v. General Hotel Management, Ltd., et al.*
            Civil Action No:   7:13-cv-09239-CS

Dear Judge Reznik:

      This letter is written in accordance with the Court's Order of September 23, 2024 (Doc. No. 390).  Clausen Miller PC. represents the following Defendants:

> 1) About, Inc. d/b/a About.com; 2) Alliance Reservation Network d/b/a Reservetravel.com; 3) Bookit.com, Inc.; 4) Expedia, Inc. d/b/a Expedia.com; 5) Fareportal, Inc. d/b/a Cheapoair.com; 6) Farebuzz d/b/a Farebuzz.com; 7) Frommer Media d/b/a Frommers.com; 8) Getaroom.com d/b/a Getaroom.com; 9) Hotels.com GP LLC d/b/a Hotels.com d/b/a Travelnow.com; 10) Hotelsbyme d/b/a Hotelsbyme.com; 11) Lexyl Travel Technologies d/b/a Hotelplanner.com; 12) Esteban Oliverez d/b/a Insanely cheapflights.com; 13) JetBlue Airways Corporation d/b/a JetBlue.com; 14) Kayak Software Corporation d/b/a Kayak.com; 15) Lonely Planet Global, Inc. d/b/a Lonelyplanet.com; 16) Metro Travel Guide d/b/a Metrotravelguide.com; 17) Netadvantage.com d/b/a IHSadvantage.com; 18) Reservation Counter d/b/a Reservationcounter.com; 19) Pegasus Solutions, Inc.; 20) Random House d/b/a Fodors.com; 21) This Exit, LLC d/b/a Roadside merica.com; 22) Travelocity.com d/b/a Travelocity.com; 23) Tripadvisor, LLC d/b/a Tripadvisor.com; 24) United Airlines, Inc. d/b/a Hotels.United.com; 25) Gogobot, Inc. d/b/a gogobot.com;

11221948.1



Magistrate Judge Victoria Reznik
October 7, 2024
Page 2

26) Qantas Airways Ltd.; 27) WK Travel, Inc.; 28) AOL, Inc.; 29) Travelzoo, Inc.; 30) Charles Kessler Associates, Inc.; 31) United Airlines, Inc. Successor-In-Interest to Continental Airlines, Inc.; 32) Swiss International Air Lines, LTD; and 33) VFM Leonardo, Inc. ("The Defendants").[1]

The Defendants will not be joining in the Omnibus Motion and the Defendants (individually or jointly) will not be serving a Supplemental Memorandum to the Omnibus Motion. Each individual Defendant reserves its right to assert any claim or defense in this action pursuant to the Court's September 23, 2024 Order. Thank You.

Very truly yours,

By: */s/ Harvey R. Herman*

Harvey R. Herman

HRH:jar

cc: All counsel of record via ECF

---

[1] We note that Kayak.com is also represented by co-counsel at the Morgan Lewis firm and they will respond to the Court Order on behalf of Kayak.com.

11221948.1