

Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111

**Robert A. Weikert**
Partner

Attorneys at Law
nixonpeabody.com
@NixonPeabodyLLP

T / 415.984.8385
F / 866.294.8842
rweikert@nixonpeabody.com

October 7, 2024

***VIA ECF***

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    **RE:**   ***The Wave Studio, LLC v. General Hotel Management Ltd., et al.,***
           **S.D.N.Y. Case Nos. 7:13-cv-09239-CS-VR; 7:15-cv-06995-CS-VR**

Dear Judge Reznik:

We represent Cathay Pacific Airways Ltd. ("Cathay") in connection with the above-referenced action. We write in response to the Court's Order of September 23, 2024 [Dkt. 390] (the "Order").

In accordance with the Order, we write to respectfully inform the Court that Cathay will not join in any omnibus preliminary Rule 12 motion filed by other defendants, if any, or serve a supplemental brief in support of any such motion. Instead, Cathay will participate in the stay provided under Section 2 of the Court's September 5, 2024 Order [Dkt. 384] (the "Sept. 5 Order"). In so doing, Cathay intends to preserve and refrains from waiving its right to assert any defense or claim in this action. *See* Sept. 5 Order at § 2(b) ("Defendants who elect not to file Rule 12 motions on the threshold issues listed above do not waive their right to assert any claims or defenses later in the normal course of the case, and in accordance with the Federal Rules.").

Respectfully submitted,

*/s/ Robert A. Weikert*
Robert A. Weikert

RAW/ahw

4879-5589-9957.3