

**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703

October 7, 2024

James A. Trigg
direct dial 212 775 8747
direct fax 212 775 8800
jtrigg@ktslaw.com

*By ECF*

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

    Re:    *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-VR

Dear Judge Reznik:

    We represent Defendants Despegar.com Corp. and Despegar.com USA, Inc. (collectively the "Despegar Defendants") in the above-referenced action (the "Action").

    We write further to the Court's September 23, 2024 Order (the "Order") to inform Your Honor that the Despegar Defendants (a) will not join any part of the Omnibus Motion to be served by November 15, 2024 pursuant to the Order; (b) will not be serving a Supplemental Memorandum to the Omnibus Motion; and (c) reserve their rights to assert any claim or defense in the Action pursuant to this Court's September 5, 2024 Order.

    Respectfully,

    */s/ James A. Trigg*

    James A. Trigg

cc:    All counsel of record (by ECF)