

**New York Office**
111 Broadway, Suite 1103
New York, NY 10006
212-970-7111

Sim R. Shapiro
Direct (646) 793-6517
Email: srs@strikowsky.com

October 7, 2024

VIA ECF
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

    Re:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*,
           Case No. 7:13-cv-09239 And Related Cases

Dear Hon. Reznik:

    This correspondence is sent to the Court on behalf of the defendant Delta Air Lines, Inc. ("Delta") in the above-entitled action.

    In accordance with this Court's directive of September 23, 2024 (Docket No. 390) and the Court's order of September 5, 2024 (Docket No. 384), Delta intends to participate in the stay set forth in Section 2 of the September 5, 2024 order, entitled, "Continued stay for those defendants who will not move to dismiss." As such, Delta does not intend to file a Rule 12 motion or supplemental brief under Section 1 of the September 5, 2024. Delta "do[es] not waive [its] right to assert any claims or defenses later in the normal course of the case, and in accordance with the Federal Rules," as set forth in Section 2 of the September 5, 2024 order.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          /s/ *Sim R. Shapiro*

                                          Sim R. Shapiro
                                          STRIKOWSKY DRACHMAN & SHAPIRO PLLC

SRS/dm
cc: All counsel of record via ECF