# MILLER KORZENIK SOMMERS RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150

RE:     Qatar Airways re: Supplemental Memorandum to Omnibus Motion to Dismiss;
        *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-
        cv-09239 and related cases.

Dear Judge Reznik:

        We write on behalf of Qatar Airways Q.C.S.C. in response to the Court's Sept.
23, 2024 Memo Endorsement, Dkt. No. 390, directing Defendants to submit a letter to the
court stating whether they intent to serve a Supplemental Memorandum of Law to
accompany Defendant's Omnibus Motion.

        Qatar Airways is not currently able to commit to whether it intends to file a
supplemental Memorandum of Law to accompany Defendants' Omnibus Motion. We are
currently evaluating our position. We understand the Court will take this answer to
assume that Qatar does intend to file a Supplemental Memorandum and will determine
page limits accordingly.

Dated: October 7, 2024

cc: via ECF all counsel of record

                                        **MILLER KORZENIK**
                                        **SOMMERS RAYMAN LLP**

                                        */s/ David S. Korzenik*

                                        David S. Korzenik
                                        Gillian Vernick
                                        1501 Broadway, Suite 2015
                                        New York, N.Y. 10036
                                        (212) 969-3000
                                        dkorzenik@mkslex.com

                                        *Counsel for Defendant Qatar Airways*