

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
(212) 603-6455 tel

jimrosenfeld@dwt.com

October 7, 2024

**VIA ECF**

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420,
White Plains, NY 10601-4150

Re:  *Wave Studio, LLC v. General Hotel Management, Ltd., et al.*. Civil Action No.: 7:13-cv-09239 (CS)(VR)

Dear Judge Reznik:

The undersigned counsel represents Defendants Air Canada and Citibank, N.A. ("Citi") in the above-captioned action.

Pursuant to the Court's September 23, 2024 Order (Dkt. 390), Defendants Air Canada and Citi write to inform the Court that they will not join an Omnibus Motion pursuant to the Court's September 5, 2024 Order (Dkt. 384), and will not submit any supplemental memoranda. Defendants Air Canada and Citi reserve their right to assert any claims or defenses at a later date in accordance with the Court's September 5, 2024 Order.

DAVIS WRIGHT TREMAINE LLP

Respectfully submitted,

/s/     *James Rosenfeld*

James Rosenfeld

DWT.COM