

| | |
|---|---|
| **William H. Frankel**<br>WFrankel@crowell.com<br>(312) 321-7736 direct | Crowell & Moring LLP<br>455 N. Cityfront Plaza Drive<br>Suite 3600<br>Chicago, IL 60611<br>+1.312.321.4200 main<br>+1.312.321.4299 fax |

October 7, 2024

<u>VIA ECF</u>

Hon. Victoria Reznik
U.S. Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
      Case No. 7:13-cv-09239-CS-VR and Related Case No. 7:15-CV-07950

Dear Judge Reznik:

We are counsel for British Airways PLC in the matter *The Wave Studio, LLC v. British Airways PLC, et al.*, Case no. 7:15-cv-07950-CS, which has been consolidated with the above-captioned case. We write in response to the Court's Memo Endorsement, dated September 23, 2024. *See* Dkt. No. 390. The Court directed the individual Defendants to submit a letter to the Court (individually or jointly) stating whether they intend to serve a Supplemental Memorandum of Law, which would accompany Defendant's Omnibus Motion to be served by November 15, 2024. *Id.*

British Airways responds that it does not intend to file a Rule 12 motion pursuant to Section 1 of the Court's September 5, 2024 Order or to serve a Supplemental Memorandum of Law, and instead intends to participate in the stay provided under Section 2 of the Court's September 5 Order. Further, in keeping with the September 5 Order, British Airways intends to preserve and expressly refrains from waiving its rights to assert all claims or defenses. *See* Dkt. No. 384, § 2(b) ("Defendants who elect not to file Rule 12 motions on the threshold issues . . . do not waive their right to assert any claims or defenses later in the normal course of the case, and in accordance with the Federal Rules.").

Respectfully submitted,

William H. Frankel

cc:  Counsel of Record (via ECF)