

Thomas J. Finn
Partner
T. 860-275-6784
F. 860-724-3397
tfinn@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

INDIANAPOLIS

WILMINGTON

WASHINGTON, DC

MIAMI

October 7, 2024

**VIA ECF**
The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
           Case No.: 7:13-cv-09239-CS-PED

Dear Judge Reznik:

    This firm represents Defendant Joseph Mazzarella d/b/a ROOMRATE.COM in the above-referenced action. We submit this correspondence in accordance with the Court's Order dated September 23, 2024 (ECF No. 390).

    Defendant Mazzarella respectfully submits that he intends to join in an Omnibus Motion on the threshold issue of lack of personal jurisdiction and will serve a Supplemental Memorandum specific to him in support of such Motion. Thank you.

                                                Respectfully Submitted,

                                                Thomas J. Finn

ME1 50603337v.1