Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006

T   +1 202.887.4000
F   +1 202.887.4288
akingump.com



**Anthony T. Pierce**
+1 202.887.4411/fax: +1 202.887.4288
apierce@akingump.com

October 7, 2024

VIA ELECTRONIC COURT FILING

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*,
             Case No. 7:13-CV-09239-CS-VR and Related Case No. 7:15-CV-03420

Dear Judge Reznik:

    We represent Defendant American Express Company ("American Express") in the above-captioned case. This letter is submitted in accordance with the Court's September 23, 2024 Order (ECF No. 390).

    American Express will not join in the Omnibus Motion and will not submit a Supplemental Memorandum to the Omnibus Motion. American Express intends to participate in the stay as provided in the Court's September 5, 2024 Order (ECF No. 384) and thereby reserves its right to assert any claim or defense in the normal course of the case, and in accordance with the Federal Rules. *See* ECF No. 384.

                                            Respectfully submitted,

                                            */s/ Anthony T. Pierce*

                                            Anthony T. Pierce

Cc:  All counsel of record, via ECF.