UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

THE WAVE STUDIO. LLC,

        Plaintiff,

-against-

GENERAL HOTEL MANAGEMENT LTD et al,

        Defendants.

---------------------------------------------------------------------X

CIVIL ACTION NO.: 7:13-cv-09239-CS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel in this case for defendant, VFM LEONARDO, INC.

I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
October 22, 2024

**CLAUSEN MILLER P.C.**

By: */s/Josef C. Ghosn*
_____

Josef C. Ghosn, Esq.
*Attorneys for Defendant VFM Leonardo*
28 Liberty Plaza, 39th Floor
New York, New York 10005
(212) 805-3900
File No: 24-7287-00-6

11247596.1