**GIBSON DUNN**

Howard S. Hogan
Partner
T: 202.887.3640
hhogan@gibsondunn.com

October 24, 2024

Client: 01022-00541

<u>VIA ECF</u>

Hon. Victoria Reznik
United States Magistrate Judge
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

Re:   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*,
      Case No. 7:13-cv-09239 (CS) (VR)

Dear Judge Reznik:

I write jointly on behalf of the undersigned counsel in response to the Court's Order, dated October 21, 2024.  *See* Dkt. No. 409.  The Court directed the Defendants to submit a letter to the Court (individually or jointly) stating whether they intend to use a Rule 12 motion to raise the issue of the statute of limitations, personal jurisdiction, or extraterritoriality; join the Omnibus Motion; or serve a supplemental memorandum of law.  *Id.*  The undersigned counsel hereby state, on behalf of their clients, that they do not intend to raise any of these three threshold issues via a Rule 12 motion, join the Omnibus Motion, or serve a supplemental memorandum of law, and otherwise reserve all other claims or defenses or the right to pursue the listed defenses in a responsive pleading or summary judgment motion (to the extent not waived under the Federal Rules).

Respectfully submitted,

| /s/ _____<br>Howard Hogan<br>Gibson, Dunn & Crutcher LLP<br>*Counsel for Defendant American Airlines, Inc.* | /s/ _____<br>Robert A. Weikert<br>Andrew H. Winetroub<br>Nixon Peabody LLP<br>*Counsel for Defendant Cathay Pacific Airways Ltd.* |
|---|---|
| /s/ _____<br>Matthew S. Trokenheim<br>Goldberg Segalla LLP<br>*Counsel for Defendant Setai Owners LLC* | /s/ _____<br>Abigail J. Remore<br>Chiesa Shahinian & Giantomasi PC<br>*Counsel for Defendant General Hotel Management Ltd.* |

# GIBSON DUNN

Hon. Victoria Reznik  
U.S. District Court for the Southern District of New York

October 24, 2024  
Page 2

| | |
|---|---|
| /s/ _____<br>Kenneth S. Weitzman<br>Weitzman Law Offices, LLC<br>*Counsel for Defendants Signature Travel Network Cooperative, Inc.; Frosch International Travel, Inc.; and Tzell Travel, LLC* | /s/ _____<br>James A. Trigg<br>Kilpatrick Townsend & Stockton LLP<br>*Counsel for Defendants Despegar.com USA, Inc. and Despegar.com Corp.* |
| /s/ _____<br>William H. Frankel<br>Andrew S. McElligott<br>Crowell & Moring LLP<br>*Counsel for Defendant British Airways P.L.C.* | /s/ _____<br>Jedediah Wakefield<br>Fenwick & West LLP<br>*Counsel for Defendant Travix Travel USA, Inc.* |
| /s/ _____<br>John Bauer<br>Ashley Summer<br>Nelson Mullins Riley & Scarborough LLP<br>*Counsel for Defendant Emerging Travel, Inc.* | |

cc:   Counsel of Record (via ECF)