

O. 702.949.8200
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169
lewisroca.com

Michael McCue
Partner
Admitted in California, Nevada,
Virginia, and District of Columbia
702.949.8224 direct
702.949.8363 fax
MMcCue@lewisroca.com

October 28, 2024

Our File No.: 142961-00027

**<u>VIA ECF</u>**

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601-4150

      RE:    *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
              Case No. 7:13-cv-09239-CS-VR

Dear Judge Reznik:

My firm, Lewis Roca Rothgerber Christie LLP represents Visa Inc. in the above-referenced action (the "Action").

Pursuant to this Court's October 21, 2024 Order (the "Order"), Visa Inc. states that it (1) does not intend to join the Omnibus Motion; (2) will not be serving a Supplemental Memorandum to the Omnibus Motion; (3) will not be serving a Rule 12 motion based on defenses regarding the statute of limitations, personal jurisdiction or extraterritoriality; and (4) reserves its right to assert all other claims or defenses later in the Action pursuant to the Order, including the statute of limitations and/or extraterritoriality through summary judgment and/or at trial.

Sincerely,

*[signature]*

Michael J. McCue
Meng Zhong
Lewis Roca Rothgerber Christie LLP

cc: via ECF to all counsel of record

126475355.1

LEWIS ROCA ROTHGERBER CHRISTIE LLP