

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
(212) 603-6455 tel

jimrosenfeld@dwt.com

October 28, 2024

**VIA ECF**

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420,
White Plains, NY 10601-4150

Re: *Wave Studio, LLC v. General Hotel Management, Ltd., et al.*. Civil Action No.: 7:13-cv-09239 (CS)(VR)

Dear Judge Reznik:

The undersigned counsel represents Defendants Air Canada and Citibank, N.A. ("Citi") in the above-captioned action.

Pursuant to the Court's October 21, 2024 Order (Dkt. 410), Defendants Air Canada and Citi write to inform the Court that they will not join an Omnibus Motion pursuant to the Court's September 5, 2024 Order (Dkt. 384), and will not independently raise any arguments regarding statute of limitations, personal jurisdiction, or extraterritoriality via the submission of supplemental memoranda. Defendants Air Canada and Citi reserve their right to raise Rule 12 motions on other grounds, and do not intend this letter to constitute a waiver of these defenses in any later responsive pleading or Rule 56 motion.

DAVIS WRIGHT TREMAINE LLP

Respectfully submitted,

/s/     *James Rosenfeld*

James Rosenfeld