

October 28, 2024

**VIA ECF**
The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Thomas J. Finn
Partner
T. 860-275-6784
F. 860-724-3397
tfinn@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

INDIANAPOLIS

WILMINGTON

WASHINGTON, DC

MIAMI

Re: **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
Case No.: **7:13-cv-09239-CS-PED**

Dear Judge Reznik:

This firm represents Defendant Joseph Mazzarella d/b/a ROOMRATE.COM in the above-referenced action. We submit this correspondence in accordance with the Court's Order dated October 21, 2024, ECF No. 409.

Defendant Mazzarella respectfully submits (1) he does not intend to raise any of the threshold issues of statute of limitations, personal jurisdiction, or extraterritoriality by way of a Rule 12 motion; (2) he does not intend to join in the Omnibus Motion; and (3) he does not intend to serve a Supplemental Memorandum.

Defendant Mazzarella further respectfully submits that he intends to participate in the continued stay of this action pursuant to Section 2 of the Court's Order dated September 5, 2024, ECF No. 384. Thank you.

Respectfully Submitted,

Thomas J. Finn

ME1 50825345v.1