The Clerk of Court is respectfully directed to terminate attorneys Palla and Ray as counsel for Qatar Airways and terminate ECF No. 424. The Clerk is further respectfully directed to mark this case as re-opened.

SO ORDERED.

*Cathy Seibel*   1/6/25
CATHY SEIBEL, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

    *Plaintiff,*

  V.

GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS EXIT, LLC, TRAVELOCITY.COM LP, TRAVELZOO INC., TRAVIX TRAVEL USA INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL

Case No. 7:13cv-09239-CS-PED

> SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFM LEONARDO, INC., VISA, INC.,
>
>    *Defendants.*

## MOTION TO WITHDRAW APPEARANCES OF COUNSEL

PLEASE TAKE NOTICE that William K. Wray Jr. of Allen Overy Shearman Sterling US LLP ("A&O Shearman") hereby moves for an Order pursuant to Rule 1.4 of the Local Rules for the Southern and Eastern Districts of New York, withdrawing the appearances of Sapna Palla and William K. Wray Jr. as counsel for the Defendant Qatar Airways Q.C.S.C. in the above-captioned matter. In support of the motion, the undersigned states the following:

1. As of January 6, 2025 both Sapna Palla and I will be no longer be affiliated with A&O Shearman.

2. Qatar Airways O.C.S.C will continue to be represented by co-counsel David Korzenik and Gillian Vernick (see ECF 374, 401).

3. This withdrawal will in no way effect any deadlines or cause delay in this matter.

4. A&O Shearman is not asserting a retaining or changing lien in connection to this withdrawal.

5. A copy of this motion has been served on Qatar Airways Q.C.S.C.by email and upon counsel of record by ECF.

Dated: New York, New York
January 3, 2025

                Respectfully submitted,

                ALLEN OVERY SHEARMAN STERLING US LLP

        By:   /s/ William K. Wray, Jr.
                William K. Wray, Jr. (Admitted *pro hac vice*)
                One Beacon Street
                Boston, MA
                Tel: (650) 388-1714
                Email: william.wray@aoshearman.com

                *Attorneys for Defendant QATAR AIRWAYS Q.C.S.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025 the foregoing Motion to Withdraw Appearances of Counsel was served on Qatar Airways Q.C.S.C. via electronic mail, and electronically on all counsel of record via the Court's CM/ECF system.

      /s/ William K. Wray, Jr.
William K. Wray, Jr.
ALLEN OVERY SHEARMAN STERLING US LLP
One Beacon Street
Boston, MA
Tel: (650) 388-1714
Email: william.wray@aoshearman.com

*Attorneys for Defendant QATAR AIRWAYS Q.C.S.C*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

   *Plaintiff,*

 V.

GENERAL HOTEL MANAGEMENT LTD., ABOUT, INC., AGIP LLC, AGODA COMPANY PTE. LTD., AIR CANADA, ALLIANCE RESERVATION NETWORK, AMERICAN AIRLINES, INC., AMERICAN EXPRESS COMPANY, AOL INC., BOOKING.COM BV, BOOKING HOLDINGS INC., BOOKING.COM USA INC., BOOKIT.COM, INC., BRITISH AIRWAYS PLC, CATHAY PACIFIC AIRWAYS LTD., CHARLES KESSLER & ASSOCIATES, INC., CITIBANK N.A., DELTA AIRLINES, INC., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., EMERGING TRAVEL, INC., RATE HAWK, ZEN HOTELS, EXPEDIA, INC., FAREBUZZ, FAREPORTAL, INC., FROMMER MEDIA LLC, FROSCH INTERNATIONAL TRAVEL, INC., GETAROOM.COM, GOGOBOT, INC., GROUPON, INC., HOTELS COMBINED LLC, HOTELS.COM GP LLC, HOTELSBYME, JETBLUE AIRWAYS CORPORATION, JOE MAZZARELLA, KAYAK SOFTWARE CORPORATION, LEXYL TRAVEL TECHNOLOGIES, LONELY PLANET GLOBAL, INC., MAKEMYTRIP.COM, INC., METRO TRAVEL GUIDE, MOMONDO A/S, NETADVANTAGE.COM, ORBITZ WORLDWIDE, LLC, PEGASUS SOLUTIONS, INC., PRICELINE.COM LLC, QATAR AIRWAYS Q.C.S.C., RANDOM HOUSE, RESERVATION COUNTER, ROCKET TRAVEL, INC., SETAI OWNERS LLC, SIGNATURE TRAVEL NETWORK, SKYSCANNER LTD., SOUTHWEST AIRLINES CO., SWISS INTERNATIONAL AIR LINES LTD, TABLET INC., THIS EXIT, LLC, TRAVELOCITY.COM LP, TRAVELZOO INC., TRAVIX TRAVEL USA

Case No.  7:13cv-09239-CS-PED

INC., TRIPADVISOR LLC, TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., TRIVAGO N.V., TRIVAGO SERVICES US, LLC, UNITED AIRLINES, INC., UNITED AIRLINES, INC., SUCCESSOR-IN-INTEREST TO CONTINENTAL AIRLINES, INC., VACATIONS BY TZELL, VFM LEONARDO, INC., VISA, INC.,

*Defendants*.

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

IT IS HEREBY ORDERED that the motion of Sapna Palla and William K. Wray, Jr. to withdraw as counsel for the Defendant Qatar Airways Q.C.S.C and the Clerk of the Court is respectfully requested to remove Ms Palla and Mr. Wray from the CM/ECF service list for this action.

Dated: _____
       White Plains, New York

                                            _____
                                            Cathy Seibel U.S.D.J.