**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> General Hotel Management Ltd., et al., <br><br> Defendants. | Case No. 7:13-cv-09239-CS-VR <br><br> **NOTICE OF APPEARANCE** |

To:   The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I appear in this case as counsel for the Plaintiff, The Wave Studio, LLC.

Dated: February 19, 2025

*Michael Cilento*
_____

Michael D. Cilento (Bar #: MC2221)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Email: Michael@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326