**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC,<br><br>    Plaintiff,<br><br> -against-<br><br>Trivago N.V. et al.,<br><br>    Defendants. | Case No. 7:23-cv-03586-CS-VR<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of Court and all parties of record:

  **PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I appear in this case as counsel for the Plaintiff, The Wave Studio, LLC.

Dated: February 19, 2025

*Michael Cilento*
_____
Michael D. Cilento (Bar #: MC2221)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Email: Michael@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326