AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Wave Studio, LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:13-cv-09239-CS-VR |
| General Hotel Management Ltd., et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KAYAK SOFTWARE CORPORATION, and GETAROOM.COM (Defendants).

Date:   03/18/2025

/s/ Matthew T. Julyan
*Attorney's signature*

Matthew Todd Julyan  (Bar # 5955844)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
*Address*

matthew.julyan@morganlewis.com
*E-mail address*

(202) 739-5372
*Telephone number*

(202) 739-3001
*FAX number*