UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE WAVE STUDIO. LLC,               CIVIL ACTION NO.:
                                                        7:13-cv-09239-CS

                Plaintiff,

                                                        **NOTICE OF**
          -against-                           **APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD et al,

                Defendants.

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

       Kindly enter my appearance as counsel in this case for Defendants AIR CANADA AND GROUPON, INC.

       I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
          April 1, 2025

                                                           **CLAUSEN MILLER P.C.**

                                                           *Josef C. Ghosn*

                By:      _____

                                                           Josef C. Ghosn, Esq.
                                                           *Attorneys for Defendants*
                                                           *Air Canada and Groupon, Inc.*
                                                           28 Liberty Plaza, 39th Floor
                                                           New York, New York 10005
                                                           (212) 805-3900
                                                           File No: 24-7287-00-6

11567644.1