UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE WAVE STUDIO. LLC,　　　　　　　　　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　　　　　　　7:13-cv-09239-CS

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF**
　　-against-　　　　　　　　　　　　　　　　　　**APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD et al,

　　　　　　Defendants.

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

　　　　Kindly enter my appearance as counsel in this case for Defendants AIR CANADA AND GROUPON, INC.

　　　　I certify that I am admitted to practice in this Honorable Court.

Dated:　New York, New York
　　　　April 2, 2025

　　　　　　　　　　　　　　　　　　　**CLAUSEN MILLER P.C.**

　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Carl M. Perri, Esq.
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*Air Canada and Groupon, Inc.*
　　　　　　　　　　　　　　　　　　　28 Liberty Plaza, 39th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　(212) 805-3900
　　　　　　　　　　　　　　　　　　　File No: 24-7287-00-6