UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE WAVE STUDIO. LLC,  CIVIL ACTION NO.:
7:13-cv-09239-CS

                  Plaintiff,

         -against-  **NOTICE OF APPEARANCE**

GENERAL HOTEL MANAGEMENT LTD et al,

                  Defendants.

-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for Defendants AIR CANADA AND GROUPON, INC.

    I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       April 2, 2025

                                **CLAUSEN MILLER P.C.**

               By:   *Harvey R. Herman*
                       Harvey R. Herman, Esq.
                       *Attorneys for Defendants*
                       *Air Canada and Groupon, Inc.*
                       28 Liberty Plaza, 39th Floor
                       New York, New York 10005
                       (212) 805-3900
                       File No: 24-7287-00-6

11570771.1