## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>GENERAL HOTEL MANAGEMENT LTD., et al.,<br><br>              Defendants. | Case No.  13-cv-09239-CS-PED<br><br>**NOTICE OF APPEARANCE OF CHARLES E. MOULINS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT Charles E. Moulins of Fenwick & West LLP is admitted to practice in this court and hereby submits this Notice of Appearance of Counsel for Defendant Travix Travel USA, Inc. ("Travix").  All further pleadings or notices in this action, with the exception of original process, should be served on Travix through the undersigned counsel.  This Notice of Appearance of Counsel is not intended to waive, and may not be deemed to waive, any defense, objection, or claim whatsoever, including without limitation objections to the timeliness or sufficiency of service of process on Travix, or objections to the Court's jurisdiction over this action or over Travix.

For all purposes of Notice of Electronic Filing, counsel's email address is as follows:

Charles E. Moulins:        cmoulins@fenwick.com
                          dskarloken@fenwick.com

Dated:  April 2, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP


　　　　　　　　　　　　　　　　　　By:   */s/ Charles E. Moulins*　　　　　　

　　　　　　　　　　　　　　　　　　　　Kathryn J. Fritz
　　　　　　　　　　　　　　　　　　　　Jedediah Wakefield
　　　　　　　　　　　　　　　　　　　　Todd R. Gregorian
　　　　　　　　　　　　　　　　　　　　**FENWICK & WEST LLP**
　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94104
　　　　　　　　　　　　　　　　　　　　Telephone:    415.875.2300
　　　　　　　　　　　　　　　　　　　　Facsimile:     415.281.1350

　　　　　　　　　　　　　　　　　　　　Charles E. Moulins
　　　　　　　　　　　　　　　　　　　　**FENWICK & WEST LLP**
　　　　　　　　　　　　　　　　　　　　902 Broadway, 18th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10010-6035
　　　　　　　　　　　　　　　　　　　　Telephone:    212.430.2600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Travix Travel USA, Inc.*