**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Mobissimo Inc. d/b/a Mobissimo.com.

Dated: April 4, 2025
       Brooklyn, New York

                                                Respectfully submitted,

                                                **LEWIS & LIN, LLC**

                                                *Michael Cilento*
                                                Michael D. Cilento, Esq.
                                                77 Sands Street, 6th Floor
                                                Brooklyn, NY 11201
                                                Tel: (718) 243-9323
                                                Fax: (718) 243-9326
                                                Michael@iLawco.com
                                                *Counsel for Plaintiff, The Wave Studio, LLC*