**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Koninklijke Luchtvaart Maatschappij, N.V. d/b/a KLM Royal Dutch Airlines.

Dated: April 4, 2025
   Brooklyn, New York

                 Respectfully submitted,

                 **LEWIS & LIN, LLC**

                 */s/ Michael Cilento*
                 Michael D. Cilento, Esq.
                 77 Sands Street, 6th Floor
                 Brooklyn, NY 11201
                 Tel: (718) 243-9323
                 Fax: (718) 243-9326
                 Michael@iLawco.com
                 *Counsel for Plaintiff, The Wave Studio, LLC*

To: All Attorneys of Record via NYSCEF