# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Mobissimo Inc. d/b/a Mobissimo.com.

Dated: April 4, 2025
　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**LEWIS & LIN, LLC**

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

4/7/25

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Cilento*
　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Cilento, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　77 Sands Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (718) 243-9323
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (718) 243-9326
　　　　　　　　　　　　　　　　　　　　　　　　Michael@iLawco.com
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, The Wave Studio, LLC*