## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> General Hotel Management Ltd., et al., <br><br> Defendants. | Case No. 7:13-cv-09239-CS-VR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Koninklijke Luchtvaart Maatschappij, N.V. d/b/a KLM Royal Dutch Airlines.

Dated: April 4, 2025
       Brooklyn, New York

SO ORDERED.

*Cathy Seibel*    4/7/25
CATHY SEIBEL, U.S.D.J.

Respectfully submitted,

**LEWIS & LIN, LLC**

*Michael Cilento*
Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff, The Wave Studio, LLC*

To: All Attorneys of Record via NYSCEF