**MEMO ENDORSED**

# LEWIS & LIN LLC

77 SANDS STREET, 6TH FLOOR
BROOKLYN, NY 11201
TEL: (718) 243-9323  FAX: (718) 243-9326
WWW.ILAWCO.COM

PARTNERS
Brett E. Lewis
David D. Lin

SENIOR COUNSEL
Nicole Haff

OF COUNSEL
Eric Belanger
Roberto Ledesma

COUNSEL
Michael D. Cilento
Jane J. Jaang

ASSOCIATES
Anna Iskikian
Rachel Ann Niedzwiadek
Savita Sivakumar
Shuyu Wang

**Michael D. Cilento, Esq.**
michael@iLawco.com
347-404-5844

April 9, 2025

**Via ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

  Re: *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*,
     No. 7:13-cv-09239-CS-VR

Dear Judge Reznik:

We write on behalf of the Plaintiff, The Wave Studio, LLC ("Wave") and jointly with the consent of Defendant Qatar Airways ("Qatar Airways"). Wave and Qatar Airways are currently in advanced settlement talks to resolve the matter as between the two parties and thus jointly respectfully request a slight modification to the briefing schedule as to Qatar Airways' motion to dismiss. The modification, as detailed below, will allow the parties adequate time to reach a settlement without further cost to either party, and would not interfere with the ultimate deadline to submit all motion papers to the Court, should we be unable to finalize an agreement.

Per ECF 434, the following schedule was set as to the moving defendants' motions to dismiss and Plaintiff's cross-motion to amend[1]:

April 11, 2025: Plaintiff's opposition to motions to dismiss and cross-motion to amend (served not filed)
May 9, 2025: Defendants' reply motion to dismiss papers and opposition to cross-motion to amend (served not filed)
May 23, 2025: Plaintiff's reply papers to cross-motion to amend (served not filed)
May 27, 2025: All papers to be filed with the Court.

---

[1] Plaintiff does not intend to cross move to amend any allegations against Qatar Airways

# LEWIS & LIN LLC

Wave and Qatar Airways jointly propose modifying the schedule as to Qatar Airways' motion as follows:

May 9, 2025: Plaintiff's opposition to Qatar Airways' motion to dismiss (served not filed)
May 23, 2025: Qatar Airways' reply motion to dismiss papers (served not filed)
May 27, 2025: All papers to be filed with the Court

The slight modification would not affect the ultimate deadline to submit all motion papers to the Court on May 27, 2025.

We appreciate the Court's consideration of this matter and remain available should the Court require any additional information.

Respectfully submitted,

*Michael Cilento*
Michael D. Cilento

The request by Plaintiff and Defendant Qatar Airways is **GRANTED**, and the modified deadlines listed above are adopted.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 4/10/2025