IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against MakeMyTrip India PVT. Ltd.

Dated: April 16, 2025
   Brooklyn, New York

                Respectfully submitted,

                **LEWIS & LIN LLC**

                *Michael Cilento*
                Michael D. Cilento, Esq.
                77 Sands Street, 6th Floor
                Brooklyn, NY 11201
                Tel: (718) 243-9323
                Fax: (718) 243-9326
                Michael@iLawco.com
                *Counsel for Plaintiff,*
                *The Wave Studio, LLC*