IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                     Plaintiff,<br><br>    -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                     Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against MakeMyTrip India PVT. Ltd.

Dated: April 16, 2025
       Brooklyn, New York

                                                       Respectfully submitted,

SO ORDERED.

*/s/ Cathy Seibel/*
CATHY SEIBEL, U.S.D.J.
4/17/25

                                                       **LEWIS & LIN LLC**

                                                       */s/ Michael Cilento*
                                                     Michael D. Cilento, Esq.
                                                     77 Sands Street, 6th Floor
                                                     Brooklyn, NY 11201
                                                     Tel: (718) 243-9323
                                                     Fax: (718) 243-9326
                                                     Michael@iLawco.com
                                                     *Counsel for Plaintiff,*
                                                     *The Wave Studio, LLC*