**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL HOTEL MANAGEMENT LTD,<br>et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR |

## NOTICE OF APPEARANCE

**TO:　THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendant Citibank, N.A. in the above-captioned action. I certify that I am admitted to practice in this Court. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:　New York, New York
　　　　　April 17, 2025

　　　　　　　　　　　　　　　　　　　　　**TROUTMAN PEPPER LOCKE LLP**

　　　　　　　　　　　　　　　　　　　　　By*: /s/ Daniel E. Gorman*
　　　　　　　　　　　　　　　　　　　　　　　Daniel E. Gorman
　　　　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　(212) 704-6000
　　　　　　　　　　　　　　　　　　　　　　　daniel.gorman@troutman.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Citibank, N.A.*