IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against NexTag, Inc. d/b/a nextag.com

Dated: April 17, 2025
       Brooklyn, New York

Respectfully submitted,

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

4/18/25

**LEWIS & LIN LLC**

*Michael Cilento*
Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff,*
*The Wave Studio, LLC*