

# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

April 3, 2025

    I hereby certify that Puja Patel Lea, Esq., was admitted on the 6th day of May, 2014, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk