## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC<br><br>Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD,<br>et al.,<br><br>Defendants. | Case No. 7:13-cv-09239-CS-VR |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Puja Patel Lea for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the State Bar of Georgia and that her contact information is as follows:

Puja Patel Lea
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Email: puja.lea@troutman.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Citibank, N.A, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____