# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC<br><br>            Plaintiff,<br><br>      v.<br><br>GENERAL HOTEL MANAGEMENT LTD, et al.,<br><br>            Defendants. | Case No. 7:13-cv-09239-CS-VR |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, James E. Schutz hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Citibank, N.A., in the above-captioned action.

I am in good standing with the State Bar of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration to this effect pursuant to Local Rule 1.3.

Dated: Atlanta, Georgia
       April 22, 2025

/s/ James E. Schutz
James E. Schutz
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Email: james.schutz@troutman.com

*Attorneys for Defendant Citibank, N.A.*

To: All Counsel of Record (*via ECF*)