UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC<br><br>                    Plaintiff,<br><br>     v.<br><br>GENERAL HOTEL MANAGEMENT LTD, et al.,<br><br>                    Defendants. | Case No. 7:13-cv-09239-CS-VR |

**DECLARATION OF PUJA PATEL LEA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, James E. Schutz declare the following:

1. I am an attorney with the firm Troutman Pepper Locke LLP.

2. I am a member in good standing of the bar of the State of Georgia.

3. I have never been censured, suspended, disbarred or denied admission or readmission of any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Attached to this declaration is a true and correct copy of a certificate of good standing from the bar of the State of Georgia

6. I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted,

*/s/ James E. Schutz*
James E. Schutz, Esq.