**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

The Wave Studio, LLC,

                Plaintiff,

    -against-

General Hotel Management Ltd., et al.,

                Defendants.

Case No. 7:13-cv-09239-CS-VR

**NOTICE OF VOLUNTARY**
**DISMISSAL**

---

       Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against BudgetWorks Inc. d/b/a setaicondorentals.com

Dated: April 25, 2025
       Brooklyn, New York

                Respectfully submitted,

                **LEWIS & LIN LLC**

                *Michael Cilento*

                Michael D. Cilento, Esq.
                77 Sands Street, 6th Floor
                Brooklyn, NY 11201
                Tel: (718) 243-9323
                Fax: (718) 243-9326
                Michael@iLawco.com
                *Counsel for Plaintiff,*
                *The Wave Studio, LLC*