IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                    Plaintiff,<br><br>     -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Air Canada

Dated: April 30, 2025
        Brooklyn, New York

                                        Respectfully submitted,

                                        **LEWIS & LIN LLC**

                                        *Michael Cilento*
                                        Michael D. Cilento, Esq.
                                        77 Sands Street, 6th Floor
                                        Brooklyn, NY 11201
                                        Tel: (718) 243-9323
                                        Fax: (718) 243-9326
                                        Michael@iLawco.com
                                        *Counsel for Plaintiff,*
                                        *The Wave Studio, LLC*