IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                        Plaintiff,<br><br>   -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                       Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against British Airways PLC.

Dated: April 30, 2025
       Brooklyn, New York

                                    Respectfully submitted,

                                    **LEWIS & LIN LLC**

                                    */s/ Michael Cilento*
                                    Michael D. Cilento, Esq.
                                    77 Sands Street, 6th Floor
                                    Brooklyn, NY 11201
                                    Tel: (718) 243-9323
                                    Fax: (718) 243-9326
                                    Michael@iLawco.com
                                    *Counsel for Plaintiff,*
                                    *The Wave Studio, LLC*