# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Qantas Airways Limited d/b/a qantas.com.au.

Dated: April 30, 2025
   Brooklyn, New York

               Respectfully submitted,

               **LEWIS & LIN LLC**

               *Michael Cilento*
               Michael D. Cilento, Esq.
               77 Sands Street, 6th Floor
               Brooklyn, NY 11201
               Tel: (718) 243-9323
               Fax: (718) 243-9326
               Michael@iLawco.com
               *Counsel for Plaintiff,*
               *The Wave Studio, LLC*