**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| The Wave Studio, LLC,<br><br>     Plaintiff,<br><br> -against-<br><br>General Hotel Management Ltd., et al.,<br><br>     Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against United Airlines, Inc. and United Airlines, Inc., Successor-in-Interest to Continental Airlines, Inc.

Dated: April 30, 2025
   Brooklyn, New York

       Respectfully submitted,

       **LEWIS & LIN LLC**


       *Michael Cilento*
       Michael D. Cilento, Esq.
       77 Sands Street, 6th Floor
       Brooklyn, NY 11201
       Tel: (718) 243-9323
       Fax: (718) 243-9326
       Michael@iLawco.com
       *Counsel for Plaintiff,*
       *The Wave Studio, LLC*