## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

                     Plaintiff,

    -against-

General Hotel Management Ltd., et al.,

                     Defendants.

Case No. 7:13-cv-09239-CS-VR

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Andrew Harper d/b/a andrewharper.com

Dated: April 23, 2025
      Brooklyn, New York

Respectfully submitted,

**LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

*Michael Cilento*

Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff,*
*The Wave Studio, LLC*