IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                       Plaintiff,<br><br>   -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against VisitUSA LLC.

Dated: April 25, 2025
       Brooklyn, New York

                                                  Respectfully submitted,

                                                    **LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

                                                  *Michael Cilento*
                                                  Michael D. Cilento, Esq.
                                                  77 Sands Street, 6th Floor
                                                  Brooklyn, NY 11201
                                                  Tel: (718) 243-9323
                                                  Fax: (718) 243-9326
                                                  Michael@iLawco.com
                                                  *Counsel for Plaintiff,*
                                                  *The Wave Studio, LLC*