## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC, | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| -against- | |
| General Hotel Management Ltd., et al., | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Market ES Inc. d/b/a hotels-and-discounts.com.

Dated: April 25, 2025
   Brooklyn, New York

Respectfully submitted,

**LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

*Michael Cilento*
Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff,*
*The Wave Studio, LLC*