IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                             Plaintiff,<br><br>         -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                             Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Delta Airlines d/b/a delta.com and Delta Airlines, Inc.[1]

Dated: April 29, 2025
       Brooklyn, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

Respectfully submitted,

**LEWIS & LIN LLC**

*Michael Cilento*
Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff,*
*The Wave Studio, LLC*

---

[1] While this case was stayed, Delta Airlines inadvertently filed an Answer to the First Amended Complaint inclusive of crossclaims and counterclaims, *see* Doc. No. 75, but formally withdrew the pleading without prejudice less than a week later. *See* Doc. No. 78.