## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

                              Plaintiff,

          -against-

General Hotel Management Ltd., et al.,

                              Defendants.

Case No. 7:13-cv-09239-CS-VR

**NOTICE OF VOLUNTARY DISMISSAL**

 

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Air Canada

Dated: April 30, 2025
          Brooklyn, New York

                    Respectfully submitted,

                    **LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

                    *Michael Cilento*
                    Michael D. Cilento, Esq.
                    77 Sands Street, 6th Floor
                    Brooklyn, NY 11201
                    Tel: (718) 243-9323
                    Fax: (718) 243-9326
                    Michael@iLawco.com
                    *Counsel for Plaintiff,*
                    *The Wave Studio, LLC*