IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Cathay Pacific Airways Ltd.

Dated: April 30, 2025
      Brooklyn, New York

                                      Respectfully submitted,

                                      **LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

                                      *Michael Cilento*
                                      Michael D. Cilento, Esq.
                                      77 Sands Street, 6th Floor
                                      Brooklyn, NY 11201
                                      Tel: (718) 243-9323
                                      Fax: (718) 243-9326
                                      Michael@iLawco.com
                                      *Counsel for Plaintiff,*
                                      *The Wave Studio, LLC*