IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                 Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                 Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Swiss International Air Lines LTD.

Dated: April 30, 2025
      Brooklyn, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

                                  Respectfully submitted,

                                  **LEWIS & LIN LLC**

                                  *Michael Cilento*
                                  Michael D. Cilento, Esq.
                                  77 Sands Street, 6th Floor
                                  Brooklyn, NY 11201
                                  Tel: (718) 243-9323
                                  Fax: (718) 243-9326
                                  Michael@iLawco.com
                                  *Counsel for Plaintiff,*
                                  *The Wave Studio, LLC*