IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

　　　　Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Qantas Airways Limited d/b/a qantas.com.au.

Dated: April 30, 2025
　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LEWIS & LIN LLC**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
5/2/25

　　　　　　　　　　　　　　　　　　　　*Michael Cilento*
　　　　　　　　　　　　　　　　　　　　Michael D. Cilento, Esq.
　　　　　　　　　　　　　　　　　　　　77 Sands Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　Tel: (718) 243-9323
　　　　　　　　　　　　　　　　　　　　Fax: (718) 243-9326
　　　　　　　　　　　　　　　　　　　　Michael@iLawco.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　*The Wave Studio, LLC*