IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jennifer A. Kash hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Date:  May 9, 2025

Respectfully submitted,

_____
Jennifer A. Kash (CA Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
13-9239@cases.warrenlex.com

*Attorneys for Plaintiff The Wave Studio, LLC*