UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE WAVE STUDIO, LLC,

   Plaintiff,

 -against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

   Defendants.

---

Case No. 7:13-cv-09239-CS-VR

**MOTION FOR ADMISSION** *PRO HAC VICE*

  Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Dana E. Becker hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM ("Defendants") in the above-captioned action.

  I am in good standing with the bars of the State of New Jersey and the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state of federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 13, 2025
   Philadelphia, Pennsylvania

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Dana E. Becker*
 Dana E. Becker
 dana.becker@morganlewis.com
 2222 Market Street
 Philadelphia, PA 19103-3007
 Tel.: +1.215.963.4628
 Fax: +1.215.963.5001

Attorneys for Defendants
KAYAK SOFTWARE CORPORATION, and
GETAROOM.COM

DB2/ 50849066.1

-2-

## CERTIFICATE OF SERVICE

I certify that on **May 13, 2025**, I caused to be electronically filed a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*, AFFIDAVIT OF DANA E. BECKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*, EXHIBIT A (CERTIFICATES OF GOOD STANDING),** and **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of the District Court using its CM/ECF system, which will then electronically notify all parties registered to receive such notice.

*/s/ Dana E. Becker*
DANA E. BECKER