IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Luxe Travel, LLC d/b/a luxetravel.com

Dated: May 14, 2025
   Brooklyn, New York

                 Respectfully submitted,

                 **LEWIS & LIN LLC**

                 *Michael Cilento*
                 Michael D. Cilento, Esq.
                 77 Sands Street, 6th Floor
                 Brooklyn, NY 11201
                 Tel: (718) 243-9323
                 Fax: (718) 243-9326
                 Michael@iLawco.com

                 **WARREN KASH WARREN LLP**

                 Jennifer A. Kash (*pro hac vice*)
                 Francesca M. S. Germinario (*pro hac vice*)
                 2261 Market Street, No. 606
                 San Francisco, California, 94114
                 Tel: (415) 895-2940
                 Fax: (415) 895-2964
                 13-9239@cases.warrenlex.com
                 *Counsel for The Wave Studio, LLC*

SO ORDERED.

*Cathy Seibel*  5/15/25
CATHY SEIBEL, U.S.D.J.