IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                 Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                 Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Wave Studio, LLC, through their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Luxury Travel Media d/b/a luxurytravelmagazine.com

Dated: May 13, 2025
       Brooklyn, New York

                                          Respectfully submitted,

                                          **LEWIS & LIN LLC**

                                          */s/ Michael Cilento*
                                          Michael D. Cilento, Esq.
                                          77 Sands Street, 6th Floor
                                          Brooklyn, NY 11201
                                          Tel: (718) 243-9323
                                          Fax: (718) 243-9326
                                          Michael@iLawco.com

SO ORDERED.

*/s/ Cathy Seibel*      5/15/25
CATHY SEIBEL, U.S.D.J.

                                          **WARREN KASH WARREN LLP**

                                          Jennifer A. Kash (*pro hac vice*)
                                          Francesca M. S. Germinario (*pro hac vice*)
                                          2261 Market Street, No. 606
                                          San Francisco, California, 94114
                                          Tel: (415) 895-2940
                                          Fax: (415) 895-2964
                                          13-9239@cases.warrenlex.com
                                          *Counsel for The Wave Studio, LLC*