

B. Robert Liu <robert.liu@balancelawfirm.com>

## Activity in Case 7:23-cv-03586-CS The Wave Studio, LLC v. Trivago N.V. et al Notice of Appearance

**Francesca Germinario** <francesca@warrenkashwarren.com>  Wed, May 21, 2025 at 1:41 PM
To: "B. Robert Liu, Esq." <robert.liu@balancelawfirm.com>
Cc: Stephen Hudspeth <stephen.hudspeth@balancelawfirm.com>, Dayna Cooper <dayna.cooper@balancelawfirm.com>, "The Wave Studio LLC: Consolidated New York Cases" <13-9239@cases.warrenlex.com>, Mike Cilento <michael@ilawco.com>

Hi Robert—thank you for your message.  To clarify, we provided the proposed stipulation circulated this morning in direct response to your 11:03 p.m. EDT request last night for a stipulation concerning the amended allegations and Trip's motion to dismiss.  As we sought only to accommodate Trip's own request, please feel no urgency to act on it if it is no longer helpful—Wave is happy to proceed on the current briefing schedule, and the parties have until June 9 to continue discussions before filing all briefing with the Court.

If I understand correctly, Trip now seeks a further extension of time to complete its briefing based on your recent appearance in the case and need for additional time to come up to speed.  Wave does not oppose a further two-week extension to the briefing schedule provided that you coordinate with the Booking Defendants and obtain their agreement to the extension to ensure the current schedule remains harmonized across defendants as the Court ordered.

Please send over a draft proposed stipulation reflecting all parties' positions at your earliest convenience and we will endeavor to review it promptly.

Thanks,
Francesca

[Quoted text hidden]