IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>HIPMUNK, INC. D/B/A HIPMUNK.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

               Respectfully submitted,

               _____
               Jennifer A. Kash (*pro hac vice*)
               (CA Bar No. 203679)
               Francesca M. S. Germinario (*pro hac vice*)
               (NY Bar No. 5629407)
               Warren Kash Warren LLP
               2261 Market Street, No. 606
               San Francisco, California, 94114
               +1 (415) 895-2940
               +1 (415) 895-2964 facsimile
               13-9239@cases.warrenlex.com

               Michael D. Cilento, Esq.
               (NY Bar No. 5459664)
               Lewis & Lin LLC
               77 Sands Street, 6th Floor
               Brooklyn, New York, 11201
               +1 (718) 243-9323
               +1 (718) 243-9326 facsimile
               Michael@iLawco.com

               *Attorneys for Plaintiff The Wave Studio, LLC*

| | |
|---|---|
| AO 440 (Rev. 12/09) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | **SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET,** |
| EFFECTED (1) BY ME: | Ryan Howe |
| TITLE: **PROCESS SERVER** | DATE: April 25, 14 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
HIPMUNK, INC. D/B/A HIPMUNK.COM

Place where served:
434 Brannan Street, 1st Floor, San Francisco, CA 94107

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
Brit Malinowskas, Operations

Relationship to defendant: _____

Description of person accepting service:
SEX: F  AGE: 30  HEIGHT: 5'5"  WEIGHT: 130  SKIN: White  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/29/20 14

SIGNATURE OF Ryan Howe  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.