IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>HOTELGUIDES.COM, INC. D/B/A HOTELGUIDES.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

                Respectfully submitted,

                _____
                Jennifer A. Kash (*pro hac vice*)
                (CA Bar No. 203679)
                Francesca M. S. Germinario (*pro hac vice*)
                (NY Bar No. 5629407)
                WARREN KASH WARREN LLP
                2261 Market Street, No. 606
                San Francisco, California, 94114
                +1 (415) 895-2940
                +1 (415) 895-2964 facsimile
                13-9239@cases.warrenlex.com

                Michael D. Cilento, Esq.
                (NY Bar No. 5459664)
                LEWIS & LIN LLC
                77 Sands Street, 6th Floor
                Brooklyn, New York, 11201
                +1 (718) 243-9323
                +1 (718) 243-9326 facsimile
                Michael@iLawco.com

                *Attorneys for Plaintiff The Wave Studio, LLC*

AO 440 (Rev. 12/09) Summons in a Civil Action  **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET,**
EFFECTED (1) BY ME: _BOB MODE_
TITLE: **PROCESS SERVER**  DATE: _4-30-14_

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

HOTELGUIDES.COM, INC. D/B/A HOTELGUIDES.COM

Place where served:
_1362 STONE POST ROAD, CHARLESTON, SC 29412_

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_ROD WELCH_

Relationship to defendant: _PRESIDENT_

Description of person accepting service:

SEX: _M_ AGE: _68_ HEIGHT: _5-8_ WEIGHT: _140_ SKIN: _W_ HAIR: _GRAY_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _4_/_30_/20_14_   _BOB MODE_ L.S.

SIGNATURE OF _Bmode_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.