### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>       Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>HOTELSTRAVEL.COM D/B/A<br>HOTELSTRAVEL.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

               Respectfully submitted,

               _____
               Jennifer A. Kash (*pro hac vice*)
               (CA Bar No. 203679)
               Francesca M. S. Germinario (*pro hac vice*)
               (NY Bar No. 5629407)
               WARREN KASH WARREN LLP
               2261 Market Street, No. 606
               San Francisco, California, 94114
               +1 (415) 895-2940
               +1 (415) 895-2964 facsimile
               13-9239@cases.warrenlex.com

               Michael D. Cilento, Esq.
               (NY Bar No. 5459664)
               LEWIS & LIN LLC
               77 Sands Street, 6th Floor
               Brooklyn, New York, 11201
               +1 (718) 243-9323
               +1 (718) 243-9326 facsimile
               Michael@iLawco.com

               *Attorneys for Plaintiff The Wave Studio, LLC*



| | | |
|---|---|---|
| AO 440 (Rev. 12/09) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET,** | |
| EFFECTED (1) BY ME: | RICHARD DORIS | |
| TITLE: | **PROCESS SERVER** | DATE: 04/28/14 @ 3:20 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

XXX Served personally upon the defendant:

HOTELSTRAVEL.COM D/B/A HOTELSTRAVEL.COM

Place where served:
99 WEST HAWTHORNE AVE  STE 420  VALLEY STREAM, NY  11580

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
DAVID STASCHOVER

Relationship to defendant: GENERAL MANAGER/AUTHORIZED (CORPORATE SERVICE)
Managing Agent
Description of person accepting service:

SEX: M  AGE 55-65  HEIGHT: 5'11-6'1  WEIGHT: 175-225  SKIN: WHITE  HAIR: BLACK  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 28 / 20 14                              _____ L.S.
SIGNATURE OF    RICHARD DORIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

