IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                     Plaintiff,<br><br>   -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>LUXEMONT, LLC D/B/A JUSTLUXE.COM C/O LEGAL ZOOM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
      San Francisco, California

Respectfully submitted,

_____
Jennifer A. Kash (*pro hac vice*)
(CA Bar No. 203679)
Francesca M. S. Germinario (*pro hac vice*)
(NY Bar No. 5629407)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
13-9239@cases.warrenlex.com

Michael D. Cilento, Esq.
(NY Bar No. 5459664)
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
+1 (718) 243-9323
+1 (718) 243-9326 facsimile
Michael@iLawco.com

*Attorneys for Plaintiff The Wave Studio, LLC*

| | | |
|---|---|---|
| AO 440 (Rev. 12/09) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET, | |
| EFFECTED (1) BY ME: | Carl F. Lundgren | |
| TITLE: | **PROCESS SERVER** | DATE: 04/30/14 at 03:00pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LUXEMONT, LLC D/B/A JUSTLUXE.COM C/O LEGAL ZOOM / Accepted by James Kikkawa

Place where served:

Legalzoom 100 West Broadway Glendale, CA 91226

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Agent authorized to accept.

Description of person accepting service:

SEX: M  AGE: 35+  HEIGHT: 5'5  WEIGHT: 160+  SKIN: Asian  HAIR: Blk  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

*REPORT*
Original address:101 N. Brand Blvd Glendale, CA Per Security Guard all legal documents must be served at 100 W. Broadway Glendale, CA

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 30 / 20 14

SIGNATURE OF Carl F. Lundgren
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

