IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>QUESTEX MEDIA GROUP LLC<br>D/B/A FIVESTARALLIANCE.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

               Respectfully submitted,

               _____
               Jennifer A. Kash (*pro hac vice*)
               (CA Bar No. 203679)
               Francesca M. S. Germinario (*pro hac vice*)
               (NY Bar No. 5629407)
               WARREN KASH WARREN LLP
               2261 Market Street, No. 606
               San Francisco, California, 94114
               +1 (415) 895-2940
               +1 (415) 895-2964 facsimile
               13-9239@cases.warrenlex.com

               Michael D. Cilento, Esq.
               (NY Bar No. 5459664)
               LEWIS & LIN LLC
               77 Sands Street, 6th Floor
               Brooklyn, New York, 11201
               +1 (718) 243-9323
               +1 (718) 243-9326 facsimile
               Michael@iLawco.com

               *Attorneys for Plaintiff The Wave Studio, LLC*



| AO 440 (Rev. 12/09) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: | SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET, |
| EFFECTED (1) BY ME: | |
| TITLE: PROCESS SERVER Billy T Edwards Jr | DATE: 4/30/14 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

QUESTEX MEDIA GROUP LLC D/B/A FIVESTARALLIANCE.COM

Place where served: 1900 L STREET #401 WASHINGTON, D.C. 20036

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
Chris Jackson / Supervisor

Relationship to defendant: _____

Description of person accepting service:
SEX: M  AGE: 44  HEIGHT: 5'9  WEIGHT: 160  SKIN: WHT  HAIR: Bld  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/30/20 14

Billy T Edwards Jr
_____ L.S.
SIGNATURE OF Billy Edwards
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.