IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>THE LEADING HOTELS OF THE WORLD D/B/A LHW.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

                Respectfully submitted,

                _____
                Jennifer A. Kash (*pro hac vice*)
                (CA Bar No. 203679)
                Francesca M. S. Germinario (*pro hac vice*)
                (NY Bar No. 5629407)
                WARREN KASH WARREN LLP
                2261 Market Street, No. 606
                San Francisco, California, 94114
                +1 (415) 895-2940
                +1 (415) 895-2964 facsimile
                13-9239@cases.warrenlex.com

                Michael D. Cilento, Esq.
                (NY Bar No. 5459664)
                LEWIS & LIN LLC
                77 Sands Street, 6th Floor
                Brooklyn, New York, 11201
                +1 (718) 243-9323
                +1 (718) 243-9326 facsimile
                Michael@iLawco.com

                *Attorneys for Plaintiff The Wave Studio, LLC*

|AO 440 (Rev. 12/09) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: **SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET,**
EFFECTED (1) BY ME: SHAWN P GEED
TITLE: **PROCESS SERVER**   DATE: 4/28/14  9:48A

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

THE LEADING HOTELS OF THE WORLD D/B/A LHW.COM

Place where served:

485 LEXINGTON AVE STE 401, NY, NY 10017

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TIFFANY YU

Relationship to defendant: MANAGER

Description of person accepting service:

SEX: F  AGE: 25  HEIGHT: 5'7"  WEIGHT: 121-140  SKIN: ASN  HAIR: BLK  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__   SERVICES $ ____.__   TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5/12/2014   _____ L.S.
SIGNATURE OF SHAWN P GEED  LIC# 1453392
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

5/2/14

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

NICHOLAS J RIVERA
Notary Public State of New York
No. 01RI6208198
Qualified in Suffolk County
Commission Expires June 22, 2017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.