# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>SPA FINDER INC. D/B/A SPAFINDER.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
　　　San Francisco, California

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jennifer A. Kash (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　(CA Bar No. 203679)
　　　　　　　　　　　　　　　　　　　　Francesca M. S. Germinario (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　(NY Bar No. 5629407)
　　　　　　　　　　　　　　　　　　　　WARREN KASH WARREN LLP
　　　　　　　　　　　　　　　　　　　　2261 Market Street, No. 606
　　　　　　　　　　　　　　　　　　　　San Francisco, California, 94114
　　　　　　　　　　　　　　　　　　　　+1 (415) 895-2940
　　　　　　　　　　　　　　　　　　　　+1 (415) 895-2964 facsimile
　　　　　　　　　　　　　　　　　　　　13-9239@cases.warrenlex.com

　　　　　　　　　　　　　　　　　　　　Michael D. Cilento, Esq.
　　　　　　　　　　　　　　　　　　　　(NY Bar No. 5459664)
　　　　　　　　　　　　　　　　　　　　LEWIS & LIN LLC
　　　　　　　　　　　　　　　　　　　　77 Sands Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　Brooklyn, New York, 11201
　　　　　　　　　　　　　　　　　　　　+1 (718) 243-9323
　　　　　　　　　　　　　　　　　　　　+1 (718) 243-9326 facsimile
　　　　　　　　　　　　　　　　　　　　Michael@iLawco.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff The Wave Studio, LLC*



| AO 440 (Rev. 12/09) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET, |
|---|---|
| EFFECTED (1) BY ME: | SHAWN P GEED |
| TITLE: | PROCESS SERVER | DATE: 4/29/14 1047A |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SPA FINDER INC. D/B/A SPAFINDER.COM

Place where served:

257 PARK AVE SOUTH 10 FLR, NY, NY 10010

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NEIL KURLANDER

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M  AGE: 50  HEIGHT: 6'  WEIGHT: 181-200  SKIN: WH  HAIR: BLK/GY  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ___        SERVICES $ _____ . ___        TOTAL $ _____ . ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 5 / 2 / 20 14

SIGNATURE OF SHAWN P GEED  LIC# 1453392
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

5/2/14

| ATTORNEY: | CAMERON S. REUBER, ESQ. |
|---|---|
| PLAINTIFF: | THE WAVE STUDIO, LLC |
| DEFENDANT: | GENERAL HOTEL MANAGEMENT LTD; ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 7 13 CV 09239 CS |

NICHOLAS J RIVERA
Notary Public State of New York
No. 01RI6208198
Qualified in Suffolk County
Commission Expires June 22, 2017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.