IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE:**<br>ESCALA VACATIONS D/B/A ESCALAVACATIONS.COM<br><br>SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET |

Dated: May 22, 2025
   San Francisco, California

                 Respectfully submitted,

                 _____
                 Jennifer A. Kash (*pro hac vice*)
                 (CA Bar No. 203679)
                 Francesca M. S. Germinario (*pro hac vice*)
                 (NY Bar No. 5629407)
                 WARREN KASH WARREN LLP
                 2261 Market Street, No. 606
                 San Francisco, California, 94114
                 +1 (415) 895-2940
                 +1 (415) 895-2964 facsimile
                 13-9239@cases.warrenlex.com

                 Michael D. Cilento, Esq.
                 (NY Bar No. 5459664)
                 LEWIS & LIN LLC
                 77 Sands Street, 6th Floor
                 Brooklyn, New York, 11201
                 +1 (718) 243-9323
                 +1 (718) 243-9326 facsimile
                 Michael@iLawco.com

                 *Attorneys for Plaintiff The Wave Studio, LLC*

2014042511 0030

| AO 440 (Rev. 12/09) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET,**
EFFECTED (1) BY ME: ERNESTO VALDES
TITLE: **PROCESS SERVER**   DATE: 4/29/14 at 11:00 am

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant: BY SERVING ATTORNEY,
ESCALA VACATIONS D/B/A ESCALAVACATIONS.COM, MARCUS BOIVET, 954-817-4097

Place where served:
2390 NW 2nd Avenue, Miami, FL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: ___

Description of person accepting service:
SEX: M   AGE: 41   HEIGHT: 5'11"   WEIGHT: 165   SKIN: Black   HAIR: Black   OTHER: NO Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___   SERVICES $ ___   TOTAL $ ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/29/2014   _E Valdes_ L.S.
SIGNATURE OF ERNESTO VALDES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CAMERON S. REUBER, ESQ.
PLAINTIFF: THE WAVE STUDIO, LLC
DEFENDANT: GENERAL HOTEL MANAGEMENT LTD; ET AL
VENUE: DISTRICT
DOCKET: 7 13 CV 09239 CS

**JB**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.