# Morgan Lewis

**Carla B. Oakley**
Partner
+1.415.442.1301
carla.oakley@morganlewis.com

May 22, 2025

**VIA ECF**

The Honorable Victoria Reznik
The Hon. Charles L. Brieant Jr.
  Federal Building and United States Courthouse
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150

Re:   *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*, Case No. 7:15-cv-06995
      *The Wave Studio, LLC v. British Airways PLC, et al.*, Case No. 7:15-cv-07950
      *The Wave Studio, LLC v. Booking Holdings Inc., et al.*, Case No. 7:21-cv-02691

      *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7-13-cv-09239

Dear Magistrate Judge Reznik:

We write on behalf of the Booking Holdings Defendants (identified below my signature) in response to the letter motion filed late yesterday, May 21, 2025, by the Trip Defendants requesting a further two-week extension of the briefing dates, which would make our clients' briefs due on June 6, 2025, rather than on May 23, 2025.

While our clients are ready to proceed on the current schedule, the Booking Holdings Defendants are amenable to the two-week extension agreed to by the other parties to keep all of the motions on the same schedule.

Respectfully Submitted,

/s/ *Carla B. Oakley*
Carla B. Oakley

*Counsel for Booking Holdings Inc., Agoda Company Pte. Ltd., AGIP LLC, Booking.com BV, Booking.com (USA) Inc., Rocket Travel, Inc., Momondo A/S, and Priceline.com LLC, Hotels Combined LLC*

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA 94105-1596    ☎ +1.415.442.1000
United States                    ℻ +1.415.442.1001

DB2/ 50013358.1