UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

THE WAVE STUDIO, LLC,

        Plaintiff,

  -against-

GENERAL HOTEL MANAGEMENT LTD., et al.,

        Defendants.

---------------------------------------------------------- X

**Case No. 7:13-cv-09239-CS-VR**

### NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

PLEASE TAKE NOTICE THAT Matthew T. Julyan (NY Bar # 5955844), formerly an attorney at Morgan, Lewis & Bockius LLP and one of the attorneys for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM (Defendants), hereby withdraws as counsel for KAYAK SOFTWARE CORPORATION, and GETAROOM.COM in the above-captioned matter. It is noted that Carla B. Oakley and Dana E. Becker, both of Morgan, Lewis & Bockius LLP, will remain as counsel of record for KAYAK SOFTWARE CORPORATION and GETAROOM.COM (co-counsel with the Clausen Miller firm), and request that all future correspondence and papers in this action continue to be directed to them (as well as the Clausen Miller firm).

DB2/ 650128356.1

Dated:  June 2, 2025
      San Francisco, CA

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Carla B. Oakley*
    Carla B. Oakley
    carla.oakley@morganlewis.com
    One Market, Spear Street Tower
    San Francisco, CA  94105-1596
    Tel./ Fax: +1.415.442.1301 / 415.442-1001

    Dana E. Becker
    2222 Market Street
    Philadelphia, PA 19103-3007
    dana.becker@morganlewis.com
    Tel./Fax.: +1.215.963.4628 / 215.963.4858

Attorneys for Defendants
KAYAK SOFTWARE CORPORATION;
GETAROOM.COM

## **CERTIFICATE OF SERVICE**

I certify that on **June 2, 2025**, I caused to be electronically filed a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** with the Clerk of the District Court using its CM/ECF system, which will then electronically notify all parties registered to receive such notice.

                                        */s/ Carla B. Oakley*
                                        CARLA B. OAKLEY

SO ORDERED:

*[signature: Cathy Seibel]*    6/2/25

HON. CATHY SEIBEL, U.S.D.J.