IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, The Wave Studio, LLC ("The Wave Studio") and Defendant Esslinger Wooten Maxwell Inc. d/b/a NelsonGonzalez.com ("EWM") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice as to EWM, and that the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement (which is confidential). Each party shall bear its own costs.

Dated: June 18, 2025

**LEWIS & LIN LLC**

Michael D. Cilento, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Michael@iLawco.com
*Counsel for Plaintiff,*
*The Wave Studio, LLC*

**Cuomo LLC**

Oscar Michelen
200 Old Country Road Suite 2 South
Mineola, NY 11501
OMichelen@cuomollc.com
*Counsel for Defendant,*
*Esslinger Wooten Maxwell Inc. d/b/a*
*NelsonGonzalez.com*

**WARREN KASH WARREN LLP**

Jennifer A. Kash (pro hac vice)
(CA Bar No. 203679)
Francesca M. S. Germinario (pro hac vice)
(NY Bar No. 5629407)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
13-9239@cases.warrenlex.com

*Counsel for Plaintiff,*
*The Wave Studio, LLC*