# ATTACHMENT 2

## The Wave Studio, LLC v. General Hotel Management Ltd., No. 7:13-cv-09239 (S.D. New York)

Duane Mathiowetz <duane.mathiowetz@practus.com>                    Thu, May 29, 2025 at 9:03 AM
To: Francesca Germinario <francesca@warrenkashwarren.com>
Cc: Harvey Herman <hherman@clausen.com>, Carla Oakley <carla.oakley@morganlewis.com>, Anthony Pierce <apierce@akingump.com>, James Rosenfeld <jamesrosenfeld@dwt.com>, Kimberly Dodd <kdodd@foley.com>, Daniel Gorman <daniel.gorman@troutman.com>, James Trigg <jtrigg@ktslaw.com>, John Bauer <jbauer@baueriplaw.com>, Kenneth Weitzman <kweitzman@weitzmanip.com>, Thomas Finn <tfinn@mccarter.com>, Paula Cedillo <pcedillo@mccarter.com>, Robert Liu <robert.liu@balancelawfirm.com>, Christopher Belter <cbelter@goldbergsegalla.com>, Matthew Scott Trokenheim <mtrokenheim@goldbergsegalla.com>, Vivian Drohan <vdrohan@dlkny.com>, Kathryn Fritz <kfritz@fenwick.com>, Jedediah Wakefield <jwakefield@fenwick.com>, Charles Moulins <cmoulins@fenwick.com>, Sarah Gottlieb <sgottlieb@sgrlaw.com>, Roger Maldonado <rmaldonado@sgrlaw.com>, Aaron Johnson <aaron.johnson@wbd-us.com>, Jeffrey John Catalano <jcatalano@sgrlaw.com>, Mike Cilento <michael@ilawco.com>, "The Wave Studio, LLC: Consolidated New York Cases" <13-9239@cases.warrenlex.com>

Thank you, Francesca and Jennifer.

I represent Amadeus North America, Inc., which was identified as the lead defendant in Case 7:15-cv-06995-CS.  Upon receipt of the Master Complaint, we (Amadeus) moved to the sideline in this matter as Amadeus was not identified in the Master Complaint as a defendant.  In fact, the only mention of Amadeus is in paragraph 19 where the individual cases are identified.  Since the Master Complaint was intended to supersede the previous multiple complaints, we took this as a sign that Amadeus is no longer a target, and we have simply monitored the consolidated action only to ensure Amadeus is not brought back into the case.  Thus, we do not anticipate joining other defendants going forward, but wish you well in resolving this matter.

Best regards,
Duane Mathiowetz

> On May 28, 2025, at 9:32 PM, Francesca Germinario <francesca@warrenkashwarren.com> wrote:
>
> Counsel:
>
> Please find attached a letter from Jennifer A. Kash.
>
> Thanks,
> Francesca
>
> --
> Francesca Germinario    francesca@warrenkashwarren.com    +1 (415) 895-2942
>
> <May 28, 2025 Kash Letter.pdf>