# ATTACHMENT 4



## The Wave Studio, LLC v. General Hotel Management Ltd., No. 7:13-cv-09239 (S.D. New York)

'Oakley, Carla B.' via The Wave Studio, LLC: Consolidated New York Cases <13-9239@cases.warrenlex.com>
Reply-To: "Oakley, Carla B." <carla.oakley@morganlewis.com>
To: Francesca Germinario <francesca@warrenkashwarren.com>, Harvey Herman <hherman@clausen.com>, Duane Mathiowetz <duane.mathiowetz@practus.com>, Anthony Pierce <apierce@akingump.com>, James Rosenfeld <jamesrosenfeld@dwt.com>, Kimberly Dodd <kdodd@foley.com>, Daniel Gorman <daniel.gorman@troutman.com>, James Trigg <jtrigg@ktslaw.com>, John Bauer <jbauer@baueriplaw.com>, Kenneth Weitzman <kweitzman@weitzmanip.com>, Thomas Finn <tfinn@mccarter.com>, Paula Cedillo <pcedillo@mccarter.com>, Robert Liu <robert.liu@balancelawfirm.com>, Christopher Belter <cbelter@goldbergsegalla.com>, Matthew Scott Trokenheim <mtrokenheim@goldbergsegalla.com>, Vivian Drohan <vdrohan@dlkny.com>, Kathryn Fritz <kfritz@fenwick.com>, Jedediah Wakefield <jwakefield@fenwick.com>, Charles Moulins <cmoulins@fenwick.com>, Sarah Gottlieb <sgottlieb@sgrlaw.com>, Roger Maldonado <rmaldonado@sgrlaw.com>, Aaron Johnson <aaron.johnson@wbd-us.com>, Jeffrey John Catalano <jcatalano@sgrlaw.com>
Cc: Mike Cilento <michael@ilawco.com>, "The Wave Studio, LLC: Consolidated New York Cases" <13-9239@cases.warrenlex.com>

Wed, Jun 11, 2025 at 2:16 PM

Good afternoon Francesca and Jennifer,

Your letter suggests that I or my firm represent Orbitz Worldwide, LLC.  That is not correct.  That company was acquired by Expedia, which is represented by other counsel.

Regards, Carla

**Carla B. Oakley**

**Morgan, Lewis & Bockius LLP**

One Market, Spear Street Tower | San Francisco, CA 94105-1596

Direct: +1.415.442.1301 | Main: +1.415.442.1000 | Fax: +1.415.442.1001

Assistant: Yelena Lolua | +1.415.442.1474 | yelena.lolua@morganlewis.com

1400 Page Mill Road | Palo Alto, CA 94304-1124

Direct: +1.650.843.7299 | Main: +1.650.843.4000 | Fax: +1.650.843.4001

carla.oakley@morganlewis.com | www.morganlewis.com



**From:** Francesca Germinario <francesca@warrenkashwarren.com>
**Sent:** Wednesday, May 28, 2025 9:32 PM
**To:** Harvey Herman <hherman@clausen.com>; Oakley, Carla B. <carla.oakley@morganlewis.com>; Duane Mathiowetz <duane.mathiowetz@practus.com>; Anthony Pierce <apierce@akingump.com>; James Rosenfeld <jamesrosenfeld@dwt.com>; Kimberly Dodd <kdodd@foley.com>; Daniel Gorman

<daniel.gorman@troutman.com>; James Trigg <jtrigg@ktslaw.com>; John Bauer <jbauer@baueriplaw.com>; Kenneth Weitzman <kweitzman@weitzmanip.com>; Thomas Finn <tfinn@mccarter.com>; Paula Cedillo <pcedillo@mccarter.com>; Robert Liu <robert.liu@balancelawfirm.com>; Christopher Belter <cbelter@goldbergsegalla.com>; Matthew Scott Trokenheim <mtrokenheim@goldbergsegalla.com>; Vivian Drohan <vdrohan@dlkny.com>; Kathryn Fritz <kfritz@fenwick.com>; Jedediah Wakefield <jwakefield@fenwick.com>; Charles Moulins <cmoulins@fenwick.com>; Sarah Gottlieb <sgottlieb@sgrlaw.com>; Roger Maldonado <rmaldonado@sgrlaw.com>; Aaron Johnson <aaron.johnson@wbd-us.com>; Jeffrey John Catalano <jcatalano@sgrlaw.com>
**Cc:** Mike Cilento <michael@ilawco.com>; The Wave Studio, LLC: Consolidated New York Cases <13-9239@cases.warrenlex.com>
**Subject:** The Wave Studio, LLC v. General Hotel Management Ltd., No. 7:13-cv-09239 (S.D. New York)


[EXTERNAL EMAIL]

Counsel:


Please find attached a letter from Jennifer A. Kash.


Thanks,

Francesca


--

Francesca Germinario    francesca@warrenkashwarren.com    +1 (415) 895-2942


CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.