IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                            Plaintiff,<br><br>-against-<br><br>GENERAL HOTEL MANAGEMENT LTD., et al.,<br><br>                            Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF PLAINTIFF'S CROSS MOTION FOR LEAVE TO AMEND AS TO TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., SKYSCANNER LTD., AND MAKEMYTRIP, INC.** |

      **PLEASE TAKE NOTICE** that, upon the Declaration of Michael D. Cilento, Esq., in Opposition to the Motion to Dismiss filed by Trip.Com Group Limited, Trip.com Travel Singapore PTE. Ltd., Skyscanner LTD., and MakeMyTrip, Inc. and in Support of Cross Motion for Leave to Amend, dated April 11, 2025, and the exhibits attached thereto, and the accompanying Memorandum of Law in Opposition to the Motion to Dismiss filed by Trip.Com Group Limited, Trip.com Travel Singapore PTE. Ltd., Skyscanner LTD., and MakeMyTrip, Inc. and in Support of Cross Motion for Leave to Amend, Plaintiff, The Wave Studio, LLC, will and hereby does cross-move this Court, at 300 Quarropas Street, White Plains, New York, on a date and time designated by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 15(a), (i) granting Plaintiff leave to amend as to Defendants Trip.Com Group Limited, Trip.com Travel Singapore PTE. Ltd., Skyscanner LTD., and MakeMyTrip, Inc., and (ii) granting any further relief that the Court deems just and proper under the circumstances.

Dated: April 11, 2025
      Brooklyn, New York

                                              Respectfully submitted,

                                              */s/ Michael D. Cilento*
                                              Michael D. Cilento, Esq.
                                              **LEWIS & LIN LLC**
                                              77 Sands Street, 6th Floor
                                              Brooklyn, NY 11201
                                              Michael@iLawco.com
                                              Tel: (718) 243-9323
                                              Fax: (718) 243-9326
                                              *Attorneys for The Wave Studio, LLC*