# EXHIBIT 7









4/2/25, 5:20 PM                                    Trip.com Official Site | Travel Deals and Promotions





https://us.trip.com/?locale=en-us                                                                                           5/5