# EXHIBIT 8

4/10/25, 11:53 PM                                             Trip.com: Flight, Hotel, Train on the App Store

**App Store** Preview

This app is available only on the App Store for iPhone and iPad.



**Trip.com: Flight, Hotel, Train**  `4+`
Travel Deals & Ticket Booking
**Trip.com Travel Singapore Pte. Ltd.**

#10 in Travel

 4.6 • 46 Ratings

Free

## Screenshots  _iPhone_  _iPad_



Rated 'Excellent' on Trustpilot.
Winner of 'England's Leading Online Travel Agency 2024' from the World Travel Awards.

The Trip.com app is your trusted travel companion whenever and wherever you are. Get the app now to create your perfect trip at a fantastic price!

more

### What's New                                                                                                       Version History
Version 8.24.2
TripGenie Menu Assistant
AI menu translations and dish recommendations. Available in 12 languages: EN, FR, DE, ES, IT, NL, ZH, JA, KO, TH, MS, and ID.

Flights
Ryanair is now available to book! Book your Ryanair flight with the Trip.com app and earn Trip Coins, which you can use to save on future bookings.    more

### Ratings and Reviews                                                                                                     See All

**4.6**
out of 5                                                                                                                 46 Ratings



MSaglara, 23/06/2024
**Amazing app🥰**
One of amazing and useful projects 🥰👌



ManjaaMihaa, 13/09/2024
**Baggage problems**
We are having problems with baggage more

https://apps.apple.com/si/app/trip-com-flight-hotel-train/id681752345                                                        1/4

**Developer Response**,
Hi MSaglara. Thank you for taking the… more

**Developer Response**,
Dear customer, thanks for your feedb… more

## App Privacy

See Details

The developer, **Trip.com Travel Singapore Pte. Ltd.**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Location
- Contact Info
- Identifiers



### Data Linked to You

The following data may be collected and linked to your identity:

- Health & Fitness
- Purchases
- Financial Info
- Location
- Contact Info
- Contacts
- User Content
- Search History
- Browsing History
- Identifiers
- Usage Data
- Diagnostics

Privacy practices may vary based on, for example, the features you use or your age. Learn More

## Information

**Provider**
Trip.com Travel Singapore Pte. Ltd. has identified itself as a trader for this app and confirmed that this product or service complies with European Union law.

**DUNS Number**
595455786

**Address**
C/O: VISTRA CORPORATE SERVICES (S) PTE LTD
9 Raffles Place
Singapore 048619
Singapore

**Phone Number**
+1 6463628606

**Email**
app@trip.com

**Size**
153.7 MB

**Category**
Travel

4/10/25, 11:53 PM                                    Trip.com: Flight, Hotel, Train on the App Store

**Compatibility**
**iPhone**
Requires iOS 15.0 or later.

**iPad**
Requires iPadOS 15.0 or later.

**iPod touch**
Requires iOS 15.0 or later.

Languages
English, Arabic, Danish, Dutch, Filipino, Finnish, French, German, Greek, Indonesian, Italian, Japanese, Korean, Malay, Polish, Portuguese, Russian, Simplified Chinese, Spanish, Swedish, Thai, Traditional Chinese, Turkish, Ukrainian, Vietnamese

Age Rating
4+

Copyright
Copyright © 1999-2022 Trip.com. All rights reserved

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## Supports

  Wallet
Get all of your passes, tickets, cards, and more in one place.

## More By This Developer


Tokyo Masters
Business


Trip.Biz
Business

Trip eBooking
Travel

## You Might Also Like                                                                                    See All




HK Express
Travel


Thai Lion Air
Travel


Klook: Travel, Hotels, Leisure
Travel


HotelsCombined: Hotel Search
Travel

Slovenia

Copyright © 2025 Apple Inc. All rights reserved.

https://apps.apple.com/si/app/trip-com-flight-hotel-train/id681752345                                          3/4

4/10/25, 11:53 PM                                                Trip.com: Flight, Hotel, Train on the App Store

Internet Service Terms | App Store & Privacy | Cookie Warning | Support

https://apps.apple.com/si/app/trip-com-flight-hotel-train/id681752345                                                4/4