# EXHIBIT 9



Games     Apps     Movies & TV     Books     Kids



# Trip.com: Book Flights, Hotels

Trip.com

**4.7★** 534K reviews    **10M+** Downloads     Everyone ⓘ

**Install**

Share    Add to wishlist

You don't have any devices



## About this app   →

Welcome to your new all-in-one travel app! Trip.com makes planning your next holiday simple - not only do we have thousands of flight routes and hotels, but we also offer car hire, tour tickets, and other travel must-haves. Need an e-sim or travel insurance? We've got you covered.

But there are multiple other reasons to use our app:

…



Games    **Apps**    Movies & TV    Books    Kids

## Featured stories



**Essentials**

**Let the family fun begin**
Plan your next trip

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  Personal info, Financial info and 2 others

- This app may collect these data types
  Location, Personal info and 9 others

- Data is encrypted in transit

- You can request that data be deleted

See details

# Google Play

Games | Apps | Movies & TV | Books | Kids

**Phone** | Chromebook | Tablet

**4.7** ★★★★½
522K reviews

- 5
- 4
- 3
- 2
- 1

### Steve Mathis

★ ☆☆☆☆  March 6, 2025

Most travel apps remember the date you searched for. Trip does not. So, if you put in a date and then flip to other screens to do some research (on more reliable services) the app will flip your dates back to it's default. So, if you want "May" it may flip your dates to "Mar". Then, when you try to get a change to the right dates all they say is "Our apologies, we'll give you a couple of bucks, but other than that, you're out a boatload of money for that hotel room you won't be able to use."

16 people found this review helpful

Did you find this helpful?   Yes   No

**Trip.com**                                                                 March 6, 2025

Dear customer, thanks for your feedback. We apologize for any inconvenience caused and understand the seriousness of the issue. Kindly provide us with your detailed concern, passenger/guest name, reserved email, and booking number, if any, at en_servicemanager@trip.com so that we can look into it further. Thank you.

### O  Oliver Brawn

★★ ☆☆☆  February 14, 2025

App looks cheap and scammy, and most of the so-called 'deals' are also scams- pressure you to put your details in as quickly as possible and then tell you the promotion is unavailable to get you to buy something that you don't want for more money. Has an annoying virtual assistant thing that floats around the screen, and it's next to impossible to actually find anything useful on the app interface - as above, it seems to be designed as a medium for ads and dubious deals rather than usefulness.

4/9/25, 5:09 PM                                                    Trip.com: Book Flights, Hotels - Apps on Google Play

 Google Play

Games          **Apps**          Movies & TV          Books          Kids

> Dear customer, thanks for your feedback. We apologize for any inconvenience caused and understand the seriousness of the issue. Kindly provide us with your detailed concern, passenger/guest name, reserved email, and booking number, if any, at en_servicemanager@trip.com so that we can look into it further. Thank you.

E E

★ ☆ ☆ ☆ ☆   November 12, 2024

I'm extremely disappointed with the current beta version of this app. It's now full and restricted for entering, which means I can't access my account or check my bookings. This is extremely inconvenient, especially when traveling, as I'm unable to show my bookings to others or contact customer support if something goes wrong. An app meant to make things easier has done the opposite! Please fix this issue and provide better access or alternative solutions for users.

165 people found this review helpful

Did you find this helpful?          Yes          No

**Trip.com**                                                                                                November 12, 2024

> Dear E E, thanks for your feedback. We apologize for any inconvenience caused and understand the seriousness of the issue. Kindly provide us with your detailed concern, passenger/guest name, reserved email, and booking number, if any, at en_servicemanager@trip.com so that we can look into it further. Thank you.

See all reviews

## What's new

TripGenie Menu Assistant ONLINE
AI menu translations and dish recommendations. Available in 12 languages: EN, FR, DE, ES, IT, NL, ZH, JA, KO, TH, MS, and ID.

## App support

🚩 Flag as inappropriate

4/9/25, 5:09 PM                                           Trip.com: Book Flights, Hotels - Apps on Google Play



Games    Apps    Movies & TV    Books    Kids

Play Pass

Play Points

Gift cards

Redeem

Refund policy

Kids & family

Parent Guide

Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store

United States (English (United States))