# EXHIBIT 10

   Home  My Network



# Flora（Xiuzhen) Zhang · 3rd

Global Head of User experience/Quality Assurance (Note: I'll report/block fake accounts)

- Trip.com Group

- Massachusetts Institute of Technology

Los Gatos, California, United States · Contact info

500+ connections

 Message     Connect     More

## About

Quality assurance, User experience, E-commerce, Travel industry, US-China relations.

## Activity

515 followers

Flora (Xiuzhen) Zhang commented on a post • 1mo

Thanks Prof. Kim. That was a great memory from your class!

Show all comments →

## Experience



**Global Head of Customer Experience/Quality Assurance**
Trip.com Group
Jul 2020 - Present · 4 yrs 10 mos
San Jose, California, United States

• Lead the global quality team with team members in Asia, Europe, and North America. …



**Trip.com Group**
Full-time · 16 yrs 3 mos

- **Senior Director Of Professional Service and Product, Accomodation Business**
  Jan 2014 - May 2017 · 3 yrs 5 mos
  Shanghai, China

  Achievements:
  …

- **GM, Travel Insurance business, Accommodation Business**
  Jan 2014 - May 2017 · 3 yrs 5 mos
  Shanghai, China

  Achievements:
  -The YOY growth was 200% during the period. "Travel Assurance…

- **Director, Service Research and Development Centre**
  Jan 2011 - Dec 2013 · 3 yrs
  Shanghai, China

Achievements:
-My team designed and executed Ctrip's Service Management System,...

Show all 5 experiences →

## Education



**Massachusetts Institute of Technology**
MBA, Sloan Fellow

Concentration: Operation Management; Business Analytics; Marketing Strategy.



**Columbia University**
MPA

Concentration: Public policy, International Affairs

Show all 3 educations →

## Licenses & certifications



**Global business and politics program**
Yale University
Issued Jun 2020

## Volunteering



**Advisor**
China Call Centre and BPO Association
Jan 2010 - Present · 15 yrs 4 mos

The China Call Centre and BPO Association holds periodical meetings and annual conferences to exchange ideas and spread best-practices...



**Daycare Volunteer**
QingCongQuan Training Centre, China
Feb 2006 - May 2016 · 10 yrs 4 mos

I volunteered on weekends providing care and support for autistic children.

## Skills

**IT Operations**

**Project Delivery**

Show all 50 skills →

## Interests

**Top Voices**  **Companies**  **Groups**  **Newsletters**  **Schools**



**Nicole Kyle** · 3rd
Future of Work Researcher | Gender Equity & Economics | Writer | Speaker
7,161 followers

\+ Follow



**Glenn Fogel** · 3rd
Chief Executive Officer and President
35,277 followers

\+ Follow

Show all Top Voices →