# EXHIBIT 12

   Home  My Network  Jobs  Messaging N



Trip.com Group

**Market Manager, New York City, Americas** ✓

New York, United States · 2 months ago

$70K/yr - $130K/yr   Hybrid   Full-time

⛔ No longer accepting applications

**Meet the hiring team**

 **Ao Sun** ✓ · 3rd
SHRM-CP, PHR
Job poster

Message

**About the job**

**About Us**
Trip.com Group is a leading global travel service provider comprising Trip.com, Ctrip, Skyscanner, and Qunar. Across its platforms, Trip.com Group helps travelers around the world make informed and cost-effective bookings for travel products and services and enables partners to connect their offerings with users through the aggregation of comprehensive travel-related content and resources

See more ⌄

**Set alert for similar jobs**

🔔 Set alert

Market Manager, New York, United States

**Featured benefits**
- Medical insurance
- Vision insurance
- Dental insurance
- 401(k)
- Disability insurance

**Job search faster with Premium**

Access company insights like strategic priorities, headcount trends, and more

 Gawon and millions of other members use Premium

**Retry Premium for $0**

1-month free trial. Cancel whenever. We'll remind you 7 days before your trial ends.

## About the company

 **Trip.com Group**
232,564 followers

 Follow

Technology, Information and Internet • 10,001+ employees • 11,999 on LinkedIn

Trip.com Group is a leading one-stop travel service provider comprising of Trip.com, Ctrip, Skyscanner, and Qunar. Founded in 1999, listed on Nasdaq in 2003 and HKEX in 2021, Trip.com Group has become one of the largest travel…

**Interested in working with us in the future?**

Privately share your profile with our recruiters – you'll be noted as expressing interest for up to a year and be notified about jobs and updates. Learn more

I'm interested

### Company photos

  

Show more

## More jobs