# EXHIBIT 13

Trip.com Hotels & Homes Flights Trains Cars Attractions & Tours Customer Support Flight + Hotel USD Find Bookings Cruises Sign in / Register

Contact Numbers (Charges may apply when making international calls)

## United States

Within the United States

(833) 896-0077

Flights, hotels, trains, and cars: 24/7
Other Bookings: 09:00–02:00 (+1) (GMT+8)

Global Access Number

+1-646-362-8606

Flights, hotels, trains, and cars: 24/7
Other Bookings: 09:00–02:00 (+1) (GMT+8)

Other countries and regions

**Get the Trip.com App**

Download the app now to make free in-app calls

Scan the QR code

**Contact Us**

Customer Support
Service Guarantee
More Service Info

**About**

About Trip.com
News
Careers
Terms & Conditions
Privacy Statement
Do Not Sell My Personal Information
About Trip.com Group

**Other Services**

Investor Relations
Trip.com Rewards
Affiliate Program
List Your Property
All Hotels
Become a Supplier
Security

Payment Methods

Our Partners

Google Tripadvisor

GOOD DESIGN AWARD 2024

Contact Center of the year 2024

Trip.com Group

Skyscanner Trip.com

Trip.com is part of Trip.com Group Limited, one of the world's leading providers of travel services.

Copyright © 2025 Trip.com Travel Singapore Pte. Ltd. All rights reserved
Site Operator: Trip.com Travel Singapore Pte. Ltd.

