# EXHIBIT 14



## Overview

Trip.com is owned by Trip.com Group (NASDAQ: TCOM, HKEX: 9961), an industry-leading travel group with a strong global network built over 20 years.

Our mission at Trip.com is 'to create the best possible travel experience'. Whether it's booking a weekend away to a nearby city, or a long adventure across an entire continent, we want to help with every step of the journey.

With an impressive product offering of over 1.2 million hotels in 200 countries, and about 500 airlines in over 200 countries, we serve travelers all over the world and support them with a great customer service team, available 24/7.

We also have thousands of employees located across the globe – all determined to make the best trip possible.

Take this trip together and join our global team.

**Website**
http://www.trip.com

**Verified page**
September 12, 2023

**Industry**
Technology, Information and Internet

**Company size**
1,001-5,000 employees
1,072 associated members

**Headquarters**
Singapore, Singapore

**Specialties**
OTA, Flights Tickets, Hotels Booking, Train Tickets, and Internet

## Locations (3)

Interact with the map to explore all locations

New York (1)

Suite 10088
261 Madison Ave, New York, US

Get directions



| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2025

Ad •••
Unlock your full potential with LinkedIn Premium

reactivate your Premium free trial

Reactivate Trial

### Funding via Crunchbase

Trip.com · 4 total rounds

Last Round

Post IPO debt • Dec 2, 2022

## US$ 1.5B

crunchbase

Show more ⟶

### Affiliated pages

**Trip.com Group**
Technology, Information and Internet
Parent

Wayne & 1 other school alum work here

+ Follow

### Pages people also viewed

**Trip.com Group**
Technology, Information and Internet
232,509 followers

Wayne & 1 other school alum work here

+ Follow

**Agoda**
Software Development
678,627 followers

Ana & 2 other connections follow this page

+ Follow

**Booking.com**
Software Development
1,022,079 followers

Furkan & 10 other school alumni work here

+ Follow

Show all →

### People also follow

**Boston Celtics**
Spectator Sports
100,481 followers

Sehej & 3 other connections follow this page

+ Follow

**SMUD**
Utilities
32,225 followers

Brianna & 4 other connections follow this page

+ Follow

**United States Marshals Service**
Law Enforcement
191,212 followers

Adam & 6 other connections follow this page

+ Follow

Show all →

