# EXHIBIT 15

 Better Business Bureau<sup>®</sup>

**BUSINESS PROFILE**                                     [Share](#)

Online Travel Agency

# Ctrip

 This business is **NOT BBB Accredited**.

Find BBB Accredited Businesses in **Online Travel Agency.**

Visit Website

| About | Reviews | Complaints |

Overview    BBB Accreditation & Rating    Business Details    Industry Tip

## Overview

**Ctrip**

261 Madison Avenue, Suite 10088
New York, NY 10016

## BBB Accreditation & Rating



**Ctrip is NOT a BBB Accredited Business.**

To become accredited, a business must agree to **BBB Standards for Trust** and pass BBB's vetting process.

 Why choose a BBB Accredited Business?

**BBB Rating**

# F

Reasons for rating

- Failure to respond to 3 complaint(s) filed against business
- 3 complaint(s) filed against business

 How are BBB ratings calculated?

# Business Details

**Local BBB:** BBB Serving Metropolitan New York

**BBB File Opened:** 10/30/2017

## Additional Information

**Business Categories**
Online Travel Agency

# Industry Tip



BBB Tip: Need help planning a trip? How to find a good travel agent

## More Resources

BBB Reports On: Known Marketplace Practices →

Overview of Ratings →

## Featured Content



**BBB Tip: Buying a wedding dress, prom dress, or other special occasion dress**



### BBB Tip: Wedding HQ

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation. BBB charges a fee for BBB Accreditation. This fee supports BBB's efforts to fulfill its mission of advancing marketplace trust.

© 2025, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.