# EXHIBIT 16

| Terms & Conditions | Business Type Guide |



# Supplier Registration Guidelines

## 📄 Trip.com Supplier Registration Terms & Conditions

Trip.com Supplier Platform adheres to the principles of transparency, openness, and mutually beneficial cooperation. We're committed to establishing long-term and sustainable cooperation relationships with our suppliers. Before applying, please read the following terms & conditions:

1. Trip.com Supplier Platform has not authorized any agency to carry out promotion services. Application procedures and related fees are subject to the official website of Trip.com Supplier Platform and are at the platform's sole discretion.
2. Trip.com Supplier Platform reserves the right to (1) reject applications based on factors including but not limited to product demand, supplier's business status, and the service level provided; (2) require the supplier to provide other qualifications during the application process and in future cooperation with the supplier.
3. Supplier registration requirements will be updated from time to time according to the applicable laws and regulations, industry trends, and other relevant criteria. Suppliers who apply for registration shall comply with the latest supplier registration requirements.
4. Any supplier who applies for registration represents and warrants that the information and materials it provides to Trip.com Supplier Platform during the application process and in future cooperation are true, complete, accurate, and valid. If a supplier violates this clause, Trip.com Supplier Platform reserves the right to terminate cooperation with that supplier and will handle the matter in accordance with Trip.com Supplier Platform rules and our agreement with the supplier.
5. Suppliers applying to join must provide the applicant's personal information, including identity information and mobile number. The contact person's name, mobile number, email address, etc. must also be provided to receive subsequent cooperation notifications and more. Please ensure that the information entered is authentic and valid. Trip.com will protect the identity information you enter through encryption and other measures.

##  Business Type Guide

**Business Type**

◉ Related Business          ◯ Related Qualifications

| Country Where Company is Registered | City Where Company is Registered | Company Type |
|---|---|---|
| United States | New York | Attraction/Activity Provider ⌄ |

**Applicable Fields**

☑ Attractions & Tours

[ Search ]

**Applicable Fields**

| Attractions & Tours | |
|---|---|
| Notes | Trip.com's Attractions & Tours business enables travelers to book tickets, tours, and activities in more than 140 countries and 2,000 destinations across the globe. We offer over 210,000 products in total, including tickets, day tours, activities, transportation cards, dining experiences, performances and exhibitions, cruises, boat tickets, train travel passes, city passes, learning experiences, Wi-Fi, and phone cards, etc. These are distributed through the Trip and Ctrip websites and apps, and B2B partners, including the world's leading OTAs, tour operators, and travel companies. Suppliers from around the world are welcome to join in. |

| Terms & Conditions | Business Type Guide |
|---|---|

### Contact Us

- Customer Support
- Service Guarantee
- More Service Info

### About

- About Trip.com
- News
- Careers
- Terms & Conditions
- Privacy Statement
- Do Not Sell My Personal Information
- About Trip.com Group

### Other Services

- Investor Relations
- Trip.com Rewards
- Affiliate Program
- List Your Property
- All Hotels
- Become a Supplier
- Security

**Payment Methods**

**Our Partners**

GOOD DESIGN AWARD 2024

Contact Center of the year 2024

**Trip.com Group**

Skyscanner    Trip.com

Trip.com is part of Trip.com Group Limited, one of the world's leading providers of travel services.

Copyright © 2025 Trip.com Travel Singapore Pte. Ltd. All rights reserved
Site Operator: Trip.com Travel Singapore Pte. Ltd.