# EXHIBIT 18

Job Search    Apply4Me    Resume Services    Career Advice    Sign Up

### Key Account Manager, Chains, Americas

Trip.com Travel Singapore Pte • $85K — $120K *

Orlando, FL 32828    In-Person

- More than 3 months ago
- Hospitality & Recreation
- 5 - 7 years of experience

Enter your email here    Apply

By clicking Apply, I agree with Ladders' *Terms of Use* and *Privacy Policy.*

## Job Description

**About Us**

Trip.com Group is a leading one-stop travel service provider comprising of Trip.com, Ctrip, Skyscanner, and Qunar. Founded in 1999 and listed on the Nasdaq in 2003 and HKEX in 2021, Trip.com Group has become one of the most popular and influential travel companies in the world.

**The Role**

As the Market Manager for chains hotels, you are joining one of the most dynamic teams at the Americas team of Trip.com Group. You will be responsible for managing and expanding the partnership and the relationships with major hotel chain partners within the Americas region. To succeed in this role, you will need to demonstrate advanced communication skills to manage different levels of stakeholders internally at Trip.com and within our partner organizations. You will rely on your excellent interpersonal skills and previously demonstrated stakeholder management capabilities. You have the proven ability to execute via enhanced strategic, comprehensive, result-focused account plans to achieve success.

**Responsibilities**

- Have end-to-end ownership of new hotel chain acquisitions and existing hotel chain management, understand partners' strategy and objectives, and help to grow the revenue
- Initiate, develop, and manage mutually beneficial relationships with key stakeholders in the assigned chain accounts, and orchestrate discussions with senior execs around their business

needs

- Take a customer-centric approach to everything you do. Ensure hotel chain content, rates, availability, and products offer the best value to Trip.com customers
- Responsible for full account management including performance tracking, production optimization, workshop conducting, and issue solving to drive mutual performance objectives, annual targets, and milestones globally
- Conduct data research & analysis, and routine performance review meetings with VP, SVP, and C-level in hotel chain teams in different geographical areas to make sure the result in a positive financial contribution
- Be able to initiate new regional projects and accelerate the progress of global projects to promote brand awareness, business strategy, and product benefits to hotel chain partners
- Coordinate across Trip.com group internal teams, including teams of the platform, product, service, and marketing to achieve the account's expectations and maximize performance. Map prospective accounts around organizational structure, people, and existing technology
- Other assigned tasks based on business need

**Requirements:**

- Over 5 years of expertise in business development, strategic account management, revenue/yield management in the online travel or hospitality industry
- Fluent in English and Spanish
- Valid working permit/visa in the US (no sponsorship)
- Bachelor's or Master's degree in a related field
- Very proactive and strong sense of ownership
- Strong negotiation and communication skills, with the ability to build and maintain relationships at all levels
- Strong strategical thinking skills, proactive, creative, innovative, and able to drive and manage change
- Ability to demonstrate professional presentation
- Strong business knowledge of the hotel chain industry and connectivity knowledge
- Team player with a driven "get it done" attitude
- Proficiency in Microsoft Word, Excel, Outlook, and PowerPoint
- Willing to travel based on business needs

**What We Provide**

The annual base range for this position is $85,000 - $120,000. The range top could be higher if the performance is above target. With employees' going, demonstrated, and sustained performance in the role, there is potential to increase further. The offering salary for this role will vary based on the comprehensive competency assessment after the screening and interview sessions. Multiple factors will be considered, including a candidate's qualifications, skills, competencies, experiences, and

locations. Pay ranges may be modified in the future.

- Medical, Dental, and Vision plans
- 401(k) and company match
- Public Holidays
- Sick Leave
- Paid Time Off

**Why Trip.com Group**

We offer a stage to unleash your full potential and drive global impact. As an international team, we embrace an open and inclusive culture that supports and respect team members in and out of the workplace. Everyone is on a trip, whether it's a career trip or a life trip. At Trip.com Group, you can define your own trip by setting a goal and celebrate your success by recognizing the progress you have made.

*\* Ladders Estimates*

**Products**
Job Search
Ladders Premium
Ladders Recruiter
Highest-Paying Jobs
Highest-Paying Companies
Highest-Paying Careers
Highest-Paying Industries
Cities & States
Remote Jobs
New Jobs

**Help**
FAQs
Member Help
Recruiter Help
Contact Us
Unsubscribe

**About Ladders**
Company
Partner With Us
Ladders Estimates
Press & Media
Privacy
Terms of Use
Editorial Policy
Your Privacy Choices
Site Map
**Work at Ladders**

© 2025 Ladders, Inc.

https://www.theladders.com/job/key-account-manager-chains-americas-trip-com-travel-singapore-pte-orlando-fl_79278506          3/3