# EXHIBIT 19

 

Post Jobs    Log In    Sign Up



Trip.Com Travel Singapore Pte. Ltd.

# Market Executive, Global Chain, APAC

Trip.Com Travel Singapore Pte. Ltd., Singapore (historical), Michigan, United States

 Save Job

Apply

Founded in 1999 and listed on NASDAQ in 2003 and HKEX in 2021, Trip.com Group is a leading global travel service provider comprising of Trip.com, Ctrip, Skyscanner, and Qunar. Across its platforms, Trip.com Group integrates travel resources from industry partners and helps travellers worldwide pursue the perfect trip with exceptional travel products and services. We have four Customer Service Centres for Trip.com established in Japan, Korea, the UK, and the Philippines, providing 24 / 7 customer service in 19 different languages. We have more than 30,000 employees scattered across 30 countries in Asia, Europe, the Americas, and Oceania, striving to expand our global markets and aiming to be the world's leading and most trusted family of online travel brands that aspire to deliver the perfect trip at the best price for every traveller. In this Role, you'll get to Provide administrative support to the hotels team and the hotel supply network. Support the team with the maintenance of hotel relationships and to coordinate with other departments involved in the assigned project. Train new hotel partners on how to use the extranet, manage rates and availability on site. Assist in activation of hotels. Work with Market Managers to manage supplier accounts. Resolve all issues relating to accounting, allotment, notification, cancellations, etc. Participate in market and competition research. Evaluate production and determine follow up action. Prepare business review reports as necessary. Co-ordinate the merchandising activities for hotel partners with special deals and promotions. Responsible for timely and accurate delivery of content and photos for new and existing hotels. Manage other ad-hoc administrative requests and operative tasks. What you'll Need to Succeed Bachelor's degree in Business, Hospitality, or related field. A minimum of 3 years work experience in an Online Travel Agency (OTA), hotel reservation and coordination, revenue / yield management and etc. Fluent in English, with excellent written and verbal communication skills. Experience working in other APAC markets and possess a strong understanding of the region Detailed oriented and fast learning capability Able to work independently with minimal supervision Dynamic, positive and a good team player

#J-18808-Ljbffr



Apply

# Explore similar jobs



### Executive Director, Corporate Advisory Department

Sumitomo Mitsui Financial Group Inc., Singapore (historical), Michigan, United States



### Legal & Compliance Counsel

Novo Nordisk A / S, Singapore (historical), Michigan, United States



### Executive Director, Corporate Advisory Department

Sumitomo Mitsui Banking Corporation, Singapore (historical), Michigan, United States



### Legal and Compliance Counsel

NOVO NORDISK PHARMA (SINGAPORE) PTE LTD, Singapore (historical), Michigan, United States



### Commercial Products Director, APAC

Dentsu Apac, Singapore (historical), Michigan, United States

## See all Trip.Com Travel Singapore Pte. Ltd. jobs

# See all Singapore (historical), Michigan, United States jobs

# See all Market Executive, Global Chain, APAC jobs

## EMPLOYERS

Hire Recruiters

Recruiters Near Me

Executive Recruiters

Sales Recruiters

Recruiters On Demand

Guide: Working with Recruiters

## RECRUITERS

Recruiter Jobs

Recruiter Job Alerts

Recruiters on Demand

Recruiter Certification

Recruiter Career Advice

Recruiter Index Survey

## COMPANY

About

News

Investors

Contributors

Affiliate Program

## FOLLOW US

    

Need professional help hiring top recruiting talent? Get matched with our expert On-Demandrecruiters at Recruiter.com, or subscribe to our recruiting software to get a steady stream of candidates. Speak to one of our recruitment experts today.

Terms of Use    Terms of Service    Privacy



Copyright © 2025 Recruiter.com Group, Inc.