# EXHIBIT 21

4/11/25, 12:12 PM                                           Cheap Hotel Deals | Compare & Book with Skyscanner



Home  ›  Hotels

🔍
Find the best-value hotel for your dates, search by price or preferences

🏷️
Compare hotel deals across hundreds of providers, all in one place

🛏️
Look out for hotels with free cancellation or excellent ratings



Compare hotels across your favorite brands





## Hotels for amazing city breaks

The key to a great city break? A perfectly placed base. Check out the best city center hotels.



## Fast facts

Sleep easy, armed with the stuff that's good to know before you go.

| Hotel brands to choose from | Hotel destinations to explore | Hotels available worldwide |
|---|---|---|
| 60+ | 5,000+ | 3.2 million |



### Great hotel deals
We search for deals with the world's leading hotels, and share our findings with you.



**Up-to-date pricing**

We always show you the most recent pricing overview we can find so you know exactly what to expect.



**Precise searching**

Find hotels with swimming pools, free cancellation, and flexible booking. Or whatever matters most to you.

## FAQs

How can I find the best-value hotels on Skyscanner?

How does Skyscanner rank hotels?

Do I book my hotel directly through Skyscanner?

How do I know I'm getting a price that reflects the best value?

How can Skyscanner help me plan my trip?

Help! I have too many options. How can I decide which hotel to choose?

Will booking a hotel last-minute be cheaper?

Are hotels cheaper at certain times of year than others?

## More travel options

[ Hotels by star rating ]   [ Popular cities ]   [ Popular neighborhoods ]

| Book 5-star hotels in Paris | Book 5-star hotels in London |
| Book 5-star hotel deals in New York | Book 5-star hotels in Las Vegas |
| 5-star hotels in Chicago | Cheap 5-star hotel deals in Los Angeles |



Get our app

United States · English (US) · $ USD

Help
Privacy Settings
Log in
Privacy policy
Terms of service
Company Details
Do Not Sell or Share My Personal Information

4/11/25, 12:12 PM                                             Cheap Hotel Deals | Compare & Book with Skyscanner



### International Sites

| | |
|---|---|
| 🇬🇧 Hotels | 🇦🇺 Hotels |
| 🇧🇷 Hotéis | 🇨🇦 Hotels Deals in Popular Cities |
| 🇨🇳 酒店 | 🇪🇸 Hotels |
| 🇯🇵 ホテル | 🇲🇽 Hoteles |
| 🇷🇺 Отели | 🇺🇸 Hotels Deals in Popular Cities |