# EXHIBIT 22

Skyscanner

Help English (US) United States $ USD

Flights Hotels Car Rental

# The best flight deals from anywhere, to everywhere

Roundtrip One way Multi-city

From
United States (US)

To
Everywhere

Add nearby airports

Add nearby airports

Depart
4/13/25

Return
4/20/25

Search

Direct flights only

**Regional settings** ✕

Language
English (United States)

Country / Region
Selecting the country you're in will give you local deals and information.
United States

Currency
USD - $

Save

Cancel

Home › Flights

**Explore the best flight deals from anywhere to everywhere, then book with no fees**

**ind the cheapest month – or even day – to fly, and et up Price Alerts to book when the price is right**

## Flight deals from United States

Here are the last-minute flight deals with the lowest prices. Act fast – they all depart within the next three months.

**Orlando**
United States
Fri, Apr 25 — Direct
MEM – MCO with Spirit Airlines

**San Juan**
Puerto Rico
Tue, Apr 15 — Direct
MIA – SJU with Spirit Airlines

