# EXHIBIT 23

# App Store Preview

This app is available only on the App Store for iPhone and iPad.



**Skyscanner Flights Hotels Cars** 4+
Cheap Flight Tickets & Tracker
Skyscanner

#62 in Travel

★★★★★ 4.8 • 466K Ratings

Free

## Screenshots  iPhone  iPad



Skyscanner makes planning your next trip easy.
No matter where you are – search for flights, hotels and car rental deals to anywhere in the world, on the move. Save time and money by comparing and booking from your favorite travel brands like Spirit Airlines, United Airlines, and American Airlines all in one place, too. There are no booking fees or hidden charges – just the best prices. Here's how to use our app:

more

### What's New                                                                                                          Version History
Version 7.136
This just in. Drops.
Our brand-new app-exclusive feature is your next travel hack to get the best deal for your next trip. Every day, we're sifting through billions of travel prices hunting for the best flight price drops of at least 20% to anywhere in the world. Simply tell us where you like to fly from, and watch the deals roll in. Whether you're feeling a little spontaneous or got your eye on somewhere specific, check Drops for the latest prices from your top airport.

more

## Ratings and Reviews                                                                                          See All

**4.8**
out of 5



466K Ratings



sweetntart_, 11/09/2018

**Anytime & anywhere feature is …**
UPDATE: you changed it back!
Must've been doing A/B testing or something and I got in the unlucky group. Back to 5 stars!                more

iam_conqueror, 09/21/2020

**Priceline has better deals unfor…**
Initially I got great deals thro more

**Developer Response**,
Hi there, thanks for your revi more

## App Privacy                                                                                                 See Details

The developer, **Skyscanner**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Identifiers
- Usage Data



### Data Linked to You

The following data may be collected and linked to your identity:

- Purchases
- Contact Info
- Usage Data
- Location
- Identifiers
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
Skyscanner Limited

Size
292.2 MB

Category
Travel

Compatibility
**iPhone**
Requires iOS 16.0 or later.

**iPad**
Requires iPadOS 16.0 or later.

**Apple Vision**
Requires visionOS 1.0 or later.

Languages
English, Arabic, Bulgarian, Catalan, Croatian, Czech, Danish, Dutch, Finnish, French, German, Greek, Hebrew, Hindi, Hungarian, Indonesian, Italian, Japanese, Korean, Malay, Norwegian Bokmål, Polish, Portuguese, Romanian, Russian, Simplified Chinese   more

Age Rating
4+

Copyright
© Skyscanner Ltd

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## You Might Also Like                                                   See All


momondo: Flights, Hotels,…
Travel


Cheap flight deals —…
Travel


Cheapflights: Flights & Hotels
Travel


Kiwi.com: Book Cheap Flights
Travel

United States    Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brazil)
Tiếng Việt    繁體中文 (台灣)

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms  |  App Store & Privacy  |  Cookie Warning  |  Support