# EXHIBIT 24

4/9/25, 6:01 PM                                    Skyscanner Flights Hotels Cars - Apps on Google Play

 Google Play                                                      

Games          Apps          Movies & TV          Books          Kids



# Skyscanner Flights Hotels Cars

**Skyscanner Ltd**

Contains ads

| 4.8★ | 50M+ | E |
|---|---|---|
| 1.29M reviews | Downloads | Everyone  |

**Install**

⌁ Share          ⊕ Add to wishlist

▭ You don't have any devices

    

https://play.google.com/store/apps/details?id=net.skyscanner.android.main&hl=en_US&gl=US                                                    1/5

 **Google Play**

Games    **Apps**    Movies & TV    Books    Kids

in the world, on the move. Save time and money by comparing and booking from your favorite travel brands like Spirit Airlines, United Airlines, and American Airlines all in one place, too. There are no booking fees or hidden charges – just the best prices. Here's how to use our app:…

**Updated on**

Apr 8, 2025

Travel & Local

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

---

No data shared with third parties
Learn more about how developers declare sharing

This app may collect these data types
Location, Personal info and 4 others

Data is encrypted in transit

You can request that data be deleted

See details

---

## Ratings and reviews →

4/9/25, 6:01 PM                                        Skyscanner Flights Hotels Cars - Apps on Google Play



Games          **Apps**          Movies & TV          Books          Kids



1.25M reviews

C Kirby                                                                                        ⋮

★★★★☆  January 31, 2025

Traveling the world for a year and skyscanmer has been really great for finding and comparing flights as well as keeping an eye on the costs. I knocked off one star because it doesn't have one feature that would make it perfect for me I want the ability to set airlines/hotel chains/car rental companies to search as part of my profile and not have to toggle them on and off through a filter for each search. Also the ability to exclude/limit to "budget" companies in each category would be nice.

57 people found this review helpful

Did you find this helpful?        Yes        No

Sarah Weir                                                                                    ⋮

★★★★☆  January 15, 2025

Generally love the app hence 4 stars. But there's nothing more infuriating when trying to login than an app that times out or resets while you're getting the verification code from your email. Recently switched phones and got myself stuck in an infinite verification loop. Each time I left the app to open my email and get the code, on

4/9/25, 6:01 PM                                    Skyscanner Flights Hotels Cars - Apps on Google Play





  Dave Kaminsky                                                   ⋮

★★★☆☆  March 15, 2021

Upon updating the app, it appears that a lot of the previously removed functionality has been returned to the app. Estimated prices in the date window are back, although somewhat less expansive that I would hope (and fewer than appear using google flights). The bar graph view is not here though, which is disappointing. The explore feature doesn't feel streamlined and feels a little too "curated" for my liking. Estimated prices for suggested travel cities don't show up in the explore page.

125 people found this review helpful

Did you find this helpful?        Yes          No

> Skyscanner Ltd                                          March 15, 2021
>
> Hello Dave! Thanks for updating the app and for your feedback. We're constantly evolving our app and it's thanks to feedback like this that makes it possible. I have passed your comments to the development team!

See all reviews

## What's new

This just in. Drops.
Our brand-new app-exclusive feature is your next travel hack to get the best deal for your next trip. Every day, we're sifting through billions of travel prices hunting for the

 Google Play

Games    **Apps**    Movies & TV    Books    Kids

## App support

⚑    **Flag as inappropriate**

---

**Google Play**

Play Pass

Play Points

Gift cards

Redeem

Refund policy

**Kids & family**

Parent Guide

Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store

    United States (English (United States))