# EXHIBIT 25

# Company details

**Correspondence address**

Skyscanner Limited
777 Brickell Avenue
#500-95109
Miami, Florida 33131
United States

**Offices**

United Kingdom, Singapore, Spain, China, United States, Japan, India

**UK company number**

04217916

**VAT registration number**

GB 208148618

**Registered office**

Skyscanner Limited
Level 5, Ilona Rose House
Manette Street
London W1D 4AL
United Kingdom

**Help**

At Skyscanner, we help plan your trip but don't handle bookings ourselves. Instead, we show you what options are available, but your booking (including payment) is made directly with the travel company you choose. As we don't have access to your booking information, the best thing to do is to get in touch with your travel provider if you have any questions related to your trip.

Still have a question for Skyscanner? The answer might already be on our help site. If not, the quickest way to get in touch is via our contact form. This allows us to get your query and the info we need to the best possible person, and you'll usually receive a response within 24 hours.

 Get our app

