# EXHIBIT 26





### Unpacking the Trends

Get the lowdown

→

### Trending Destinations

The 10 most buzzing places in 2025

→

### Best Value Destinations

The 10 best budget-friendly places in 2025

→

# DISCOVER THE TRENDS

A closer look at the top seven trends

We've identified seven travel trends, as well as one overarching theme tying all these trends together.

If last year was all about cultural exploration, 2025 will build on this as the year of truly shared travel experiences, highlighting the power of collective exploration and discovery.

## Sport Mode

Away fans, assemble!



**01**

## Astro Adventurers

Celestial sights set to skyrocket



**02**

**03**

**Reset Jetters**

Live longer and prosper

→

**04**

**Art-Venture**

Bringing masterpieces to the masses

→

**05**

**Cowboy Core**

Getting back in the saddle

→

**Horti-Culture**

Botanical breaks in bloom

→

**06**

**Gami-Vacation**

Adding another dimension to travel

→

**07**

**Future of Travel**

Looking to the horizon

→



# Understanding Travel Trends 2025

This is the lowdown on the latest US traveler trends shaping (and shaking up) the travel world.

Built using Skyscanner's proprietary search data, a specially commissioned traveler survey* and trusted industry insights, we reveal how and why US travelers will explore in 2025.

# Trends snapshot

**44%** of people who want to experience Wild West-inspired trips are most excited by the collective experience of eating round a campfire.

**33%** of people traveling to experience immersive art do so because it's a shared experience.

**30%** of 25-to-34-year-olds traveling to see a sporting event say it's about feeling part of a community.

Scroll for more →

The top experiences determining travelers' choice of destination are **weather (64%), food (61%),** and **attractions (57%)**.

Flights (51%) and **hotels (50%)** are the top cost factors determining the choice of vacation in 2025, followed by food and drink (34%).

**Word of mouth (49%)**, **social media (41%),** and **online media (31%)** are the most important sources of travel inspiration for 2025.

*OnePoll x Skyscanner research conducted in July 2024 with 20,000 respondents globally (2,000 US respondents)

📱 Get our app

United States · English (US) · $ USD

Help

Privacy Settings

Log in

Privacy policy

Terms of service

Company Details

Do Not Sell or Share My Personal Information

Explore                                                                                              ⌄

Company                                                                                              ⌄

Partners                                                                                             ⌄

Trips                                                                                                ⌄

© Skyscanner Ltd 2002 – 2025

**International Sites**

🇬🇧 Travel Features                                    🇦🇺 Travel Features
🇧🇷 Artigos e dicas de viagem                          🇨🇦 Travel Features
🇨🇳 旅行资讯                                           🇮🇳 Travel Features

Skyscanner's US Travel Trends 2025 | Travel Stats & Insights

🇯🇵 旅行情報

🇷🇺 Новости для путешественников

🇲🇽 Características de viaje

🇺🇸 Travel Features