# EXHIBIT 27



**Page 1**
**SkyScanner.com WHOIS, DNS, & Domain Info - DomainTools**
**https://whois.domaintools.com/skyscanner.com**
**09 March 2025, 12:34:49**

HOME RESEARCH

DomainTools PROFILE ▾ CONNECT ▾ MONITOR ▾ RESOURCES ▾ SUPPORT ▾ Whois Lookup ACCOUNT ▾

Home > Whois Lookup > SkyScanner.com

Notice: Possible deprecation of Whois services after January 28, 2025. More Info

# Whois Record for SkyScanner.com

How does this work?

## Domain Profile

| | |
|---|---|
| Proximity Score | 0 |
| Email | abuse@comlaude.com is associated with ~254,479 domains |
| Registrar | Nom-iq Ltd. dba COM LAUDE<br>IANA ID: 470<br>URL: http://www.comlaude.com<br>Whois Server: whois.comlaude.com<br>abuse@comlaude.com<br>(p) +442074218250 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited, serverDeleteProhibited, serverTransferProhibited, serverUpdateProhibited |
| Dates | 8,285 days old<br>Created on 2002-07-03<br>Expires on 2025-07-03<br>Updated on 2023-10-17 |
| Name Servers | NS1.SKYSCANNER-DNS.CO.UK (has 879 domains)<br>NS1.SKYSCANNER-DNS.ORG (has 1 domains)<br>NS2.SKYSCANNER-DNS.CO.UK (has 879 domains)<br>NS2.SKYSCANNER-DNS.ORG (has 1 domains) |
| IP Address | 18.161.6.14 - 9,595 other sites hosted on this server |
| IP Location | - Oregon - Portland - Amazon.com Inc. |
| ASN | AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| Whois History | 814 records have been archived since 2005-06-07 |
| IP History | 139 changes on 139 unique IP addresses over 21 years |
| Hosting History | 5 changes on 5 unique name servers over 20 years |

## Website

| | |
|---|---|
| Website Title | Compare Cheap Flights & Book Airline Tickets to Everywhere \| Skyscanner |
| Server Type | envoy |
| Response Code | 200 |

