# EXHIBIT 29



Search

MY IP ▪ IP TRACKER ▪ TOOLS ▪ WEB ▪ PRIVACY ▪ CYBERSECURITY TRACE EMAIL API ▪ GAMES EMAIL REVIEWS ABOUT US BLOG SIGN IN

# IP Address Lookup

## IP Location Finder

IPv4, IPv6 or Domain Name | IP Lookup

Enter a IPv4, IPv6 or Domain name into the input box above, and we'll locate its IP location.

**23.44.229.226**

Hide this IP Address

Here are the results from a few Geolocation providers. Is the data shown below not accurate enough? Please read geolocation accuracy info to learn why.

Do you have a problem with IP location lookup? Report a problem.

### Geolocation data from IP2Location — Product: DB6, 2025-3-1

| | |
|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai Technologies Inc. |
| **COUNTRY:** United States | **ORGANIZATION:** Not available |
| **REGION:** California | **LATITUDE:** 37.3541 |
| **CITY:** Santa Clara | **LONGITUDE:** -121.9555 |

Incorrect location? Contact IP2Location view map

### Geolocation data from ipinfo.io — Product: API, real-time

| | |
|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Not available |
| **COUNTRY:** United States | **ORGANIZATION:** AS20940 Akamai International B.V. |
| **REGION:** California | **LATITUDE:** 37.3541 |
| **CITY:** Santa Clara | **LONGITUDE:** -121.9552 |

Incorrect location? Contact ipinfo.io view map

### Geolocation data from DB-IP — Product: API, real-time

| | |
|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai International B.V. |
| **COUNTRY:** United States | **ORGANIZATION:** Akamai Technologies, Inc. |
| **REGION:** California | **LATITUDE:** 37.3541 |
| **CITY:** Santa Clara | **LONGITUDE:** -121.955 |

Incorrect location? Contact DB-IP view map

## Security Tools

- DNS Lookup
- Search a Person
- Inspect suspicious links
- Data Breach Check

Advertisement

Advertisement

## IP Address Articles

March 1, 2016

How to hide my IP address?

There are several ways to hide your IP address, and your geolocation. Hiding your IP address is concealing your "true" IP address with a different one. You may use a VPN, Proxy or Anonymous Browser to hide your IP address.

Learn more

April 14, 2016

How to change your IP address?

Would you like to change the IP address of your computer, smartphone or tablet? You're getting your IP address from your Internet Service Provider, and you have the right to obtain a new IP address whenever you desire. Let us show you how you can change an IP address of your device.

Learn more

February 15, 2012

| Geolocation data from | IPregistry.co | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai International B.V. | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai Technologies, Inc. (akamai.com) | |
| **REGION:** California | | |
| **CITY:** Santa Clara | **LATITUDE:** 37.35218 | |
| | **LONGITUDE:** -121.95515 | |

Incorrect location?   Contact IPregistry.co   📍 view map

| Geolocation data from | IPGeolocation.io | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai Technologies, Inc. | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai International B.V. | |
| **REGION:** California | | |
| **CITY:** Santa Clara | **LATITUDE:** 37.35411 | |
| | **LONGITUDE:** -121.95524 | |

Incorrect location?   Contact IPGeolocation.io   📍 view map

| Geolocation data from | IPapi.co | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai International B.V. | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai International B.V. | |
| **REGION:** California | | |
| **CITY:** Santa Clara | **LATITUDE:** 37.2123 | |
| | **LONGITUDE:** -121.7416 | |

Incorrect location?   Contact IPapi.co   📍 view map

| Geolocation data from | ipbase.com | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai International B.V. | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai International B.V. | |
| **REGION:** California | | |
| **CITY:** Santa Clara | **LATITUDE:** 37.3541 | |
| | **LONGITUDE:** -121.9555 | |

Incorrect location?   Contact ipbase.com   📍 view map

| Geolocation data from | criminalip.io | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Not available | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai Technologies | |
| **REGION:** California | | |
| **CITY:** Santa Clara | **LATITUDE:** 37.3530 | |
| | **LONGITUDE:** -121.9544 | |

Incorrect location?   Contact criminalip.io   📍 view map

| Geolocation data from | ipapi.is | Product: API, real-time |
|---|---|---|
| **IP ADDRESS:** 23.44.229.226 | **ISP:** Akamai International B.V. | |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Akamai Technologies, Inc. | |
| **REGION:** California | | |
| | **LATITUDE:** 37.3394 | |

### What is the difference between public and private IP address?

A public IP address is an IP address that can be accessed over the Internet, and a private IP address is an IP address that is local to your private network. A public IP is a globally unique IP, while a private IP address can be reused in different networks.

