# EXHIBIT 32



**Amazon CloudFront**

- Overview
- Features
- Pricing
- Getting Started
- Resources
- Media
- Customers
- Partners





# Amazon CloudFront

## Securely deliver content with low latency and high transfer speeds



# Benefits

### Reduce latency



## Improve security

Improve security with traffic encryption, access controls, **VPC origins,** and use AWS Shield Standard to defend against DDoS attacks at no additional charge.

## Cut costs

Cut costs with consolidated requests, customizable pricing options, and zero fees for data transfer out from AWS origins.

## Customize the code



# Use cases

Deliver fast, secure websites

Accelerate dynamic content delivery and APIs

Stream live and on-demand video

Distribute patches and updates









## Get started



Guide





## Find out how Amazon CloudFront works

→



Tutorial





Getting started

# Try CloudFront for free

→

# Explore more of AWS




What Is AWS?

What Is Cloud Computing?

AWS Accessibility

What Is DevOps?

What Is a Container?

What Is a Data Lake?

What is Artificial Intelligence (AI)?

What is Generative AI?

What is Machine Learning (ML)?

AWS Cloud Security

What's New

Blogs

Press Releases

AWS Trust Center

AWS Solutions Library

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post



Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي  |

Bahasa Indonesia  |

Deutsch  |

English  |

Español  |

Français  |

Italiano  |

Português  |

Tiếng Việt  |

Türkçe  |

Ρусский  |



Privacy
|
Accessibility
|
Site Terms
|
Cookie Preferences
|
© 2025, Amazon Web Services, Inc. or its affiliates. All rights reserved.