# EXHIBIT 33

# IP Address Lookup

## IP Location Finder

Enter a IPv4, IPv6 or Domain name into the input box above, and we'll locate its IP location.

## 18.239.199.41

🛡 **Hide this IP Address**

Here are the results from a few Geolocation providers. Is the data shown below not accurate enough? Please read **geolocation accuracy** info to learn why.

Do you have a problem with IP location lookup? Report a **problem**.

### Geolocation data from IP2Location
Product: DB6, 2025-3-1

| | |
|---|---|
| **IP ADDRESS:** 18.239.199.41 | **ISP:** Amazon.com Inc. |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Not available |
| **REGION:** California | **LATITUDE:** 37.7749 |
| **CITY:** San Francisco | **LONGITUDE:** -122.4194 |

Incorrect location?  Contact IP2Location    📍 view map

### Geolocation data from ipinfo.io
Product: API, real-time

| | |
|---|---|
| **IP ADDRESS:** 18.239.199.41 | **ISP:** Not available |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** AS16509 Amazon.com, Inc. |
| **REGION:** California | **LATITUDE:** 37.3394 |
| **CITY:** San Jose | **LONGITUDE:** -121.8950 |

Incorrect location?  Contact ipinfo.io    📍 view map

### Geolocation data from DB-IP
Product: API, real-time

| | |
|---|---|
| **IP ADDRESS:** 18.239.199.41 | **ISP:** Amazon.com, Inc. |
| **COUNTRY:** United States 🇺🇸 | **ORGANIZATION:** Amazon Technologies Inc. |
| **REGION:** California | **LATITUDE:** 37.3387 |
| **CITY:** San Jose | **LONGITUDE:** -121.885 |

Incorrect location?  Contact DB-IP    📍 view map

## Security Tools

- DNS Lookup
- Search a Person
- Inspect suspicious links
- Data Breach Check

## IP Address Articles

**March 1, 2016**
### How to hide my IP address?
There are several ways to hide your IP address, and your geolocation. Hiding your IP address is concealing your "true" IP address with a different one. You may use a VPN, Proxy or Anonymous Browser to hide your IP address.

Learn more >

**April 14, 2016**
### How to change your IP address?
Would you like to change the IP address of your computer, smartphone or tablet? You're getting your IP address from your Internet Service Provider, and you have the right to obtain a new IP address whenever you desire. Let us show you how you can change an IP address of your device.

Learn more >

**February 15, 2012**

## Geolocation data from IPregistry.co
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** California
- **CITY:** San Francisco
- **ISP:** Amazon.com, Inc.
- **ORGANIZATION:** Amazon.com, Inc. (aws.com)
- **LATITUDE:** 37.77496
- **LONGITUDE:** -122.41946

Incorrect location? Contact IPregistry.co   📍 view map

## Geolocation data from IPGeolocation.io
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** Washington
- **CITY:** Seattle
- **ISP:** Amazon.com, Inc.
- **ORGANIZATION:** Amazon.com, Inc.
- **LATITUDE:** 47.62240
- **LONGITUDE:** -122.33691

Incorrect location? Contact IPGeolocation.io   📍 view map

## Geolocation data from IPapi.co
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** California
- **CITY:** San Jose
- **ISP:** AMAZON-02
- **ORGANIZATION:** AMAZON-02
- **LATITUDE:** 37.3378
- **LONGITUDE:** -121.8908

Incorrect location? Contact IPapi.co   📍 view map

## Geolocation data from ipbase.com
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** California
- **CITY:** San Francisco
- **ISP:** Amazon.com, Inc.
- **ORGANIZATION:** Amazon.com, Inc.
- **LATITUDE:** 37.7749
- **LONGITUDE:** -122.4194

Incorrect location? Contact ipbase.com   📍 view map

## Geolocation data from criminalip.io
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** Not available
- **CITY:** Not available
- **ISP:** Not available
- **ORGANIZATION:** Amazon CloudFront
- **LATITUDE:** 37.7510
- **LONGITUDE:** -97.8220

Incorrect location? Contact criminalip.io   📍 view map

## Geolocation data from ipapi.is
Product: API, real-time

- **IP ADDRESS:** 18.239.199.41
- **COUNTRY:** United States 🇺🇸
- **REGION:** California
- **CITY:** San Francisco
- **ISP:** Amazon.com, Inc.
- **ORGANIZATION:** Amazon Technologies Inc.
- **LATITUDE:** 37.7749
- **LONGITUDE:** -122.4194

---

### What is the difference between public and private IP address?

A public IP address is an IP address that can be accessed over the Internet, and a private IP address is an IP address that is local to your private network. A public IP is a globally unique IP, while a private IP address can be reused in different networks.

Learn more >



October 7, 2012
### What is the difference between a static and dynamic IP address?

An IP address is an address assigned to a device on the Internet. A static IP address is a fixed IP address that never changes, and a dynamic IP address is an IP that is assigned by the DHCP server which may change over time.

Learn more >

**Advertisement**

### Blog Categories

- Artificial Intelligence (101)
- Automotive (26)
- Business (265)
  - Ecommerce (97)
  - Intellectual Property (13)
  - Productivity (24)
- Cloud Services (104)
- Computing (61)
- Crypto & Blockchain (52)
- Cybersecurity (305)
  - Distributed Denial of Service (11)
  - Password (23)
  - Safety (33)
- Data & Database (28)
- Digital Marketing (150)
- Education (55)
- Email (84)
- Entertainment (16)
- Fashion (2)





## About Us

Welcome to IP Location, the home of IP Geolocation, security and privacy resources. This website was built to offer tips, tutorials and articles on IP address, VPN, Proxy, DDoS and WebAuthn technologies.

## Popular Topics

- VPN
- Proxy
- Web Hosting
- SEO
- Product Reviews
- Password

## Company Info

- Terms of Service
- Privacy Policy
- Advertise With Us
- Guest Posting
- Contact Us
- Login / Signup

## Socialize

Subscribe to our newsletter:

Subscribe

**Like Us** on Facebook

**Twitter** on Twitter

**LinkedIn** on LinkedIn

**Instagram** on Instagram

Do not sell or share my personal information.

© 2006 - 2025, Brand Media, Inc. All rights reserved.