**Warren Kash Warren**

2261 MARKET STREET, NO. 606
SAN FRANCISCO, CALIFORNIA, 94114

WARRENKASHWARREN.COM
+1 (415) 895 2940

June 23, 2025

**By ECF**

The Honorable Victoria Reznik
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York, 10601-4150

**Re:    The Wave Studio, LLC:  Consolidated New York Cases, No. 13-9239 (S.D.N.Y.)**

Dear Judge Reznik:

I write on behalf of the plaintiff, The Wave Studio, LLC, in the above-captioned matter ("Wave").

Pursuant to Rule 2.D of Your Honor's Individual Rules of Practice, Wave respectfully requests that the Court hear oral argument on Plaintiff's Opposition to the Motion to Dismiss Filed by Trip.com Group Limited, Trip.com Travel Singapore PTE. LTD, Skyscanner LTD., and MakeMyTrip, Inc. and Plaintiff's Cross Motion for Leave to Amend as to Trip.com Group Limited, Trip.com Travel Singapore PTE. LTD, Skyscanner LTD., and MakeMyTrip, Inc., served and submitted to Your Honor today pursuant to Magistrate Judge Reznik's order.  Wave believes that oral argument will aid the Court in deciding the issues presented in the Opposition and Cross-Motion.

Very Truly Yours,

Jennifer A. Kash