# EXHIBIT D

Exhibit 10.69

**CONFIDENTIAL TREATMENT HAS BEEN REQUESTED WITH RESPECT TO CERTAIN PORTIONS OF THIS AGREEMENT. CONFIDENTIAL PORTIONS HAVE BEEN OMITTED AND FILED SEPARATELY WITH THE SECURITIES AND EXCHANGE COMMISSION.**

**EQUITY PURCHASE AGREEMENT**

**by and among**

**priceline.com Mauritius Co. Ltd,**

**priceline.com Incorporated**

**and**

**the Shareholders of Agoda Company, Ltd. and Members of AGIP LLC**

———————————————

**November 6, 2007**

———————————————

[***] = Confidential Treatment requested for redacted portion; redacted portion has been filed separately with the Commission.

**TABLE OF CONTENTS**

| | | | Page |
|---|---|---|---|
| **ARTICLE 1** | | **DEFINITIONS AND CONSTRUCTION** | 1 |
| | Section 1.1 | Definitions. | 1 |
| | Section 1.2 | Additional Defined Terms. | 6 |
| | Section 1.3 | Construction. | 8 |
| **ARTICLE 2** | | **THE TRANSACTION** | 8 |
| | Section 2.1 | Purchase and Sale. | 8 |
| | Section 2.2 | Initial Purchase Price. | 8 |
| | Section 2.3 | Estimated Closing Balance Sheet. | 8 |
| | Section 2.4 | Post-Closing Adjustment. | 8 |
| | Section 2.5 | Closing. | 10 |
| | Section 2.6 | Closing Deliveries. | 10 |
| | Section 2.7 | Escrow Agent and Escrow Agreement. | 13 |
| | Section 2.8 | Purchase Price Allocation. | 13 |
| **ARTICLE 3** | | **REPRESENTATIONS AND WARRANTIES OF THE SELLERS** | 13 |
| | Section 3.1 | Organization and Good Standing. | 14 |
| | Section 3.2 | Authority and Enforceability. | 14 |