# EXHIBIT K



CAREERS

# Inside our brand new US office: New York

By Agoda Careers | April 18, 2018

   



**Location:** Empire State Building, New York, NY
**Date opened:** 26 Mar, 2018
**Size:** approx. 27,000 square feet
**Max capacity:** 150 employees
**Teams:** Business Development
**How to get there:** Head to the Empire State Building in the heart of Herald Square.
**Food options:** Heartland Brewery, STATE Grill, Tacombi, Chopt, Juice Press, Starbucks and Chipotle are all located in the lobby of the building. Market Crates is just across the street.
**After work options:** Agoda New York is located in the center of Midtown Manhattan. It's only a few stops to Times Square and a quick walk to Flatiron. There are also a ton of places to eat and drink around the area, such as Middle Branch, Raines Law Room, and Arlo NOMAD rooftop.



# Peek Inside Agoda New York...
CAREERS







4/3/25, 11:40 AM  Inside our brand new US office: New York! Careers at Agoda

Case 7:13-cv-09239-CS-VR    Document 536-12    Filed 06/23/25    Page 4 of 5



**CAREERS**



Like our new office? **Join us in New York!**

Business Development

## Featured Jobs

View all 254 jobs

| Job | Team | Location |
| --- | --- | --- |
| Analyst/Senior Analyst, Accounting | Finance | Bangkok, Thailand |
| Marketing Strategy & Analytics, Associate Manager/Manager – Korean Speaking (Bangkok Based – Relocation Provided) | Marketing | Bangkok, Thailand |
| Lead Software Engineer – Full Stack (Bangkok based, relocation provided) | Technology | Bangkok, Thailand |
| Associate Project Manager, Enterprise Partnerships (Rocket Travel by Agoda) | | Chicago, United States |
| Senior Software Engineer – Full Stack (Singapore Based, No Relocation Provided) | Technology | Singapore |
| Staff Software Engineer – Full Stack (Singapore Based, No Relocation Provided) | Technology | Singapore |
| Identity and Access Management Specialist (Bangkok Based) | Technology | Bangkok, Thailand |
| Global Mobility Coordinator (10 months contract, Bangkok based) | People | Bangkok, Thailand |

# More Stories



**Career Advice** — February 21, 2024

## All About Hiring Assessments at Agoda

Applying for a role at Agoda? Here's what you need to know about our assessment process.

Read More

**Agoda Life** — December 28, 2023

## How we enjoyed Life at Agoda in December 2023

It's the end of the year, and we're closing out on a high with a month full of warm memories, celebrations, and community spirit. Read on to see how we enjoyed December at Agoda.

Read More

---

Join our Talent Community
Hear about job updates, career stories, and many more!

Subscribe

Agoda.com   About Agoda   Privacy Statement   Cookies Policy   Report Job Issue

All material herein © 2005–2023 Agoda Company Pte. Ltd. All Rights Reserved.

WordPress Development & Maintenance By SIDDATWORK