# EXHIBIT L



CAREERS

# Agoda USA: Inside our Los Angeles Office

By Agoda Careers | November 20, 2018

   



**Location:** Wilshire Boulevard, Los Angeles, California, USA
**Date opened:** 24 Aug 2017
**Size:** 735 square meters
**Teams:** Business Development
**How to get there:** Nestled in central Miracle Mile, the office is a short drive away from West Hollywood or Beverly Hills. We're just down the street from the Los Angeles County Museum of Art and the La Brea Tar Pits, with a perfect view of the Hollywood sign.
**Food options:** The office favorite is Black Dog Cafe right across the street. On Wednesdays, there is a delicious farmers market, and a Ralphs grocery store half a block away as well as a variety of food trucks and restaurants .
**After work options:** Wind down after work at nearby bars like Spare Tire and Busbys, or break a sweat at the Equinox Fitness Club down the road. There's also the El Rey Theatre for lovers of concerts and shows.

4/3/25, 11:40 AM
Agoda USA: Inside our Los Angeles Office | Careers at agoda
Case 7:13-cv-09239-CS-VR    Document 536-13    Filed 06/23/25    Page 3 of 6



# Inside the office:
**CAREERS**







CAREERS





Love the colourful design of our LA office? Find out what it's like to work here! Check out our *current jobs in the United States*.

Business Development

# Featured Jobs

View all 253 jobs

Job                                    Team            Location



| | | |
|---|---|---|
| Senior Business Development Manager – Destination Marketing, Agoda Media Solutions (Bangkok-based, Relocation Provided) | Strategic Partnerships | Bangkok, Thailand |
| Business Development Senior Manager / Lead Manager – Destination Marketing, Agoda Media Solutions (Bangkok-based, Relocation Provided) | Strategic Partnerships | Bangkok, Thailand |
| Senior Business Development Manager – Destination Marketing, Agoda Media Solutions (Singapore-based) | Strategic Partnerships | Singapore |
| Business Development Lead Manager – Destination Marketing, Agoda Media Solutions (Singapore-based) | Strategic Partnerships | Singapore |
| Business Development Lead Manager – Destination Marketing, Agoda Media Solutions (Dubai-based) | Strategic Partnerships | Dubai, United Arab Emirates |
| Senior Business Development Manager – Destination Marketing, Agoda Media Solutions (Dubai-based) | Strategic Partnerships | Dubai, United Arab Emirates |
| Consultant, Talent Business Partners (Bangkok-based) | People | Bangkok, Thailand |
| Global Mobility Coordinator (12 months contract, Bangkok based) | People | Bangkok, Thailand |

## More Stories



Career Advice          February 21, 2024

**All About Hiring Assessments at Agoda**

Applying for a role at Agoda? Here's what you need to know about our assessment process.

Read More

Agoda Life             December 28, 2023

**How we enjoyed Life at Agoda in December 2023**

It's the end of the year, and we're closing out on a high with a month full of warm memories, celebrations, and community spirit. Read on to see how we enjoyed December at Agoda.

Read More

## Join our Talent Community
Hear about job updates, career stories, and many more!

Subscribe



Agoda.com  About Agoda  Privacy Statement  Cookies Policy  Report Job Issue

All material herein © 2005−2023 Agoda Company Pte. Ltd. All Rights Reserved.

WordPress Development & Maintenance By SIDDATWORK