# EXHIBIT N

# agoda

smarter hotel booking

New to Agoda? **Register Now!**   [Agoda Search by Google] [search]

🇺🇸 English ▾    My Account (sign in)

Home

## Hotel Deals of the Day

**Where would you like to go?**

[Country, City, Airport, Area, Landmark]

Check-in: Wed 27 | Nov, 2013    Nights: 2    Check-out: Fri 29 Nov 2013

✓ agoda price guarantee ?    **Check rates!**

✓ **Five great reasons to book with us!**

🛏 Over **357,000** hotels worldwide – more added every day

✏ Trusted by over **7,000,000** satisfied customers

$ Best Price Guarantee

✦ **4 million+** hotel reviews by agoda customers

🌐 With availability in over **37,000** cities worldwide

👍 Like   f  53,321 people like this. Sign Up to see what your friends like.

agoda.com app for your mobile — a world of hotels in the palm of your hand — Download for **Free!**

**Sign up now! Exclusive deals for agoda members!**
Enter your email address and we'll send you our regular promotional emails, packed with special offers, great deals, and huge discounts!

**Sign up now!** ● ● ● ● ●

### Our top travel destinations

➖ Top selling cities in Asia

**Bangkok** — Thailand — 1,300 hotels
**Singapore** — Singapore — 361 hotels
**Hong Kong** — Hong Kong — 369 hotels
**Kuala Lumpur** — Malaysia — 679 hotels
**Phuket** — Thailand — 1,309 hotels
**Bali** — Indonesia — 2,862 hotels
**Pattaya** — Thailand — 812 hotels
**Manila** — Philippines — 377 hotels
**Ho Chi Minh City** — Vietnam — 853 hotels
**Tokyo** — Japan — 569 hotels

➕ Top selling cities in Europe
➕ Top selling cities in Australia & Oceania
➕ Top selling cities in USA & Canada
➕ Top selling cities in the rest of the world

⚙ **Manage my bookings**

● Change my dates
● Add special requests
● Resend my hotel voucher
● Get my receipt
● Cancel my booking

**Agoda Self Service**

[ Log in ]

● ● ● ● ●




**Unbiased, Genuine & Verified!**
**Over 4 million hotel reviews** from actual guests.

⭐ **agoda in the press**

"a good place to begin your search… including specially negotiated last-minute rates that can offer savings"

*The New York Times*

"We found that for top-end, luxury accommodation, they were on average 10% cheaper."

*THE SUNDAY TIMES*

     |  **SAVE MONEY NOW !**

### view in your language

Français | Deutsch | Italiano | Español | 日本語 | 繁體中文 (香港) | 简体中文 | 한국어 | Ελληνικά | Русский | Português | Nederlands | 繁體中文 (台灣) | ภาษาไทย | Bahasa Malaysia | Tiếng Việt | Svenska | Bahasa Indonesia | Polski | Norsk | Dansk | Suomi | Čeština | Türkçe | Català | Magyar | हिन्दी | Български | Română | Slovenski jezik | العربية | עברית | Lietuvių | Latviešu | Hrvatski | Eesti | Українська

### about us
About Agoda
Agoda Privacy Policy
Agoda Terms Of Use
Travel Blog
Press Center
Worldwide Hotels

### for you
Hotel Partners
Affiliate Partners
Careers
My Account
24/7 Help - FAQs

### share on




### mobile apps


All material herein © 2005 – 2013 Agoda Company Pte. Ltd., All Rights Reserved.
AGODA ® is a registered trademark of AGIP LLC, used under license by Agoda Company Pte. Ltd. Agoda is part of priceline (NASDAQ:PCLN)

 

### Asia Pacific
- Australia Hotels
  Sydney Hotels
- Cambodia Hotels
  Phnom Penh Hotels
- China Hotels
  Shanghai Hotels
- India Hotels
  New Delhi Hotels
- Indonesia Hotels
  Bali Hotels
- Japan Hotels
  Tokyo Hotels
- Laos Hotels
  Vientiane Hotels
- Malaysia Hotels
  Kuala Lumpur Hotels
- Maldives Hotels
- Myanmar Hotels
  Yangon Hotels
- Nepal Hotels
  Kathmandu Hotels
- New Zealand Hotels
  Auckland Hotels
- Philippines Hotels
  Manila Hotels
- Singapore Hotels
- South Korea Hotels
  Seoul Hotels
- Sri Lanka Hotels
  Colombo Hotels
- Taiwan Hotels
  Taipei Hotels
- Thailand Hotels
  Bangkok Hotels
- Vietnam Hotels
  Ho Chi Minh Hotels

### Europe
- Austria Hotels
  Vienna Hotels
- Czech Republic Hotels
  Prague Hotels
- Denmark Hotels
  Copenhagen Hotels
- Finland Hotels
  Helsinki Hotels
- France Hotels
  Paris Hotels
- Germany Hotels
  Frankfurt Hotels
- Greece Hotels
  Athens Hotels
- Hungary Hotels
  Budapest Hotels
- Ireland Hotels
  Dublin Hotels
- Italy Hotels
  Rome Hotels
- Netherlands Hotels
  Amsterdam Hotels
- Russia Hotels
  Moscow Hotels
- Spain Hotels
  Barcelona Hotels
- Sweden Hotels
  Stockholm Hotels
- Switzerland Hotels
  Geneva Hotels
- United Kingdom Hotels
  London Hotels

### Americas
- Argentina Hotels
  Buenos Aires Hotels
- Brazil Hotels
  Rio De Janeiro Hotels
- Canada Hotels
  Toronto Hotels
  Vancouver Hotels
- Mexico Hotels
  Mexico City Hotels
- United States Hotels
  Las Vegas Hotels
  New York Hotels
- Venezuela Hotels
  Caracas Hotels

### Middle East
- Bahrain Hotels
- Israel Hotels
  Jerusalem Hotels
- United Arab Emirates
  Dubai Hotels

### Africa
- Egypt Hotels
  Cairo Hotels
- Morocco Hotels
  Marrakech Hotels
- South Africa Hotels
  Cape Town Hotels

AS-AGWEB-3B04