# EXHIBIT O

4/3/25, 11:49 AM                                    Agoda Official Site | Free Cancellation & Booking Deals | Over 2 Million Hotels



## Top destinations in the United States

   

Las Vegas (NV) — 1,113 accommodations
Los Angeles (CA) — 4,491 accommodations
Orlando (FL) — 17,408 accommodations
Dallas (TX) — 1,813 accommodations

## Accommodation Promotions    View all >

 

## Flights & Activities Promotions

 

## Popular destinations outside United States

https://www.agoda.com                                                                                        1/2






**Kuala Lumpur**
19,902 accommodations

**Manila**
13,223 accommodations

**Bangkok**
12,048 accommodations

**Jakarta**
14,249 accommodations

### Help
Help center
FAQs
Privacy policy
Do Not Sell or Share My Personal Information
Cookie policy
Terms of use
Manage cookie settings
Digital Services Act (EU)
Content guidelines & reporting
Modern Slavery Statement

### Company
About us
Careers
Press
Blog
PointsMAX

### Destinations
Countries/Territories
All Flight Routes

### Partner with us
YCS partner portal
Partner Hub
Advertise on Agoda
Affiliates
Agoda API Documentation

### Get the app
iOS app
Android app

---

**Destination Cities**

**Asia**
Bali Hotels
Bandung Hotels
Bangkok Hotels
Boracay Island Hotels
Busan Hotels
Cebu Hotels
Chiang Mai Hotels
Da Nang Hotels
Fukuoka Hotels
Hanoi Hotels
Hat Yai Hotels
Ho Chi Minh City Hotels
Hoi An Hotels
Hong Kong Hotels
Hua Hin Hotels
Hualien Hotels
Ipoh Hotels
Jakarta Hotels
Jeju Island Hotels
Johor Bahru Hotels
Kaohsiung Hotels
Kota Kinabalu Hotels
Krabi Hotels
Kuala Lumpur Hotels
Kuantan Hotels
Kyoto Hotels
Macau Hotels
Malacca Hotels
Manila Hotels
Nagoya Hotels
Nha Trang Hotels
Okinawa Hotels
Osaka Hotels
Pattaya Hotels
Penang Hotels
Phuket Hotels
Sapporo Hotels
Seoul Hotels
Shanghai Hotels
Singapore Hotels
Surabaya Hotels
Taichung Hotels
Tainan Hotels
Taipei Hotels
Tokyo Hotels
Yilan Hotels
Yogyakarta Hotels

**Europe**
London Hotels
Paris Hotels

**Middle East**
Dubai Hotels

**Countries & Territories**

**Africa**
Morocco Hotels
South Africa Hotels

**Americas**
Argentina Hotels
Brazil Hotels
Canada Hotels
Mexico Hotels
United States Hotels
Venezuela Hotels

**Asia**
Cambodia Hotels
China Hotels
India Hotels
Indonesia Hotels
Japan Hotels
Laos Hotels
Malaysia Hotels
Myanmar Hotels
Nepal Hotels
Philippines Hotels
South Korea Hotels
Sri Lanka Hotels
Taiwan Hotels
Thailand Hotels
Vietnam Hotels

**Europe**
Austria Hotels
Czech Republic Hotels
Denmark Hotels
Finland Hotels
France Hotels
Germany Hotels
Greece Hotels
Hungary Hotels
Ireland Hotels
Italy Hotels
Netherlands Hotels
Russia Hotels
Spain Hotels
Sweden Hotels
Switzerland Hotels
United Kingdom Hotels

**Middle East**
Bahrain Hotels
Egypt Hotels
Israel Hotels
United Arab Emirates Hotels

**Oceania**
Australia Hotels
New Zealand Hotels

**Destination Guides**
Destination Guides Home

**Asia**
Bali Guide
Thailand Events and Festivals
Hong Kong Guide
Jakarta Guide
Jeju Island Guide
Kuala Lumpur Guide
Kyoto Guide
Kyushu Guide
Malacca Guide
Nara Guide
Osaka Guide
Phuket Guide
Sapporo Guide
Seoul Guide
Singapore Guide
Taichung Guide
Taipei Guide
Tokyo Guide
Goa Guide

**Europe**
Paris Guide

**Middle East**
Dubai Guide
Jeddah Guide
Saudi Arabia Guide

**Oceania**
Brisbane Guide
Melbourne Guide
Sydney Guide

**Agoda Homes**

**Asia Apartments**
Bangkok Apartments
Kuala Lumpur Apartments
Manila Apartments
Osaka Apartments
Pattaya Apartments
Tokyo Apartments

**Asia Bungalows**
Bali Bungalows
Koh Kood Bungalows
Koh Lanta Bungalows
Koh Phangan Bungalows
Koh Samet Bungalows
Phu Quoc Island Bungalows

**Asia Villas**
Bali Villas
Phuket Villas
Pattaya Villas
Hua Hin / Cha-am Villas
Seoul Villas
Port Dickson Villas

**Asia Vacation Rentals**
Tokyo Vacation Rentals
Bangkok Vacation Rentals



All material herein © 2005–2025 Agoda Company Pte. Ltd. All Rights Reserved.
Agoda is part of Booking Holdings Inc., the world leader in online travel & related services.