# EXHIBIT P

Case 7:13-cv-09239-CS-VR          Document 536-17          Filed 06/23/25          Page 2 of 3



**App Store** Preview

This app is available only on the App Store for iPhone and iPad.

**Agoda: Cheap Flights & Hotels** 4+
Book a hotel, flight & more
Agoda.com
#72 in Travel
★★★★★ 4.8 • 172.4K Ratings
Free

**Screenshots**    iPhone    iPad

Experience the world with Agoda, the ultimate app for booking your travel plans. Find cheap flights and affordable hotels in just a few taps!

Booking international or domestic flights on Agoda is seamless. Discover countless airfare deals across 200 airlines worldwide. Our unique search engine compares flights and prices in near real-time so you can book the best deal as soon as it drops.

more

**What's New**                                                                      Version History
Version 13.12.0
Agoda now offers flights! Your trusted accommodation partner now brings you the very best updated deals on flights to your destination. So you can book your room and your flight from one great app, knowing you'll get the lowest price on both and 24/7 customer support. And with the Agoda Widget, you can stay on top of great deals and travel ideas!

Other recent improvements include:
- Find your next great destination with the Agoda Widget

more

**Ratings and Reviews**                                                             See All

**4.8**
out of 5
★★★★★
★★★★
★★★
★★
★
                                                                                    172.4K Ratings

★★★★★
**elynnor**, 07/08/2022

**Agoda review—hotels**
Have been very happy using Agoda, mostly for travel outside the USA. I only use Agoda for booking hotels so can't speak to other services (flights, trains, etc.) offered. I also do my research and check other apps before booking, but in gen... more

★☆☆☆☆
**Delilah** 😊, 07/27/2024

**BEWARE!**
I've booked twice with Agoda and have had a terrible           more

**Developer Response**,
Thank you for the review. Agoda strives to provide every g... more

**App Privacy**                                                                     See Details

The developer, **Agoda.com**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

**Data Used to Track You**

The following data may be used to track you across apps and websites owned by other companies:

▣ Identifiers

**Data Linked to You**

The following data may be collected and linked to your identity:

🛍 Purchases                                              ▦ Financial Info
ⓘ Contact Info                                           ▤ User Content
🔍 Search History                                         ▣ Identifiers

📊 Usage Data                                                    ⚙️ Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
Agoda Company Pte. Ltd.

Size
408.7 MB

Category
Travel

Compatibility
**iPhone**
Requires iOS 16.0 or later.

**iPad**
Requires iPadOS 16.0 or later.

Languages
English, Arabic, Bulgarian, Catalan, Croatian, Czech, Danish, Dutch, Estonian, Filipino, Finnish, French, German, Greek, Hebrew, Hungarian, Indonesian, Italian, Japanese, Korean, Latvian, Lithuanian, Malay, Norwegian Bokmål, Polish, Portuguese, Romanian, Russian, Simplified Chinese, Slovenian, Spanish, Swedish, Thai, Traditional Chinese, Turkish, Ukrainian, Vietnamese

Age Rating
4+

Copyright
© 2005 – 2022 Agoda Company Pte. Ltd., All Rights Reserved

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## More By This Developer



Agoda YCS for hotels only
Productivity

## You Might Also Like                                        See All



AirAsia MOVE: Flights & Hotels
Travel



Klook: Travel, Hotels, Leisure
Travel



Traveloka: Book Hotel & Flight
Travel



Trip.com: Book Flights, Hotels
Travel

United States    Español (México)    العربية    Русский    简体中文    Français (France)    한국어    Português (Brazil)    Tiếng Việt    繁體中文 (台灣)

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms  |  App Store & Privacy  |  Cookie Warning  |  Support