# EXHIBIT Q

Google Play

Games    Apps    Movies & TV    Books    Kids

Agoda: Cheap Flights & Hotels
agoda.com

4.7★ 2.19M reviews  |  50M+ Downloads  |  Everyone

Install

Share    Add to wishlist

You don't have any devices



About this app

Agoda is your ultimate holiday planner. Find cheap flights and affordable hotels and accommodations in just a few taps! The Agoda app is your best tool for finding and booking travel deals, anywhere in the world.

Book flights on Agoda for domestic and international routes seamlessly. Find flight deals from over 200 airlines worldwide for countless options. Our unique search engine compares flights and prices in real time so you can book the best deal as soon as it drops.
…

Updated on
Mar 31, 2025

Travel & Local

Featured stories

4/3/25, 11:53 AM                                              Agoda: Cheap Flights & Hotels - Apps on Google Play



| Games | Apps | Movies & TV | Books | Kids |



**Book your home away from home**
Plan your stay today

Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  Financial info, App activity and 2 others
- This app may collect these data types
  Personal info, Financial info and 3 others
- Data is encrypted in transit
- You can request that data be deleted

See details

Ratings and reviews →
Ratings and reviews are verified ⓘ

○ Phone    ○ Chromebook    ○ Tablet

4.7
★★★★★
2.13M reviews

5 ▬▬▬▬▬▬▬▬▬▬
4 ▬▬
3 ▬
2 ▬
1 ▬▬

**J  James Oldson**                                                                                ⋮

★ February 1, 2025

It's the worst service I have ever had in my life. It was a big mistake to book flight via Agoda. The flight company made several changes to booked flights. These changes were not acceptable for me. But Agoda has accepted all changes without asking me. Therefore I have no changes to do anything. I have written Agoda support and ask to reject changes and reschedule/refund the tickets. I got response that is on my side and they cannot do anything. That's a lie, because Agoda booked the tickets.

64 people found this review helpful

Did you find this helpful?    Yes    No

4/3/25, 11:53 AM — Agoda: Cheap Flights & Hotels - Apps on Google Play

**Google Play**

Games  Apps  Movies & TV  Books  Kids

**Sky Mac**
★ December 27, 2024

Agoda is a scam. They initially show you a price that is lower than the other apps. Then they raise the price at checkout (In some cases they double it) and they claim the additional charge is "fees" but truth is they are just marking it up to the same price as every other app. In some cases the final price in Agoda is higher. The app constantly has pop-ups telling you that You're eligible for a limited time offer discount. With all the discounts you still pay the same price as any other app.

459 people found this review helpful

Did you find this helpful?  Yes  No

**agoda.com** — December 27, 2024

We're sorry for the inconvenience caused. Please let us assist you with your booking concern. Kindly email us at googlesupport@agoda.com and include your case number (#923438) in the subject. We will contact you back as soon as possible. ^Thang

**Falcon 9**
★ December 19, 2024

I just booked 2 tickets (2 guests) on here for the Rock and Roll Hall of Fame in Cleveland. In the booking email, it charged for 2 guests. But nowhere does it say that in the email confirmation, nor in the saved booking in the app. And it's impossible to get a hold of a real customer service agent. The virtual assistant doesn't even recognize that I have a booking!

172 people found this review helpful

Did you find this helpful?  Yes  No

**agoda.com** — December 19, 2024

We apologize for any inconvenience this has caused you. Your experience is important to us. If there is something more we can help you with, please email us at googlesupport@agoda.com with case ID #918490 and advise us your concern, together with booking ID. We'll look into it and assist you to the best that we can. ^Mar

See all reviews

## What's new

Agoda now offers flights! Your trusted accommodation partner now brings you the very best updated deals on flights to your destination. So you can book your room and your flight from one great app, knowing you'll get the lowest price on both and 24/7 customer support.

Other recent improvements include:
- Send messages to a property when you have a question
- Easily recognize homes & apartments in search (pink stars)
- Host mode for Agoda Homes hosts

Explore, travel safely, and keep in touch!

**App support**

**More by agoda.com**

Agoda YCS for hotels only
agoda.com
4.0 ★

⚑ Flag as inappropriate

Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

4/3/25, 11:53 AM                                  Agoda: Cheap Flights & Hotels - Apps on Google Play

 Google Play

Games    **Apps**    Movies & TV    Books    Kids

Terms of Service    Privacy    About Google Play    Developers    Google Store    United States (English)

https://play.google.com/store/apps/details?id=com.agoda.mobile.consumer                                                                                        4/4