# EXHIBIT S

 



# Welcome to Cambridge

## Global Technology HQ

10 Canal Park Cambridge, MA 02141 | USA



**View map**

## Benefits and Perks

- 4 weeks paid vacation
- Day off on your birthday
- Generous retirement plans
- Awesome health, dental and vision insurance plans
- Flexible Spending Accounts
- Headspace subscription
- No Meeting Fridays
- Drinks, coffee, snacks, games etc
- Catered lunches twice a week
- Flexible hours
- Regular team events/excursions

- Universal paid parental leave

## We're Hiring

| | |
|---|---|
| **Frontend Software Engineer**<br>KAYAK | Apply |
| **Senior Data Scientist**<br>KAYAK | Apply |
| **Senior Frontend Software Engineer**<br>KAYAK | Apply |

## Meet the Team





## Shannon Ryser

Manager, Consumer Service

KAYAK is a great place to work, having transitioned from one team to another during my career, KAYAK has provided tools and training to help me grow within my different roles while encouraging me to have a healthy work life balance. My teammates and colleagues make coming to work fun and enjoyable. – Our "Win as One" attitude makes for supportive teamwork & easy collaboration.



## Ali Asghar Aamir

Design Systems Engineer

I rejoined KAYAK as a full-time employee following a fantastic internship experience. The welcoming teams, seamless cross-functional collaborations, and a remarkable work-life balance – among other factors – collectively create an exceptional working environment!

## How momondo works and why it's free for you

### Get the best deals

We search and compare real-time prices on flights, hotels and cars so you can find the cheapest, quickest and best travel deals

### 100% price transparency

The prices you see are never affected by your searches, no matter how many you make. We do not use cookies to adjust or increase prices

### Trusted and free

We're completely free to use – no hidden charges or fees – and we're endorsed by Frommer's, CNN and the New York Times

**Company**

About

Careers

**Contact**

Help/FAQ

Press

**More**

Airline fees

Airlines

**Get the momondo app**

GET IT ON
Google Play

Welcome to Cambridge - momondo



| | | | |
|---|---|---|---|
| Careers | Press | Airlines | |
| Mobile | Affiliates | Trains and buses | |
| Discover | Advertise with us | | |
| How we work | | | |
| Why travelers choose momondo | | | |
| Momondo coupon codes | | | |

---

©2025 momondo    Do Not Sell or Share My Info    Privacy

Terms & Conditions    Ad Choices