# EXHIBIT T

App Store Preview

This app is available only on the App Store for iPhone and iPad.



momondo: Flights, Hotels, Cars [4+]
Find travel & vacation deals
Momondo

★★★★★ 4.9 • 36.5K Ratings

Free

## Screenshots  iPhone  iPad



Need a change of scenery? Our Anywhere search will find you a great deal for a destination you haven't thought of yet! Your next vacation starts right here

momondo searches hundreds of travel sites to show you your options and let you pick what works best for your trip. Track prices, set a budget, build your itinerary and more.    more

## What's New                                                                                                            Version History
Version 258.0.0
We've been busy paving the runway for your next great escape! We're excited to present the latest version of our app, tuned up and bugs squashed, providing you a smooth and seamless experience.

## Ratings and Reviews                                                                                                         See All

**4.9**
out of 5

★★★★★
★★★★
★★★
★★
★

36.5K Ratings

★★★★★
Karlota joakina, 09/19/2023

**Best traveling app**

I absolutely love the Momondo app! It's a fantastic tool for organizing trips and finding cheap flights. The user-friendly interface makes it a breeze to sear… more

## App Privacy

See Details

The developer, **Momondo**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



### Data Used to Track You

The following data may be used to track you across apps and websites owned by other companies:

- Identifiers
- Usage Data



### Data Linked to You

The following data may be collected and linked to your identity:

- Financial Info
- Location
- Contact Info
- Identifiers
- Usage Data
- Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

**Seller**
Momondo ApS

**Size**
111.9 MB

**Category**
Travel

**Compatibility**
**iPhone**
Requires iOS 16.1 or later.

**iPad**
Requires iPadOS 16.1 or later.

**Apple Vision**
Requires visionOS 1.0 or later.

**Languages**
English, Arabic, Catalan, Czech, Danish, Dutch, Estonian, Finnish, French, German, Greek, Hebrew, Indonesian, Italian, Japanese, Korean, Malay, Norwegian Bokmål, Polish, Portuguese, Romanian, Russian, Simplified Chinese, Spanish, Swedish, Thai, Traditional Chinese, Turkish, Ukrainian more

**Age Rating**
4+

Copyright
© 2025 momondo A/S

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## You Might Also Like

See All



Cheapflights: Flights & Hotels
Travel



Cheap flight deals — WayAway
Travel



Kiwi.com: Book Cheap Flights
Travel



FlightHub - Find Travel Deals
Travel

United States　Español (México)　العربية　Русский　简体中文　Français (France)　한국어　Português (Brazil)　Tiếng Việt　繁體中文 (台灣)

Copyright © 2025 Apple Inc. All rights reserved.

Internet Service Terms　App Store & Privacy　Cookie Warning　Support