# EXHIBIT U

Google Play

Games    Apps    Movies & TV    Books    Kids

momondo: Flights, Hotels, Cars

KAYAK.com
Contains ads

4.8★
81.4K reviews

10M+
Downloads

Everyone ⓘ

Install

Share            Add to wishlist

You don't have any devices








About this app →

momondo searches hundreds of travel sites to show you your options and let you pick what works best for your trip. Track prices, set a budget, build your itinerary and more.

What's in our app....



Games      Apps      Movies & TV      Books      Kids

Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

- This app may share these data types with third parties
  Personal info, Financial info and 3 others
- This app may collect these data types
  Personal info, Financial info and 4 others
- Data is encrypted in transit
- You can request that data be deleted

See details

Ratings and reviews →

Ratings and reviews are verified ⓘ

Phone    Chromebook    Tablet



4.8
★★★★½
76.8K reviews

K  Kelly Jean Hill

★★★★★  December 28, 2024

Love this app So fun and in my experience offer way better deals than expedited or Google flights. Best way to find a deal with 3rd party sites or within a Commerial Airlines site. The "Explore" option is EXCELLENT. let



Games     **Apps**     Movies & TV     Books     Kids

Did you find this helpful?    Yes    No

---

A Google user

★★★★★   March 9, 2019

I am not an app rater, not a review leaver, ever. But I have been using the app for several years now, and have been so consistently impressed I just have to leave them with 5 start. This app consistently finds the lowest prices on the broadest range of flights and airlines worldwide that I have ever found. It's possible to type in a flight request on many other similar apps which will come up with nothing, no options to meet your request. For the same request Momondo will find you a flight!

161 people found this review helpful

Did you find this helpful?    Yes    No

---

A Google user

★★★☆☆   February 28, 2019

updating this review. re-downloaded the app, the performance is spotty and unreliable at best. Not showing many flights, re-searching and pulling different results every time for same itinerary. App seems to freeze and fail frequently. Not sure what the problem is but competitor apps are fine. Good luck.

17 people found this review helpful

Did you find this helpful?    Yes    No

> **KAYAK.com**      February 28, 2019
>
> Hello We're sorry to hear things aren't working perfectly for you 󠀠 The app team will check out your feedback and we'll see what we can do to rectify your issue. All the best, momondo

See all reviews

## What's new

Few things in life are guaranteed: death, taxes... and now, getting a great deal on your flight. That last one is thanks to momondo PriceCheck, our newest feature that lets you double-check a flight's price with just a



Games   **Apps**   Movies & TV   Books   Kids

## More by KAYAK.com 

 **KAYAK: Flights, Hotels & Cars**
KAYAK.com
4.8 ★

 **Cheapflights: Flights & Hotels**
KAYAK.com
4.7 ★

 **HotelsCombined - Travel Deals**
KAYAK.com
4.5 ★

 **SWOODOO: Flüge, Hotels & Autos**
KAYAK.com
4.9 ★

 **Mundi: Voos, Hotéis e Carros**
KAYAK.com
4.7 ★

 **checkfelix: Flüge Hotels Autos**
KAYAK.com
4.8 ★

🏳 Flag as inappropriate

### Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

### Kids & family
Parent Guide
Family sharing

Terms of Service Privacy About Google Play Developers Google Store 🇺🇸 United States (English)