# EXHIBIT V





Cheap Flights, Airfares, Search & Compare Flight Deals | momondo



FLIGHTS TO
**India**

FLIGHTS TO
**Spain**

FLIGHTS TO
**Thailand**

FLIGHTS TO
**Italy**

FLIGHTS TO
**United Kingdom**

FLIGHTS TO
**Japan**

FLIGHTS TO
**Philippines**

FLIGHTS TO
**Mexico**

FLIGHTS TO
**France**

FLIGHTS TO
**Germany**

FLIGHTS TO
**Turkey**

FLIGHTS TO
**Denmark**

FLIGHTS TO
**Portugal**

FLIGHTS TO
**Canada**

FLIGHTS TO
**Greece**

FLIGHTS TO
**United Arab Emirates**

FLIGHTS TO
**Vietnam**

FLIGHTS TO
**Saudi Arabia**

FLIGHTS TO
**Indonesia**



FLIGHTS TO
**Egypt**

FLIGHTS TO
**China**

FLIGHTS TO
**Australia**

FLIGHTS TO
**Brazil**

## Flight deals by destination

Find and compare cheap flights

We search and compare billions of real-time prices on plane tickets so you can easily find the cheapest, quickest, and best flight deals for you.

| New York flights ∨ | London flights ∨ | Bangkok flights ∨ |
| Los Angeles flights ∨ | Paris flights ∨ | Tokyo flights ∨ |
| Copenhagen flights ∨ | Miami flights ∨ | Istanbul flights ∨ |
| Manila flights ∨ | Chicago flights ∨ | Rome flights ∨ |
| Barcelona flights ∨ | Las Vegas flights ∨ | Orlando flights ∨ |

## How to find cheap flight deals with momondo

How does momondo find such cheap airfare?                                    ∨

How do I find the best price on plane tickets?                               ∨

How can Mix & Match save me money?                                          ∨

How do I make sure I don't miss a flight deal?                              ∨

**Company**

About

Careers

Mobile

Discover

How we work

Why travelers choose momondo

Momondo coupon codes

**Contact**

Help/FAQ

Press

Affiliates

Advertise with us

**More**

Airline fees

Airlines



©2025 momondo

Do Not Sell or Share My Info     Privacy     Terms & Conditions     Ad Choices

