# EXHIBIT X

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | **DOCUMENTS** | MAINTENANCE | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2025-04-09 15:13:54 EST
Trademark Docs: 40
Proceedings Docs: click to load proceedings
Assignments Docs: click to load assignments

### ▼ Trademark Documents                                                                                      ▼ Expand All

| Select All ☐ | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | Mar. 18, 2024 | Change Address or Representation Form | | XML |
| ☐ | Feb. 08, 2024 | IR-Rep Change | | XML |
| ☐ | Jun. 03, 2021 | IR-Rep Change | | XML |
| ☐ | Mar. 11, 2021 | Change Address or Representation Form | | XML |
| ☐ | Feb. 04, 2021 | IR-Rep Change | | XML |
| ☐ | Feb. 04, 2021 | IR-Name Address Change | | XML |
| ☐ | Dec. 31, 2020 | Notice of Acceptance Section 71 | | XML |
| ☐ | Nov. 18, 2020 | Section 71 Request | | MULTI |
| ☐ | Nov. 18, 2020 | Specimen | | JPEG |
| ☐ | Nov. 01, 2020 | Courtesy E-Reminder of Sec. 71 (10-yr) | | XML |
| ☐ | Oct. 08, 2020 | IR-Renewal | | XML |
| ☐ | Jun. 08, 2020 | Change Address or Representation Form | | XML |
| ☐ | Nov. 29, 2018 | IR-Rep Change | | XML |
| ☐ | May 03, 2018 | IR-Rep Change | | XML |
| ☐ | Jun. 05, 2017 | Notice of Acceptance Sec 71 & 15 | | XML |
| ☐ | Jan. 30, 2017 | Combined Sec 71 & 15 Affidavit | | MULTI |
| ☐ | Jan. 30, 2017 | Specimen | | JPEG |
| ☐ | Jan. 30, 2017 | Change of Address | | XML |
| ☐ | Nov. 01, 2016 | Courtesy E-Reminder of Sec. 71 (6-yr) | | XML |
| ☐ | Mar. 03, 2016 | IR-Rep Change | | XML |
| ☐ | Jan. 30, 2014 | IR-Rep Change | | XML |
| ☐ | Jun. 21, 2012 | IB-Processed Transaction | | XML |
| ☐ | Jun. 07, 2012 | IB-Final Disposal To | | XML |
| ☐ | Mar. 15, 2012 | IR-Owner Change | | XML |
| ☐ | Dec. 29, 2011 | IB-Processed Transaction | | XML |
| ☐ | Nov. 01, 2011 | Registration Certificate | | TIFF |
| ☐ | Aug. 16, 2011 | Notice of Publication | | XML |

| Select All | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | Aug. 03, 2011 | IB-Opposition Notice To | | XML |
| ☐ | Jul. 14, 2011 | Publication & Issue Review Complete | | MULTI |
| ☐ | Jul. 12, 2011 | TRAM Snapshot of App at Pub for Oppostn | | MULTI |
| ☐ | Jul. 12, 2011 | Amendment and Mail Process Complete | | MULTI |
| ☐ | Jul. 07, 2011 | IR-Rep Change | | XML |
| ☐ | Jun. 22, 2011 | Response to Office Action | | XML |
| ☐ | Jan. 27, 2011 | IB-Processed Transaction | | XML |
| ☐ | Jan. 10, 2011 | IB-1rst Refusal Note | | XML |
| ☐ | Jan. 07, 2011 | Offc Action Outgoing | | XML |
| ☐ | Jan. 07, 2011 | XSearch Search Summary | | XML |
| ☐ | Nov. 12, 2010 | Filing Receipt Trademark Application | | XML |
| ☐ | Nov. 04, 2010 | Application | | MULTI |
| ☐ | Nov. 04, 2010 | Drawing | | JPEG |

▲ Proceedings Documents - Click to Load

▲ Assignments Documents - Click to Load