# EXHIBIT Y

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1683 (Rev 11/2012)
OMB No. 0651-0055 (Exp 12/31/2018)

# Combined Declaration of Continued Use/Excusable Nonuse and Incontestability Under Sections 71 and 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4047517 |
| **REGISTRATION DATE** | 11/01/2011 |
| **SERIAL NUMBER** | 79088296 |
| **MARK SECTION** | |
| **MARK** | MOMONDO (see, https://tmng-al.uspto.gov/resting2/api/img/79088296/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | B. Brett Heavner |
| **FIRM NAME** | Finnegan, Henderson, Farabow, et al. |
| **STREET** | 901 New York Avenue, NW |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **POSTAL CODE** | 20001-4413 |
| **COUNTRY** | United States |
| **EMAIL** | docketing@finnegan.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Peter Gustav Olson |
| **FIRM NAME** | NJORD Law Firm |
| **STREET** | Pilestraede 58 |
| **CITY** | Copenhagen K |
| **POSTAL CODE** | DK-1112 |
| **COUNTRY** | Denmark |
| **PHONE** | +4533124522 |
| **EMAIL** | trademarks@njordlaw.com; pgo@njordlaw.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | 527857-032 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 039 |
| | Travel arrangement services, namely, travel agency services, making reservations and bookings for transportation, providing information |

| | |
|---|---|
| **GOODS OR SERVICES** | concerning travel, travel news and travel-related topics via electronic communications networks, providing an interactive website featuring travel information for use in travel planning |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\790\882\79088296\xml3\S750002.JPG |
| **SPECIMEN DESCRIPTION** | A screen print from holder's website |
| **INTERNATIONAL CLASS** | 042 |
| **GOODS OR SERVICES** | Technological and computer services, namely, providing temporary use of online non-downloadable software for use in travel planning, and for use in making reservations and bookings for lodging |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\790\882\79088296\xml3\S750003.JPG |
| **SPECIMEN DESCRIPTION** | A screen print from holder's website |

**OWNER/HOLDER SECTION (current)**

| | |
|---|---|
| **NAME** | MOMONDO A/S |
| **INTERNAL ADDRESS** | Amagertorv 19 |
| **STREET** | DK-1160 Copenhagen |
| **COUNTRY** | Denmark |

**OWNER SECTION (proposed)**

| | |
|---|---|
| **NAME** | MOMONDO A/S |
| **STREET** | Lovstraede 11 |
| **CITY** | Copenhagen K |
| **ZIP/POSTAL CODE** | DK-1152 |
| **COUNTRY** | Denmark |

**LEGAL ENTITY SECTION (current)**

| | |
|---|---|
| **TYPE** | APPLICANT ENTERED NO DATA |

**LEGAL ENTITY SECTION (proposed)**

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Denmark |

**PAYMENT SECTION**

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **COMBINED §§ 71 & 15 FILING FEE** | 650 |
| **TOTAL FEE PAID** | 650 |

**SIGNATURE SECTION**

| | |
|---|---|
| **SIGNATURE** | /pg.olson/ |
| **SIGNATORY'S NAME** | Peter Gustav Olson |
| **SIGNATORY'S POSITION** | Attorney of record, Washington D.C. Bar Member |
| **DATE SIGNED** | 01/24/2017 |
| **SIGNATORY'S PHONE NUMBER** | +4533124522 |

| PAYMENT METHOD | CC |
|---|---|
| **FILING INFORMATION** ||
| SUBMIT DATE | Mon Jan 30 07:22:59 EST 2017 |
| TEAS STAMP | USPTO/S71N15-XX.XX.XX.XX-20170130072259997633-4047517-58044f71666f486b890fba0a9d64763a32144b9db9d9e15884565298f5d56f82c-CC-7937-20170123140245083318 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1683 (Rev 11/2012)
OMB No. 0651-0055 (Exp 12/31/2018)

## Combined Declaration of Continued Use/Excusable Nonuse and Incontestability Under Sections 71 and 15

To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4047517
**REGISTRATION DATE:** 11/01/2011

**MARK:** MOMONDO

The owner/holder, MOMONDO A/S, a limited liability company legally organized under the laws of Denmark, having an address of
    Lovstraede 11
    Copenhagen K, DK-1152
    Denmark
is filing a Combined Declaration of Continued Use/Excusable Nonuse and Incontestability Under Sections 71 and 15.

For International Class 039, the mark is in use in commerce on or in connection with **all** of the goods/services, or to indicate membership in the collective membership organization, listed in the existing registered extension of protection for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, and is still in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registered extension of protection for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services exists, or to indicate membership in the collective membership organization or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) A screen print from holder's website.
Specimen File1

For International Class 042, the mark is in use in commerce on or in connection with **all** of the goods/services, or to indicate membership in the collective membership organization, listed in the existing registered extension of protection for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, and is still in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registered extension of protection for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services exists, or to indicate membership in the collective membership organization or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) A screen print from holder's website.
Specimen File1
The registrant's current Correspondence Information: B. Brett Heavner of Finnegan, Henderson, Farabow, et al.
    901 New York Avenue, NW
    Washington, District of Columbia 20001-4413
    United States
The email address is docketing@finnegan.com. (authorized)

The registrant's proposed Correspondence Information: Peter Gustav Olson of NJORD Law Firm
    Pilestraede 58
    Copenhagen K, DK-1112
    Denmark The docket/reference number is 527857-032.

The phone number is +4533124522.
The email address is trademarks@njordlaw.com; pgo@njordlaw.com. (authorized)

A fee payment in the amount of $650 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

**Declaration**

- ☑ Unless the holder/owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s).
- ☑ The specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services.
- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration in the United States, and is still in use in commerce on or in connection with all goods/services listed in the existing registration.
- ☑ There has been no final decision adverse to the holder's/owner's claim of ownership of such mark for such goods/services, or to the holder's/owner's right to register the same or to keep the same on the register.
- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /pg.olson/    Date: 01/24/2017
Signatory's Name: Peter Gustav Olson
Signatory's Position: Attorney of record, Washington D.C. Bar Member
Signatory's Phone: +4533124522

Serial Number: 79088296
Internet Transmission Date: Mon Jan 30 07:22:59 EST 2017
TEAS Stamp: USPTO/S71N15-XX.XX.XX.XX-201701300722599
97633-4047517-58044f71666f486b890fba0a9d
64763a32144b9db9d9e15884565298f5d56f82c-
CC-7937-20170123140245083318





**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 4047517

**Serial Number:** 79088296

**RAM Sale Number:** 4047517

**RAM Accounting Date:** 20170130

**Total Fees:** $650

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

Physical Location:     - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

Transaction Date:     20170130

