2261 MARKET STREET, NO. 606
SAN FRANCISCO, CALIFORNIA, 94114

# Warren Kash Warren

WARRENKASHWARREN.COM
+1 (415) 895 2940

June 23, 2025

**By ECF**

The Honorable Victoria Reznik
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York, 10601-4150

**Re:    The Wave Studio, LLC:  Consolidated New York Cases, No. 13-9239 (S.D.N.Y.)**

Dear Judge Reznik:

I write on behalf of the plaintiff, The Wave Studio, LLC, in the above-captioned matter ("Wave").

Pursuant to Rule 2.D of Your Honor's Individual Rules of Practice, Wave respectfully requests that the Court hear oral argument on Plaintiff's Opposition to Booking Holdings Defendants' Motion to Dismiss and Plaintiff's Cross Motion for Leave to Amend as to Booking Holding Defendants, served and submitted to Your Honor today pursuant to Magistrate Judge Reznik's order.  Wave believes that oral argument will aid the Court in deciding the issues presented in the Opposition and Cross Motion.

Very Truly Yours,

Jennifer A. Kash