# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>GENERAL HOTEL MANAGEMENT LTD., et al.,<br><br>        Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**NOTICE OF PLAINTIFF'S CROSS MOTION FOR LEAVE TO AMEND AS TO BOOKING HOLDINGS DEFENDANTS** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Michael D. Cilento, Esq., in Opposition to Booking Holdings Defendants' Motion to Dismiss and in Support of Cross Motion for Leave to Amend, dated April 11, 2025, the exhibits attached thereto, and the Memorandum of Law in Opposition to Booking Holdings Defendants' Motion to Dismiss and in Support of Cross Motion for Leave to Amend, Plaintiff, The Wave Studio, LLC, will and hereby does cross-move this Court, at 300 Quarropas Street, White Plains, New York, on a date and time designated by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 15(a), (i) granting Plaintiff leave to amend as to the Booking Holdings Defendants; and (ii) granting any further relief that the Court deems just and proper under the circumstances.

Dated: April 11, 2025
   Brooklyn, New York

              Respectfully submitted,

              */s/ Michael D. Cilento*
              Michael D. Cilento, Esq.
              **LEWIS & LIN LLC**
              77 Sands Street, 6th Floor

Brooklyn, NY 11201
Michael@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326
*Attorneys for The Wave Studio, LLC*