# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: June 24, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that, on June 23, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Luxemont, LLC, d/b/a justluxe.com (Docket No. 517)

by personal service to an agent authorized to accept service, at the address of the registered agent for Defendant Luxemont, LLC, at 50 W Hillcrest Dr Ste 218, Thousand Oaks, California.  The affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   June 24, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Francesca M. S. Germinario

Civil Action No. **7:13-cv-09239-CS-VR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for LUXEMONT, LLC was received by me on June 23, 2025.

Documents: **ORDER; EXECUTED SUMMONS; LETTER**

Service Address: **50 W Hillcrest Dr Ste 218**
**Thousand Oaks, CA 913607801**

☐ I personally served the above documents on the individual at (address) on (date/time)

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on ; or

☑ I served the summons to **CARINA BERMAN - AGENT FOR SERVICE -** , who is designated by law to accept service of process on behalf of **LUXEMONT, LLC** on **June 23, 2025  3:30 PM** by leaving with BARBARA "DOE" - AUTHORIZED TO ACCEPT

☐ I returned the summons unexecuted because ; or

☐ other *(specify)*:

My fees are $ .00 for travel and $ 202.00 for services, for a total of $ 202.00

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: **June 23, 2025**

Additional information regarding attempted service, etc:

*Server's signature*

**BRODY MEYER**
*Printed name and title*
*REG # 810, County of VENTURA*

**2920 CAMINO DIABLO, WALNUT CREEK, CA 94597**
*Server's Address*

42372