IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>         Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: June 24, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 23, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Spa Finder, LLC, d/b/a spafinder.com (Docket No. 520)

by personal service to an agent authorized to accept service, at the address of the registered agent for Defendant Spa Finder, LLC, at 251 Little Falls Drive, Wilmington, Delaware 19808. An affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2025

                     _____
                     Francesca M. S. Germinario

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index No. 7:13-CV-09239-CS-VR

THE WAVE STUDIO, LLC

*Plaintiff(s) Petitioner(s)*

against

GENERAL HOTEL MANAGEMENT LTD., et al.

*Defendant(s) Respondent(s)*

Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 06/23/2025 at 3:05 P .M., at C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 deponent served the within

☐ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ LETTER DATED JUNE 23, 2025, COURT'S JUNE 20, 2025 ORDER, EXECUTED SUMMONS, LETTER DATED JUNE 18, 2025

on SPA FINDER, LLC

☒ defendant  ☐ witness  hereinafter called therein
☐ respondent  the recipient  lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true copy of each to LYNANNE GARES personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT EMPLOYED AT REGISTERED AGENT thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female ☐ Black Skin   ☒ Brown Hair   ☐ Balding     ☐ 21-35 Yrs.   ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache    ☐ 36-50 Yrs.   ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
         ☐ Brown Skin   ☐ Gray Hair    ☐ Beard       ☒ 51-65 Yrs.   ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
         ☐ Red Skin     ☐ Red Hair     ☐ Glasses     ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

Other identifying features:

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 06/23/2025

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

License No. _____

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899