# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: June 24, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that, on June 24, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)

- Executed Summons and Affidavit of Service on Hipmunk, Inc., d/b/a Hipmunk.com (Docket No. 514)

by personal service to an agent authorized to accept service, at the address of the registered agent for Defendant Concur Technologies, Inc., d/b/a SAP Concur as successor-in-interest to Hipmunk, Inc., at 711 Capitol Way South Suite #204, Olympia, WA 98501.  An affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date:　June 24, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Francesca M. S. Germinario

## AFFIDAVIT OF SERVICE

| Case: 7:13-cv-09239-CS-VR | Court: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job: 13587782 (OLY062425B) |
|---|---|---|---|
| **Plaintiff / Petitioner:** THE WAVE STUDIO, LLC | | **Defendant / Respondent:** GENERAL HOTEL MANAGEMENT LTD., et al. | |
| **Received by:** ADDISON LEGAL SERVICES, LLC | | **For:** Warren Kash Warren | |
| **To be served upon:** CONCUR TECHNOLOGIES, INC. | | | |

I, Amber Gibbons, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** CT CORPORATION SERVICE, Registered Agent (Business): 711 Capitol Way South Suite #204, Olympia, WA 98501

**Manner of Service:** Registered Agent, June 24, 2025, 2:02 pm PDT

**Documents:** 1) Letter to Concur Technologies, Inc. from Warren Kash Warren , 2) Letter to The Honorable Victoria Reznik from Warren Kash Warren, and, 3) Proof of Service: Hipmunk, Inc. d/b/a Hipmunk.com

**Additional Comments:**
1) Successful Attempt: June 24, 2025, 2:02 pm PDT at Registered Agent (Business): 711 Capitol Way South Suite #204, Olympia, WA 98501 received by JEFF MINER. Age: 38; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'0"; Hair: Bald; Relationship: Intake Specialist, Employee Authorized to Accept Service

_____   06/24/2025
Amber Gibbons                Date
Thurston County #23-0727-18

ADDISON LEGAL SERVICES, LLC
2405 Evergreen Park Drive SW Suite B-2
Olympia, WA 98502
(360) 529-3933