# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                     Plaintiff,<br><br>  -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                     Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: June 26, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 25, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Escala Vacations (Docket No. 521)

by mail service to an agent authorized to accept service, at the address of the registered agent for Defendant Escala Vacations, 1825 Main Street Weston, 33326. Mail service was initiated after multiple attempts at personal service on the same address. The affidavit regarding attempted personal service is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 26, 2025

                                                          _____
                                                                   Francesca M. S. Germinario

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                       Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                       Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF NON-SERVICE**<br><br>Date: June 24, 2025<br><br>      San Francisco, California |

I, Glenn Hunter, declare as follows under 28 U.S.C. § 1746:

I am a process server in the Tampa, Florida area. I contract with our process servers throughout the state of Florida to handle 'service of process' located out of my service area. My business address is 4809 Mirabella Place, Lutz, Florida. I contracted with 'All Broward Process Corp, which is authorized to serve process in Broward County, Florida, to effect service on the Registered Agent for 'Escala Travel Corporation'. According to their 'Annual Report' filed with the Florida Department of State, Division of Corporations on March 30, 2025, their Registered Agent is **Marcus Bodet**, 1825 Main Street, Weston, Broward County, Florida 33326. On June 23, 2025 a Process Server working with All Broward Process was directed to attempt service of the following documents on Marcus Bodet at the address in Weston Florida.

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Escala Travel (Docket No. 521)

by personal service to an agent authorized to accept service, at the address of the registered agent for Defendant Escala Vacations, Corp. at 1825 Main Street Weston, Florida 33326.

It was learned that Mr. Bodet was not available at that location. Several attempts were made to contact Mr. Bodet by phone and text, before he eventually returned my call. He said that the office in Weston is a 'Shared Office' and he is rarely at that location. I informed Mr. Bodet that we had legal documents pertaining to Escala Travel Corp. that are time sensitive and that we needed to serve him with the documents as soon as possible. Nevertheless, he refused my repeated requests to meet with the process server today even though we offered to meet at any time and location he chose. He said that he would not be available until Monday, June 30, 2025 and would then consider meeting with the process server at his shared office in Weston, Florida. If so directed by the Plaintiff's Attorney, I intend to hire a Broward County authorized process server to attempt to serve Marcus Bodet at his shared office in Weston, Florida on Monday, June 30, 2025

I declare under the penalty of perjury that the foregoing is true and correct.

Date:   June 25, 2025

_____
Glenn Hunter