# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>General Hotel Management Ltd., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: June 26, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 25, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on The Leading Hotels of the World (Docket No. 519)

by personal service on Defendant The Leading Hotels of the World Ltd. via service to the New York Secretary of State. The affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date:　June 26, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Francesca M. S. Germinario

| | |
|---|---|
| INDEX #: **7:13-CV-09239-CS-VR** | JOB #: **67056** |

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**THE WAVE STUDIO, LLC,**
Plaintiff(s)
- against -
**GENERAL HOTEL MANAGEMENT LTD., ET AL.,**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **06/25/2025, 03:32PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **LETTER, SO ORDERED, SUMMONS, SCHEDULE A, FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET** upon **THE LEADING HOTELS OF THE WORLD, LTD.**, a defendant in the above captioned matter.

Deponent served **ANTHONY BURRIS**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **M**   Approximate age **33**   Approximate height **5'07"**   Approximate weight **150**   Perceived Race **WHITE**
Color of hair **BROWN**   Other **GLASSES**

Sworn to before me on 06/26/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X S. Marie
STEF MARIE

**SERVABLE LEGAL SUPPORT CO.**
**(866)787-4778**