

Thomas J. Finn
Partner
T. 860-275-6784
F. 860-724-3397
tfinn@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

INDIANAPOLIS

WILMINGTON

WASHINGTON, DC

MIAMI

June 27, 2025

**VIA ECF**
The Honorable Victoria Reznik
United States Magistrate Judge
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
Case No.: 7:13-cv-09239-CS-VR

Dear Judge Reznik:

In accordance with the Court's Order dated June 20, 2025, ECF. No. 529, please allow this correspondence to confirm that Defendant Joseph Mazzarella d/b/a ROOMRATE.COM is represented by Thomas J. Finn and Paula Cruz Cedillo of McCarter & English in the above-referenced action.

In addition, Defendant Mazzarella respectfully submits he takes no position on the issues raised by Plaintiff in its letter of June 18, 2025, ECF No. 528, concerning (i) the role of the master complaint, (ii) Plaintiff's request for a status conference, and (iii) the status of defendants named in other unconsolidated and/or related cases. Defendant Mazzarella does remain open to the possibility of settlement. Thank you.

Respectfully Submitted,

Thomas J. Finn

ME1\53693814.v1