UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THE WAVE STUDIO, LLC, | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff, | |
| v. | |
| GENERAL HOTEL MANAGEMENT LTD. et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant Travix Travel USA, Inc. ("Travix") respectfully requests the withdrawal of Kathryn J. Fritz as counsel for Travix in this action. Travix will continue to be represented by its other attorneys of record at the law firm of Fenwick & West LLP. Pursuant to Local Rule 1.4, a copy of this motion will be transmitted to all parties.

///

///

///

///

Dated: June 27, 2025

Respectfully submitted,

FENWICK & WEST LLP

By:   */s/ Kathyrn Fritz*
     Kathryn J. Fritz
     Jedediah Wakefield
     Todd R. Gregorian
     **FENWICK & WEST LLP**
     555 California Street, 12th Floor
     San Francisco, CA 94104
     Telephone: 415.875.2300
     Facsimile: 415.281.1350

     Charles E. Moulins
     **FENWICK & WEST LLP**
     902 Broadway, 18th Floor
     New York, NY 10010-6035
     Telephone: 212.430.2600

*Attorneys for Defendant TRAVIX TRAVEL USA, INC.*