UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THE WAVE STUDIO, LLC, | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff, | |
| v. | |
| GENERAL HOTEL MANAGEMENT LTD. et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### **DECLARATION OF KATHRYN J. FRITZ IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Kathryn J. Fritz, hereby declare as follows:

1. I am admitted to practice in this court and am a partner of the law firm of Fenwick & West LLP.

2. Defendant Travix Travel USA, Inc. ("Travix") is represented by Fenwick & West LLP in this action.

3. Upon the Court's granting of the accompanying Motion for Withdrawal, I will cease representing Travix in this action.

4. There is no retaining or charging lien being asserted.

5. Withdrawal will cause no delay or prejudice as Travix will continue to be represented by Fenwick & West LLP.

///

///

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of June 2025.

                                            */s/ Kathryn Fritz*
                                            Kathryn J. Fritz