UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE WAVE STUDIO, LLC, | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff, | |
| v. | |
| GENERAL HOTEL MANAGEMENT LTD. et al., | |
| Defendants. | |

---

### [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL

Upon the reading and filing of the Motion to Withdraw as Counsel and accompanying Declaration of Kathryn J. Fritz, it is:

ORDERED, that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kathryn J. Fritz is hereby permitted to withdraw as counsel of record for Travix Travel USA, Inc. ("Travix");

ORDERED, that the Clerk shall amend the docket and other court records to reflect withdrawal of Kathryn J. Fritz as counsel of record for Travix;

ORDERED, that Kathryn J. Fritz shall be removed from all electronic and other service lists in the Court's records for this matter.

SO ORDERED.

Dated: _____          _____

                                                                  Honorable Cathy Seibel
                                                                  United States District Judge