THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE WAVE STUDIO, LLC, | : | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff; | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| GENERAL HOTEL MANAGEMENT LTD., et al., | : | |
| Defendants. | : | |

To: The Clerk of the Court and all Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in the above captioned case as counsel for Defendant Citibank, N.A.

Dated: June 27, 2025

By: */s/ Roma Lopes*
Roma Lopes [Patel]
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314
rlopes@foley.com
Phone: (212) 338-3455

*Attorney for Defendant Citibank N.A.*

## CERTIFICATE OF SERVICE

      I, Roma Lopes, an attorney, hereby certify that on June 27, 2025, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed through the Court's CM/ECF electronic filing system which effect service upon all counsel of record.

                                        /s/ *Roma Lopes*
                                        Roma Lopes
                                        Attorney