**THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE WAVE STUDIO, LLC, | : | Case No. 7:13-cv-09239-CS-VR |
| Plaintiff; | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| GENERAL HOTEL MANAGEMENT LTD., et al., | : | |
| Defendants. | : | |

To:     The Clerk of the Court and all Parties of Record

Pursuant to the Court's Order Granting Motion to Practice Pro Hac Vice in Civil Action No. 7:22-cv-05141-CS, dated December 13, 2023 (ECF No. 83), I am permitted to argue or try the above-captioned case in whole or in part as counsel or advocate for Defendant Citibank N.A. ("Citi"), and hereby appear as counsel in this case, related with Civil Action No. 7:22-cv-05141-CS, for Citi.

Dated: June 27, 2025

By:  */s/ Kimberly K. Dodd*
Kimberly K. Dodd
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
kdodd@foley.com
Phone: 414.319.7345
Fax: 414.297.4900
*Attorney for Defendant Citibank N.A.*

**CERTIFICATE OF SERVICE**

I, Roma Lopes, an attorney, hereby certify that on June 27, 2025, I caused a true and correct copy of the foregoing *Notice of Appearance* to be filed through the Court's CM/ECF electronic filing system which effect service upon all counsel of record.

/s/ *Roma Lopes*
Roma Lopes
Attorney

2