UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
The Wave Studio, LLC,

       Plaintiff,

  - against -

General Hotel Management, Ltd., et al.

       Defendants.
---------------------------------------------------------------------- x

Case No. 7:13-cv-09239-CS

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for defendant Orbitz Worldwide LLC in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
    June 27, 2025

            DAVIS WRIGHT TREMAINE LLP

            By: /s/ *James Rosenfeld*
              James Rosenfeld
              1251 Avenue of the Americas, 21st floor
              New York, New York 10020
              Telephone: (212) 489-8230
              Jamesrosenfeld@dwt.com

            *Attorneys for Orbitz Worldwide LLC*