

555 California Street
12th Floor
San Francisco, CA 94104

415.875.2300
Fenwick.com

Jedediah Wakefield
jwakefield@fenwick.com | 415.875.2331

June 27, 2025

**VIA ECF**

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas St., Courtroom 420
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

Re: Travix's Response to Wave Studio's Request for Status Conference
*The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv- 09239 and related cases

Dear Judge Reznik:

This firm is counsel for Defendant Travix Travel USA, Inc. ("Travix") in *The Wave Studio, LLC v. General Hotel Management Ltd. et. al.*, Case No. 7:13-cv-09239-CS-VR.  We write following Your Honor's June 20, 2025 Order (ECF No. 529) requesting that all co-Defendants respond to Plaintiff The Wave Studio, LLC's May 28, 2025 letter to Defendants (ECF No. 528_1) and June 18, 2025 letter to the Court (ECF No. 528_0).

Travix dissolved four years ago.  It notified the parties in this action on December 9, 2021 of its intent to dissolve (ECF No. 272) and requested that Plaintiff dismiss it from the case.  Travix joins the letters from the Booking Holdings Defendants and from the group of defendants identified in ECF Nos. 302 and 444.  Those letters are ECF Nos. 553 and 546, respectively.  Travix reiterates that the Master Complaint is the operative pleading in this entire action and not just a tool for settlement discussions.

We thank Your Honor for your attention to this matter.

Sincerely,

Fenwick & West LLP

*/s/ Jedediah Wakefield*

Jedediah Wakefield

cc: **(via ECF)**
All counsel of record