

**Weitzman Law Offices, LLC**
425 Eagle Rock Avenue, Suite 401
Roseland, New Jersey 07068
973.403.9940 (tel) / 973.403.9944 (fax)

**www.weitzmanip.com**

Kenneth S. Weitzman
Managing Partner
Direct Line: 973-403-9940
kweitzman@weitzmanip.com
New Jersey, New York and DC bar member
Registered Patent Attorney

June 27, 2025

V<small>IA</small> ECF

Hon. Victoria Reznik, U.S.M.J.
United States District Court
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

      Re:    ***The Wave Studio, LLC v. General Hotel Management Ltd. et al.***
             **Case No. 7:13-cv-09239-CS-VR**

Dear Magistrate Judge Reznik:

Pursuant to the Court's June 20, 2025 Order (ECF Dkt. 529), we write on behalf of Defendants S<small>IGNATURE</small> T<small>RAVEL</small> N<small>ETWORK</small> C<small>OOPERATIVE</small>, I<small>NC</small>. ("S<small>IGNATURE</small>"), F<small>ROSCH</small> I<small>NTERNATIONAL</small> T<small>RAVEL</small>, I<small>NC</small>. ("**FROSCH**") and T<small>ZELL</small> T<small>RAVEL</small>, LLC ("**T<small>ZELL</small>**")[1] (collectively the "S<small>IGNATURE</small> D<small>EFENDANTS</small>") in response to Plaintiff's June 18, 2025 letter (ECF Dkt. 528).

**1.**      **Plaintiff's Request For Status Conference**

The S<small>IGNATURE</small> D<small>EFENDANTS</small> believe that it would be more productive to schedule a status conference after the pending motions to dismiss are decided by the Court.

**2.**      **The Master Complaint**

The S<small>IGNATURE</small> D<small>EFENDANTS</small> respectfully submit that the "Master Complaint" filed January 26, 2024 (ECF Dkt. 332) is the operative pleading for at least the reasons set forth in the Booking Holdings Defendants' June 27, 2025 letter filed with the Court (ECF Dkt. 553).

**3.**      **Termination of General Hotel Management Ltd.**

The S<small>IGNATURE</small> D<small>EFENDANTS</small> believe it is unnecessary and counter-productive to terminate Defendant General Hotel Management Ltd. ("GHM") from the docket. The S<small>IGNATURE</small> D<small>EFENDANTS</small> (like other defendants) have claimed indemnification from GHM and anticipate filing a cross claim against GHM. Terminating GHM will not only remove it from participating in settlement discussions with Plaintiff, but will be short-lived when GHM is brought back into the case by third party complaint.

**4.**      **Confirmation of Counsel of Record**

The S<small>IGNATURE</small> D<small>EFENDANTS</small> confirm that they are jointly represented in this action by Kenneth S. Weitzman and Richard Straussman of Weitzman Law Offices, LLC, both of whom are correctly identified on the docket.

---

[1] T<small>ZELL</small> was identified in the original and first amended complaints as "Vacations by Tzell d/b/a Vacationsbytzell.com."



**5.     Settlement**

The Signature Defendants remain open to discussing settlement.

Respectfully submitted,

Kenneth S. Weitzman

cc:     All counsel of record (via ECF)