# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>       Plaintiff,<br><br> -against-<br><br>General Hotel Management Ltd., et al.,<br><br>       Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: July 1, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 27, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Questex Media Group, d/b/a fivestaralliance.com. (Docket No. 518)

by personal service to an agent authorized to accept service for Defendant FSA Travel, LLC, at the address of the New York Secretary of State. The affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2025

                 _____
                 Francesca M. S. Germinario

| | |
|---|---|
| INDEX #: 7:13-CV-09239-CS-VR | JOB #: 67072 |

**UNITED STATES DISTRICT COURT FOR THE**
   SOUTHERN DISTRICT OF NEW YORK

**THE WAVE STUDIO, LLC,**
Plaintiff(s)

- against -

**GENERAL HOTEL MANAGEMENT LTD., ET AL.,**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **06/27/2025, 04:10PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **LETTER, ORDER TO SHOW CAUSE, EXECUTED SUMMONS, NY SOS ENTITY INFORMATION, SOS COVER SHEET** upon **FSA TRAVEL, LLC**, a defendant in the above captioned matter.

Deponent served **NANCY EARLEY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **303** of the **NY LIMITED LIABILITY COMPANY LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **F**   Approximate age **53**   Approximate height **5'06"**   Approximate weight **145**   Perceived Race **WHITE**
Color of hair **BROWN**

Sworn to before me on 06/30/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

_[signature]_

X _[signature]_
STEF MARIE

**SERVABLE LEGAL SUPPORT CO.**
(866)787-4778