IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>      Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: July 1, 2025<br><br>San Francisco, California |

  I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

  I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 27, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Hotelstravel.com, Inc. d/b/a hotelstravel.com. (Docket No. 516)

by mail to the business address of Defendant Websope, d/b/a hotelstravel.com, at 99 West Hawthorne Ave. Ste 420 Valley Stream, New York 11580. The affidavit of attempted personal service is filed concurrently herewith.

  I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2025

                  _____
                  Francesca M. S. Germinario

## AFFIDAVIT OF NON-SERVICE

| Case:<br>7:13-cv-09239-CS-VR | Court:<br>United States District Court for the Southern District of New York | County:<br>, NY | Job:<br>13601387 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>The Wave Studio, LLC | | Defendant / Respondent:<br>General Hotel Management Ltd., Webscope d/b/a Hotelstravel.com | |
| Received by:<br>RUSHReady Serve | | For:<br>NICOLE BLOOMFIELD | |
| To be served upon:<br>Webscope d/b/a Hotelstravel.com | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Webscope d/b/a Hotelstravel.com, 99 West Hawthorne Ave. Ste 420, Valley Stream, NY 11580
**Manner of Service:**   Unsuccessful Attempt
**Documents:**   Proof of Service - Hotelstravel.com (1).pdf, Docket No. 529 (1).pdf, Service Cover for Hotelstravel.com (1).pdf

**Additional Comments:**
1) Unsuccessful Attempt: Jun 26, 2025, 1:42 pm EDT at 99 West Hawthorne Ave. Ste 420, Valley Stream, NY 11580
I arrived at the location, gained access to the office building and went to the 4th floor to suite 420. I knocked on the office door twice, no answer. I waited around for 5 minutes, no one came to the door or opened it. Check the office door, it was locked.

*[signature: J. Lee]*                    06/26/2025
Joshua Lee                                Date
2095110-DCA

RUSHReady Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
9146202266