IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                          Plaintiff,<br><br>   -against-<br><br>General Hotel Management Ltd., et al.,<br><br>                       Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**PROOF OF SERVICE**<br><br>Date: July 1, 2025<br><br>San Francisco, California |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP. My business address is 2261 Market Street, No. 606, San Francisco, California, 94114. I certify that, on June 26, 2025, I caused to be served true and correct copies of the following documents:

- June 20, 2025 Order on Letter Motion Requesting Status Conference (Docket No. 529)
- Executed Summons and Affidavit of Service on Hotelguides.com, Inc. (Docket No. 515)

by personal service to an agent authorized to accept service for Hotelguides.com, Inc., at the address of the registered agent for Defendant Hotelguides.com, Inc., at 1362 Stone Post Road James Island, South Carolina, 29412. The affidavit of service is filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2025

                                                                                       Francesca M. S. Germinario

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 7:13-cv-09239-CS-VR | In The United Stated District Court | Southern District, NY | 13591562 |
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| The Wave Studio, LLC | | General Hotel Management, Ltd, et al. | |
| **Received by:** | | **For:** | |
| Sweetgrass Legal Services | | Warren Kash Warren LLP | |
| **To be served upon:** | | | |
| Hotelguides.com c/o Robert E. Welch Jr., Registered Agent | | | |

I, Travis Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Hotelguides.com c/o Robert Welch Jr., Registered Agent, 1362 Stone Post Road, James Island, South Carolina 29412 |
| **Manner of Service:** | Authorized, Jun 26, 2025, 9:02 am EDT |
| **Documents:** | Letter, Executed Summons, Order |

**Additional Comments:**
1) Unsuccessful Attempt: Jun 25, 2025, 4:47 pm EDT at 1362 Stone Post Road, James Island, South Carolina 29412
Spouse stated he wasn't home and she wasn't sure when he'd be back. Wasn't helpful with information. Will continue attempts.

2) Unsuccessful Attempt: Jun 25, 2025, 6:20 pm EDT at 1362 Stone Post Road, James Island, South Carolina 29412
Three cars in driveway. Older Jeep Cherokee SC tag SEF249, white Subaru SUV SC tag 585BXW, and older silver Honda Civic SC tag RMY249. Subaru wasn't here during first attempt. Knocked and rang doorbell multiple times. Walked around to back of property and called out to see if anyone was on the porch and saw no movement. No one would answer the door.

3) Successful Attempt: Jun 26, 2025, 9:02 am EDT at 1362 Stone Post Road, James Island, South Carolina 29412 received by Robert Welch Jr..
Age: 80s; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'8"; Hair: White;
Personally served Robert Welch Jr., who identified himself and accepted service. He indicated that he no longer has any ties to the business.

_Travis Bowers_    Date: 6/27/25

Sweetgrass Legal Services
1820 Savannah Hwy Suite B2
Charleston, SC 29407

Subscribed and sworn to before me by the affiant who is personally known to me.

_Melinda Bowers_
Notary Public
Date: 6/27/25    Commission Expires: 9/19/2028