

**CHIESA SHAHINIAN & GIANTOMASI PC**

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**ABIGAIL J. REMORE**
Member

ajremore@csglaw.com

O  973.530.2114          F  973.325.1501

July 7, 2025

<u>**VIA ECF**</u>

Magistrate Judge Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY  10601-4150

    Re:    **The Wave Studio, LLC v. General Hotel Management, Ltd., et al.**
             <u>**Civil Action No: 7:13-cv-09239-CS**</u>

Dear Judge Reznik:

    As you know, this firm represents General Hotel Management, Ltd. ("GHM") in connection with the above-referenced matter.  We write pursuant to the Court's Order of July 2, 2025 (Doc. No. 568) regarding Plaintiff's request to formally terminate GHM from the docket and GHM's response thereto.

    GHM requires additional time in order to coordinate and discuss this matter with its Board and other company leadership, the members of which are located across several countries (including in Asia and the Middle East) and time zones.  In addition, GHM must also coordinate with its insurance carrier regarding this request.  Accordingly, GHM respectfully requests that the Court grant it a short additional extension to respond to this issue until <u>**Thursday, July 31, 2025**</u>.

    Please note that we are working with GHM and all relevant decision makers to reach a decision as to this issue as soon as possible, and to the extent we receive instructions in advance of July 31, we will promptly notify the Court of same.

    We thank the Court for its attention to this matter.

AJR:sd

Respectfully submitted,

*s/ Abigail J. Remore*

Abigail J. Remore

NEW YORK

NEW JERSEY

---

**MEMO ENDORSED:**

Defendant GHM's request is **GRANTED**, and the deadline for them to respond to Plaintiff's request to terminate GHM from the docket is extended to **7/31/2025**.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 569.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 7/8/2025