

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

ABIGAIL J. REMORE
Member

ajremore@csglaw.com

O 973.530.2114         F 973.325.1501

July 23, 2025

**Via ECF**

Magistrate Judge Victoria Reznik
United States District Court for the Southern District of New York
300 Quarropas Street, Courtroom 420
White Plains, NY 10601-4150

    Re:    **The Wave Studio, LLC v. General Hotel Management, Ltd., et al.**
                <u>Civil Action No: 7:13-cv-09239-CS</u>

Dear Judge Reznik:

      This firm represents General Hotel Management, Ltd. ("GHM") in connection with the above-referenced matter. We write regarding Plaintiff's request to formally terminate GHM from the docket in its June 18, 2025 letter (Doc. No. 528), with which request GHM agrees. As set forth in Plaintiff's letter, there are currently no pending claims against GHM by any parties in the case or any cases consolidated therewith (whether claims by Plaintiff or any co-Defendants), and, for the reasons set forth in Plaintiff's request and below, GHM respectfully submits that it would be appropriate for its participation in this case to be formally terminated.

      Specifically, all of Plaintiff's claims against GHM were dismissed at summary judgment on March 10, 2017 (Doc. No. 209), which decision was upheld on appeal on February 26, 2018. Summary Order, Wave Studio, LLC v. General Hotel Management, Ltd., No. 17-1018 (2d Cir. Feb. 26, 2018), Doc. No. 88. After that, GHM's continued involvement in the case, once it reopened in 2023, was based entirely on a lingering cross-claim filed against GHM (and all other co-Defendants in the case at that time) in 2014 by a single co-Defendant, Delta Airlines ("Delta") (Doc. No. 75); which, according to Delta, was mistakenly filed as the Court had, prior to the filing of Delta's Answer, stayed the action as to all co-Defendants except GHM (Doc. No. 67). In fact, Delta attempted to withdraw its Answer and cross-claim shortly thereafter (Doc. No. 78), on which request the Court or the Clerk did not ultimately rule. Plaintiff dismissed Delta Airlines from the case on April 29, 2025 (Doc. No. 472). As such, Delta's cross-claim against GHM and the other co-Defendants has also been dismissed, and there are no longer any claims against GHM in any capacity.

      Accordingly, GHM respectfully joins Plaintiff's request that it be formally terminated from the docket. Should the Court require any further information in connection with Plaintiff's request, to which GHM consents, please do not hesitate to contact the undersigned.

      We thank the Court for its attention to this matter.

July 23, 2025
Page 2

                                                    Respectfully submitted,

                                                    /*Abigail J. Remore*/

                                                    Abigail J. Remore

AJR:sd
cc:      All counsel of record via ECF

4908-0462-9335.v3