AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

The Wave Studio, LLC
        Plaintiff (s),

V.

General Hotel Management, Ltd., et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:13-cv-09239-CS

Notice is hereby given that, subject to approval by the court, __Orbitz Worldwide LLC__ substitutes
                        (Party (s) Name)

__James Rosenfeld__, State Bar No. __2807212__ as counsel of record in
(Name of New Attorney)

place of __Regina Schaffer-Goldman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Davis Wright Tremaine LLP
    Address: 1251 Avenue of the Americas, 21st Floor New York, New York 10020
    Telephone: (212) 603-6455      Facsimile (212) 379-5205
    E-Mail (Optional): jamesrosenfeld@dwt.com

I consent to the above substitution.
Date: 8/22/25

DARCY W. SHEARER
(Signature of Party (s))

I consent to being substituted.
Date: August 19, 2025

/s/ *Regina Schaffer-Goldman*
Regina Schaffer-Goldman
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 19, 2025

/s/ *James E. Rosenfeld*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/25/25

Cathy Seibel
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]