**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The Wave Studio, LLC, | No. 7:13-cv-09239 |
| Plaintiff, | Related Action: |
| | No. 7:23-cv-03586 |
| v. | **Notice of Motion to Dismiss Plaintiff's Claims Against Trip Defendants** |
| General Hotel Management, *et al.*, | |
| Defendants. | Judge Cathy Seibel |

PLEASE TAKE NOTICE that Defendants Trip.com Group Limited ("Trip.com"), Trip.com Travel Singapore Pte. Ltd. ("Trip.com Singapore"), and Skyscanner Ltd. ("Skyscanner") (collectively, the "Trip Defendants"), by and through their attorneys, BALANCE LAW FIRM, will move this Court, before the Honorable Cathy Seibel, United States District Court for the Southern District of New York, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150, on October 8, 2025 at 9:30 A.M. or as soon thereafter as the matter may be heard, for an Order dismissing plaintiff's Claims against Trip Defendants with prejudice pursuant to the *forum non conveniens* doctrine and for other and further relief as the Court deems just and proper. In support, Trip Defendants submit their Memorandum of Law dated August 25, 2025, which is being filed contemporaneously with this notice, and Declarations of Yuxin Chen and Dayna C. Cooper, as well as Plaintiff's New York Department of State corporate filings, which are attached as Exhibit A to the Declaration of Dayna C. Cooper.

Dated:  New York, New York
        August 25, 2025

Respectfully submitted,

BALANCE LAW FIRM

/s/ *B. Robert Liu*

B. Robert Liu, Esq.
Dayna Cooper, Esq.
Stephen Hudspeth, Esq.

One World Trade Center, Suite 8500
New York, NY  10007
(212) 741-8080
(646) 558-4889 fax
robert.liu@balancelawfirm.com
dayna.cooper@balancelawfirm.com
stephen.hudspeth@balancelawfirm.com

*Attorneys for Defendants Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., and Skyscanner Ltd.*