UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>GENERAL HOTEL MANAGEMENT LTD., *et al.*,<br><br>      Defendants. | No. 7:13-cv-09239-CS-PED<br><br>Related Action:<br>No. 7:23-cv-03586 |

### DECLARATION OF DAYNA C. COOPER
### IN SUPPORT OF TRIP DEFENDANTS' MOTION TO
### DISMISS PLAINTIFF'S CLAIMS ON *FORUM NON CONVENIENS* GROUNDS

I, Dayna C. Cooper, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am counsel with Balance Firm Law, representing Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., and MakeMyTrip, Inc. (collectively, the "Trip Defendants") in this litigation. I make this declaration based on my personal review of the pleadings and exhibits filed in this action (No. 7:13-cv-09239) and the related action (No. 7:23-cv-03586).

2. I have reviewed Plaintiff's Second Amended Complaint in *The Wave Studio, LLC v. Trivago N.V. et al,* No. 7:23-cv-03586 (Dkt. 41), the First Amended Complaint and Master Complaint in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, No. 7:13-cv-09239-CS-VR (Dkts. 7, 332), the Reply Declaration of Lee Kar Yin (Dkt. No. 202, Ex. 1, A), and Exhibit 1 to Plaintiff's Opposition to the Trip Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (Dkts. 530, 531).

1

3. Based on my review, I declare that the copyrighted works at issue in the claims asserted against the Trip Defendants share the same copyright registrations as the copyright registrations alleged to have been infringed by General Hotel Management, Ltd. ("GHM") in the First Amended Complaint (Dkt. 7) and the Master Complaint, so the allegations against the Trip Defendants arise from the same alleged chain of dissemination that was alleged in Plaintiff's claims against GHM.

4. The pleadings concern the same photographs created by Ms. Lee through Plaintiff and its related entities, covering approximately 2,381 published and 756 unpublished works registered with the U.S. Copyright Office. The identified works depict the same core group of hotels, including The Setai Miami, The Leela Goa, The Chedi Muscat, The Datai Langkawi, The Lalu Sun Moon Lake, and The Chedi Chiang Mai, among others.

5. Attached as Exhibit A is a true and correct certified copy of the New York State Department of State's file regarding Plaintiff of various filings submitted by Plaintiff to the New York State Department of State.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of August, 2025 in Towson, MD.

_____
Dayna C. Cooper