# **EXHIBIT A**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 110901000658 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633753 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

110901000 658

# ARTICLES OF ORGANIZATION

OF

## THE WAVE STUDIO, LLC

Under Section 203 of the Limited Liability Company Law of the State of New York

**THE UNDERSIGNED**, being a natural person of at least eighteen (18) years of age and acting as the organizer of the limited liability company (the "Company") hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York (the "LLCL"), certifies that:

**FIRST:**     The name of the Company is:

## THE WAVE STUDIO, LLC

**SECOND:**    The county within the State of New York in which the principal office of the Company is to be located is **WESTCHESTER.**

**THIRD:**     The Secretary of State is designated as the agent of the Company upon whom process against the Company may be served.  The post office address within or without the State of New York to which the Secretary of State shall mail a copy of any process against the Company served upon such Secretary of State is **THE LLC, C/O LEASON ELLIS, ONE BARKER AVE., WHITE PLAINS, NY 10601.**

IN WITNESS WHEREOF, I have subscribed these Articles of Organization and do hereby affirm the foregoing as true under penalties of perjury, this 09/01/11

*Sharon Babala*
_____
Sharon Babala
*Sole Organizer*
c/o Blumberg*Excelsior* Corporate Services
52 South Pearl Street, 2nd Floor
Albany, NY  12207

110901000 658

# ARTICLES OF ORGANIZATION

## OF

## THE WAVE STUDIO, LLC

Under Section 203 of the Limited Liability Company Law of the State of New York

**BLU-39
DRAWDOWN**

RECEIVED
2011 SEP -1 PM12:05

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   SEP 0 1 2011

TAX $ _____

BY: _ICB_____

### FILED BY:

BLUMBERGEXCELSIOR CORPORATE SERVICES INC.
52 SOUTH PEARL STREET, 2ND FLR
ALBANY, NY 12207

2011 SEP -1 PM 1:28

FILED

688

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 120105001050 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633755 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

120105001050

# CERTIFICATE OF PUBLICATION
## OF

## THE WAVE STUDIO, LLC

Under Section 206 of the Limited Liability Company Law

The undersigned is the          *Authorized Person*                    of

_____

### THE WAVE STUDIO, LLC

The published notices described in the annexed affidavits of publication contain all of the information required by Section 206 of the Limited Liability Company Law.

The newspapers described in such affidavits of publication satisfy the requirements set forth in the Limited Liability Company Law and the designation made by the county clerk.

I certify the foregoing statements to be true under penalties of perjury.

DEC 1 6 2011

(Signature)____*Sharon Babala*_____

(Type or Print Name) **Sharon Babala**

120105001050

# WESTCHESTER LAW JOURNAL
## 175 Main Street
## White Plains, NY 10601
## 914-948-0715 Fax: 914-948-3014

---

**LIMITED LIABILITY COMPANY**

THE WAVE STUDIO, LLC, a domestic
Limited Liability Company (LLC), filed
with the Sec of State of NY on 9/1/11.
NY Office location: Westchester County.
SSNY is designated as agent upon whom
process against the LLC may be served.
SSNY shall mail a copy of any process
against the LLC served upon him/her to
The LLC, c/o Leason Ellis, One Barker
Ave., White Plains, NY 10601. General
Purposes.

10/31, 11/7, 14, 21, 28, 12/5

Affidavit of Publication Under Section #206 of the Limited
Liability Company Law State of New York, County of
Westchester. The undersigned is the publisher of Westchester
Law Journal, a weekly newspaper published in White Plains.
A notice regarding **THE WAVE STUDIO, LLC** was published
in said newspaper once a week for six successive weeks,
commencing on **October 31, 2011** and ending on
**December 5, 2011**. The text of the notice as published in said
newspaper is as set forth below, or in the annexed exhibit.
This newspaper has been designated by the Clerk of
Westchester County for this purpose.

**Melissa Perez as the authorized designee of the
publisher, Westchester Law Journal**

sworn to before me this 6st day of December 2011

Notary Public of Westchester County

LESLIE SALMON
NOTARY PUBLIC, State of New York
No. 01SA5038724
Qualified in Westchester County
Commission Expires August 9, 2015

# The Journal News

## AFFIDAVIT OF PUBLICATION
### Under Section 206 of the Limited Liability Company Law

**State of New York,**

**County of  Westchester, ss.:**

The undersigned is the publisher of **THE JOURNAL NEWS**, a daily newspaper published in White Plains, New York.  A notice regarding  **THE WAVE STUDIO, LLC**  was published in said newspaper once in each week for **6** successive weeks, commencing on **10/28/2011** and ending on **12/02/2011**.  The text of the notice as published in said newspaper is as set forth in the annexed exhibit.  This newspaper has been designated by the Clerk of the following county for this purpose:

