UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>GENERAL HOTEL MANAGEMENT LTD., *et al.*,<br><br>                              Defendants. | No. 7:13-cv-09239<br><br>Related Action:<br>No. 7:23-cv-03586 |

### DECLARATION OF YUXIN CHEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS ON *FORUM NON CONVENIENS* GROUNDS

I, Yuxin Chen, declare under penalty of perjury pursuant to 28 U.S. Code § 1746 as follows:

1. I am Legal Counsel, IP of Trip.com Group Limited ("Trip.com"), one of the defendants in this lawsuit. I make this declaration based on personal knowledge and my review of corporate records in the regular course of my duties. I am over the age of eighteen. If called as a witness, I could and would competently testify to the statements set forth below.

2. Trip.com is incorporated in the Cayman Islands and has its principal place of business in Singapore.

3. Another defendant named in this lawsuit—Trip.com Travel Singapore Pte. Ltd. ("Trip.com Singapore")—is a subsidiary of Trip.com. Trip.com Singapore is incorporated and has its principal place of business in Singapore.

4. Another defendant named in this lawsuit—Skyscanner Ltd. ("Skyscanner")—is a subsidiary of Trip.com. Skyscanner is incorporated and has its principal place of business in the United Kingdom.

5. To the extent that some or all of the following statements may be deemed necessary, Trip.com, Trip.com Singapore, and Skyscanner: (a) consent to the jurisdiction of the courts of Singapore for purposes of resolving the claims that are pending against them in this Southern District of New York litigation; and (b) will not contest service of process in Singapore, if Plaintiff files those claims in a Singapore court and complies with applicable Singapore law regarding service of process on Trip.com, Trip.com Singapore, and Skyscanner. The statements set forth in this paragraph are limited to the claims at issue in this litigation and do not waive any other defenses or objections that may be available in the Southern District of New York, in Singapore, or in any other forum.

6. If and when this case goes to trial, the witness for Trip.com, Trip.com Singapore, and Skyscanner will be Jia Hui Tan, Senior Legal Counsel, S.E.A.[1], who is based in Singapore.

7. I am authorized to make the statements set forth in this declaration regarding Trip.com, Trip.com Singapore, and Skyscanner on behalf of those three defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of August, 2025 (U.S. EDT), at Shanghai, China.

*Yuxin Chen*
Yuxin Chen

---

[1] Shorthand for "Southeast Asia"

2