IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>         Plaintiff,<br><br>  -against-<br><br>General Hotel Management Ltd., et al.,<br><br>         Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF WAVE'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S CLAIMS ON *FORUM NON CONVENIENS* GROUNDS BY TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., AND SKYSCANNER LTD.** |

I, Francesca M. S. Germinario, hereby declare under 28 U.S. § 1746:

  1.  I am an attorney at Warren Kash Warren, LLP, counsel of record for plaintiff The Wave Studio, LLC ("Wave" or "plaintiff") in this matter. I have personal knowledge of the matters stated below and if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Wave's Opposition to Motion to Dismiss Plaintiff's Claims on *Forum Non Conveniens* by Trip.com Group Limited, Trip.com Travel Singapore Pte., Ltd., and Skyscanner Ltd.

  2.  Attached as Exhibit 1 is a true and correct copy of an excerpt of Trip.com Group's Instagram page, named "tripcomgroup," downloaded from https://www.instagram.com/p/DEy3ph4p9ms/?hl=en, on September 16, 2025.

  3.  Attached as Exhibit 2 is a true and correct copy of an excerpt of Trip.com Group's LinkedIn page, downloaded from https://www.linkedin.com/company/tripcomgroup, on September 19, 2025.

– 2 –

4. Attached as Exhibit 3 is a true and correct copy of an article titled "China's Trip.Com Forms JV With TripAdvisor, May Name Person to US Firm's Board," on yicaiglobal.com, dated November 8, 2019, downloaded from https://www.yicaiglobal.com/news/china-tripcom-forms-jv-with-tripadvisor-may-name-person-to-us-firm-board, on September 20, 2025.

5. Attached as Exhibit 4 is a true and correct copy of a document entitled "TripAdvisor, Inc. and Trip.com Group Limited's Governance Agreement," dated November 6, 2019, downloaded from https://www.sec.gov/Archives/edgar/data/1526520/000156459019040994/trip-ex101_96.htm, on September 17, 2025.

6. Attached as Exhibit 5 is a true and correct copy of an article titled "TripAdvisor and Ctrip Enter Into Chinese Joint Venture and Global Licensing Agreement," on skift.com, dated November 6, 2019, downloaded from https://skift.com/2019/11/06/tripadvisor-and-ctrip-form-chinese-joint-venture-and-global-cooperation/, on September 20, 2025.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt of Anthony Cooper's LinkedIn page, downloaded from https://www.linkedin.com/posts/anthony-cooper-769016184_rosewoodsandhill-ctrip-tripdotcom-activity-7255282586149662720-O0Hk/, on September 19, 2025.

8. Attached as Exhibit 7 is a true and correct copy of Jia Hui Tan's LinkedIn profile, downloaded from https://www.linkedin.com/in/jia-hui-tan-77a600130/, on September 20, 2025.

9. Attached as Exhibit 8 is a true and correct copy of Ben Hopper's LinkedIn profile, downloaded from https://www.linkedin.com/in/hopperben/, on August 28, 2025.

10. Attached as Exhibit 9 is a true and correct copy of Aidan Aktouf's LinkedIn profile, downloaded from https://www.linkedin.com/in/aidan-aktouf-a280682a/, on August 27, 2025.

11. Attached as Exhibit 10 is a true and correct copy of Jia Feng's LinkedIn profile, downloaded from https://www.linkedin.com/in/jia-feng-14a7a9220/, on September 16, 2025.

12. Attached as Exhibit 11 is a true and correct copy of Luis Lizarazo's LinkedIn profile, downloaded from https://www.linkedin.com/in/luislizarazo/, on September 19, 2025.

13. Attached as Exhibit 12 is a true and correct copy of Ying Wang's LinkedIn profile, downloaded from https://www.linkedin.com/in/ying-wang-846b284/, on September 16, 2025.

14. Attached as Exhibit 13 is a true and correct copy of Michelle Kang's LinkedIn profile, downloaded from https://www.linkedin.com/in/michellekang123/, on September 16, 2025.

