# EXHIBIT 1



More posts from tripcomgroup





