# EXHIBIT 2

| Top Content | People | Learning | Jobs | Games |

Join now · Sign in



# Trip.com Group

Technology, Information and Internet

Shanghai, Shanghai · 264,801 followers

**See jobs** · **Follow**

Discover all 11,451 employees

**Overview** · Jobs · Life

## About us

Trip.com Group is a leading one-stop travel service provider comprising of Trip.com, Ctrip, Skyscanner, and Qunar. Founded in 1999, listed on Nasdaq in 2003 and HKEX in 2021, Trip.com Group has become one of the largest travel companies in the world in terms of gross merchandise value.

| | |
|---|---|
| Website | https://careers.trip.com |
| Industry | Technology, Information and Internet |
| Company size | 10,001+ employees |
| Headquarters | Shanghai, Shanghai |
| Type | Public Company |
| Specialties | Travel, Internet, and Technology |

## Locations

**Primary**
Shanghai, Shanghai, CN
Get directions

Singapore, Singapore, SG
Get directions

Edinburgh
edinburgh, GB
Get directions

Sydney NSW Australia
Sydney, AU
Get directions

Los Angeles
Los Angeles, US
Get directions

Frankfurt
Frankfurt , DE
Get directions

Bali
bali, ID
Get directions

Tokyo
Tokyo, JP
Get directions

Seoul
Seoul, KR
Get directions

Kuala Lumpur
Kuala Lumpur, MY
Get directions

Manila
Manila, PH
Get directions

Dubai
Dubai, AE
Get directions

Siem Reap
Siem Reap, KH
Get directions

Ho Chi Minh City
Ho Chi Minh City, VN
Get directions

Show fewer locations

## Employees at Trip.com Group

 JP GAN

 Chen Zhang

 Thomas Wolters

 Paul Butcher

See all employees

## Updates

**Trip.com Group**
264,801 followers
3w • Edited

✨ Delighted to share our Q2 2025 results!

**Trip.com Group** reported net revenue of US$2.1 billion in Q2 2025, up 16% YoY, primarily driven by stronger ...more



**Follow us and learn more about Trip.com Group!**

516 · 43 Comments

Like          Comment          Share

**Trip.com Group**
264,801 followers
1d

We are delighted to announce the successful completion of our recent workshop series, held across three alluring Turkish destinations: Ankara, Fethiye, and Cappadocia. Co-organized with **Türkiye Turizm Tanıtım ve Geliştirme Ajansı | Türkiye Tourism Promotion and Development Agency** (TGA), this initiative reflects our continued dedication to engaging the fast-growing global outbound tourism market.

**Amanda Wang**, Vice President of **Trip.com** Group and Advisor to the Chairman, attended the workshop in Ankara. Leading teams from Accommodation, Vacation, and Global Strategic Partnership & Projects, she facilitated productive exchanges with Mr. Erhan Karakaya of the Ankara Provincial Directorate of Culture and Tourism, TGA representatives, and nearly 200 local industry partners—including hoteliers and travel agents.

Equally successful workshops were also held in Fethiye and Cappadocia, each inaugurated with opening speeches by Mr. Hüseyin Toprak, the Fethiye Provincial Directorate of Culture and Tourism and Ms. Kübra Karaalioğlu, the Deputy Governor of Nevşehir, respectively.

These workshops provided an dynamic platform for high-value B2B engagement, reinforcing our commitment to strengthening partnerships with local tourism stakeholders and highlighting Türkiye's rich cultural and natural assets in the global travel market. As part of our global strategy, we are deepening collaboration with leading luxury hotels and iconic attractions across Türkiye. Together, we are elevating unique cultural destinations into must-visit experiences for international travelers, supporting cross-border cooperation and sustainable growth in tourism.

