# EXHIBIT 3



LOG IN | ABOUT US | CONTACT

HOME    ECONOMY    FINANCE    BUSINESS    TECH    AUTO    PEOPLE    OPINION    VIDEO    STAR 50

# China's Trip.Com Forms JV With TripAdvisor, May Name Person to US Firm's Board

**TANG SHIHUA**

DATE: NOV 08 2019 / SOURCE: YICAI



China's Trip.Com Forms JV With TripAdvisor, May Name Person to US Firm's Board

(Yicai Global) Nov. 7 -- China's largest online travel agency Trip.Com Group, formerly known as Ctrip, and America's biggest social travel website TripAdvisor are to pool their substantial resources and set up a joint venture in China under the TripAdvisor brand.

Shanghai-based Trip will own 60 percent of TripAdvisor China, with its US partner holding the rest. The deal will give both access to each other's inventory, help Trip with its globalization plans and strengthen TripAdvisor's status as a global travel leader, they said in a joint statement yesterday.

Trip will also be able to nominate a person to TripAdvisor's board, subject to regulatory approval. Should that go ahead, Trip will buy 6.95 million shares

## RELATED

**China Helps Saudi Arabia Explore Uranium Ore Amid Alternative Energy Push**

XU WEI / DEC 19 2017

**China's Raythink Launches New Smart Car AR Head-Up Display at Shanghai Auto Show**

ZHANG YUSHUO / APR 21 2023

**China's Nio Hikes Prices Amid Rising Costs, Halts Car Production After Covid-19 Hits Suppliers**

WEI WEN / APR 11 2022

**China's Nio Scores Wins Against Audi in Australian Trademark Case**

WEI WEN / DEC 05 2024

in TripAdvisor, worth up to USD317.6 million, from the market over a one-year period. That amounts to about 5 percent of the firm's value, according to Yicai Global's calculations.

Needham, Massachusetts-based TripAdvisor said it will provide long-term exclusive brand and content licenses as well as other assets to the JV's Chinese business. The partnership also includes global content-licensing agreements allowing Trip brands, including Trip.com, Qunar and Skyscanner, to distribute TripAdvisor content.

TripAdvisor already has a China brand called Maotuying. The relationship between it and the new JV is not known.

TripAdvisor's stock [NASDAQ:TRIP] fell 4.8 percent to USD38.84 in pre-market trading today after losing almost 0.5 percent in value yesterday, while Trip [NASDAQ:CTRP] was 1.3 percent off at USD34.60 after retreating almost 2 percent yesterday.

Follow Yicai Global on    

Keywords:  Ctrip,TripAdvisor,Trip.Com Group

Two Co-Presidents Take Over From Warburg Pincus Veteran Frank Wei in China

DOU SHICONG / DEC 05 2023

⊙ Report

---

HOME    ECONOMY    FINANCE    BUSINESS    TECH    AUTO    PEOPLE    OPINION    VIDEO



YICAI GLOBAL APP   |   ABOUT US   |   CONTACT US   |   CAREER   |   PRIVACY POLICY

© 2017 - 2018 Yicai Global, Yicai Media Group. All Rights Reserved.

Report harmful issues: 86-4006060101-6 互联网新闻信息服务许可证:31120180001

ICP备案(增值电信业务经营许可证 沪B2-20050348号 互联网视听节目服务(AVSP):沪备2014002 沪ICP备11023243号-25 沪公网安备31010602000015号)