# EXHIBIT 6

9/19/25, 5:50 PM  #rosewoodsandhill #ctrip #tripdotcom #tophotels #california #hospitalityexcellence #businessgrowth #partnerships #travelindustry #…

Case 7:13-cv-09239-CS-VR    Document 586-7    Filed 10/06/25    Page 2 of 3

LinkedIn

Join now | Sign in

Top Content | People | Learning | Jobs | Games

## Anthony Cooper's Post

**Anthony Cooper**
Director of Sales - Rosewood Sand Hill Menlo Park
11mo

🌟 More Exciting News! 🌟
We are thrilled to announce that Rosewood Sand Hill has been recognized as one of the Top Hotels in California for 2024 by Ctrip and **Trip.com**! A heartfelt thank you to **Xingling Lim** from **Trip.com** for this honor.
We look forward to strengthening our partnership and growing our business relationship in 2025 and beyond. Here's to new opportunities!
#RosewoodSandHill #Ctrip #TripDotCom #TopHotels #California #HospitalityExcellence #BusinessGrowth #Partnerships #TravelIndustry #Recognition



102 · 6 Comments

Like | Comment | Share

**Roxana E. Da Costa** — 10mo
Director of Spa | Leading Business Growth through Strategic Leadership and Operational Expertise .
Congratulations! 👏👏👏

Like · Reply · 1 Reaction

**Garret Chan** — 10mo
Analyst Intern at California State Treasurer's Office
Anthony is always the most hardworking person! Congrats 👍

Like · Reply

**Trip.com Group Hotel Hub** — 10mo
Congratulations to **Rosewood Sand Hill** for being awarded the Trip.Best 2024 Luxury Hotel for North America! Your unwavering commitment to excellence and delivering unparalleled guest experiences, in collaboration with **Trip.com**, sets a new benchmark in global hospitality. We eagerly anticipate our continued partnership and future achievements together! 👏🙌🎉

Like · Reply · 1 Reaction

**Heidi Gempel** — 10mo
I help hospitality leaders achieve growth, align teams, and succeed by delivering personalized coaching and strategic trai…
Congrats Anthony!

Like · Reply · 1 Reaction

**Helen Eves** — 10mo
National Account Manager Australia - Tauck
Still working like Coops !

Like · Reply · 2 Reactions

9/19/25, 5:50 PM  #rosewoodsandhill #ctrip #tripdotcom #tophotels #hotelbrand #hospitalityexcellence #businessgrowth #partnerships #travelindustry #…

Case 7:13-cv-09239-CS-VR    Document 586-7    Filed 10/06/25    Page 3 of 3



Xingling Lim
Market Manager at Trip.com Group

10mo

Thank you, Anthony and congratulations! I'm truly grateful for the opportunity to work with such a fantastic team at Rosewood Sand Hill! Looking forward to more successes and growing our partnership!

Like · Reply | 4 Reactions

See more comments

To view or add a comment, sign in



2,125 followers
69 Posts

View Profile    Follow

## Explore topics

Sales

Marketing

IT Services

Business Administration

HR Management

Engineering

Soft Skills

See All

© 2025                                                          About
Accessibility                                                   User Agreement
Privacy Policy                                                  Your California Privacy Choices
Cookie Policy                                                   Copyright Policy
Brand Policy                                                    Guest Controls
Community Guidelines                                            Language