# EXHIBIT 7

## Contact

www.linkedin.com/in/jia-hui-tan-77a600130 (LinkedIn)

### Top Skills

Commercial Contracts
Regulatory Affairs
Stakeholder Management

### Languages

English (Native or Bilingual)
Chinese (Native or Bilingual)

### Certifications

Advocate and Solicitor
Certified Information Privacy Professional/Europe

# Jia Hui Tan

Senior Legal Counsel, SEA
Singapore

## Summary

Legal business partner supporting business teams (including commercial, risk, marketing, customer care and logistics) in navigating wide-ranging legal issues in the fast paced e-commerce and retail space.

My expertise lies in negotiating and drafting contracts, addressing regulatory challenges, resolving disputes and providing strategic legal advice to optimize business operations within a dynamic environment.

I am passionate about facilitating growth and innovation for my business partners while safeguarding legal interests.

---

## Experience

**Trip.com Group**
Senior Legal Counsel, SEA
February 2024 - Present (1 year 8 months)

**Lazada**
4 years 1 month

Senior Legal Counsel
June 2022 - January 2024 (1 year 8 months)
Lazada Southeast Asia and Lazada Singapore

Key portfolios:
Lazada regional (SEA) and local commercial / Cross-border e-commerce / Marketing / Regulatory compliance / Payments Services / Dispute Resolution

Legal Counsel
January 2021 - June 2022 (1 year 6 months)
Singapore

Lazada Singapore and RedMart

Page 1 of 3

Key portfolios:

Lazada commercial / Marketing / Advertising / Loyalty Programmes / Customer Care/ Regulatory Compliance / Data Privacy / Payments Services / Business Risk / Dispute Resolution

### Associate Legal Counsel

January 2020 - December 2020 (1 year)

Lazada Singapore and RedMart

Key portfolios:

RedMart commercial / Loyalty Programmes / Customer Care / Regulatory Compliance / Data Privacy / Business Risk / Dispute Resolution / HR / Logistics

### LVM Law Chambers LLC

3 years

### Senior Associate

January 2019 - January 2020 (1 year 1 month)

Dispute resolution - Litigation & Arbitration

Matters include contractual and company disputes; family and contentious probate

### Associate

February 2017 - December 2018 (1 year 11 months)

Dispute resolution

### Lee & Lee

2 years 1 month

### Associate

August 2015 - January 2017 (1 year 6 months)

Banking & Finance

Matters include secured bilateral / syndicated loans, REIT financing, asset financing, unsecured loans and general banking facilities

### Practice Trainee

January 2015 - July 2015 (7 months)

———

## Education

Singapore Management University

Bachelor of Laws - LLB, Bachelors of Laws (LL.B.) · (2010 - 2014)

Bucerius Law School

 · (2013 - 2013)

Raffles Junior College

GCE A Levels - Integrated Programme · (2008 - 2009)