# EXHIBIT 8

## Contact

www.linkedin.com/in/hopperben
(LinkedIn)

## Top Skills

Hotels
Resorts
Hospitality Management

# Ben Hopper

MD - Americas Trip.com Group
United States

## Summary

A highly driven and passionate leader with account management and sales experience multiple markets, countries and roles. Experience in managing new business development teams, highly concentrated strategic markets and large scale tertiary regions. A keen ability to break down complex problems and focus on the core issue while rallying teams behind a common objective. Experience leading large teams  across several countries with diverse cultures, languages & business objectives

---

## Experience

**Trip.com Group**
MD - Americas
September 2022 - Present (3 years 1 month)

**Expedia Group**
9 years 8 months

Director, Market Management
February 2020 - September 2022 (2 years 8 months)
Greater China & South Korea

Area Manager
September 2016 - January 2020 (3 years 5 months)
New York City / Sydney Australia

Market Manager
August 2014 - August 2016 (2 years 1 month)
New York City

Associate Market Manager
September 2013 - August 2014 (1 year)
Dallas/Fort Worth Area

Market Associate
February 2013 - September 2013 (8 months)

Dallas/Fort Worth Area

Kendall College
Marketing Associate
August 2012 - December 2012 (5 months)

Grand Cayman Marriott Beach Resort
Management Internship
July 2011 - January 2012 (7 months)

Hyatt Regency Resort Coolum
Food & Beverage Assistant/ Nightclub Supervisor
July 2010 - January 2011 (7 months)

Caves Beachside Hotel
Function Supervisor
January 2009 - January 2010 (1 year 1 month)
Caves Beach Newcastle

Dixon Park Pavillion
Function Supervisor
October 2005 - January 2010 (4 years 4 months)

―――

Education

Blue Mountains International Hotel Management School
Bachelor of Business, Hotel Management

Glion Institute of Higher Education
Glion Advanced Certificate in Hospitality Managament, Hospitality Administration/Management

Kendall College
Bachelor of Arts (B.A.), Hospitality Administration/Management