# EXHIBIT 9

## Contact

www.linkedin.com/in/aidan-aktouf-a280682a (LinkedIn)

## Top Skills

Customer Service
Food & Beverage
Hospitality

## Languages

English (Native or Bilingual)
French (Limited Working)

## Certifications

Certified Revenue Management Executive

## Honors-Awards

Chancellor's Scholarship
2016 Most Improved Revenue Growth North America Markets
2016 Most Improved Room Night Growth North America Markets
Emerging Professional Undergraduate

# Aidan Aktouf

Regional Director at Trip.com Group
Los Angeles Metropolitan Area

## Summary

Alumnus of Penn State University's School of Hospitality Management with a strong foundation in revenue management and a proven track record of leading cross-functional teams to achieve and exceed business objectives. Skilled in overseeing multiple lines of business with a strategic focus on sales growth, distribution optimization, profit maximization, and data-driven decision-making. Adept at guiding business intelligence initiatives and conducting performance assessments that drive actionable insights. Recognized for a collaborative, win-win negotiation style and a results-oriented mindset. Technically proficient, with the ability to align complex strategies with operational execution for sustained success.

Recipient of Penn State's Emerging Professional Undergraduate Award (2021), recognizing leadership, career growth, and commitment to social responsibility in the hospitality industry.

"When your work speaks for itself, don't interrupt." - Henry J. Kaiser

## Experience

**Trip.com Group**
Regional Director - Growth Markets, Americas
2024 - Present (1 year)
Los Angeles, California, United States

• Oversee development of Trip.com's acquisition product in the Americas, driving execution across data/reporting, onboarding, contracting, and marketing in collaboration with cross-functional teams.
• Lead the launch and growth of the Alternative Accommodations business, including team building, supplier relations, and strategic partnerships.
• Lead and manage a diverse team of Market Managers and Executives, providing consistent coaching, performance reviews, and strategic support to ensure team alignment with business goals and objectives, while fostering a collaborative environment that drives both individual and team success.

• Own key partner relationships, lead contract negotiations, and ensure alignment with overall business objectives.

Expedia Group
11 years

Area Manager
2018 - 2024 (6 years)
Los Angeles, CA

• Responsible for leading a team in driving account management, strategy implementation, and planning within the Los Angeles market.
• Driving team account management to maximize revenues through achieving quarterly targets, driving implementation of internal business initiatives, and improving process efficiencies in addition to developing and sustaining strong hotel partner relationships in the Los Angeles area.

Senior Market Manager
2018 - 2018 (less than a year)
Los Angeles, CA

• Responsible for facilitating and maintaining all operations of the Los Angeles team including driving revenue, strategic initiatives, and business objectives while both Area Managers are on extended leave.
• Create and drive the business strategy for the Los Angeles Market Management Team in collaboration with the Los Angeles and California Leadership Teams.
• Represent the team in all facets of the business internally and externally at industry meetings, market forums, and any relevant partner events.
• Coach and provide strategic direction to Market Managers, Associate Market Managers, and Market Associates by leveraging best practices, market experience and product solutions.
• Conduct performance reviews and provide coaching and feedback for team members through ongoing development training both internally and through in-market shadowing.

Market Manager
2016 - 2018 (2 years)
Los Angeles, CA

• Drive revenue via account management and strategic development for the Expedia lodging business. Portfolio comprised of Expedia's landmark properties in Los Angeles.
• Develop account specific action plans based on business intelligence, market data, consumer insights, competitive activity and lodging market trends.

• Evaluate business models and develop solutions aiming to improve business and process efficiencies.
• Build and sustain strong partnerships through the execution of sound recommendations, superior analytic reporting, on-going contact, flawless partner service and providing expertise.
• Coach and provide strategic direction to Associate Market Managers and Market Associates by leveraging best practices, market experience and product solutions.

