# **EXHIBIT 10**

## Contact

www.linkedin.com/in/jia-feng-14a7a9220 (LinkedIn)

## Top Skills

Negotiation
Operations Management
Commercial Negotiation

# Jia Feng

Regional Director
Yorba Linda, California, United States

## Experience

Trip.com
Regional Director
October 2021 - Present (4 years)
Los Angeles Metropolitan Area

Alibaba Group
Senior Key Account Manager
October 2020 - September 2021 (1 year)

- Manage catering giants, conduct deep analysis on issues affecting online performance, and provide effective feedbacks and market adjustments.
- Assist the conversion of traditional catering giants through CRM, introduce personalized promotions, and shared market data.
- Handle cross-department communications and coordinate with Alipay and Amap to drive more traffic and exposure.
- Strategize and optimize brand awareness through big data.

Trip.com
4 years

Regional Director of Americas' Market
August 2018 - September 2020 (2 years 2 months)

- Lead experienced market managers to expand US market (covering over 28 states), manage commercial negotiations with global key accounts and maintain relationships with global key partners.
- Develop and grow high-performing operation team, set up team training, perform and monitor KPI/OKR progress.
- Responsible for drafting, reviewing and perfecting operation SOPs and responsible for the execution results.
- Handle cross-department communications and coordinate with product team and platform to improve back-end system or product rules.

Senior Account Manager
September 2017 - July 2018 (11 months)

- Manage and maintain great relationships with over 40 global hotel chains, including Marriott, Hilton and Hyatt.

- Responsible for commercial negotiations, contract-signing, contract-renewal and connectivity-related issues with hotel chains.
- Review and track hotel chains' room nights and revenue performance, analyze data and share business performance with key accounts.

Operations Manager
October 2016 - August 2017 (11 months)

- Focus on developing new hotels partners in US islands and Mid-US market and maintain good relationship with key accounts.
- Lead operation team to tackle operation issues and share market insights with market managers.
- Coordinate with GM to establish NYC and LA offices and responsible for recruiting and trainings of local staffs.

———