# EXHIBIT 11

## Contact

www.linkedin.com/in/luislizarazo (LinkedIn)

## Top Skills

Social Media
Web Design
Web Development

## Languages

English (Native or Bilingual)
Russian (Professional Working)
Spanish (Elementary)

## Certifications

Modeling Courageous Leadership: Intelligent Disobedience
Developing Executive Presence
Natalie Portman: Acting
Selling to Executives
Steve Martin: Comedy

## Honors-Awards

Global Partner Group Rising Star
Owner Relations Partner of the Year
Market Manager of the Year
2024 President's Award for Outstanding Service

# Luis Lizarazo

Strategic hospitality leader | Driving growth, partnerships & innovation | HSMAI board member | Elevating industry standards
New York, New York, United States

## Summary

Since starting in the hospitality industry in 2012, I have specialized in driving strategic growth through innovative technology solutions, building high-impact partnerships, and developing market strategies that deliver measurable results. As an HSMAI board member and proactive industry leader, I combine data-driven insights with creative problem-solving to identify opportunities, enhance engagement, and maximize revenue. Passionate about innovation, transparency, and collaboration, I'm committed to empowering industry partners with technology that drives sustainable success and transforms the hospitality landscape.

---

## Experience

**Trip.com Group**
2 years 4 months

Regional Director | International Hotel Business Development | East
October 2023 - Present (2 years)
New York City Metropolitan Area

As Regional Director, I lead Trip.com's strategic growth initiatives across New York, Boston, Chicago, and Washington D.C., driving hotel partnerships and spearheading acquisition strategies to enhance market presence and product competitiveness.

- Strategic Partnerships: Forging multi-layered relationships with major hotel chains and management groups to drive sustainable growth.
- Market & Trend Analysis: Leveraging data and trends to capture emerging travel demands, especially the resurgence of Chinese travelers.
- Team Leadership: Training a high-performing team with an emphasis on long-term partner value.
- Industry Presence: Representing Trip.com at major industry events to establish and nurture key relationships.

Senior Market Manager | International Hotel Business Development | New York City
June 2023 - October 2023 (5 months)
New York, New York, United States

As a Market Manager at Trip.com, I led business development efforts to enhance partner engagement and boost market presence across key U.S. cities. Focused on data-driven strategies and relationship building, my role involved:

- Strategic Growth: Managing a portfolio of hotel partners to optimize performance, address market-specific challenges, and foster strong collaboration.
- Performance Analysis: Conducting in-depth market research to refine Trip.com's competitive positioning.
- Cross-Functional Collaboration: Working closely with teams to align market goals and drive revenue growth.
- Industry Advocacy: Representing Trip.com at events to cultivate long-term partnerships with major hotel brands and management groups.

HSMAI New York City
VP of Marketing
January 2024 - Present (1 year 9 months)
New York City Metropolitan Area

As a board member and Director of Marketing at HSMAI, a global organization uniting sales, marketing, and revenue management professionals across the hospitality industry worldwide, I play a collaborative role in digitally promoting events. My responsibilities include the creation of engaging websites, targeted email campaigns, and impactful social media strategies for all chapter events.

Variado Talent
President
July 2020 - July 2023 (3 years 1 month)
New York City Metropolitan Area

Led Variado Talent in representing diverse performers, creators, and voices across the entertainment industry.
Connected talent with opportunities in film, television, commercials, print, voiceovers, and digital media.
Supported influencers, writers, and production staff, expanding industry reach beyond traditional representation.
Created and hosted "Shedding Light Within Entertainment", a podcast exploring industry trends and future directions.

Advocated for diversity and inclusion, ensuring modern storytelling reflects real-world perspectives.
Paused operations to explore new opportunities, while maintaining a commitment to empowering talent and fostering industry innovation.

Whalar
Vice President of Partnerships
December 2019 - July 2020 (8 months)
Greater New York City Area

Signed new business within 2 weeks of starting, including paid media amplification
Initiated partnerships with technology, food/beverage and travel clients across North America
Coordinated the Whalar global approach to Pride 2020 which resulted in new business

Expedia Group
7 years 2 months

Senior Market Manager
August 2016 - December 2019 (3 years 5 months)
Greater New York City Area

Market Manager
February 2014 - August 2016 (2 years 7 months)
New York, New York

Associate Market Manager
April 2013 - February 2014 (11 months)

Market Associate
November 2012 - April 2013 (6 months)

Merlin Entertainments Group
MBA Marketing Intern- Madame Tussauds NY
June 2011 - August 2011 (3 months)

• Marketing Research-  Developed research project to analyze demographic trends to high traffic (1M+ visitors) Times Square location
• Data Analysis- Analyzed 3 year data to create information used to monitor cycles in consumer behavior including annual, quarterly and monthly periods as well as identified key foreign visitor information

• Strategy Development- Produced an executive summary which combined information to recommend new strategies including $20,000 global marketing campaign which targeted growing markets including Brazil and Canada

### Connectable
Consultant
May 2011 - August 2011 (4 months)

• Project Management – Developed action items, agendas and restatements of project goals through effective communication with disperse marketing team which produced in stronger team unity and completion prior to deadline

### Diventa Consulting
Digital Marketing Manager
January 2011 - April 2011 (4 months)
Washington DC-Baltimore Area

• New Business Development- Implemented a go-to-market strategy by improving website copy and positioning. Contributed to overall strategic marketing plan by suggesting ways to reach new sectors and expand market. Resulting in new clients and increased digital exposure
• Digital Media- Developed strategic plan for new forms of social media including Twitter, LinkedIn and Facebook

### The Washington Center
Federal Relations Operations Coordinator
March 2010 - August 2010 (6 months)

• Statistical Skills- Managed ~$500,000 budget for logistics to run federal summer internship program. Resulting in improved travel and living accommodations as well as 13% revenue growth from prior year
• Customer Relationship Management- Established a management database to keep track of student information as federal government. Increased placement by 4% through improved logistics coordination for regional students

### Firefly Children's Network
US Operations Specialist
February 2007 - February 2010 (3 years 1 month)
Washington DC-Baltimore Area

• Web Analytics- Introduced Google Analytics technology to track and monitor multiple fundraising campaigns. Compiled data was used to present improved strategies and to record the influence of copy, images and storylines on donor behavior

• Strategic Planning- Managed policy development and 6 month due diligence process during a $2M merger between Firefly Children's Network and MiraMed Institute
• Process Improvement- Reduced overhead costs by 25% through close monitoring of domestic and international expenses through increased reporting standards and enhanced contracting policies

World Information Transfer
Summer Intern
May 2006 - September 2006 (5 months)
New York City Metropolitan Area

## Education

American University - Kogod School of Business
Master of Business Administration - MBA, Marketing · (2010 - 2012)

Lehigh University
Bachelor of Arts, International Relations · (2002 - 2006)

School for International Training
Study abroad, Russia- Irkutsk, St. Petersburg, Moscow, Angarsk, Baikal · (March 2005 - July 2005)