# **EXHIBIT 12**

## Contact

www.linkedin.com/in/ying-wang-846b284 (LinkedIn)

### Top Skills
Strategic Planning
Social Media
Data Analysis

### Languages
Mandarin (Native or Bilingual)
English (Full Professional)
Polish (Professional Working)

### Certifications
Facebook Certified Digital Marketing Associate

# Ying Wang
Regional General Manager of Trip.com Group - Americas
Los Angeles, California, United States

## Experience

**Trip.com Group**
8 years 3 months

Director - Global Chains
June 2023 - Present (2 years 4 months)
Boston, Massachusetts, United States

Regional General Manager - Americas
March 2018 - June 2023 (5 years 4 months)
Greater Los Angeles Area

CEO Assist - Strategy and Operation Lead of US & S Korea Market, Accommodation BG
July 2017 - June 2023 (6 years)
Shanghai City, China

**Hangzhou Yineng Education Consulting**
Founder & CEO
April 2011 - June 2015 (4 years 3 months)
Hangzhou

Started a company that provides workflow improvement, best practices in education, and interior and landscape design to top preschools in Zhejiang Province; built customer base of 100+ top preschools

**Shanghai Pudong Development Bank**
Assistant Manager
August 2009 - April 2011 (1 year 9 months)
Hangzhou

---

## Education

University of Michigan - Stephen M. Ross School of Business
Master of Business Administration (MBA), General Management/Finance · (2015 - 2017)

University of Rochester - Simon Business School

Master of Science (MS), Finance · (2008 - 2009)

Beijing Foreign Studies University

Bachelor of Arts (B.A.), European Language and Culture · (2004 - 2008)