# EXHIBIT 13

## Contact

www.linkedin.com/in/michellekang123 (LinkedIn)

## Top Skills

Adobe Photoshop
Chinese
Research

## Languages

English (Native or Bilingual)
Chinese (Native or Bilingual)

# Michelle Kang

Market Manager at Trip.com Group
Los Angeles Metropolitan Area

## Experience

Trip.com Group
5 years 1 month

Market Manager
March 2024 - Present (1 year 7 months)
Los Angeles Metropolitan Area

Market Executive & Learning Partner
August 2022 - April 2024 (1 year 9 months)

Executive Assistant
December 2020 - August 2022 (1 year 9 months)
Shanghai, China

Content Editor and Translator
September 2020 - December 2020 (4 months)
Shanghai, China

DeltaHealth China
Marketing Specialist
August 2019 - April 2020 (9 months)
Shanghai City, China

• Executed and supported 5+ marketing events and campaigns per month for hundreds of attendees
• Worked on cross-functional teams with front-line clinical and customer service staff to design relevant content and improve customer experience (WeChat articles, health and nutrition PPTs, lifestyle infographics)
• Maintained social media platforms, channels, and group chats with 600+ members
• Delivered emergency response to global pandemic by distributing credible knowledge amid virus outbreak (i.e. Screen, organize and release important public health information to patients in timely matter)
• Managed 5 vendors to produce quality content and maintain overall organizational branding
• Controlled end-to-end process of vendor creation, billing & payment, and contract approval

### UC Santa Barbara
Research Assistant
April 2018 - June 2019 (1 year 3 months)
Santa Barbara, California Area

Assist Dr. Xiaojian Zhou in the Asian American Department on her research project.

### SimpleLegal
Marketing Intern
June 2018 - August 2018 (3 months)
San Francisco Bay Area

- Conducted extensive research of 600+ LinkedIn profiles to create library of prospective clients and engaged them with marketing materials
- Used commands of Microsoft Excel to collect data and converted them into meaningful results for the marketing department
- Utilized design tools to create info-graphics based on data collected on prospective clients
- Collaborated with other members to create multi-part marketing campaign

### UCSB's Dept. of Health & Wellness
Marketing Intern | Photographer
September 2016 - June 2017 (10 months)
Santa Barbara, California Area

- Created media content to market Health & Wellness events
- Assisted the marketing team in generating thousands of reach on our social media pages
- Conducted event photography when needed
- Built a data base of materials for the department to use

---

## Education

University of California, Santa Barbara
Bachelor of Arts - BA, International/Global Studies, Technology Management · (2015 - 2019)

Lund University
International Law and Legal Studies · (2017 - 2017)