# EXHIBIT 14

## Contact

www.linkedin.com/in/danielpalmer12 (LinkedIn)

### Top Skills
Data Analysis
Direct Sales
Sales Operations

### Languages
Spanish (Native or Bilingual)

# Daniel Palmer
User Satisfaction Manager at Skyscanner
Miami, Florida, United States

## Summary

Experienced Sales Representative with a demonstrated history of working in the telecommunications industry. Strong sales professional skilled in Customer Service, Data Analysis, Direct Sales, Sales Operations, and Customer Relationship Management (CRM).

---

## Experience

**Skyscanner**
6 years 5 months

User Satisfaction Manager
August 2022 - Present (3 years 2 months)
Miami, Florida, United States

User Satisfaction Executive
May 2019 - August 2022 (3 years 4 months)
Miami, Florida

User Satisfaction Executive
May 2019 - August 2022 (3 years 4 months)
Miami, Florida, United States

**T-Mobile**
Sales Lead Manager
February 2018 - May 2019 (1 year 4 months)
Miami/Fort Lauderdale Area

**Malibu Pool Service and Repair**
Sales Consulting Manager
January 2015 - January 2016 (1 year 1 month)
Miami, Florida

---

## Education

Florida International University

Bachelor of Business Administration - BBA  · (2016 - 2018)

Miami Dade College

Associate of Arts and Sciences (A.A.S.), Marketing · (2013 - 2015)