# EXHIBIT 16

Save 35% on select hotels in dreamy destinations with **Last Minute Escapes.** ✕



USD

Reserve Your Stay

# Preferred Hotel Group Partners With Skyscanner

October 27, 2014

CHICAGO – October 27, 2014 – Preferred Hotel Group™, a global provider of sales, marketing, and distribution services to independent hotels, today unveiled the latest development in its aggressive distribution model by launching a new partnership with Skyscanner, a leading global travel search engine. The move is designed to drive greater consumer awareness of the Preferred Hotel Group brand, while increasing bookings and reducing the costs of customer acquisition for its 650 member hotels and resorts worldwide.

Travelers looking to enjoy the independent hotel experience can now use Skyscanner to search destinations, compare rates, and directly book stays at Preferred Hotel Group member properties. Skyscanner users will also benefit from streamlined access to exclusive offers and the lowest available rates whenever viewing a hotel or resort within the Preferred Hotel Group portfolio. Complementing the worldwide appeal of both companies' services, both Skyscanner and Preferred Hotel Group's booking engine support 30 different languages.

"Preferred Hotel Group is proud to partner with Skyscanner," said Michelle Woodley, Senior Vice President of Distribution & Revenue Management for Preferred Hotel Group. "Metasearch engines are an important travel planning tool for today's consumers, and we designed this partnership to support our

## PRESS ARCHIVES

VIEW: All Press

goals of continuously driving more bookings to our hotels and increasing traffic to our branded websites."

"We are delighted to be adding Preferred Hotel Group to our offering," said Frank Skivington, Chief Commercial Officer, Skyscanner. "The 650 hotels and resorts that the brand represents globally provides our users even more choices to compare, to be able to uncover the perfect accommodation for their travels."

About Preferred Hotel Group™
Preferred Hotel Group represents more than 650 of the finest hotels, resorts, and serviced residences in the world. Preferred Hotel Group's brands include Preferred Hotels® & Resorts, Summit Hotels & Resorts™, Sterling Hotels™, Summit Serviced Residences™, Sterling Design, and Preferred Boutique™. Travelers gain valuable benefits through branded programs iPrefer™, Preferred Family, Preferred Pride, Preferred Golf™, and Preferred Residences™. For more information, visit www.PreferredHotelGroup.com and follow the brand on Facebook and Twitter.

About Skyscanner
Skyscanner is a leading global travel search company providing unbiased and free search of flights hotels and car rentals around the world. Founded in 2003, Skyscanner helps over 25 million people each month to find their travel options. Skyscanner is available in 30 languages. Skyscanner's highly-rated free mobile apps are available on iPhone, iPad, Android, Windows Phone, BlackBerry and Windows 8 devices and have been downloaded over 30 million times. The privately-owned company employs over 500 staff and has its global headquarters in Edinburgh with additional offices in Singapore, Beijing, Shenzhen, Miami, Barcelona, Glasgow Sofia and now Budapest. For more information, please visit www.skyscanner.com and our blog.

MEDIA CONTACTS:
For Preferred Hotel Group:
Caroline Michaud
Director, Public Relations

Tel: +1 312 542 9218

cmichaud@preferredhotelgroup.com

For Skyscanner:

Randi Wolfson

Head of Communications - Americas

Tel: +1 305 967 6304

randi.wolfson@skyscanner.com

---

📞 **1 (866) 990-9491** International Phone Lines

Privacy Policy | Terms of Use | Modify a Reservation | Do Not Sell or Share My Personal Information | Manage My Preferences

### Travelers
- Best Rate Guarantee
- About Us
- Corporate Social Responsibility
- Careers

### Offers
- Discover Offers
- *I Prefer* Gift Cards

### Destinations
- Global Directory
- American Destinations
- International Destinations

### Partners & Press
- Preferred Meetings & Events
- Press Center
- Travel Partners
- Travel Professionals
- Become a Member Hotel
- Become an Alliance Partner
- Sponsor our Global Conference
- PreferredNet

### #ThePreferredLife

  

### Download Our App



---

**Preferred Hotels & Resorts** | **I PREFER Hotel Rewards**

Copyright © 2025 Preferred Travel Group ℠