# EXHIBIT 17

## Contact

www.linkedin.com/in/danielalmada (LinkedIn)

## Top Skills

Destination Marketing
Commercial Partnership
Travel Industry

## Certifications

Mindfulness, Diversity, and the Quest for Inclusion
Difficult Conversations: Talking About Race at Work
Managing Your Time
Getting Things Done
Salesforce Essential Training

# Daniel Almada

Commercial Lead – DMOs & Advertising Agencies (AMERICAS)
Miami Beach, Florida, United States

## Summary

Strategic marketing and advertising executive with a proven track record of shaping cross-channel strategies and partnerships across global markets. I've worked across the full marketing ecosystem—agency, client, and platform—building growth-focused solutions for brands in travel and tourism, tech, CPG, QSR, entertainment, luxury, and more.

My experience spans the full marketing mix, including insights, strategy, product, creative, media, social, influencers, and content. I approach every challenge with a culturally informed and business-driven perspective. Whether leading teams, developing partnerships, or navigating complex markets, I focus on ideas and execution that move both people and performance.

Industries: Travel & Tourism, Technology, QSR, CPG, Beverages, Entertainment, Healthcare, Sports, Nutrition, Online Education, Fashion, Luxury
Focus regions: U.S., U.S. Multicultural, Canada, Mexico, Latin America, the Caribbean, and global markets

---

## Experience

**Skyscanner**
Commercial Lead – DMOs & Advertising Agencies (AMERICAS)
May 2025 - Present (5 months)
Miami, Florida, United States

I lead commercial partnerships with Destination Marketing Organizations (DMOs) and Advertising Agencies across the Americas. My focus is on helping destinations and brands connect with travelers through data-driven campaigns that inspire exploration, drive tourism, and deliver measurable impact.

**Nobox | A Samy Alliance Agency**
Head of Accounts
August 2022 - June 2025 (2 years 11 months)

Page 1 of 5

Miami, Florida, United States

Leadership of the agency's Client Services practice, managing a $10MM+ portfolio and driving commercial growth across travel, CPG, QSR, health, and tech sectors.
Development of strategic opportunities in the U.S. market through tailored marketing solutions, agency POVs, and business-driving initiatives across integrated campaigns.

Led the agency's pitching efforts in the U.S. market, securing key RFP wins including INGUAT (Guatemalan Tourism Board), Lingokids, La Colombe, KFC, and others.
Focused on expanding the agency's travel and tourism portfolio, deepening its presence in the DMO space.
Oversight and coordination of media, creative, influencer, and intelligence teams to meet client goals and maximize performance.

Clients: INGUAT, Lingokids, La Colombe, KFC, ROKU, PepsiCo, Ocean Spray, Glanbia, CONCACAF, Memorial Healthcare System, PlayStation, and more.

Highlights: Led INGUAT's global tourism campaign with a $2M+ investment in production and media, positioning Guatemala as a top cultural destination. Drove strategic growth and account wins including KFC, La Colombe, and Lingokids. Oversaw social strategy for KFC across 38 LATAM & Caribbean markets, increasing content usage and seasonal campaign impact across franchisees.

### Dentsu Creative
VP, Group Account Director
May 2009 - July 2022 (13 years 3 months)
Miami, Florida, United States

Direction of the agency's Travel & Tourism accounts with billings over $50MM. Market intelligence, strategy, audience insights, trends, and agency POVs for T&T accounts (DMOs, Airlines, Car Rentals, and Hotels) and other industries. Strategic planning, direction, and implementation of creative, social, and paid media performance and branding campaigns in collaboration with multidisciplinary global teams delivering effective business and marketing solutions.

Member of the pitching team. Awarded RFPs: General Mills, Sprint, Visit Florida, PromPeru, Discover Puerto Rico, Hertz, Tiffany & Co., Copa Airlines, Interjet, etc.

Clients: Hertz, Starwood Hotels brands, Copa Airlines, Interjet, Visit Florida, PromPeru, Discover Puerto Rico, General Mills, Sprint, Keiser University, Rotor-Rooter, and others.

Highlights: Member of M8's leadership team during Dentsu's M&A. Completion of 4-year buyout period, increasing agency revenue and achieving maximum earn-out. Direction of Visit Florida's global digital campaign inspiring travel to our state. We broke visitation records in 2017 and again in 2018, securing their marketing budgets. Concept and execution of "Stay Like a Local" content campaign for Starwood Hotels. Increments in traffic generated 11% growth in bookings YoY and 28% in revenue.

Sony Latin America
13 years

Marketing Communications Director
October 2005 - March 2009 (3 years 6 months)
Miami, Florida, United States

Regional Marketing Communications leadership.
Creation and implementation of Integrated Marketing Campaigns across retail, online and offline media platforms.
Digital marketing direction, content, SEO, SEM, social media, and management of +100
regional websites.
PR leadership, CSR, crisis management, and organization of regional/global events with +200 participants.
Sports and Entertainment marketing, including Sony Music artists, James Bond franchise, and FIFA WorldCup.

Highlights:

Regional media consolidation for +US$50M Ad investment working with consultants, local offices, product marketing, and media agencies.
Results: 20% savings, strategic alignment, increased visibility, regional KPIs, and ROI analysis.

Regional Advertising centralization, reduced creative production costs by +30%, unified the Brand message and increased the Sony Brand and Sub-Brands value.

Led new Corporate Websites platform development working with IT Department, Web agency, Product Marketing groups, and Regional Web Teams.
Results: increased traffic, reduced maintenance cost, and improved development time.

### Senior Digital Marketing Manager
April 2004 - October 2005 (1 year 7 months)
Miami, Florida, United States

Regional direction, leadership and execution of digital strategies. Development and maintenance of +100 websites in Latin America. Integrated online and offline communication strategy in alignment with direct stores, e-commerce, and business.

### Regional Marketing Manager
January 2001 - April 2004 (3 years 4 months)
Miami, Florida, United States

Managed Personal Audio category for Latin America.
Developed business plan and took responsibility for Sales, Inventory and P&L of +US$100M.
Devised and executed regional Marketing Communications award winning campaigns increasing brand value. Developed new lines of products exclusive for Latin America based on Data, Trends and Insights.

### Marketing Manager
April 1996 - January 2001 (4 years 10 months)
Buenos Aires, Argentina

Managed Personal Audio category.
Developed business plan and took responsibility for Sales, Inventory and P&L of +US$20M.
Devised and executed Marketing Communications strategy to capitalize on brand equity.
Pioneered direct channel initiatives creating and deploying the first "Walkman Store" chain, boosting brand positioning and net profit.

## Education

University of Buenos Aires
Communications