# EXHIBIT 18

Home / News / Trip.com appoints new Americas GM

# Trip.com appoints new Americas GM

Sunday, 08 Jun, 2022   💬 0



**Global travel service provider Trip.com Group has appointed Rich Sun as General Manager for the Americas.**

He has a long career in the US travel and tourism sector spanning several Trip.com Group business units.

Sun was founder of tour operators and wholesale travel agency Universal Vision Corporation, which was acquired by Trip.com Group in 2016.

He will lead the management and development of the Vacations, Hotel and International business units, including the Trip.com platform.

One of his first official pieces of business was to pick up the award for one of the Top Travel Buyers in the US at the U.S. Travel Association and Brand USA's IPW Travel Writer Awards.

Learn more about : Trip.com ( Asia Pecific )





   

below social share icons





US warns the Netherlands of re...

Thursday, Jul 24, 2025

France prepares for a massive ...

Tuesday, Sep 09, 2025

POPULAR CATEGORY

Events

News

Emag

Partner News

Specials

Training

Videos

# travelmole

## Unearthing travel news since 1999

FOLLOW US

   

ABOUT US

TravelMole has grown and transformed over 25 years to serve a global community of over 200,000 registered members and subscribers in the travel industry. Our primary goal is to provide travel professionals with curated, easily accessible content from diverse sources, covering a wide range of topics. Through this, we foster effective communication, engagement, and knowledge sharing between travel resellers and suppliers. *Know More*

Contact us: support@travelmole.com

© Lexyl Travel Technologies, LLC 2025

About    Help    Contact    Advertise    Privacy Policy    Terms And Conditions

