# EXHIBIT 19

(20+) Post | LinkedIn

       

**Ben Hopper** 🔗 • 3rd+      **+ Follow** ···
MD - Americas Trip.com Group
1mo • 🌐

Really proud of our SFO team for putting on such an exceptional event! Thank you to our industry partners for attending our first of what we hope is many events in the market.

 **Trip.com Group Hotel Hub**      **+ Follow**
6,888 followers
1mo • 🌐

Bay Area, you brought the buzz! 🥳

Thank you to everyone who joined our partner event to discuss the resurgence of Asia travel demand. We shared exclusive insights into the flight and accommodation business of Trip.com Group, key market trends, and strategies to help hotels enhance their presence on our platform. 📊

Congratulations to the winners of our raffle drawing! We look forward to deepening our partnerships and driving success together in the SF Bay Area! 📸

📞 Interested in tailoring offers to the Asian market? Contact our Trip.com Americas Team Ben Hopper Jia Feng Xingling Lim Esther L. Andrew Baker Jasmine Chen Celeste Luo





with **Xingling Lim** and 6 others

+7

80

Reactions

+72

👍 Like

💬 Comment

🔁 Repost

➤ Send

Add a comment...

See who's hiring
on LinkedIn.