# EXHIBIT 20

      



## Trip.com ✓

Technology, Information and Internet
Singapore, Singapore · 90K followers · 1K-5K employees

+ Follow    ✈ Message    ···

Home    About    Posts    Jobs    **People**

## 43 associated members

Search employees by title, keyword or school

United States ✕    Clear all



**Where they live**    + Add

414 | China

343 | Shanghai, China

127 | United Kingdom

108 | Philippines

85 | National Capital Region, Philippines

**Where they studied**

3 | University of Southe...

2 | Purdue University

1 | California State Univ...

1 | NYU Tandon School...

1 | Saint Mary's College...

● ○ ○ ○ ○ ○

## People you may know



**LinkedIn Memb...**
South Seattle College卒業