# EXHIBIT 21

Trip.com Group: People | LinkedIn

 

Home · My Network · Jobs · Messaging · Notifications · Me · For Business · Try Premium f



## Trip.com Group
Technology, Information and Internet
Shanghai, Shanghai · 265K followers · 10K+ employees

+ Follow    Message    ...

Home  About  Posts  Jobs  Life  **People**

## 203 associated members

Search employees by title, keyword or school

United States ✕   Clear all

**Where they live**        + Add
7,674 | China
5,190 | Shanghai, China
696 | Jiangsu, China
497 | Nantong
407 | Beijing, China

**Where they studied**
9 | Columbia University
7 | New York University
7 | Northeastern Unive
5 | Fudan University
4 | University of Southe

## People you may know



**LinkedIn Memb...**
Master of Computer Science at University of California, Irvine