# EXHIBIT 22







**LinkedIn Memb…**
User Satisfaction Executive at Skyscanner



**LinkedIn Memb…**
Administrative Assistant at Skyscanner



**LinkedIn Memb…**
Technical Account Manager | Support Engineer | Success Engineer



**LinkedIn Memb…**
Software Engineer at Huawei



**LinkedIn Memb…**
Skyscanner Elite at Skyscanner



LinkedIn Memb…
Systems Engineer 2 at Skyscanner

LinkedIn Memb…
Marketing Communications Coordinator w Skyscanner

LinkedIn Memb…
Airline Pilot at Skyscanner

LinkedIn Memb…
Marketing Director at Skyscanner



**LinkedIn Memb...**

User Satisfaction Manager at Skyscanner



**LinkedIn Memb...**

Juris Doctor Candidate at Pepperdine School of Law

Show more results



Promoted

LinkedIn Member, explore jobs at **Skyscanner** that match your skills

**Skyscanner**
Internet Publishing

See jobs

## Pages people also viewed



**Booking.com**
Software Development
1,065,520 followers

 Follow



**Tripadvisor**
Software Development
419,197 followers

 Follow

**Airbnb**
Software Development
3,026,407 followers

 Follow

Show all →



