# EXHIBIT 23

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

## Entity Details

**ENTITY NAME:** UNIVERSAL VISION HOLDINGS CORPORATION
**DOS ID:** 4979952
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 07/20/2016
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 07/20/2016
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 05/31/2016
**STATEMENT STATUS:** CURRENT
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:** 07/31/2026
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** RICH G. SUN
**Address:** 37-20 PRINCE ST, SUITE 2E, FLUSHING, NY, UNITED STATES, 11354

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

**Name:** RICH G. SUN
**Address:** 37-20 PRINCE ST, SUITE 2E, FLUSHING, NY, UNITED STATES, 11354

### Principal Executive Office Address

**Address:** 37-20 PRINCE ST, SUITE 2E, FLUSHING, NY, UNITED STATES, 11354

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

### Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |



Agencies  App Directory  Counties  Events  Programs  Services