# EXHIBIT 24

# TRIP.COM GROUP NAMED TOP TRAVEL BUYER IN THE U.S.

New GM for the Americas collects award on behalf of the leading global travel service provider

NEWS PROVIDED BY
**Trip.com Group** →
Jun 07, 2022, 07:00 ET

LOS ANGELES, Calif., June 7, 2022 /PRNewswire/ -- Leading global travel service provider Trip.com Group has been named one of the *Top Travel Buyers in the U.S.* at the recent U.S. Travel Association and Brand USA's IPW Travel Writer Awards.

The awards honor the world's highest volume tour operators and travel buyers of US travel and hospitality services with honorees nominated by members of the U.S. Travel Association's Chairman's Circle which includes some of the largest U.S. Travel companies and top U.S. destinations.

Continue Reading



Roger Dow, President and CEO of U.S. Travel Association, Rich Sun, GM for the Americas of Trip.com Group, Christopher Thompson, President and CEO of Brand USA

As one of his first official pieces of business, Rich Sun, Trip.com Group's newly appointed General Manager for the Americas, picked up the award on behalf of the group.

Rich Sun was recently announced as the new GM for the Americas and will lead the Group's ambitious 'Local Focus, Global Vision' business approach in the region.

With a long career in the U.S. travel and tourism sector, he has taken on a broad scope of work spanning across key Trip.com Group business units in the region.

He will also lead the management and development of the Vacations, Hotel and International business lines, including the Trip.com platform, in key target markets in the region.

Rich Sun, Trip.com Group General Manager for the Americas, said: "It is an honor for Trip.com Group to earn this award and gain recognition for the scope of our business here in the U.S.

"I am excited to be joining Trip.com Group to continue to drive the growth of the business in the Americas as we pursue our ambitious program of global expansion in key markets around the world.

 "I have always been impressed by the company's customer-centric approach and values and will always hold them dear to my heart.

"As the GM for the Americas, I, together with my team, will devote ourselves to creating the perfect customer travel experience for each and every journey to ensure Trip.com is the first choice for travelers."

Prior to joining Trip.com Group, Mr. Sun was the founder and CEO of Universal Vision Corporation, one of the largest tour operators and wholesale travel agencies in North America.

He established Universal Vision Holdings Corporation in 2013 and grew the company to become one of a few tour operation organizations in the U.S. providing a comprehensive product offering and full range of services.

In 2016, Universal Vision was acquired by Trip.com Group as a part of the travel group's global expansion plan, securing a key player in the attractions supplier space with a vast network and strong resourcing in key target markets.

For more information visit **www.PC.Agency** or **group.trip.com**

**About Trip.com Group**

Trip.com Group is a leading global travel service provider comprising of Trip.com, Ctrip, Skyscanner, and Qunar. Across its platforms, Trip.com Group helps travellers around the world make informed and cost-effective bookings for travel products and services and enables partners to connect their offerings with users through the aggregation of comprehensive travel-related content and resources, and an advanced transaction platform consisting of apps, websites and 24/7 customer service centres. Founded in 1999 and listed on NASDAQ in 2003 and HKEX in 2021, Trip.com Group has become one of the best-known travel groups in the world, with the mission "to pursue the perfect trip for a better world". Find out more about Trip.com Group here: **group.trip.com**

Follow us on: **Twitter**, **Facebook**, **LinkedIn**, **YouTube**.

SOURCE Trip.com Group

WANT YOUR COMPANY'S NEWS

**FEATURED ON PRNEWSWIRE.COM?**

**GET STARTED**

440k+
Newsrooms &
Influencers

9k+
Digital Media
Outlets

270k+
Journalists
Opted In