# EXHIBIT 25



**Trip.com Group Hotel Hub** — Follow
6,888 followers
2d

✨ In Conversation with Your Market Manager #2: Americas ✨

We're back with episode 2! This time, sit down with two Senior Market Managers for North America **Luis Lizarazo Jia Feng** to spill the tea on:

🌎 East vs West Coast unique market characteristics
🤝 How long-haul hotels can unlock value through collaboration
💌 Personal tips and warm messages

Don't miss out🎬 Stay tuned and stay connected!

#tripcom #americas #marketmanager #hotelindustry #hospitality #hospitalityindustry #hotelier #hotelmanagement #tourism #traveltrend #unitedstates #canada



**Mustafa Kanlı** Hi Mustafa Kanlı. Thank you for reaching out. We'd love to assist you with your request. Please note that we have sent you a direct message. Please check at your most convenient time. Thank you for your cooperation.

Like | Reply

**Ben Hopper** • 3rd+    2d
MD - Americas Trip.com Group

Love this! Great job Jia & Luis!

Like · 4 | Reply

**Luis Lizarazo** • 3rd+    18h
Strategic hospitality leader | Driving growth, partnerships & innovation | H…

**Jia Feng** ✨

Like · 1 | Reply



## Similar pages

**Accor**
Hospitality
10,001+ employees

+ Follow

**lastminute.com**
Computer Software
1,001-5,000 employees

+ Follow

**InterContinental Danang Sun Peninsula Resort**
Hospitality
501-1,000 employees

+ Follow

Show more ⌄

About    Accessibility    Help Center    Privacy & Terms ⌄    Ad Choices    Advertising

Business Services ⌄    Get the LinkedIn app    More

**LinkedIn** LinkedIn Corporation © 2025