# EXHIBIT 26



