IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Wave Studio, LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>General Hotel Management Ltd., et al.,<br><br>                    Defendants. | Case No. 7:13-cv-09239-CS-VR<br><br>**CERTIFICATE OF SERVICE** |

Date:   September 22, 2025
            San Francisco, California

                                    Matthew S. Warren (Bar No. MW6275)
                                    Francesca M. S. Germinario
                                    (NY Bar No. 5629407) (admission pending)
                                    WARREN KASH WARREN LLP
                                    305 Broadway, 7th Floor
                                    New York, New York, 10007
                                    +1 (646) 895-6440
                                    +1 (646) 895-6996 facsimile
                                    13-9239@cases.warrenlex.com

                                    Michael D. Cilento (Bar No. MC2221)
                                    LEWIS & LIN LLC
                                    77 Sands Street, 6th Floor
                                    Brooklyn, New York, 11201
                                    +1 (718) 243-9323
                                    +1 (718) 243-9326 facsimile
                                    Michael@iLawco.com

                                    *Attorneys for Plaintiff The Wave Studio, LLC*

I certify that on September 22, 2025, I served copies of Wave's Opposition to Motion to Dismiss Plaintiff's Claims on *Forum Non Conveniens* Grounds by Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., and Skyscanner Ltd.; Declaration of Gordon Ionwy David Llewelyn and Exhibits A to D thereto; Declaration of Francesca M.S. Germinario in Support of Opposition to Motion to Dismiss Plaintiff's Claims on Forum Non Conveniens Grounds by Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., and Skyscanner Ltd., and Exhibits 1 to 27 thereto, on counsel for movants Defendant Trip.com Group Limited, Defendant Trip.com Travel Singapore Pte. Ltd., and Defendant Skyscanner Ltd. at the following address:

> Beixiao Robert Liu
> Dayna Cooper
> Stephen Hudspeth
> BALANCE LAW FIRM
> 1 World Trade Center, Suite 8500
> New York, New York, 10007

by placing it in a sealed envelope with postage paid and placing the envelope in the exclusive custody of the United States Postal Service. On the same day, I also sent courtesy copies of the foregoing by electronic mail to counsel for movants Defendant Trip.com Group Limited, Defendant Trip.com Travel Singapore Pte. Ltd., and Defendant Skyscanner Ltd. at the following email addresses:

> robert.liu@balancelawfirm.com
> dayna.cooper@balancelawfirm.com
> stephen.hudspeth@balancelawfirm.com

Date:   September 22, 2025

Francesca M. S. Germinario