2261 MARKET STREET, NO. 606
SAN FRANCISCO, CALIFORNIA, 94114

**Warren Kash Warren**

WARRENKASHWARREN.COM
+1 (415) 895 2940

October 6, 2025

**By Electronic Filing**

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, New York, 10601-4150

**Re:**     The Wave Studio, LLC:  Consolidated New York Cases, No. 13-9239 (S.D.N.Y.)

Dear Judge Seibel:

I write on behalf of the plaintiff The Wave Studio, LLC.  Under Rule 2.C of Your Honor's Individual Rules of Practice, Wave respectfully requests that the Court hear oral argument on the Motion to Dismiss Plaintiff's Claims on *Forum Non Conveniens* Grounds by Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., and Skyscanner Ltd., filed today.  Wave believes that oral argument will aid the Court in deciding the issues presented in the motion.

We are available at the Court's convenience.

Respectfully Submitted,

Matthew S. Warren