# EXHIBIT A

# Trip.com Group

V.20.07.01

## General Distribution Agreement

This Agreement is entered and executed by <u>The Saujana Hotel Kuala Lumpur</u> (hereinafter referred to as "Hotel") and Trip.com Travel Singapore Pte. Ltd. (hereinafter referred to as "Trip") on [19 November 2020]. Hotel and Trip are referred to herein collectively as the "Parties".

Abiding by the laws and regulations of Singapore, on the basis of equality, willingness and mutual understanding, Hotel and Trip have reached a mutual agreement on the reservation service of Hotel rooms. Both Parties have a profound understanding of the clauses stated in this Agreement as well as the rights, obligations and responsibilities governed by Singapore laws when signing this Agreement.

The duration of this Agreement is from [19 November 2020] to [18 November 2023]. Each Party shall appoint a person to be in charge of all matters with regards to this Agreement.

This Agreement is executed in duplicate copies and each Party holds an authenticated copy of the Agreement. Meanwhile, it shall take effect, in replacing any verbal and/or written correspondence arising before the endorsement of this Agreement by both Parties.

(Hotel): *The Saujana Hotel Kuala Lumpur*   Authorized Representative: *Winnie Chew*

Address: *Saujana Resort, Lapangan Terbang SAAS, Shah Alam, Selangor, Malaysia.*   Postcode: *40150*

Business Contact No: *603. 7843 1234*   Contact Email Address: *winnie.chew@thesaujana.com*

Account Name: *SAUJANA HOTEL SDN BHD*   Account Number: [redacted]

Beneficiary Bank: *Public Bank Berhad*

(Trip): TRIP.COM TRAVEL SINGAPORE PTE. LTD.   Authorized Representative:

Address:   Postcode: 079911

72 Anson Road, #12-01 Anson House, Singapore

Account Name:   Account Number:

Beneficiary Bank:

*Liangliang Du*

Page 1 of 13

**Trip.com** Group

V.20.07.01

## 1. DEFINITIONS

1.1. "eBooking System": The online System which can be accessed by Hotel (after identification of the username and the password) through the website of Trip for the purpose of uploading, changes, verifying, updating and/or making amendments to Hotel Information (including Rates and availability) and reservations. Trip shall ensure that Hotel is able to log into the eBooking System at all times and Hotel will be given the login ID and password sent to a designated person by the Hotel, as the contact person registered in the eBooking System.

1.2. "Websites": www.trip.com and its affiliated entities and/or business partner's websites.

1.3. "Guest": A visitor of the Websites or a customer or guest of the Hotel.

1.4. "Reservation Details": Details pertaining to a Guest reservation for Hotel rooms, and must, at the minimum, include the following: date of arrival and departure, the number of rooms, the room type, the Rate, the Guest's name, Guest's email address, Guest's credit card details and any specific request(s) made by the Guest.

1.5. "Commission": The fees payable by Hotel to Trip for the provision of the Service.

1.6. "No Show": A situation under which the Guest neither checks in at the Hotel before the latest available check in time, nor cancels the reservation prior to the latest cancellation time.

1.7. "Allotment": A block of pre-negotiated Hotel rooms which have been blocked and held by third parties, such as tour operators, wholesalers, or online travel agencies.

1.8. "Free Sale (FS)": The practice of selling rooms at a negotiated/confidential/contracted rate with no set Allotment or number of rooms, until such time as the rate code is closed. Rooms sold under Free Sale basis still comply with all rate conditions and applicable contract terms previously established between Hotel and Trip.

1.9. "Public Rate": The rate the Hotel makes available directly to consumers, including but not limited to the rates on the Hotel's website.

1.10. "Hotel Fees": Refers to all mandatory fees, costs or charges imposed by Hotel on Guests (other than the Rate and Taxes) that such Guests must pay in order to stay at the property, including, but not limited to resort fees, regardless if the fee is collected by hotel directly. Hotel Fees do not include extra person charges, fees, any additional, applicable Taxes or amenities, and also do not include the Rate for any additional services that Guests may choose to pay for (e.g. in-room-dining or spa treatments) or any service charges or other fees Trip may charge to Guests.

1.11. "Rate": (i) Means the amount paid or payable by a Guest including extra person charges but not including any Hotel Fees or Taxes, or any charges or fees imposed on Guests by Trip in respect of section 2.3.1, (ii) Means the amount paid or payable by Trip in respect of section 2.3.2 and 2.3.3.

**Trip.com Group**

V.20.07.01

### 3.3 Overbooking and Complaints

**3.3.1** ■■■■■■■■■■■■■■■■■■



**3.3.2** Hotel should ensure a smooth check in upon guest arrival. If the Hotel is unable to honor a booking in the event of guest unable to check in into a particular room category with a valid confirmation from Hotel and Trip.com reserves the right to perform 3.3.1 accordingly.

**3.3.3** ■■■■■■■■■■■■■■■■■■

**3.3.4** For any overbooking or complaints, Hotel shall reimburse Trip the compensated cost and expenses highlighted in **3.3.1** within thirty (30) days of receipt of written request for reimbursement.

### 3.4 Loading and Display of Rates and Information

**3.4.1** Property Information; Trip eBooking

Hotel shall agree to use the eBooking System to enter or modify all relevant information relating to Rates, availability, applicable Tax rates, Hotel Fees, Property and Room Information (including but not limited to pictures, photos and descriptions, Hotel amenities and Services), Allotment, cancellation and No Show policies, account information, and notice practices, each to the extent necessary to enable Trip to properly display relevant information about Hotel's rooms and otherwise as permitted or required under this Contract. Hotel should be responsible for the accuracy of all facts and information provided by Hotel that is entered into the eBooking System or displayed on the website. Hotel should guarantee Trip that all information and pictures that are provided to Trip shall be legitimate, reliable and an accurate reflection of hotel and offerings, and such Information shall not infringe or in any way harm the lawful rights of any other third party. Hotel shall agree to advise Trip immediately if any such information is incomplete or inaccurate. Hotel agrees that it shall authorizes Trip to display such Information in the proper form on Websites without charging any extra fees, failing which, Hotel should compensate all the reasonable costs and expenses to Trip.

Trip.com Group

V.20.07.01

### 15.7 Governing Law and Dispute Venue

This agreement and any disputes under this Agreement will be governed by the Singapore Laws. Both parties agree to submit their disputes to the Singapore International Arbitration Centre (SIAC) under the SIAC Administered Arbitration Rules in force when the Notice of Arbitration is submitted. The law of this arbitration clause shall be Singapore law. The seat of arbitration shall be Singapore. The arbitration proceedings shall be conducted in English.

### 15.8 Counterparts

The Parties may execute this Agreement by electronic signatures or e-signatures in any other format. The Parties further agree that such e-signature shall be deemed the same legal effect as the original handwriting. This Agreement can be executed in counterparts through facsimile, PDF, and other electronic copies, which taken together will constitute one instrument. Electronic copies shall have the same legal effects with any original hard copies.

**IN WITNESS WHEREOF**, this Agreement has been duly executed on the date first referred to above.