

NATE A. GARHART
ngarhart@fbm.com
D 415.954.4425

October 7, 2025

*Via CM/ECF*

Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *The Wave Studio, LLC v. General Hotel Management, Ltd. et al*, No. 7:13-cv-09239 (CS) and related cases:
*The Wave Studio, LLC v. Mastercard International, Inc.*, No. 7:14-cv-08322 (CS)
*The Wave Studio, LLC v. American Express Company*, No. 7:15-cv-03420 (CS)
*The Wave Studio, LLC v. Amadeus North America, Inc.*, No. 7:15-cv-06995 (CS)
*The Wave Studio, LLC v. AOL Inc.*, No. 7:15-cv-05962 (CS)
*The Wave Studio, LLC v. British Airways PLC et al*, No. 7:15-cv-07950 (CS)
*The Wave Studio, LLC v. Groupon, Inc.*, No. 7:17-cv-03589 (CS)
*The Wave Studio, LLC v. United Airlines, Inc.*, No. 7:15-cv-05392 (CS)
*The Wave Studio, LLC v. Virgin America Inc.*, No. 7:15-cv-05960 (CS)
*The Wave Studio, LLC v. Visa, Inc.*, No. 7:15-cv-04953 (CS)

Dear Judge Seibel:

      It is respectfully requested that my appearance on behalf of The Wave Studio, LLC in the above-referenced matters be withdrawn, for the following reasons: 1) I only represented the client as a member of my previous firm, which I left on August 31, 2018, 2) I never represented the client while employed by my current firm, and 3) the client will continue to be represented by registered counsel, including Jennifer Kash and Matthew Warren of Warren Kash Warren and Michael Cilento of Lewis & Lin LLC.

      I respectfully request, therefore, that my appearances be withdrawn from, the withdrawals noted on the dockets for, and my name removed from the ECF distribution lists for the cases listed below:



1. *The Wave Studio, LLC v. General Hotel Management, Ltd. et al*, No. 7:13-cv-09239 (CS);

2. *The Wave Studio, LLC v. Mastercard International, Inc.*, No. 7:14-cv-08322 (CS);

3. *The Wave Studio, LLC v. American Express Company*, No. 7:15-cv-03420 (CS);

4. *The Wave Studio, LLC v. Amadeus North America, Inc.*, No. 7:15-cv-06995 (CS);

5. *The Wave Studio, LLC v. AOL Inc.*, No. 7:15-cv-05962 (CS);

6. *The Wave Studio, LLC v. British Airways PLC et al*, No. 7:15-cv-07950 (CS);

7. *The Wave Studio, LLC v. Groupon, Inc.*, No. 7:17-cv-03589 (CS);

8. *The Wave Studio, LLC v. United Airlines, Inc.*, No. 7:15-cv-05392 (CS);

9. *The Wave Studio, LLC v. Virgin America Inc.*, No. 7:15-cv-05960 (CS); and

10. *The Wave Studio, LLC v. Visa, Inc.*, No. 7:15-cv-04953 (CS)

Thank you for your attention to this matter.

Very truly yours,

Nate A. Garhart

NZG:dwg

36365\20666925.1