UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The Wave Studio, LLC

    Plaintiff,

Case No. 7-13-cv-09239

-against-

General Hotel Management Ltd. et al

    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jeffrey J. Catalano**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Smith Gambrell & Russell, LLP
            FIRM ADDRESS: 311 S. Wacker Drive, Suite 3000, Chicago, IL 60606
            FIRM TELEPHONE NUMBER: 312-360-6832
            FIRM FAX NUMBER: 312-360-6520

NEW FIRM:   FIRM NAME: Smith Gambrell & Russell, LLP
            FIRM ADDRESS: 155 N. Wacker Drive, Suite 3000, Chicago, IL 60606
            FIRM TELEPHONE NUMBER: 312-360-6832
            FIRM FAX NUMBER: 312-360-6520

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: November 14, 2025

/s/ Jeffrey J. Catalano
ATTORNEY'S SIGNATURE