UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE WAVE STUDIO, LLC,

                              Plaintiff,            **ORDER ON MOTIONS TO DISMISS**

- against -                                    No. 13-CV-9239 (CS)

GENERAL HOTEL MANAGEMENT LTD., et al.,

                              Defendants.
-------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the March 13, 2026 conference, the first motion to dismiss of Defendants Trip.com Group Limited, Trip.com Travel Singapore Pte. Ltd., Skyscanner Ltd., and MakeMyTrip, Inc. (the "Trip Defendants"), (ECF No. 530) is GRANTED in part and DENIED in part.  The second motion to dismiss of the Trip Defendants, (ECF No. 582), is DENIED.

      The motion to dismiss of Defendants Booking Holdings Inc., Agoda Company Pte. Ltd., AGIP LLC, Booking.com BV, Booking.com (USA) Inc., Rocket Travel, Inc., Momondo A/S, Priceline.com LLC, and Hotels Combined LLC, (the "Booking Defendants"), (No. 15-CV-6995 Dkt. No. 138; No. 15-CV-7950 Dkt. No. 146; No. 21-CV-2691 Dkt. No. 87; No. 22-CV-5141 Dkt. No. 106), is DENIED.

      Finally, Plaintiff's cross-motions for leave to amend, (ECF Nos. 533, 538) are GRANTED.

**SO ORDERED.**

Dated: March 13, 2026
       White Plains, New York

                                                    *Cathy Seibel*
                                           CATHY SEIBEL, U.S.D.J.