**BUNSOW DE MORY**LLP

701 El Camino Real
Redwood City, CA 94063
+1 (650) 351-7248

**Francesca Germinario**
Direct: +1 (415) 426-4735
fgerminario@bdiplaw.com

*VIA ELECTRONIC FILING SYSTEM*

April 10, 2026

Hon. Judge Victoria Reznik
The Hon. Charles L. Brient Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

> **Re:** ***The Wave Studio, LLC v. General Hotel Mgmt. Ltd., et al.,***
> **Case No.: 7:13-cv-09239 (S.D.N.Y.)**

Dear Judge Reznik:

I write on behalf of Plaintiff The Wave Studio, LLC ("Wave") to request a two-week extension of the April 29, 2026 deadline for Wave to file its Second Amended Master Complaint.

At the March 13, 2026 bench ruling conference, Judge Seibel denied the Booking Holdings Defendants' motion to dismiss for lack of jurisdiction and failure to state a claim, denied in part the Trip Defendants' motion to dismiss for lack of jurisdiction and failure to state a claim, and granted Wave's cross-motions for leave to amend its Master Complaint to add additional allegations against the Booking Holdings and Trip defendants. Judge Seibel identified, on the record, specific allegations that Wave should include in its amended complaint. Thus, in preparing the amended complaint, Wave must reference the conference transcript to ensure that the pleading complies with Judge Seibel's directive.

Wave has not yet received a copy of the transcript from the March 13, 2026 bench ruling conference.[1] As such, Wave respectfully requests that the Court extend the deadline for Wave to file its Second Amended Master Complaint to May 13, 2026. There is good cause for the extension, which will allow Wave ample time to receive and review the transcript in preparing its amended complaint. The requested extension would not affect any other deadline in the case schedule.

Sincerely yours,

*/s/ Francesca Germinario*
Francesca Germinario

---

[1] Wave has been in contact with the court reporter and understands she has been occupied on criminal matters.

1