**BUNSOW DE MORY** LLP

701 El Camino Real
Redwood City, CA 94063
+1 (650) 351-7248

**JENNIFER A. KASH**
Direct: +1 (415) 426-4746
jkash@bdiplaw.com

*VIA ELECTRONIC FILING SYSTEM*

July 13, 2026

Hon. Judge Victoria Reznik
The Hon. Charles L. Brient Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601-4150
ReznikNYSDChambers@nysd.uscourts.gov

>    **Re:**   *The Wave Studio, LLC v. The Leading Hotels of the World, Ltd., et al.,*
>          **Case No.: 7:13-cv-09239 (S.D.N.Y.)**

Dear Judge Reznik:

I write on behalf of Plaintiff The Wave Studio, LLC ("Wave") and certain defendants (see fn. 1) in compliance with the Court's Order (Docket No. 618) that the parties submit a joint letter updating the Court on the status of discussions regarding private mediation by July 13, 2026.

The parties agree to proceed to private JAMS mediation with the Honorable James C. Francis (Ret.)[1] provided that a schedule and reasonable allocation of costs can be agreed to by and between the parties.  All parties agree that during the mediation the current stay of the action shall remain in effect, and defendants shall not be required to respond to the First Amended Master Complaint unless and until the Court orders otherwise.

On July 9, 2026, Plaintiff proposed the following allocation of costs to the defendants, which has been approved by JAMS and Judge Francis:

- Wave and each defendant law firm will pay a $400 initial case management fee for JAMS administrative services

- Wave will pay a $30,000.00 retainer to be applied towards Judge Francis' professional fees

- Thereafter, Wave and the remaining defendants will pay Judge Francis' professional fees based on time with or spent by Judge Francis, for example:

---

[1] The following defendants have not responded to requests from Wave to participate in discussions about mediation: Amadeus North America, Inc., Escala Travel Corp., Hipmunk, Inc.,IBT Media Inc., Luxemont, LLC, Questex Media Group LLC, Room77, Spa Finder, Inc., and Hotelstravel.com.

- o If Wave has a solo session/call with Judge Francis, it will pay the professional fees for that time
- o If Wave has a session/call with a defendant or group of defendants, Wave and the defendant(s) will split 50/50 the professional fees for that time
- o If a defendant(s) has a solo session/call with Judge Francis, it will pay the professional fees for that time

Plaintiff has also proposed to the defendants the following mediation schedule, which has been approved by Judge Francis:

- Wave to provide a confidential mediation statement to Judge Francis and non-confidential statement with settlement demand to all parties by August 3, 2026

- Defendants to provide responsive statements (optional) by August 10, 2026

- Judge Francis to work with parties via telephone/zoom to facilitate settlement(s) from August 11, 2026 to October 5, 2026

- Parties to file a Report on the Status of Mediation by October 12, 2026

Prior to submitting this report, a subset of defendants[2] informed Plaintiff that the timeline proposed by Plaintiff and Judge Francis is unrealistic and not feasible due to the number of defendants involved and the possibility of communication delays due to summer vacations and therefore have requested up to two weeks, to July 27, 2026, to respond to Plaintiff's proposal.

The remaining 28 defendants in this matter have not yet provided their position on the mediation proposal as set forth above.

Sincerely yours,

*/s/ Jennifer A. Kash*
Jennifer A. Kash

---

[2] This group of defendants so requesting is limited to the following defendants or groups of defendants: Setai, Signature Travel Defendants (Signature Travel Network, Frosch, and Tzell), Booking Holdings Defendants, Leading Hotels of the World, Orbitz, Despegar, Travix, American Express, Trip.com Defendants, Trivago and the Emerging Travel Defendants.

2