**Whois Record** ( last updated on 2025-03-09 )

```
Domain Name: SKYSCANNER.COM
   Registry Domain ID: 88102287_DOMAIN_COM-VRSN
   Registrar WHOIS Server: whois.comlaude.com
   Registrar URL: http://www.comlaude.com
   Updated Date: 2023-10-17T09:15:22Z
   Creation Date: 2002-07-03T19:59:18Z
   Registry Expiry Date: 2025-07-03T20:04:47Z
   Registrar: Nom-iq Ltd. dba COM LAUDE
   Registrar IANA ID: 470
   Registrar Abuse Contact Email: abuse@comlaude.com
   Registrar Abuse Contact Phone: +442074218250
   Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
   Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
   Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
   Domain Status: serverDeleteProhibited https://icann.org/epp#serverDeleteProhibited
   Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
   Domain Status: serverUpdateProhibited https://icann.org/epp#serverUpdateProhibited
   Name Server: NS1.SKYSCANNER-DNS.CO.UK
   Name Server: NS1.SKYSCANNER-DNS.ORG
   Name Server: NS2.SKYSCANNER-DNS.CO.UK
   Name Server: NS2.SKYSCANNER-DNS.ORG
   DNSSEC: unsigned
   URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

Preview the Full Domain Report

**Tools**

Whois History | Hosting History
Monitor Domain Properties
Reverse Whois Lookup
Reverse IP Address Lookup
Network Tools
Visit Website

View Screenshot History
Last checked February 6, 2023
Queue Screenshot for Update

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| SkyScanner.com | View Whois |
| SkyScanner.net | View Whois |
| SkyScanner.org | View Whois |
| SkyScanner.info | View Whois |
| SkyScanner.biz | View Whois |
| SkyScanner.us | View Whois |

© 2025 DomainTools

Page 2
Hosting History for Skyscanner.com - View historical IP addresses and name servers
https://research.domaintools.com/research/hosting-history/?q=skyscanner.com
09 March 2025, 12:34:50




# Hosting History for Skyscanner.com

Enter any domain name and Hosting History will list IP address and name server history. If a domain name has changed its web host you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

**Lookup the Hosting History of a Domain**

skyscanner.com    LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2004-08-14 | New | -none- | 217.77.184.130 |
| 2005-03-05 | Change | 217.77.184.130 | 217.77.180.210 |
| 2009-01-05 | Change | 217.77.180.210 | 85.232.57.10 |
| 2010-11-06 | Change | 85.232.57.10 | 96.17.15.8 |
| 2010-12-09 | Change | 96.17.15.8 | 85.232.57.10 |
| 2010-12-20 | Change | 85.232.57.10 | 96.17.15.8 |
| 2010-12-31 | Change | 96.17.15.8 | 96.17.15.9 |
| 2011-01-10 | Change | 96.17.15.9 | 96.17.15.8 |
| 2011-02-02 | Not Resolvable | 96.17.15.8 | -none- |
| 2011-02-13 | New | -none- | 208.28.14.169 |
| 2011-03-07 | Not Resolvable | 208.28.14.169 | -none- |
| 2011-03-18 | New | -none- | 208.28.14.169 |
| 2011-04-21 | New | -none- | 208.28.14.169 |
| 2011-10-01 | Not Resolvable | 208.28.14.169 | -none- |
| 2011-10-14 | New | -none- | 208.28.14.169 |
| 2011-11-06 | Change | 208.28.14.169 | 23.3.105.96 |
| 2012-06-08 | Change | 23.3.105.96 | 23.3.105.75 |
| 2012-06-20 | Change | 23.3.105.75 | 23.3.105.96 |
| 2012-08-06 | Change | 23.3.105.96 | 23.3.105.75 |
| 2012-08-29 | Change | 23.3.105.75 | 23.3.105.96 |
| 2012-11-01 | Change | 23.3.105.96 | 96.17.15.122 |
| 2012-11-24 | Change | 96.17.15.122 | 208.28.14.169 |
| 2012-12-22 | Change | 208.28.14.169 | 23.59.191.27 |
| 2013-03-22 | Not Resolvable | 23.59.191.27 | -none- |
| 2013-04-14 | New | -none- | 23.3.105.75 |
| 2013-04-26 | Change | 23.3.105.75 | 23.59.191.27 |
| 2013-06-12 | Change | 23.59.191.27 | 23.59.191.33 |
| 2013-06-24 | Change | 23.59.191.33 | 23.59.191.18 |
| 2013-07-06 | Change | 23.59.191.18 | 23.59.191.27 |
| 2013-07-19 | Change | 23.59.191.27 | 23.59.191.25 |
| 2013-07-31 | Change | 23.59.191.25 | 23.59.191.26 |
| 2013-08-12 | Change | 23.59.191.26 | 23.59.191.40 |
| 2013-08-25 | Change | 23.59.191.40 | 23.3.105.75 |
| 2013-09-06 | Change | 23.3.105.75 | 23.59.189.139 |