Learn more  ›



October 7, 2012

### What is the difference between a static and dynamic IP address?

An IP address is an address assigned to a device on the Internet. A static IP address is a fixed IP address that never changes, and a dynamic IP address is an IP that is assigned by the DHCP server which may change over time.

Learn more  ›

Advertisement

### Blog Categories

- ▸ Artificial Intelligence (101)
- ▸ Automotive (26)
- ▸ Business (265)
  - ▸ Ecommerce (97)
  - ▸ Intellectual Property (13)
  - ▸ Productivity (24)
- ▸ Cloud Services (104)
- ▸ Computing (61)
- ▸ Crypto & Blockchain (52)
- ▸ Cybersecurity (304)
  - ▸ Distributed Denial of Service (11)
  - ▸ Password (23)
  - ▸ Safety (33)
- ▸ Data & Database (28)
- ▸ Digital Marketing (150)
- ▸ Education (55)
- ▸ Email (84)
- ▸ Entertainment (16)
- ▸ Fashion (2)



| | | | |
|---|---|---|---|
| **CITY:** | San Jose | **LONGITUDE:** | -121.8950 |

Incorrect location?            Contact ipapi.is                                 view map

| **Geolocation data from** | **iplocate.io** | Product: API, real-time |
|---|---|---|

| | | | |
|---|---|---|---|
| **IP ADDRESS:** | 23.44.229.226 | **ISP:** | AKAMAI-ASN1 |
| **COUNTRY:** | United States | **ORGANIZATION:** | Akamai Technologies |
| **REGION:** | California | **LATITUDE:** | 37.3541 |
| **CITY:** | Santa Clara | **LONGITUDE:** | -121.9552 |

Incorrect location?            Contact iplocate.io                               view map

Would you like to help us improve ip-to-location data by providing a *geofeed* or custom feedback?

**Login to add feedback**

### Trivia Question

Which fraud involves sending misleading or fraudulent communications to gain access to sensitive information?

- ○ Phishing
- ○ Advance-fee fraud
- ○ Investment fraud
- ○ Forgery

## IP-Based Geolocation Accuracy

The Geolocation lookup tool provided on this page is an estimate of where the IP address may be located. The data come from a few IP-Based Geolocation providers, and their accuracy varies depending on how quickly they update their database when changes occur. Since many Internet users are getting their dynamic IP address from their ISP, and most ISPs serve their customers in multiple regions causing Geolocation lookup to be accurate to the region they serve. For example, AT&T in the United States serve their customers in entire USA and the accuracy may be limited to the Country level. Other ISPs may be serving smaller areas, and some ISPs create subnetworks to serve their customers in smaller regions. For this reason, the IP-based Geolocation will be about 99% accurate at the country level while the accuracy of State and City may be at much less accurate level somewhere around 50% range.

For more information about Geolocation Accuracy, please read *How accurate is IP-based Geolocation lookup?*

## Related Articles

- *What is an IP Address?*
- *My IP Address is Hacked. What can I do?*
- *What is the difference between static and dynamic IP Address?*
- *What is the difference between public and private IP Address?*

**Sidebar categories:**

- Finance (96)
- Games (87)
- Healthcare (40)
- Internet of Things (23)
- IP Address (67)
  - Geolocation (55)
- Legal (10)
- Lifestyle (60)
  - Parenting (2)
- Network (104)
- Online Resources (22)
- Online Tools (116)
- Privacy (162)
  - Virtual Private Network (94)
  - Proxy (67)
- Real Estate (17)
- Scams & Frauds (22)
- Security (10)
- Smartphone (52)
- Social Media (89)
  - Social Media Marketing (39)
- Software (219)
  - Software Development (170)
  - Software Testing (18)
  - Mobile App Development (19)
  - Web Development (16)
- Technology (88)
  - Information Technology (13)
  - Electronics (2)
- Travel (22)
- World Wide Web (181)
  - Search Engine Optimization (90)
  - Web Hosting (35)
  - Web Design (26)



## About Us

Welcome to IP Location, the home of IP Geolocation, security and privacy resources. This website was built to offer tips, tutorials and articles on IP address, VPN, Proxy, DDoS and WebAuthn technologies.

## Popular Topics

- VPN
- Proxy
- Web Hosting
- SEO
- Product Reviews
- Password

## Company Info

- Terms of Service
- Privacy Policy
- Advertise With Us
- Guest Posting
- Contact Us
- Login / Signup

## Socialize

Subscribe to our newsletter:

Enter your Email    Subscribe

Like Us on Facebook
Twitter on Twitter
LinkedIn on LinkedIn
Instagram on Instagram

Do not sell or share my personal information.

© 2006 - 2025, Brand Media, Inc. All rights reserved.