**Westchester**

_____
Signature

Florence Bonilla
_____
Printed Name (Authorized designee of Janet Hasson, Publisher of  THE JOURNAL NEWS)

Subscribed and sworn to before me,

This  6th      day of  December      20  11

JESSIE L ARAUJO DSOUZA
Notary Public, State of New York
No. 01AR6083528
Qualified in Westchester County
Commission Expires November 18, 2014

_____
Notary Signature

_____

Notary Public Stamp

AD# 3268407                                                          ACCOUNT#:072931106

| Ad Number | Start Date | End Date |
|---|---|---|
| 3268407 | 10/28/201 | 12/02/2011 |

Ad Text:

THE WAVE STUDIO, LLC, a
domestic Limited Liability
Company (LLC), filed with
the Sec of State of NY on
9/1/11. NY Office location:
Westchester County. SSNY
is designated as agent upon
whom process against the
LLC may be served. SSNY
shall mail a copy of any
process against the LLC
served upon him/her to The
LLC, c/o Leason Ellis, One
Barker Ave., White Plains,
NY 10601. General Purposes.

**Run dates:**    10/28, 11/04, 11/11, 11/18, 11/25, 12/02

120105001 050

# CERTIFICATE OF PUBLICATION

## OF

## THE WAVE STUDIO, LLC

Under Section 206 of the Limited Liability Company Law of the State of New York

# BLU-39
# DRAWDOWN

STATE OF NEW YORK
DEPARTMENT OF STATE
FILE:   JAN 0 5 2012
TAX $ _____
BY: _____

### FILED BY:

BLUMBERG*EXCELSIOR* CORPORATE SERVICES, INC.
52 SOUTH PEARL STREET, 2ND FLOOR
ALBANY; NY  12207

1148

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 130927006032 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633756 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:**     **THE WAVE STUDIO, LLC**

**FILING PERIOD:**     **09/2013**

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| **THE WAVE STUDIO, LLC** |

| Address Line 1 |
|---|
| **C/O LEASON ELLIS** |

| Address Line 2 |
|---|
| **ONE BARKER AVE.** |

| City | State | Zip Code |
|---|---|---|
| **WHITE PLAINS** | **NY** | **10601** |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| **CAMERON S. REUBER** |

| Capacity of Signer |
|---|
| **AUTHORIZED PERSON** |

## FILED WITH THE NYS DEPARTMENT OF STATE ON: 09/27/2013
## FILING NUMBER: 130927006032 - 4137603

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 200821060219 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633757 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:**      THE WAVE STUDIO, LLC

**FILING PERIOD:**      09/2019

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| | | |
|---|---|---|
| **Name** | | |
| THE WAVE STUDIO, LLC | | |
| **Address Line 1** | | |
| C/O BROWNE GEORGE ROSS LLP | | |
| **Address Line 2** | | |
| 5 PENN PLAZA, 24TH FLOOR | | |
| **City** | **State** | **Zip Code** |
| NEW YORK | NY | 10001 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| |
|---|
| **Electronic Signature** |
| BRETT D. KATZ |
| **Capacity of Signer** |
| AUTHORIZED PERSON |

## FILED WITH THE NYS DEPARTMENT OF STATE ON: 08/21/2020
## FILING NUMBER: 200821060219 - 4137603

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 210222000441 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633758 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



 **NEW YORK** STATE OF OPPORTUNITY. | **Division of Corporations, State Records and Uniform Commercial Code**

New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE
## OF

### THE WAVE STUDIO, LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

THE WAVE STUDIO, LLC

If the name of the limited liability company has been changed, the name under which it was organized is: _____.

**SECOND:** The date of filing of the articles of organization is: SEPTEMBER 01, 2011_____.

**THIRD:** The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☑ The county location, within this state, in which the office of the limited liability company is located, is changed to: New York_____.

2. ☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:

The Wave Studio, LLC c/o Browne George Ross O'Brien Annaguey & Ellis LLP, 5 Penn Plaza, 24th Floor, New York, NY 10001

3. ☐ The limited liability company hereby: *[check one]*

   ☐ Designates_____ as its registered agent upon whom process against the limited liability company may be served. The street address of the registered agent is:

   _____.

   ☐ Changes the designation of its registered agent to:_____. The street address of the registered agent is:

   _____.

   ☐ Changes the address of its registered agent to:

   _____.

   ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)

Page 1 of 2

210222000441

210 22 2000

X _____
*(Signature)*

Brett D. Katz
_____
*(Type or print name)*

Capacity of Signer *(Check appropriate box)*:

☐ Member

☐ Manager

☒ Authorized Person

# CERTIFICATE OF CHANGE

## OF

### THE WAVE STUDIO, LLC

_____
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Brett D. Katz
_____
*Name:*

Browne George Ross O'Brien Annaguey & Ellis LLP
_____
*Company, if Applicable:*

5 Penn Plaza, 24th Floor
_____
*Mailing Address:*

New York, NY  10001
_____
*City, State and Zip Code:*

**NOTES:**

1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

*(For office use only)*

] (L

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   FEB 2 2 2021

TAX $
BY:

DOS-1359-f (Rev. 03/17)

495

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 210922001434 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633759 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

**Biennial Statement**
NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:**    THE WAVE STUDIO, LLC
**FILING PERIOD:**    9/1/2021 12:00:00 AM

**Part 1** - Service of Process Address (Address must be within the United States or its territories)
**Name**
**C/O BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**
**Address Line 1**
**5 PENN PLAZA**
**Address Line 2**
**24TH FLOOR**
**City**                                    **State**              **Zip Code**
**NEW YORK**                               **NY**                 **10001**

**Signer Information**

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

**Electronic Signature**
**BRETT D. KATZ**
**Capacity of Signer**
**AUTHORIZED PERSON**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 220618000733 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633760 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

**Division of Corporations,**
**State Records and**
**Uniform Commercial Code**

## CERTIFICATE OF CHANGE
## OF

THE WAVE STUDIO, LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

FIRST: The name of the limited liability company is:

THE WAVE STUDIO, LLC

If the name of the limited liability company has been changed, the name under which it was organized is:_____

SECOND: The date of filing of the articles of organization is:_____09/01/2011_____.

THIRD: The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to:_____

2. ☒ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:

    Cogency Global Inc.   122 East 42nd Street, 18th Floor  New York, NY 10168

3. ☒ The limited liability company hereby: *[check one]*

    ☒ Designates_____Cogency Global Inc._____ as its registered agent upon whom process against the limited liability company may be served. The street address of the registered agent is:

    122 East 42nd Street, 18th Floor  New York, NY 10168

    ☐ Changes the designation of its registered agent to:_____.
    The street address of the registered agent is:

    ☐ Changes the address of its registered agent to:

    ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)                                                                    Page 1 of 2

---

**Filed with the NYS Department of State on 06/17/2022**
**Filing Number: 220618000733 DOS ID: 4137603**

**X** _____ /S/ Vijay Toke
_(Signature)_

Capacity of Signer _(Check appropriate box):_

☐ Member

_____ Vijay Toke

☐ Manager

_(Type or print name)_

☒ Authorized Person

# CERTIFICATE OF CHANGE
# OF

**THE WAVE STUDIO, LLC**
_____

_(Insert Name of Domestic Limited Liability Company)_

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Vijay Toke
_____
_Name:_

Rimon PC
_____
_Company, if Applicable:_

420 W. Main Street Suite 101B
_____
_Mailing Address:_

Boise, ID 83702
_____
_City, State and Zip Code:_

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

_(For office use only)_

---

**Filed with the NYS Department of State on 06/17/2022**
**Filing Number: 220618000733 DOS ID: 4137603**

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for THE WAVE STUDIO, LLC, File Number 250424000082 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 23, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100008633761 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov



New York State
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

## CERTIFICATE OF CHANGE
## OF

The Wave Studio, LLC
_____
(*Insert Name of Domestic Limited Liability Company*)

Under Section 211-A of the Limited Liability Company Law

FIRST: The name of the limited liability company is:

The Wave Studio, LLC
_____.

If the name of the limited liability company has been changed, the name under which it was organized

is: _____.

SECOND: The date of filing of the articles of organization is: 09/01/2011
_____.

THIRD: The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☑ The county location, within this state, in which the office of the limited liability company is

located, is changed to: Albany
_____.

2. ☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of

the limited liability company is changed to read in its entirety as follows:

Registered Agents Inc. 418 Broadway STE R Albany NY 12207
_____.

3. ☑ The limited liability company hereby: *[check one]*

☐ Designates_____ as

its registered agent upon whom process against the limited liability company may be served.

The street address of the registered agent is:

_____

☑ Changes the designation of its registered agent to: Registered Agents Inc.
_____.

The street address of the registered agent is:

418 Broadway STE R Albany NY 12207
_____.

☐ Changes the address of its registered agent to:

_____.

☐ Revokes the authority of its registered agent.

**Filed with the NYS Department of State on 04/23/2025**
**Filing Number: 250424000082 DOS ID: 4137603**

**X** *Robin Jones*
*(Signature)*

Robin Jones
*(Type or print name)*

Capacity of Signer *(Check appropriate box):*

☐ Member

☐ Manager

☑ Authorized Person

CERTIFICATE OF CHANGE

OF

The Wave Studio, LLC

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Isaac Monroe
*Name:*

Registered Agents Inc.
*Company, if Applicable:*

418 Broadway STE R
*Mailing Address:*

Albany, NY, 12207
*City, State and Zip Code:*

**NOTES:**

1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.

2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.

3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.

4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

*(For office use only)*

Filed with the NYS Department of State on 04/23/2025
Filing Number: 250424000082 DOS ID: 4137603