15. Attached as Exhibit 14 is a true and correct copy of Daniel Palmer's LinkedIn profile, downloaded from https://www.linkedin.com/in/danielpalmer12/, on September 4, 2025.

16. Attached as Exhibit 15 is a true and correct copy of a page titled "Expedia, Hopper and Skyscanner, are all the same?," on travelthink.org, dated January 17, 2020, downloaded from https://travelthink.org/expedia-hopper-skyscanner/, on September 4, 2025.

17. Attached as Exhibit 16 is a true and correct copy of an page titled "Preferred Hotel Group Partners With Skyscanner," on preferredhotels.com, dated October 27, 2014,

downloaded from https://preferredhotels.com/bulletin/preferred-hotel-group-partners-skyscanner, on September 19, 2025.

18. Attached as Exhibit 17 is a true and correct copy of Daniel Almada's LinkedIn page, downloaded from https://www.linkedin.com/in/danielalmada/, on September 4, 2025.

19. Attached as Exhibit 18 is a true and correct copy of an excerpt of a page titled "Trip.com appoints new Americas GM," on travelmole.com, dated June 8, 2022, downloaded from https://www.travelmole.com/news/trip-com-appoints-new-americas-gm/, on September 20, 2025.

20. Attached as Exhibit 19 is a true and correct copy of an excerpt of a page downloaded from https://www.linkedin.com/posts/hopperben_bay-area-you-brought-the-buzz-thank-activity-7359599166756409346--kQH/?utm_source, on September 19, 2025.

21. Attached as Exhibit 20 is a true and correct copy of an excerpt of Trip.com's LinkedIn page titled "Trip.com," downloaded from https://www.linkedin.com/company/trip-com/people/?facetGeoRegion=103644278, on September 19, 2025.

22. Attached as Exhibit 21 is a true and correct copy of an excerpt of Trip.com Group's LinkedIn page, downloaded from https://www.linkedin.com/company/tripcomgroup/people/?facetGeoRegion=103644278, on September 19, 2025.

23. Attached as Exhibit 22 is a true and correct copy of an excerpt of Skyscanner's LinkedIn page, downloaded from

https://www.linkedin.com/company/skyscanner/people/?facetGeoRegion=103644278, on September 20, 2025.

24. Attached as Exhibit 23 is a true and correct copy of an excerpt of New York State Department of State page titled "Entity Information" for "Universal Vision Holdings Corporation" downloaded from https://apps.dos.ny.gov/publicInquiry/#search, on September 19, 2025.

25. Attached as Exhibit 24 is a true and correct copy of an article titled "TRIP.COM GROUP NAMED TOP TRAVEL BUYER IN THE U.S.," on PR Newswire, dated June 7, 2022, downloaded from https://www.prnewswire.com/news-releases/tripcom-group-named-top-travel-buyer-in-the-us-301562528.html, on September 19, 2025.

26. Attached as Exhibit 25 is a true and correct copy of an excerpt of Trip.com Group Hotel Hub's LinkedIn page titled "In Conversation with Your Market Manager #2: Americas," downloaded from https://www.linkedin.com/posts/tripcomgrouphotelhub_tripcom-americas-marketmanager-activity-7373868319109468160-5Slc/?utm_source, on September 19, 2025.

27. Attached as Exhibit 26 is a true and correct copy of Trip.com's Careers page on careers.trip.com, downloaded from https://careers.trip.com/#/jobList?cityCode=Los_Angeles_Hier, on September 19, 2025.

28. Attached as Exhibit 27 is a true and correct copy of an excerpt of Trip.com Group's LinkedIn page titled "trip.com Jobs," downloaded from

– 5 –

https://www.linkedin.com/jobs/search/?currentJobId=4245627489&geoId=103644278&keywords=trip.com, on September 19, 2025.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2025.

_____
Francesca M. S. Germinario