#TripNews #TGA #GoTürkiye #Fethiye #Ankara #Cappadocia #TripcomGroup



69 · 2 Comments

Like   Comment   Share

**Trip.com Group**
264,801 followers
1d · Edited

Elevated above the confluence of the Yangtze and Jialing rivers, the InterContinental Chongqing Raffles City 重庆来福士洲际酒店, part of **IHG Hotels & Resorts**, emerges as an architectural masterpiece crafted by the esteemed Moshe Safdie. Featuring the notable Skybridge, termed "The Crystal", which links four of the eight Raffles …more

16 · 4 Comments

Like   Comment   Share

**Trip.com Group**
264,801 followers
1d

🤝🌏 **Trip.com** and **Traveloka** Forge Strategic Partnership to Expand Attractions and Tours Offerings Across Asia

Both companies will share inventory for attractions and tours, enhancing product availability and user choice. Traveloka's strong Southeast Asia presence and local expertise will bring authentic experiences to **Trip.com** users, while **Trip.com**'s global network will open up diverse options for Traveloka users.

"This partnership reflects our commitment to provide travellers with greater choice and convenience, enriching the travel experience for millions of users worldwide," said Jim Ji, CEO of Attractions & Tours and VP of **Trip.com Group**. "Users of both platforms will benefit from expanded high-quality options, aligning with our ethos of innovating to help customers pursue perfect trips."

#TripNews #Tripcom #TripcomGroup #Traveloka #Partnership



287 · 6 Comments



**Trip.com Group**
264,801 followers
3d

🎉🤝A powerful alliance! Congratulations to **Trip.Biz** and **Key Travel**! Excited to see what this brings to corporate travel management.

**Trip.Biz**
5,041 followers
4d

Something big has been brewing for a while 👀

We're excited to announce that **Trip.Biz** has acquired **Key Travel**, the worldwide leader in travel management for the non-profit sector. Headquartered in the United Kingdom, this acquisition will accelerate our market presence in the EMEA region.

As we continue to pursue the perfect business trip through superior business travel mobility solutions, we're combining our advanced technology platforms with human services to consolidate travel management and dedicated support for travelers everywhere.

Key Travel was naturally the best partner for this journey. Our technology empowers their client-centric expertise and shared commitment to service excellence to ensure cost and compliance rigor in travel programs, whilst elevating the traveler experience.

Together, we'll transform what companies expect from travel management.

Welcome to the **Trip.Biz** family, Key Travel!

#TripBiz #KeyTravel #TravelManagement #BusinessTravel



16 · 7 Comments

 Like            Comment           Share

**Trip.com Group**
264,801 followers
3d

💛 Giving Back: The Love Project in Hong Kong

Our Hong Kong team took heartfelt action to support the "Love Project" by Ginkgo House, a social enterprise dedicated to senior employment and uplifting disadvantaged communities.

🎁 Spreading Festive Cheer
Through partnerships with welfare organizations, we provide free meal boxes and festive supplies to those in need. With Mid-Autumn Festival approaching, our team will deliver mooncakes to bring warmth and joy to local communities.

We believe in making a positive impact—empowering our people to support meaningful causes and strengthen the communities around us.

#TripCare #CSR #CommunityCare #HongKongOffice



42 · 6 Comments

 Like            Comment           Share

**Trip.com Group**
264,801 followers
4d

We were delighted to host the LinkedIn Marketing Solutions team at our headquarters, strengthening our bond to drive global travel marketing forward.

Our leadership team, including Schubert Lou, CEO of Trip.com, Edison Chen, Vice President of Trip.com Group, and Jessie Zhai, Head of Corporate Branding at Trip.com Group, had productive, inspiring discussions with Matt Tindale, Head of Marketing Solutions APAC at LinkedIn, and Vianne Cai, General Manager of LinkedIn Marketing Solutions, China.

As we advance our G2 Strategy, which centres around the core values of "Great Quality and Globalisation", LinkedIn remains a key partner for our B2B global marketing success. We explored how data-driven insights, innovative platforms, and strong collaboration can help brands connect better with international audiences.

Looking ahead, we are excited about the opportunities to collaborate further in shaping the future of global travel marketing together.

#TripcomGroup #Tripcom #LinkedIn #GlobalMarketing #GreatQuality #Globalisation



👍🤝 91 · 17 Comments

👍 Like          💬 Comment          ➤ Share

**Trip.com Group**
264,801 followers
1w

🎯 Our Singapore office recently hosted a transformative 2-day workshop, Present with Confidence.