### Associate Market Manager
2014 - 2016 (2 years)
Los Angeles, CA

• Deliver revenue and/or acquisition goals through management of inventory, content, rates and supplier relations through negotiation of exclusive inventory and competitive rates in my markets.
• Negotiate and secure market deals, merchandising promotions and dynamic rate rules. Coordinate with various Point of Sales (POSa) to leverage merchandising opportunities and offerings to my respective markets.
• Develop and sustain strong partner relationships by delivering superior consulting services and capturing marketing and sales opportunities through regular partner contact and delivering value added services.
• Develop and drive sound recommendations/action plans based on insights from data analysis to optimize partner hotels in the Expedia market place and their lodging market overall.
• Develop a strong network and relationships within the local market in order to leverage appropriate market influencers (e.g. convention and visitors bureau, hotel association etc.) and provide expertise to the local industry.
• Promote Expedia's full suite of products offerings and key initiatives to partners and educate them on the full use of our products and tools.
• Act as liaison between partners and other Expedia functional areas to train and educate partners on the various Expedia tools, connectivity solutions, payment and billing alternatives, and other partner facing Expedia systems or services.
• Prospect and acquire new partnerships with lodging suppliers of all types.

### Market Associate
2013 - 2014 (1 year)
San Francisco Bay Area

• Managed promotional campaigns in market, which included pitching promotional opportunities to partners and soliciting deals from hotels.

• Improved key business metrics such as rate and inventory competitiveness to appropriately position Expedia's products in the marketplace.
• Served as the Head BML Lead for the west coast to streamline all competiveness issues to be funneled through from the strategy, supply and analytics team. In this role, responsibilities included gathering all inquiries related to BML and system breakdowns from west coast BML leads, serving as the main point of contact for BML leads to escalate questions to, creating the agenda for the BML leads call, maintaining a 1:1 relationship with the BML champion and SSA team, and offer feedback and suggestions on where improvements to the system, structure, and protocols could be made.
• Spearheaded a pilot program to take an active approach to hotels providing uncompetitive rates and inventory in Palm Springs. This process resulted in increased partner engagement and competitive rates and inventory across the market, which in turn resulted in incremental room night production and revenue generated.
• Led trainings on various industry techniques and system tools with new hires in the organization.
• Communicated and strategized with top partners in the Southern California market that historically have been top competitiveness offenders to build a strategy that would benefit both parties.
• Participated on several cross-functional teams to keep California as well as other regions across the country updated on various news, trends, and regional analyses of the market.

HSMAI Los Angeles
Vice President Programs & Education
2017 - 2020 (3 years)
Greater Los Angeles Area

HSMAI is a global organization of sales and marketing professionals representing all segments of the hospitality industry. With a strong focus on education, HSMAI has become the industry champion in identifying and communicating trends in the hospitality industry while operating as a leading voice for both hospitality and sales and marketing management disciplines, as well as connecting its members with customers. Founded in 1927, HSMAI is an individual membership organization comprised of nearly 7,000 members from 35 countries and chapters worldwide. HSMAI is the hospitality industry source for knowledge, community, and recognition for leaders committed to professional development, sales growth, revenue optimization, marketing, and branding.

Bryce Jordan Center
Catering and Operations Management
2011 - 2012 (1 year)
University Park, PA

• Implemented best practices, researched other food & beverage departments, designed catering menus, planned events, coordinated set up for events, studied industry trends, and gained experience in financial analysis of a food and beverage department.
• Catered to the needs of Penn State Division 1 athletes as well as 22 conference rooms and any main events taking place at the 360,000 square foot 16,000 capacity facility.
• Worked closely with the facility Food and Beverage Director to set merchandising campaign strategies, concession stand pricing, and soliciting for catered events from outside vendors.

The Pennsylvania State University
Research Assistant
2010 - 2011 (1 year)
University Park, PA

• Responsible for communicating and assigning work to students as well as facilitating class discussions, grading coursework and holding 1:1 performance reviews with students.
• Conducted research on various corporate business models for productivity and efficiency in the workplace.

Person to Person Marketing, LLC
Sales and Acquisitions Coordinator
2010 - 2011 (1 year)

• Generated marketing strategies for acquisition of new accounts using cold calling, partner visits, and market events to generate interest in supplier products and services.
• Facilitated sales consulting for various Fortune 500 companies in local markets to increase brand awareness and recognition.

The Walt Disney Company
Revenue Intern
2010 - 2011 (1 year)
Lake Buena Vista, FL

• Worked alongside Director of Revenue and General Manager while gaining experience working with property management systems, adjusting rates and inventory, and managing hotel reservations.
• Experienced extensive customer service training by one of the most highly regarded Fortune
500 companies in the hospitality industry.

―――

## Education

Penn State University

Undergraduate, Hotel, Restaurant, Institutional Management · (2008 - 2012)