| 2013-10-24 | Not Resolvable | 23.59.189.139 | -none- |
| 2013-11-05 | New | -none- | 23.59.189.139 |
| 2014-03-31 | Change | 23.59.189.139 | 23.59.189.81 |
| 2014-08-02 | Not Resolvable | 23.59.189.81 | -none- |
| 2014-08-14 | New | -none- | 23.59.189.81 |
| 2014-12-05 | Change | 23.59.189.81 | 184.84.183.130 |
| 2014-12-18 | Change | 184.84.183.130 | 23.3.75.57 |
| 2014-12-31 | Change | 23.3.75.57 | 23.59.189.81 |
| 2015-04-28 | Change | 23.59.189.81 | 23.59.189.83 |
| 2015-05-11 | Change | 23.59.189.83 | 23.59.189.81 |
| 2015-06-24 | Change | 23.59.189.81 | 23.59.189.82 |
| 2015-07-08 | Change | 23.59.189.82 | 23.59.189.81 |
| 2015-11-15 | Change | 23.59.189.81 | 204.201.160.65 |
| 2015-11-30 | Change | 204.201.160.65 | 23.59.189.81 |
| 2015-12-15 | Change | 23.59.189.81 | 23.59.190.113 |
| 2016-01-29 | Change | 23.59.190.113 | 23.59.190.104 |
| 2016-02-14 | Change | 23.59.190.104 | 23.59.190.113 |
| 2016-03-17 | Change | 23.59.190.113 | 23.39.25.104 |
| 2016-05-20 | Not Resolvable | 23.39.25.104 | -none- |
| 2016-06-05 | New | -none- | 23.39.25.104 |
| 2016-07-23 | Change | 23.39.25.104 | 104.125.194.95 |
| 2016-08-24 | Change | 104.125.194.95 | 23.39.25.104 |
| 2016-10-29 | Not Resolvable | 23.39.25.104 | -none- |
| 2016-11-15 | New | -none- | 23.39.25.104 |
| 2016-12-19 | Change | 23.39.25.104 | 104.125.187.171 |
| 2017-01-24 | Change | 104.125.187.171 | 23.39.25.104 |
| 2017-03-01 | Change | 23.39.25.104 | 23.74.77.89 |
| 2017-04-23 | Change | 23.74.77.89 | 23.39.25.104 |
| 2017-05-12 | Change | 23.39.25.104 | 104.125.187.171 |
| 2017-07-26 | Change | 104.125.187.171 | 104.126.14.15 |
| 2018-02-04 | Change | 104.126.14.15 | 23.45.112.216 |
| 2018-05-05 | Change | 23.45.112.216 | 23.49.14.112 |
| 2018-05-23 | Change | 23.49.14.112 | 23.57.2.218 |
| 2018-08-03 | Change | 23.39.25.104 | 23.49.14.112 |
| 2019-08-10 | Change | 23.49.14.112 | 23.49.12.218 |
| 2019-10-15 | Change | 23.49.12.218 | 184.26.80.143 |
| 2020-01-12 | Change | 184.26.80.143 | 173.222.228.150 |
| 2020-02-02 | Change | 173.222.228.150 | 23.36.53.142 |
| 2020-02-25 | Change | 23.36.53.142 | 184.26.80.143 |
| 2020-03-19 | Change | 184.26.80.143 | 23.218.108.204 |
| 2020-04-12 | Change | 23.218.108.204 | 23.57.0.229 |
| 2020-05-07 | Change | 23.57.0.229 | 184.26.80.143 |
| 2020-06-01 | Change | 184.26.80.143 | 23.194.101.7 |
| 2020-07-21 | Not Resolvable | 23.194.101.7 | -none- |
| 2020-08-16 | New | -none- | 184.26.80.143 |
| 2020-10-04 | Not Resolvable | 184.26.80.143 | -none- |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2002-07-05 | New | -none- | Ascio.net |
| 2005-02-27 | Transfer | Ascio.net | Titaninternet.co.uk |
| 2010-10-14 | Transfer | Titaninternet.co.uk | Netnames.net |
| 2021-02-04 | Transfer | Netnames.net | Skyscanner-dns.net |
| 2021-02-05 | Transfer | Skyscanner-dns.net | Skyscanner-dns.co.uk |

Page 3
Hosting History for Skyscanner.com - View historical IP addresses and name servers
https://research.domaintools.com/research/hosting-history/?q=skyscanner.com
09 March 2025, 12:34:50

| Date | Action | Pre IP | Post IP |
|---|---|---|---|
| 2020-10-30 | New | -none- | 23.54.49.113 |
| 2020-11-24 | Change | 23.54.49.113 | 23.44.160.232 |
| 2020-12-19 | Change | 23.44.160.232 | 23.54.49.113 |
| 2021-12-02 | Change | 23.54.49.113 | 104.97.41.92 |
| 2022-04-03 | Change | 104.97.41.92 | 23.54.49.113 |
| 2022-10-28 | Change | 18.65.229.14 | 52.84.162.37 |
| 2022-11-18 | Change | 52.84.162.37 | 18.65.229.14 |
| 2022-12-17 | Change | 99.84.66.8 | 18.67.17.59 |
| 2022-12-18 | Change | 18.67.17.59 | 99.84.66.8 |
| 2023-03-28 | Change | 99.84.66.8 | 204.246.191.57 |
| 2023-03-31 | Change | 204.246.191.57 | 99.84.66.8 |
| 2023-04-05 | Change | 99.84.66.8 | 204.246.191.57 |
| 2023-04-06 | Change | 204.246.191.57 | 99.84.66.8 |
| 2023-04-12 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-04-13 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-04-15 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-04-18 | Change | 18.161.6.14 | 18.160.254.36 |