This interactive training equipped our colleagues with practical tools to:

📍 Articulate ideas through structured and persuasive communication
📍 Organize concepts systematically to create impactful presentations
📍 Adapt style and materials to engage different audiences
📍 Enhance delivery using visual, vocal, and verbal techniques
📍 Manage Q&A sessions and challenging situations with confidence

Through hands-on learning, practice, and constructive feedback, participants walked away more empowered to present with clarity, influence, and impact.

At **Trip.com Group**, we are committed to investing in our people by providing continuous learning opportunities that strengthen both professional growth and personal confidence. 🚀

#TripCareer #JoinUs #SingaporeOffice



👍 80 · 11 Comments

👍 Like          💬 Comment          ➤ Share

**Trip.com Group**
264,801 followers
1w · Edited

🌴 Setting Sail for Sustainability

Our Indonesia team embarks from Sanur Harbour, Bali, heading to Nusa Lembongan Island to champion sustainability.

🌊 Hands-On Coral Restoration
Guided by local conservation groups, we learned about reef ecosystems, mastered coral planting techniques, and transplanted coral fragments through snorkeling and shallow diving.

🌱 By supporting marine biodiversity and ocean sustainability, our colleagues are creating positive change and connecting deeply with nature.

We believe in empowering our team to make a real difference—beyond the workplace and into the world.

#TripCare  #Sustainability  #TeamImpact



67 · 14 Comments

Like    Comment    Share

**Trip.com Group**
264,801 followers
1w

🤝Powering 2025's Event-Travel Boom with New Partnership!

We're excited to announce the official launch of our five-year strategic collaboration with **Cityline (Hong Kong) Limited**, marked by a signing ceremony in Hong Kong. This milestone partnership is **Trip.com Group**'s first with a major ticketing provider in the Hong Kong-Macau market, and Cityline's first integration with an online travel agency. It unites our global reach with their leading tech solutions.

Mr. **Bo Sun**, Chief Marketing Officer of **Trip.com Group**, commented: "Travel is defined by unique experiences and we are constantly innovating to bring travellers closer to those moments. With a rich and growing calendar of live events attracting audiences worldwide, these experiences are a key reason people travel and one of our fastest-growing segments. This collaboration builds on our efforts to deliver a seamless, integrated experience that meets all traveller needs, making every journey an opportunity for discovery, connection, and lasting memories."

The partnership is already delivering results, powering ticketing for high-profile events like Ayumi Hamasaki Asia Tour 2025 Hong Kong, Evolution Nic Live, G-DRAGON 2025 World Tour [Übermensch] IN HONG KONG, and Hong Kong Football Festival 2025. Looking ahead, we will roll out this model to upcoming events such as The Fact Music Awards 2025 in Macau, expanding our reach further.

#TripNews  #TripcomGroup  #Cityline  #EntertainmentTravel

89 · 10 Comments

Like    Comment    Share

## Affiliated pages

**Trip.com Group Hotel Hub**
Travel Arrangements
Shanghai, Shanghai

**Trip.Biz**
Technology, Information and Internet


Easytrip.com
Hospitality

## Similar pages

 **Agoda**
Software Development
Singapore, Singapore

 **Trip.com**
Technology, Information and Internet
Singapore, Singapore

 **Klook**
Software Development

 **Booking.com**
Software Development
Amsterdam, North Holland

Show more similar pages

## Browse jobs

**Manager jobs**
1,880,925 open jobs

**Marketing Manager jobs**
106,879 open jobs

**Analyst jobs**
694,057 open jobs

**Intern jobs**
71,196 open jobs

**Account Manager jobs**
121,519 open jobs

**Graduate jobs**
361,130 open jobs

**Specialist jobs**
768,666 open jobs

**Associate jobs**
1,091,945 open jobs

**Project Manager jobs**
253,048 open jobs

**Customer Service Representative jobs**
185,647 open jobs

Show more jobs like this

## Funding

Trip.com Group  ·  1 total round

**Last Round**
Post IPO debt  ·  Jul 4, 2024

# US$ 1.5B

See more info on crunchbase

More searches

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language