| 2023-04-22 | Change | 18.160.254.36 | 18.161.6.14 |
| 2023-06-06 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-06-07 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-06-15 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-06-16 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-07-08 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-07-15 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-07-18 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-07-20 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-07-22 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-07-23 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-09-11 | Change | 18.161.6.14 | 99.84.66.8 |
| 2023-09-12 | Change | 99.84.66.8 | 18.161.6.14 |
| 2023-09-16 | Change | 18.161.6.14 | 3.163.24.51 |
| 2023-09-17 | Change | 3.163.24.51 | 18.161.6.14 |
| 2023-12-21 | Change | 18.161.6.14 | 54.192.137.3 |
| 2023-12-22 | Change | 54.192.137.3 | 18.161.6.14 |
| 2024-01-01 | Change | 18.161.6.14 | 13.248.155.102 |
| 2024-01-02 | Change | 13.248.155.102 | 18.161.6.14 |
| 2024-01-20 | Change | 18.161.6.14 | 99.84.66.8 |
| 2024-01-21 | Change | 99.84.66.8 | 18.161.6.14 |
| 2024-04-22 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-04-23 | Change | 3.163.24.51 | 18.161.6.14 |
| 2024-05-03 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-05-04 | Change | 3.163.24.51 | 18.161.6.14 |
| 2024-06-07 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-06-08 | Change | 3.163.24.51 | 99.84.66.8 |
| 2024-06-09 | Change | 99.84.66.8 | 18.161.6.14 |
| 2024-06-10 | Change | 18.161.6.14 | 99.84.66.8 |
| 2024-06-11 | Change | 99.84.66.8 | 18.161.6.14 |
| 2024-07-02 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-07-03 | Change | 3.163.24.51 | 18.161.6.14 |
| 2024-08-27 | Change | 18.161.6.14 | 13.248.155.102 |
| 2024-08-28 | Change | 13.248.155.102 | 18.161.6.14 |
| 2024-09-28 | Change | 18.161.6.14 | 99.84.66.8 |
| 2024-09-29 | Change | 99.84.66.8 | 18.161.6.14 |
| 2024-10-26 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-10-27 | Change | 3.163.24.51 | 18.161.6.14 |
| 2024-11-26 | Change | 18.161.6.14 | 3.163.24.51 |
| 2024-11-30 | Change | 3.163.24.51 | 18.161.6.14 |
| 2025-01-25 | Change | 18.161.6.14 | 13.248.155.102 |
| 2025-01-26 | Change | 13.248.155.102 | 18.161.6.14 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

Notice: Possible deprecation of Whois services after January 28, 2025. More Info

## Whois Record for NetNames.net

How does this work?

**— Domain Profile**

| | |
|---|---|
| Proximity Score | 0 |
| Email | domainabuse@cscglobal.com is associated with ~1,681,869 domains<br>dns-admin@cscglobal.com is associated with ~511,115 domains<br>admin@internationaladmin.com is associated with ~111,680 domains |
| Registrar | CSC CORPORATE DOMAINS, INC. CSC Corporate Domains, Inc.<br>IANA ID: 299<br>URL: www.cscprotectsbrands.com,http://cscdbs.com<br>Whois Server: whois.corporatedomains.com<br>domainabuse@cscglobal.com<br>(p) +1.8887802723 |
| Registrar Status | clientTransferProhibited, serverDeleteProhibited, serverTransferProhibited, serverUpdateProhibited |
| Dates | 10,551 days old<br>Created on 1996-04-19<br>Expires on 2025-04-20<br>Updated on 2024-04-16 |
| Name Servers | UDNS1.CSCUDNS.COM (has 5,738 domains)<br>UDNS2.CSCUDNS.ORG (has 0 domains) |
| IP Address | 204.74.99.103 - 40,967 other sites hosted on this server |
| IP Location | - Virginia - Herndon - Vercara Llc |
| ASN | AS397213 SECURITYSERVICES, US (registered Dec 04, 2018) |
| Domain Status | Registered And Active Website |
| Whois History | 704 records have been archived since 2001-11-15 |
| IP History | 17 changes on 17 unique IP addresses over 20 years |
| Hosting History | 2 changes on 3 unique name servers over 8 years |

**— Website**

| | |
|---|---|
| Website Title | CSC \| The Most Security Conscious Domains Provider \| CSC |
| Server Type | scaffolding on HTTPServer2 |
| Response Code | 200 |

**Whois Record** ( last updated on 2025-03-09 )

```
Domain Name: netnames.net
Registry Domain ID: 2617223_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.corporatedomains.com
Registrar URL: www.cscprotectsbrands.com
Updated Date: 2024-04-16T01:13:44Z
Creation Date: 1996-04-19T00:00:00Z
Registrar Registration Expiration Date: 2025-04-20T04:00:00Z
Registrar: CSC CORPORATE DOMAINS, INC.
Sponsoring Registrar IANA ID: 299
Registrar Abuse Contact Email: domainabuse@cscglobal.com
Registrar Abuse Contact Phone: +1.8887802723
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: serverDeleteProhibited http://www.icann.org/epp#serverDeleteProhibited
Domain Status: serverTransferProhibited http://www.icann.org/epp#serverTransferProhibited
Domain Status: serverUpdateProhibited http://www.icann.org/epp#serverUpdateProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: CSC Corporate Domains, Inc.
Registrant Street: 251 Little Falls Drive
Registrant City: Wilmington
Registrant State/Province: DE
Registrant Postal Code: 19808
Registrant Country: US
Registrant Phone: +1.3026365400
Registrant Phone Ext:
Registrant Fax: +1.3026365454
Registrant Fax Ext:
Registrant Email: admin@internationaladmin.com
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: CSC Corporate Domains, Inc.
Admin Street: 251 Little Falls Drive
Admin City: Wilmington
Admin State/Province: DE
Admin Postal Code: 19808
Admin Country: US
Admin Phone: +1.3026365400
Admin Phone Ext:
Admin Fax: +1.3026365454
Admin Fax Ext:
Admin Email: admin@internationaladmin.com
Registry Tech ID:
Tech Name: DNS Administrator
Tech Organization: CSC Corporate Domains, Inc.
Tech Street: 251 Little Falls Drive
Tech City: Wilmington
Tech State/Province: DE
Tech Postal Code: 19808
Tech Country: US
Tech Phone: +1.3026365400
Tech Phone Ext:
Tech Fax: +1.3026365454
Tech Fax Ext:
Tech Email: dns-admin@cscglobal.com
Name Server: udns2.cscudns.org
Name Server: udns1.cscudns.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Preview the Full Domain Report

Tools

Whois History | Hosting History
Monitor Domain Properties
Reverse Whois Lookup
Reverse IP Address Lookup
Network Tools
Visit Website

View Screenshot History
Last checked February 7, 2023
Queue Screenshot for Update

Available TLDs

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| NetNames.com | View Whois |
| NetNames.net | View Whois |
| NetNames.org | View Whois |
| NetNames.info | View Whois |
| NetNames.biz | View Whois |
| NetNames.us | View Whois |

